

Exhibit 1 — Illinois River Watershed



Exhibit 3



Exhibit 4





Exhibit 2