IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:05-cv-00329-GKF-SAJ |
| | ) |
| TYSON FOODS, INC., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF THEIR MOTION FOR JUDGMENT AS A MATTER OF LAW IN LIGHT OF PLAINTIFF'S CONSTITUTIONAL VIOLATIONS**

Defendants respectfully submit this notice of supplemental authority relating to their *Motion For Judgment As A Matter Of Law In Light Of Plaintiff's Constitutional Violations and Integrated Opening Brief in Support* ("Motion for Judgment") (Docket No. 1064). Since the Motion for Judgment was filed, the following authorities have been issued:

    1.    Order Regarding Defendants' Motion To Bar Payment Of Contingent Fees To Private Attorneys, *County of Santa Clara, et al. v. Atlantic Richfield Co., et al.*, Case No. 1-00-CV-788657 (Cal. Sup. Ct. Apr. 4, 2007) (attached as Exhibit A);

    2.    Presidential Executive Order No. 13433, 72 Fed. Reg. 28441, Protecting American Taxpayers From Payment of Contingency Fees (May 16, 2007) (available at http://www.whitehouse.gov/news/releases/2007/05/20070516.html) (attached as Exhibit B);

3. Letter from Dennis Smith, Director, Department of Health and Human Services, Centers for Medicare and Medicaid Services, to Leonard Kelley, Deputy Commissioner, Bureau for Medical Services, State of West Virginia (May 15, 2007) (available at http://www.wvrecord.com/content/img/f195277/medicaid.pdf) (attached as Exhibit C);

4. John O'Brien, *Feds probing McGraw's handling of Purdue Pharma settlement*, West Virginia Record (May 17, 2007) (available at http://www.wvrecord.com/news/195277-feds-probing-mcgraws-handling-of-purdue-pharma-settlement) (attached as Exhibit D);

5. Amanda Bronstad, *AGs review hiring of outside counsel*, National Law Review at 1 (May 15, 2007) (available at http://www.law.com/jsp/llf/PubArticleLLF.jsp?id=1179146390047) (attached as Exhibit E).

Dated: June 8, 2007          Respectfully submitted,

**BY:**   /s/ Jay T. Jorgensen
THOMAS C. GREEN, ESQ.
MARK D. HOPSON, ESQ.
JAY T. JORGENSEN, ESQ.
TIMOTHY K. WEBSTER, ESQ.
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005-1401
Telephone:   (202) 736-8000
Facsimile:    (202) 736-8711 (fax)

-AND-

ROBERT W. GEORGE, OBA #18562
MICHAEL R. BOND
KUTAK ROCK LLP
The Three Sisters Building
214 West Dickson Street

1

Fayetteville, AR 72701-5221
Telephone:   (479) 973-4200
Facsimile:   (479) 973-0007

-AND-

STEPHEN L. JANTZEN, OBA # 16247
PATRICK M. RYAN, OBA # 7864
PAULA M. BUCHWALD, OBA # 20464
RYAN, WHALEY & COLDIRON, P.C.
119 N. Robinson
900 Robinson Renaissance
OKLAHOMA CITY, OK  73102
Telephone:   (405) 239-6040
Facsimile:   (405) 239-6766
E-Mail:          sjantzen@ryanwhaley.com


**ATTORNEYS FOR TYSON FOODS, INC.; TYSON POULTRY, INC.; TYSON CHICKEN, INC; AND COBB-VANTRESS, INC.**


**BY:**     /s/ A. Scott McDaniel            

(SIGNED BY FILING ATTORNEY WITH PERMISSION)

A. SCOTT MCDANIEL, OBA #16460
NICOLE M. LONGWELL, OBA #18771
PHILIP D. HIXON, OBA #19121
McDANIEL LAW FIRM
320 South Boston Avenue, Suite 700
Tulsa, OK  74103

-AND-

SHERRY P. BARTLEY, AR BAR #79009
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC
425 W. Capitol Avenue, Suite 1800
Little Rock, AR 72201

**ATTORNEYS FOR PETERSON FARMS, INC.**


**BY:**     /s/ Jennifer S. Griffin            

(SIGNED BY FILING ATTORNEY WITH PERMISSION)

