UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, et al. | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-CV-00329-GKF-SAJ |
| TYSON FOODS, INC. et al. | ) |
| Defendants. | ) |

**ORDER**
[Re: Docket No.1183]

IT IS HEREBY ORDERED by the Court that Ingrid L. Moll is admitted *Pro Hac Vice* for the purpose of representing the Plaintiff The State of Oklahoma in this action.

Dated this 14th day of June 2007.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma