## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Attorney General State of Oklahoma, et al,
                              Plaintiff(s),

vs.

Tyson Foods, Inc., et al,
                              Defendant(s).

Case Number: 05-cv-329-GKF-SAJ
Proceeding: Motion Hearing
Date: 6/15/07
Court Time: 9:30 - 11:00 & 11:10 to 12:10 a.m.
1:30 - 2:55, 3:10 -4:35

### MINUTE SHEET

| Gregory K. Frizzell, U.S. District Judge | H. Overton, & Pam Lynn Deputy Clerks | Glen Dorrough, Reporter |
|---|---|---|

Counsel for Plaintiff: Drew Edmondson, Louis Bullock, Trevor Hammonds, Kelly Burch, Bob Nance, David Riggs, Fred Baker, Rich Garren, Ingrid Moll

Counsel for Defendant: Jay Jorgensen, John Elrod, Scott McDaniel, Robert George, Paul Thompson, Michael Bond, Teresa Hill, Tim Baker, Bob Sanders, Bob Redemann, Michole Longwell, Steven Jantzen, Bruce Freeman

Minutes: Arguments made on pending motions

Deft mot #66 granted in part & denied in part;

Deft mot #75 is denied;

Deft mot & Joinder #1004 & 1138 are denied;

Deft mot #1064 is denied;

Deft mot #1179 granted

Defts mot #1076 is granted as to Count 6 & Pltf may replead same by 7-16-07, denied in part & reserved in part.

Continued hearing on motions set 7-5-07 at 10:30 a.m.