**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**STATE OF OKLAHOMA,**

**Plaintiff,**

**v.**

**TYSON FOODS, INC., et al.,**

**Defendants.**

**No. 05-CV-329-GKF(SAJ)**

**MOTION IN LIMINE TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERT WITNESSES DRS. SULLIVAN, MYODA, AND SAMADPOUR**

Plaintiff, the State of Oklahoma, ex rel. W.A. Drew Edmondson, in his capacity as Attorney General of the State of Oklahoma and Oklahoma Secretary of the Environment C. Miles Tolbert, in his capacity as the Trustee for Natural Resources for the State of Oklahoma ("the State"), and respectfully requests that this Court issue an order excluding the testimony of Defendants' experts Drs. Sullivan, Myoda, and Samadpour because their affidavits were produced to the State well after the Court's February 8, 2008 deadline.

1. District courts have the inherent power to enforce their own orders. *Roadway Express, Inc. v. Piper*, 447 U.S. 752, 764 (1980). This includes, of course, the ability to exclude untimely expert opinions. *O2 Micro Intern. Ltd. v. Monolithic Power Systems, Inc.*, 467 F.3d 1355, 1368-69 (Fed. Cir. 2006).

2. This Court ordered Defendants to produce all of their experts' opinions by Friday, February 8, 2008. (DKT # 1502, pg. 2, "the Court finds Defendants shall produce, by February 8, 2008, all expert opinions...")

3. On February 8, Defendants attempted to produce their expert materials to the State by sending separate emails from Defense Counsel John Elrod to State's Counsel Rick

Garren. This information included expert affidavits, CVs, and lists of publications, among other expert materials. Mr. Garren received affidavits from fifteen experts. Defense counsel did not produce hard copies of these affidavits to the State or produce to the State CDs containing the expert materials in electronic format. Neither Mr. Elrod nor any other counsel representing any Defendant called Mr. Garren to confirm that he had received all of the affidavits that Defendants intended Mr. Garren to receive. Nor did they send a complete list of the experts so that the State could inventory Defendants' disclosures to ensure it had a complete set.

4. On February 12 -- four days after the Court-imposed deadline -- at approximately 6 p.m., Defense counsel emailed the State affidavits for three additional experts, Drs. Sullivan, Myoda, and Samadpour, none of which were included in the February 8 expert disclosure.

5. Defendants' counsel claimed that these expert affidavits were produced on Friday, February 8, but they were not. The plain fact is that the State did not receive these expert affidavits until four days after the Court's deadline, thereby prejudicing the State in its preparations for the preliminary injunction hearing.

6. Defense Counsel's method of production was entirely irresponsible. These expert materials form the basis of Defendants' defense in this motion. But instead of actually ensuring that the State received the relevant information, Defense counsel simply emailed the materials to one of the State's attorneys (instead of emailing the material to all of the State's attorneys, as they have done in the past). Defense counsel never checked to ensure that State's counsel received all of Defendants expert materials, despite apparently being aware that one or more of their earlier e-mails of expert materials to defense counsel had encountered transmission problems. If they would have checked, they would have discovered that Mr. Garren never received information concerning three experts -- Drs. Sullivan, Myoda, and Samadpour

7. Because these three expert affidavits were not produced to the State by the Court-imposed deadline, the Court should enforce its order and exclude the testimony of these three experts.

WHEREFORE, for these reasons, therefore, the testimony of Drs. Sullivan, Myoda, and Samadpour should be excluded.

Respectfully Submitted,

W.A. Drew Edmondson OBA # 2628
ATTORNEY GENERAL
Kelly H. Burch OBA #17067
J. Trevor Hammons OBA #20234
Tina Lynn Izadi OBA #17978
Daniel P. Lennington OBA #21577
ASSISTANT ATTORNEYS GENERAL
State of Oklahoma
313 N.E. 21st St.
Oklahoma City, OK 73105
(405) 521-3921

/s/ M. David Riggs
M. David Riggs OBA #7583
Joseph P. Lennart OBA #5371
Richard T. Garren OBA #3253
Douglas A. Wilson OBA #13128
Sharon K. Weaver OBA #19010
Robert A. Nance OBA #6581
D. Sharon Gentry OBA #15641
David P. Page OBA #6852
RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS
502 West Sixth Street
Tulsa, OK 74119
(918) 587-3161

Louis Werner Bullock OBA #1305
BULLOCK, BULLOCK & BLAKEMORE
110 West Seventh Street Suite 110
Tulsa OK 74119
(918) 584-2001

James Randall Miller OBA #6214
222 S. Kenosha
Tulsa, Ok 74120-2421
(918) 743-4460

Frederick C. Baker
(admitted *pro hac vice*)
Lee M. Heath
(admitted *pro hac vice)*
Elizabeth C. Ward
(admitted *pro hac vice*)
Elizabeth Claire Xidis
(admitted *pro hac vice*)
MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
(843) 216-9280

