**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **STATE OF OKLAHOMA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  05-cv-329-GKF(SAJ) |
| ) | |
| **TYSON FOODS, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

**STATE OF OKLAHOMA'S MOTION FOR**
**LEAVE TO SERVE REBUTTAL EXPERT REPORTS**

Plaintiff, the State of Oklahoma ("the State"), respectfully moves this Court for leave to serve rebuttal expert reports to rebut certain opinions contained in the expert reports of the following of Defendants' experts: Dr. Samuel Myoda, Dr. Ron L. Jarman, and Dr. Billy Clay[1]

**I.     Introduction**

This past May the State produced 15 expert reports to Defendants.  On December 1, 2008, Defendants disclosed the expert reports of thirteen experts.  Within these expert reports are a number of opinions on subject matters not directly addressed by the State's experts in their respective expert reports or which are based on methods or data which the State has a right to rebut.  In the event the Court allows Defendants to introduce evidence on these new subject matters, methods, or data at trial, the State would desire and is entitled to introduce rebuttal evidence via expert witnesses to rebut such evidence.

While the State will rebut other aspects of the defense case in its direct evidence (including expert opinion, lay fact testimony, documents, or otherwise) or in cross examination,

---

[1] The State has attempted to confer with counsel for Defendants but, because of the holiday, Defendants' counsel has been unable to advise if Defendants agree or disagree to the relief sought herein.

in the spirit of full disclosure in the discovery process, the State is seeking leave to file rebuttal expert reports to rebut certain opinions of the expert reports of the following of Defendants' experts: Drs. Myoda, Jarman, and Clay.[2] The State seeks leave to file the rebuttal expert report regarding Dr. Myoda thirty days after receiving (1) data requested of Defendants on December 19, 2008 and, (2) split samples of all samples taken by Defendants regarding Dr. Myoda's PCR analysis. The State seeks leave to file rebuttal reports regarding Drs. Jarman and Clay fourteen days after entry of an order granting leave to file such reports. This will provide plenty of time for Defendants to review these rebuttal expert reports and to conduct discovery about these rebuttal opinions prior to the start of trial.

## II.     Areas for which rebuttal expert reports are sought

As noted above, Defendants disclosed thirteen expert witnesses on December 1, 2008. The State has diligently reviewed the reports of these thirteen expert witnesses. The State is not seeking leave to disclose a rebuttal expert report as to each of these expert witnesses. Rather, the State has been extremely judicious in selecting the areas for which rebuttal expert reports are sought. They are as follows:

### A.     Report of Dr. Samuel Myoda

Dr. Myoda's expert report contains PCR analyses of the State's environmental samples and Defendants' environmental samples which are based on methods or data which the State has a right to rebut. The requested rebuttal expert report would explain, repel, contradict, and/or disprove Dr. Myoda's PCR analyses.

---

[2] Defendants are required to disclose additional expert reports in January, 2009. Depending on the content of these new reports, the State may seek leave to file one or more rebuttal expert reports, and the State reserves all rights to do so. Moreover, nothing in this motion is intended to otherwise circumscribe the State's right to offer other rebuttal evidence at trial.

### B.     Report of Dr. Ron L. Jarman

Dr. Jarman's expert report contains analyses of phosphorus and fecal coliform loadings from point sources, overflows, biolsolids and human populations which are based on methods or data which the State has a right to rebut. The requested rebuttal expert report would explain, repel, contradict, and/or disprove Dr. Jarman's loading analyses.

### C.     Report of Dr. Billy Clay

Dr. Clay's expert report contains analyses of the relative contribution of phosphorus and bacteria of cattle and poultry waste which are based on methods or data which the State has a right to rebut. The requested rebuttal expert report would explain, repel, contradict, and/or disprove Dr. Clay's analyses.

## III.   Argument

Without the benefit of any substantive argument on the issue, Magistrate Judge Joyner stated in his October 28, 2008 Opinion and Order, DKT # 1787, that "[t]here is no provision in the scheduling order for rebuttal expert reports by either side so none should be expected." However, "fundamental fairness requires that a party be permitted to introduce evidence to rebut inferences the jury can draw from the opposing party's evidence. The right of a party to present evidence to refute evidence of the other side is a matter of right, the denial of which is an error of law." 88 C.J.S. *Trial* § 195. "Rebuttal evidence may be introduced to explain, repel, contradict, or disprove an adversary's proof." *United States v. Kelley*, 187 Fed. Appx. 876, 888 (10th Cir. 2006). "When a party opens the door to a topic, the admission of rebuttal evidence on that topic becomes permissible. Permissible does not mean mandatory, however; the decision to admit or exclude rebuttal testimony remains within the trial court's sound discretion." *Tanberg v. Sholtis*, 401 F.3d 1151, 1166 (10th Cir. 2005) (citation omitted). In the context of expert opinion, it

