# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **STATE OF OKLAHOMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-CV-00329-GKF-SAJ** |
| | ) | |
| **TYSON FOODS, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## STATE OF OKLAHOMA'S SUPPLEMENTAL RESPONSES TO TYSON FOODS, INC.'S APRIL 3, 2008 REQUESTS FOR PRODUCTION TO THE STATE OF OKLAHOMA

COMES NOW, the Plaintiff, the State of Oklahoma, ex rel. W.A. Drew Edmondson, in his capacity as Attorney General of the State of Oklahoma, and Oklahoma Secretary of the Environment, C. Miles Tolbert, in his capacity as the Trustee for Natural Resources for the State of Oklahoma under CERCLA, (hereinafter "the State") and hereby supplements its response to Tyson Foods, Inc.'s, April 3, 2008 Request for Production. The State reserves the right to supplement these responses. The State hereby incorporates its original General Objections as if fully stated herein.

## SUPPLEMENTAL RESPONSE

**REQUEST FOR PROUDUCTION NO. 2:**     Please produce all correspondence between Plaintiffs, Plaintiffs' Experts, Plaintiffs' Attorneys, or any person or agent acting on Plaintiffs' behalf and any publication, association, journal, or other entity regarding the submission for peer review and/or publication as an article, poster, abstract, or in any format of the scientific opinions provided or to be provided by Dr. Valerie J. Harwood in this Lawsuit, including but not limited to Dr. Harwood's development or identification of a "poultry litter marker," Harwood supplemental Aff.¶¶ 2-3.

**RESPONSE TO REQUEST NO.2:**     The State hereby incorporates its previous response and objections to this request as if fully stated herein.  Subject to and without waiver of any objection, the following documents, produced on or before May 14, 2008 are responsive to this request:

PI-Harwood 00003206
HarwoodCORR000007
HarwoodCORR000027
HarwoodCORR000028
HarwoodCORR000029
HarwoodCORR000030
HarwoodCORR000031
HarwoodCORR000067
HarwoodCORR000070
HarwoodCORR000071
HarwoodCORR000072
HarwoodCORR000073

In addition, the State is contemporaneously providing HarwoodCORR00000085.

**REQUEST FOR PRODUCTION NO. 3:**     Please produce all correspondence between Plaintiffs, Plaintiffs' Experts, Plaintiffs' Attorneys, or any person or agent acting on Plaintiffs' behalf and any publication, association, journal, or other entity regarding the submission for peer review and/or publication as an article, poster, abstract, or in any format of the scientific opinions

provided or to be provided by Dr. Roger Olsen in this Lawsuit, including but not limited to Dr. Olsen's development or identification of a "definitive poultry waste signature," Olsen Aff.¶ 6.

**RESPONSE TO REQUEST NO.3:**      The State hereby incorporates its previous response and objections to this request as if fully stated herein.   Subject to and without waiver of any objection, the following documents, produced on or about May 14, 2008 are responsive to this request:

OlsenCORR0015605
OlsenCORR0015757
OlsenCORR0015758
OlsenCORR0015760
OlsenCORR0015774
OlsenCORR0015775
OlsenCORR0015758
OlsenCORR0015759
OlsenCORR0015779
OlsenCORR0015781
OlsenCORR0015782
OlsenCORR0015783
OlsenCORR0015784
OlsenCORR0015790
OlsenCORR0015795
OlsenCORR0016070
OlsenCORR0016074
OlsenCORR0016297
OlsenCORR0016298
OlsenCORR0016299
OlsenCORR0016308
OlsenCORR0016312
OlsenCORR0016332
OlsenCORR0016996
OlsenCORR0016997
OlsenCORR0016998
OlsenCORR0017644
OlsenCORR0017648
OlsenCORR0017649
OlsenCORR0017653
OlsenCORR0017654
OlsenCORR0017659
OlsenCORR0017660
OlsenCORR0017661

OlsenCORR0017670
OlsenCORR0017672
OlsenCORR0017674
OlsenCORR0017676
OlsenCORR0017678
OlsenCORR0017679
OlsenCORR0017680
OlsenCORR0017681
OlsenCORR0017682
OlsenCORR0017683
OlsenCORR0017684
OlsenCORR0017685
OlsenCORR0017687
OlsenCORR0017688
OlsenCORR0017689
OlsenCORR0017692
OlsenCORR0017693
OlsenCORR0019274
OlsenCORR0019281
OlsenCORR0019290
OlsenCORR0019292
OlsenCORR0019293
OlsenCORR0019322
OlsenCORR0019324
OlsenCORR0019326
OlsenCORR0019327
OlsenCORR0019330
OlsenCORR0019333
OlsenCORR0019334
OlsenCORR0019735
OlsenCORR0019748
OlsenCORR0019750
OlsenCORR0019751

**REQUEST FOR PRODUCTION NO.5:** Please produce all materials, including but not limited to any drafts or versions of any article, poster, abstract, or material in any other format, with all supporting data, figures, tables, illustrations, references, and appendices, submitted or made available to any publication, association, journal, or other entity for peer review and/or publication regarding the scientific opinions provided or to be provided by Dr. Valerie J.

Harwood in this Lawsuit, including but not limited to Dr. Harwood's development or identification of a "poultry litter marker," Harwood Supplemental Aff. ¶¶ 2-3.

**RESPONSE TO REQUEST NO.5:**        The State hereby incorporates its previous response and objections to this request as if fully stated herein.  Subject to and without waiver of any objection, the State refers Defendants to Harwood 00000092_PoultryLitterPCR_MS_ FINAL_2_.pdf and Harwood00000093 AEMTMP-02130-08_1 and Harwood 00000094 .pdf, which are attached hereto.

**REQUEST FOR PRODUCTION NO. 6:** Please produce all materials, including but not limited to any drafts or versions of any article, poster, abstract, or material in any other format, with all supporting data, figures, tables, illustrations, references, and appendices, submitted or made available to any publication, association, journal, or other entity for peer review and/or publication regarding the scientific opinions provided or to be provided by Dr. Roger Olsen in this Lawsuit, including but not limited to Dr. Olsen's development or identification of a "definitive poultry waste signature," Olsen Aff. ¶ 6.

**RESPONSE TO REQUEST NO.6:**        The State hereby incorporates its previous response and objections to this request as if fully stated herein.  Subject to and without waiver of any objection, see documents referenced in response to request no. 3.  Additionally, the State is not aware of any materials submitted for peer review responsive to this request.  The State will supplement its response to this request if additional information becomes available.

Respectfully Submitted,

W.A. Drew Edmondson OBA # 2628
ATTORNEY GENERAL
Kelly H. Burch OBA #17067
J. Trevor Hammons OBA #20234
Daniel P. Lennington OBA #21577
ASSISTANT ATTORNEYS GENERAL
State of Oklahoma
313 N.E. 21st St.
Oklahoma City, OK 73105
(405) 521-3921


M. David Riggs OBA #7583
Joseph P. Lennart OBA #5371
Richard T. Garren OBA #3253
Sharon K. Weaver OBA #19010
Robert A. Nance OBA #6581
D. Sharon Gentry OBA #15641
David P. Page OBA #6852
RIGGS, ABNEY, NEAL, TURPEN,
  ORBISON & LEWIS
502 West Sixth Street
Tulsa, OK 74119
(918) 587-3161

Louis W. Bullock OBA #1305
Robert M. Blakemore OBA 18656
BULLOCK, BULLOCK & BLAKEMORE
110 West Seventh Street Suite 707
Tulsa OK 74119
(918) 584-2001

Frederick C. Baker
(admitted *pro hac vice*)
Lee M. Heath
(admitted *pro hac vice*)
Elizabeth C. Ward
(admitted *pro hac vice*)
Elizabeth Claire Xidis
(admitted *pro hac vice*)
MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29465
(843) 216-9280

William H. Narwold
(admitted *pro hac vice*)
Ingrid L. Moll
(admitted *pro hac vice*)
MOTLEY RICE, LLC
20 Church Street, 17th Floor
Hartford, CT  06103
(860) 882-1676

Jonathan D. Orent
(admitted *pro hac vice*)
Michael G. Rousseau
(admitted *pro hac vice*)
Fidelma L. Fitzpatrick
(admitted *pro hac vice*)
MOTLEY RICE, LLC
321 South Main Street
Providence, RI  02940
(401) 457-7700

Attorneys for the State of Oklahoma

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2008, I electronically transmitted the above and foregoing pleading to the Clerk of the Court using the ECF System for filing and a transmittal of a Notice of Electronic Filing to the following ECF registrants:

W. A. Drew Edmondson, Attorney General         fc_docket@oag.state.ok.us
Kelly H. Burch, Assistant Attorney General        kelly_burch@oag.state.ok.us
J. Trevor Hammons, Assistant Attorney General    trevor_hammons@oag.state.ok.us
Daniel P. Lennington, Assistant Attorney General  daniel.lennington@oag.ok.gov

M. David Riggs          driggs@riggsabney.com
Joseph P. Lennart       jlennart@riggsabney.com
Richard T. Garren       rgarren@riggsabney.com
Douglas A. Wilson       doug_wilson@riggsabney.com
Sharon K. Weaver        sweaver@riggsabney.com
Robert A. Nance         rnance@riggsabney.com
D. Sharon Gentry        sgentry@riggsabney.com
David P. Page           dpage@riggsabney.com
RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS

Louis Werner Bullock     lbullock@bullock-blakemore.com
Robert M. Blakemore      bblakemore@bullock-blakemore.com
BULLOCK, BULLOCK & BLAKEMORE

| | |
|---|---|
| Frederick C. Baker | fbaker@motleyrice.com |
| Lee M. Heath | lheath@motleyrice.com |
| Elizabeth C. Ward | lward@motleyrice.com |
| Elizabeth Claire Xidis | cxidis@motleyrice.com |
| William H. Narwold | bnarwold@motleyrice.com |
| Ingrid L. Moll | imoll@motleyrice.com |
| Jonathan D. Orent | jorent@motleyrice.com |
| Michael G. Rousseau | mrousseau@motleyrice.com |
| Fidelma L. Fitzpatrick | ffitzpatrick@motleyrice.com |

MOTLEY RICE, LLC
**Counsel for State of Oklahoma**


| | |
|---|---|
| Robert P. Redemann | rredemann@pmrlaw.net |
| Lawrence W. Zeringue | lzeringue@pmrlaw.net |
| David C. Senger | dsenger@pmrlaw.net |

PERRINE, MCGIVERN, REDEMANN, REID, BARRY & TAYLOR, P.L.L.C.

| | |
|---|---|
| Robert E Sanders | rsanders@youngwilliams.com |
| Edwin Stephen Williams | steve.williams@youngwilliams.com |

YOUNG WILLIAMS P.A.
**Counsel for Cal-Maine Farms, Inc and Cal-Maine Foods, Inc.**


| | |
|---|---|
| John H. Tucker | jtucker@rhodesokla.com |
| Theresa Noble Hill | thill@rhodesokla.com |
| Colin Hampton Tucker | ctucker@rhodesokla.com |
| Leslie Jane Southerland | ljsoutherland@rhodesokla.com |

RHODES, HIERONYMUS, JONES, TUCKER & GABLE

| | |
|---|---|
| Terry Wayen West | terry@thewestlawfirm.com |

THE WEST LAW FIRM

| | |
|---|---|
| Delmar R. Ehrich | dehrich@faegre.com |
| Bruce Jones | bjones@faegre.com |
| Krisann C. Kleibacker Lee | kklee@faegre.com |
| Todd P. Walker | twalker@faegre.com |

FAEGRE & BENSON, LLP

| | |
|---|---|
| Dara D. Mann | dmann@mckennalong.com |

MCKENNA, LONG & ALDRIDGE, LLP
**Counsel for Cargill, Inc. & Cargill Turkey Production, LLC**


| | |
|---|---|
| James Martin Graves | jgraves@bassettlawfirm.com |
| Gary V Weeks | gweeks@bassettlawfirm.com |

Paul E. Thompson, Jr                pthompson@bassettlawfirm.com
Woody Bassett                       wbassett@bassettlawfirm.com
Jennifer E. Lloyd                   jlloyd@bassettlawfirm.com
BASSETT LAW FIRM


George W. Owens                     gwo@owenslawfirmpc.com
Randall E. Rose                     rer@owenslawfirmpc.com
OWENS LAW FIRM, P.C.
**Counsel for George's Inc. & George's Farms, Inc.**


A. Scott McDaniel                   smcdaniel@mhla-law.com
Nicole Longwell                     nlongwell@mhla-law.com
Philip Hixon                        phixon@mhla-law.com
Craig A. Merkes                     cmerkes@mhla-law.com
MCDANIEL, HIXON, LONGWELL & ACORD, PLLC

Sherry P. Bartley                   sbartley@mwsgw.com
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD,  PLLC
**Counsel for Peterson Farms, Inc.**


John Elrod                          jelrod@cwlaw.com
Vicki Bronson                       vbronson@cwlaw.com
P. Joshua Wisley                    jwisley@cwlaw.com
Bruce W. Freeman                    bfreeman@cwlaw.com
D. Richard Funk                     rfunk@cwlaw.com
CONNER & WINTERS, LLP
**Counsel for Simmons Foods, Inc.**


Stephen L. Jantzen                  sjantzen@ryanwhaley.com
Paula M. Buchwald                   pbuchwald@ryanwhaley.com
Patrick M. Ryan                     pryan@ryanwhaley.com
RYAN, WHALEY, COLDIRON & SHANDY, P.C.

Mark D. Hopson                      mhopson@sidley.com
Jay Thomas Jorgensen                jjorgensen@sidley.com
Timothy K. Webster                  twebster@sidley.com
Thomas C. Green                     tcgreen@sidley.com
Gordon D. Todd                      gtodd@sidley.com
SIDLEY, AUSTIN, BROWN & WOOD LLP

Robert W. George                    robert.george@tyson.com
L. Bryan Burns                      bryan.burns@tyson.com
TYSON FOODS, INC

Michael R. Bond                 michael.bond@kutakrock.com
Erin W. Thompson              erin.thompson@kutakrock.com
KUTAK ROCK, LLP
**Counsel for Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., & Cobb-Vantress, Inc.**

R. Thomas Lay                  rtl@kiralaw.com
KERR, IRVINE, RHODES & ABLES

Jennifer Stockton Griffin         jgriffin@lathropgage.com
David Gregory Brown
LATHROP & GAGE LC
**Counsel for Willow Brook Foods, Inc.**

Robin S Conrad                rconrad@uschamber.com
NATIONAL CHAMBER LITIGATION CENTER

Gary S Chilton                gchilton@hcdattorneys.com
HOLLADAY, CHILTON AND DEGIUSTI, PLLC
**Counsel for US Chamber of Commerce and American Tort Reform Association**

D. Kenyon Williams, Jr.          kwilliams@hallestill.com
Michael D. Graves             mgraves@hallestill.com
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON
**Counsel for Poultry Growers/Interested Parties/ Poultry Partners, Inc.**

Richard Ford                richard.ford@crowedunlevy.com
LeAnne Burnett            leanne.burnett@crowedunlevy.com
CROWE & DUNLEVY
**Counsel for Oklahoma Farm Bureau, Inc.**

Kendra Akin Jones, Assistant Attorney General    Kendra.Jones@arkansasag.gov
Charles L. Moulton, Sr Assistant Attorney General   Charles.Moulton@arkansasag.gov
**Counsel for State of Arkansas and Arkansas National Resources Commission**

Mark Richard Mullins             richard.mullins@mcafeetaft.com
MCAFEE & TAFT
**Counsel for Texas Farm Bureau; Texas Cattle Feeders Association; Texas Pork Producers Association and Texas Association of Dairymen**

Mia Vahlberg                              mvahlberg@gablelaw.com
GABLE GOTWALS

James T. Banks                            jtbanks@hhlaw.com
Adam J. Siegel                            ajsiegel@hhlaw.com
HOGAN & HARTSON, LLP
**Counsel for National Chicken Council; U.S. Poultry and Egg Association & National Turkey Federation**


John D. Russell                           jrussell@fellerssnider.com
FELLERS, SNIDER, BLANKENSHIP, BAILEY
& TIPPENS, PC

William A. Waddell, Jr.                   waddell@fec.net
David E. Choate                           dchoate@fec.net
FRIDAY, ELDREDGE & CLARK, LLP
**Counsel for Arkansas Farm Bureau Federation**


Barry Greg Reynolds                       reynolds@titushillis.com
Jessica E. Rainey                         jrainey@titushillis.com
TITUS, HILLIS, REYNOLDS, LOVE,
DICKMAN & MCCALMON

Nikaa Baugh Jordan                        njordan@lightfootlaw.com
William S. Cox, III                       wcox@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, LLC
**Counsel for American Farm Bureau and National Cattlemen's Beef Association**


        Also on this 16th day of July, 2008, I mailed a copy of the above and foregoing pleading to the following:

**David Gregory Brown**
Lathrop & Gage, LC
314 E. High Street
Jefferson City, MO 65101

**Thomas C. Green**
Sidley Austin Brown & Wood, LLP
1501 K St. NW
Washington, DC 20005

**Cary Silverman**
**Victor E. Schwartz**
Shook Hardy & Bacon LLP
600 14th St. NW, Ste. 800
Washington, DC 20005-2004

**C. Miles Tolbert**
Secretary of the Environment
State of Oklahoma
3800 North Classen
Oklahoma City, OK 73118

**Dustin McDaniel**
**Justin Allen**
Office of the Attorney General (Little Rock)
323 Center Street, Suite 200
Little Rock, AR 72201-2610

**Steven B. Randall**
58185 County Road 658
Kansas, Ok 74347

**George R. Stubblefield**
HC 66, Box 19-12
Proctor, Ok 74457

Robert A. Nance

**Ward, Liza**

| | |
|---|---|
| **From:** | Harwood, Valerie [vharwood@cas.usf.edu] |
| **Sent:** | Thursday, July 10, 2008 4:07 PM |
| **To:** | Ward, Liza; David Page |
| **Subject:** | FW: Manuscript submission (AEM01306-08 Version 1) |

**Attachments:**    PoultyLitterQPCR_MS_FINAL.doc; AEMTMP-02130-08_1[1].pdf

 

PoultyLitterQPCRAEMTMP-02130-
_MS_FINAL.doc .3_1[1].pdf (140 .

Email forwarded as requested

Valerie J. (Jody) Harwood, Ph.D.
Department of Biology, SCA 110
University of South Florida
4202 E. Fowler Ave.
Tampa, FL 33620
(813) 974-1524 - phone
(813) 974-3263 - fax

-----Original Message-----
From: Harwood, Valerie
Sent: Wednesday, June 11, 2008 3:37 PM
To: Jennifer Weidhaas (jweidhaas@northwind-inc.com); Tamzen MacBeth (tmacbeth@northwind-inc.com); Olsen Roger (olsenrl@cdm.com); David Page(new)
Subject: FW: Manuscript submission (AEM01306-08 Version 1)

Manuscript submitted!!

Valerie J. (Jody) Harwood, Ph.D.
Department of Biology, SCA 110
University of South Florida
4202 E. Fowler Ave.
Tampa, FL 33620
(813) 974-1524 - phone
(813) 974-3263 - fax

-----Original Message-----
From: journalsrr@asmusa.org [mailto:journalsrr@asmusa.org]
Sent: Wednesday, June 11, 2008 3:33 PM
To: Harwood, Valerie
Subject: Manuscript submission (AEM01306-08 Version 1)

Dr. Valerie Harwood
University of South Florida
Dept. of Biology
4202 East Fowler Ave.
Tampa, FL 33620-5550
United States

Re:  Identification and Validation of a Poultry Litter-Specific Biomarker and Development of a 16S rRNA Based Quantitative PCR Assay
(AEM01306-08 Version 1)

Dear Dr. Harwood:

HarwoodCORR00000085.0001

You have successfully submitted your manuscript via the Rapid Review system.  The control number of your manuscript is AEM01306-08 Version 1.
Take note of this number, and refer to it in any correspondence with the Journals Department or with the editor.  You may log onto the Rapid Review system at any time to see the current status of your manuscript and the name of the editor handling it.  The URL is http://www.rapidreview.com/ASM2/author.html, and your user name is vharwood. To find contact information for the editor handling your manuscript, go to the following URL: http://www.asm.org/journals/editors.asp

In submitting your manuscript to Applied and Environmental Microbiology (AEM), the author(s) guarantees that a manuscript with substantially the same content has not been submitted or published elsewhere and that all of the authors are aware of and agree to the submission.

By publishing in the journal, the authors agree that any DNAs, viruses, microbial strains, mutant animal strains, cell lines, antibodies, and similar materials newly described in the article are available from a national collection or will be made available in a timely fashion, at reasonable cost, and in limited quantities to members of the scientific community for noncommercial purposes. The authors guarantee that they have the authority to comply with this policy either directly or by means of material transfer agreements through the owner.

Similarly, the authors agree to make available computer programs, originating in the authors' laboratory, that are the only means of confirming the conclusions reported in the article but that are not available commercially.  The program(s) and suitable documentation regarding its (their) use may be provided by any of the following means: (i) as a program transmitted via the Internet, (ii) as an Internet server-based tool, or (iii) as a compiled or assembled form on a suitable medium (e.g., magnetic or optical). It is expected that the material will be provided in a timely fashion and at reasonable cost to members of the scientific community for noncommercial purposes.  The authors guarantee that they have the authority to comply with this policy either directly or by means of material transfer agreements through the owner.

If your manuscript is accepted for publication, a condition of acceptance is that you assign copyright to the American Society for Microbiology.  A copyright transfer agreement is sent with each letter of acceptance after the manuscript has been scheduled for publication.

If your manuscript is accepted for publication in a 2008 issue, page charges (subject to change without notice) will be assessed at $65 per printed page for the first eight pages and $200 for each page in excess of eight for a corresponding author who is an ASM member or $75 per printed page for the first eight pages and $250 for each page in excess of eight for a nonmember corresponding author.  A corresponding author who is not a member may join ASM to obtain the member rate. If the research was not supported, you may send a request for a waiver of page charges to the Director, Journals.  For more details, including type of articles not charged, see the Instructions to Authors.

IMPORTANT NOTICE:  For its primary-research journals, ASM posts online PDF versions of manuscripts that have been peer reviewed and accepted but not yet copyedited.  This feature is called "AEM Accepts" and is accessible from the Journals website.  The manuscripts are published online as soon as possible after acceptance, on a weekly basis, before the copyedited, typeset versions are published.  They are posted "As Is" (i.e., as submitted by the authors at the modification stage), and corrections/changes are NOT accepted.  Accordingly, there may be differences between the AEM Accepts version and the final, typeset version.  The manuscripts remain listed on the AEM Accepts page until the final, typeset versions are posted, at which point they are removed from the AEM Accepts page and become available only through links from the final, typeset version. They are under subscription access control until 4 months after the typeset versions are posted, when access to all forms becomes free to everyone.  Any supplemental material intended, and accepted, for publication is not posted until publication of the final, typeset article.

Thank you for submitting your manuscript for consideration.

Barbara Slinker
Production Editor
Applied and Environmental Microbiology (AEM)

HarwoodCORR00000085.0002

1    **Identification and Validation of a Poultry Litter-Specific Biomarker and Development of a**

2    **16S rRNA Based Quantitative PCR Assay**

3    Jennifer L. Weidhaas[1], Tamzen W. Macbeth[1], Roger L. Olsen[2], Valerie J. Harwood[3, *]

4

5

6    1. North Wind, Inc. 1425 Higham Street, Idaho Falls, Idaho, 83402

7    2. CDM, 555 17th St., Suite 1100, Denver, CO  80202

8    3. * Department of Biology, University of South Florida, 4202 E. Fowler Ave., Tampa, Florida

9    33620, Phone: 813-974-1524, Fax: 813-974-3263 email vharwood@cas.usf.edu

10

11    Running title: Brevibacterium marker for fecal source tracking of poulty

12

13

1

Harwood00000092.0001

14    **ABSTRACT**

15    A poultry litter-specific biomarker was developed for microbial source tracking (MST) in

16    environmental waters. 16S rRNA sequences that were present in fecal-contaminated turkey and

17    chicken litter were identified by terminal restriction fragment length polymorphism (T-RFLP).

18    Cloning and sequencing of potential targets from pools of *E. coli, Bacteroides* or total bacterial

19    DNA yielded four sequences that were ubiquitous in poultry litter and also contained unique

20    sequences for development of target-specific PCR primers. Primer sensitivity and specificity

21    were tested by nested PCR against ten composite poultry litter samples and fecal samples from

22    beef and dairy cattle, swine, ducks, geese, and human sewage. The sequence with greatest

23    sensitivity (100%) and specificity (93.5%) has 98% identity to *Brevibacterium avium,* and was

24    detected in all litter samples. It was detected at low level in only one goose and one duck sample.

