# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STATE OF OKLAHOMA, ex rel.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | 05-CV-0329 GKF-PJC |
| ) | |
| **TYSON FOODS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT TYSON FOODS, INC.'S MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO COMPEL PRODUCTION OF PEER REVIEW MATERIALS OF PLAINTIFFS' EXPERTS HARWOOD AND OLSEN

Defendant Tyson Foods, Inc. submits this motion requesting expedited consideration of its Motion to Compel Production of Peer Review Materials of Plaintiffs' Experts Harwood and Olsen [DKT #1851], which asks the Court to issue an order directing Plaintiffs to produce documents, materials and communications responsive to Tyson Foods, Inc.'s April 3, 2008 Requests for Production to the State of Oklahoma.

As described in detail in the briefing, Tyson's prejudice is ongoing and immediate, warranting expedited consideration by this Court. Counsel for Tyson has contacted counsel for Plaintiffs regarding this request, and are advised that Plaintiffs object to expedited consideration.

4818-8892-2371.1

2

Respectfully submitted:

**TYSON FOODS, INC.**

By   /s/ *Michael R. Bond*
    Michael R. Bond, *appearing pro hac vice*
    Erin Thompson, *appearing pro hac vice*
    Dustin Darst, *appearing pro hac vice*
    KUTAK ROCK LLP
    234 East Millsap Road, Suite 400
    Fayetteville, Arkansas 72703-4099
    (479) 973-4200 Telephone
    (479) 973-0007 Facsimile

-and-

Robert W. George, OBA #18562
Bryan Burns, *appearing pro hac vice*
TYSON FOODS, INC.
2200 Don Tyson Parkway
Springdale, Arkansas 72762
(479) 290-4076 Telephone
(479) 290-7967 Facsimile

-and-

Patrick M. Ryan, OBA # 7864
Stephen Jantzen, OBA #16247
RYAN, WHALEY & COLDIRON
119 North Robinson, Suite 900
Oklahoma City, Oklahoma 73102
(405) 239-6040 Telephone
(405) 239-6766 Facsimile

-and-

Thomas C. Green, *appearing pro hac vice*
Mark D. Hopson, *appearing pro hac vice*
Timothy Webster, *appearing pro hac vice*
Jay T. Jorgensen, *appearing pro hac vice*
Gordon Todd, *appearing pro hac vice*
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005-1401
(202) 736-8000 Telephone
(202) 736-8711 Facsimile

2

4818-8892-2371.1

## CERTIFICATE OF SERVICE

I certify that on the 13th day of February 2009, I electronically transmitted the attached document to the following ECF registrants:

| | |
|---|---|
| W. A. Drew Edmondson, Attorney General | drew_edmondson@oag.state.ok.us |
| Kelly Hunter Burch, Assistant Attorney General | kelly_burch@oag.state.ok.us |
| J. Trevor Hammons, Assistant Attorney General | trevor_hammons@oag.state.ok.us |
| Tina L. Izadi, Assistant Attorney General | tina_izadi@oag.state.ok.us |
| Daniel P. Lennington, Assistant Attorney General | daniel.lennington@oag.ok.gov |
| | |
| Douglas Allen Wilson | doug_wilson@riggsabney.com |
| Melvin David Riggs | driggs@riggsabney.com |
| Richard T. Garren | rgarren@riggsabney.com |
| Sharon K. Weaver | sweaver@riggsabney.com |
| Robert Allen Nance | rnance@riggsabney.com |
| Dorothy Sharon Gentry | sgentry@riggsabney.com |
| Joseph P. Lennart | jlennart@riggsabney.com |
| David P. Page | dpage@riggsabney.com |

RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS

| | |
|---|---|
| J. Randall Miller | rmiller@mkblaw.net |
| Louis W. Bullock | lbullock@bullock-blakemore.com |

MILLER KEFFER BULLOCK PEDIGO LLC

| | |
|---|---|
| Frederick C. Baker | fbaker@motleyrice.com |
| Lee M. Heath | lheath@motleyrice.com |
| William H. Narwold | bnarwold@motleyrice.com |
| Elizabeth C. Ward | lward@motleyrice.com |
| Elizabeth Claire Xidis | cxidis@motleyrice.com |
| Ingrid L. Moll | imoll@motleyrice.com |
| Jonathan D. Orent | jorent@motleyrice.com |
| Michael G. Rousseau | mrousseau@motleyrice.com |
| Fidelma L. Fitzpatrick | ffitzpatrick@motleyrice.com |

