# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Attorney General of the State of Oklahma, et al.,
                      Plaintiff(s),      Case Number: 05-cv-329-GKF-PJC

vs.                                      Proceeding: Motion Hearing
                                              (Dkt. #1775,1779,1853,1854,1857)

Tyson Poultry, Inc., et al.,
                      Defendant(s).      Date: 2-26-2009
                                             Court Time: 9:30 a.m.

### MINUTE SHEET

Paul J. Cleary, U.S. Magistrate Judge      K. Perkins, Deputy Clerk      Greg Eustice, Reporter

Counsel for Plaintiffs: Louis Bullock/Ingrid Moll/David Riggs/Trevor Hammons

Counsel for Defendant Peterson Farms: Scott McDaniel/Nicole Longwell

Counsel for Simmons Foods: John Elrod;    Counsel for George's: James Graves

Counsel for Cargill: Del Ehrich/Theresa Hill/Kerry Lewis

Counsel for Cal-Maine Foods: Robert Redemann/Robert Sanders

Counsel for Tyson Foods: Robert George/Bryan Burns

**Minutes:** Case called for hearing; discussion regarding Motion for Attorney Fees (Dkt. #1729) which will be addressed again at the March 2nd hearing. Motion for Leave to File a Brief as Amici Curiae (Dkt. #1889) was granted and Defendants' Response due by 2/27/2009. Argument heard; Peterson Farms Motion for Protective Order (Dkt. #1775) and Simmons Foods Motion for Protective Order (Dkt. #1779), granted in part/denied in part; production to be made within 10 days; as to Request #4 in the motions, documents to be submitted to the Court for in-camera review. Defendants' Motion for Extension of Time to File Expert Reports (Dkt. #1857), granted in part/denied in part; deadline extended to March 30, 2009. Plaintiffs' Motion for Protective Order (Dkt. #1853) and Defendants' Motion to Compel Production of Expert Materials (Dkt. #1854), taken under advisement.

Court Time

9:50 - 11:30
11:40 - 11:55 a.m.