**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **STATE OF OKLAHOMA,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:05-cv-00329-GKF-PJC** |
| | ) | |
| **TYSON FOODS, INC.,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**DEFENDANT TYSON FOODS, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO**
**COMPEL PRODUCTION OF PEER REVIEW MATERIALS (Dkt # 1851)**

Defendant Tyson Foods, Inc. ("Tyson") respectfully notifies the Court that the parties

have reached an accommodation that postpones the issues presented in Tyson's Motion to

Compel Production of Peer Review Materials (Dkt #1851).  Accordingly, Tyson respectfully

withdraws that motion.  Tyson will re-file the motion at a later date should that become

necessary.

Respectfully submitted,

BY: _____*/s/ Jay T. Jorgensen*_____
Mark D. Hopson
Jay T. Jorgensen
Gordon D. Todd
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005-1401
Telephone:  (202) 736-8000
Facsimile:  (202) 736-8711

-and-

Robert W. George
Vice President & Associate General Counsel
Tyson Foods, Inc.

2210 West Oaklawn Drive
Springdale, Ark.  72764
Telephone: (479) 290-4076
Facsimile: (479) 290-7967

-and-

Michael R. Bond
KUTAK ROCK LLP
Suite 400
234 East Millsap Road
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007

-and-

Patrick M. Ryan, OBA # 7864
Stephen L. Jantzen, OBA # 16247
RYAN, WHALEY & COLDIRON, P.C.
119 N. Robinson
900 Robinson Renaissance
Oklahoma City, OK  73102
Telephone:  (405) 239-6040
Facsimile:  (405) 239-6766

**ATTORNEYS FOR TYSON FOODS, INC.;
TYSON POULTRY, INC.; TYSON
CHICKEN, INC; AND COBB-VANTRESS,
INC.**

## CERTIFICATE OF SERVICE

I certify that on the 27th of February, 2009, I electronically transmitted the attached document to the court's electronic filing system, which will send the document to the following ECF registrants:

W. A. Drew Edmondson, Attorney General     drew_edmondson@oag.state.ok.us
Kelly Hunter Burch, Assistant Attorney General     kelly_burch@oag.state.ok.us
J. Trevor Hammons, Assistant Attorney General     trevor_hammons@oag.state.ok.us
Tina L. Izadi, Assistant Attorney General     tina_izadi@oag.state.ok.us
Daniel Lennington, Assistant Attorney General     daniel.lennington@oak.ok.gov

Douglas Allen Wilson     doug_wilson@riggsabney.com,
Melvin David Riggs     driggs@riggsabney.com
Richard T. Garren     rgarren@riggsabney.com
Sharon K. Weaver     sweaver@riggsabney.com
David P. Page     dpage@riggsabney.com
Riggs Abney Neal Turpen Orbison & Lewis

Robert Allen Nance     rnance@riggsabney.com
Dorothy Sharon Gentry     sgentry@riggsabney.com
Riggs Abney

J. Randall Miller     rmiller@mkblaw.net

Louis W. Bullock     lbullock@bullock-blakemore.com

Michael G. Rousseau     mrousseau@motleyrice.com
Jonathan D. Orent     jorent@motleyrice.com
Fidelma L. Fitzpatrick     ffitzpatrick@motleyrice.com
Motley Rice LLC

Elizabeth C. Ward     lward@motleyrice.com
Frederick C. Baker     fbaker@motleyrice.com
William H. Narwold     bnarwold@motleyrice.com
Lee M. Heath     lheath@motleyrice.com
Elizabeth Claire Xidis     cxidis@motleyrice.com
Ingrid L. Moll     imoll@motleyrice.com
Motley Rice
**COUNSEL FOR PLAINTIFFS**

Stephen L. Jantzen     sjantzen@ryanwhaley.com
Patrick M. Ryan     pryan@ryanwhaley.com
Paula M. Buchwald     pbuchwald@ryanwhaley.com
Ryan, Whaley & Coldiron, P.C.

Mark D. Hopson     mhopson@sidley.com

Jay Thomas Jorgensen                          jjorgensen@sidley.com
Timothy K. Webster                            twebster@sidley.com
Gordon D. Todd                                gtodd@sidley.com
Sidley Austin LLP


Robert W. George                              robert.george@tyson.com


Michael R. Bond                               michael.bond@kutakrock.com
Erin Walker Thompson                          erin.thompson@kutakrock.com
Kutak Rock LLP

**COUNSEL FOR TYSON FOODS, INC., TYSON POULTRY, INC., TYSON CHICKEN, INC.; AND COBB-VANTRESS, INC.**


R. Thomas Lay                                 rtl@kiralaw.com
Kerr, Irvine, Rhodes & Ables


Jennifer S. Griffin                           jgriffin@lathropgage.com
Lathrop & Gage, L.C.

