# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Attorney General of the State of Oklahoma, et al., | Case Number: 05-cv-329-GKF-PJC |
| Plaintiff(s), | Proceeding: Motion Hearing |
| vs. | Date: 4-7-2009 |
| | Court Time: 1:30 p.m. |
| Tyson Foods, Inc., et al., | |
| Defendant(s). | |

### MINUTE SHEET

Paul J. Cleary, U.S. Magistrate Judge      K. Perkins, Deputy Clerk      Greg Eustice, Reporter

Counsel for Plaintiffs: Louis Bullock/Bob Nance/Ingrid Moll/Dan Lennington/David Riggs/ Claire Xidis/Bob Blakemore

Counsel for Defendants: John Tucker/Del Ehrich; Robert George; Bruce Freeman/John Elrod; James Graves; Philip Hixon; Robert Redeman

**Minutes:** Case called for hearing; Motion for Attorney Fees (Dkt. #1729) was discussed; Defendant Tyson Foods Motion to Reconsider (Dkt. #1921) was denied. Argument was presented and rulings were made as follows:

- Plaintiffs' Motion for Protective Order (Dkt. #1933) - granted in part and denied in part;
- Cargill's Motion to Compel (Dkt. #1940) and Defendants' Joinder in Motion as to Motion to Compel (Dkts. #1964, 1965, 1966, 1968) - granted;
- Cargill's Motion to Strike (Dkt. #1938) and Defendants' Joinder in Motion as to Motion to Strike (Dkts. #1964, 1965, 1966, 1968) - found moot based on ruling #1940;
- Cargill's Motion to Compel (Dkt. #1941) - found moot, Cargill to take 30(b)(6) depositions in lieu of written discovery;
- Cargill's Motion to Expedite Ruling (Dkt. #1943) - granted;
- Defendants' Motion to Extend Discovery Deadline for Certain Depositions (Dkt. #1946) - granted as per agreement of the parties;
- Defendants' Motion to Expedite Ruling (Dkt. #1947) - granted;
- Defendants' Motion for Discovery (Dkt. #1953) - granted;

The deposition of Mr. Tyson was discussed. Tyson Defendant shall file Motion for Protective Order by April 13, 2009; Plaintiffs' Response due April 16, 2009 and the deposition will be delayed until resolution of the Protective Order.

Defendants are directed to either produce previously ordered financial information or notify Plaintiffs why no further information has been produced by April 9, 2009. Counsel for Defendant Cargill to prepare agreed order and submit to the court by April 10, 2009.

Court Time

1 hr 40 min