IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 05-CV-329-GKF-PJC |
| | ) |
| TYSON FOODS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

Before the Court is Defendants' Motion (Dkt. No. 2290) to Substitute Exhibit "I" to Dkt. No. 2272 - Defendants' Motion to Exclude Testimony of the Stratus Consulting Experts under F.R.E. 702 and Integrated Brief.

WHEREFORE, Defendants' Motion (Dkt. No. 2290) to Substitute Exhibit "I" to Dkt No. 2272 - Defendants' Motion to Exclude Testimony of the Stratus Consulting Experts under F.R.E. 702 and Integrated Brief - is hereby granted.

IT IS SO ORDERED this 24th day of June, 2009.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma