IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| State of Oklahoma,  )<br>  )<br>      Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Tyson Foods, Inc., et al,  )<br>  )<br>      Defendants.  ) | Case No. 4:05-cv-00329-GKF-PJC |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW the Plaintiff, State of Oklahoma, and respectfully requests that this Court enter an Order allowing the withdrawal of Elizabeth C. Ward as counsel of record. In support of the Motion, the State of Oklahoma hereby states:

1.　Elizabeth C. Ward of Motley Rice LLC was admitted to practice *pro hac vice* and entered her appearance for the State of Oklahoma in this case.

2.　Elizabeth C. Ward is leaving Motley Rice LLC effective September 8, 2009 and will no longer be representing the State of Oklahoma herein. The State of Oklahoma will continue to be represented by Motley Rice LLC.

3.　The State of Oklahoma is aware of this Motion, and has no objection to Elizabeth C. Ward withdrawing as counsel.

4.　Elizabeth C. Ward's withdrawal as counsel in this case will not affect any existing or future deadlines or hearings.

5.　Accordingly, the State of Oklahoma hereby requests that Elizabeth C. Ward be allowed to withdraw as counsel of record.

WHEREFORE, the State of Oklahoma respectfully requests that this Court enter an Order allowing and recognizing the withdrawal of Elizabeth C. Ward as counsel of record for the

State of Oklahoma and relieving Elizabeth C. Ward of any further obligation to represent the State of Oklahoma in this action.

Respectfully Submitted,

W.A. Drew Edmondson OBA # 2628
ATTORNEY GENERAL
Kelly H. Burch OBA #17067
ASSISTANT ATTORNEYS GENERAL
State of Oklahoma
313 N.E. 21st St.
Oklahoma City, OK 73105
(405) 521-3921

 /s/Robert A. Nance
M. David Riggs OBA #7583
Joseph P. Lennart OBA #5371
Richard T. Garren OBA #3253
Sharon K. Weaver OBA #19010
Robert A. Nance OBA #6581
D. Sharon Gentry OBA #15641
David P. Page OBA #6852
RIGGS, ABNEY, NEAL, TURPEN,
 ORBISON & LEWIS
502 West Sixth Street
Tulsa, OK 74119
(918) 587-3161

Louis W. Bullock OBA #1305
Robert M. Blakemore OBA 18656
BULLOCK, BULLOCK & BLAKEMORE
110 West Seventh Street Suite 707
Tulsa OK 74119
(918) 584-2001

Frederick C. Baker
(admitted *pro hac vice*)
Elizabeth Claire Xidis
(admitted *pro hac vice*)
MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29465
(843) 216-9280

        William H. Narwold
        (admitted *pro hac vice*)
        Ingrid L. Moll
        (admitted *pro hac vice)*
        MOTLEY RICE, LLC
        20 Church Street, 17th Floor
        Hartford, CT  06103
        (860) 882-1676

        Jonathan D. Orent
        (admitted *pro hac vice*)
        Michael G. Rousseau
        (admitted *pro hac vice*)
        Fidelma L. Fitzpatrick
        (admitted *pro hac vice*)
        MOTLEY RICE, LLC
        321 South Main Street
        Providence, RI  02940
        (401) 457-7700

        Attorneys for the State of Oklahoma

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 26th day of August, 2009, I electronically transmitted the above and foregoing pleading to the Clerk of the Court using the ECF System for filing and a transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| W. A. Drew Edmondson, Attorney General | fc_docket@oag.state.ok.us |
| Kelly H. Burch, Assistant Attorney General | kelly_burch@oag.state.ok.us |
| | |
| M. David Riggs | driggs@riggsabney.com |
| Joseph P. Lennart | jlennart@riggsabney.com |
| Richard T. Garren | rgarren@riggsabney.com |
| Sharon K. Weaver | sweaver@riggsabney.com |
| Robert A. Nance | rnance@riggsabney.com |
| D. Sharon Gentry | sgentry@riggsabney.com |
| David P. Page | dpage@riggsabney.com |

RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS

| | |
|---|---|
| Louis Werner Bullock | lbullock@bullock-blakemore.com |
| Robert M. Blakemore | bblakemore@bullock-blakemore.com |

BULLOCK, BULLOCK & BLAKEMORE

| | |
|---|---|
| Frederick C. Baker | fbaker@motleyrice.com |
| Lee M. Heath | lheath@motleyrice.com |

| | |
|---|---|
| Elizabeth C. Ward | lward@motleyrice.com |
| Elizabeth Claire Xidis | cxidis@motleyrice.com |
| William H. Narwold | bnarwold@motleyrice.com |
| Ingrid L. Moll | imoll@motleyrice.com |
| Jonathan D. Orent | jorent@motleyrice.com |
| Michael G. Rousseau | mrousseau@motleyrice.com |
| Fidelma L. Fitzpatrick | ffitzpatrick@motleyrice.com |

MOTLEY RICE, LLC
**Counsel for State of Oklahoma**

Robert P. Redemann   rredemann@pmrlaw.net
PERRINE, MCGIVERN, REDEMANN, REID, BARRY & TAYLOR, P.L.L.C.

