IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA,  ex. rel, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  05 cv 329 GKF-PJC |
| | ) | |
| TYSON FOODS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER DISMISSING DEFENDANT CAL-MAINE FARMS, INC.**

COMES NOW Plaintiff the State of Oklahoma ("State") and Defendant Cal-Maine

Farms, Inc. ("Cal-Maine Farms"), and pursuant to Fed. R. Civ. P. 41(a)(2) hereby submit this

agreed order dismissing Cal-Maine Farms from the above-captioned action.

Pursuant to the oral motion of the parties the Court enters its order dismissing the State's

claims against Cal-Maine Farms with prejudice with each party to bear its own costs and

attorney fees.

IT IS SO ORDERED.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma

1

APPROVED:


   /s/ Robert E. Sanders                   W.A. Drew Edmondson OBA # 2628

Robert E. Sanders                   ATTORNEY GENERAL

Stephen Williams                   Kelly H. Burch OBA #17067

YOUNG WILLIAMS PA             ASSISTANT ATTORNEYS GENERAL

Po Box 23059                      State of Oklahoma

Jackson, MS  39225-3059          313 N.E. 21st St.

 601/948-6100                     Oklahoma City, OK 73105

                              (405) 521-3921

and


William D. Perrine                    /s/ Richard T. Garren

Robert P. Redemann               M. David Riggs OBA #7583

Gregory A. Mueggenborg         Joseph P. Lennart OBA #5371

PERRINE, MCGIVERN, REDEMANN,   Richard T. Garren OBA #3253

  REID, BARRY & TAYLOR, P.L.L.C.   Sharon K. Weaver OBA #19010

P.O. Box 1710                     Robert A. Nance OBA #6581

Tulsa, Ok  74101                 D. Sharon Gentry OBA #15641

918/382-1400                     David P. Page OBA #6852

                              RIGGS, ABNEY, NEAL, TURPEN,

(Signed by Filing Attorney            ORBISON & LEWIS

with Permission)                  502 West Sixth Street

                              Tulsa, OK 74119

                              (918) 587-3161


                            Louis W. Bullock OBA #1305

                            Robert M. Blakemore OBA 18656

                            BULLOCK, BULLOCK & BLAKEMORE

                            110 West Seventh Street Suite 707

                            Tulsa OK 74119

                            (918) 584-2001


                            Frederick C. Baker

                            (admitted pro hac vice)

                            Elizabeth Claire Xidis

                            (admitted pro hac vice)

                            MOTLEY RICE, LLC

                            28 Bridgeside Boulevard

                            Mount Pleasant, SC  29465

(843) 216-9280

William H. Narwold
(admitted pro hac vice)
Ingrid L. Moll
(admitted pro hac vice)
Mathew P. Jasinski
(admitted pro hac vice)
MOTLEY RICE, LLC
20 Church Street, 17th Floor
Hartford, CT  06103
(860) 882-1676

Jonathan D. Orent
(admitted pro hac vice)
Michael G. Rousseau
(admitted pro hac vice)
Fidelma L. Fitzpatrick
(admitted pro hac vice)
MOTLEY RICE, LLC
321 South Main Street
Providence, RI  02940
(401) 457-7700

Attorneys for the State of Oklahoma