# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

State of Oklahoma,

                Plaintiff(s),      Case Number: 05-cv-329-GKF-PJC

vs.                                       Proceeding: Motion Hearing

Tyson Foods, Inc., et al.,               Date: 9-25-2009

                Defendant(s).     Court Time: 1:00 p.m.

## MINUTE SHEET

Paul J. Cleary, U.S. Magistrate Judge     K. Perkins, Deputy Clerk     Glen Dorrough, Reporter

Counsel for Plaintiff: Louis Bullock/Bob Blakemore

Counsel for Tyson Defendants: Jay Jorgensen

Counsel for Cargill Defendants: John Tucker/Del Ehrich/Theresa Hill/Krisann Kleibacker Lee/Mark Quayle

Counsel for Defendant Peterson Farms: Craig Mirkes

**Minutes:** Case called for hearing; discussion regarding Defendants' Motion to Compel (Dkt. #2000) and Plaintiff's Motion for Protective Order (Dkt. #2034); thereafter, counsel moved to withdraw the Motions. Plaintiff's Motion for Sanctions (Dkt. #2459) was argued and taken under advisement.

Court Time

1 hr 50 min