JENNIFER S. GRIFFIN
LATHROP & GAGE, L.C.
314 East High Street
Jefferson City, MO 65101
**ATTORNEYS FOR WILLOW BROOK FOODS, INC.**


**BY:** /s/ James M. Graves
(SIGNED BY FILING ATTORNEY WITH PERMISSION)
JAMES MARTIN GRAVES, ESQ.
GARY V. WEEKS, ESQ.
BASSETT LAW FIRM
POB 3618
Fayetteville, AR  72702-3618
**ATTORNEYS FOR GEORGE'S, INC. AND GEORGE'S FARMS, INC.**


**BY:** /s/ John R. Elrod
(SIGNED BY FILING ATTORNEY WITH PERMISSION)
JOHN R. ELROD
VICKI BRONSON, OBA #20574
CONNER & WINTERS, L.L.P.
211 E. Dickson St.
Fayetteville, AR 72701

BRUCE WAYNE FREEMAN
CONNER & WINTERS, L.L.P.
4000 One Williams Center
Tulsa, Oklahoma 74172
Telephone:     (918) 586-5711.
**ATTORNEYS FOR SIMMONS FOODS, INC.**


**BY:** /s/ Robert P. Redemann
(SIGNED BY FILING ATTORNEY WITH PERMISSION)
ROBERT P. REDEMANN, OBA #7454
LAWRENCE W. ZERINGUE, ESQ., OBA # 9996
PERRINE, MCGIVERN, REDEMANN, REID,
BERRY & TAYLOR, P.L.L.C.

Post Office Box 1710
Tulsa, OK 74101-1710

-AND-

ROBERT E. SANDERS
STEPHEN WILLIAMS
YOUNGWILLIAMS P.A.
Post Office Box 23059
Jackson, MS 39225-3059
**ATTORNEYS FOR CAL-MAINE FARMS, INC. AND CAL-MAINE FOODS, INC.**


**BY:** /s/ John H. Tucker

(SIGNED BY FILING ATTORNEY WITH PERMISSION)

JOHN H. TUCKER, OBA #9110
COLIN H. TUCKER, OBA #16325
THERESA NOBLE HILL, OBA #19119
100 W. Fifth Street, Suite 400 (74103-4287)
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
Telephone:    918/582-1173
Facsimile:    918/592-3390

-AND-

DELMAR R. EHRICH
BRUCE JONES
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone:    612/766-7000
Facsimile:    612/766-1600
**ATTORNEYS FOR CARGILL, INC. AND CARGILL TURKEY PRODUCTION LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2007, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | | |
|---|---|---|
| Jo Nan Allen | Frederick C. Baker | Tim K. Baker |
| Douglas L. Boyd | Vicki Bronson | Paula M. Buchwald |
| Louis W. Bullock | Lloyd E. Cole, Jr. | Angela D. Cotner |
| John Breian DesBarres | W. A. Drew Edmondson | Delmare R. Ehrich |
| John Elrod | William B. Federman | Bruce W. Freeman |
| Ronnie Jack Freeman | Richard T. Garren | D. Sharon Gentry |
| Tony M. Graham | James M. Graves | Michael D. Graves |
| Thomas J. Grever | Jennifer S. Griffin | Carrie Griffith |
| John T. Hammons | Jean Burnett | Michael T. Hembree |
| Theresa Noble Hill | Philip D. Hixon | Mark D. Hopson |
| Kelly S. Hunter Burch | Stephen L. Jantzen | Mackenzie Hamilton Jessie |
| Bruce Jones | Jay T. Jorgensen | Krisann C. Kleibacker Lee |
| Raymond T. Lay | Nicole M. Longwell | Dara D. Mann |
| Linda C. Martin | A. Scott McDaniel | Robert Park Medearis, Jr. |
| James Randall Miller | Robert A. Nance | John Stephen Neas |
| George W. Owens | David Phillip Page | K. Clark Phipps |
| Marcus N. Ratcliff | Robert P. Redemann | M. David Riggs |
| Randall E. Rose | Patrick Michael Ryan | Robert E. Sanders |
| David Charles Senger | William F. Smith | Jennifer F. Sherrill |
| Colin H. Tucker | John H. Tucker | R. Pope Van Cleef, Jr. |
| Kenneth E. Wagner | David A. Walls | Elizabeth C. Ward |
| Sharon K. Weaver | Timothy K. Webster | Gary V. Weeks |
| Adam Scott Weintraub | Terry W. West | Dale Kenyon Williams, Jr. |
| E. Stephen Williams | Douglas Allen Wilson | J. Ron Wright |
| Lawrence W. Zeringue | Bobby Jay Coffman | Laura Samuelson |
| Reuben Davis | | |