William H. Narwold
(admitted *pro hac vice*)
Ingrid L. Moll
(admitted *pro hac vice)*
MOTLEY RICE, LLC
20 Church Street, 17th Floor
Hartford, CT 06103
(860) 882-1676

Jonathan D. Orent
(admitted *pro hac vice)*
Michael G. Rousseau
(admitted *pro hac vice)*
Fidelma L. Fitzpatrick
(admitted *pro hac vice)*
MOTLEY RICE, LLC
321 South Main Street
Providence, RI 02940
(401) 457-7700

Attorneys for the State of Oklahoma

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of February, 2008, I electronically transmitted the above and foregoing pleading to the Clerk of the Court using the ECF System for filing and a transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| W. A. Drew Edmondson, Attorney General | Fc_docket@oag.state.ok.us |
| Kelly H. Burch, Assistant Attorney General | kelly_burch@oag.state.ok.us |
| J. Trevor Hammons, Assistant Attorney General | trevor_hammons@oag.state.ok.us |
| Tina Lynn Izadi, Assistant Attorney General | tina_izadi@oag.state.ok.us |
| Daniel P. Lennington, Assistant Attorney General | daniel.lennington@oag.ok.gov |
| | |
| M. David Riggs | driggs@riggsabney.com |
| Joseph P. Lennart | jlennart@riggsabney.com |
| Richard T. Garren | rgarren@riggsabney.com |
| Douglas A. Wilson | doug_wilson@riggsabney.com |
| Sharon K. Weaver | sweaver@riggsabney.com |
| Robert A. Nance | rnance@riggsabney.com |
| D. Sharon Gentry | sgentry@riggsabney.com |
| David P. Page | dpage@edbelllaw.com |
| RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS | |
| | |
| Louis Werner Bullock | lbullock@bullock-blakemore.com |
| BULLOCK, BULLOCK & BLAKEMORE | |
| | |
| James Randall Miller | rmiller@mkblaw.net |
| | |
| Frederick C. Baker | fbaker@motleyrice.com |
| Lee M. Heath | lheath@motleyrice.com |
| Elizabeth C. Ward | lward@motleyrice.com |
| Elizabeth Claire Xidis | cxidis@motleyrice.com |
| William H. Narwold | bnarwold@motleyrice.com |
| Ingrid L. Moll | imoll@motleyrice.com |
| Jonathan D. Orent | jorent@motleyrice.com |
| Michael G. Rousseau | mrousseau@motleyrice.com |
| Fidelma L. Fitzpatrick | ffitzpatrick@motleyrice.com |
| MOTLEY RICE, LLC | |
| **Counsel for State of Oklahoma** | |
| | |
| Robert P. Redemann | rredemann@pmrlaw.net |
| Lawrence W. Zeringue | lzeringue@pmrlaw.net |
| David C. Senger | dsenger@pmrlaw.net |
| PERRINE, MCGIVERN, REDEMANN, REID, BARRY & TAYLOR, P.L.L.C. | |
| | |
| Robert E Sanders | rsanders@youngwilliams.com |
| Edwin Stephen Williams | steve.williams@youngwilliams.com |
| YOUNG WILLIAMS P.A. | |
| **Counsel for Cal-Maine Farms, Inc and Cal-Maine Foods, Inc.** | |
| | |
| John H. Tucker | jtucker@rhodesokla.com |
| Theresa Noble Hill | thill@rhodesokla.com |

Colin Hampton Tucker ctucker@rhodesokla.com
Leslie Jane Southerland ljsoutherland@rhodesokla.com
RHODES, HIERONYMUS, JONES, TUCKER & GABLE

Terry Wayen West terry@thewestlawfirm.com
THE WEST LAW FIRM

Delmar R. Ehrich dehrich@faegre.com
Bruce Jones bjones@faegre.com
Dara D. Mann dmann@faegre.com
Krisann C. Kleibacker Lee kklee@faegre.com
Todd P. Walker twalker@faegre.com
FAEGRE & BENSON, LLP
**Counsel for Cargill, Inc. & Cargill Turkey Production, LLC**

James Martin Graves jgraves@bassettlawfirm.com
Gary V Weeks gweeks@bassettlawfirm.com
Paul E. Thompson, Jr pthompson@bassettlawfirm.com
Woody Bassett wbassett@bassettlawfirm.com
Jennifer E. Lloyd jlloyd@bassettlawfirm.com
BASSETT LAW FIRM

George W. Owens gwo@owenslawfirmpc.com
Randall E. Rose rer@owenslawfirmpc.com
OWENS LAW FIRM, P.C.
**Counsel for George's Inc. & George's Farms, Inc.**

A. Scott McDaniel smcdaniel@mhla-law.com
Nicole Longwell nlongwell@mhla-law.com
Philip Hixon phixon@mhla-law.com
Craig A. Merkes cmerkes@mhla-law.com
MCDANIEL, HIXON, LONGWELL & ACORD, PLLC