necessary follows that the Court's task of exercising its discretion as to whether to allow rebuttal expert opinion evidence at trial would be greatly facilitated by having rebuttal expert reports to review.  Moreover, Defendants' trial preparation would be aided by having advance notice of the scope of the State's intended rebuttal evidence by means of expert rebuttal reports.  Accordingly, the State is now respectfully requesting leave to serve a limited number of rebuttal expert reports on a limited number of issues.

This request by the State is narrowly focused.  The State has not asked for leave to serve rebuttal expert reports as to each and every one of Defendants' experts.  It has carefully studied the expert reports it has received to date and exercised great restraint in order to minimize the number of rebuttal expert reports it is requesting.  Granting leave to file these three rebuttal reports on the schedule proposed will give Defendants ample time before trial to familiarize themselves with these rebuttal reports.  Finally, the important goals of fundamental fairness and full development of the factual record will be served by granting the State's request.

**IV.   Conclusion**

WHEREFORE, for the reasons stated above, the Court should grant the State leave to serve the requested rebuttal expert reports.

        Respectfully Submitted,

        W.A. Drew Edmondson OBA # 2628
        ATTORNEY GENERAL
        Kelly H. Burch OBA #17067
        J. Trevor Hammons OBA #20234
        Daniel P. Lennington OBA #21577
        ASSISTANT ATTORNEYS GENERAL
        State of Oklahoma
        313 N.E. 21st St.
        Oklahoma City, OK 73105
        (405) 521-3921

 s/Robert A. Nance
M. David Riggs OBA #7583
Joseph P. Lennart OBA #5371
Richard T. Garren OBA #3253
Sharon K. Weaver OBA #19010
Robert A. Nance OBA #6581
D. Sharon Gentry OBA #15641
David P. Page OBA #6852
RIGGS, ABNEY, NEAL, TURPEN,
 ORBISON & LEWIS
502 West Sixth Street
Tulsa, OK 74119
(918) 587-3161

Louis W. Bullock OBA #1305
Robert M. Blakemore OBA 18656
BULLOCK, BULLOCK & BLAKEMORE
110 West Seventh Street Suite 707
Tulsa OK 74119
(918) 584-2001

Frederick C. Baker
(admitted *pro hac vice*)
Lee M. Heath
(admitted *pro hac vice)*
Elizabeth C. Ward
(admitted *pro hac vice*)
Elizabeth Claire Xidis
(admitted *pro hac vice*)
MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
(843) 216-9280

William H. Narwold
(admitted *pro hac vice*)
Ingrid L. Moll
(admitted *pro hac vice)*
MOTLEY RICE, LLC
20 Church Street, 17th Floor
Hartford, CT 06103
(860) 882-1676

Case 4:05-cv-00329-GKF-PJC     Document 1819  Filed in USDC ND/OK on 12/31/2008     Page 5 of 11

        Jonathan D. Orent
        (admitted *pro hac vice*)
        Michael G. Rousseau
        (admitted *pro hac vice*)
        Fidelma L. Fitzpatrick
        (admitted *pro hac vice*)
        MOTLEY RICE, LLC
        321 South Main Street
        Providence, RI  02940
        (401) 457-7700

        Attorneys for the State of Oklahoma

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December, 2008, I electronically transmitted the above and foregoing pleading to the Clerk of the Court using the ECF System for filing and a transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| W. A. Drew Edmondson, Attorney General | fc_docket@oag.state.ok.us |
| Kelly H. Burch, Assistant Attorney General | Kelly_burch@oag.state.ok.us |
| J. Trevor Hammons, Assistant Attorney General | trevor_hammons@oag.state.ok.us |
| Daniel P. Lennington, Assistant Attorney General | daniel.lennington@oag.ok.gov |
| | |
| M. David Riggs | driggs@riggsabney.com |
| Joseph P. Lennart | jlennart@riggsabney.com |
| Richard T. Garren | rgarren@riggsabney.com |
| Sharon K. Weaver | sweaver@riggsabney.com |
| Robert A. Nance | rnance@riggsabney.com |
| D. Sharon Gentry | sgentry@riggsabney.com |
| David P. Page | dpage@riggsabney.com |
| RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS | |
| | |
| Louis Werner Bullock | lbullock@bullock-blakemore.com |
| Robert M. Blakemore | bblakemore@bullock-blakemore.com |
| BULLOCK, BULLOCK & BLAKEMORE | |
| | |
| Frederick C. Baker | fbaker@motleyrice.com |
| Lee M. Heath | lheath@motleyrice.com |
| Elizabeth C. Ward | lward@motleyrice.com |
| Elizabeth Claire Xidis | cxidis@motleyrice.com |
| William H. Narwold | bnarwold@motleyrice.com |
| Ingrid L. Moll | imoll@motleyrice.com |
| Jonathan D. Orent | jorent@motleyrice.com |
| Michael G. Rousseau | mrousseau@motleyrice.com |
| Fidelma L. Fitzpatrick | ffitzpatrick@motleyrice.com |