25    A quantitative PCR assay was developed and tested on litter, soil and water samples. Litter

26    concentrations were $2.2*10^7$ - $2.5*10^9$ gene copies/g. The biomarker was present in a majority of

27    soil and water samples collected in and near areas where litter was spread, reaching

28    concentrations of $2.9 \times 10^5$ gene copies·$g^{-1}$ in soil samples and $5.5 \times 10^7$ gene copies·$L^{-1}$ in

29    runoff from the edges of fields. The biomarker will contribute to quantifying the impact of fecal

30    contamination by land-applied poultry litter in this watershed. Furthermore, it has potential for

31    determining fecal source allocations for total maximum daily load (TMDL) programs and

32    ambient water quality assessment, and may be useful in other geographic regions.

33

2

Harwood00000092.0002

34    **INTRODUCTION**

35    Excessive land application of poultry litter as a waste disposal mechanism has been linked to

36    eutrophication of water bodies (28, 35, 39), the spread of pathogens (15, 19, 21), air and soil

37    pollution with metals (11, 33) and groundwater contamination with nitrate (5). Despite these

38    known effects, land application is still the typically practiced disposal method for poultry litter

39    even though viable and economically favorable alternative disposal practices are available (7,

40    20).

41    Identification of the source of fecal pollution contaminating a watershed is of particular interest

42    for protection of water resources and the safety of recreational waters. For example, TMDL

43    assessments require identification of the source of contamination, which is also necessary for

44    remediation of impaired waters(44). Current methods for detecting the presence of fecal

45    pollution, which carries an increased risk of the presence of pathogenic microorganisms, involve

46    the cultivation of fecal indicator organisms such as fecal coliforms in the family

47    *Enterobacteriaceae* (Oklahoma Administrative Code, Title 785, Chapter 46). The U.S. EPA and

48    many states recognize *Escherichia coli* and enterococci as indicators of freshwater recreational

49    water quality (42).

50    Drawbacks to the use of indicator organisms which limit the ability of researchers to pinpoint

51    sources of fecal contamination include the non-specificity of the fecal coliforms to one source

52    (25, 43), variable survival rates of various indicator organisms (1) and the growth or extended

53    persistence of these indicator organisms after release to the environment (12, 45). These

54    drawbacks have lead to research into alternative methods for the assessment of human health risk

3

Harwood00000092.0003

55    from microbial pathogens in recreational waters that do not include the culturing of fecal

56    indicator organisms for identification and quantification of the source of fecal pollution (46).

57    A variety of microbial source tracking (MST) methods (for recent reviews see (17, 40, 47)) have

58    been proposed as an alternative to cultivation of fecal coliforms. Some of these genotypic

59    molecular based techniques have included library dependent methods (i.e., culture and isolate-

60    based) such as ribotyping (10, 31) and repetitive element polymerase chain reaction (REP-PCR)

61    (14). Library independent methods (i.e., detection of a genetic biomarker in extracted DNA)

62    have also been developed using discovery techniques such as suspension arrays (8), subtractive

63    hybridization (13, 26), and terminal restriction fragment length polymorphism (T-RFLP) (3),

64    among others.  Host marker specific targets have included *Enterococcus faecium* (37),

65    *Bifidobacterium* and members of the *Bacteroidales* (3, 22, 38), among others. Relatively few

66    microbial targets specific to poultry fecal material have been identified. To date *Enterococcus*

67    *faecalis* (23), *E. coli* (10) and *Bacteriodes* (26) have been associated with poultry fecal material,

68    but only the *Bacteroides* biomarker (26) was specifically associated with poultry and not other

69    fecal sources The objective of this research was to identify a poultry litter-specific biomarker,

70    validate its specificity against other sources of fecal material from within and outside the

71    watershed and develop a 16S rRNA based real-time PCR assay for quantifying the biomarker in

72    environmental samples. This work was carried out as part of ongoing litigation in which the

73    plaintiff is the Oklahoma Attorney General.

74    **METHODS**

75    **Sample collection.** Litter samples were collected from ten separate facilities (poultry houses),

76    nine chicken and one turkey facility. Litter samples were collected from 18 locations within each

4

Harwood00000092.0004

77   poultry house through the entire depth of the litter. The subsamples (total volume of 4 to 5

78   gallons) from each house were composited, homogenized and split (riffle splitter) before

79   placement into a sterile whirl pack (approximately 500 mL) and shipped on ice to the laboratory

80   for analysis. Litter application areas in fields (soils) were sampled by collecting 20 subsamples

81   on a predetermined grid pattern across a uniform subarea of one to ten acres in size. The zero to

82   two inch sample from six inch soil cores were composited, disaggregated, sieved to 2 mm,

83   ground, homogenized and split. Vegetation, feathers, and rocks were removed. The split soil

84   samples (500 ml) were transported on ice to the laboratory. Nontarget fecal samples for

85   specificity testing were collected as composites from groups of individuals (Table 3). Samples

86   from beef cattle were collected from ten grazing fields, of which five were within the watershed

87   and five were outside the watershed. Two independent duplicate samples were collected for each

88   field, and each duplicate consisted of feces from ten scats. A total of 200 beef cattle scats were

89   collected and composited into 20 samples. Duck and goose samples were collected in the same

90   fashion, consisting of composites from ten individual scats, and independent duplicates were

91   collected for each area. For ducks, three landing areas inside the watershed and two outside the

92   watershed were sampled, while for geese, two landing areas inside and three landing areas

93   outside the watershed were sampled. A total of 100 scats for duck and geese were collected and

94   composited into 10 samples for duck and 10 samples for geese. Composite samples of fecal

95   slurries were collected from swine facilities, one inside the watershed and one outside (2

96   duplicate samples) and dairy cattle facilities (one inside the watershed and two outside (2

97   duplicate samples each)  human residential septic cleanout trucks (3 samples) and influent of

98   three separate municipal wastewater treatment plants (3 samples). A total of 20 g of each fecal

99   sample other than litter from each site was collected and was placed in a 20 ml, sterile,

Harwood00000092.0005

100    polystyrene tube containing 10 ml of 20% glycerol and shipped on dry ice to the laboratory. All

101    fecal samples were homogenized in the glycerol before DNA extraction. Discrete water samples

102    from larger rivers and lakes were collected using a Van Dorn water sampler or with a churn

103    splitter for discrete or composite samples. Samples from larger rivers were typically composites

104    of 3 samples collected on a transect across the width of the river channel. Samples from smaller

105    rivers were collected using automated samplers. Samples collected during high flow events were

106    composited based on flow volume. Base flow samples were collected as grab samples. River

107    samples were placed into sterile 1-L polystyrene bottles in duplicate and shipped on ice to the

108    laboratory where they were filtered. Runoff samples from the litter application areas (e.g. edge of

109    field runoff samples) were collected during or as soon as possible after rainfall events. Samples

110    were collected either with a passive runoff collector for composite samples or with a dip sampler

111    for discrete samples. Runoff samples were placed into sterile 1-L polystyrene bottles in duplicate

112    and shipped on ice to the laboratory where they were filtered. Groundwater samples were

113    collected directly from existing homeowner's wells or from hydraulically driven shallow probes.

114    Spring samples were collected as grab samples or by using a peristaltic pump. All samples were

115    placed into sterile 1-L polystyrene bottles and shipped onice to the laboratory where they were

116    filtered.

117    **Enumeration of Indicator Bacteria.** Indicator bacteria (fecal coliforms, *E. coli* and enterococci)

118    were enumerated according to standard methods using multiple tube fermentation (MTF) and

119    calculation of the most probable number according to according to SM-9221F or SM-9230

120    (APHA, 2005). MTF tubes containing *E. coli* were identified using broth cultures supplemented

121    with (MUG) (SM-9221F) (2).

6

Harwood00000092.0006

122     **Soil, Litter and Fecal Sample DNA Extraction.** Genomic DNA was extracted from soil, liter

123     and fecal samples with Bio101 Fast®Spin® DNA extraction kits (QBiogene, Inc.) following the

124     manufacturer's instructions. Typically 0.25 g of soil or litter was used in each extraction. DNA

125     was purified by size-exclusion chromatography. Sepharose CL-4B (Sigma-Aldrich) was

126     resuspended in Tris-HCL and sterilized by autoclave at 121 °C for at least 20 minutes. Micro-bio

127     spin columns (Bio-Rad Laboratories) were packed with 1 mL of Sepharose CL-4B through

128     centrifugation. Sepharose columns were then washed twice with Tris-HCl buffer (pH 8) and 50

129     to 150 µl of sample was added. Purified DNA was concentrated with ethanol precipitation and

130     re-eluted in 100 µL sterile water.

131     **Water Sample DNA Extraction.** Within 12 hours of receipt at the laboratory all water samples

132     were filtered through a sterile Supor-200, 0.2 µM filter and frozen at -80°C. Filters were then

133     shattered with sterile glass beads and vortexed vigorously for 15 minutes with sterile, DNase,

134     and RNase free water to remove solids and cells from the filters. The cell suspension was

135     removed from the centrifuge tubes by pipette and placed in a 2 mL bead beating tube from the

136     Bio101 Fast®Spin® DNA extraction kits. The cells were centrifuged at 20,000 x g for 10

137     minutes, and the supernatant was decanted. Genomic DNA was then extracted using the Bio101

138     Fast®Spin® DNA extraction kits (QBiogene, Inc). The extracted DNA was quantified using a

139     Nanodrop® UV-Vis Spectrophotometer.

140     **T-RFLP Analysis.** Extracted genomic DNA and/or cloned DNA was amplified with

141     phosphoramidite fluorochrome 5-carboxyfluorescein (FAM) labeled universal bacterial primers

142     8F-907R (16, 24), with *E.coli* genus specific primers (Tsen, et al. 1998), and *Bacteroidales*

143     specific primers (Bernhard and Field, 2000). All PCR primers targeted the 16S rRNA gene.

144     Triplicate PCR reactions were generated from each DNA extraction, combined and purified

7

145   using QIAquick PCR purification Kits (Qiagen). Approximately 200 ng each of PCR product

146   was digested at 37°C for 6 hours with the *Msp*I restriction enzyme (20μ/μL) (New England

147   BioLabs). Samples were denatured by heating to 95° C for 3 minutes followed by cooling to

148   4°C. The digested fragments were purified by ethanol precipitation.

149   **Primer Design.** Primers were designed using the ABI Primer Express v.2 program (Applied

150   Biosystems, Foster City, CA) and were targeted to variable regions between the potential

151   biomarker sequences and sequences of the top 20 closest related organisms in the GenBank

152   database. The BLAST search (Basic Alignment Search Tool,

153   http://www.ncbi.nlm.nih.gov/blast/Blast.cgi) was used to check the specificity of each primer.

154   **PCR Assay Conditions.** PCR was used to amplify approximately 900 bp of the 16S rRNA genes

155   from *Bacteria* for clone library construction. Each 25 μL PCR reaction included 0.4 mg mL$^{-1}$

156   molecular-grade bovine serum albumin (BSA) (Sigma Chemicals), 1X PCR Buffer (Promega),

157   1.5 mM MgCl$_2$, 0.5 μM of both the forward (8F) (16) and reverse (907R) (24) primer

158   (Invitrogen), 1U Taq DNA polymerase (Promega), 0.2 mM dNTP (Invitrogen), 1 μL DNA

159   template, and molecular-grade water (Promega). Amplification was performed on a PerkinElmer

160   Model 9600 thermocycler using the following conditions: 94 °C for 5 minutes, 30 cycles of 94

161   °C (1 minute), 55 °C (45 seconds), and 72 °C (2 minute). A final extension at 72 °C for 7

162   minutes was performed and the PCR products were held at 4°C. Specificity of the PCR primers

163   to the poultry litter biomarker was evaluated with nested PCR by first amplifying non-target

164   fecal samples by universal bacterial primers 8F, 907R and then amplifying by the potential

165   poultry litter biomarker PCR primers. The nested PCR master mix and thermocycler conditions

166   were similar to the universal PCR with the following exceptions: 1) forward and reverse PCR

8

Harwood00000092.0008

167    primers were specific to the potential poultry biomarker as shown in Table 2, 2) the annealing

168    temperature was 60 °C. Amplification by nested PCR was evaluated by gel electrophoresis.

169    **Clone Libraries.** Clone libraries were constructed from the original genomic DNA extracted

170    from the soil and litter samples and amplified with either universal bacterial primers 8F-907R

171    (16, 24), targeting the 16S rRNA genes of *Bacteria* or the *E. coli* genus specific primers V1SF-

172    V3AR (41). The TOPO ® Cloning Reaction methods from Invitrogen ™ were followed for

173    clone library construction. Two clone libraries were constructed (targeting *Bacteria* and *E. coli*)

174    from pooled DNA samples (i.e., 1 µl of genomic DNA extract from each sample was added to

175    the PCR reaction for inclusion into the clones) based on the abundance of the various potential

176    biomarkers as evidenced by the T-RFLP profiles.

177    **qPCR Assay Conditions.** Quantitative PCR (qPCR) was used to amplify 530 bp of the 16S

178    rRNA gene from *Brevibacterium spp*. DNA samples were diluted to final concentrations of 3

179    ng/µL DNA. Each 25µL qPCR reaction included: 1X SYBR Green Master Mix (Roche), 0.5 µM

180    of both the forward (LA35F) and reverse primer (LA35R) (Invitrogen), 5 % DMSO, 5 µL of

181    diluted sample DNA, and molecular-grade water (Promega). Amplification was performed in

182    triplicate on a Biorad Chromo4 thermocylcer using the following conditions: 50 °C for 2

183    minutes, 95 °C for 15 minutes, 45 cycles of 95 °C (30 seconds), 60 °C (30 seconds), and 72 °C

184    (30 seconds) with a plate read. The 45 cycles was followed by a final extension at 50 °C for 5

185    minutes. Immediately following the final extension was a melting curve from 70 °C to 90 °C, by

186    0.1 degree increments, holding for 5 seconds with a plate read. DNA standards ranging from

187    $6*10^{-15}$ to $10^{-21}$ ng/ul were prepared from serial dilutions of clone plasmid DNA containing the

188    sequence of interest and used to develop the standard curve and method detection limit. Gene

189    copy numbers were calculated from concentrations of positive control standards assuming 9.124

9

Harwood00000092.0009

190    * $10^{14}$ bp/ul of DNA and one gene copy per genome. Detection limits for the qPCR assay were

191    approximately 2000 plasmid copies in *E. coli*/L water and 7.3 *$10^4$ plasmid copies in *E.*

192    *coli*/gram of soil. Nested qPCR was performed by first amplifying DNA with the universal

193    bacterial 16S rRNA 8F (16) and 907R (24) primers. The production of PCR products was

194    confirmed on a 1.5% agarose gel. The 16S rRNA PCR products were purified with the QIAquick

195    PCR purification kit (QIAGEN) were subjected to qPCR  as previously described using the

196    LA35F and LA35R primers for the poultry litter biomarker.

197    **Phylogeny.** The phylogeny of the LA35 clone was investigated using the following methods.

198    The clone sequences were assembled and aligned with BioEdit v. 7.0.5.3 and sequences were

199    checked for chimeras with the Ribosomal Database Project II Chimera Check program and

200    Bellerophon. The 16S rRNA sequences of the closest neighbors to the clone sequences were

201    downloaded for inclusion in the phylogenic analysis. Multiple sequence alignments were

202    constructed with Clustal W alignment tool and manually aligned in BioEdit. The bootstraps

203    (1000 resamplings), maximum likelihood and distance matrix analysis (Kimura), and the

204    reconstruction of the phylogenetic trees (FITCH) were performed with the Phylip 3.65 package

205    and in particular the programs SEQBOOT, DNAML, DNADIST, FITCH, CONSENSE, and

206    RETREE. The reconstructed phylogenetic tree was visualized with PhyloDraw V. 0.8 (Graphics

207    Application Lab, Pusan National University).

208    **RESULTS**

209    ***Identification of potential biomarkers by T-RFLP.*** A total of 20 T-RFLP profiles were

210    generated from the 5 subsamples of each of the two litter and two soil samples. The T-RFs

211    common among the subsamples and representing more than 1% of the community were selected

10

212   for cloning and sequencing (Table 1). A total of 3 *E. coli* T-RFs (i.e., T-RF 496.0, 498.9 and

213   500.8) and 3 *Bacteria* T-RFs (i.e., T-RF142.9, 147.3 and 158.9) were selected for cloning and

214   sequencing. Clone libraries were constructed from PCR products amplified with *E. coli* specific

215   primers (V1SF-V3AR) (41) or universal bacterial primers (8F-907R) (16, 24). A total of 300

216   plasmids from the clone libraries were randomly picked. T-RFLP analysis was carried out on

217   each plasmid insert to identify which plasmids contained the T-RFs of potential biomarkers.

218   Inserts containing the T-RFs of interest were sequenced and PCR primers were developed for

219   those sequences containing mismatches as compared to BLAST database results of the top 20

220   closely related organisms. In all 4 PCR primers for members of 4 genera were developed; a

221   *Brevibacterium spp.*, a *Rhodoplanes spp.*, a *Kineococcus spp.* and a *Pantoea ananatis* strain

222   (Table 2). Two *E. coli* T-RFs were from plasmids that did not contain mismatches between the

223   sequence of interest and the sequences of closely related organisms identified in a BLAST search

224   and therefore were not appropriate biomarkers.

225   **Evaluation of biomarkers against fecal samples.** The PCR assays developed for the 4 potential

226   biomarkers of poultry litter were tested for amplification against a variety of nontarget fecal

227   samples from within and outside the watershed (Table 3). Only the *Brevibacterium* clone LA35

228   appeared to be a potential candidate biomarker for poultry litter in that did not amplify in any

229   fecal samples with the exception of weak amplification in one duck and one goose sample from

230   outside the watershed when analyzed with a nested PCR approach (i.e. PCR with universal

231   bacterial primers and then with the *Brevibacterium* clone LA35 primers). The reconstructed

232   phylogenetic tree of the *Brevibacterium* clone LA35 in relationship to other *Brevibacterium* spp.

233   is presented in Figure 1.

11

Harwood00000092.0011

234   **Quantification of the poultry litter biomarker in environmental samples**. A SYBR green

235   qPCR protocol was developed and optimized using the LA35F and LA35R primers (Table 2)

236   specific to the *Brevibacterium* clone LA35 poultry litter biomarker. The standard curve of the

237   qPCR assay for the biomarker is presented in Figure 2. The detection limit of the qPCR assay

238   was 6 gene copies/ul of extracted DNA.

239   Environmental samples from the potential poultry litter impacted watershed were tested for the

240   presence of the biomarker with the qPCR assay (Table 4). A variety of samples from within the

241   watershed were tested, some of which were expected to contain the biomarker (e.g., litter,

242   contaminated soil, runoff samples), some of which had variable potential for higher biomarker

243   levels (e.g., surface water), and some of which had lower potential for biomarker presence (i.e.,

244   groundwater samples).

245   The correlation between the poultry litter biomarker concentration (i.e., as quantified by qPCR)

246   in water and litter samples and *E. coli* and *Enterococcus* as measured by most probable number

247   is presented in Figures 3 and 4. In general the *Enterococcus* MPN counts were well correlated

248   with the concentration of the biomarker in litter ($R^2 = 0.75$) and with the biomarker concentration

249   in water samples ($R^2 = 0.89$).  The correlation between *E. coli* concentrations and the biomarker

250   in water samples was also strong ($R^2 = 0.85$) while *E. coli* was less tightly (but significantly)

251   correlated with the biomarker in litter samples ($R^2 = 0.28$). Correlation of the biomarker with *E.*

252   *coli* and *Enterococcous* spp. provides a line of evidence of the human health risk associated with

253   the runoff from poultry litter application to fields although there is evidence that regrowth of

254   these organisms is possible once they are introduced into the environment (36).

12

Harwood00000092.0012

255   **DISCUSSION**

256   The *Brevibacterium* sp. poultry litter biomarker developed in this study was validated in terms of

257   sensitivity (100%) against numerous positive (poultry litter) samples from different locations

258   with the watershed and for specificity (93.5%) against composite non-target fecal samples. These

259   practices are in accordance with recent critical reviews (34, 40) that strongly recommend MST

260   method validation. Future efforts will attempt to extend the method validation outside the

261   watershed and possible outside the region as this biomarker could be useful for identifying fecal

262   pollution sources in other river systems and coastal waters.

263   The *Brevibacterium* clone LA35 poultry litter biomarker was most closely related to

264   *Brevibacterium avium*, which is associated with bumble-foot lesions in poultry (32).

265   *Brevibacterium* spp. were recently identified in spent mushroom compost that was originally

266   derived from chicken litter and cereal straw (29). Additionally *Brevibacterium avium,*

267   *Brevibacterium iodinum,* and *Brevibacterium epidermidis* were found to represent more than 7%

268   of a 16S rRNA clone library originating from broiler chicken litter (27).  Certain *Brevibacterium*

269   spp. are associated with milk and cheese curds(6), human skin(9), and soils (30). *Brevibacterium*

270   spp. have been associated with disease in humans although to date these opportunistic pathogens

271   have only been isolated from immunocompromised patients (4, 9, 18).

272   As poultry litter is land-applied as a disposal practice (19, 33, 35), it was important to identify a

273   marker that could survive the process of deposition on bedding and spreading on fields.

274   Therefore, the T-RFLP screening process included both litter and contaminated soil samples.

275   This strategy allowed for the rapid elimination of numerous targets that could be abundant in the

276   poultry fecal material, but not as abundant in the litter and not present in the environment after

13

Harwood00000092.0013

277 litter application. This strategy for marker identification is in contrast with the work by Lu and

278 colleagues (2007) where a genome fragment enrichment method was used to identify microbial

279 sequences specific to chicken feces. Based on the PCR assays developed from clone libraries of

280 the genome fragments, 6 to 40% of the chicken fecal samples collected from a wide geographic

281 region contained DNA that could be amplified by the various assays (26). In comparison the

282 LA35 biomarker was found in all the poultry litter samples tested, although it should be noted

283 that all of the samples were collected in the Oklahoma/Arkansas region.

284 The examination of environmental samples from within the poultry litter impacted watershed

285 suggest a correlation between the application of poultry litter to a field and concentration of the

286 biomarker in the receiving waters, as evidenced by the generally decreasing trend in biomarker

287 concentration with decreasing concentration of fecal indicator organisms. These results indicate

288 that the watershed is in fact being impacted by the application of poultry litter to fields within the

289 watershed. However, the magnitude of the impact as measured by the distribution of the

290 biomarker within the watershed cannot be quantified with the limited number of environmental

291 samples processed to date. Future work will include the testing of environmental samples from

292 within the watershed by the qPCR assay to evaluate the distribution of the poultry litter-specific

293 biomarker as compared to indicator bacteria, antibiotics and heavy metals. Additionally, testing

294 of the poultry litter-specific biomarker against more fecal samples from other watersheds and

295 additional avian fecal material will be conducted as the LA35 poultry litter biomarker was found

296 in low abundance (i.e., a nested PCR approach was required for detection) in two non-target

297 composite avian fecal samples (i.e., a duck and a goose sample) from outside the watershed.

298 **Conclusions**

14

Harwood00000092.0014

299    In summary a novel biomarker of poultry litter was identified and a 16S rRNA based real-time

300    PCR assay was developed for this biomarker. The specificity of the assay (93.5%) was tested

301    against 31 separate non-target fecal samples and sensitivity was tested against 10 target litter

302    samples (100%).  The field applicability of the assay was evaluated by testing for the biomarker

303    in environmental samples expected to have variable concentrations of the biomarker, which we

304    hypothesized would be correlated with the concentration of fecal indicator bacteria. A generally

305    positive correlation was found between biomarker concentration and fecal indicator bacteria

306    concentration which was particularly strong for enterococci. The research presented herein is the

307    first identification of a *Brevibacterium* spp. for microbial source tracking studies and is among

308    the first quantifiable method for tracking of poultry fecal sources in environmental waters.

309    **ACKNOWLEDGMENTS**

310    This research was conducted in connection with work performed as retained experts in a pending

311    legal case brought by the State of Oklahoma against several poultry integrators.  Drs. Harwood

312    & Olsen have been retained to serve as expert witnesses by the State of Oklahoma and have

313    provided testimony regarding this research.