MOTLEY RICE, LLC
**COUNSEL FOR PLAINTIFFS**

| | |
|---|---|
| A. Scott McDaniel | smcdaniel@mhla-law.com |
| Nicole Longwell | nlongwell@mhla-law.com |
| Philip D. Hixon | phixon@mhla-law.com |
| Craig A. Mirkes | cmirkes@mhla-law.com |

MCDANIEL HIXON LONGWELL & ACORD, PLLC

| | |
|---|---|
| Sherry P. Bartley | sbartley@mwsgw.com |

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC
**COUNSEL FOR PETERSON FARMS, INC.**

| | |
|---|---|
| R. Thomas Lay | rtl@kiralaw.com |
| KERR, IRVINE, RHODES & ABLES | |
| | |
| David G. Brown | dbrown@lathropgage.com |
| Jennifer S. Griffin | jgriffin@lathropgage.com |
| LATHROP & GAGE, L.C. | |
| **COUNSEL FOR WILLOW BROOK FOODS, INC.** | |
| | |
| Robert P. Redemann | rredemann@pmrlaw.net |
| David C. Senger | dsenger@pmrlaw.net |
| PERRINE, MCGIVERN, REDEMANN, REID, BERRY & TAYLOR, PLLC | |
| | |
| Robert E. Sanders | rsanders@youngwilliams.com |
| E. Stephen Williams | steve.williams@youngwilliams.com |
| YOUNG WILLIAMS P.A. | |
| **COUNSEL FOR CAL-MAINE FOODS, INC. AND CAL-MAINE FARMS, INC.** | |
| | |
| George W. Owens | gwo@owenslawfirmpc.com |
| Randall E. Rose | rer@owenslawfirmpc.com |
| THE OWENS LAW FIRM, P.C. | |
| | |
| James M. Graves | jgraves@bassettlawfirm.com |
| Gary V. Weeks | gweeks@bassettlawfirm.com |
| Woody Bassett | wbassett@bassettlawfirm.com |
| K.C. Dupps Tucker | kctucker@bassettlawfirm.com |
| BASSETT LAW FIRM | |
| **COUNSEL FOR GEORGE'S INC. AND GEORGE'S FARMS, INC.** | |
| | |
| John R. Elrod | jelrod@cwlaw.com |
| Vicki Bronson | vbronson@cwlaw.com |
| Bruce W. Freeman | bfreeman@cwlaw.com |
| D. Richard Funk | dfunk@cwlaw.com |
| P. Joshua Wisley | jwisley@cwlaw.com |
| CONNER & WINTERS, PLLC | |
| **COUNSEL FOR SIMMONS FOODS, INC.** | |
| | |
| John H. Tucker | jtucker@rhodesokla.com |
| Colin H. Tucker | chtucker@rhodesokla.com |
| Theresa Noble Hill | thill@rhodesokla.com |
| RHODES, HIERONYMUS, JONES, TUCKER & GABLE | |
| | |
| Terry W. West | terry@thewestlawfirm.com |
| THE WEST LAW FIRM | |
| | |
| Delmar R. Ehrich | dehrich@faegre.com |
| Bruce Jones | bjones@faegre.com |
| Krisann C. Kleibacker Lee | kklee@faegre.com |
| Todd P. Walker | twalker@faegre.com |
| FAEGRE & BENSON LLP | |

4

4818-8892-2371.1

Dara D. Mann                                                                  dmann@mckennalong.com
McKenna, Long & Adlridge, LLP
**COUNSEL FOR CARGILL, INC. AND CARGILL TURKEY PRODUCTION, LLC**

  I also hereby certify that I served the attached documents by United States Postal Service, proper postage paid, on the following who are not registered participants of the ECF System:

Mr. J.D. Strong
Secretary of the Environment
State of Oklahoma
3800 North Classen
Oklahoma City, OK  73118
**COUNSEL FOR PLAINTIFFS**

                 /s/ *Michael R. Bond*
                 Michael R. Bond

4818-8892-2371.1