**COUNSEL FOR WILLOW BROOK FOODS, INC.**


Robert P. Redemann                            rredemann@pmrlaw.net
Lawrence W. Zeringue                          lzeringue@pmrlaw.net
David C. Senger                               dsenger@pmrlaw.net
Perrine, McGivern, Redemann, Reid, Berry & Taylor, PLLC


Robert E. Sanders                             rsanders@youngwilliams.com
E. Stephen Williams                           steve.williams@youngwilliams.com
Young Williams P.A.

**COUNSEL FOR CAL-MAINE FOODS, INC. AND CAL-MAINE FARMS, INC.**


George W. Owens                               gwo@owenslawfirmpc.com
Randall E. Rose                               rer@owenslawfirmpc.com
The Owens Law Firm, P.C.


James M. Graves                               jgraves@bassettlawfirm.com
Gary V. Weeks
Paul E. Thompson, Jr.                         pthompson@bassettlawfirm.com
Woody Bassett                                 wbassett@bassettlawfirm.com
Jennifer E. Lloyd                             jlloyd@bassettlawfirm.com
Bassett Law Firm

**COUNSEL FOR GEORGE'S INC. AND GEORGE'S FARMS, INC.**


John R. Elrod                                 jelrod@cwlaw.com
Vicki Bronson                                 vbronson@cwlaw.com
P. Joshua Wisley                              jwisley@cwlaw.com
Conner & Winters, P.C.

Bruce W. Freeman                                          bfreeman@cwlaw.com
D. Richard Funk
Conner & Winters, LLLP
**COUNSEL FOR SIMMONS FOODS, INC.**

John H. Tucker                                           jtuckercourts@rhodesokla.com
Leslie J. Southerland                                    ljsoutherlandcourts@rhodesokla.com
Colin H. Tucker                                          chtucker@rhodesokla.com
Theresa Noble Hill                                       thillcourts@rhodesokla.com
Rhodes, Hieronymus, Jones, Tucker & Gable

Terry W. West                                            terry@thewesetlawfirm.com
The West Law Firm

Delmar R. Ehrich                                         dehrich@faegre.com
Bruce Jones                                              bjones@faegre.com
Krisann Kleibacker Lee                                   kklee@baegre.com
Dara D. Mann                                             dmann@faegre.com
Todd P. Walker                                           twalker@faegre.com
Faegre & Benson LLP
**COUNSEL FOR CARGILL, INC. AND CARGILL TURKEY PRODUCTION, LLC**

Michael D. Graves                                        mgraves@hallestill.com
D. Kenyon Williams, Jr.                                  kwilliams@hallestill.com
**COUNSEL FOR POULTRY GROWERS**

William B. Federman                                      wfederman@aol.com
Jennifer F. Sherrill                                     jfs@federmanlaw.com
Federman & Sherwood

Charles Moulton                                          charles.moulton@arkansag.gov
Jim DePriest                                             jim.depriest@arkansasag.gov
Office of the Attorney General
**COUNSEL FOR THE STATE OF ARKANSAS AND THE ARKANSAS NATURAL
RESOURCES COMMISSION**

Carrie Griffith                                          griffithlawoffice@yahoo.com
**COUNSEL FOR RAYMOND C. AND SHANNON ANDERSON**

Gary S. Chilton                                          gchilton@hcdattorneys.com
Holladay, Chilton & Degiusti, PLLC

Victor E. Schwartz                                       vschwartz@shb.com
Cary Silverman                                           csilverman@shb.com
Shook, Hardy & Bacon, LLP

Robin S. Conrad                                        rconrad@uschamber.com
National Chamber Litigation Center, Inc.
**COUNSEL FOR AMICI CURIAE CHAMBER OF COMMERCE FOR THE U.S. AND THE AMERICAN TORT REFORM ASSOCIATION**

Richard C. Ford                                        fordr@crowedunlevy.com
LeAnne Burnett                                         burnettl@crowedunlevy.com
Crowe & Dunlevy
**COUNSEL FOR AMICUS CURIAE OKLAHOMA FARM BUREAU, INC.**

M. Richard Mullins                                     richard.mullins@mcafeetaft.com
McAfee & Taft

James D. Bradbury                                      jim@bradburycounsel.com
James D. Bradbury, PLLC
**COUNSEL FOR AMICI CURIAE TEXAS FARM BUREAU, TEXAS CATTLE FEEDERS ASSOCIATION, TEXAS PORK PRODUCERS ASSOCIATION AND TEXAS ASSOCIATION OF DAIRYMEN**

I also hereby certify that I served the attached documents by United States Postal Service, proper postage paid, on the following who are not registered participants of the ECF System:

J.D. Strong
Secretary of the Environment
State of Oklahoma
3800 North Classen
Oklahoma City, OK 73118
**COUNSEL FOR PLAINTIFFS**

Dustin McDaniel
Justin Allen
Office of the Attorney General of Arkansas
323 Center Street, Suite 200
Little Rock, AR  72201-2610
**COUNSEL FOR THE STATE OF ARKANSAS AND THE ARKANSAS NATURAL RESOURCES COMMISSION**

_____/s/ Jay T. Jorgensen_____

DC1 1337112v.1