David C. Senger   david@cgmlawok.com

Robert E Sanders   rsanders@youngwilliams.com
Edwin Stephen Williams   steve.williams@youngwilliams.com
YOUNG WILLIAMS P.A.
**Counsel for Cal-Maine Farms, Inc and Cal-Maine Foods, Inc.**

| | |
|---|---|
| John H. Tucker | jtucker@rhodesokla.com |
| Theresa Noble Hill | thill@rhodesokla.com |
| Colin Hampton Tucker | ctucker@rhodesokla.com |
| Kerry R. Lewis | klewis@rhodesokla.com |

RHODES, HIERONYMUS, JONES, TUCKER & GABLE

Terry Wayen West   terry@thewestlawfirm.com
THE WEST LAW FIRM

| | |
|---|---|
| Delmar R. Ehrich | dehrich@faegre.com |
| Bruce Jones | bjones@faegre.com |
| Krisann C. Kleibacker Lee | kklee@faegre.com |
| Todd P. Walker | twalker@faegre.com |
| Christopher H. Dolan | cdolan@faegre.com |
| Melissa C. Collins | mcollins@faegre.com |
| Colin C. Deihl | cdeihl@faegre.com |
| Randall E. Kahnke | rkahnke@faegre.com |

FAEGRE & BENSON, LLP

Dara D. Mann   dmann@mckennalong.com
MCKENNA, LONG & ALDRIDGE LLP
**Counsel for Cargill, Inc. & Cargill Turkey Production, LLC**

| | |
|---|---|
| James Martin Graves | jgraves@bassettlawfirm.com |
| Gary V Weeks | gweeks@bassettlawfirm.com |
| Woody Bassett | wbassett@bassettlawfirm.com |
| K. C. Dupps Tucker | kctucker@bassettlawfirm.com |
| Earl Lee "Buddy" Chadick | bchadick@bassettlawfirm.com |
| Vincent O. Chadick | vchadick@bassettlawfirm.com |

BASSETT LAW FIRM

| | |
|---|---|
| George W. Owens | gwo@owenslawfirmpc.com |
| Randall E. Rose | rer@owenslawfirmpc.com |

OWENS LAW FIRM, P.C.
**Counsel for George's Inc. & George's Farms, Inc.**

| | |
|---|---|
| A. Scott McDaniel | smcdaniel@mhla-law.com |
| Nicole Longwell | nlongwell@mhla-law.com |
| Philip Hixon | phixon@mhla-law.com |
| Craig A. Merkes | cmerkes@mhla-law.com |

MCDANIEL, HIXON, LONGWELL & ACORD, PLLC

| | |
|---|---|
| Sherry P. Bartley | sbartley@mwsgw.com |

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC
**Counsel for Peterson Farms, Inc.**

| | |
|---|---|
| John Elrod | jelrod@cwlaw.com |
| Vicki Bronson | vbronson@cwlaw.com |
| P. Joshua Wisley | jwisley@cwlaw.com |
| Bruce W. Freeman | bfreeman@cwlaw.com |
| D. Richard Funk | rfunk@cwlaw.com |

CONNER & WINTERS, LLP
**Counsel for Simmons Foods, Inc.**

| | |
|---|---|
| Stephen L. Jantzen | sjantzen@ryanwhaley.com |
| Paula M. Buchwald | pbuchwald@ryanwhaley.com |
| Patrick M. Ryan | pryan@ryanwhaley.com |

RYAN, WHALEY, COLDIRON & SHANDY, P.C.

| | |
|---|---|
| Mark D. Hopson | mhopson@sidley.com |
| Jay Thomas Jorgensen | jjorgensen@sidley.com |
| Timothy K. Webster | twebster@sidley.com |
| Thomas C. Green | tcgreen@sidley.com |
| Gordon D. Todd | gtodd@sidley.com |