and I further certify that a true and correct copy of the above and foregoing will be mailed via first class U.S. Mail, postage properly paid, on the following who are not registered participants of the ECF System:

| | |
|---|---|
| C. Miles Tolbert<br>Secretary of the Environment<br>State of Oklahoma<br>3800 N. Classen<br>Oklahoma City, OK  73118<br>**PLAINTIFF** | William H. Narwold<br>MOTLEY RICE LLC<br>20 Church Street 17th Floor<br>Hartford, CT  06103<br>**ATTORNEYS FOR PLAINTIFF** |
| Monte W. Strout<br>209 W. Keetoowah<br>Tahlequah, OK  74464<br>**ATTORNEY FOR CLAIRE WELLS, LOUISE SQUYRES, THIRD-PARTY DEFENDANTS** | Robin Wofford<br>Rt. 2, Box 370<br>Watts, OK  74964<br>**PRO SE, THIRD PARTY DEFENDANT** |
| James R. Lamb<br>D. Jean Lamb<br>STRAYHORN LANDING<br>Rt. 1, Box 253<br>Gore, OK  74435<br>**PRO SE, THIRD PARTY DEFENDANTS** | Gordon and Susann Clinton<br>23605 S. Goodnight Lane<br>Welling, OK  74471<br>**THIRD PARTY DEFENDANTS** |
| Kenneth and Jane Spencer<br>James C. Geiger<br>Individually and dba Spencer Ridge Resort<br>Route 1, Box 222<br>Kansas, OK  74347<br>**PRO SE, THIRD PARTY DEFENDANTS** | Ancil Maggard<br>c/o Leila Kelly<br>2615 Stagecoach Dr.<br>Fayetteville, AR  72703<br>**THIRD PARTY DEFENDANT** |
| C. Craig Heffington<br>20144 W. Sixshooter Rd.<br>Cookson, OK  74427<br>**PRO SE, SIX SHOOTER RESORT AND MARINA, INC., THIRD-PARTY DEFENDANT** | Richard E. Parker<br>Donna S. Parker<br>BURNT CABIN MARINA & RESORT, LLC<br>34996 S. 502 Road<br>Park Hill, OK  74451<br>**PRO SE, THIRD PARTY DEFENDANTS** |
| James D. Morrison<br>Rural Route #1, Box 278<br>Colcord, OK  74338<br>**PRO SE, THIRD PARTY DEFENDANT** | Jim R. Bagby<br>Route 2, Box 1711<br>Westville, OK  74965<br>**PRO SE, THIRD PARTY DEFENDANT** |

| | |
|---|---|
| Marjorie A. Garman<br>5116 Hwy. 10<br>Tahlequah, OK  74464<br>**THIRD PARTY DEFENDANT** | Doris Mares<br>Dba Cookson Country Store and Cabins<br>P.O. Box 46<br>Cookson, OK  74424<br>**PRO SE, THIRD PARTY DEFENDANT** |
| Eugene Dill<br>P.O. Box 46<br>Cookson, OK  74424<br>**PRO SE, THIRD PARTY DEFENDANT** | Linda C. Martin<br>N. Lance Bryan<br>Doerner, Saunders<br>320 S. Boston Ave., Ste. 500<br>Tulsa, OK  74103<br>**THIRD PARTY DEFENDANTS** |
| John and Virginia Adair<br>Adair Family Trust<br>Route 2, Box 1160<br>Stilwell, OK  74960<br>**THIRD PARTY DEFENDANTS** | Charles L. Moulton<br>Arkansas Natural Resources Commission<br>323 Center St., Ste. 200<br>Little Rock, AR  72206 |

   /s/ Jay T. Jorgensen          
      JAY T. JORGENSEN