Sherry P. Bartley sbartley@mwsgw.com
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC
**Counsel for Peterson Farms, Inc.**

John Elrod jelrod@cwlaw.com
Vicki Bronson vbronson@cwlaw.com
P. Joshua Wisley jwisley@cwlaw.com
Bruce W. Freeman bfreeman@cwlaw.com
D. Richard Funk rfunk@cwlaw.com
CONNER & WINTERS, LLP
**Counsel for Simmons Foods, Inc.**

| | |
|---|---|
| Stephen L. Jantzen | sjantzen@ryanwhaley.com |
| Paula M. Buchwald | pbuchwald@ryanwhaley.com |
| Patrick M. Ryan | pryan@ryanwhaley.com |
| RYAN, WHALEY, COLDIRON & SHANDY, P.C. | |
| | |
| Mark D. Hopson | mhopson@sidley.com |
| Jay Thomas Jorgensen | jjorgensen@sidley.com |
| Timothy K. Webster | twebster@sidley.com |
| Thomas C. Green | tcgreen@sidley.com |
| SIDLEY, AUSTIN, BROWN & WOOD LLP | |
| | |
| Robert W. George | robert.george@kutakrock.com |
| Michael R. Bond | michael.bond@kutakrock.com |
| Erin W. Thompson | erin.thompson@kutakrock.com |
| KUTAK ROCK, LLP | |
| **Counsel for Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., & Cobb-Vantress, Inc.** | |
| | |
| R. Thomas Lay | rtl@kiralaw.com |
| KERR, IRVINE, RHODES & ABLES | |
| | |
| Jennifer Stockton Griffin | jgriffin@lathropgage.com |
| David Gregory Brown | |
| LATHROP & GAGE LC | |
| **Counsel for Willow Brook Foods, Inc.** | |
| | |
| Robin S Conrad | rconrad@uschamber.com |
| NATIONAL CHAMBER LITIGATION CENTER | |
| | |
| Gary S Chilton | gchilton@hcdattorneys.com |
| HOLLADAY, CHILTON AND DEGIUSTI, PLLC | |
| **Counsel for US Chamber of Commerce and American Tort Reform Association** | |
| | |
| D. Kenyon Williams, Jr. | kwilliams@hallestill.com |
| Michael D. Graves | mgraves@hallestill.com |
| Hall, Estill, Hardwick, Gable, Golden & Nelson | |
| **Counsel for Poultry Growers/Interested Parties/ Poultry Partners, Inc.** | |
| | |
| Richard Ford | richard.ford@crowedunlevy.com |
| LeAnne Burnett | leanne.burnett@crowedunlevy.com |
| Crowe & Dunlevy | |
| **Counsel for Oklahoma Farm Bureau, Inc.** | |
| | |
| Kendra Akin Jones, Assistant Attorney General | Kendra.Jones@arkansasag.gov |
| Charles L. Moulton, Sr Assistant Attorney General | Charles.Moulton@arkansasag.gov |

Jessica E. Rainey jrainey@titushillis.com
Barry G. Reynolds reynolds@titushillis.com
TITUS HILLIS REYNOLD LOVE
DICKMAN & McCALMON

William S. Cox, III wcox@lightfootlaw.com
Nikaa Baugh Jordan njordan@lightfootlaw.com
LIGHTFOOT, FRANLIN & WHITE
**Counsel for American Farm Bureau Federation and the National Cattlemen's Beef Association**

John D. Russell jrussell@fellerssnider.com
FELLERS, SNIDERS, BLAKENSHIP,
BAILEY & TIPPENS, P.C.
**Counsel for Amicus Curiae Arkansas Farm Bureau Federation**

Mia Vahlberg mvahlberg@gablelaw.com
GABLE GOTWALS

Adam J. Siegel ajsiegel@hhlaw.com
James T. Banks jtbanks@hhlaw.com
HOGAN & HARTSON, LLP
**Counsel for National Chicken Counsel, U.S. Poultry & Egg Association and National Turkey Federation (collectively "Amici Curiae")**

Also on this 18th day of February, 2008, I mailed a copy of the above and foregoing pleading to the following:

**David Gregory Brown**
Lathrop & Gage, LC
314 E. High Street
Jefferson City, MO 65101

**Thomas C. Green**
Sidley Austin Brown & Wood, LLP
1501 K St. NW
Washington, DC 20005

**Cary Silverman**
**Victor E. Schwartz**
Shook Hardy & Bacon LLP
600 14th St. NW, Ste. 800
Washington, DC 20005-2004

**C. Miles Tolbert**
Secretary of the Environment
State of Oklahoma
3800 North Classen
Oklahoma City, OK 73118

**Gary V. Weeks**
Bassett Law Firm
P.O. Box 3618
Fayetteville, AR 72702

**Dustin McDaniel**
**Justin Allen**
Office of the Attorney General (Little Rock)
323 Center Street, Suite 200
Little Rock, AR 72201-2610

/s/ M. David Riggs
M. David Riggs