MOTLEY RICE, LLC
**Counsel for State of Oklahoma**


Robert P. Redemann     rredemann@pmrlaw.net
Lawrence W. Zeringue     lzeringue@pmrlaw.net
David C. Senger     dsenger@pmrlaw.net
PERRINE, MCGIVERN, REDEMANN, REID, BARRY & TAYLOR, P.L.L.C.

Robert E Sanders     rsanders@youngwilliams.com
Edwin Stephen Williams     steve.williams@youngwilliams.com
YOUNG WILLIAMS P.A.
**Counsel for Cal-Maine Farms, Inc and Cal-Maine Foods, Inc.**


John H. Tucker     jtucker@rhodesokla.com
Theresa Noble Hill     thill@rhodesokla.com
Colin Hampton Tucker     ctucker@rhodesokla.com
Leslie Jane Southerland     ljsoutherland@rhodesokla.com
RHODES, HIERONYMUS, JONES, TUCKER & GABLE

Terry Wayen West     terry@thewestlawfirm.com
THE WEST LAW FIRM

Delmar R. Ehrich     dehrich@faegre.com
Bruce Jones     bjones@faegre.com
Krisann C. Kleibacker Lee     kklee@faegre.com
Todd P. Walker     twalker@faegre.com
Christopher H. Dolan     cdolan@faegre.com
FAEGRE & BENSON, LLP

Dara D. Mann     dmann@mckennalong.com
MCKENNA, LONG & ALDRIDGE, LLP
**Counsel for Cargill, Inc. & Cargill Turkey Production, LLC**


James Martin Graves     jgraves@bassettlawfirm.com
Gary V Weeks     gweeks@bassettlawfirm.com
Paul E. Thompson, Jr     pthompson@bassettlawfirm.com
Woody Bassett     wbassett@bassettlawfirm.com
K. C. Dupps Tucker     kctucker@bassettlawfirm.com
BASSETT LAW FIRM

George W. Owens     gwo@owenslawfirmpc.com
Randall E. Rose     rer@owenslawfirmpc.com
OWENS LAW FIRM, P.C.

**Counsel for George's Inc. & George's Farms, Inc.**

| | |
|---|---|
| A. Scott McDaniel | smcdaniel@mhla-law.com |
| Nicole Longwell | nlongwell@mhla-law.com |
| Philip Hixon | phixon@mhla-law.com |
| Craig A. Merkes | cmerkes@mhla-law.com |

MCDANIEL, HIXON, LONGWELL & ACORD, PLLC

Sherry P. Bartley                       sbartley@mwsgw.com
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC
**Counsel for Peterson Farms, Inc.**

| | |
|---|---|
| John Elrod | jelrod@cwlaw.com |
| Vicki Bronson | vbronson@cwlaw.com |
| P. Joshua Wisley | jwisley@cwlaw.com |
| Bruce W. Freeman | bfreeman@cwlaw.com |
| D. Richard Funk | rfunk@cwlaw.com |

CONNER & WINTERS, LLP
**Counsel for Simmons Foods, Inc.**

| | |
|---|---|
| Stephen L. Jantzen | sjantzen@ryanwhaley.com |
| Paula M. Buchwald | pbuchwald@ryanwhaley.com |
| Patrick M. Ryan | pryan@ryanwhaley.com |

RYAN, WHALEY, COLDIRON & SHANDY, P.C.

| | |
|---|---|
| Mark D. Hopson | mhopson@sidley.com |
| Jay Thomas Jorgensen | jjorgensen@sidley.com |
| Timothy K. Webster | twebster@sidley.com |
| Thomas C. Green | tcgreen@sidley.com |
| Gordon D. Todd | gtodd@sidley.com |