314    The authors are grateful for the assistance provided by Kyle Collins, William Blackmore, James

315    Jackson, Erin O'Leary Jeapson and Michelle Andrews. Additionally the authors acknowledge

316    the Molecular Research Core Facility at Idaho State University for graciously allowing us the use

317    of their laboratory space and equipment.

15

Harwood00000092.0015

318     **References**

319     1.     **Anderson, K., J. Whitlock, and V. Harwood.** 2005. Persistence and Differential

320            Survival of Fecal Indicator Bacteria in Subtropical Waters and Sediments. Applied and

321            Environmental Microbiology **71**:3041-3048.

322     2.     **APHA.** 2005. Standard methods for the examination of water and wastewater, 21st ed.

323            American Public Health Association, Inc., Washington, D.C.

324     3.     **Bernhard, A., and K. Field.** 2000. Identification of Nonpoint Sources of Fecal Pollution

325            in Coastal Waters by Using Host-Specific 16S Ribosomal DNA Genetic Markers from

326            Fecal Anaerobes. Applied and Environmental Microbiology **66**:1587-1594.

327     4.     **Beukinga, I., H. Rodriguez-Villalobos, A. Deplano, F. Jacobs, and M. Struelens.**

328            2005. Management of long-term catheter-related *Brevibacterium* bacteraemia. Clinical

329            Microbiology and Infection **10**:465-467.

330     5.     **Bitzer, C., and J. Sims.** 1988. Estimating the availability of nitrogen in poultry manure

331            through laboratory and field studies. Journal of Environmental Quality **17**:47-54.

332     6.     **Brennan, N., A. Ward, T. Beresford, P. Fox, M. Goodfellow, and T. Cogan.** 2002.

333            Biodiversity of the bacterial flora on the surface of a smear cheese. Applied and

334            Environmental Microbiology **68**:820-830.

335     7.     **Bujozcek, G., J. Oleszkiewicz, R. Sparling, and S. Cenkowski.** 2000. High Solid

336            Anaerobic Digestion of Chicken Manure. Journal of Agricultural Engineering Research

337            **76**:51-60.

338     8.     **Call, D., D. Satterwhite, and M. Soule.** 2007. Using DNA suspension arrays to identify

339            library-independent markers for bacterial source tracking. Applied and Environmental

340            Microbiology **41**:3740-3746.

16

Harwood00000092.0016

341   9.    **Cannon, J., F. Spadoni, S. Pesh-Iman, and S. Johnson.** 2005. Pericardial infection

342         caused by *Brevibacterium casei*. Clinical Microbiology and Infection **11**:164-165.

343   10.   **Carson, C., B. Shear, M. Ellersieck, and A. Asfaw.** 2001. Identification of Fecal

344         *Escherichia coli* from Humans and Animals by Ribotyping. Applied and Environmental

345         Microbiology **67**:1503-1507.

346   11.   **Connor, R., M. Connor, K. Irgolic, J. Sabrsula, H. Gurleyuk, R. Brunette, C.**

347         **Howard, J. Garcia, J. Brien, J. Brien, and J. Brien.** 2005. Transformations, Air

348         Transport and Human Impact of Arsenic from Poultry Litter. Environmental Forensics

349         **6**:83-89.

350   12.   **Desmarais, T., H. Solo-Gabriele, and C. Palmer.** 2002. Influence of Soil on Fecal

351         Indicator Organisms in a Tidally Influenced Subtropical Environment. Applied and

352         Environmental Microbiology **68**:1165-1172.

353   13.   **Dick, L. K., A. E. Bernhard, T. J. Brodeur, J. W. Santo Domingo, J. M. Simpson, S.**

354         **P. Walters, and K. G. Field.** 2005. Host distributions of uncultivated fecal *Bacteroidales*

355         bacteria reveal genetic markers for fecal source identification. Applied and

356         Environmental Microbiology **71**:3184-3191.

357   14.   **Dombek, P., L. Johnson, S. Zimmerley, and M. Sadowsky.** 2000. Use of repetitive

358         DNA sequences and the PCR to differentiate *Escherichia coli* isolates from human and

359         animal sources. Applied and Environmental Microbiology **66**:2572-2577.

360   15.   **Edwards, D., and T. Daniel.** 1994. A comparison of runoff quality effects of organic

361         and inorganic fertilizers applied to fescue grass plots. Journal of the American Water

362         Resources Association **30**:35-41.

17

Harwood00000092.0017

363   16.   **Edwards, U., T. Rogall, H. Blocker, M. Emde, and E. Bottger.** 1989. Isolation and

364         direct complete nucleotide determination of entire genes. Characterization of a gene

365         coding for 16S ribosomal RNA. Nucleic Acids Research **17:**7843-7853.

366   17.   **Field, K., and M. Samadpour.** 2007. Fecal source tracking, the indicator paradigm, and

367         managing water quality. Water Research **41:**3517-3538.

368   18.   **Janda, W., P. Tipirneni, and R. Novak.** 2003. *Brevibacterium casei* Bacteremia and

369         Line Sepsis in a Patient with AIDS. Journal of Infection **46:**61-64.

370   19.   **Jenkins, M., D. Endale, H. Schomber, and R. Sharpe.** 2006. Fecal bacteria and sex

371         hormones in soil and runoff from cropped watersheds amended with poultry litter.

372         Science of the Total Environment **358:**164-177.

373   20.   **Kelleher, B., J. Leahy, A. Henihan, T. O'Dwyer, D. Sutton, and M. Leahy.** 2002.

374         Advances in poultry litter disposal technology – a review. Bioresource Technology

375         **83:**27-36.

376   21.   **Kelley, T., O. Pancorbo, W. Mercka, S. Thompson, M. Cabrera, and H. Barnhart.**

377         1994. Fate of Selected Bacterial Pathogens and Indicators in Fractionated Poultry Litter

378         During Storage. Journal of Applied Poultry Research **3:**279-288.

379   22.   **Kildare, B. J., C. M. Leutenegger, B. S. McSwain, D. G. Bambic, V. B. Rajal, and S.**

380         **Wuertz.** 2007. 16S rRNA-based assays for quantitative detection of universal, human-,

381         cow-, and dog-specific fecal *Bacteroidales*: a Bayesian approach. Water Research

382         **41:**3701-3715.

383   23.   **Kuntz, R., P. Hartel, J. Rodgers, and W. Segars.** 2004. Presence of *Enterococcus*

384         *faecalis* in broiler litter and wild bird feces for bacterial source tracking. Water Research

385         **38:**3551-3557.

18

386 24. **Lane, D.** 1991. 16S/23S rRNA sequencing. *In* E. Stackebrandt and M. Goodfellow (ed.),

387      Nucleic acid sequencing techniques in bacterial systematics. John Wiley and Sons, New

388      York, N.Y.

389 25. **Leclerc, H., D. Mossel, S. Edberg, and C. Struijk.** 2001. Advances in the Bacteriology

390      of the Coliform Group: Their Suitability as Markers of Microbial Water Safety. Annual

391      Reviews in Microbiology **55:**201-234.

392 26. **Lu, J., J. Domingo, and O. Shanks.** 2007. Identification of a chicken-specific fecal

393      microbial sequences using a metagenomic approach. Water Research **41:**3561-3574.

394 27. **Lu, J., S. Sanchez, C. Hofacre, J. Maurer, B. Harmon, and M. Lee.** 2003. Evaluation

395      of Broiler Litter with Reference to the Microbial Composition as Assessed by Using 16S

396      rRNA and Functional Gene Markers. Applied and Environmental Microbiology **69:**901-

397      908.

398 28. **Mozaffari, M., and J. Sims.** 1994. Phosphorus availability and sorption in an Atlantic

399      coastal plain watershed dominated by animal-based agriculture. Soil Science **157:**97-107.

400 29. **Ntougias, S., G. Zervakis, N. Kavroulakis, C. Ehaliotis, and K. Papadopoulou.** 2004.

401      Bacterial Diversity in Spent Mushroom Compost Assessed by Amplified rDNA

402      Restriction Analysis and Sequencing of Cultivated Isolates. Systematic and Applied

403      Microbiology **27:**746-754.

404 30. **Onraedt, A., W. Soetaert, and E. Vandamme.** 2005. Industrial importance of the genus

405      *Brevibacterium.* Biotechnology Letters **27:**527-533.

406 31. **Parveen, S., R. Murphree, L. Edmiston, C. Kaspar, and M. Tamplin.** 1999.

407      Discriminant analysis of ribotype profiles of *Escherichia coli* for differentiating human

19

Harwood00000092.0019

408      and nonhuman sources of fecal pollution. Applied and Environmental Microbiology

409      **65:**3142-3147.

410    32.    **Pascual, C., and M. Collins.** 1999. *Brevibacterium avium* sp. nov., isolated from

411      poultry. International Journal of Systematic Bacteriology **49:**1527-1530.

412    33.    **Pirani, A., K. Brye, T. Daniel, B. Haggard, E. Gbur, and J. Mattice.** 2006. Soluble

413      Metal Leaching from a Poultry Litter–Amended Udult under Pasture Vegetation. Vadose

414      Zone Journal **5:**1017-1034.

415    34.    **Santo Domingo, J., D. Bambic, T. Edge, and S. Wuertz.** 2007. Quo vadis source

416      tracking? Towards a strategic framework for environmental monitoring of fecal pollution.

417      Water Research **41:**3539-3552.

418    35.    **Schroeder, P., D. Radcliffer, and M. Cabrera.** 2004. Rainfall Timing and Poultry Litter

419      Application Rate Effects on Phosphorus Loss in Surface Runoff. Journal of

420      Environmental Quality **33:**2201-2209.

421    36.    **Scott, T., J. Rose, T. Jenkins, S. Farrah, and J. Lukasik.** 2002. Microbial Source

422      Tracking: Current Methodology and Future Directions. Applied and Environmental

423      Microbiology **68:**5796-5803.

424    37.    **Scott, T. M., T. M. Jenkins, J. Lukasik, and J. B. Rose.** 2005. Potential use of a host

425      associated molecular marker in *Enterococcus faecium* as an index of human fecal

426      pollution. Environmental Science and Technology **39:**283-287.

427    38.    **Seurinck, S., T. Defoirdt, W. Verstraete, and S. D. Siciliano.** 2005. Detection and

428      quantification of the human-specific HF183 *Bacteroides* 16S rRNA genetic marker with

429      real-time PCR for assessment of human faecal pollution in freshwater. Environmental

430      Microbiology **7:**249-259.

20

431   39.   **Sharpley, A., T. Daniel, J. Sims, and D. Pote.** 1996. Determining environmentally

432         sound soil phosphorus levels. Journal of Soil and Water Conservation **51:**160-168.

433   40.   **Stoeckel, D., and V. Harwood.** 2007. Performance, design and analysis in microbial

434         source tracking studies. Applied and Environmental Microbiology **73:**2405-2415.

435   41.   **Tsen, H., C. Lin, and W. Chi.** 1998. Development and use of 16S rRNA gene targeted

436         PCR primers for the identification of *Escherichia coli* cells in water. Journal of Applied

437         Microbiology **85:**554-560.

438   42.   **USEPA.** 2000. Improved enumeration methods for the recreational water quality

439         indicators: enterococci and *Escherichia coli.* EPA-821/R-771 97/004. U.S.

440         Environmental Protection Agency.

441   43.   **USEPA.** 2005. Microbial source tracking guide document, EPA/600/R-05/064. U.S.

442         Environmental Protection Agency.

443   44.   **USEPA.** 2001. Protocol for developing pathogen TMDLs. EPA 841-R-00-002. U.S.

444         Environmental Protection Agency.

445   45.   **Van Donsel, D., E. Geldreich, and N. Clarke.** 1967. Seasonal Variations in Survival of

446         Indicator Bacteria in Soil and their Contribution to Storm-water Pollution. Applied

447         Microbiology **15:**1362-1370.

448   46.   **Wade, T., R. Calderon, E. Sams, M. Beach, K. Brenner, A. Williams, and A. Dufour.**

449         2006. Rapidly measured indicators of recreational water quality are predictive of

450         swimming-associated gastrointestinal illness. Environ. Health Perspectives **114:**24-28.

451   47.   **Wuertz, S., and J. Field.** 2007. Emerging microbial and chemical source tracking

452         techniques to identify origins of fecal contamination in waterways. Water Research

453         **41:**3515-3516.

21

454   Table 1. Common T-RFs among replicates from two fecal-contaminated poultry litter samples

455   and two soils to which the litter had been applied.

456

| T-RF | Number of subsamples tested (number containing T-RF of interest) | | | |
|------|---------|---------|--------|--------|
|      | Litter A | Litter B | Soil A | Soil B |
| *E.coli* PCR products, digested with *MspI* | | | | |
| <u>496.0</u> | 4 (4) | 5 (4) | 5 (3) | 5 (5) |
| <u>498.9</u> | 4 (4) | 5 (5) | 5 (4) | 5 (5) |
| <u>500.8</u> | 4 (4) | 5 (5) | 5 (5) | 5 (5) |
| Universal bacteria PCR products, digested with *MspI* | | | | |
| 80.1 | 4 (4) | 5 (5) | 5 (0) | 3 (3) |
| 130.9 | 4 (3) | 5 (5) | 5 (1) | 3 (0) |
| <u>142.9</u> | 4 (4) | 5 (4) | 5 (2) | 3 (2) |
| <u>147.3</u> | 4 (4) | 5 (5) | 5 (5) | 3 (2) |
| <u>158.9</u> | 4 (3) | 5 (5) | 5 (4) | 3 (2) |
| 165.0 | 4 (3) | 5 (5) | 5 (4) | 3 (2) |

*Underlined T-RFs correlate to those organisms for which PCR primers were developed

457

458

22

Harwood00000092.0022

459    Table 2. Nucleotide sequences and targets of primers used in this study.

460

| Primer | Target | Sequence (5'-3') | Position | Tm (°C) | T-RF |
|--------|--------|-----------------|----------|---------|------|
| LA35F | *Brevibacterium* | ACCGGATACGACCATCTGC | 166-184 | 57 | 147.3 |
| LA35R | clone LA35 | TCCCCAGTGTCAGTCACAGC | 717-736 | 58 | |
| SA19F | *Kineococcus* | TACGACTCACCTCGGCATC | 163-181 | 56 | 158.9 |
| SA19R | *spp.* | ACTCTAGTGTGCCCGTACCC | 602-621 | 55 | |
| SB37F | *Rhodoplanes* | AACGTGCCTTTTGGTTCG | 143-160 | 56 | 142.9 |
| SB37R | *spp.* | GCTCCTCAGTATCAAAGGCAG | 616-626 | 55 | |
| SA15F | *Pantoea* | CGATGTGGTTAATAACCGCAT | 490-510 | 56 | 500.8 |
| SA15R | *ananatis* | AAGCCTGCCAGTTTCAAATAC | 668-688 | 55 | |

461

23

Harwood00000092.0023

Harwood00000092.0024

24

462   Table 3. Specificity of the poultry litter biomarker assay tested against fecal samples from within and outside the watershed.

463

| Fecal sample (inside or outside watershed) | Number of samples tested (Number of samples containing potential biomarker) | | | |
| --- | --- | --- | --- | --- |
| | Brevibacterium clone LA35 | Rhodoplanes clone SB37 | Kineococcus clone SA19 | Pantoea ananatis clone SA15 |
| Beef cattle (outside) | 5 (0) | 5 (2) | 5 (1) | 5 (0) |
| Beef cattle (inside) | 5 (0) | 5 (3) | 5 (5) | 5 (1) |
| Dairy cattle (outside) | 2 (0) | 2 (1) | 2 (1) | 2 (1) |
| Dairy cattle (inside) | 1 (0) | 1 (1) | 1 (0) | 1 (0) |
| Swine (outside) | 1 (0) | 1 (1) | 1 (1) | 1 (0) |
| Swine (inside) | 1 (0) | 1 (0) | 1 (0) | 1 (0) |
| Duck (outside) | 2 (1)* | 2 (2) | 2 (2) | 2 (2) |
| Duck (inside) | 3 (0) | 3 (1) | 3 (1) | 3 (2) |
| Goose (outside) | 3 (1)* | 3 (3) | 3 (2) | 3 (2) |
| Goose (inside) | 2 (0) | 2 (2) | 2 (1) | 2 (1) |
| Human sewage (outside) | 2 (0) | 2 (2) | 2 (2) | 2 (1) |
| Human sewage (inside) | 4 (0) | 4 (3) | 4 (1) | 4 (1) |

* One duplicate amplified when analyzed with a nested PCR assay.

464
465



466
467

468   Figure 1. Reconstructed phylogentic tree of the *Brevibacterium* spp. based on 16S rRNA.

469   Numbers at the nodes represent bootstrap values (i.e. the number of times this organism was

470   found in this position relative to other organisms in 1000 resamplings of the data). Bootstraps

471   less than 50% are not shown. The closest cultured organisms as reported in an NCBI BLAST

472   search are reported. The distance bar represents a 1% estimated sequence divergence.

25

Harwood00000092.0025

473



474
475
476

477    Figure 2. Standard curve of measured Ct values and standard deviations versus log plasmid

478    biomarker concentration.

26

Harwood00000092.0026

479    Table 4. Environmental samples tested for *Brevibacterium* clone LA35 poultry litter biomarker

480

| Sample type | Number samples tested | % of samples containing biomarker [a] | % of samples quantifiable [b] | Range of biomarker present (16S rRNA copies/L water or g soil or g litter) |
|---|---|---|---|---|
| Litter | 10 | 100 | 100 | $2.2*10^7 \pm 7.1*10^6 - 2.5*10^9 \pm 9.5*10^7$ |
| Soil | 10 | 100 | 50 | $7.0*10^3 \pm 4.4*10^2 - 2.9*10^5 \pm 2.0*10^4$ |
| Edge of field runoff | 10 | 100 | 100 | $2.6*10^3 \pm 1.2*10^2 - 5.5*10^7 \pm 5.3*10^6$ |
| River | 10 | 50 | 20 | $2.9*10^3 \pm 8.6*10^2 - 3.2*10^4 \pm 6.8*10^3$ |
| Groundwater | 6 | 0 | 0 | Not applicable |

[a] indicates the percent of samples in which the biomarker was identified by qPCR or nested qPCR methods

[b] indicates the percent of samples for which a quantifiable number of biomarker genes were measured by qPCR

481

27

Harwood00000092.0027

482



483
484    Figure 3. Correlation between the concentrations of poultry litter biomarker, *E. coli* and

485    *Enterococcus spp.* in poulty litter samples.

Harwood00000092.0028

486



487
488

489   Figure 4. Correlation between the concentrations of poultry litter biomarker, *E. coli* and

490   *Enterococcus* spp. in water samples.

491

Harwood00000092.0029

1    **Identification and Validation of a Poultry Litter-Specific Biomarker and Development of a**

2    **16S rRNA Based Quantitative PCR Assay**

3    Jennifer L. Weidhaas[1], Tamzen W. Macbeth[1], Roger L. Olsen[2], Valerie J. Harwood[3, *]

4

5

6    1. North Wind, Inc. 1425 Higham Street, Idaho Falls, Idaho, 83402

7    2. CDM, 555 17th St., Suite 1100, Denver, CO  80202

8    3. * Department of Biology, University of South Florida, 4202 E. Fowler Ave., Tampa, Florida

9    33620, Phone: 813-974-1524, Fax: 813-974-3263 email vharwood@cas.usf.edu

10

11    Running title: Brevibacterium marker for fecal source tracking of poulty

12

13

1

Harwood00000093.0001

14    **ABSTRACT**

15    A poultry litter-specific biomarker was developed for microbial source tracking (MST) in

16    environmental waters. 16S rRNA sequences that were present in fecal-contaminated turkey and

17    chicken litter were identified by terminal restriction fragment length polymorphism (T-RFLP).

18    Cloning and sequencing of potential targets from pools of *E. coli, Bacteroides* or total bacterial

19    DNA yielded four sequences that were ubiquitous in poultry litter and also contained unique

20    sequences for development of target-specific PCR primers. Primer sensitivity and specificity

21    were tested by nested PCR against ten composite poultry litter samples and fecal samples from

22    beef and dairy cattle, swine, ducks, geese, and human sewage. The sequence with greatest

23    sensitivity (100%) and specificity (93.5%) has 98% identity to *Brevibacterium avium*, and was

24    detected in all litter samples. It was detected at low level in only one goose and one duck sample.

25    A quantitative PCR assay was developed and tested on litter, soil and water samples. Litter

26    concentrations were $2.2*10^7$ - $2.5*10^9$ gene copies/g. The biomarker was present in a majority of

27    soil and water samples collected in and near areas where litter was spread, reaching

28    concentrations of $2.9 \times 10^5$ gene copies$\cdot$g$^{-1}$ in soil samples and $5.5 \times 10^7$ gene copies$\cdot$L$^{-1}$ in

29    runoff from the edges of fields. The biomarker will contribute to quantifying the impact of fecal

30    contamination by land-applied poultry litter in this watershed. Furthermore, it has potential for

31    determining fecal source allocations for total maximum daily load (TMDL) programs and

32    ambient water quality assessment, and may be useful in other geographic regions.

33

2

Harwood00000093.0002

34    **INTRODUCTION**

35    Excessive land application of poultry litter as a waste disposal mechanism has been linked to

36    eutrophication of water bodies (28, 35, 39), the spread of pathogens (15, 19, 21), air and soil

37    pollution with metals (11, 33) and groundwater contamination with nitrate (5). Despite these

38    known effects, land application is still the typically practiced disposal method for poultry litter

39    even though viable and economically favorable alternative disposal practices are available (7,

40    20).

41    Identification of the source of fecal pollution contaminating a watershed is of particular interest

42    for protection of water resources and the safety of recreational waters. For example, TMDL

43    assessments require identification of the source of contamination, which is also necessary for

44    remediation of impaired waters(44). Current methods for detecting the presence of fecal

45    pollution, which carries an increased risk of the presence of pathogenic microorganisms, involve

46    the cultivation of fecal indicator organisms such as fecal coliforms in the family

47    *Enterobacteriaceae* (Oklahoma Administrative Code, Title 785, Chapter 46). The U.S. EPA and

48    many states recognize *Escherichia coli* and enterococci as indicators of freshwater recreational

49    water quality (42).

50    Drawbacks to the use of indicator organisms which limit the ability of researchers to pinpoint

51    sources of fecal contamination include the non-specificity of the fecal coliforms to one source

52    (25, 43), variable survival rates of various indicator organisms (1) and the growth or extended

53    persistence of these indicator organisms after release to the environment (12, 45). These

54    drawbacks have lead to research into alternative methods for the assessment of human health risk

3

Harwood00000093.0003

55    from microbial pathogens in recreational waters that do not include the culturing of fecal

56    indicator organisms for identification and quantification of the source of fecal pollution (46).

57    A variety of microbial source tracking (MST) methods (for recent reviews see (17, 40, 47)) have

58    been proposed as an alternative to cultivation of fecal coliforms. Some of these genotypic

59    molecular based techniques have included library dependent methods (i.e., culture and isolate-

60    based) such as ribotyping (10, 31) and repetitive element polymerase chain reaction (REP-PCR)

61    (14). Library independent methods (i.e., detection of a genetic biomarker in extracted DNA)

62    have also been developed using discovery techniques such as suspension arrays (8), subtractive

63    hybridization (13, 26), and terminal restriction fragment length polymorphism (T-RFLP) (3),

64    among others.  Host marker specific targets have included *Enterococcus faecium* (37),

65    *Bifidobacterium* and members of the *Bacteroidales* (3, 22, 38), among others. Relatively few

66    microbial targets specific to poultry fecal material have been identified. To date *Enterococcus*

67    *faecalis* (23), *E. coli* (10) and *Bacteriodes* (26) have been associated with poultry fecal material,

68    but only the *Bacteroides* biomarker (26) was specifically associated with poultry and not other

69    fecal sources The objective of this research was to identify a poultry litter-specific biomarker,

70    validate its specificity against other sources of fecal material from within and outside the

71    watershed and develop a 16S rRNA based real-time PCR assay for quantifying the biomarker in

72    environmental samples. This work was carried out as part of ongoing litigation in which the

73    plaintiff is the Oklahoma Attorney General.