SIDLEY, AUSTIN, BROWN & WOOD LLP

| | |
|---|---|
| Robert W. George | robert.george@tyson.com |
| L. Bryan Burns | bryan.burns@tyson.com |
| Timothy T. Jones | tim.jones@tyson.com |
| TYSON FOODS, INC | |

Michael R. Bond  michael.bond@kutakrock.com
Erin W. Thompson  erin.thompson@kutakrock.com
Dustin R. Darst  dustin.darst@kutakrock.com
KUTAK ROCK, LLP
**Counsel for Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., & Cobb-Vantress, Inc.**


R. Thomas Lay  rtl@kiralaw.com
KERR, IRVINE, RHODES & ABLES
Frank M. Evans, III  fevans@lathropgage.com
Jennifer Stockton Griffin  jgriffin@lathropgage.com
David Gregory Brown
LATHROP & GAGE LC
**Counsel for Willow Brook Foods, Inc.**


Robin S Conrad  rconrad@uschamber.com
NATIONAL CHAMBER LITIGATION CENTER

Gary S Chilton  gchilton@hcdattorneys.com
HOLLADAY, CHILTON AND DEGIUSTI, PLLC
**Counsel for US Chamber of Commerce and American Tort Reform Association**


D. Kenyon Williams, Jr.  kwilliams@hallestill.com
Michael D. Graves  mgraves@hallestill.com
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON
**Counsel for Poultry Growers/Interested Parties/ Poultry Partners, Inc.**


Richard Ford  richard.ford@crowedunlevy.com
LeAnne Burnett  leanne.burnett@crowedunlevy.com
CROWE & DUNLEVY
**Counsel for Oklahoma Farm Bureau, Inc.**


Kendra Akin Jones, Assistant Attorney General  Kendra.Jones@arkansasag.gov
Charles L. Moulton, Sr Assistant Attorney General  Charles.Moulton@arkansasag.gov
**Counsel for State of Arkansas and Arkansas National Resources Commission**

| | |
|---|---|
| Mark Richard Mullins<br>MCAFEE & TAFT | richard.mullins@mcafeetaft.com |

**Counsel for Texas Farm Bureau; Texas Cattle Feeders Association; Texas Pork Producers Association and Texas Association of Dairymen**

| | |
|---|---|
| Mia Vahlberg<br>GABLE GOTWALS | mvahlberg@gablelaw.com |

| | |
|---|---|
| James T. Banks | jtbanks@hhlaw.com |
| Adam J. Siegel | ajsiegel@hhlaw.com |
| HOGAN & HARTSON, LLP | |

**Counsel for National Chicken Council; U.S. Poultry and Egg Association & National Turkey Federation**

| | |
|---|---|
| John D. Russell<br>FELLERS, SNIDER, BLANKENSHIP, BAILEY<br>& TIPPENS, PC | jrussell@fellerssnider.com |

| | |
|---|---|
| William A. Waddell, Jr. | waddell@fec.net |
| David E. Choate | dchoate@fec.net |
| FRIDAY, ELDREDGE & CLARK, LLP | |

**Counsel for Arkansas Farm Bureau Federation**

| | |
|---|---|
| Barry Greg Reynolds | reynolds@titushillis.com |
| Jessica E. Rainey | jrainey@titushillis.com |
| TITUS, HILLIS, REYNOLDS, LOVE,<br>DICKMAN & MCCALMON | |

| | |
|---|---|
| Nikaa Baugh Jordan | njordan@lightfootlaw.com |
| William S. Cox, III | wcox@lightfootlaw.com |
| LIGHTFOOT, FRANKLIN & WHITE, LLC | |

**Counsel for American Farm Bureau and National Cattlemen's Beef Association**

| | |
|---|---|
| Duane L. Berlin<br>LEV & BERLIN PC | dberlin@levberlin.com |

**Counsel for Council of American Survey Research Organizations & American Association for Public Opinion Research**

Also on this 26th day of August, 2009 I mailed a copy of the above and foregoing pleading to:

**Thomas C Green**  -- via email:  tcgreen@sidley.com
Sidley, Austin, Brown & Wood LLP

**Dustin McDaniel**
**Justin Allen**
Office of the Attorney General (Little Rock)
323 Center St, Ste 200
Little Rock, AR 72201-2610

**Steven B. Randall**
58185 County Rd 658
Kansas, Ok 74347

**Cary Silverman**  -- via email:  csilverman@shb.com
**Victor E Schwartz**
Shook Hardy & Bacon LLP (Washington DC)

                                                    /s/Robert A. Nance