SIDLEY, AUSTIN, BROWN & WOOD LLP

| | |
|---|---|
| Robert W. George | robert.george@tyson.com |
| L. Bryan Burns | bryan.burns@tyson.com |

TYSON FOODS, INC

| | |
|---|---|
| Michael R. Bond | michael.bond@kutakrock.com |
| Erin W. Thompson | erin.thompson@kutakrock.com |

KUTAK ROCK, LLP
**Counsel for Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., & Cobb-Vantress, Inc.**

R. Thomas Lay                       rtl@kiralaw.com

KERR, IRVINE, RHODES & ABLES

Jennifer Stockton Griffin  jgriffin@lathropgage.com
David Gregory Brown
LATHROP & GAGE LC
**Counsel for Willow Brook Foods, Inc.**


Robin S Conrad  rconrad@uschamber.com
NATIONAL CHAMBER LITIGATION CENTER

Gary S Chilton  gchilton@hcdattorneys.com
HOLLADAY, CHILTON AND DEGIUSTI, PLLC
**Counsel for US Chamber of Commerce and American Tort Reform Association**


D. Kenyon Williams, Jr.  kwilliams@hallestill.com
Michael D. Graves  mgraves@hallestill.com
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON
**Counsel for Poultry Growers/Interested Parties/ Poultry Partners, Inc.**


Richard Ford  richard.ford@crowedunlevy.com
LeAnne Burnett  leanne.burnett@crowedunlevy.com
CROWE & DUNLEVY
**Counsel for Oklahoma Farm Bureau, Inc.**


Kendra Akin Jones, Assistant Attorney General  Kendra.Jones@arkansasag.gov
Charles L. Moulton, Sr Assistant Attorney General  Charles.Moulton@arkansasag.gov
**Counsel for State of Arkansas and Arkansas National Resources Commission**


Mark Richard Mullins  richard.mullins@mcafeetaft.com
MCAFEE & TAFT
**Counsel for Texas Farm Bureau; Texas Cattle Feeders Association; Texas Pork Producers Association and Texas Association of Dairymen**


Mia Vahlberg  mvahlberg@gablelaw.com
GABLE GOTWALS

James T. Banks  jtbanks@hhlaw.com
Adam J. Siegel  ajsiegel@hhlaw.com
HOGAN & HARTSON, LLP
**Counsel for National Chicken Council; U.S. Poultry and Egg Association & National Turkey**

**Federation**

John D. Russell                                    jrussell@fellerssnider.com
FELLERS, SNIDER, BLANKENSHIP, BAILEY
& TIPPENS, PC

William A. Waddell, Jr.                            waddell@fec.net
David E. Choate                                    dchoate@fec.net
FRIDAY, ELDREDGE & CLARK, LLP
**Counsel for Arkansas Farm Bureau Federation**

Barry Greg Reynolds                                reynolds@titushillis.com
Jessica E. Rainey                                  jrainey@titushillis.com
TITUS, HILLIS, REYNOLDS, LOVE,
DICKMAN & MCCALMON

Nikaa Baugh Jordan                                 njordan@lightfootlaw.com
William S. Cox, III                                wcox@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, LLC
**Counsel for American Farm Bureau and National Cattlemen's Beef Association**

     Also on this 31st day of December, 2008, I mailed a copy of the above and foregoing pleading to the following:

**David Gregory Brown**
Lathrop & Gage, LC
314 E. High Street
Jefferson City, MO 65101

**Thomas C. Green**
Sidley Austin Brown & Wood, LLP
1501 K St. NW
Washington, DC 20005

**Cary Silverman**
**Victor E. Schwartz**
Shook Hardy & Bacon LLP
600 14th St. NW, Ste. 800
Washington, DC 20005-2004

Case 4:05-cv-00329-GKF-PJC   Document 1819   Filed in USDC ND/OK on 12/31/2008   Page 10 of 11

**J. D. Strong**
Secretary of the Environment
State of Oklahoma
3800 North Classen
Oklahoma City, OK 73118

**Dustin McDaniel**
**Justin Allen**
Office of the Attorney General (Little Rock)
323 Center Street, Suite 200
Little Rock, AR 72201-2610

**Steven B. Randall**
58185 County Road 658
Kansas, Ok 74347

**George R. Stubblefield**
HC 66, Box 19-12
Proctor, Ok 74457

                s/Robert A. Nance
                Robert A. Nance