74    **METHODS**

75    **Sample collection.** Litter samples were collected from ten separate facilities (poultry houses),

76    nine chicken and one turkey facility. Litter samples were collected from 18 locations within each

4

Harwood00000093.0004

77   poultry house through the entire depth of the litter. The subsamples (total volume of 4 to 5

78   gallons) from each house were composited, homogenized and split (riffle splitter) before

79   placement into a sterile whirl pack (approximately 500 mL) and shipped on ice to the laboratory

80   for analysis. Litter application areas in fields (soils) were sampled by collecting 20 subsamples

81   on a predetermined grid pattern across a uniform subarea of one to ten acres in size. The zero to

82   two inch sample from six inch soil cores were composited, disaggregated, sieved to 2 mm,

83   ground, homogenized and split. Vegetation, feathers, and rocks were removed. The split soil

84   samples (500 ml) were transported on ice to the laboratory. Nontarget fecal samples for

85   specificity testing were collected as composites from groups of individuals (Table 3). Samples

86   from beef cattle were collected from ten grazing fields, of which five were within the watershed

87   and five were outside the watershed. Two independent duplicate samples were collected for each

88   field, and each duplicate consisted of feces from ten scats. A total of 200 beef cattle scats were

89   collected and composited into 20 samples. Duck and goose samples were collected in the same

90   fashion, consisting of composites from ten individual scats, and independent duplicates were

91   collected for each area. For ducks, three landing areas inside the watershed and two outside the

92   watershed were sampled, while for geese, two landing areas inside and three landing areas

93   outside the watershed were sampled. A total of 100 scats for duck and geese were collected and

94   composited into 10 samples for duck and 10 samples for geese. Composite samples of fecal

95   slurries were collected from swine facilities, one inside the watershed and one outside (2

96   duplicate samples) and dairy cattle facilities (one inside the watershed and two outside (2

97   duplicate samples each)  human residential septic cleanout trucks (3 samples) and influent of

98   three separate municipal wastewater treatment plants (3 samples). A total of 20 g of each fecal

99   sample other than litter from each site was collected and was placed in a 20 ml, sterile,

5

Harwood00000093.0005

100   polystyrene tube containing 10 ml of 20% glycerol and shipped on dry ice to the laboratory. All

101   fecal samples were homogenized in the glycerol before DNA extraction. Discrete water samples

102   from larger rivers and lakes were collected using a Van Dorn water sampler or with a churn

103   splitter for discrete or composite samples. Samples from larger rivers were typically composites

104   of 3 samples collected on a transect across the width of the river channel. Samples from smaller

105   rivers were collected using automated samplers. Samples collected during high flow events were

106   composited based on flow volume. Base flow samples were collected as grab samples. River

107   samples were placed into sterile 1-L polystyrene bottles in duplicate and shipped on ice to the

108   laboratory where they were filtered. Runoff samples from the litter application areas (e.g. edge of

109   field runoff samples) were collected during or as soon as possible after rainfall events. Samples

110   were collected either with a passive runoff collector for composite samples or with a dip sampler

111   for discrete samples. Runoff samples were placed into sterile 1-L polystyrene bottles in duplicate

112   and shipped on ice to the laboratory where they were filtered. Groundwater samples were

113   collected directly from existing homeowner's wells or from hydraulically driven shallow probes.

114   Spring samples were collected as grab samples or by using a peristaltic pump. All samples were

115   placed into sterile 1-L polystyrene bottles and shipped onice to the laboratory where they were

116   filtered.

117   **Enumeration of Indicator Bacteria.** Indicator bacteria (fecal coliforms, *E. coli* and enterococci)

118   were enumerated according to standard methods using multiple tube fermentation (MTF) and

119   calculation of the most probable number according to according to SM-9221F or SM-9230

120   (APHA, 2005). MTF tubes containing *E. coli* were identified using broth cultures supplemented

121   with (MUG) (SM-9221F) (2).

6

Harwood00000093.0006

122    **Soil, Litter and Fecal Sample DNA Extraction.** Genomic DNA was extracted from soil, liter

123    and fecal samples with Bio101 Fast®Spin® DNA extraction kits (QBiogene, Inc.) following the

124    manufacturer's instructions. Typically 0.25 g of soil or litter was used in each extraction. DNA

125    was purified by size-exclusion chromatography. Sepharose CL-4B (Sigma-Aldrich) was

126    resuspended in Tris-HCL and sterilized by autoclave at 121 $^{o}$C for at least 20 minutes. Micro-bio

127    spin columns (Bio-Rad Laboratories) were packed with 1 mL of Sepharose CL-4B through

128    centrifugation. Sepharose columns were then washed twice with Tris-HCl buffer (pH 8) and 50

129    to 150 µl of sample was added. Purified DNA was concentrated with ethanol precipitation and

130    re-eluted in 100 µL sterile water.

131    **Water Sample DNA Extraction.** Within 12 hours of receipt at the laboratory all water samples

132    were filtered through a sterile Supor-200, 0.2 µM filter and frozen at -80°C. Filters were then

133    shattered with sterile glass beads and vortexed vigorously for 15 minutes with sterile, DNase,

134    and RNase free water to remove solids and cells from the filters. The cell suspension was

135    removed from the centrifuge tubes by pipette and placed in a 2 mL bead beating tube from the

136    Bio101 Fast®Spin® DNA extraction kits. The cells were centrifuged at 20,000 x g for 10

137    minutes, and the supernatant was decanted. Genomic DNA was then extracted using the Bio101

138    Fast®Spin® DNA extraction kits (QBiogene, Inc). The extracted DNA was quantified using a

139    Nanodrop® UV-Vis Spectrophotometer.

140    **T-RFLP Analysis.** Extracted genomic DNA and/or cloned DNA was amplified with

141    phosphoramidite fluorochrome 5-carboxyfluorescein (FAM) labeled universal bacterial primers

142    8F-907R (16, 24), with *E.coli* genus specific primers (Tsen, et al. 1998), and *Bacteroidales*

143    specific primers (Bernhard and Field, 2000). All PCR primers targeted the 16S rRNA gene.

144    Triplicate PCR reactions were generated from each DNA extraction, combined and purified

7

Harwood00000093.0007

145   using QIAquick PCR purification Kits (Qiagen). Approximately 200 ng each of PCR product

146   was digested at 37°C for 6 hours with the *Msp*I restriction enzyme (20μ/μL) (New England

147   BioLabs). Samples were denatured by heating to 95° C for 3 minutes followed by cooling to

148   4°C. The digested fragments were purified by ethanol precipitation.

149   **Primer Design.** Primers were designed using the ABI Primer Express v.2 program (Applied

150   Biosystems, Foster City, CA) and were targeted to variable regions between the potential

151   biomarker sequences and sequences of the top 20 closest related organisms in the GenBank

152   database. The BLAST search (Basic Alignment Search Tool,

153   http://www.ncbi.nlm.nih.gov/blast/Blast.cgi) was used to check the specificity of each primer.

154   **PCR Assay Conditions.** PCR was used to amplify approximately 900 bp of the 16S rRNA genes

155   from *Bacteria* for clone library construction. Each 25 μL PCR reaction included 0.4 mg mL$^{-1}$

156   molecular-grade bovine serum albumin (BSA) (Sigma Chemicals), 1X PCR Buffer (Promega),

157   1.5 mM $MgCl_2$, 0.5 μM of both the forward (8F) (16) and reverse (907R) (24) primer

158   (Invitrogen), 1U Taq DNA polymerase (Promega), 0.2 mM dNTP (Invitrogen), 1 μL DNA

159   template, and molecular-grade water (Promega). Amplification was performed on a PerkinElmer

160   Model 9600 thermocycler using the following conditions: 94 °C for 5 minutes, 30 cycles of 94

161   °C (1 minute), 55 °C (45 seconds), and 72 °C (2 minute). A final extension at 72 °C for 7

162   minutes was performed and the PCR products were held at 4°C. Specificity of the PCR primers

163   to the poultry litter biomarker was evaluated with nested PCR by first amplifying non-target

164   fecal samples by universal bacterial primers 8F, 907R and then amplifying by the potential

165   poultry litter biomarker PCR primers. The nested PCR master mix and thermocycler conditions

166   were similar to the universal PCR with the following exceptions: 1) forward and reverse PCR

Harwood00000093.0008

167   primers were specific to the potential poultry biomarker as shown in Table 2, 2) the annealing

168   temperature was 60 $^o$C. Amplification by nested PCR was evaluated by gel electrophoresis.

169   **Clone Libraries.** Clone libraries were constructed from the original genomic DNA extracted

170   from the soil and litter samples and amplified with either universal bacterial primers 8F-907R

171   (16, 24), targeting the 16S rRNA genes of *Bacteria* or the *E. coli* genus specific primers V1SF-

172   V3AR (41). The TOPO ® Cloning Reaction methods from Invitrogen [TM] were followed for

173   clone library construction. Two clone libraries were constructed (targeting *Bacteria* and *E. coli*)

174   from pooled DNA samples (i.e., 1 µl of genomic DNA extract from each sample was added to

175   the PCR reaction for inclusion into the clones) based on the abundance of the various potential

176   biomarkers as evidenced by the T-RFLP profiles.

177   **qPCR Assay Conditions.** Quantitative PCR (qPCR) was used to amplify 530 bp of the 16S

178   rRNA gene from *Brevibacterium spp*. DNA samples were diluted to final concentrations of 3

179   ng/µL DNA. Each 25µL qPCR reaction included: 1X SYBR Green Master Mix (Roche), 0.5 µM

180   of both the forward (LA35F) and reverse primer (LA35R) (Invitrogen), 5 % DMSO, 5 µL of

181   diluted sample DNA, and molecular-grade water (Promega). Amplification was performed in

182   triplicate on a Biorad Chromo4 thermocylcer using the following conditions: 50 $^o$C for 2

183   minutes, 95 $^o$C for 15 minutes, 45 cycles of 95 $^o$C (30 seconds), 60 $^o$C (30 seconds), and 72 $^o$C

184   (30 seconds) with a plate read. The 45 cycles was followed by a final extension at 50 $^o$C for 5

185   minutes. Immediately following the final extension was a melting curve from 70 $^o$C to 90 $^o$C, by

186   0.1 degree increments, holding for 5 seconds with a plate read. DNA standards ranging from

187   $6*10^{-15}$ to $10^{-21}$ ng/ul were prepared from serial dilutions of clone plasmid DNA containing the

188   sequence of interest and used to develop the standard curve and method detection limit. Gene

189   copy numbers were calculated from concentrations of positive control standards assuming 9.124

9

Harwood00000093.0009

190   * $10^{14}$ bp/ul of DNA and one gene copy per genome. Detection limits for the qPCR assay were

191   approximately 2000 plasmid copies in *E. coli*/L water and 7.3 *$10^4$ plasmid copies in *E.*

192   *coli*/gram of soil. Nested qPCR was performed by first amplifying DNA with the universal

193   bacterial 16S rRNA 8F (16) and 907R (24) primers. The production of PCR products was

194   confirmed on a 1.5% agarose gel. The 16S rRNA PCR products were purified with the QIAquick

195   PCR purification kit (QIAGEN) were subjected to qPCR  as previously described using the

196   LA35F and LA35R primers for the poultry litter biomarker.

197   **Phylogeny.** The phylogeny of the LA35 clone was investigated using the following methods.

198   The clone sequences were assembled and aligned with BioEdit v. 7.0.5.3 and sequences were

199   checked for chimeras with the Ribosomal Database Project II Chimera Check program and

200   Bellerophon. The 16S rRNA sequences of the closest neighbors to the clone sequences were

201   downloaded for inclusion in the phylogenic analysis. Multiple sequence alignments were

202   constructed with Clustal W alignment tool and manually aligned in BioEdit. The bootstraps

203   (1000 resamplings), maximum likelihood and distance matrix analysis (Kimura), and the

204   reconstruction of the phylogenetic trees (FITCH) were performed with the Phylip 3.65 package

205   and in particular the programs SEQBOOT, DNAML, DNADIST, FITCH, CONSENSE, and

206   RETREE. The reconstructed phylogenetic tree was visualized with PhyloDraw V. 0.8 (Graphics

207   Application Lab, Pusan National University).

208   **RESULTS**

209   ***Identification of potential biomarkers by T-RFLP.*** A total of 20 T-RFLP profiles were

210   generated from the 5 subsamples of each of the two litter and two soil samples. The T-RFs

211   common among the subsamples and representing more than 1% of the community were selected

10

Harwood00000093.0010

212   for cloning and sequencing (Table 1). A total of 3 *E. coli* T-RFs (i.e., T-RF 496.0, 498.9 and

213   500.8) and 3 *Bacteria* T-RFs (i.e., T-RF142.9, 147.3 and 158.9) were selected for cloning and

214   sequencing. Clone libraries were constructed from PCR products amplified with *E. coli* specific

215   primers (V1SF-V3AR) (41) or universal bacterial primers (8F-907R) (16, 24). A total of 300

216   plasmids from the clone libraries were randomly picked. T-RFLP analysis was carried out on

217   each plasmid insert to identify which plasmids contained the T-RFs of potential biomarkers.

218   Inserts containing the T-RFs of interest were sequenced and PCR primers were developed for

219   those sequences containing mismatches as compared to BLAST database results of the top 20

220   closely related organisms. In all 4 PCR primers for members of 4 genera were developed; a

221   *Brevibacterium spp.*, a *Rhodoplanes spp.*, a *Kineococcus spp.* and a *Pantoea ananatis* strain

222   (Table 2). Two *E. coli* T-RFs were from plasmids that did not contain mismatches between the

223   sequence of interest and the sequences of closely related organisms identified in a BLAST search

224   and therefore were not appropriate biomarkers.

225   **Evaluation of biomarkers against fecal samples.** The PCR assays developed for the 4 potential

226   biomarkers of poultry litter were tested for amplification against a variety of nontarget fecal

227   samples from within and outside the watershed (Table 3). Only the *Brevibacterium* clone LA35

228   appeared to be a potential candidate biomarker for poultry litter in that did not amplify in any

229   fecal samples with the exception of weak amplification in one duck and one goose sample from

230   outside the watershed when analyzed with a nested PCR approach (i.e. PCR with universal

231   bacterial primers and then with the *Brevibacterium* clone LA35 primers). The reconstructed

232   phylogenetic tree of the *Brevibacterium* clone LA35 in relationship to other *Brevibacterium* spp.

233   is presented in Figure 1.

Harwood00000093.0011

234     **Quantification of the poultry litter biomarker in environmental samples**. A SYBR green

235     qPCR protocol was developed and optimized using the LA35F and LA35R primers (Table 2)

236     specific to the *Brevibacterium* clone LA35 poultry litter biomarker. The standard curve of the

237     qPCR assay for the biomarker is presented in Figure 2. The detection limit of the qPCR assay

238     was 6 gene copies/ul of extracted DNA.

239     Environmental samples from the potential poultry litter impacted watershed were tested for the

240     presence of the biomarker with the qPCR assay (Table 4). A variety of samples from within the

241     watershed were tested, some of which were expected to contain the biomarker (e.g., litter,

242     contaminated soil, runoff samples), some of which had variable potential for higher biomarker

243     levels (e.g., surface water), and some of which had lower potential for biomarker presence (i.e.,

244     groundwater samples).

245     The correlation between the poultry litter biomarker concentration (i.e., as quantified by qPCR)

246     in water and litter samples and *E. coli* and *Enterococcus* as measured by most probable number

247     is presented in Figures 3 and 4. In general the *Enterococcus* MPN counts were well correlated

248     with the concentration of the biomarker in litter ($R^2 = 0.75$) and with the biomarker concentration

249     in water samples ($R^2 = 0.89$).  The correlation between *E. coli* concentrations and the biomarker

250     in water samples was also strong ($R^2 = 0.85$) while *E. coli* was less tightly (but significantly)

251     correlated with the biomarker in litter samples ($R^2 = 0.28$). Correlation of the biomarker with *E.*

252     *coli* and *Enterococcous* spp. provides a line of evidence of the human health risk associated with

253     the runoff from poultry litter application to fields although there is evidence that regrowth of

254     these organisms is possible once they are introduced into the environment (36).

12

Harwood00000093.0012

255   **DISCUSSION**

256   The *Brevibacterium* sp. poultry litter biomarker developed in this study was validated in terms of

257   sensitivity (100%) against numerous positive (poultry litter) samples from different locations

258   with the watershed and for specificity (93.5%) against composite non-target fecal samples. These

259   practices are in accordance with recent critical reviews (34, 40) that strongly recommend MST

260   method validation. Future efforts will attempt to extend the method validation outside the

261   watershed and possible outside the region as this biomarker could be useful for identifying fecal

262   pollution sources in other river systems and coastal waters.

263   The *Brevibacterium* clone LA35 poultry litter biomarker was most closely related to

264   *Brevibacterium avium*, which is associated with bumble-foot lesions in poultry (32).

265   *Brevibacterium* spp. were recently identified in spent mushroom compost that was originally

266   derived from chicken litter and cereal straw (29). Additionally *Brevibacterium avium,*

267   *Brevibacterium iodinum,* and *Brevibacterium epidermidis* were found to represent more than 7%

268   of a 16S rRNA clone library originating from broiler chicken litter (27).  Certain *Brevibacterium*

269   spp. are associated with milk and cheese curds(6), human skin(9), and soils (30). *Brevibacterium*

270   spp. have been associated with disease in humans although to date these opportunistic pathogens

271   have only been isolated from immunocompromised patients (4, 9, 18).

272   As poultry litter is land-applied as a disposal practice (19, 33, 35), it was important to identify a

273   marker that could survive the process of deposition on bedding and spreading on fields.

274   Therefore, the T-RFLP screening process included both litter and contaminated soil samples.

275   This strategy allowed for the rapid elimination of numerous targets that could be abundant in the

276   poultry fecal material, but not as abundant in the litter and not present in the environment after

13

Harwood00000093.0013

277  litter application. This strategy for marker identification is in contrast with the work by Lu and

278  colleagues (2007) where a genome fragment enrichment method was used to identify microbial

279  sequences specific to chicken feces. Based on the PCR assays developed from clone libraries of

280  the genome fragments, 6 to 40% of the chicken fecal samples collected from a wide geographic

281  region contained DNA that could be amplified by the various assays (26). In comparison the

282  LA35 biomarker was found in all the poultry litter samples tested, although it should be noted

283  that all of the samples were collected in the Oklahoma/Arkansas region.

284  The examination of environmental samples from within the poultry litter impacted watershed

285  suggest a correlation between the application of poultry litter to a field and concentration of the

286  biomarker in the receiving waters, as evidenced by the generally decreasing trend in biomarker

287  concentration with decreasing concentration of fecal indicator organisms. These results indicate

288  that the watershed is in fact being impacted by the application of poultry litter to fields within the

289  watershed. However, the magnitude of the impact as measured by the distribution of the

290  biomarker within the watershed cannot be quantified with the limited number of environmental

291  samples processed to date. Future work will include the testing of environmental samples from

292  within the watershed by the qPCR assay to evaluate the distribution of the poultry litter-specific

293  biomarker as compared to indicator bacteria, antibiotics and heavy metals. Additionally, testing

294  of the poultry litter-specific biomarker against more fecal samples from other watersheds and

295  additional avian fecal material will be conducted as the LA35 poultry litter biomarker was found

296  in low abundance (i.e., a nested PCR approach was required for detection) in two non-target

297  composite avian fecal samples (i.e., a duck and a goose sample) from outside the watershed.

298  **Conclusions**

14

Harwood00000093.0014

299   In summary a novel biomarker of poultry litter was identified and a 16S rRNA based real-time

300   PCR assay was developed for this biomarker. The specificity of the assay (93.5%) was tested

301   against 31 separate non-target fecal samples and sensitivity was tested against 10 target litter

302   samples (100%).  The field applicability of the assay was evaluated by testing for the biomarker

303   in environmental samples expected to have variable concentrations of the biomarker, which we

304   hypothesized would be correlated with the concentration of fecal indicator bacteria. A generally

305   positive correlation was found between biomarker concentration and fecal indicator bacteria

306   concentration which was particularly strong for enterococci. The research presented herein is the

307   first identification of a *Brevibacterium* spp. for microbial source tracking studies and is among

308   the first quantifiable method for tracking of poultry fecal sources in environmental waters.

309   **ACKNOWLEDGMENTS**

310   This research was conducted in connection with work performed as retained experts in a pending

311   legal case brought by the State of Oklahoma against several poultry integrators.  Drs. Harwood

312   & Olsen have been retained to serve as expert witnesses by the State of Oklahoma and have

313   provided testimony regarding this research.

314   The authors are grateful for the assistance provided by Kyle Collins, William Blackmore, James

315   Jackson, Erin O'Leary Jeapson and Michelle Andrews. Additionally the authors acknowledge

316   the Molecular Research Core Facility at Idaho State University for graciously allowing us the use

317   of their laboratory space and equipment.

Harwood00000093.0015

318    **References**

319    1.    **Anderson, K., J. Whitlock, and V. Harwood.** 2005. Persistence and Differential

320          Survival of Fecal Indicator Bacteria in Subtropical Waters and Sediments. Applied and

321          Environmental Microbiology **71:**3041-3048.

322    2.    **APHA.** 2005. Standard methods for the examination of water and wastewater, 21st ed.

323          American Public Health Association, Inc., Washington, D.C.

324    3.    **Bernhard, A., and K. Field.** 2000. Identification of Nonpoint Sources of Fecal Pollution

325          in Coastal Waters by Using Host-Specific 16S Ribosomal DNA Genetic Markers from

326          Fecal Anaerobes. Applied and Environmental Microbiology **66:**1587-1594.

327    4.    **Beukinga, I., H. Rodriguez-Villalobos, A. Deplano, F. Jacobs, and M. Struelens.**

328          2005. Management of long-term catheter-related *Brevibacterium* bacteraemia. Clinical

329          Microbiology and Infection **10:**465-467.

330    5.    **Bitzer, C., and J. Sims.** 1988. Estimating the availability of nitrogen in poultry manure

331          through laboratory and field studies. Journal of Environmental Quality **17:**47-54.

332    6.    **Brennan, N., A. Ward, T. Beresford, P. Fox, M. Goodfellow, and T. Cogan.** 2002.

333          Biodiversity of the bacterial flora on the surface of a smear cheese. Applied and

334          Environmental Microbiology **68:**820-830.

335    7.    **Bujozcek, G., J. Oleszkiewicz, R. Sparling, and S. Cenkowski.** 2000. High Solid

336          Anaerobic Digestion of Chicken Manure. Journal of Agricultural Engineering Research

337          **76:**51-60.

338    8.    **Call, D., D. Satterwhite, and M. Soule.** 2007. Using DNA suspension arrays to identify

339          library-independent markers for bacterial source tracking. Applied and Environmental

340          Microbiology **41:**3740-3746.

16

341  9.   **Cannon, J., F. Spadoni, S. Pesh-Iman, and S. Johnson.** 2005. Pericardial infection

342       caused by *Brevibacterium casei*. Clinical Microbiology and Infection **11**:164-165.

343  10.  **Carson, C., B. Shear, M. Ellersieck, and A. Asfaw.** 2001. Identification of Fecal

344       *Escherichia coli* from Humans and Animals by Ribotyping. Applied and Environmental

345       Microbiology **67**:1503-1507.

346  11.  **Connor, R., M. Connor, K. Irgolic, J. Sabrsula, H. Gurleyuk, R. Brunette, C.**

347       **Howard, J. Garcia, J. Brien, J. Brien, and J. Brien.** 2005. Transformations, Air

348       Transport and Human Impact of Arsenic from Poultry Litter. Environmental Forensics

349       **6**:83-89.

350  12.  **Desmarais, T., H. Solo-Gabriele, and C. Palmer.** 2002. Influence of Soil on Fecal

351       Indicator Organisms in a Tidally Influenced Subtropical Environment. Applied and

352       Environmental Microbiology **68**:1165-1172.

353  13.  **Dick, L. K., A. E. Bernhard, T. J. Brodeur, J. W. Santo Domingo, J. M. Simpson, S.**

354       **P. Walters, and K. G. Field.** 2005. Host distributions of uncultivated fecal *Bacteroidales*

355       bacteria reveal genetic markers for fecal source identification. Applied and

356       Environmental Microbiology **71**:3184-3191.

357  14.  **Dombek, P., L. Johnson, S. Zimmerley, and M. Sadowsky.** 2000. Use of repetitive

358       DNA sequences and the PCR to differentiate *Escherichia coli* isolates from human and

359       animal sources. Applied and Environmental Microbiology **66**:2572-2577.

360  15.  **Edwards, D., and T. Daniel.** 1994. A comparison of runoff quality effects of organic

361       and inorganic fertilizers applied to fescue grass plots. Journal of the American Water

362       Resources Association **30**:35-41.

17

Harwood00000093.0017

363   16.   **Edwards, U., T. Rogall, H. Blocker, M. Emde, and E. Bottger.** 1989. Isolation and
364         direct complete nucleotide determination of entire genes. Characterization of a gene
365         coding for 16S ribosomal RNA. Nucleic Acids Research **17:**7843-7853.

366   17.   **Field, K., and M. Samadpour.** 2007. Fecal source tracking, the indicator paradigm, and
367         managing water quality. Water Research **41:**3517-3538.

368   18.   **Janda, W., P. Tipirneni, and R. Novak.** 2003. *Brevibacterium casei* Bacteremia and
369         Line Sepsis in a Patient with AIDS. Journal of Infection **46:**61-64.

370   19.   **Jenkins, M., D. Endale, H. Schomber, and R. Sharpe.** 2006. Fecal bacteria and sex
371         hormones in soil and runoff from cropped watersheds amended with poultry litter.
372         Science of the Total Environment **358:**164-177.

373   20.   **Kelleher, B., J. Leahy, A. Henihan, T. O'Dwyer, D. Sutton, and M. Leahy.** 2002.
374         Advances in poultry litter disposal technology – a review. Bioresource Technology
375         **83:**27-36.

376   21.   **Kelley, T., O. Pancorbo, W. Mercka, S. Thompson, M. Cabrera, and H. Barnhart.**
377         1994. Fate of Selected Bacterial Pathogens and Indicators in Fractionated Poultry Litter
378         During Storage. Journal of Applied Poultry Research **3:**279-288.

379   22.   **Kildare, B. J., C. M. Leutenegger, B. S. McSwain, D. G. Bambic, V. B. Rajal, and S.**
380         **Wuertz.** 2007. 16S rRNA-based assays for quantitative detection of universal, human-,
381         cow-, and dog-specific fecal *Bacteroidales*: a Bayesian approach. Water Research
382         **41:**3701-3715.

383   23.   **Kuntz, R., P. Hartel, J. Rodgers, and W. Segars.** 2004. Presence of *Enterococcus*
384         *faecalis* in broiler litter and wild bird feces for bacterial source tracking. Water Research
385         **38:**3551-3557.

18

Harwood00000093.0018

386   24.   **Lane, D.** 1991. 16S/23S rRNA sequencing. *In* E. Stackebrandt and M. Goodfellow (ed.),

387         Nucleic acid sequencing techniques in bacterial systematics. John Wiley and Sons, New

388         York, N.Y.

389   25.   **Leclerc, H., D. Mossel, S. Edberg, and C. Struijk.** 2001. Advances in the Bacteriology

390         of the Coliform Group: Their Suitability as Markers of Microbial Water Safety. Annual

391         Reviews in Microbiology **55:**201-234.

392   26.   **Lu, J., J. Domingo, and O. Shanks.** 2007. Identification of a chicken-specific fecal

393         microbial sequences using a metagenomic approach. Water Research **41:**3561-3574.

394   27.   **Lu, J., S. Sanchez, C. Hofacre, J. Maurer, B. Harmon, and M. Lee.** 2003. Evaluation

395         of Broiler Litter with Reference to the Microbial Composition as Assessed by Using 16S

396         rRNA and Functional Gene Markers. Applied and Environmental Microbiology **69:**901-

397         908.

398   28.   **Mozaffari, M., and J. Sims.** 1994. Phosphorus availability and sorption in an Atlantic

399         coastal plain watershed dominated by animal-based agriculture. Soil Science **157:**97-107.

400   29.   **Ntougias, S., G. Zervakis, N. Kavroulakis, C. Ehaliotis, and K. Papadopoulou.** 2004.

401         Bacterial Diversity in Spent Mushroom Compost Assessed by Amplified rDNA

402         Restriction Analysis and Sequencing of Cultivated Isolates. Systematic and Applied

403         Microbiology **27:**746-754.

404   30.   **Onraedt, A., W. Soetaert, and E. Vandamme.** 2005. Industrial importance of the genus

405         *Brevibacterium.* Biotechnology Letters **27:**527-533.

406   31.   **Parveen, S., R. Murphree, L. Edmiston, C. Kaspar, and M. Tamplin.** 1999.

407         Discriminant analysis of ribotype profiles of *Escherichia coli* for differentiating human

19

Harwood00000093.0019

408    and nonhuman sources of fecal pollution. Applied and Environmental Microbiology

409    **65:**3142-3147.

410  32.  **Pascual, C., and M. Collins.** 1999. *Brevibacterium avium* sp. nov., isolated from

411    poultry. International Journal of Systematic Bacteriology **49:**1527-1530.

412  33.  **Pirani, A., K. Brye, T. Daniel, B. Haggard, E. Gbur, and J. Mattice.** 2006. Soluble

413    Metal Leaching from a Poultry Litter–Amended Udult under Pasture Vegetation. Vadose

414    Zone Journal **5:**1017-1034.

415  34.  **Santo Domingo, J., D. Bambic, T. Edge, and S. Wuertz.** 2007. Quo vadis source

416    tracking? Towards a strategic framework for environmental monitoring of fecal pollution.

417    Water Research **41:**3539-3552.

418  35.  **Schroeder, P., D. Radcliffer, and M. Cabrera.** 2004. Rainfall Timing and Poultry Litter

419    Application Rate Effects on Phosphorus Loss in Surface Runoff. Journal of

420    Environmental Quality **33:**2201-2209.

421  36.  **Scott, T., J. Rose, T. Jenkins, S. Farrah, and J. Lukasik.** 2002. Microbial Source

422    Tracking: Current Methodology and Future Directions. Applied and Environmental

423    Microbiology **68:**5796-5803.

424  37.  **Scott, T. M., T. M. Jenkins, J. Lukasik, and J. B. Rose.** 2005. Potential use of a host

425    associated molecular marker in *Enterococcus faecium* as an index of human fecal

426    pollution. Environmental Science and Technology **39:**283-287.

427  38.  **Seurinck, S., T. Defoirdt, W. Verstraete, and S. D. Siciliano.** 2005. Detection and

428    quantification of the human-specific HF183 *Bacteroides* 16S rRNA genetic marker with

429    real-time PCR for assessment of human faecal pollution in freshwater. Environmental

430    Microbiology **7:**249-259.

Harwood00000093.0020

431   39.   **Sharpley, A., T. Daniel, J. Sims, and D. Pote.** 1996. Determining environmentally

432         sound soil phosphorus levels. Journal of Soil and Water Conservation **51:**160-168.

433   40.   **Stoeckel, D., and V. Harwood.** 2007. Performance, design and analysis in microbial

434         source tracking studies. Applied and Environmental Microbiology **73:**2405-2415.

435   41.   **Tsen, H., C. Lin, and W. Chi.** 1998. Development and use of 16S rRNA gene targeted

436         PCR primers for the identification of *Escherichia coli* cells in water. Journal of Applied

437         Microbiology **85:**554-560.

438   42.   **USEPA.** 2000. Improved enumeration methods for the recreational water quality

439         indicators: enterococci and *Escherichia coli.* EPA-821/R-771 97/004. U.S.

440         Environmental Protection Agency.

441   43.   **USEPA.** 2005. Microbial source tracking guide document, EPA/600/R-05/064. U.S.

442         Environmental Protection Agency.

443   44.   **USEPA.** 2001. Protocol for developing pathogen TMDLs. EPA 841-R-00-002. U.S.

444         Environmental Protection Agency.

445   45.   **Van Donsel, D., E. Geldreich, and N. Clarke.** 1967. Seasonal Variations in Survival of

446         Indicator Bacteria in Soil and their Contribution to Storm-water Pollution. Applied

447         Microbiology **15:**1362-1370.

448   46.   **Wade, T., R. Calderon, E. Sams, M. Beach, K. Brenner, A. Williams, and A. Dufour.**

449         2006. Rapidly measured indicators of recreational water quality are predictive of

450         swimming-associated gastrointestinal illness. Environ. Health Perspectives **114:**24-28.

451   47.   **Wuertz, S., and J. Field.** 2007. Emerging microbial and chemical source tracking

452         techniques to identify origins of fecal contamination in waterways. Water Research

453         **41:**3515-3516.

21

454    Table 1. Common T-RFs among replicates from two fecal-contaminated poulty litter samples

455    and two soils to which the litter had been applied.

456

| T-RF | Number of subsamples tested (number containing T-RF of interest) | | | |
|---|---|---|---|---|
| | Litter A | Litter B | Soil A | Soil B |
| *E.coli* PCR products, digested with *MspI* | | | | |
| 496.0 | 4 (4) | 5 (4) | 5 (3) | 5 (5) |
| 498.9 | 4 (4) | 5 (5) | 5 (4) | 5 (5) |
| 500.8 | 4 (4) | 5 (5) | 5 (5) | 5 (5) |
| Universal bacteria PCR products, digested with *MspI* | | | | |
| 80.1 | 4 (4) | 5 (5) | 5 (0) | 3 (3) |
| 130.9 | 4 (3) | 5 (5) | 5 (1) | 3 (0) |
| 142.9 | 4 (4) | 5 (4) | 5 (2) | 3 (2) |
| 147.3 | 4 (4) | 5 (5) | 5 (5) | 3 (2) |
| 158.9 | 4 (3) | 5 (5) | 5 (4) | 3 (2) |
| 165.0 | 4 (3) | 5 (5) | 5 (4) | 3 (2) |

*Underlined T-RFs correlate to those organisms for which PCR primers were developed

457

458

22

Harwood00000093.0022

459    Table 2. Nucleotide sequences and targets of primers used in this study.

460

| Primer | Target | Sequence (5'-3') | Position | Tm (°C) | T-RF |
|--------|--------|------------------|----------|---------|------|
| LA35F | *Brevibacterium* | ACCGGATACGACCATCTGC | 166-184 | 57 | 147.3 |
| LA35R | clone LA35 | TCCCCAGTGTCAGTCACAGC | 717-736 | 58 | |
| SA19F | *Kineococcus* | TACGACTCACCTCGGCATC | 163-181 | 56 | 158.9 |
| SA19R | *spp.* | ACTCTAGTGTGCCCGTACCC | 602-621 | 55 | |
| SB37F | *Rhodoplanes* | AACGTGCCTTTTGGTTCG | 143-160 | 56 | 142.9 |
| SB37R | *spp.* | GCTCCTCAGTATCAAAGGCAG | 616-626 | 55 | |
| SA15F | *Pantoea* | CGATGTGGTTAATAACCGCAT | 490-510 | 56 | 500.8 |
| SA15R | *ananatis* | AAGCCTGCCAGTTTCAAATAC | 668-688 | 55 | |

461

23

Harwood00000093.0023

462   Table 3. Specificity of the poultry litter biomarker assay tested against fecal samples from within and outside the watershed.

463

| Fecal sample (inside or outside watershed) | Number of samples tested (Number of samples containing potential biomarker) | | | |
| --- | --- | --- | --- | --- |
| | *Brevibacterium* clone LA35 | *Rhodoplanes* clone SB37 | *Kineococcus* clone SA19 | *Pantoea ananatis* clone SA15 |
| Beef cattle (outside) | 5 (0) | 5 (2) | 5 (1) | 5 (0) |
| Beef cattle (inside) | 5 (0) | 5 (3) | 5 (5) | 5 (1) |
| Dairy cattle (outside) | 2 (0) | 2 (1) | 2 (1) | 2 (1) |
| Dairy cattle (inside) | 1 (0) | 1 (1) | 1 (0) | 1 (0) |
| Swine (outside) | 1 (0) | 1 (1) | 1 (1) | 1 (0) |
| Swine (inside) | 1 (0) | 1 (0) | 1 (0) | 1 (0) |
| Duck (outside) | 2 (1)* | 2 (2) | 2 (2) | 2 (2) |
| Duck (inside) | 3 (0) | 3 (1) | 3 (1) | 3 (2) |
| Goose (outside) | 3 (1)* | 3 (3) | 3 (2) | 3 (2) |
| Goose (inside) | 2 (0) | 2 (2) | 2 (1) | 2 (1) |
| Human sewage (outside) | 2 (0) | 2 (2) | 2 (2) | 2 (1) |
| Human sewage (inside) | 4 (0) | 4 (3) | 4 (1) | 4 (1) |

* One duplicate amplified when analyzed with a nested PCR assay.

Harwood00000093.0024

24

464
465



466    0.01

467

468    Figure 1. Reconstructed phylogentic tree of the *Brevibacterium* spp. based on 16S rRNA.

469    Numbers at the nodes represent bootstrap values (i.e. the number of times this organism was

470    found in this position relative to other organisms in 1000 resamplings of the data). Bootstraps

471    less than 50% are not shown. The closest cultured organisms as reported in an NCBI BLAST

472    search are reported. The distance bar represents a 1% estimated sequence divergence.

Harwood00000093.0025

473



474
475
476

477   Figure 2. Standard curve of measured Ct values and standard deviations versus log plasmid

478   biomarker concentration.

26

Harwood00000093.0026

479    Table 4. Environmental samples tested for *Brevibacterium* clone LA35 poultry litter biomarker

480

| Sample type | Number samples tested | % of samples containing biomarker [a] | % of samples quantifiable [b] | Range of biomarker present (16S rRNA copies/L water or g soil or g litter) |
|---|---|---|---|---|
| Litter | 10 | 100 | 100 | $2.2*10^7 \pm 7.1*10^6 - 2.5*10^9 \pm 9.5*10^7$ |
| Soil | 10 | 100 | 50 | $7.0*10^3 \pm 4.4*10^2 - 2.9*10^5 \pm 2.0*10^4$ |
| Edge of field runoff | 10 | 100 | 100 | $2.6*10^3 \pm 1.2*10^2 - 5.5*10^7 \pm 5.3*10^6$ |
| River | 10 | 50 | 20 | $2.9*10^3 \pm 8.6*10^2 - 3.2*10^4 \pm 6.8*10^3$ |
| Groundwater | 6 | 0 | 0 | Not applicable |

[a] indicates the percent of samples in which the biomarker was identified by qPCR or nested qPCR methods

[b] indicates the percent of samples for which a quantifiable number of biomarker genes were measured by qPCR

481

27

Harwood00000093.0027

482



483
484     Figure 3. Correlation between the concentrations of poultry litter biomarker, *E. coli* and

485     *Enterococcus spp.* in poulty litter samples.

28

Harwood00000093.0028

486



487
488

489   Figure 4. Correlation between the concentrations of poultry litter biomarker, *E. coli* and

490   *Enterococcus* spp. in water samples.

491

29

Harwood00000093.0029

Harwood00000094.0001

# Identification and Validation of a Novel Poultry Litter Biomarker for Tracking Fecal Pollution

T.W. Mitchell[1], J.L. Weidhaas[2], R.L. Olsen[3], K.S. Sorenson[2] and V.J. Harwood[1]

[1] North Wind Inc. (Idaho Falls, ID) [2] CDM (Denver, CO) [3] Department of Biology, University of South Florida



## Introduction

Identifying sources of fecal pollution contaminating watershed is of particular interest for protecting water resources and the safety of recreational waters. Current methods for detecting the presence of fecal pollution, involve the use of indicator organisms include the non-specificity of the fecal coliforms to use source... variable survival rates of indicator organisms... the assessment of human health risk from fecal pollution in recreational waters. This research is focused on the identification and quantification of biomarkers, in order to evaluate impacts of fecal pollution.

*The objective of this research was to identify a poultry litter-specific biomarker, validate its specificity against other sources of fecal material from within and outside a watershed impacted by fecal pollution and develop a 16S rRNA-based real-time PCR assay for quantifying the biomarker in environmental samples.*

## Methods

**Sample Collection:** Samples were aseptically collected from litter (10 poultry houses), soils to which litter was applied (329 samples), nontarget fecal samples (16 samples), discrete water samples from rivers and lakes (39 samples), groundwater (D9 samples), runoff from litter application areas (47 samples), and clean poultry bedding (3 samples).

**DNA Extraction:** Genomic DNA was extracted using the Bio101 FastSpin® DNA extraction kits (QBiogene, Inc.). A follow-on clean up step with Sephaclear CL-4B (Sigma-Aldrich) was conducted (PCR inhibition was enumerated and...).

**Enumeration of Indicator Bacteria:** Indicator bacteria (fecal coliforms, E. coli and enterococci) were enumerated according to standard methods using the membrane filtration (MF) and calculation of the most probable number according to SM9221F or SM9223 (1).

**T-RFLP Analysis:** Extracted genomic DNA and/or clone DNA was amplified with phosphoramidate fluorochrome 5-carboxyfluorescein (FAM) labeled universal bacterial primers 8F 907R(3, 4), with E. coli genus specific primers (2). All PCR products were analyzed using genus specific primers (2). All PCR products were...

**Phylogeny:** The phylogeny of the Brevibacterium sp. was investigated using the following programs: BioEdit V 7.0.5, RDP-II, BLASTn, Chimera V3...

**Clone Libraries:** Clone libraries were constructed from the original genomic DNA extracted from the soil and litter samples and amplified with other universal bacterial primers 8F 907R (3, 4) targeting the 16S rRNA gene of bacteria and E. coli from pooled DNA samples based on the abundance of the various potential biomarkers as evidenced by the T-RFLP profiles.

**qPCR Assay:** A SYBR green Master Mix (Roche) and the LAS primer, was used to amplify 150 bp of the 16S rRNA gene from these biomarkers. A detection limit for the qPCR assay was 6-16S rRNA gene copies/μL DNA extraction.

## Results and Discussion

**IDENTIFYING POTENTIAL BIOMARKER BY T-RFLP:** Clone libraries were constructed from T-RFLP products amplified with E. coli specific primers or universal bacterial primers. T-RFLP analysis was performed on clone plasmid insert to identify which plasmids contained the T-RFLP peak of interest. Clones were assigned to members of a genus were developed. A Brevibacterium sp., a Rhodopirellula sp., a Enterococcus sp. and a Pantoea pananatis strain.

An NCBI database search of sequences with 99% similarity to the litter samples...



### EVALUATING BIOMARKERS AGAINST FECAL SAMPLES:
The qPCR primer sets were designed for specificity against a variety of fecal material from sources within and outside the watershed (Table 2). Only the Brevibacterium clone was related to human feces and some of the Enterococcus primers amplified in any fecal sample with the exception of weak amplification in 2 duplicates) by nested PCR in one duck and one goose sample from outside the watershed area.



Figure 3. Inverted dendrogram inferred from the Brevibacterium...

### PHYLOGENETIC TREE:
Reconstructed phylogenetic tree of the Brevibacterium group reveals the Brevibacterium sp. LAS clustered with the Brevibacterium section. Numbers at the nodes represent bootstrap values. The scale bar represents a 1% estimated sequence divergence.

### QUANTIFYING POULTRY LITTER BIOMARKER IN ENVIRONMENTAL SAMPLES:
A SYBR green qPCR assay protocol was developed and estimated using primers specific to the Brevibacterium sp. clone biomarker. The detection limit of the qPCR assay for the biomarker is shown in Figure 2. Quantification of the biomarker and where soiled poultry litter was applied were tested for the presence of the biomarker using the qPCR assay (Table 3).



Figure 2. Standard curve of biomarker concentration...

## Major Conclusions

- **Molecular methods successfully identified a novel biomarker unique to poultry litter found in a fecal-contaminated watershed due to other sources of fecal pollution.**
- **A 16S rRNA-based real-time PCR assay targeting the poultry litter biomarker successfully amplified this target in environmental samples.**
- **Good correlation between the poultry litter biomarker and potentially pathogenic microbes E. coli and Enterococcus was observed in environmental water samples.**

## CORRELATION BETWEEN POULTRY LITTER BIOMARKER AND E. COLI AND ENTEROCOCCUS:
The correlation between the poultry litter biomarker concentration (i.e. as quantified by qPCR in water and litter samples and E. coli and Enterococcus as measured by most probable number counts as presented in Figures 3 and 4. In general the Enterococcus MPN counts were well correlated for ranging from 0.75 to 0.89 with the concentration of the biomarker in the various samples.




Figure 4. Correlation between the concentrations of poultry litter...

## Future Work
Future work will include the testing of environmental samples from within the watershed by the qPCR assay to evaluate the distribution of the poultry litter-specific biomarker as compared to indicator bacteria, fecal coliforms, and other water quality parameters. Additionally, testing of the poultry litter-specific biomarker against more fecal samples from other watersheds and additional avian fecal material will be conducted in the potential poultry litter biomarker was found in low abundance (i.e. by nested PCR approach) was found for determining and only 1 duplicate was positive in 2 non-target composite avian fecal samples collected outside the watershed. An independent DLA is currently validating the results presented herein on a subset of samples.

## Acknowledgements and References

Harwood00000094.0002

# Identification and Validation of a Novel Poultry Litter Biomarker for Tracking Fecal Pollution

T.W. Macbeth[1], J.L. Weidhaas[1], R.L. Olsen[2], K.S. Sorenson[1], and V.J. Harwood[3]

[1]North Wind Inc, Idaho Falls, ID; [2]CDM, Denver, CO; [3]Univ. South Florida, Tampa, FL

The objective of this research was to develop a molecular biomarker specific to poultry litter and useful for tracking fecal pollution in a watershed affected by large-scale poultry farms. The 16S rRNA gene was targeted and community profiling conducted using terminal restriction fragment length polymorphism and clone library analysis to determine predominant populations in poultry litter that were conserved in soils to which litter had been applied. After screening numerous DNA sequences, a sequence with 97% similarity to previously isolated *Brevibacterium* sp. was selected for detailed evaluation. Polymerase chain reaction (PCR) primers specific to the *Brevibacterium* sp. were developed and tested against the original soil and litter samples, against closely related organisms identified in a BLAST database search, and against fecal samples from 32 other sources within and outside the watershed including beef cattle, dairy cattle, duck, goose, swine and human. The PCR primers amplified *Brevibacterium* sp. in all of the original soil and litter samples, and did not amplify DNA from a closely related *Brevibacteria spp.* identified in a BLAST search [DQ337537, isolated from swine lagoon effluent], or other fecal sources, except weakly in one goose and one duck sample that originated from outside the watershed.

Following validation of specificity of the *Brevibacterium* sp. biomarker, quantitative PCR (qPCR) with SYBR Green chemistry was developed. Environmental samples have been collected within and outside the affected watershed for analysis including, poultry litter, soil, runoff from the fields to which litter was applied, and river and lake waters. Analysis of these samples is ongoing. This research successfully identified a novel biomarker for poultry litter that is highly specific relative to other fecal sources within the watershed, and will allow a quantitative assessment of the distribution of the biomarker in environmental waters as a host-specific indicator of fecal pollution. This research was funded by the State of Oklahoma in on-going litigation against poultry integrators.

# EXHIBIT C

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF OKLAHOMA

```
W. A. DREW EDMONDSON, in his )
capacity as ATTORNEY GENERAL )
OF THE STATE OF OKLAHOMA and )
OKLAHOMA SECRETARY OF THE    )
ENVIRONMENT C. MILES TOLBERT,)
in his capacity as the       )
TRUSTEE FOR NATURAL RESOURCES)
FOR THE STATE OF OKLAHOMA,    )
                             )
            Plaintiff,       )
                             )
vs.                          )4:05-CV-00329-TCK-SAJ
                             )
TYSON FOODS, INC., et al,    )
                             )
            Defendants.      )
```

- - - - - - - - - - - - - - - - - - - - - - - - -

THE VIDEOTAPED DEPOSITION OF

VALERIE HARDWOOD, PhD, produced as a witness on

behalf of the Defendants in the above styled and

numbered cause, taken on the 18th day of July, 2008,

in the City of Tulsa, County of Tulsa, State of

Oklahoma, before me, Lisa A. Steinmeyer, a Certified

Shorthand Reporter, duly certified under and by

virtue of the laws of the State of Oklahoma.

81b0a578-1056-4af2-b4a4-3ceea38831a7

Page 14

1    A       No.

2    Q       Salmonella?

3    A       No.

4    Q       Any other bacteria?

5    A       No.                                                    09:13AM

6    Q       Have you undertaken yourself to quantify fecal

7    production levels by any animal in the IRW?

8    A       No, I have not.

9    Q       Have you undertaken quantification of bacteria

10   loading from any particular source in the IRW?          09:13AM

11   A       I have not.

12   Q       Now, you submitted a journal article to the

13   Journal of Applied and Environmental Microbiology;

14   correct?

15   A       That's correct.                                       09:14AM

16   Q       And we were provided a copy of that a couple

17   of days ago.  You're on the editorial board of that

18   journal?

19   A       That's correct.

20   Q       Okay.  Have you discussed your article with        09:14AM

21   any of your colleagues on that board?

22   A       No, I have not.  That wouldn't be -- you don't

23   do that.

24   Q       Okay.  You submitted it on June 11, at least

25   according to the cover E-mail; is that correct?            09:14AM

81b0a578-1056-4af2-b4a4-3ceea38831a7

1    A        Correct, uh-huh.

2    Q        What is its status?

3    A        It is pending -- it's in review, so that means

4    that the folks who have received it to review, who

5    are anonymous, are still reviewing it.                    09:14AM

6    Q        An article is reviewed before it's accepted?

7    A        Correct, usually by two to three members of

8    the editorial board and/or ad hoc reviewers who are

9    not part of the editorial board.

10   Q        Okay.  Do you have any expectation as to when     09:14AM

11   it might be accepted?

12   A        Usually it's about two months, so I would

13   think in August we will know something.

14   Q        When you submitted the article, did you

15   recommend peer reviewers?                                 09:15AM

16   A        Yes.  That's a common practice.

17   Q        Who did you recommend?

18   A        I don't remember.  I'd have to look back.

19   Q        Okay.  Could you provide us with that

20   information?                                              09:15AM

21   A        Yes, I could, I think.

22   Q        And you do not know who is reviewing your

23   work; is that correct?

24   A        No.  It's anonymous.

25            MR. PAGE:  Mr. Todd, I think it would be          09:15AM

81b0a578-1056-4af2-b4a4-3ceea38831a7

Page 18

1   growing under certain conditions and the other group

2   was growing under other responses and those

3   responses were or those conditions were occurring at

4   different times, then you could get difference in

5   growth patterns.                                    09:18AM

6   Q      Okay.

7   A      However, I do need to qualify that by saying

8   that the evidence for Enterococcus and E. coli

9   growth in the environment is for very slow growth,

10  so we're not talking about increasing by orders of   09:19AM

11  magnitude in the sediment.

12  Q      Okay.  Flip to I think it's the next page of

13  your packet.  It's Table 4 of your submitted report,

14  and if you look in the second column, which is

15  numbers of samples tested, you report in your        09:19AM

16  article testing ten litter sample, ten soil samples,

17  ten edge of field samples, ten river water samples

18  and six groundwater samples?

19  A      Correct.

20  Q      Why did you limit the number of river water    09:19AM

21  samples to ten instead of including all of the tests

22  that the State has done?

23  A      Well, keep in mind that this article was

24  written I believe, and I'd have to refresh my

25  memory, but I believe it was written about a year     09:19AM

81b0a578-1056-4af2-b4a4-3ceea38831a7

Page 19

1    ago, and so the strategy or the idea was that we

2    used the samples that we had analyzed in the first

3    round of PCR sampling because we had -- if you

4    remember, we had several different groups of samples

5    that were submitted for analysis, and so this          09:20AM

6    was our first pass, and so we wrote the paper then

7    based on this first pass of samples, and then are

8    planning to do a follow-up later on with the

9    remainder of the samples.

10   Q      Okay.  So when you say it was written a year   09:20AM

11   ago, are you telling me that you were not editing

12   until several months ago?

13   A      Oh, yes, we were definitely editing it several

14   months ago but, again, so when you start with a body

15   of works -- this is a coherent body of work here.      09:20AM

16   This is what you do in science.  You have a coherent

17   body of work.  You publish that, and then you move

18   on to the next stage.  So the other samples were --

19   are conceptually for purpose of the publication in

20   the next --                                            09:20AM

21          MR. ELROD:  John Elrod.

22   A      -- in the next phase, which would be the next

23   paper that we would we write.

24   Q      Let me hand you No. 3.  Professor, I've handed

25   you what's been marked as Exhibit 3.  Do you           09:21AM

81b0a578-1056-4af2-b4a4-3ceea38831a7

1   A      Yes, uh-huh.

2   Q      Now, what is the purpose of having another lab

3   cross validate North Wind's work?

4   A      The purpose of having another lab cross

5   validate is to -- is to -- well, just that.  In            09:36AM

6   science -- in science cross validation by other

7   groups -- independent validation of test results is

8   a major -- is a way that we test the reliability of

9   the assay.

10  Q      Now, the E-mail we were just looking at refers      09:36AM

11  to Mike Sadowsky?

12  A      Uh-huh.

13  Q      Is that who you retained to cross validate?

14  A      Yes.  Mike Sadowsky at University of Minnesota

15  is working on this.                                         09:37AM

16  Q      Okay.  Who is Mike Sadowsky?

17  A      Mike Sadowsky is a professor of microbiology

18  at the University of Minnesota.  He's one of the

19  leading environmental microbiologists in the

20  country.                                                    09:37AM

21  Q      When was he retained?

22  A      I believe it was May 2008, May or June 2008.

23  Q      Did you all work out your contracting issues?

24  A      Yes.

25  Q      Okay.  Have you worked with him before?             09:37AM

81b0a578-1056-4af2-b4a4-3ceea38831a7

Page 32

1    A      Yes, I have worked with Mike.  I've worked

2    with Mike mostly on -- I've not -- just to clarify,

3    I haven't co-authored anything with him, but I have

4    worked with him on a book and worked with him on

5    various microbial search tracking and environmental          09:37AM

6    microbiology panels, expert workshop panels and

7    things like that.

8    Q      Now, what exactly was he retained to do?

9    A      Mike's laboratory is going to utilize the qPCR

10   assay and cross test some of the same samples that           09:38AM

11   North Wind tested.

12   Q      They're not going to recreate the entire North

13   Wind process?

14   A      That's correct.

15   Q      Now, did you -- I take it you spoke with him          09:38AM

16   in person about this?

17   A      That's correct.

18   Q      And you explained your procedure to him?

19   A      Actually -- well, I very briefly explained the

20   procedure to him, and then the details of the                09:38AM

21   procedure were -- are in the -- are in the standard

22   operating procedure of North Wind that was sent to

23   him.

24   Q      Okay.  Did you explain your results to him?

25   A      He knows about the -- he knows we're using the        09:38AM

81b0a578-1056-4af2-b4a4-3ceea38831a7

Page 33

1   poultry litter biomarker in the watershed, in the

2   IRW watershed, and that we're using it as a tracer

3   or a marker for poultry litter contamination.  I

4   didn't go into depth explaining what we found beyond

5   the fact that the qPCR assay seems to work really          09:39AM

6   well.

7   Q       And is he familiar with the context of this

8   lawsuit?

9   A       I wouldn't say he's familiar with it.  I'd say

10  he's heard about -- he's heard very briefly about          09:39AM

11  the lawsuit but certainly not any of the details.

12  Q       But he knows he's been retained to validate

13  something that's being used in a lawsuit?

14  A       Correct.

15  Q       What materials was he given?                        09:39AM

16  A       Wow.  The standard operating procedure of

17  North Wind for the qPCR, the -- a set of samples

18  that are coded that have no reference to source, and

19  a plasmin, so a piece of DNA that has the biomarker

20  sequence cloned into it so he can use that for a            09:40AM

21  positive control.

22  Q       How many samples was he given?

23  A       Somewhere around 30 I believe.

24  Q       Do you know which samples he was given?

25  A       I can't tell you off the top of my head.  I         09:40AM

81b0a578-1056-4af2-b4a4-3ceea38831a7

# EXHIBIT D



**AEM** Applied and Environmental Microbiology

HOME | HELP | FEEDBACK | SUBSCRIPTIONS | ARCHIVE | SEARCH

# Applied and Environmental Microbiology

To contact an editor, click here.

**Editor in Chief**
*L. Nicholas Ornston* (2011)
Yale University

**Minireview Editor**
*Daniel J. Arp* (2009)
Oregon State University

**Editors**

*Axel A. Brakhage* (2011)
HKI and University of Jena

*Daniel Cullen* (2012)
USDA Forest Products Laboratory

*Harold L. Drake* (2012)
University of Bayreuth

*Katharine J. Gibson* (2011)
DuPont Experimental Station

*Lone Gram* (2011)
Technical University of Denmark

*Mansel W. Griffiths* (2010)
University of Guelph

*Sophia Kathariou* (2012)
North Carolina State University

*Michael J. Larkin* (2012)
The Queen's University of Belfast

*Laura G. Leff* (2011)
Kent State University

*Frank E. Löffler* (2013)
Georgia Institute of Technology

*Charles R. Lovell* (2010)
University of South Carolina

**Editorial Board**
Yousef Abu Kwaik (2011)
Luis A. Actis (2011)
Eric Altermann (2009)
Gary Andersen (2010)
Thomas Andlid (2010)
Adam Arkin (2009)
Beate Averhoff (2010)
Andrea Azcarate-Peril (2009)
Felix J. Baerlocher (2009)
Michael Bagdasarian (2009)
Bert Bago (2010)
Christopher E. Bagwell (2011)
Alan Bakalinsky (2009)
Katherine H. Baker (2009)
József Baranyi (2010)
Tamar Barkay (2011)
Florian Bauer (2009)
Gwyn A. Beattie (2011)
Harry Beller (2009)
Andrew K. Benson (2009)
Peter L. Bergquist (2009)
Tom Besser (2010)
Arvind A. Bhagwat (2009)
K. Johanna Bjorkroth (2010)
Rafael Blasco (2010)
Eckhard Boles (2009)
Paola Bonfante (2009)
Violaine Bonnefoy (2010)
Kathryn J. Boor (2010)
Katherine A. Borkovich (2009)
James Borneman (2011)
Dulal Borthakur (2009)
Thomas L. Bott (2009)
Kostas Bourtzis (2009)
Gesche Braker (2011)
Michael G. Bramucci (2011)
Byron Brehm-Stecher (2010)
Frederick Breidt, Jr. (2010)
Neil C. Bruce (2010)
Alison Buchan (2011)
George Bullerjahn (2010)

Mary Beth Leigh (2010)
Jeffrey T. LeJeune (2009)
Michael Lemke (2011)
Tine Rask Licht (2011)
Celeste Linde (2011)
Markus Linder (2011)
Nic D. Lindley (2010)
John T. Lisle (2009)
Shuang-Jiang Liu (2011)
Wen-Tso Liu (2010)
Jon Lloyd (2010)
G. T. Macfarlane (2011)
Sandra Macfarlane (2011)
Robert Mach (2009)
Walter F. Mahaffee (2011)
Antonio Maldonado (2011)
Mike Manefield (2011)
Helene Marquis (2009)
Terence L. Marsh (2011)
Andrew P. Martin (2011)
Maria Esperanza Martínez-Romero (2010)
Jan Martinussen (2011)
Juergen Marxsen (2011)
Harold D. May (2010)
J. Vaun McArthur (2011)
Katherine McMahon (2009)
Brian McSpadden-Gardener (2010)
Rick Meinersmann (2009)
Jianghong Meng (2009)
William Metcalf (2011)
Patricia D. Millner (2009)
Donald K. Milton (2009)
Kiwamu Minamisawa (2011)
William W. Mohn (2011)
Sylvain Moineau (2011)
Istvan Molnar (2011)
Melanie Mormile (2010)
Volker Müller (2010)
Peter Muriana (2011)
Yuji Nagata (2009)
István Nagy (2010)
Cindy H. Nakatsu (2010)

*Ellen L. Neidle* (2012)
University of Georgia

*Douglas H. Ohlendorf* (2011)
University of Minnesota

*Matthew R. Parsek*, Cover Editor
(2009)
University of Washington

*Donald W. Schaffner* (2010)
Rutgers, The State University of New Jersey

*Janet L. Schottel* (2013)
University of Minnesota

*Alfred M. Spormann* (2011)
Stanford University

*Marylynn V. Yates* (2009)
University of California—Riverside

*Jizhong Zhou* (2013)
University of Oklahoma

**Chairman, Publications Board**
Thomas E. Shenk

**Director, Journals**
Barbara M. Goldman

**Production Editor**
Barbara S. Slinker

**Assistant Production Editors**
Ellie Ghatineh
Michael E. Lerman

William Burkhardt III (2010)
H. J. Busscher (2010)
Mark P. Buttner (2009)
Murulee Byappanahalli (2009)
Douglas R. Call (2011)
Terri A. Camesano (2009)
Russell W. Carlson (2010)
Michael J. Carter (2010)
Jinru Chen (2011)
Shicheng Chen (2011)
Wilfred Chen (2009)
Yi Chen (2011)
Michael L. Chikindas (2010)
Luca Cocolin (2010)
James Cole (2010)
Michael T. Collins (2010)
James M. Cregg (2009)
Patricia Cruz (2010)
Tom Curtis (2010)
Rolf Daniel (2009)
Steven L. Daniel (2011)
Michelle Danyluk (2010)
Atin R. Datta (2010)
Frank B. Dazzo (2010)
Angelo DePaola, Jr. (2009)
Ronald P. de Vries (2011)
Alan DiSpirito (2011)
Jan Dolfing (2010)
Daniel P. Dougherty (2009)
Irina S. Druzhinina (2011)
Doris d'Souza (2011)
Nicole Dubilier (2010)
Siobain Duffy (2010)
Nancy DuTeau (2011)
Richard Eaton (2010)
Leo Eberl (2011)
T. S. Edrington (2010)
Henry L. Ehrlich (2010)
Christopher Elkins (2011)
Marie Elliot (2011)
David Emerson (2009)
K.-D. Entian (2010)
Slava Epstein (2010)
Danilo Ercolini (2009)
David Faguy (2011)
Joseph O. Falkinham III (2010)
Brian Federici (2009)
Juan Ferré (2009)
Matthew W. Fields (2011)
Turlough Finan (2010)
Steven E. Finkel (2010)
Madilyn Fletcher (2011)

Diane G. Newell (2010)
Walter G. Niehaus, Jr. (2010)
Brendan A. Niemira (2009)
Hideaki Nojiri (2009)
Kenneth M. Noll (2010)
Norbert Nowotny (2009)
George-John Nychas (2009)
Mark R. O'Brian (2009)
Kevin P. O'Connell (2011)
Ronald S. Oremland (2009)
Mark Osborn (2010)
Joerg Overmann (2010)
Hans Paerl (2011)
Rebecca Ehrlich Parales (2011)
Jakob Pernthaler (2009)
M. Julia Pettinari (2011)
Gregg Pettis (2011)
Laurent Philippot (2011)
Flynn Picardal (2010)
Roger W. Pickup (2010)
James L. Pinckney (2011)
Anton F. Post (2010)
Rolf Prade (2009)
Jim I. Prosser (2011)
Cheryl L. Quinn (2009)
John P. Quinn (2009)
Jos M. Raaijmakers (2011)
Gerald R. Reeck (2010)
Bernd Rehm (2009)
Gregor Reid (2009)
Walter Reineke (2010)
Geoffrey D. Robson (2011)
Margie Romine (2011)
Neil Rowan (2011)
Edward G. Ruby (2010)
Michael J. Sadowsky (2010)
Daâd A. Saffarini (2011)
Badal C. Saha (2010)
Andrew D. Sails (2010)
Sima Sariaslani (2009)
Brian Sauders (2010)
Patrick D. Schloss (2009)
Andreas Schmid (2011)
Andreas Schramm (2010)
Bernhard Seiboth (2011)
Verena Seidl (2009)
Gordon Shephard (2010)
Simon D. Silver (2011)
Pascal Simonet (2009)
Mitch Singer (2011)
Randall S. Singer (2009)
Brajesh Singh (2010)
Kaarina Sivonen (2011)

Steven Foley (2011)
Christopher Francis (2010)
James A. Fraser (2009)
Herbert L. Fredrickson (2010)
Masao Fukuda (2009)
Rebecca Gast (2011)
Manuela Giovannetti (2009)
Mark Gomelsky (2011)
Heidi Goodrich-Blair (2009)
Lawrence Goodridge (2009)
Joerg Graf (2011)
Irene R. Grant (2010)
Leslie Gregg-Jolly (2011)
Jean Guard-Bouldin (2010)
Mary Lou Guerinot (2011)
Martin W. Hahn (2010)
Theo A. Hansen (2010)
Hauke Harms (2010)
Steven Harris (2011)
Valerie J. (Jody) Harwood (2009)
Terry C. Hazen (2010)
Qiang He (2010)
Zhili He (2010)
Brian Hedlund (2011)
Hermann Heipieper (2011)
Alfredo Herrera-Estrella (2011)
David Hibbett (2011)
Russell T. Hill (2011)
Dallas G. Hoover (2009)
David J. Hopper (2010)
Hor-Gil Hur (2009)
Fumio Inagaki (2010)
Douglas Inglis (2009)
Janet K. Jansson (2010)
Lee-Ann Jaykus (2009)
Tom Jeffries (2011)
Paul R. Jensen (2011)
Carlos A. Jerez (2011)
Mike Jetten (2010)
D. Barrie Johnson (2011)
Yves Jouanneau (2009)
Ari Jumpponen (2009)
Juan Luis Jurat-Fuentes (2009)
David Kaplan (2010)
Levente Karaffa (2009)
Boran Kartal (2011)
Charles W. Kaspar (2010)
James E. Keen (2010)
Martin Keller (2009)
John J. Kelly (2009)

Joan L. Slonczewski (2011)
Kornelia Smalla (2009)
Hauke Smidt (2011)
Patricia A. Sobecky (2010)
John Spear (2010)
Andrew Spiers (2010)
Dirk Springael (2009)
Eric Stabb (2010)
Lucas J. Stal (2009)
Alfons J. M. Stams (2010)
Robert J. Steffan (2010)
Alexander Steinbüchel (2011)
Craig Stephens (2009)
John Stolz (2010)
Wolfgang Streit (2009)
Marc Strous (2011)
Joseph Sturino (2010)
Marcelino Suzuki (2010)
Zuzana Sýkorová (2011)
Ken Takai (2010)
Ralph Tanner (2011)
Gerald W. Tannock (2011)
Ron Teather (2010)
Andreas Teske (2009)
Chris M. Thomas (2009)
Michael G. Thomas (2009)
Ian P. Thompson (2011)
Tim Tolker-Nielsen (2009)
Eva M. Top (2009)
Effie Tsakalidou (2010)
Masataka Tsuda (2009)
Jos Vanderleyden (2010)
Wouter van der Star (2011)
Paul van der Wielen (2011)
Kumar Venkitanarayanan (2011)
Alain Vertes (2010)
Anne K. Vidaver (2011)
Adrián A. Vojnov (2010)
Gerrit Voordouw (2011)
Carmen Wacher (2010)
Michael Wagner (2010)
Irene Wagner-Döbler (2011)
Suzanne Walker (2009)
Judy D. Wall (2009)
Peng G. Wang (2009)
Todd Ward (2010)
Bart Weimer (2010)
Elizabeth M. Wellington (2010)
Alan Welman (2009)
Marvin Whiteley (2010)
Martin Wiedmann (2011)
Steve Wilhelm (2009)
Rolf-M. Wittich (2011)

Robert M. Kelly (2011)
Angela Kent (2010)
Lee Kerkhof (2009)
Philip J. Kersten (2010)
Mary Jo Kirisits (2010)
Maia Kivisaar (2010)
Staffan Kjelleberg (2011)
Martin G. Klotz (2011)
Allan Konopka (2011)
Joel E. Kostka (2010)
George Kowalchuk (2009)
Lee Krumholz (2009)
Indira Kudva (2010)
Kirsten Kuesel (2010)
Timothy M. LaPara (2009)
Laurie LaPat-Polasko (2009)
Gisele LaPointe (2010)
Luis Larrondo (2011)
Jared Leadbetter (2010)
Yin-Won Lee (2010)

Mark J. Wolcott (2010)
K. Eric Wommack (2009)
Thomas K. Wood (2011)
Randy Worobo (2010)
Michael Wyman (2009)
Dong Xu (2011)
Jian Xu (2010)
Jagjit Yadav (2011)
Ching-Hong Yang (2011)
Suleyman Yildirim (2011)
Jill Zeilstra-Ryalls (2011)
Chuanlun Zhang (2009)
Qijing Zhang (2011)
Erwin G. Zoetendal (2009)
Angeles Zorreguieta (2010)

Applied and Environmental Microbiology, a publication of the American Society for Microbiology (ASM), 1752 N St., N.W., Washington, DC 20036-2904, is devoted to the advancement and dissemination of applied knowledge as well as ecological knowledge, both applied and fundamental, concerning microorganisms.

HOME   HELP   FEEDBACK   SUBSCRIPTIONS   ARCHIVE   SEARCH

J. Bacteriol.    Microbiol. Mol. Biol. Rev.    Eukaryot. Cell    All ASM Journals

Copyright © 2009 by the American Society for Microbiology. All rights reserved.

# EXHIBIT E

Page 296

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF OKLAHOMA


W. A. DREW EDMONDSON, in his )
capacity as ATTORNEY GENERAL )
OF THE STATE OF OKLAHOMA and )
OKLAHOMA SECRETARY OF THE    )
ENVIRONMENT C. MILES TOLBERT,)
in his capacity as the       )
TRUSTEE FOR NATURAL RESOURCES)
FOR THE STATE OF OKLAHOMA,    )
                             )
          Plaintiff,          )
                             )
vs.                          )4:05-CV-00329-TCK-SAJ
                             )
TYSON FOODS, INC., et al,    )
                             )
          Defendants.         )

- - - - - - - - - - - - - - - - - - - - - - - - -

VOLUME II OF THE VIDEOTAPED

DEPOSITION OF ROGER OLSEN, PhD, produced as a

witness on behalf of the Defendants in the above

styled and numbered cause, taken on the 11th day of

September, 2008, in the City of Tulsa, County of

Tulsa, State of Oklahoma, before me, Lisa A.

Steinmeyer, a Certified Shorthand Reporter, duly

certified under and by virtue of the laws of the

State of Oklahoma.

6162803a-03a1-4e82-a6a0-12ca4788c460

Page 306

1   A       I'd have to look that up.

2   Q       Was this a peer-reviewed publication?

3   A       No.

4   Q       Dr. Olsen, have you ever authored a

5   peer-reviewed publication describing the results of        08:40AM

6   a principal component analysis and identifying a

7   source of contamination based upon those results?

8   A       No.

9   Q       Are you familiar with the peer review process

10  that occurs in connection with publication?                08:41AM

11  A       It's different with every journal.

12  Q       You understand the idea is to have scientific

13  work reviewed by other competent scientists, who

14  aren't personally involved in the project; as a

15  general matter, you agree with that as a definition        08:41AM

16  for peer review?

17  A       Well, you've just stated it yourself.   So

18  depends on, you know, the journal and -- but that's

19  overall the purpose of it.

20  Q       Okay.  With that working definition, Dr.           08:41AM

21  Olsen, have you had your work, your principal

22  component analysis and your interpretation of those

23  results in terms of source peer reviewed in this

24  case?

25  A       For publication?                                   08:41AM

6162803a-03a1-4e82-a6a0-12ca4788c460

Page 307

1    Q       Peer reviewed by anyone who -- any scientist

2    who is not retained by the plaintiffs in this case.

3    A       Well, everything that we've done and all the

4    reviews that we've had other people do besides

5    myself and Dr. Chappell have been by people retained          08:42AM

6    by the plaintiffs.  So there's no other person,

7    besides your experts, that have not been retained by

8    the State of Oklahoma for this case.

9    Q       Just to clear it up and make sure our Record

10   is clear, Dr. Olsen, you have not had your principal         08:42AM

11   component analysis peer reviewed by scientists

12   outside of this litigation; is that right?

13   A       That's correct.

14   Q       You started on this line of questions when I

15   was asking you about Rick Chappell.  Other than             08:42AM

16   physically running the Sysstat program, what other

17   services or support did Dr. Chappell or Mr. Chappell

18   provide?

19   A       Well, we went over what sections he wrote.

20   Q       Right.                                               08:43AM

21   A       So you can kind of --

22   Q       Let's set that aside.

23   A       Well, you can see the things that he did.

24   Like he created, with Drew Santini and my help, the

25   final database that was used in the PCA.  He helped         08:43AM

6162803a-03a1-4e82-a6a0-12ca4788c460

# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, ex rel, <br> W. A. DREW EDMONDSON, <br> in his capacity as ATTORNEY GENERAL <br> OF THE STATE OF OKLAHOMA, <br> and OKLAHOMA SECRETARY <br> OF THE ENVIRONMENT <br> C. MILES TOLBERT, in his capacity as <br> the TRUSTEE FOR NATURAL RESOURCES <br> FOR THE STATE OF OKLAHOMA, | |
| Plaintiffs, | Case No. 4:05-cv-00329-GKF-SAJ |
| vs. | |
| TYSON FOODS, Inc., <br> TYSON POULTRY, INC., <br> TYSON CHICKEN, INC., <br> COBB-VANTRESS, INC., <br> AVIAGEN, INC., <br> CAL-MAINE FOODS, INC., <br> CAL-MAINE FARMS, INC., CARGILL, INC., <br> CARGILL TURKEY PRODUCTION, LLC, <br> GEORGE'S, INC., GEORGE'S FARMS, INC., <br> PETERSON FARMS, INC., <br> SIMMONS FOODS, Inc. <br> WILLOWBROOK FOODS, INC. | |
| Defendants. | |

## EXPERT REPORT OF VALERIE J. HARWOOD, Ph.D.

1

55. *Nested Sybr green PCR.* When the PLB concentration was below detection limit in the QPCR assay, a nested variant of this assay (which is presence-absence, rather than quantitative) was used to determine if lower levels of the PLB were present. In this case DNA extracted from the environmental samples was first amplified by conventional PCR using universal bacterial (16S rRNA) primers. This primary amplification step was followed by a secondary amplification step with the PLB primers (the LA 35 set). The identity and purity of the PCR product was always checked by conducting a melting curve analysis. This nested Sybr green procedure allowed detection of the PLB in many samples in which the PLB was at too low a concentration to quantify. Of 40 total soil samples collected from fields that received land-applied poultry litter, 38 had detectable levels of the PLB. Of 187 water samples (including 3 reference unimpacted samples) 99 had PLB levels below the detection limit, but 88 water samples had detectable levels of the PLB, including 1 geoprobe (shallow groundwater) sample (GPGW-10-4-11-30-06). A total of 3 spring or groundwater samples had detectable or quantifiable concentrations of the PLB, demonstrating transport of poultry waste in the subsurface. Furthermore, two of the samples that contained quantifiable concentrations of the PLB (HFS16-BF2-03-8-27-05 and HFS22-BF2-01-8-1-06) were base flow samples, which consist mainly of groundwater. Figures 5 and 6 show the results of nested Sybr green PCR testing for the PLB in water and soil samples, respectively. Sites at which the PLB was detected, but was too low to quantify by QPCR are designated by black triangles.

## VI. CONCLUSIONS

56. Testing of poultry litter, soils upon which poultry litter has been applied, and edge-of-field samples collected from ditches during runoff conditions all show high levels of fecal indicator bacteria, some of which approach the levels expected in raw sewage. When these bacteria reach the extensive network of IRW tributaries, they become dominant contributors to the fecal indicator bacteria loads that impair the use of the Illinois River and its tributaries as recreational waters. The fecal indicator bacteria concentrations observed in the IRW tributaries, including those that receive extensive recreational use, are not characteristic of those in rural areas that are unimpacted by fecal contamination; rather, they are similar to areas that are extensively impacted by sewage or large-scale animal farming. The pathogenic microorganisms that are excreted in poultry feces and land-applied on contaminated poultry litter can impact the health of those who use the river for recreation, and also penetrate into the groundwater and contaminate the area's rural drinking water source. Sampling of IRW surface

22

water, groundwater, soil and sediments has revealed a unique chemical and bacterial signature that indicates contamination by poultry; and this signature is not present in areas that are remote from poultry operations. The finding that a poultry litter-specific biomarker (PLB) is found in all environmental compartments tested in the IRW, from soil samples to edge-of-field samples to surface water and groundwater, firmly links a dominant portion of the indicator bacteria contamination to poultry waste, which is well known to contain important human pathogens such as *Salmonella* and *Campylobacter*. Thus, the disposal of poultry waste by land application in the IRW presents a substantial, serious and immediate threat to human health.

57.  If land application of poultry litter continues in the IRW, the loading of bacteria and particulate matter, which contributes to water turbidity, will continue. Much of this particulate matter settles out in stream bottoms and forms a habitat where the microbial contaminants can survive for long time periods – on the order of months or longer. The quality of surface water and groundwater in the IRW will continue to decline and the threat to human health will remain or increase. If land application of poultry litter ceases a major source of microbial contamination to the IRW will be removed. Once land application ceases and rain events over a season scour the contaminated soils and sediments, microbial water quality should substantially improve and the threat to human health will substantially decrease.

58. My opinions in this matter are my own, and do not reflect an official view of the University of South Florida.

Valerie J. Harwood

Valerie J. Harwood, Ph.D.
Associate Professor
Department of Biology
University of South Florida

23

# EXHIBIT G

1  **Identification and Validation of a Poultry Litter-Specific Biomarker and Development of a**

2  **16S rRNA Based Quantitative PCR Assay**

3  Jennifer L. Weidhaas[1], Tamzen W. Macbeth[1], Roger L. Olsen[2], Valerie J. Harwood[3, *]

4

5

6  1. North Wind, Inc. 1425 Higham Street, Idaho Falls, Idaho, 83402

7  2. CDM, 555 17th St., Suite 1100, Denver, CO  80202

8  3. * Department of Biology, University of South Florida, 4202 E. Fowler Ave., Tampa, Florida

9  33620, Phone: 813-974-1524, Fax: 813-974-3263 email vharwood@cas.usf.edu

10

11  Running title: Brevibacterium marker for fecal source tracking of poulty

12

13

1

Harwood00000092.0001

14    **ABSTRACT**

15    A poultry litter-specific biomarker was developed for microbial source tracking (MST) in

16    environmental waters. 16S rRNA sequences that were present in fecal-contaminated turkey and

17    chicken litter were identified by terminal restriction fragment length polymorphism (T-RFLP).

18    Cloning and sequencing of potential targets from pools of *E. coli, Bacteroides* or total bacterial

19    DNA yielded four sequences that were ubiquitous in poultry litter and also contained unique

20    sequences for development of target-specific PCR primers. Primer sensitivity and specificity

21    were tested by nested PCR against ten composite poultry litter samples and fecal samples from

22    beef and dairy cattle, swine, ducks, geese, and human sewage. The sequence with greatest

23    sensitivity (100%) and specificity (93.5%) has 98% identity to *Brevibacterium avium,* and was

24    detected in all litter samples. It was detected at low level in only one goose and one duck sample.

25    A quantitative PCR assay was developed and tested on litter, soil and water samples. Litter

26    concentrations were $2.2*10^7$ - $2.5*10^9$ gene copies/g. The biomarker was present in a majority of

27    soil and water samples collected in and near areas where litter was spread, reaching

28    concentrations of $2.9 \times 10^5$ gene copies·$g^{-1}$ in soil samples and $5.5 \times 10^7$ gene copies·$L^{-1}$ in

29    runoff from the edges of fields. The biomarker will contribute to quantifying the impact of fecal

30    contamination by land-applied poultry litter in this watershed. Furthermore, it has potential for

31    determining fecal source allocations for total maximum daily load (TMDL) programs and

32    ambient water quality assessment, and may be useful in other geographic regions.

33

2

Harwood00000092.0002

34   **INTRODUCTION**

35   Excessive land application of poultry litter as a waste disposal mechanism has been linked to

36   eutrophication of water bodies (28, 35, 39), the spread of pathogens (15, 19, 21), air and soil

37   pollution with metals (11, 33) and groundwater contamination with nitrate (5). Despite these

38   known effects, land application is still the typically practiced disposal method for poultry litter

39   even though viable and economically favorable alternative disposal practices are available (7,

40   20).

41   Identification of the source of fecal pollution contaminating a watershed is of particular interest

42   for protection of water resources and the safety of recreational waters. For example, TMDL

43   assessments require identification of the source of contamination, which is also necessary for

44   remediation of impaired waters(44). Current methods for detecting the presence of fecal

45   pollution, which carries an increased risk of the presence of pathogenic microorganisms, involve

46   the cultivation of fecal indicator organisms such as fecal coliforms in the family

47   *Enterobacteriaceae* (Oklahoma Administrative Code, Title 785, Chapter 46). The U.S. EPA and

48   many states recognize *Escherichia coli* and enterococci as indicators of freshwater recreational

49   water quality (42).

50   Drawbacks to the use of indicator organisms which limit the ability of researchers to pinpoint

51   sources of fecal contamination include the non-specificity of the fecal coliforms to one source

52   (25, 43), variable survival rates of various indicator organisms (1) and the growth or extended

53   persistence of these indicator organisms after release to the environment (12, 45). These

54   drawbacks have lead to research into alternative methods for the assessment of human health risk

3

Harwood00000092.0003

55    from microbial pathogens in recreational waters that do not include the culturing of fecal

56    indicator organisms for identification and quantification of the source of fecal pollution (46).

57    A variety of microbial source tracking (MST) methods (for recent reviews see (17, 40, 47)) have

58    been proposed as an alternative to cultivation of fecal coliforms. Some of these genotypic

59    molecular based techniques have included library dependent methods (i.e., culture and isolate-

60    based) such as ribotyping (10, 31) and repetitive element polymerase chain reaction (REP-PCR)

61    (14). Library independent methods (i.e., detection of a genetic biomarker in extracted DNA)

62    have also been developed using discovery techniques such as suspension arrays (8), subtractive

63    hybridization (13, 26), and terminal restriction fragment length polymorphism (T-RFLP) (3),

64    among others.  Host marker specific targets have included *Enterococcus faecium* (37),

65    *Bifidobacterium* and members of the *Bacteroidales* (3, 22, 38), among others. Relatively few

66    microbial targets specific to poultry fecal material have been identified. To date *Enterococcus*

67    *faecalis* (23), *E. coli* (10) and *Bacteriodes* (26) have been associated with poultry fecal material,

68    but only the *Bacteroides* biomarker (26) was specifically associated with poultry and not other

69    fecal sources The objective of this research was to identify a poultry litter-specific biomarker,

70    validate its specificity against other sources of fecal material from within and outside the

71    watershed and develop a 16S rRNA based real-time PCR assay for quantifying the biomarker in

72    environmental samples. This work was carried out as part of ongoing litigation in which the

73    plaintiff is the Oklahoma Attorney General.

74    **METHODS**

75    **Sample collection.** Litter samples were collected from ten separate facilities (poultry houses),

76    nine chicken and one turkey facility. Litter samples were collected from 18 locations within each

4

Harwood00000092.0004

77   poultry house through the entire depth of the litter. The subsamples (total volume of 4 to 5

78   gallons) from each house were composited, homogenized and split (riffle splitter) before

79   placement into a sterile whirl pack (approximately 500 mL) and shipped on ice to the laboratory

80   for analysis. Litter application areas in fields (soils) were sampled by collecting 20 subsamples

81   on a predetermined grid pattern across a uniform subarea of one to ten acres in size. The zero to

82   two inch sample from six inch soil cores were composited, disaggregated, sieved to 2 mm,

83   ground, homogenized and split. Vegetation, feathers, and rocks were removed. The split soil

84   samples (500 ml) were transported on ice to the laboratory. Nontarget fecal samples for

85   specificity testing were collected as composites from groups of individuals (Table 3). Samples

86   from beef cattle were collected from ten grazing fields, of which five were within the watershed

87   and five were outside the watershed. Two independent duplicate samples were collected for each

88   field, and each duplicate consisted of feces from ten scats. A total of 200 beef cattle scats were

89   collected and composited into 20 samples. Duck and goose samples were collected in the same

90   fashion, consisting of composites from ten individual scats, and independent duplicates were

91   collected for each area. For ducks, three landing areas inside the watershed and two outside the

92   watershed were sampled, while for geese, two landing areas inside and three landing areas

93   outside the watershed were sampled. A total of 100 scats for duck and geese were collected and

94   composited into 10 samples for duck and 10 samples for geese. Composite samples of fecal

95   slurries were collected from swine facilities, one inside the watershed and one outside (2

96   duplicate samples) and dairy cattle facilities (one inside the watershed and two outside (2

97   duplicate samples each)  human residential septic cleanout trucks (3 samples) and influent of

98   three separate municipal wastewater treatment plants (3 samples). A total of 20 g of each fecal

99   sample other than litter from each site was collected and was placed in a 20 ml, sterile,

5

Harwood00000092.0005

100    polystyrene tube containing 10 ml of 20% glycerol and shipped on dry ice to the laboratory. All

101    fecal samples were homogenized in the glycerol before DNA extraction. Discrete water samples

102    from larger rivers and lakes were collected using a Van Dorn water sampler or with a churn

103    splitter for discrete or composite samples. Samples from larger rivers were typically composites

104    of 3 samples collected on a transect across the width of the river channel. Samples from smaller

105    rivers were collected using automated samplers. Samples collected during high flow events were

106    composited based on flow volume. Base flow samples were collected as grab samples. River

107    samples were placed into sterile 1-L polystyrene bottles in duplicate and shipped on ice to the

108    laboratory where they were filtered. Runoff samples from the litter application areas (e.g. edge of

109    field runoff samples) were collected during or as soon as possible after rainfall events. Samples

110    were collected either with a passive runoff collector for composite samples or with a dip sampler

111    for discrete samples. Runoff samples were placed into sterile 1-L polystyrene bottles in duplicate

112    and shipped on ice to the laboratory where they were filtered. Groundwater samples were

113    collected directly from existing homeowner's wells or from hydraulically driven shallow probes.

114    Spring samples were collected as grab samples or by using a peristaltic pump. All samples were

115    placed into sterile 1-L polystyrene bottles and shipped onice to the laboratory where they were

116    filtered.

117    **Enumeration of Indicator Bacteria.** Indicator bacteria (fecal coliforms, *E. coli* and enterococci)

118    were enumerated according to standard methods using multiple tube fermentation (MTF) and

119    calculation of the most probable number according to according to SM-9221F or SM-9230

120    (APHA, 2005). MTF tubes containing *E. coli* were identified using broth cultures supplemented

121    with (MUG) (SM-9221F) (2).

6

Harwood00000092.0006

122   **Soil, Litter and Fecal Sample DNA Extraction.** Genomic DNA was extracted from soil, liter

123   and fecal samples with Bio101 Fast®Spin® DNA extraction kits (QBiogene, Inc.) following the

124   manufacturer's instructions. Typically 0.25 g of soil or litter was used in each extraction. DNA

125   was purified by size-exclusion chromatography. Sepharose CL-4B (Sigma-Aldrich) was

126   resuspended in Tris-HCL and sterilized by autoclave at 121 °C for at least 20 minutes. Micro-bio

127   spin columns (Bio-Rad Laboratories) were packed with 1 mL of Sepharose CL-4B through

128   centrifugation. Sepharose columns were then washed twice with Tris-HCl buffer (pH 8) and 50

129   to 150 µl of sample was added. Purified DNA was concentrated with ethanol precipitation and

130   re-eluted in 100 µL sterile water.

131   **Water Sample DNA Extraction.** Within 12 hours of receipt at the laboratory all water samples

132   were filtered through a sterile Supor-200, 0.2 µM filter and frozen at -80°C. Filters were then

133   shattered with sterile glass beads and vortexed vigorously for 15 minutes with sterile, DNase,

134   and RNase free water to remove solids and cells from the filters. The cell suspension was

135   removed from the centrifuge tubes by pipette and placed in a 2 mL bead beating tube from the

136   Bio101 Fast®Spin® DNA extraction kits. The cells were centrifuged at 20,000 x g for 10

137   minutes, and the supernatant was decanted. Genomic DNA was then extracted using the Bio101

138   Fast®Spin® DNA extraction kits (QBiogene, Inc). The extracted DNA was quantified using a

139   Nanodrop® UV-Vis Spectrophotometer.

140   **T-RFLP Analysis.** Extracted genomic DNA and/or cloned DNA was amplified with

141   phosphoramidite fluorochrome 5-carboxyfluorescein (FAM) labeled universal bacterial primers

142   8F-907R (16, 24), with *E.coli* genus specific primers (Tsen, et al. 1998), and *Bacteroidales*

143   specific primers (Bernhard and Field, 2000). All PCR primers targeted the 16S rRNA gene.

144   Triplicate PCR reactions were generated from each DNA extraction, combined and purified

7

Harwood00000092.0007

145    using QIAquick PCR purification Kits (Qiagen). Approximately 200 ng each of PCR product

146    was digested at 37°C for 6 hours with the *Msp*I restriction enzyme (20μ/μL) (New England

147    BioLabs). Samples were denatured by heating to 95° C for 3 minutes followed by cooling to

148    4°C. The digested fragments were purified by ethanol precipitation.

149    **Primer Design.** Primers were designed using the ABI Primer Express v.2 program (Applied

150    Biosystems, Foster City, CA) and were targeted to variable regions between the potential

151    biomarker sequences and sequences of the top 20 closest related organisms in the GenBank

152    database. The BLAST search (Basic Alignment Search Tool,

153    http://www.ncbi.nlm.nih.gov/blast/Blast.cgi) was used to check the specificity of each primer.

154    **PCR Assay Conditions.** PCR was used to amplify approximately 900 bp of the 16S rRNA genes

155    from *Bacteria* for clone library construction. Each 25 μL PCR reaction included 0.4 mg mL$^{-1}$

156    molecular-grade bovine serum albumin (BSA) (Sigma Chemicals), 1X PCR Buffer (Promega),

157    1.5 mM MgCl$_2$, 0.5 μM of both the forward (8F) (16) and reverse (907R) (24) primer

158    (Invitrogen), 1U Taq DNA polymerase (Promega), 0.2 mM dNTP (Invitrogen), 1 μL DNA

159    template, and molecular-grade water (Promega). Amplification was performed on a PerkinElmer

160    Model 9600 thermocycler using the following conditions: 94 °C for 5 minutes, 30 cycles of 94

161    °C (1 minute), 55 °C (45 seconds), and 72 °C (2 minute). A final extension at 72 °C for 7

162    minutes was performed and the PCR products were held at 4°C. Specificity of the PCR primers

163    to the poultry litter biomarker was evaluated with nested PCR by first amplifying non-target

164    fecal samples by universal bacterial primers 8F, 907R and then amplifying by the potential

165    poultry litter biomarker PCR primers. The nested PCR master mix and thermocycler conditions

166    were similar to the universal PCR with the following exceptions: 1) forward and reverse PCR

8

Harwood00000092.0008

167   primers were specific to the potential poultry biomarker as shown in Table 2, 2) the annealing

168   temperature was 60 °C. Amplification by nested PCR was evaluated by gel electrophoresis.

169   **Clone Libraries.** Clone libraries were constructed from the original genomic DNA extracted

170   from the soil and litter samples and amplified with either universal bacterial primers 8F-907R

171   (16, 24), targeting the 16S rRNA genes of *Bacteria* or the *E. coli* genus specific primers V1SF-

172   V3AR (41). The TOPO ® Cloning Reaction methods from Invitrogen [TM] were followed for

173   clone library construction. Two clone libraries were constructed (targeting *Bacteria* and *E. coli*)

174   from pooled DNA samples (i.e., 1 µl of genomic DNA extract from each sample was added to

175   the PCR reaction for inclusion into the clones) based on the abundance of the various potential

176   biomarkers as evidenced by the T-RFLP profiles.

177   **qPCR Assay Conditions.** Quantitative PCR (qPCR) was used to amplify 530 bp of the 16S

178   rRNA gene from *Brevibacterium spp*. DNA samples were diluted to final concentrations of 3

179   ng/µL DNA. Each 25µL qPCR reaction included: 1X SYBR Green Master Mix (Roche), 0.5 µM

180   of both the forward (LA35F) and reverse primer (LA35R) (Invitrogen), 5 % DMSO, 5 µL of

181   diluted sample DNA, and molecular-grade water (Promega). Amplification was performed in

182   triplicate on a Biorad Chromo4 thermocylcer using the following conditions: 50 °C for 2

183   minutes, 95 °C for 15 minutes, 45 cycles of 95 °C (30 seconds), 60 °C (30 seconds), and 72 °C

184   (30 seconds) with a plate read. The 45 cycles was followed by a final extension at 50 °C for 5

185   minutes. Immediately following the final extension was a melting curve from 70 °C to 90 °C, by

186   0.1 degree increments, holding for 5 seconds with a plate read. DNA standards ranging from

187   $6*10^{-15}$ to $10^{-21}$ ng/ul were prepared from serial dilutions of clone plasmid DNA containing the

188   sequence of interest and used to develop the standard curve and method detection limit. Gene

189   copy numbers were calculated from concentrations of positive control standards assuming 9.124

9

Harwood00000092.0009

190    * $10^{14}$ bp/ul of DNA and one gene copy per genome. Detection limits for the qPCR assay were

191    approximately 2000 plasmid copies in *E. coli*/L water and 7.3 *$10^4$ plasmid copies in *E.*

192    *coli*/gram of soil. Nested qPCR was performed by first amplifying DNA with the universal

193    bacterial 16S rRNA 8F (16) and 907R (24) primers. The production of PCR products was

194    confirmed on a 1.5% agarose gel. The 16S rRNA PCR products were purified with the QIAquick

195    PCR purification kit (QIAGEN) were subjected to qPCR  as previously described using the

196    LA35F and LA35R primers for the poultry litter biomarker.

197    **Phylogeny.** The phylogeny of the LA35 clone was investigated using the following methods.

198    The clone sequences were assembled and aligned with BioEdit v. 7.0.5.3 and sequences were

199    checked for chimeras with the Ribosomal Database Project II Chimera Check program and

200    Bellerophon. The 16S rRNA sequences of the closest neighbors to the clone sequences were

201    downloaded for inclusion in the phylogenic analysis. Multiple sequence alignments were

202    constructed with Clustal W alignment tool and manually aligned in BioEdit. The bootstraps

203    (1000 resamplings), maximum likelihood and distance matrix analysis (Kimura), and the

204    reconstruction of the phylogenetic trees (FITCH) were performed with the Phylip 3.65 package

205    and in particular the programs SEQBOOT, DNAML, DNADIST, FITCH, CONSENSE, and

206    RETREE. The reconstructed phylogenetic tree was visualized with PhyloDraw V. 0.8 (Graphics

207    Application Lab, Pusan National University).

208    **RESULTS**

209    ***Identification of potential biomarkers by T-RFLP.*** A total of 20 T-RFLP profiles were

210    generated from the 5 subsamples of each of the two litter and two soil samples. The T-RFs

211    common among the subsamples and representing more than 1% of the community were selected

10

Harwood00000092.0010

212    for cloning and sequencing (Table 1). A total of 3 *E. coli* T-RFs (i.e., T-RF 496.0, 498.9 and

213    500.8) and 3 *Bacteria* T-RFs (i.e., T-RF142.9, 147.3 and 158.9) were selected for cloning and

214    sequencing. Clone libraries were constructed from PCR products amplified with *E. coli* specific

215    primers (V1SF-V3AR) (41) or universal bacterial primers (8F-907R) (16, 24). A total of 300

216    plasmids from the clone libraries were randomly picked. T-RFLP analysis was carried out on

217    each plasmid insert to identify which plasmids contained the T-RFs of potential biomarkers.

218    Inserts containing the T-RFs of interest were sequenced and PCR primers were developed for

219    those sequences containing mismatches as compared to BLAST database results of the top 20

220    closely related organisms. In all 4 PCR primers for members of 4 genera were developed; a

221    *Brevibacterium spp.*, a *Rhodoplanes spp.*, a *Kineococcus spp.* and a *Pantoea ananatis* strain

222    (Table 2). Two *E. coli* T-RFs were from plasmids that did not contain mismatches between the

223    sequence of interest and the sequences of closely related organisms identified in a BLAST search

224    and therefore were not appropriate biomarkers.

225    **Evaluation of biomarkers against fecal samples.** The PCR assays developed for the 4 potential

226    biomarkers of poultry litter were tested for amplification against a variety of nontarget fecal

227    samples from within and outside the watershed (Table 3). Only the *Brevibacterium* clone LA35

228    appeared to be a potential candidate biomarker for poultry litter in that did not amplify in any

229    fecal samples with the exception of weak amplification in one duck and one goose sample from

230    outside the watershed when analyzed with a nested PCR approach (i.e. PCR with universal

231    bacterial primers and then with the *Brevibacterium* clone LA35 primers). The reconstructed

232    phylogenetic tree of the *Brevibacterium* clone LA35 in relationship to other *Brevibacterium* spp.

233    is presented in Figure 1.

11

Harwood00000092.0011

234    **Quantification of the poultry litter biomarker in environmental samples**. A SYBR green

235    qPCR protocol was developed and optimized using the LA35F and LA35R primers (Table 2)

236    specific to the *Brevibacterium* clone LA35 poultry litter biomarker. The standard curve of the

237    qPCR assay for the biomarker is presented in Figure 2. The detection limit of the qPCR assay

238    was 6 gene copies/ul of extracted DNA.

239    Environmental samples from the potential poultry litter impacted watershed were tested for the

240    presence of the biomarker with the qPCR assay (Table 4). A variety of samples from within the

241    watershed were tested, some of which were expected to contain the biomarker (e.g., litter,

242    contaminated soil, runoff samples), some of which had variable potential for higher biomarker

243    levels (e.g., surface water), and some of which had lower potential for biomarker presence (i.e.,

244    groundwater samples).

245    The correlation between the poultry litter biomarker concentration (i.e., as quantified by qPCR)

246    in water and litter samples and *E. coli* and *Enterococcus* as measured by most probable number

247    is presented in Figures 3 and 4. In general the *Enterococcus* MPN counts were well correlated

248    with the concentration of the biomarker in litter ($R^2 = 0.75$) and with the biomarker concentration

249    in water samples ($R^2 = 0.89$).  The correlation between *E. coli* concentrations and the biomarker

250    in water samples was also strong ($R^2 = 0.85$) while *E. coli* was less tightly (but significantly)

251    correlated with the biomarker in litter samples ($R^2 = 0.28$). Correlation of the biomarker with *E.*

252    *coli* and *Enterococcous* spp. provides a line of evidence of the human health risk associated with

253    the runoff from poultry litter application to fields although there is evidence that regrowth of

254    these organisms is possible once they are introduced into the environment (36).

12

Harwood00000092.0012

255   **DISCUSSION**

256   The *Brevibacterium* sp. poultry litter biomarker developed in this study was validated in terms of

257   sensitivity (100%) against numerous positive (poultry litter) samples from different locations

258   with the watershed and for specificity (93.5%) against composite non-target fecal samples. These

259   practices are in accordance with recent critical reviews (34, 40) that strongly recommend MST

260   method validation. Future efforts will attempt to extend the method validation outside the

261   watershed and possible outside the region as this biomarker could be useful for identifying fecal

262   pollution sources in other river systems and coastal waters.

263   The *Brevibacterium* clone LA35 poultry litter biomarker was most closely related to

264   *Brevibacterium avium*, which is associated with bumble-foot lesions in poultry (32).

265   *Brevibacterium* spp. were recently identified in spent mushroom compost that was originally

266   derived from chicken litter and cereal straw (29). Additionally *Brevibacterium avium,*

267   *Brevibacterium iodinum,* and *Brevibacterium epidermidis* were found to represent more than 7%

268   of a 16S rRNA clone library originating from broiler chicken litter (27).  Certain *Brevibacterium*

269   spp. are associated with milk and cheese curds(6), human skin(9), and soils (30). *Brevibacterium*

270   spp. have been associated with disease in humans although to date these opportunistic pathogens

271   have only been isolated from immunocompromised patients (4, 9, 18).

272   As poultry litter is land-applied as a disposal practice (19, 33, 35), it was important to identify a

273   marker that could survive the process of deposition on bedding and spreading on fields.

274   Therefore, the T-RFLP screening process included both litter and contaminated soil samples.

275   This strategy allowed for the rapid elimination of numerous targets that could be abundant in the

276   poultry fecal material, but not as abundant in the litter and not present in the environment after

13

Harwood00000092.0013

277   litter application. This strategy for marker identification is in contrast with the work by Lu and

278   colleagues (2007) where a genome fragment enrichment method was used to identify microbial

279   sequences specific to chicken feces. Based on the PCR assays developed from clone libraries of

280   the genome fragments, 6 to 40% of the chicken fecal samples collected from a wide geographic

281   region contained DNA that could be amplified by the various assays (26). In comparison the

282   LA35 biomarker was found in all the poultry litter samples tested, although it should be noted

283   that all of the samples were collected in the Oklahoma/Arkansas region.

284   The examination of environmental samples from within the poultry litter impacted watershed

285   suggest a correlation between the application of poultry litter to a field and concentration of the

286   biomarker in the receiving waters, as evidenced by the generally decreasing trend in biomarker

287   concentration with decreasing concentration of fecal indicator organisms. These results indicate

288   that the watershed is in fact being impacted by the application of poultry litter to fields within the

289   watershed. However, the magnitude of the impact as measured by the distribution of the

290   biomarker within the watershed cannot be quantified with the limited number of environmental

291   samples processed to date. Future work will include the testing of environmental samples from

292   within the watershed by the qPCR assay to evaluate the distribution of the poultry litter-specific

293   biomarker as compared to indicator bacteria, antibiotics and heavy metals. Additionally, testing

294   of the poultry litter-specific biomarker against more fecal samples from other watersheds and

295   additional avian fecal material will be conducted as the LA35 poultry litter biomarker was found

296   in low abundance (i.e., a nested PCR approach was required for detection) in two non-target

297   composite avian fecal samples (i.e., a duck and a goose sample) from outside the watershed.

298   **Conclusions**

14

Harwood00000092.0014

299   In summary a novel biomarker of poultry litter was identified and a 16S rRNA based real-time

300   PCR assay was developed for this biomarker. The specificity of the assay (93.5%) was tested

301   against 31 separate non-target fecal samples and sensitivity was tested against10 target litter

302   samples (100%).  The field applicability of the assay was evaluated by testing for the biomarker

303   in environmental samples expected to have variable concentrations of the biomarker, which we

304   hypothesized would be correlated with the concentration of fecal indicator bacteria. A generally

305   positive correlation was found between biomarker concentration and fecal indicator bacteria

306   concentration which was particularly strong for enterococci. The research presented herein is the

307   first identification of a *Brevibacterium* spp. for microbial source tracking studies and is among

308   the first quantifiable method for tracking of poultry fecal sources in environmental waters.

309   **ACKNOWLEDGMENTS**

310   This research was conducted in connection with work performed as retained experts in a pending

311   legal case brought by the State of Oklahoma against several poultry integrators.  Drs. Harwood

312   & Olsen have been retained to serve as expert witnesses by the State of Oklahoma and have

313   provided testimony regarding this research.

314   The authors are grateful for the assistance provided by Kyle Collins, William Blackmore, James

315   Jackson, Erin O'Leary Jeapson and Michelle Andrews. Additionally the authors acknowledge

316   the Molecular Research Core Facility at Idaho State University for graciously allowing us the use

317   of their laboratory space and equipment.

15

Harwood00000092.0015

318   **References**

319   1.   **Anderson, K., J. Whitlock, and V. Harwood.** 2005. Persistence and Differential

320        Survival of Fecal Indicator Bacteria in Subtropical Waters and Sediments. Applied and

321        Environmental Microbiology **71:**3041-3048.

322   2.   **APHA.** 2005. Standard methods for the examination of water and wastewater, 21st ed.

323        American Public Health Association, Inc., Washington, D.C.

324   3.   **Bernhard, A., and K. Field.** 2000. Identification of Nonpoint Sources of Fecal Pollution

325        in Coastal Waters by Using Host-Specific 16S Ribosomal DNA Genetic Markers from

326        Fecal Anaerobes. Applied and Environmental Microbiology **66:**1587-1594.

327   4.   **Beukinga, I., H. Rodriguez-Villalobos, A. Deplano, F. Jacobs, and M. Struelens.**

328        2005. Management of long-term catheter-related *Brevibacterium* bacteraemia. Clinical

329        Microbiology and Infection **10:**465-467.

330   5.   **Bitzer, C., and J. Sims.** 1988. Estimating the availability of nitrogen in poultry manure

331        through laboratory and field studies. Journal of Environmental Quality **17:**47-54.

332   6.   **Brennan, N., A. Ward, T. Beresford, P. Fox, M. Goodfellow, and T. Cogan.** 2002.

333        Biodiversity of the bacterial flora on the surface of a smear cheese. Applied and

334        Environmental Microbiology **68:**820-830.

335   7.   **Bujozcek, G., J. Oleszkiewicz, R. Sparling, and S. Cenkowski.** 2000. High Solid

336        Anaerobic Digestion of Chicken Manure. Journal of Agricultural Engineering Research

337        **76:**51-60.

338   8.   **Call, D., D. Satterwhite, and M. Soule.** 2007. Using DNA suspension arrays to identify

339        library-independent markers for bacterial source tracking. Applied and Environmental

340        Microbiology **41:**3740-3746.

16

Harwood00000092.0016

341   9.   **Cannon, J., F. Spadoni, S. Pesh-Iman, and S. Johnson.** 2005. Pericardial infection

342        caused by *Brevibacterium casei.* Clinical Microbiology and Infection **11:**164-165.

343   10.  **Carson, C., B. Shear, M. Ellersieck, and A. Asfaw.** 2001. Identification of Fecal

344        *Escherichia coli* from Humans and Animals by Ribotyping. Applied and Environmental

345        Microbiology **67:**1503-1507.

346   11.  **Connor, R., M. Connor, K. Irgolic, J. Sabrsula, H. Gurleyuk, R. Brunette, C.**

347        **Howard, J. Garcia, J. Brien, J. Brien, and J. Brien.** 2005. Transformations, Air

348        Transport and Human Impact of Arsenic from Poultry Litter. Environmental Forensics

349        **6:**83-89.

350   12.  **Desmarais, T., H. Solo-Gabriele, and C. Palmer.** 2002. Influence of Soil on Fecal

351        Indicator Organisms in a Tidally Influenced Subtropical Environment. Applied and

352        Environmental Microbiology **68:**1165-1172.

353   13.  **Dick, L. K., A. E. Bernhard, T. J. Brodeur, J. W. Santo Domingo, J. M. Simpson, S.**

354        **P. Walters, and K. G. Field.** 2005. Host distributions of uncultivated fecal *Bacteroidales*

355        bacteria reveal genetic markers for fecal source identification. Applied and

356        Environmental Microbiology **71:**3184-3191.

357   14.  **Dombek, P., L. Johnson, S. Zimmerley, and M. Sadowsky.** 2000. Use of repetitive

358        DNA sequences and the PCR to differentiate *Escherichia coli* isolates from human and

359        animal sources. Applied and Environmental Microbiology **66:**2572-2577.

360   15.  **Edwards, D., and T. Daniel.** 1994. A comparison of runoff quality effects of organic

361        and inorganic fertilizers applied to fescue grass plots. Journal of the American Water

362        Resources Association **30:**35-41.

Harwood00000092.0017

363   16.   **Edwards, U., T. Rogall, H. Blocker, M. Emde, and E. Bottger.** 1989. Isolation and

364         direct complete nucleotide determination of entire genes. Characterization of a gene

365         coding for 16S ribosomal RNA. Nucleic Acids Research **17:**7843-7853.

366   17.   **Field, K., and M. Samadpour.** 2007. Fecal source tracking, the indicator paradigm, and

367         managing water quality. Water Research **41:**3517-3538.

368   18.   **Janda, W., P. Tipirneni, and R. Novak.** 2003. *Brevibacterium casei* Bacteremia and

369         Line Sepsis in a Patient with AIDS. Journal of Infection **46:**61-64.

370   19.   **Jenkins, M., D. Endale, H. Schomber, and R. Sharpe.** 2006. Fecal bacteria and sex

371         hormones in soil and runoff from cropped watersheds amended with poultry litter.

372         Science of the Total Environment **358:**164-177.

373   20.   **Kelleher, B., J. Leahy, A. Henihan, T. O'Dwyer, D. Sutton, and M. Leahy.** 2002.

374         Advances in poultry litter disposal technology – a review. Bioresource Technology

375         **83:**27-36.

376   21.   **Kelley, T., O. Pancorbo, W. Mercka, S. Thompson, M. Cabrera, and H. Barnhart.**

377         1994. Fate of Selected Bacterial Pathogens and Indicators in Fractionated Poultry Litter

378         During Storage. Journal of Applied Poultry Research **3:**279-288.

379   22.   **Kildare, B. J., C. M. Leutenegger, B. S. McSwain, D. G. Bambic, V. B. Rajal, and S.**

380         **Wuertz.** 2007. 16S rRNA-based assays for quantitative detection of universal, human-,

381         cow-, and dog-specific fecal *Bacteroidales*: a Bayesian approach. Water Research

382         **41:**3701-3715.

383   23.   **Kuntz, R., P. Hartel, J. Rodgers, and W. Segars.** 2004. Presence of *Enterococcus*

384         *faecalis* in broiler litter and wild bird feces for bacterial source tracking. Water Research

385         **38:**3551-3557.

18

Harwood00000092.0018

386  24.  **Lane, D.** 1991. 16S/23S rRNA sequencing. *In* E. Stackebrandt and M. Goodfellow (ed.),
387      Nucleic acid sequencing techniques in bacterial systematics. John Wiley and Sons, New
388      York, N.Y.

389  25.  **Leclerc, H., D. Mossel, S. Edberg, and C. Struijk.** 2001. Advances in the Bacteriology
390      of the Coliform Group: Their Suitability as Markers of Microbial Water Safety. Annual
391      Reviews in Microbiology **55:**201-234.

392  26.  **Lu, J., J. Domingo, and O. Shanks.** 2007. Identification of a chicken-specific fecal
393      microbial sequences using a metagenomic approach. Water Research **41:**3561-3574.

394  27.  **Lu, J., S. Sanchez, C. Hofacre, J. Maurer, B. Harmon, and M. Lee.** 2003. Evaluation
395      of Broiler Litter with Reference to the Microbial Composition as Assessed by Using 16S
396      rRNA and Functional Gene Markers. Applied and Environmental Microbiology **69:**901-
397      908.

398  28.  **Mozaffari, M., and J. Sims.** 1994. Phosphorus availability and sorption in an Atlantic
399      coastal plain watershed dominated by animal-based agriculture. Soil Science **157:**97-107.

400  29.  **Ntougias, S., G. Zervakis, N. Kavroulakis, C. Ehaliotis, and K. Papadopoulou.** 2004.
401      Bacterial Diversity in Spent Mushroom Compost Assessed by Amplified rDNA
402      Restriction Analysis and Sequencing of Cultivated Isolates. Systematic and Applied
403      Microbiology **27:**746-754.

404  30.  **Onraedt, A., W. Soetaert, and E. Vandamme.** 2005. Industrial importance of the genus
405      *Brevibacterium*. Biotechnology Letters **27:**527-533.

406  31.  **Parveen, S., R. Murphree, L. Edmiston, C. Kaspar, and M. Tamplin.** 1999.
407      Discriminant analysis of ribotype profiles of *Escherichia coli* for differentiating human

19

408    and nonhuman sources of fecal pollution. Applied and Environmental Microbiology

409    **65:**3142-3147.

410  32.  **Pascual, C., and M. Collins.** 1999. *Brevibacterium avium* sp. nov., isolated from

411    poultry. International Journal of Systematic Bacteriology **49:**1527-1530.

412  33.  **Pirani, A., K. Brye, T. Daniel, B. Haggard, E. Gbur, and J. Mattice.** 2006. Soluble

413    Metal Leaching from a Poultry Litter–Amended Udult under Pasture Vegetation. Vadose

414    Zone Journal **5:**1017-1034.

415  34.  **Santo Domingo, J., D. Bambic, T. Edge, and S. Wuertz.** 2007. Quo vadis source

416    tracking? Towards a strategic framework for environmental monitoring of fecal pollution.

417    Water Research **41:**3539-3552.

418  35.  **Schroeder, P., D. Radcliffer, and M. Cabrera.** 2004. Rainfall Timing and Poultry Litter

419    Application Rate Effects on Phosphorus Loss in Surface Runoff. Journal of

420    Environmental Quality **33:**2201-2209.

421  36.  **Scott, T., J. Rose, T. Jenkins, S. Farrah, and J. Lukasik.** 2002. Microbial Source

422    Tracking: Current Methodology and Future Directions. Applied and Environmental

423    Microbiology **68:**5796-5803.

424  37.  **Scott, T. M., T. M. Jenkins, J. Lukasik, and J. B. Rose.** 2005. Potential use of a host

425    associated molecular marker in *Enterococcus faecium* as an index of human fecal

426    pollution. Environmental Science and Technology **39:**283-287.

427  38.  **Seurinck, S., T. Defoirdt, W. Verstraete, and S. D. Siciliano.** 2005. Detection and

428    quantification of the human-specific HF183 *Bacteroides* 16S rRNA genetic marker with

429    real-time PCR for assessment of human faecal pollution in freshwater. Environmental

430    Microbiology **7:**249-259.

20

431  39.  **Sharpley, A., T. Daniel, J. Sims, and D. Pote.** 1996. Determining environmentally
432      sound soil phosphorus levels. Journal of Soil and Water Conservation **51:**160-168.

433  40.  **Stoeckel, D., and V. Harwood.** 2007. Performance, design and analysis in microbial
434      source tracking studies. Applied and Environmental Microbiology **73:**2405-2415.

435  41.  **Tsen, H., C. Lin, and W. Chi.** 1998. Development and use of 16S rRNA gene targeted
436      PCR primers for the identification of *Escherichia coli* cells in water. Journal of Applied
437      Microbiology **85:**554-560.

438  42.  **USEPA.** 2000. Improved enumeration methods for the recreational water quality
439      indicators: enterococci and *Escherichia coli*. EPA-821/R-771 97/004. U.S.
440      Environmental Protection Agency.

441  43.  **USEPA.** 2005. Microbial source tracking guide document, EPA/600/R-05/064. U.S.
442      Environmental Protection Agency.

443  44.  **USEPA.** 2001. Protocol for developing pathogen TMDLs. EPA 841-R-00-002. U.S.
444      Environmental Protection Agency.

445  45.  **Van Donsel, D., E. Geldreich, and N. Clarke.** 1967. Seasonal Variations in Survival of
446      Indicator Bacteria in Soil and their Contribution to Storm-water Pollution. Applied
447      Microbiology **15:**1362-1370.

448  46.  **Wade, T., R. Calderon, E. Sams, M. Beach, K. Brenner, A. Williams, and A. Dufour.**
449      2006. Rapidly measured indicators of recreational water quality are predictive of
450      swimming-associated gastrointestinal illness. Environ. Health Perspectives **114:**24-28.

451  47.  **Wuertz, S., and J. Field.** 2007. Emerging microbial and chemical source tracking
452      techniques to identify origins of fecal contamination in waterways. Water Research
453      **41:**3515-3516.

Harwood00000092.0021

454    Table 1. Common T-RFs among replicates from two fecal-contaminated poulty litter samples

455    and two soils to which the litter had been applied.

456

| T-RF | Number of subsamples tested (number containing T-RF of interest) | | | |
|------|---------|---------|--------|--------|
|      | Litter A | Litter B | Soil A | Soil B |
| *E.coli* PCR products, digested with *MspI* | | | | |
| 496.0 | 4 (4) | 5 (4) | 5 (3) | 5 (5) |
| 498.9 | 4 (4) | 5 (5) | 5 (4) | 5 (5) |
| 500.8 | 4 (4) | 5 (5) | 5 (5) | 5 (5) |
| Universal bacteria PCR products, digested with *MspI* | | | | |
| 80.1 | 4 (4) | 5 (5) | 5 (0) | 3 (3) |
| 130.9 | 4 (3) | 5 (5) | 5 (1) | 3 (0) |
| 142.9 | 4 (4) | 5 (4) | 5 (2) | 3 (2) |
| 147.3 | 4 (4) | 5 (5) | 5 (5) | 3 (2) |
| 158.9 | 4 (3) | 5 (5) | 5 (4) | 3 (2) |
| 165.0 | 4 (3) | 5 (5) | 5 (4) | 3 (2) |

*Underlined T-RFs correlate to those organisms for which

PCR primers were developed

457

458

22

Harwood00000092.0022

459     Table 2. Nucleotide sequences and targets of primers used in this study.

460

| Primer | Target | Sequence (5'-3') | Position | Tm (°C) | T-RF |
|--------|--------|------------------|----------|---------|------|
| LA35F | *Brevibacterium* | ACCGGATACGACCATCTGC | 166-184 | 57 | 147.3 |
| LA35R | clone LA35 | TCCCCAGTGTCAGTCACAGC | 717-736 | 58 | |
| SA19F | *Kineococcus* | TACGACTCACCTCGGCATC | 163-181 | 56 | 158.9 |
| SA19R | *spp.* | ACTCTAGTGTGCCCGTACCC | 602-621 | 55 | |
| SB37F | *Rhodoplanes* | AACGTGCCTTTTGGTTCG | 143-160 | 56 | 142.9 |
| SB37R | *spp.* | GCTCCTCAGTATCAAAGGCAG | 616-626 | 55 | |
| SA15F | *Pantoea* | CGATGTGGTTAATAACCGCAT | 490-510 | 56 | 500.8 |
| SA15R | *ananatis* | AAGCCTGCCAGTTTCAAATAC | 668-688 | 55 | |

461

23

Harwood00000092.0023

Harwood00000092.0024

24

462   Table 3. Specificity of the poultry litter biomarker assay tested against fecal samples from within and outside the watershed.

463

|  | Number of samples tested (Number of samples containing potential biomarker) | | | |
| Fecal sample (inside or outside watershed) | *Brevibacterium* clone LA35 | *Rhodoplanes* clone SB37 | *Kineococcus* clone SA19 | *Pantoea ananatis* clone SA15 |
|---|---|---|---|---|
| Beef cattle (outside) | 5 (0) | 5 (2) | 5 (1) | 5 (0) |
| Beef cattle (inside) | 5 (0) | 5 (3) | 5 (5) | 5 (1) |
| Dairy cattle (outside) | 2 (0) | 2 (1) | 2 (1) | 2 (1) |
| Dairy cattle (inside) | 1 (0) | 1 (1) | 1 (0) | 1 (0) |
| Swine (outside) | 1 (0) | 1 (1) | 1 (1) | 1 (0) |
| Swine (inside) | 1 (0) | 1 (0) | 1 (0) | 1 (0) |
| Duck (outside) | 2 (1)* | 2 (2) | 2 (2) | 2 (2) |
| Duck (inside) | 3 (0) | 3 (1) | 3 (1) | 3 (2) |
| Goose (outside) | 3 (1)* | 3 (3) | 3 (2) | 3 (2) |
| Goose (inside) | 2 (0) | 2 (2) | 2 (1) | 2 (1) |
| Human sewage (outside) | 2 (0) | 2 (2) | 2 (2) | 2 (1) |
| Human sewage (inside) | 4 (0) | 4 (3) | 4 (1) | 4 (1) |

* One duplicate amplified when analyzed with a nested PCR assay.

464
465



466
467

468  Figure 1. Reconstructed phylogentic tree of the *Brevibacterium* spp. based on 16S rRNA.

469  Numbers at the nodes represent bootstrap values (i.e. the number of times this organism was

470  found in this position relative to other organisms in 1000 resamplings of the data). Bootstraps

471  less than 50% are not shown. The closest cultured organisms as reported in an NCBI BLAST

472  search are reported. The distance bar represents a 1% estimated sequence divergence.

25

Harwood00000092.0025

473



474
475
476

477    Figure 2. Standard curve of measured Ct values and standard deviations versus log plasmid

478    biomarker concentration.

Harwood00000092.0026

479    Table 4. Environmental samples tested for *Brevibacterium* clone LA35 poultry litter biomarker

480

| Sample type | Number samples tested | % of samples containing biomarker [a] | % of samples quantifiable [b] | Range of biomarker present (16S rRNA copies/L water or g soil or g litter) |
|---|---|---|---|---|
| Litter | 10 | 100 | 100 | $2.2*10^7 \pm 7.1*10^6 - 2.5*10^9 \pm 9.5*10^7$ |
| Soil | 10 | 100 | 50 | $7.0*10^3 \pm 4.4*10^2 - 2.9*10^5 \pm 2.0*10^4$ |
| Edge of field runoff | 10 | 100 | 100 | $2.6*10^3 \pm 1.2*10^2 - 5.5*10^7 \pm 5.3*10^6$ |
| River | 10 | 50 | 20 | $2.9*10^3 \pm 8.6*10^2 - 3.2*10^4 \pm 6.8*10^3$ |
| Groundwater | 6 | 0 | 0 | Not applicable |

[a] indicates the percent of samples in which the biomarker was identified by qPCR or nested qPCR methods

[b] indicates the percent of samples for which a quantifiable number of biomarker genes were measured by qPCR

481

27

Harwood00000092.0027

482



483
484     Figure 3. Correlation between the concentrations of poultry litter biomarker, *E. coli* and

485     *Enterococcus spp.* in poulty litter samples.

28

Harwood00000092.0028

486



487

488

489    Figure 4. Correlation between the concentrations of poultry litter biomarker, *E. coli* and

490    *Enterococcus* spp. in water samples.

491

Harwood00000092.0029