1               IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF OKLAHOMA

3

4   STATE OF OKLAHOMA, ex rel.  )
    W.A. DREW EDMONDSON, in his )
5   capacity as ATTORNEY GENERAL)
    OF THE STATE OF OKLAHOMA,    )
6   et al.                       )
                                 )
7                  Plaintiffs,   )
    vs.                          )CASE NO. 05-329-GKF-PJC
8                                )
    TYSON FOODS, INC., et al.,   )
9                                )
                                 )
10                 Defendants.   )

11

12

13

           TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
14                    JANUARY 25, 2010
      BEFORE GREGORY K. FRIZZELL, U.S. DISTRICT JUDGE
15              VOLUME 98, P.M. SESSION

16

17  APPEARANCES:

18

19  For the Plaintiffs:       MR. W.A. DREW EDMONDSON
                              Attorney General
20                            MS. KELLY FOSTER
                              Assistant Attorney General
21                            State of Oklahoma
                              313 N.E. 21st St.
22                            Oklahoma City, OK  73105

23

24

25

```
 1   (APPEARANCES CONTINUED)    MR. M. DAVID RIGGS
                                MR. DAVID P. PAGE
 2                              MR. RICHARD T. GARREN
                                Riggs Abney Neal Turpen
 3                              Orbison & Lewis
                                502 W. 6th Street
 4                              Tulsa, OK  74119

 5

 6                              MR. ROBERT A. NANCE
                                MS. SHARON GENTRY
 7                              Riggs Abney Neal Turpen
                                Orbison & Lewis
 8                              5801 Broadway
                                Extension 101
 9                              Oklahoma City, OK  73118

10                              MR. LOUIS W. BULLOCK
                                MR. ROBERT BLAKEMORE
11                              Bullock Bullock &
                                Blakemore
12                              110 W. 7th, Ste 770
                                Tulsa, OK  74119
13
                                MR. FREDERICK C. BAKER
14                              MS. ELIZABETH CLAIRE XIDIS
                                MS. INGRID MOLL
15                              Motley Rice LLC
                                28 Bridgeside
16                              P.O. Box 1792
                                Mount Pleasant, SC  29465
17

18
     For Tyson Foods:          MR. ROBERT W. GEORGE
19                             Tyson Foods, Inc.
                               2210 West Oaklawn Drive
20                             Springdale, AR  72701

21                             MR. JAY THOMAS JORGENSEN
                               MR. THOMAS GREEN
22                             MR. MARK HOPSON
                               MR. GORDON D. TODD
23                             Sidley Austin LLP
                               1501 K St. NW
24                             Washington, DC  20005

25
```

```
 1   (APPEARANCES CONTINUED)

 2   For Cargill:                MR. JOHN H. TUCKER
                                 MS. THERESA HILL
 3                               Rhodes Hieronymus Jones
                                 Tucker & Gable
 4                               100 W. 5th St., Ste 400
                                 Tulsa, OK  74103
 5
                                 MR. DELMAR R. EHRICH
 6                               MS. KRISANN KLEIBACKER LEE
                                 MR. BRUCE JONES
 7                               Faerge & Benson
                                 90 S. 7th St., Ste 2200
 8                               Minnaepolis, MN  54402

 9   For Simmons Foods:          MR. JOHN R. ELROD
                                 MS. VICKI BRONSON
10                               Conner & Winters
                                 211 E. Dickson St.
11                               Fayetteville, AR  72701

12   For Peterson Farms:         MR. A. SCOTT MCDANIEL
                                 MR. PHILIP HIXON
13                               MS. NICOLE LONGWELL
                                 MR. CRAIG MIRKES
14                               McDaniel Hixon Longwell &
                                 Acord PLLC
15                               320 S. Boston, Ste 700
                                 Tulsa, OK  74103
16
     For George's:               MR. WOODY BASSETT
17                               MR. VINCENT O. CHADICK
                                 MR. JAMES GRAVES
18                               MS. K.C. TUCKER
                                 MR. GARY WEEKS
19                               Bassett Law Firm
                                 P.O. Box 3618
20                               Fayetteville, AR  72702

21   For Cal-Maine:              MR. ROBERT SANDERS
                                 Young Williams P.A.
22                               P.O. Box 23059
                                 Jackson, MS 39225
23
                                 MR. ROBERT P. REDEMANN
24                               Perrine McGivern Redemann
                                 Reid Berry & Taylor PLLC
25                               P.O. Box 1710
                                 Tulsa, OK  74101
```

```
 1                          INDEX

 2

 3    REBUTTAL WITNESSES ON BEHALF OF PLAINTIFFS     PAGE

 4

 5    DR. BERNARD ENGEL

 6        Cont'd Cross-Examination by Mr. George    11397
          Redirect Examination by Mr. Page          11500
 7

 8    SURREBUTTAL WITNESSES ON BEHALF OF DEFENDANTS

 9

10    DR. JOHN CONNOLLY

11        Direct Examination by Mr. George          11515
          Cross-Examination by Mr. Page             11522
12

13    REBUTTAL WITNESSES ON BEHALF OF PLAINTIFFS

14

15    DR. SCOTT WELLS

16        Direct Examination by Mr. Page            11526

17

18

19

20

21

22

23

24

25
```

*Terri Beeler, RMR,FCRR*
United States Court Reporter
333 W. 4th St.
Tulsa, OK 74103 * 918-699-4877

```
 1                        PROCEEDINGS
 2   JANUARY 25, 2010:
 3             THE COURT:  Mr. Bullock.
 4             MR. GEORGE:  There are two procedural
 5   issues.  I'll let Mr. Bullock --
 6             MR. BULLOCK:  Thought that it might be
 7   helpful to the parties if we had some brief
 8   discussion with the court's thoughts as to
 9   scheduling of the closing argument on the 11th.
10             I guess our suggestion would be
11   this:  Looking at to get it done in a day, if each
12   side has three hours and then we go 9:00 to 11:30
13   for the plaintiff's initial closing and with a
14   15-minute break in there, that's two hours 15
15   minutes.  And then come back after lunch at 1
16   o'clock, three hours and 15 minutes with a 15-minute
17   break for the defense to respond.  That puts you at
18   4:15, 45 minutes for the response, and we're out of
19   here at 5:00.
20             THE COURT:  Perfect.
21             Mr. George.
22             MR. GEORGE:  I hadn't heard that specific
23   proposal, so I was looking for affirmation, Your
24   Honor, and I got some sort of timid head nods.  I
25   take that as we're generally okay with that.
```

1          MR. ELROD:  The issue is not going to be

2     dividing time between them and us; it's going to be

3     dividing time between us.  But we'll work that out,

4     Judge.

5          MR. GEORGE:  My experience has shown that

6     the way to insulate yourself from that issue is to

7     be the first one to the podium.  We're going to go

8     first.

9          Your Honor, one other procedural issue that

10    I want to raise for the court's consideration, and

11    we'll see if it actually materializes today, but

12    based upon the testimony that Dr. Engel provided in

13    response to and providing some new analysis of

14    Dr. Connolly's work, I would like to request a very

15    limited surrebuttal of about ten minutes, honestly,

16    just to give Dr. Connolly, as opposed to me, a

17    chance to respond.

18          Of course Dr. Connolly is in the courtroom

19    and heard the testimony in terms of the legal

20    standards the same as the court has applied to

21    rebuttal, and obviously you have discretion in that

22    area.

23          We think in the interest of making sure

24    that the court gets information that's useful, it

25    would be more productive to allow a couple of

1    questions of Dr. Connolly to respond to what he's

2    heard.

3           The reason I raise it now is Dr. Connolly

4    has a commitment tomorrow that he has to make in

5    another state.  And if we were going to be able to

6    put him on for some limited surrebuttal, it would

7    need to happen after Dr. Engel steps down from the

8    stand today.  And that would interrupt to some

9    extent perhaps the State's rebuttal case, so I

10   wanted to raise it.

11          I've mentioned it to Mr. Page.  And I know

12   he was caucusing with his group, and I'm not sure

13   what conclusion they've come to, but I wanted to at

14   least raise it with the court.

15          THE COURT:  Any conclusion, Mr. Page?

16          MR. PAGE:  Yes.  I think if it's all right,

17   Your Honor, Ms. Moll will respond.

18          THE COURT:  Very well.

19          MS. MOLL:  Good afternoon, Judge Frizzell.

20   As an initial matter, we oppose defendant's request

21   for surrebuttal.  They can request surrebuttal at

22   the end of our rebuttal case.  We're still in our

23   rebuttal case, and we have Dr. Wells, who is here

24   and is ready to go, so I think Mr. George's request

25   is premature.

```
1           As a matter of timing, while I respect the
2    schedule of Dr. Connolly, I also respect the
3    schedule of Dr. Wells, and he is from Oregon.  He
4    has many obligations in Oregon tomorrow that he
5    would like to be able to satisfy.  I am told that he
6    has a class tomorrow, he has other administrative
7    meetings and other appointments in the afternoon
8    that he would like to meet.  And so I don't know why
9    we should, in all candor, respect Dr. Connolly's
10   schedule over Dr. Wells' when we are in the midst of
11   our rebuttal case.  I don't think there's a
12   legitimate reason to disrupt that schedule.
13           THE COURT:  That begs the question.  I
14   understood that the State was only going to have two
15   rebuttal witnesses.
16           MS. MOLL:  That's correct.
17           THE COURT:  And it was supposed to be a day
18   and a half.  So one would imagine and would have
19   imagined that Wells would go into tomorrow anyway,
20   correct?
21           MS. MOLL:  Well, I think we're all
22   surprised how quickly this morning moved, and we're
23   pleased by it.  We didn't want to underestimate the
24   amount of time our rebuttal case did, since we
25   perhaps underestimated the time the trial in our
```

1   case in chief took just by a few months.

2          And so in any event, we were certainly

3   prepared for Dr. Wells to proceed today.  And, in

4   fact, I believe he has a plane ticket on the six

5   o'clock if he's able to make it tonight.  So we were

6   anticipating being able to put him on today.

7          THE COURT:  That would presuppose that we

8   can get through with the cross-examination of this

9   witness here, given that direct ended at about

10  quarter of noon.

11         My inclination would be to allow it if it's

12  a ten-minute surrebuttal.  I only have two or three

13  questions here relating to Dr. Connolly, so it would

14  be very quick.  I don't think it would appreciably

15  cut in.  And, obviously, we could extend a bit past

16  five.  That's assuming, however, that my twin

17  13-year-olds' basketball game doesn't start too

18  early.  So let's get on with it.  Mr. George.

19         MR. GEORGE:  Thank you, Your Honor.

20               DR. BERNARD ENGEL,

21  having been previously duly sworn, was called as a

22  witness and testified as follows:

23            CONTINUED CROSS-EXAMINATION

24  BY MR. GEORGE:

25  Q.   Good afternoon, Dr. Engel.

1   A.    Good afternoon.

2   Q.    Dr. Engel, you talked quite a bit during your

3   direct examination about your routing model.  And,

4   in fact, one or two of the demonstratives that were

5   used in your testimony were screen shots of a

6   spreadsheet that encompasses your routing model; is

7   that correct?

8   A.    Yes.

9   Q.    Just so the record is clear, Dr. Engel, what

10  we're referring to as your routing model is actually

11  a formula that is set out in an Excel spreadsheet,

12  correct?

13  A.    Well, the formula was developed, and then it

14  was implemented inside an Excel spreadsheet, so the

15  model is certainly more than just an Excel

16  spreadsheet.

17  Q.    Didn't mean to oversimplify.  Let me ask the

18  question more basically.  If one wanted to

19  understand the way in which your routing model works

20  and to actually see how these coefficients interplay

21  with the results, the best place to go to evaluate

22  and get a sense of that would be the spreadsheets,

23  correct?

24  A.    Yes.  So in the spreadsheets, one could see how

25  the equation operated.

1  Q.   Okay.  Well, let's do that, if we might.  I

2  want to show the court what this spreadsheet looks

3  like and go through it in a little bit of detail to

4  have you explain and create a record as to how this

5  works.

6          Could we pull up a native version of the

7  spreadsheet, which is Defendants' Joint Exhibit

8  8154.  Hopefully it's on the screen in front of you,

9  Doctor.  Is it?

10  A.   Yes.

11  Q.   And you'll see at the top that this spreadsheet

12  is identified as P_model_10_15.xls.  Do you see

13  that?

14  A.   Actually, it's kind of tough to see on this

15  monitor.

16  Q.   You might look at this one, Doctor.  It's

17  actually kind of difficult to see on that as well.

18          MR. GEORGE:  Can we reduce the size at all

19  so we can see it on the image?  The top part is cut

20  off.

21  Q.   (By Mr. George)  Can you see the title now,

22  Doctor?

23  A.   Yes.

24  Q.   Did I read it correctly in terms of the file

25  name for this model?

1  A.   Yes.

2  Q.   Okay.  And you recognize that file name, don't

3  you?

4  A.   I believe I do.

5  Q.   This is the Excel spreadsheet that you

6  generated in connection with the errata that you

7  produced in October of 2008; is that right?

8  A.   This does seem to be that spreadsheet, yes.

9  Q.   And for the record, this is also the

10  spreadsheet that Dr. Bierman performed his

11  sensitivity test on where he changed certain values

12  and evaluated the effect of that; is that right?

13  A.   I'm not sure I would characterize it as a

14  sensitivity test, but this does seem to be the

15  spreadsheet that Dr. Bierman changed coefficients in

16  and changed the model in.

17  Q.   And this particular spreadsheet and the charts

18  that you see popping up on it show what you've

19  referred to as your calibration and validation for

20  the period of 1998 through 2006, does it not?

21  A.   You're referring to the figure -- I guess the

22  couple figures that are partially displayed?

23  Q.   Correct.

24  A.   Well, let's see, I believe those would be part

25  of the calibration validation plots.  I'm not sure

1  if those were final ones.  I can't see all the
2  details here.
3  Q.   Really my question was more general than that.
4  Can you confirm for us that the spreadsheet that we
5  have on the screen is the spreadsheet that relates
6  to your calibration and validation for the period of
7  1996 through 2006?
8          MR. PAGE:  Your Honor, all we could see is
9  part of the spreadsheet, so I would object because
10  he's characterizing the whole spreadsheet, and all
11  we can see is part of it.
12          THE COURT:  Overruled.  I think we're being
13  overly technical.
14          Is this part of that spreadsheet?
15          THE WITNESS:  Yes, this is certainly part
16  of the spreadsheet.
17  Q.   (By Mr. George) Doctor, I just want to create a
18  record here and illuminate how this works a little
19  bit.  The spreadsheet is divided by subwatershed,
20  correct?
21  A.   Yes.
22  Q.   And if you look at columns B through H of the
23  spreadsheet, are those for the Illinois River
24  subwatershed?
25  A.   Yes, they would be.

1  Q.   Let's focus on that portion for a moment.   If

2  we look at column B, do you see "River P" as the

3  caption of the column B?

4  A.   Yes.

5  Q.   And that is GLEAMS output plus the wastewater

6  treatment plant loads to the river; is that right?

7  A.   Yes, that would be correct.

8  Q.   If we go over to column C, the heading is "Q,"

9  and then in parentheses, "CFS," do you see that?

10  A.   Yes.

11  Q.   What is that?

12  A.   So that would be the USGS flow on each of these

13  dates at Tahlequah, the average flow for that date.

14  Q.   Then if we move over to column D, the heading

15  there is "LOADEST," and that is the observed

16  phosphorus loads to the lake at the gauging station

17  computed by you using LOADEST equation, correct?

18  A.   Yes, that would be a LOADEST calculation.   I

19  don't recall which of the LOADEST calculations this

20  one might be.

21  Q.   Okay.   Just so the record is clear, we've

22  referred to these LOADEST products as observed

23  loads, but they're not actual observed loads.

24  They're an estimation based upon a regression

25  analysis; is that right?

1   A.   They would be a calculation based on observed

2   flow and observed concentrations.

3   Q.   Can we go over to column E.  Can you see that

4   on your screen, Doctor?  Do you see column E is

5   entitled "Accumulated P"?

6   A.   Yes.

7   Q.   And in that column, we have the difference

8   between the phosphorus that you've put into the

9   routing model and the phosphorus that's been routed

10  by your equation downstream to the gauging station,

11  correct?

12  A.   Yes, it would be.

13  Q.   Now, column F is entitled "P to Lake," do you

14  see that?

15  A.   Yes.

16  Q.   And the data that appears there is the

17  prediction of the phosphorus output to Lake

18  Tenkiller that is calculated using your routing

19  equation, correct?

20  A.   Correct.

21  Q.   Now, if we go over to columns G and H, and if

22  we look in rows 3 through 5, do you see the values

23  for your coefficients A, B and C?

24  A.   Yes.

25  Q.   And for the record, could you read what those

1  values are?

2  A.   Looks like A is 0.1.  B looks like there are a

3  number of zeros here, then 347.  Do you want me to

4  get the specific value?

5  Q.   I tell you, I counted a decimal point, six

6  zeros, then 347.  Do you agree with that?

7  A.   Looks like six zeros 347, yes.

8  Q.   Then what about C?

9  A.   And C is 1.05 times 10 to the minus 10.

10  Q.   That would be the same thing as a decimal

11  point, nine zeros, and then 015, right?

12  A.   Yes, it would be.

13  Q.   At the top of column F, it says A plus B times

14  P times Q plus C times P times $Q^2$.  Do you see that?

15  A.   Yes.

16  Q.   That's your routing equation, right?

17  A.   That will be the form of the routing model,

18  yes.

19  Q.   And if we go over to cell F5, we can see the

20  model is applying that equation to generate the P to

21  lake values, right?

22  A.   Yes.

23  Q.   And you'll see there -- you see where the

24  formula is shown at the top of cell F5 up in the

25  window?

```
1    A.    Yes.

2    Q.    When you click on a cell -- I had to learn

3    this.  I'm sure everybody else knows it -- but the

4    formula actually shows up at the top of Excel; is

5    that right?

6    A.    Right.

7    Q.    Okay.  And, Doctor, that formula -- I

8    apologize.  Once we get these numbers behind us, it

9    will be a little easier.  The formula for that

10   particular cell is H3, and that's a reference to the

11   value that is reported in cell H3, right?

12   A.    Correct.

13   Q.    The same format applies throughout.  These are

14   references to cell values; is that right?

15   A.    Yes.

16   Q.    Okay.  So the formula there, for the benefit of

17   the record, is H3 plus H4 times C5 times E5 plus H5

18   times $C5^2$ times E5.  Did I read that correctly?

19   A.    Yes.

20   Q.    That's the same routing formula that we just

21   discussed, isn't it?  It just substitutes the cell

22   values in place of the variables that we saw on the

23   screen earlier?

24   A.    Yes.  It picks up the specific coefficient

25   values.
```

1  Q.   Okay.  So if we wanted to break it down, for

2  example, H3 in this formula is coefficient A, right?

3  A.   Yes.

4  Q.   And H4 is coefficient B; is that right?

5  A.   Yes, it would be.

6  Q.   Okay.  And C5 is Q, which is flow; is that

7  right?

8  A.   So it would be -- yes, flow on that specific

9  day.

10 Q.   And then E5 is accumulated P; is that right?

11 A.   Correct.

12 Q.   And H5 is the coefficient C?

13 A.   H5 would be C, yes.

14 Q.   Then C5 is flow squared, right?

15 A.   C5 is flow in the model.  Implementation, it's

16 flow squared, so that cell is squared.

17 Q.   Lastly, cell E5 is accumulated P again, right?

18 A.   Accumulated P on that day.

19 Q.   Doctor, your GLEAMS plus your wastewater

20 treatment plant phosphorus input loads that we've

21 been hearing about are not part of the actual

22 routing equation that you identify in your report,

23 are they?

24 A.   They would be certainly inputs into the routing

25 model, yes.

1  Q.    If we look at the routing equation -- and we

2  can put it back up if we need to -- your GLEAMS

3  predictions, that's the nonpoint source loads, and

4  your wastewater treatment plant inputs are not one

5  of the variables in that routing equation, right?

6  A.    No, they don't show up in the routing equation.

7  Q.    Instead, the routing equation calculates the

8  phosphorus to lake as a function of flow,

9  accumulated phosphorus and the coefficients; is that

10 right?

11 A.    Yes.

12 Q.    Okay.  Your phosphorus inputs from GLEAMS and

13 from the wastewater treatment plants, they arrive in

14 your routing model in the accumulated P column,

15 column E, right?

16 A.    Well, they -- so I guess they show up in column

17 B, and then they're summed to get the accumulated

18 phosphorus as the implementation of that.

19 Q.    That sum for the accumulated phosphorus is in

20 column E, correct?

21 A.    Yes, it would be column E.

22 Q.    Okay.  And the spreadsheet calculates

23 accumulated phosphorus for each day by adding the

24 new phosphorus to the river and subtracting the

25 phosphorus to the lake calculated by your equation;

1  is that right?

2  A.   Yes.

3  Q.   Okay.  Now, your routing model on this

4  spreadsheet assumes that all phosphorus predicted by

5  GLEAMS is running off of the edge of fields reaches

6  the rivers that are represented by your spreadsheet;

7  is that right?

8  A.   Well, the -- so the spreadsheet --

9  Q.   Can you answer that question, please?  Do I

10  have that right?

11        MR. PAGE:  Objection, Your Honor, I think

12  the witness was attempting to answer the question.

13        THE COURT:  Well, if you could direct

14  yourself to this specific question.

15  Q.   (By Mr. George)  Do you want to try it again?

16  Do you need the question again?

17  A.   Please.

18  Q.   Sure.  Doctor, the routing model that's

19  embodied in this spreadsheet assumes that all

20  phosphorus predicted by GLEAMS as running off of the

21  edge of fields -- that's the world defined by

22  GLEAMS -- reaches the rivers that are represented by

23  this routing model spreadsheet, correct?

24  A.   Not exactly.  If I could explain, I'll better

25  describe what's really happening.

1  Q.   Let me ask another question first, and I will

2  give you the chance to explain, Doctor.  Is there

3  any process between the routing model where these

4  loads show up, the nonpoint source loads, and the

5  edge-of-field predictions by GLEAMS that reduces the

6  amount of phosphorus that is predicted running off

7  the field that finds its way into your spreadsheet?

8  A.   No, there's not a reduction there.

9  Q.   Now, you wanted to explain something, and I

10  promised to give you the opportunity.  So go ahead.

11  A.   I was just going to explain that although this

12  is labeled Illinois River, it's the streams and

13  channels and the Illinois River, so it really

14  represents the stream and channel network that does

15  extend to the edge of fields.

16  Q.   But once again, the predictions from GLEAMS in

17  terms of runoff at the edge of the fields, the sum

18  total of all of those phosphorus predictions find

19  their way into your routing model, which you

20  describe as representing the streams and river

21  network in the Illinois River, right?

22  A.   Yes.

23  Q.   Now, this accumulated P in column E, it is sort

24  of a phosphorus bank, right?

25  A.   Sorry, in column E again?

1  Q.   Yes, sir.

2  A.   Yes, so this -- that would be a good

3  description.   It's essentially a bank account

4  balance of phosphorus in the stream and river

5  network system.

6  Q.   Let's look at the charts.   You see there's some

7  charts and graphs that are shown in this

8  spreadsheet.   These charts represent your regression

9  analysis; is that right?   Do you see the six -- or

10  nine charts, I believe, that are on there?

11  A.   Yes.

12  Q.   And the regressions compare the predicted loads

13  generated by the formula we've been discussing, your

14  routing model, shown in column F, P to lake, with

15  the observed loads set out in column D which are

16  calculated LOADEST loads, right?

17          MR. PAGE:   Your Honor, I object.   We did

18  not review any of these $R^2$ coefficients as part of

19  the rebuttal, so this is beyond the scope.

20          MR. GEORGE:   Your Honor, this witness was

21  called to rebut the testimony of Dr. Bierman

22  regarding the application of this model and how it

23  affects the reliability, and there has been a bit of

24  a mischaracterization going on as to what

25  Dr. Bierman's criticism was related to what

1   Dr. Engel has testified today.  But Dr. Engel has

2   very clearly shown the court copies of this routing

3   model spreadsheet, and I think it's appropriate for

4   us to explore those.

5            THE COURT:  I believe it's within the

6   scope.  Overruled.

7   Q.  (By Mr. George)  I don't know if we had an

8   answer to that question before the objection.

9   Dr. Engel, did you answer it?

10  A.   Don't know that I did.  I've forgotten the

11  question if I didn't.

12  Q.   Let's try it again, Doctor.  The regressions

13  that are shown in these charts compare the predicted

14  loads generated by the formula, your routing model,

15  shown in column F, which is P to lake, with the

16  observed loads set out in column D, which are the

17  calculated LOADEST loads, right?

18  A.   So I guess the figures on the left would depict

19  that, yes.

20  Q.   Do the figures on the right not depict that?

21  A.   I believe the figures on the right depict

22  similar columns for Barren Fork and Caney Creek, if

23  I recall correctly.

24  Q.   As a matter of navigation here in the

25  spreadsheet, these tables are arranged in vertical

1  order; is that right?  So the three on the left

2  relate to the Illinois River subwatershed, the three

3  in the middle relate to Barren Fork, and the three

4  on the right relate to Caney Creek; is that right?

5  A.   I believe that's correct.

6  Q.   Now, the top one there, the top left, if you

7  will, is the regression analysis making that

8  comparison for the entire period of 1998 through

9  2006; is that right?

10  A.   I don't recall -- I'm not recalling which

11  period that one picks up.

12  Q.   You're adept at Excel, I assume, and you

13  understand if we click on this graph, it will show

14  the source data?

15  A.   We can see that by doing that, yes.

16  Q.   Let me ask Mr. Todd to click on it so we can

17  confirm -- you see now that it has highlighted the

18  columns from which it is pulling data.  Do you see

19  that?

20  A.   Right.  But I still don't know --

21  Q.   Well, it begins in 1999; you agree with that,

22  right?

23  A.   Yes, it appears to.

24  Q.   If we scroll to the bottom of the spreadsheet,

25  we could see where the highlighted column ends; is

1  that right?

2  A.    It looks like it covers the entire period.

3  Q.    My question was:  Will you agree with me that

4  the top one of these panels is the product of your

5  regression analysis for the entire period of 1998 to

6  2006?

7  A.    Yes.

8  Q.    Okay.  And the second one down, the middle one

9  in the left-hand column there, can you confirm for

10  me that that's what you call your validation period

11  comparing predicted versus observed for 2003 through

12  2006?

13  A.    Again, I'm not recalling the order these were

14  ran, so...

15  Q.    I want you to be confident in your answer, so

16  let's click on that again.

17        MR. GEORGE:  Mr. Todd, could you do that.

18  Q.    (By Mr. George)  Do you see where it begins,

19  the period?

20  A.    It looks like it begins in 2003.

21  Q.    Based upon that, can you confirm that this

22  relates to what you call your validation period for

23  2003 through 2006?

24  A.    That should be that period, yes.

25  Q.    By process of elimination, the third one at the

1  bottom, can you confirm for me that this relates to

2  what you call your calibration period of 1998

3  through 2002?

4  A.   So -- yes, that would be the '98 through 2002

5  data.

6  Q.   And now, each of these three charts show an R²

7  value, right?

8  A.   Yes, they do.

9  Q.   Looking at the three for the Illinois River

10 Watershed, can you tell us what the R² values were

11 for each of those three charts?

12 A.   Looks like for the first one, it's 0.973.  This

13 must be the second -- looks like 0. -- I believe

14 that's a 75.  975, I believe.

15 Q.   Then the third.  I show it as .9736; does that

16 look right?

17 A.   Looks like the third is 0.973.

18 Q.   Doctor, those are good R² values, aren't they,

19 in the modeling community?

20 A.   Yes, those would be considered good values.

21 Q.   If those R² values -- and this, of course, is

22 your work product -- were on the order of, let's

23 say, .1 instead of .9 or .2 instead of .9, you would

24 not have much confidence in this model as a tool for

25 relating phosphorus loads to the river down to the

1  gauging stations above the lake, would you?

2  A.   I guess I would need to understand the broader

3  circumstances, and not just zero in on that single

4  number.  So I would need more context.

5  Q.   Certainly you'd be less comfortable if it was

6  .1 than .9, correct?

7  A.   I would say again that, you know, I would need

8  additional information, additional context to truly

9  understand what was happening here.

10  Q.   Well, let's approach it inversely, if we can.

11  Does it give you some confidence in the reliability

12  of your work that the $R^2$ values for your model are

13  as high as they are, .97, for example?

14  A.   So, yes, those would provide some level of

15  confidence.

16  Q.   Now, there's one other statistical measure that

17  you report out of this analysis in terms of

18  comparing observed versus predicted loads, and

19  that's something call Nash-Sutcliffe values.  You're

20  familiar with that?

21  A.   Yes, I'm familiar.

22  Q.   That's -- Doctor, do I have this right?  That's

23  another statistical measure comparing the same two

24  things, observed loads and predicted loads?

25  A.   Yes.

1   Q.   If we scroll out, we can find those -- they're

2   a little harder to find in the spreadsheet.  We can

3   find them on your spreadsheet in columns AP through

4   AW in rows 1 through 3.  Do you see your

5   Nash-Sutcliffe values?

6   A.   Yes.  I believe those are the values here in

7   AQ, AT and AW for each of the gauging stations.

8   That's my recollection.

9   Q.   And for the record, can you provide the court

10  and the record with what those Nash-Sutcliffe values

11  were for this particular model run?

12  A.   Looks like there are -- looks like there are

13  probably two values provided for each gauging

14  station location, so it looks like the values in AQ2

15  and AQ3 are for the Illinois River at Tahlequah,

16  values being 0.965559 and 0.96128.  I don't recall

17  which periods those represent without looking

18  underneath the data again.  And then there would be

19  values for Barren Fork in the AT column of 0.82945

20  and in AT3 of 0.757399.  So that would be for Barren

21  Fork.

22          For Caney Creek would be out in the AW

23  column.  Those would be in AW2 and AW3, values would

24  be 0.550431 and 0.650948.

25  Q.   Doctor, once again, the closer those values are

1  to one, the stronger the relationship or the

2  correlation between observed loads and predicted

3  loads, right?

4  A.  Yes, that would be the case.

5  Q.  Once again, the higher those values, the

6  Nash-Sutcliffe values, the more confidence you place

7  in the model as being useful as a predictive tool,

8  correct?

9  A.  That would generally be the case but, again,

10  there's broader context here as well.

11  Q.  Well, do you recall, Doctor -- I have a sense

12  you're a little hesitant, and I want to explore it a

13  little bit.  Do you recall the last time you were in

14  this courtroom and you were asked by Mr. Page about

15  the performance of the model, and you told His Honor

16  that the model performed well because of these high

17  Nash-Sutcliffe and $R$ coefficients or statistics?

18  Do you recall that?

19  A.  Yes.

20  Q.  You're not backing away from that statement,

21  are you?

22  A.  No.

23  Q.  Let's get our head out of the spreadsheet for a

24  moment and talk more conceptually about your routing

25  model.  So I think we've established, Doctor, that

1  your routing model is really an equation, correct?

2  A.   I think we're, again, probably into the

3  semantics issue here that models are made up of

4  equations, so in the simplest form, a model is a

5  single equation.

6  Q.   Let's look at it conceptually.  Can we pull up

7  Tyson Demonstrative 382.  Give you one in case you

8  need it.

9         Doctor, I've created what I call a simple

10  schematic to show what your routing model does

11  conceptually.  Have you had a chance to look at it?

12  A.   Yes.

13  Q.   Does this schematic show generally the role of

14  the routing model and the overall work you've done

15  in trying to evaluate phosphorus loads in this case?

16  A.   Yes, generally, I guess, again, per the earlier

17  discussion, this P to river is really P to the river

18  stream channel network system.  Beyond that, it's a

19  reasonable representation.

20  Q.   As a general matter, what's shown on this

21  schematic, and I think you'll agree is the way this

22  works, is the GLEAMS and the wastewater treatment

23  plant loads that you either estimate or model

24  outside of your routing model come into the

25  spreadsheet that we've been discussing that contains

1    your routing model, and comes in at the P to river

2    column, and then the routing model over time and

3    amount distributes that down to the three USGS

4    stations, correct?

5    A.   Yes, but let me make -- let me clarify

6    something just a bit there.  So the models would be

7    different for each of the three gauging stations, so

8    just not to confuse things here.

9    Q.   Fair point.

10   A.   Those are different -- with different

11   coefficients for each of the three stream and river

12   systems.

13   Q.   But the concept and the way in which the data

14   flows and how it is distributed out works the same

15   in all three subwatersheds, correct?

16   A.   Yes, it would.

17   Q.   Now, in your testimony earlier today, you

18   criticized Dr. Bierman for saying that the routing

19   model we've been referring to as a routing model is

20   an equation and not really a model.  Do you recall

21   being asked about that by Mr. Page?

22   A.   Right.

23   Q.   But you agree, do you not, Doctor, that calling

24   that equation a model is a bit strong?

25   A.   I wouldn't agree with that.

```
 1   Q.   Dr. Bierman -- I'm sorry, Dr. Engel, you've

 2   been deposed at least twice in this matter, haven't

 3   you?

 4   A.   Yes.

 5   Q.   Do you recall getting a question regarding this

 6   model in your deposition and being asked whether

 7   this was a routing model or an equation?

 8   A.   I don't remember that.

 9   Q.   Let's look at your deposition.

10          MR. GEORGE:  Mr. Page, if you want to

11   follow along, we're going to go to page 189, lines

12   20 through 25.

13          May I approach, Your Honor?  Your Honor,

14   may I approach?

15          THE COURT:  Yes.

16   Q.   (By Mr. George) Doctor, I direct your attention

17   to the question that begins on line 20.  And I

18   asked:

19          "QUESTION:  Okay.  What is the name of this

20   routing model that you created?"

21          And then do you see your answer?  Your

22   answer was:

23          "Well, model is probably too strong.  So

24   this is simply an equation for which coefficients

25   were identified or values for coefficients were
```

1    identified through regression."

2            Did I ask that question and did you give

3    that answer in your deposition in January of 2008?

4    A.   Looks like that's the case.

5    Q.   Okay.  If I understand where we are, Doctor,

6    you criticized Dr. Bierman today for having drawn a

7    distinction between this being an equation as

8    opposed to a model, but in your deposition, you

9    pushed back on that very point and resisted the term

10   "model" and said that was a bit too strong, correct?

11   A.   Yeah, I think one can probably use "model" and

12   "equation" in this case nearly interchangeably

13   because, as I've explained, a model in the simplest

14   form is a single equation.

15   Q.   So were you just arguing with Dr. Bierman over

16   semantics, "model" versus "equation"?  Is that what

17   it boils down to?

18   A.   My recollection is it was the other way around,

19   that Dr. Bierman was the one arguing regarding the

20   semantics.

21   Q.   Now, Doctor, this empirical equation that we've

22   been calling your routing model doesn't explicitly

23   model any physical process, does it?

24   A.   No.  And it wasn't necessary to explicitly

25   model the processes.

1    Q.    And this model runs off of, to some extent,

2    these coefficients that we've been discussing; for

3    example, the coefficients A, B and C.  You agree

4    with me, do you not, Doctor, that your coefficients

5    A, B and C do not have any specific physical

6    meaning, do they?

7    A.    Well, certainly some of them would.  And I

8    guess there's maybe a little bit of a fine line here

9    between whether they are physically based and you

10   can measure these by going into the lab and

11   performing an experiment or whether they're

12   calculated the way I did.  But there's still some

13   physical interpretation of these.

14   Q.    Let me ask it more directly, Doctor.  You agree

15   there's no physical meaning tied to these

16   coefficients, A, B and C in your routing model?

17   A.    I'm not sure that I would fully agree with that

18   statement.

19   Q.    Do you still have your deposition open,

20   Doctor?  Could you find page 207 of your deposition

21   beginning on line 22.  We're going to read carrying

22   over to line 8 of the following page.  I'll give you

23   a moment.  Have you found that yet?

24   A.    What page and line numbers?

25   Q.    Page 207, beginning on line 22.  Are you there?

1    A.    Line 22, yes.

2    Q.    And I asked the question, Doctor, and you tell

3    me if I get this wrong:

4              "Dr. Engel, with respect to the

5    optimization of your phosphorus routing model, were

6    there any limits on the degree to which these

7    coefficients and the values associated with them, A,

8    B and C, could be moved in one direction or the

9    other by the computer?"

10             And your answer was:

11             "No, there would not have been, and one

12   would -- again, because there's not a physical

13   meaning tied to these, there would be no reason to

14   constrain these.  So, in fact, if, you know, these

15   could vary from zero to some very large number, I

16   suppose.  And I guess if there was assigned a value

17   of zero, that there would be meaning to that."

18             Did I read that correctly?

19   A.    Yes.

20   Q.    Doctor, in your own words, in your deposition,

21   you've stated that there's not physical meaning tied

22   to these coefficients.  Do you disagree with that

23   today?

24   A.    Well, in the deposition also, there are at

25   least two, three, maybe even more additional

1  locations where I did argue that they did have some

2  physical meaning.  So there are other places in here

3  where, upon further reflection in talking through

4  this, I did explain that they did have some physical

5  meaning, some physical interpretation.  So --

6  Q.   Doctor, why would you say it both ways?  Why

7  would you say at one point they have physical

8  meaning and at another point they don't?  Do you not

9  understand how these coefficients work?

10  A.   I understand how the coefficients work

11  certainly.  So -- and I think I gave a specific

12  example elsewhere in the deposition that talked

13  about the value for the A coefficient would

14  represent the expected phosphorus loads when there

15  was no flow.  And so that one certainly has some

16  physical meaning.  The B and the C, less so.  So

17  they're rate coefficients.

18  Q.   Well, let's focus on A, because you said in

19  your direct testimony one of the points that you

20  were a little critical of Dr. Bierman's analysis on

21  was the -- his A coefficient.

22          And I think your point -- you tell me if

23  I've got it wrong -- is that today you ascribe some

24  physical meaning to coefficient A and that that

25  tells you what the phosphorus load should be at zero

1  flow; is that right?

2  A.   Well, it wasn't just today.  So in my

3  deposition, I described that as well.  And if one,

4  you know, looks at the equation and thinks through

5  this logically for a moment, so if there's no flow,

6  the only term that remains in the equation is A, and

7  so any value that A takes on, then, would be the

8  expected load when there's no flow.

9  Q.   And -- I'm sorry.

10  A.   So I think that's consistent with what I

11  described earlier today.

12  Q.   And I think the observation that you were

13  sharing -- you tell me if I've got it wrong -- is

14  that given the description that you've just

15  provided, you would expect the A coefficient to be

16  zero because you would not expect in the real world

17  any amount of phosphorus to be delivered to the lake

18  in the absence of flow; is that right?

19  A.   It would be near zero, if not zero.

20  Q.   Well, is your A coefficient zero in any of your

21  modeling runs in this case?

22  A.   It's near is 0.1, so potentially there could be

23  diffusion of phosphorus across some boundary without

24  flow.  So that's why, you know, saying that it has

25  to absolutely be zero would probably be an

1  overstatement, but...

2  Q.   Did you study diffusion of phosphorus in the

3  absence of flow in arriving at .1 for your A

4  coefficient?

5  A.   No, the coefficient was constrained within that

6  range.

7  Q.   And you'll agree with me, Doctor, that your

8  model, just like the modeling runs by Dr. Engel

9  (sic), if we were to interpret coefficient A in the

10 way you've just described it as having some physical

11 meaning, delivers some amount of phosphorus to the

12 lake even in the absence of flow, right?

13 A.   I believe it delivers 0.1 units in those

14 conditions.

15 Q.   You and Mr. Page had a discussion about

16 mechanistic models versus empirical models.  Do you

17 recall that?

18 A.   Yes.

19 Q.   I believe you cited Dr. Storm's prior work in

20 this case as perhaps, you know, influencing your

21 decision to not use a mechanistic model.  Did I get

22 that right?

23 A.   Correct.

24 Q.   And I think your point was a mechanistic model

25 would introduce potentially too much error or

1    uncertainty?

2    A.   Well, it would have the potential in some cases

3    to do so.

4    Q.   Now, you're not saying, are you, Doctor, that

5    just because it is challenging to mechanistically

6    model the actual physical processes that occur in a

7    complex system like the Illinois River stream

8    network, that you should simply disregard that step

9    in the analysis?

10   A.   Well, the question is presupposing that it's

11   necessary to model those.  And it depends on the

12   question -- depends on the goals of the study as to

13   whether it truly is necessary to model those

14   processes.

15   Q.   That was not one of the goals of your study,

16   was it?

17   A.   The goals of my study were to understand

18   phosphorus delivered to the lake and to the gauging

19   stations nearest the lake, and to be able to use

20   that information to ultimately determine what

21   happens under various scenarios and to determine

22   potential allocations of that phosphorus to various

23   sources.

24   Q.   Doctor, are you aware that EPA intends to use a

25   mechanistic model to model the Illinois River

1  Watershed as part of its TMDL?

2          MR. PAGE:  Objection, Your Honor, assumes

3  facts not in evidence.

4          MR. GEORGE:  I asked whether he was aware.

5          THE COURT:  Overruled.

6          THE WITNESS:  I'm not sure that I've seen

7  any indication whether they were or weren't.

8  Q.  (By Mr. George)  If they were headed down that

9  path, would that be a mistake, in your view?

10  A.  Based on my conversations with other

11  scientists, based on my review of data and

12  scientific reports for the Illinois River Watershed,

13  I think that will present some real challenges.

14  Q.  Let's look at these coefficients in a little

15  detail and talk about how they are created.  Doctor,

16  the coefficients are calculated, their numeric

17  values, prior to using the model for the forecast

18  and the hindcast; is that right?

19  A.  Yes.

20  Q.  But when you first selected -- I think we

21  established this earlier -- your particular routing

22  equation, the coefficients did not have specific

23  numerical values, right?

24  A.  When I wrote the form of the model, the

25  coefficients had, I guess, letters as placeholders,

1    and those specific numeric values were later

2    determined, as we've discussed.

3    Q.   They were determined as part of the calibration

4    process, right?

5    A.   Yes.

6    Q.   And so the way this works, Doctor, is you

7    started by taking the output from your GLEAMS model

8    to represent runoff in the Illinois River Watershed

9    for 1998 to 2006, right?  That was one of the first

10   steps in your calibration process with the routing

11   model?

12   A.   Right.  So GLEAMS was run to obtain those

13   outputs.

14   Q.   Then you added to that the wastewater treatment

15   plant loads for the same time period, right?

16   A.   Correct.

17   Q.   Then you put that combined sum -- and the

18   routing model doesn't care the difference between

19   the two -- into the daily P to river value in your

20   routing model, correct?

21        MR. PAGE:  Objection, Your Honor.  I think

22   that question is ambiguous.  I don't know what he

23   means, a routing model doesn't care the

24   difference --

25        MR. GEORGE:  If it's unclear, I'm happy to

1   -- I'll withdraw the question, Your Honor.

2            THE COURT:  Very well.

3   Q.   (By Mr. George)  Let me ask it very directly.

4   The P to river column in your routing model where

5   these loads show up --

6   A.   Right.

7   Q.   -- is a single value combined for wastewater

8   treatment plants and nonpoint source predictions

9   from GLEAMS, right?

10  A.   Yes, it combines those.

11  Q.   The routing model does not try to disaggregate

12  those in any way as it is routing them through the

13  stream network, does it?

14  A.   No, it would not.

15  Q.   So from the perspective of a routing model, if

16  a routing model can have perspective -- and I

17  understand Mr. Page's concern -- the source of the

18  phosphorus feeding into that routing model is

19  immaterial, right?

20  A.   Well, so -- no, but let me expand upon that

21  because there would, I guess, be cases where that

22  may not be true.

23  Q.   Let's talk about this case.  Is it true in this

24  case?

25  A.   Well, so I combined those in this particular

1    case.  But there were physical constraints on the

2    system so that I didn't arbitrarily increase values

3    and put them in.  So...

4    Q.  So once you had these loads fed into your

5    routing model, you then used this shuffled complex

6    evolution algorithm written by Dr. Jeon, right?

7    A.   No.  The SCE, shuffled complex evolution,

8    algorithm is an algorithm that is widely described

9    in scientific journals and elsewhere.  It's a widely

10   used algorithm, so it was necessary only to code

11   what's been described by others to create the

12   calibration process.

13          In fact, that same shuffled complex

14   evolution approach is used by others as they

15   calibrate mechanistic models and identify

16   coefficient values in those.

17   Q.  Doctor, do you still have your deposition with

18   you?

19   A.   Yes.

20   Q.  Could you turn to page 204.  And beginning with

21   the question on line 5, I want to direct your

22   attention to the next five lines.  Do you see,

23   Doctor, that I asked this question in your

24   deposition:

25          "Well, who wrote this code that you're

1    talking about from which the variable or the

2    coefficient for B was determined?"

3            And your answer was:

4            "So the shuffled complex evolution code was

5    written by Dr. Ji-Hong for this particular

6    application."

7            Do you see that?

8            MR. PAGE:  Your Honor, I object.  That's

9    not inconsistent with Dr. Engel's testimony.

10           THE COURT:  It's not, particularly if you

11   go on and he states the code is well established or

12   the algorithm approach from shuffled complex

13   evolution is a well-established technique,

14   etcetera.  I think it can all come in.  Overruled.

15   Q.  (By Mr. George) Dr. Engel, perhaps I

16   misunderstood you, and if I did, I do want you to

17   straighten me out.

18           Did Dr. Jeon write some code that was used

19   in determining these coefficients for this

20   particular application that involved the shuffled

21   complex evolution?

22   A.  Yes, he would have written code that

23   implemented the shuffled complex evolution algorithm

24   that was picked up from other places as described

25   later in the deposition here.  So, yes, it was

1   necessary to write equations that were pulled right

2   from scientific papers for that piece of code.

3   Q.   So, Doctor, then this SCE runs the equation,

4   the routing model, if you will, over and over again

5   until it determines what you refer to as the optimal

6   values for the coefficients, right?

7   A.   Yes, that would be the process.

8   Q.   And as we discussed last time you were here,

9   and I think you talked about this as well today, you

10  served a report and two different errata in this

11  case, right?

12  A.   Yes.

13  Q.   And you had to recalibrate your routing model

14  for your errata, didn't you?

15  A.   Correct.

16  Q.   And when you did that, you got different

17  coefficients, right?

18  A.   Yes.

19  Q.   And I believe you said -- and I wrote this

20  down -- on direct that you had to recalibrate your

21  model because the inputs changed when you added back

22  in the HRUs that were accidentally left out, right?

23  A.   Yes.  So I had made a mistake in the GLEAMS

24  model piece of this, so the GLEAMS inputs into my

25  routing equation were incorrect.  And so for that

1  reason, I did have to recalibrate.

2  Q.   Just so we're clear, in the modeling realm that

3  we've been discussing here, if the inputs to your

4  routing model change, that requires a recalibration

5  of the routing model, right?

6  A.   No, that is too general of a statement and too

7  general of a characterization of this.  So --

8  Q.   Let me stop you there.

9        MR. PAGE:  Your Honor, the witness had not

10  finished his answer.

11  Q.   (By Mr. George)  Go ahead.

12  A.   So let me regain my train of thought here just

13  a moment.

14  Q.   You said that's not always the case?

15  A.   That's not always the case.  So in this

16  instance, since the GLEAMS inputs had changed which

17  were providing a boundary condition for this

18  modeling, it was necessary to then recalibrate

19  this.  So one wouldn't arbitrarily create new inputs

20  to the routing model and change the coefficients.

21  If one did that, it would no longer represent this

22  location.  It would represent some imagined

23  location.

24  Q.   But for whatever reason, you found it necessary

25  when the inputs from GLEAMS to your routing model

1  changed between your first report and your second

2  report to recalibrate, correct?

3  A.   Yes.

4  Q.   Okay.  When you did that, you got different

5  coefficients for A, B and C, did you not?

6  A.   Yes, there were some differences.

7  Q.   Okay.  And you also recalibrated the model

8  separately for each of the three subwatersheds,

9  didn't you?

10  A.   Well, so there was -- yes, there would have

11  been a recalibration for each of the three

12  locations:  Barren Fork, Caney Creek and Illinois

13  River at Tahlequah.  So that was the one group of

14  recalibrations.

15  Q.   Okay.  And when you did that, you got different

16  coefficients as compared to your first report for

17  each of those three watersheds, right?

18  A.   Not recalling if they were all different, but

19  there were certainly some differences.

20  Q.   Now, Doctor, during this calibration process

21  that we've been discussing, the computer was not

22  constrained as to what values to use for

23  coefficients A, B and C, was it?

24  A.   It was constrained within some range, as I

25  recall.

1   Q.   Well, do you still have your deposition with

2   you?  Can you turn to page 207, beginning at line

3   22, carrying over to page 208, line 13.  Actually,

4   let's focus in on beginning on line -- I'm sorry --

5   I guess we have to do the whole thing.

6           Do you recall being asked at your

7   deposition the following series of questions:

8           "So is optimization another way of saying

9   you're varying the data or the inputs into the model

10  or model or in this case, the equation?"

11          And your answer:

12          "Probably a better -- maybe a better term

13  would have been it's a calibration or identification

14  of these values that are optimized to fit the

15  equation between the observed data and the modeled

16  data."

17          Then I asked a follow-up question:

18          "Dr. Engel, with respect to the

19  optimization of your phosphorus routing model, were

20  there any limits on the degree to which these

21  coefficients and the values associated with them, A,

22  B and C, could be moved in one direction or the

23  other by the computer?"

24          And your answer:

25          "No, there would not have been, and one

1    would again -- because there's not physical meaning

2    tied to these, there would be no reason to constrain

3    these.  So, in fact, you know, these could vary from

4    zero to some very large number, I suppose, and I

5    guess if they were assigned a value of zero, there

6    would be some meaning to that.  So a value of zero

7    would indicate that the term in this equation didn't

8    provide any further explanation in explaining the

9    relationship between the phosphorus delivered to the

10   three gauging stations and the wastewater treatment

11   model inputs to those equations."

12        Did I read that correctly?

13   A.   Yes.

14   Q.   It's true, is it not, Doctor, that you told me

15   in your deposition that there was no reason to

16   constrain the movement of these coefficients in your

17   calibration?

18   A.   My recollection is that following this, there

19   was probably a half-hour conversation on the limits

20   of these coefficients, though, so I think we

21   revisited this topic and corrected some of this

22   statement.  And, in fact, my recollection is that we

23   looked at, you know, a series of files that did show

24   potential constraints on these and talked about

25   those, like I said, probably for 30-plus minutes on

1  the second day of the deposition.

2  Q.   You don't disagree that what we just read was

3  the testimony that you provided in your deposition?

4  A.   I don't disagree that that's what it said here.

5  Q.   I guess I have the same question, Doctor.  Were

6  you confused as to these coefficients and how they

7  were adjusted in the calibration process when I

8  first asked you about this in your deposition?

9  A.   It appears that there was some confusion, based

10  on this section, but there were broader discussions

11  of these later within the deposition that corrected

12  this.

13  Q.   Just so we're clear.  Where you are today is

14  that there are some constraints on how far you can

15  move those coefficients; is that right?

16  A.   Well, the limits on these coefficients would be

17  somewhat watershed and location specific.  So there

18  probably are some constraints, but, again, I think

19  as I said here, they're probably pretty large.  And

20  based on the files that we looked at and the ranges

21  that were looked at in subsequent testimony in the

22  deposition, those ranges were pretty large that were

23  used in allowing the model to search out optimal

24  values for those.

25  Q.   Doctor, the purpose of the calibration

1  exercise, as I understand it, was to identify the

2  set of coefficients that would produce predicted P

3  to lake loads that best fit the observed P to lake

4  loads; is that right?

5  A.   Yes.

6  Q.   And fit here is, again, measured by regressing

7  the predicted loads against your observed loads as

8  we looked at earlier?

9  A.   That was certainly one measure.

10  Q.   Now, Doctor, you have criticized the -- what I

11  call the sensitivity analysis -- I'm not asking you

12  to embrace that term -- that Dr. Bierman offered on

13  the basis that when he input his meta input

14  phosphorus loads into your routing equation, he

15  changed the coefficients, right?  That's one of your

16  criticisms?

17  A.   Yes.

18  Q.   But you understand, do you not, Doctor, that

19  Dr. Bierman followed the exact same process that we

20  just walked through with regard to your calibration?

21  A.   Well, the process maybe wasn't exactly the

22  same, nor were some of the constraints the same.

23  Q.   Let's break it down.  You understand,

24  Dr. Engel, that Dr. Bierman took your routing

25  equation spreadsheet, that's the vehicle he used for

1   his test, right?

2   A.   Right.

3   Q.   Okay.  He removed your GLEAMS plus your

4   wastewater treatment loads, the inputs, correct?

5   A.   Right.

6   Q.   He replaced that data with new inputs, correct?

7   A.   Yes.

8   Q.   A couple of different versions, whether it's

9   reversed or it's an increased nonpoint source or

10  increased wastewater treatment plant or the S&P 500,

11  he made all of those replacements in terms of

12  inputs, right?

13  A.   Yes.

14  Q.   For each set of inputs, he recalibrated your

15  model, correct?

16  A.   That was what he did, yes.

17  Q.   And he found coefficients as a result of moving

18  these values up and down like -- that result in

19  predicted loads to the lake that are strongly

20  correlated to the observed phosphorus loads to the

21  lake, didn't he?

22  A.   He did, but there are a couple of problems with

23  that that I described earlier this morning.

24  Q.   Let me pull up Tyson Demonstrative 381.

25       MR. GEORGE:  May I approach, Your Honor?

1          THE COURT:  You may, sir.

2   Q.  (By Mr. George)  Doctor, what we've put on the

3   screen and what I've handed to you is a

4   demonstrative exhibit that follows each of your and

5   Dr. Bierman's calibrations through the process and

6   shows the R² results and the Nash-Sutcliffe

7   results.

8          And there are four pages.  The first two

9   pages relate to a comparison of your second errata

10  phosphorus loads and R² with Dr. Bierman's

11  sensitivity analysis, and then the last two pages

12  focus on the S&P 500.

13         The reason I've broken them out, you

14  recall, do you not, that Dr. Bierman only did his

15  S&P 500 test on the Illinois River main stem, right?

16  A.   Correct.

17  Q.   So, Doctor, you understand this schematic in

18  terms of what is shown.  You see in the top panel

19  the magnitude of the increases that Dr. Bierman

20  applied.  And you discussed this, I believe, in your

21  direct to -- as compared to your second errata and

22  some of his tests, you see the increased nonpoint

23  source and the increased wastewater treatment

24  plant?

25  A.   Yes, I see those.

1   Q.   Those are substantial increases over the loads

2   that you used that are shown in the second errata,

3   do you see that?

4   A.   Yes.

5   Q.   And then he fed that information through the

6   routing model.  And the way your routing model

7   works, when you feed in new loads and it runs, it

8   generates $R^2$ and Nash-Sutcliffes, right?

9   A.   Correct.

10  Q.   And he calibrated your routing model as part of

11  these tests as well, correct?

12  A.   Well, he -- I wouldn't call what he did a

13  calibration.  You know, the inputs didn't reflect

14  any sense of reality and nor did the observed loads

15  reflect what would occur under those conditions, so

16  I would disagree with your description of this.

17  Q.   Let's look at the results in terms of $R^2$

18  values.  You see in the bottom that there's a chart

19  there that shows the $R^2$ values that you report from

20  your second errata for each of these subwatersheds.

21  What's the range of those $R^2$ values?

22  A.   So it looks like from .62 to .97 maybe.

23  Q.   Then, Doctor, the next three rows show the $R^2$

24  values computed by the routing model for the three

25  different scenarios with increased or different

1  loads by Dr. Engel, do you see those?

2          MR. PAGE:  Your Honor --

3          MR. GEORGE:  I'm sorry, by Dr. Bierman.

4          MR. PAGE:  I think that's testimony that's

5  not in evidence.  There's been no evidence of these

6  R² with this procedure by Dr. Bierman.

7          MR. GEORGE:  I think Dr. Bierman, who

8  Dr. Engel is here rebutting, testified at length

9  about the R² values and his tasks compared to

10 Dr. Engel's.

11         THE COURT:  Overruled.

12 Q.  (By Mr. George)  Do you see those values,

13 Doctor?

14 A.  We're talking about the increased NPS line of

15 this table?

16 Q.  Yes.  We can take all three of them, if you

17 want to, for efficiency, the increased nonpoint

18 source load, the increased wastewater treatment

19 plant loads, then reversing your daily phosphorus

20 loads.

21 A.  Right.

22 Q.  What's the range of R² values that Dr. Bierman

23 got when he recalibrated your model and ran his

24 tests?

25         MR. PAGE:  Objection, Your Honor.  That's

1    contrary to the witness's statement.  The witness

2    has disagreed with counsel that Dr. Bierman

3    recalibrated his model.

4            MR. GEORGE:  Your Honor, we could quarrel

5    over this all day long, I suspect, in terms of

6    semantics.  If there's another phrase that the

7    doctor would like for me to use, I would be happy

8    to.

9            THE COURT:  Overruled.  Go ahead.

10   Q.  (By Mr. George)  What are the range of values,

11   Doctor?

12   A.  Well, the range of values are like .72 to .97.

13   Q.  Doctor, those are as good, if not better, than

14   the $R^2$ that you report using what you claim are more

15   realistic phosphorus loads, right?

16   A.  Yes.

17   Q.  If you'll turn to the second page, Doctor, it's

18   the same format.  The only difference here is we've

19   shown the Nash-Sutcliffe values as opposed to the $R^2$

20   values in the bottom panel.  Do you see that?

21   A.  Okay.

22   Q.  For the benefit of the record, in your second

23   errata, you agree with me the Nash-Sutcliffe values

24   that you report range from .55 for Caney Creek to

25   .96 for the Illinois River?

```
 1   A.   Yes.
 2   Q.   And then we have a comparison with
 3   Dr. Bierman's test with increased loads.  And do you
 4   agree that they range from a low of .76 to a high of
 5   .96?
 6   A.   I'm not sure I would characterize it as a test,
 7   but I mean, the numerical values reported in the
 8   table are in that range.
 9   Q.   Those are as good, if not better, than the
10   Nash-Sutcliffe values that you obtained using what
11   you claim to be more realistic phosphorus loads,
12   right?
13   A.   I'm not sure I would characterize them as good
14   or better.  So there's, again, broader context that
15   these were done in many cases with unrealistic
16   values, and so making that interpretation would be
17   inappropriate.
18   Q.   Are the Nash-Sutcliffes higher in his analysis
19   as compared to yours?
20   A.   Looks like in some instances, the
21   Nash-Sutcliffes in this table are higher.
22   Q.   Doctor, if you'll turn to the third page, the
23   format is the same, only now we've shown the S&P
24   values that were replaced in Dr. Bierman's
25   analysis.  And you see at the bottom that we again
```

1  have a comparison of $R^2$ values.

2  A.   Yes.

3  Q.   As compared to what you obtained in your second

4  errata using what you claim to be more realistic

5  phosphorus loads, Dr. Bierman obtained the same $R^2$

6  in his evaluation, did he not?

7  A.   The reported values are the same, yes.

8  Q.   They're both .97, aren't they?

9  A.   Yes.

10  Q.   That suggests a strong correlation between the

11  S&P values that he plugged in and the phosphorus

12  loads at Lake Tenkiller, doesn't it?

13  A.   Well, there were other problems with the S&P

14  analysis, as I talked about this morning, and so

15  when the models were uncoupled, you know, the S&P

16  was providing nonpoint source inputs on days that it

17  didn't rain, which logic tells one that wasn't

18  happening.

19         So there has to be context with some of

20  these, so when you rip these apart like this, you

21  lose context.  And just looking at $R^2$ may not mean a

22  lot in this case.

23  Q.   So I want to make sure I understand.  $R^2$ don't

24  mean a lot in this case; is that your testimony?

25         MR. PAGE:  Objection, Your Honor, that's

1   not his testimony.

2           THE COURT:  Sustained.

3           MR. GEORGE:  I'm sorry if I misunderstood.

4   Q.  (By Mr. George)  Dr. Engel, let's look at the

5   last page of this demonstrative just to close the

6   loop on this.  We again have the loads for the S&P

7   500 in place of the phosphorus loads that you used,

8   and then at the bottom a comparison of the

9   Nash-Sutcliffe this time as opposed to $R^2$.  Do you

10  see that?

11  A.   Yes.

12  Q.   Once again, is it true that Dr. Bierman

13  obtained the same Nash-Sutcliffe .96 using the S&P

14  500 Index values as compared to your phosphorus

15  loads in your second errata?

16  A.   The reported numerical values were the same.

17  And, again, this same contextual issue would apply

18  in that by decoupling the models, we've now created

19  an unrealistic set of inputs that don't match what's

20  happening.

21  Q.   Doctor, given that you can calibrate this model

22  for five different sets of inputs and have all of

23  those generate results that correlate equally well

24  to the same observed loads, there's no way of

25  knowing which calibration is correct, is there?

1  A.   No, I would disagree with that.

2  Q.   If you can calibrate the formula to correlate

3  with your observed loads regardless of how extreme

4  the input, we can be confident that the one thing

5  this equation does not do is confirm that your

6  inputs are correct, right?

7  A.   I would disagree with that.

8  Q.   Let's talk about coefficients for a moment,

9  Doctor.  You criticized Dr. Bierman for not holding

10  your coefficients constant when he ran his analysis;

11  is that right?

12  A.   Yes, that was part of the criticism, yes.

13  Q.   I think, if I understand your testimony, you

14  think a better test would have been to change the

15  inputs and leave the coefficients alone, right?

16  A.   Well, it depends on what one is trying to test,

17  I suppose.

18  Q.   Okay.  But that was one of your criticisms is

19  that Dr. Bierman should have changed -- if I

20  misunderstand, tell me -- if he wanted to do a test,

21  he should have changed the inputs but left the

22  coefficients alone and see how the model performs?

23  A.   So that would have been a test of increased

24  phosphorus loads and how they would be routed

25  through the streams systems.

1  Q.   In fact, in preparation for your testimony

2  today, you did exactly that test, did you not?

3  A.   Yes.

4  Q.   You took Dr. Bierman's increased phosphorus

5  inputs, you held the coefficients constant, and then

6  you ran your model, right?

7  A.   Correct.

8  Q.   And you're aware that Mr. Page produced those

9  results, the spreadsheets from those tests to the

10 defense counsel this past week in preparation for

11 your testimony today?  Did you know that?

12 A.   Right.

13 Q.   Did you review the $R^2$ values that were

14 generated by the tests that you performed, taking

15 Dr. Bierman's increased phosphorus inputs, holding

16 your coefficients constant and rerunning the model?

17 A.   I don't know that I looked at all of those and

18 did a complete analysis of those.

19 Q.   Did you look at them at all?

20 A.   I looked at them in the spreadsheets very

21 briefly, but didn't step back and do much of an

22 analysis.

23 Q.   They're kind of hard to get away from because

24 they pop up on the spreadsheet, don't they?

25 A.   Right.

1  Q.   You did at least look at least preliminarily at

2  some of those $R^2$, right?

3  A.   Right.

4  Q.   Isn't it true, sir, that for all of

5  Dr. Bierman's made-up scenarios, the predicted loads

6  to the lake using the model that you developed with

7  your coefficients still strongly correlates to the

8  observed loads to the lake?

9  A.   I don't recall that, but...

10 Q.   Let's take a look.  Pull up the native version

11 of Defendants' Joint Exhibit 8147.  I think it's on

12 the screen, Doctor, and you'll see the file name at

13 the top, if we can -- I don't know if it's visible.

14 Is it visible this time, the file name at the top is

15 Bierman0017368-P_model_10_15_SP500_Engel_COEFF.xlsx.

16 I need to correct the -- the reference is actually

17 Exhibit 8140.

18         Did I read that file name correctly,

19 Doctor?

20 A.   Yes.

21 Q.   You recognize that file name as being

22 associated with the test that you ran subsequent to

23 your prior testimony, taking Dr. Bierman's inputs,

24 using your coefficients and rerunning the model, in

25 this case the S&P 500?

1  A.   Yes.

2  Q.   And do you see the R² that are generated from

3  this test using the coefficients, as you say they

4  should be, unchanged?

5  A.   Yes.

6  Q.   And for the record, what are the R² values?

7  A.   Looks like it's 0.956 maybe.  There seems to be

8  a data point maybe in the way there.

9  Q.   0.9565; is that correct?

10  A.   0.95 something, and the something seems to be a

11  6 or a 5.  Seems to be tough to read on my monitor.

12  Q.   And if we go to the next one, the R² is 0.9844?

13  A.   Well, this one is unchanged.  The S&P was only

14  input on the Illinois River, so I believe unless the

15  spreadsheet has been rearranged...

16  Q.   Let me see if I can clarify.  You see there are

17  three and only three charts on this particular

18  spreadsheet.  Do you recognize that those charts

19  relate to the three different time periods that we

20  discussed earlier, '98 to 2006, 2003 to 2006, and

21  '98 to 2002?

22  A.   Correct.

23  Q.   All three for the Illinois River Watershed?

24  A.   Right.

25  Q.   So the second R² value in this model run by you

1  is .9844; is that right?

2  A.   That's tough to read.  Sorry.  Looks like it's

3  0.984 is what I'm seeing.

4  Q.   Then the last one.  What's the $R^2$ value?

5  A.   Looks like 0.949.

6  Q.   Now, Doctor, let's compare those $R^2$ values to

7  the $R^2$ values generated by your own October model

8  run that underlies your most recent report in this

9  case.  Pull up Defendants' Joint Exhibit 8150.  See

10  that on the screen, sir?

11  A.   Yes.

12          MR. GEORGE:  May I approach, Your Honor?

13          THE COURT:  You may, sir.

14  Q.   (By Mr. George)  Doctor, you'll see on this

15  exhibit that we have taken the $R^2$ in the middle

16  column which are from your report or your errata and

17  compared those to the $R^2$ that you just read into the

18  record.  Do you see that?

19  A.   Yes.

20  Q.   And once again, the $R^2$ obtained from your

21  reevaluation of Dr. Bierman's S&P 500, using your

22  coefficients, are as good as or if not better than

23  the $R^2$ that you rely upon in your original report --

24  I'm sorry, your second errata.

25  A.   So, yes, the $R^2$ are of similar magnitude, but I

1    would add that there's more to the story than that

2    probably.

3    Q.   Well, let's compare the R² values from all of

4    the spreadsheets that you produced where you held

5    your coefficients the same and used Dr. Bierman's

6    unrealistic loads.

7              MR. GEORGE:  May I approach, Your Honor?

8              THE COURT:  You may.

9    Q.   (By Mr. George)  Doctor, I've handed you and

10   we've placed on the screen what's Defendants' 8151,

11   which is a chart that shows the R² values from your

12   files produced to us where you reevaluated

13   Dr. Bierman's work using your coefficients for each

14   of his four tests, including the S&P that we just

15   discussed, with your original routing model results

16   from your October errata.  Do you see that?  Do you

17   understand this chart?

18   A.   Yes.

19   Q.   And this chart shows, does it not, Doctor, that

20   even when you hold your coefficients constant and

21   you run the inputs by Dr. Bierman, which you've

22   testified are unrealistic in terms of phosphorus

23   inputs into this system, the model in all three

24   watersheds or subwatersheds produces R² values that

25   are within the range or better than the R² values

1   that you rely upon for your testimony in this case?

2   A.   Yes.  But, again, the $R^2$ are not the entire

3   story, so one has to look at the magnitudes of

4   outputs.  It would be interesting to look at the

5   Nash-Sutcliffe values on some of these as well.

6   Q.   Have you done that?  Have you looked at the

7   Nash-Sutcliffes?

8   A.   I don't recall that I looked at those

9   explicitly in this case.

10  Q.   Let's look at this topic in a different way,

11  Doctor.  You plotted the results of your revised

12  analysis on some demonstrative charts.  And in

13  particular, I'm referring to State's Demonstrative

14  416 and 417.

15  A.   Yes.

16        MR. GEORGE:  I believe Your Honor already

17  has these, but if you need another copy, Your Honor,

18  let me know.

19        THE COURT:  No, sir.

20  Q.   (By Mr. George)  Do you have these, Doctor?

21  A.   If you've got them handy, it might be quicker

22  than me looking through the stack.

23        MR. GEORGE:  May I approach, Your Honor?

24        THE COURT:  Yes.

25  Q.   (By Mr. George)  Doctor, you created these two

1    demonstratives, State's Demonstrative 416 and 417,

2    correct?

3    A.   Correct.

4    Q.   And these are the product of the tests of the

5    spreadsheets that we just explored, correct?

6    A.   Yes.

7    Q.   And in essence, these show the differences in

8    terms of combined phosphorus output using your

9    coefficients as opposed to the ones used by

10   Dr. Bierman for two of the tests that we've been

11   discussing, the first being with the loads reversed

12   and the second being the S&P; is that right?

13   A.   Yes.

14   Q.   And as a matter of format, the red bars are the

15   predicted loads to lake calculated by your model,

16   and the blue bars are the predicted loads to lake

17   calculating replacing your loads with Dr. Bierman's

18   made-up loads but using your coefficients, right?

19   A.   Yes.

20   Q.   And your point, as I understand it, is that

21   different inputs generate different output loads; is

22   that the point?

23   A.   Yes.

24   Q.   Okay.  You do understand that Dr. Bierman never

25   said anything to the contrary on that point?  Did

1   you review his testimony?

2   A.   Yes, I did.

3   Q.   Okay.  Dr. Bierman never testified that the

4   model always produces the same numerical output, did

5   he, in terms of loads to lake?

6   A.   I don't know.  I'm not sure.

7   Q.   You're not sure whether that was his testimony?

8   A.   I don't recall that -- if he did or didn't make

9   that statement explicitly.

10  Q.   Do you recall, in reviewing Dr. Bierman's

11  testimony, seeing him discuss the results of the

12  model in terms of $R^2$?  You did see that in his

13  testimony, didn't you?

14  A.   Yes.

15  Q.   Now, on the two demonstratives that I put in

16  front of you, Doctor, you see that both sets of

17  input data generate results showing similar

18  patterns?  Did you notice that?

19  A.   Yes.

20  Q.   So even though the amount of the load

21  quantified might change, the patterns over time of

22  those loads look very similar, don't they?

23  A.   Yes, and I would expect they should.

24  Q.   And, Doctor, that's true even when the input

25  data is something as far removed from actual

1    phosphorus loads as the S&P 500.  The pattern in

2    terms of what your model produces as phosphorus

3    loads to the lake is similar, right?

4    A.   Well, when you say, "as far removed as the S&P

5    500," it turns out that if you look at the S&P 500

6    inputs across these nine years and you look at the

7    distribution of the S&P 500 values, that, in fact,

8    they are similar to the combined GLEAMS and

9    wastewater treatment, so based on that, that's not a

10   surprise.

11   Q.   Well, Doctor, your routing model calculates or

12   predicts phosphorus loads on a daily basis, right?

13   A.   Yes.

14   Q.   The S&P 500 fluctuates on a daily basis, right?

15   A.   Yes.

16   Q.   And the actual phosphorus loads in the

17   watershed fluctuate greatly on a daily basis, do

18   they not?

19   A.   Yes, they would.

20   Q.   Do you think it is just coincidence that in

21   your analysis that the fluctuations in phosphorus

22   loads in the system correspond in terms of pattern

23   to the fluctuations in S&P 500 Index values?

24   A.   I'm not sure what you mean by the fluctuations

25   in the system.

1  Q.   Well, in terms of how phosphorus actually moves

2  when we have rain events, when we don't.

3  A.   Well, the routing model is -- you know, is

4  simply looking for loads.  And if you give it

5  phosphorus loads of similar magnitude with a similar

6  distribution, it's not surprising it's going to

7  produce similar results.

8  Q.   Doctor, don't the two demonstratives that we've

9  been looking at here, 416 and 417, show us that some

10  factor other than the phosphorus input is driving

11  this model?

12  A.   No, I wouldn't reach that conclusion from these

13  demonstratives.

14  Q.   Well, you would reach that conclusion

15  otherwise, would you not?  Something other than

16  phosphorus inputs is driving this routing model and

17  its flow, isn't it?

18  A.   Well, certainly flow drives loads that are

19  delivered to the gauging stations.  So you can't

20  escape that.  I mean...

21  Q.   Flow drives the output of this model regardless

22  of the phosphorus input loads that you feed into it,

23  doesn't it?

24  A.   I would disagree with that.

25  Q.   Let's look again at your October 2008 routing

1  model that we've had on the screen a time or two.

2  Doctor, I want to cover one more thing on these

3  coefficients and then move on to something else.

4          Let's look at the coefficients that you

5  calculated for the Illinois River subwatershed.  And

6  your coefficient A is in cell H3.  And do you see it

7  is 0.1?

8  A.   Yes.

9          MR. GEORGE:  Mr. Todd, can you change that

10 to 90.

11 Q.   (By Mr. George)  Doctor, when we change this

12 coefficient and we hit enter, the model reruns,

13 doesn't it?

14 A.   It probably should, yes.

15 Q.   What's the $R^2$ value now?  Do you see that first

16 chart?

17 A.   Looks like 0.975.

18 Q.   Did you happen to see what it was before?

19          MR. GEORGE:  Mr. Todd, can we go back and

20 let him see a comparison of the change.

21 Q.   (By Mr. George) Did it change much, Doctor?

22 A.   No, it didn't change much.

23 Q.   Let's go over to coefficient B, which is cell

24 H4.  There the coefficient is 0.000000347; do you

25 see that?

1   A.   Okay.

2        MR. GEORGE:   And, Mr. Todd, let's double

3   that coefficient.   Take it up to the same number of

4   zeros, just 647 instead of 347.

5   Q.   (By Mr. George)   That would be a substantial

6   change in that coefficient, would it not,

7   Dr. Engel?

8   A.   It's a change in the coefficient.

9   Q.   Did the $R^2$ values change much when we changed

10  that coefficient?

11  A.   No.

12  Q.   Now let's go over to coefficient C, which is

13  cell H5.   There the coefficient for C is a decimal,

14  nine zeros and 105; do you see that?

15  A.   Yes.

16  Q.   And let's change that coefficient substantially

17  as well.   Let's double it to the same number of

18  zeros, only 205.   See that?

19  A.   Yes.

20  Q.   Okay.   Did the $R^2$ values change significantly?

21  A.   No.

22  Q.   So, Doctor, you'd agree that substantial

23  variations in the coefficients do not necessarily

24  change the correlation results, do they?

25  A.   Well, they don't change the $R^2$; they change the

1  Nash-Sutcliffe correlation coefficients and they

2  make other changes as well.  So maybe not just --

3  one would need to look broader than just the $R^2$.

4  Q.   Have you evaluated that as part of your work in

5  this case, how these coefficients impact either $R$

6  or Nash-Sutcliffes when you change them

7  substantially in your model?

8  A.   Yes.  During some early use of the routing

9  model, I would have examined some of those things.

10  Q.   And did that examination confirm for you that

11  you can change these coefficients significantly

12  without substantially affecting the statistical

13  measures that we've been discussing that are useful

14  in evaluating the reliability of the model, $R^2$ or

15  Nash-Sutcliffes?

16  A.   They tend to have more influence on

17  Nash-Sutcliffe values.  So the influence there is

18  certainly much greater than $R^2$.

19  Q.   How much can we change them without having an

20  undesirable impact on the Nash-Sutcliffe values?

21  What's the range, Doctor?

22  A.   I guess I didn't perform that specific

23  evaluation that you're asking about.

24  Q.   You commented on Dr. Bierman's testimony that

25  USGS flow appears on both sides of your regression

1  analysis.  Do you recall being asked that by

2  Mr. Page?

3  A.  Yes.

4  Q.  Let's look at a chart to illustrate the point.

5      MR. GEORGE:  Can you pull up Defendants'

6  Joint Exhibit 8153.

7      May I approach, Your Honor?

8      THE COURT:  You may.

9  Q.  (By Mr. George) Doctor, you'll see what I've

10  done here is we've taken one of your validation

11  calibration panels from your spreadsheet, which is

12  the P model_10-15, and we simply reproduced it on

13  here and then put the formulas that are applicable

14  on the left-hand side and the bottom.  Do you see

15  that?

16  A.  Yes.

17  Q.  Okay.  And for the record, the Y axis relates

18  to the total phosphorus load; is that right?

19  A.  Yes, that's what it seems to be.

20  Q.  That's model output or predictions; is that

21  right?

22  A.  It looks like, at least based on the label

23  here, that this seems to be predicted phosphorus

24  loads based on a routing equation, routing model.

25  Q.  This comes -- you're not unfamiliar with this

11463

1  chart?  You've seen it before, haven't you?

2  A.   I'm not recognizing it offhand, but...

3  Q.   The X axis, you'll see that it references observed

4  total phosphorus loads?

5  A.   Okay.

6  Q.   And that's how you compute these $R^2$ values, right?

7  You compare predicted loads with observed loads?

8  A.   Yes.

9  Q.   Do you see the formula that appear -- let's start

10 with the one along the Y axis.  Can you read that formula

11 into the record, please.

12 A.   The one on the Y axis?

13 Q.   Yes, sir.

14 A.   That says P load equals A plus B times Q times P

15 accumulation plus C times $Q^2$ times P accumulation.

16 Q.   You recognize that formula, don't you, Doctor?

17 A.   Yes.

18 Q.   That's your routing equation?

19 A.   That's my routing model, yes.

20 Q.   And flow, in particular USGS estimated flow, shows

21 up twice.  And then in one instance, it's actually

22 squared in that formula, right?

23 A.   Yes.

24 Q.   Now, let's look at the formula that is used to

25 produce the -- what we've been calling observed

*Terri Beeler, RMR,FCRR*
United States Court Reporter
333 W. 4th St.
Tulsa, OK 74103 * 918-699-4877

1  loads or USGS loads along the X axis.  Do you see

2  that at the bottom?

3  A.   Yes.

4  Q.   I won't ask you to read it because it's long,

5  but do you see that the formula that's used by USGS

6  to calculate observed total phosphorus loads

7  includes Q, which is flow, and $Q^2$ , which is flow?

8  A.   Yes.

9        MR. PAGE:  I hate to interrupt, but can we

10  take a short break?

11        THE COURT:  We'll do so.  We'll be in recess for

12  15 minutes.

13        (Whereupon a recess was had.)

14  Q.   (By Mr. George) Dr. Engel, we were discussing

15  Exhibit 8153 which is still on the screen that involves

16  the regression analysis that computes these $R^2$ values

17  comparing predicted total phosphorus loads from your

18  routing model with the observed loads computed using USGS

19  Model 8; do you recall that?

20  A.   Yes.

21  Q.   I think we established that on both the X axis and

22  the Y axis, you have data that is generated from

23  equations that are dependent upon flow and flow ,

24  correct?

25  A.   Yes.

1  Q.  And you would agree with me, sir, that if flow

2  dominates both of these equations, then we would

3  expect to see the outputs of these two equations

4  consistently correlate with each other, wouldn't we?

5  A.  They may be correlated, but, again, there's

6  more to the understanding than just correlation.

7  Q.  In fact, sir, isn't that exactly what has

8  happened here, is that each of your regression

9  analyses is really just regressing observed USGS

10  flow onto itself?

11  A.  No.

12  Q.  You don't believe that's why we see

13  consistently good $R^2$ values regardless of the

14  phosphorus inputs and regardless of the

15  coefficients?

16  A.  No.

17  Q.  Doctor, you mentioned Nash-Sutcliffes and

18  perhaps the coefficient changing having a more

19  substantial impact on them, so I want to go back, if

20  we can, for just a moment.

21       MR. GEORGE:  Mr. Todd, can you pull back up

22  the spreadsheet that we were looking at on changing

23  coefficients.  I believe it is 8154.

24  Q.  (By Mr. George)  Doctor, we're going to go

25  through the same exercise here, and we're going to

1  focus this time on the Nash-Sutcliffes and we're

2  going to change coefficient A for the Illinois River

3  from .1 to 90, which is the same change we made

4  before.

5           MR. GEORGE:  Mr. Todd, can you show both

6  the resulting Nash-Sutcliffe coefficients and the

7  coefficients at the same time?  Can you split the

8  screen?  Have you already done that?

9           MR. TODD:  Yes.

10          MR. GEORGE:  It would be nice if you would

11  tell me that.  Technology, Your Honor.

12          Mr. Todd, can you change .1 to 90, if you

13  haven't already done that.  Let's look at the

14  Nash-Sutcliffes.

15  Q.   (By Mr. George) Doctor, did you see that

16  change?  When the model reran with the 90

17  coefficient, was there a substantial impact on the

18  Nash-Sutcliffe values for the Tahlequah station?

19  A.   It looked like there was some change.

20  Q.   We can do it again.  What's the value right

21  now?

22  A.   Looks like .976499.

23  Q.   Let's run it again with the change.

24          MR. TODD:  It's now put back.

25  Q.   (By Mr. George)  What's the original value?

1   You just gave us the value with 90 as the

2   coefficient.

3   A.   Looks like .965559.

4   Q.   So when we substituted 90 for coefficient A in

5   the place of .1, the Nash-Sutcliffe actually got

6   better, didn't it?

7   A.   Looked like it changed slightly.

8   Q.   Well, but it changed upwardly, correct?  The

9   number is higher?

10  A.   Yes, it did go up.

11  Q.   Both of those Nash-Sutcliffe coefficients -- or

12  statistics are strong, are they not?

13  A.   Yes, they would be.

14  Q.   You also criticized Dr. Bierman's runs, the

15  tests that he ran, because they resulted at least in

16  one instance in a P accumulation in the rivers that

17  you deem to be unrealistic.  Do you recall that

18  testimony?

19  A.   Yes.

20  Q.   If we could pull up State Demonstrative 396.

21  This demonstrative relates to that testimony, does

22  it not, Doctor?

23  A.   Yes, it does.

24  Q.   I believe you testified that because of the

25  adding of phosphorus and the increase of phosphorus

11468

1   in this column that is entitled P accumulation that

2   phosphorus was disappearing.  Do you recall that?

3   A.   I suppose disappearing with quotes, and it was

4   not reaching the gauging stations, so it had to go

5   someplace.

6   Q.   Terminology is important here, so I want to try

7   to be precise.  Dr. Bierman's recalibrated model

8   that we're discussing here in this demonstrative

9   does not remove phosphorus from the working of the

10  model, does it?

11  A.   No, it would not.

12  Q.   So all of the phosphorus is accounted for.

13  Your criticism is just that an unrealistically high

14  amount of it accumulates in this column entitled P

15  accumulation, right?

16  A.   Yes.

17  Q.   Doctor, you never used any real world data to

18  set your initial P accumulation value for your

19  routing model, did you?

20  A.   I guess there would not have been real world

21  data to set the initial value.  But as I understand

22  the Illinois River Watershed system, there's a

23  fairly frequent flushing of phosphorus from these

24  stream systems, so one would expect fairly complete

25  flushing.

1    Q.   Doctor, you had to make a decision on the front

2    end as to how much phosphorus to start with in terms

3    of an initial P accumulation in the model, correct?

4    A.   Yes.

5    Q.   And I think in all of your modeling work, you

6    started with the same value, which was 500,000

7    kilograms; is that right?

8    A.   I believe it varied by subwatershed.

9    Q.   But whatever those values were, and I

10   appreciate they may have varied from one watershed

11   to the next, they were not based on someone going

12   out and taking a measurement as to how much

13   phosphorus is actually in those systems, right?

14   A.   Correct.

15   Q.   And you never used any real world data to

16   compare the accumulated phosphorus values at the end

17   of your model runs, correct?

18   A.   There would not have been observed phosphorus

19   accumulation data to compare it to.

20   Q.   The purpose of this accumulated phosphorus was

21   simply to allow for deposits and credits, if you

22   will, deposits into the bank and credits out of the

23   bank based upon what the model equation requires in

24   terms of phosphorus loads at the lake, right?

25   A.   Yes.

1  Q.   This particular column was not intended to have

2  any real physical meaning or basis in reality, was

3  it?

4          MR. PAGE:  Object to the form, Your Honor,

5  that's contrary to the witness's testimony.

6          THE COURT:  Rephrase, please.

7  Q.   (By Mr. George)  This initial P accumulation --

8  I'm sorry.  This P accumulation column was not

9  intended to have any physical meaning or basis in

10  reality?

11  A.   Certainly as you just described, it's a mass

12  balance accounting mechanism, so certainly that does

13  have some physical meaning, and one would expect it

14  to be within certain ranges.  And certainly

15  something on the order of 589 million is well beyond

16  a value that I would expect.

17  Q.   Did you constrain this value in your modeling

18  so that it could not exceed what you believe to be a

19  realistic value?

20  A.   Well, the value was constrained during

21  calibration, and I'm not recalling what that

22  constraint might have been.  But then once the model

23  is running, as you described this, this is simply a

24  checking account.  So you've got inputs, you've got

25  outputs from it.  So it's going to fluctuate based

1  on those inputs and outputs.

2  Q.   Doctor, if I understand correctly, your model

3  was not set up so that at some point in time when

4  phosphorus accumulation in this column built up to a

5  certain level, the model would shut down or give you

6  a red flag that that's not realistic, right?

7  A.   Well, I guess the red flag would have been of

8  me, the modeler, looking at this set of results and

9  seeing that, you know, this is an unrealistic value.

10  Q.   What would you have compared it to to determine

11  it was a realistic value?

12  A.   I expect that this would have been within an

13  order of magnitude of the starting value for the

14  phosphorus accumulation, so something in that range

15  would have been reasonable.

16  Q.   Why would you have expected that?

17  A.   Again, based on this concept that the streams

18  are flushing during fairly large flows that happen

19  every few years, maybe more frequently during some

20  periods, that there's a pretty complete flushing of

21  phosphorus from these stream systems.

22  Q.   Let's approach this issue of accumulated P from

23  a different angle, if we can.  Doctor, you're

24  familiar with the law of conservation of mass?

25  A.   Yes.

1  Q.   You understand that under that law, matter can

2  be neither created nor destroyed?

3  A.   Right.

4  Q.   That that's sort of mass balance at its finest,

5  right?

6  A.   Right.

7  Q.   And so you agree that in the real world of the

8  Illinois River Watershed, phosphorus can't just

9  appear or disappear, can it?

10  A.   Right.

11  Q.   It has to come from somewhere and go somewhere,

12  correct?

13  A.   Yes.

14  Q.   Do you recall telling me at your deposition

15  that your routing model does not create or lose

16  phosphorus but, rather, simply distributes it?

17  A.   Yes.

18  Q.   And you would agree that it would be

19  unrealistic for a routing model to simply create or

20  destroy phosphorus, correct?

21  A.   Right.

22  Q.   Let's turn back to your October 2008 routing

23  model spreadsheet.  I want to look at one last

24  series of columns here.  Can we start with cell F5.

25  And I think we agreed earlier that this shows the

1   routing equation for the Illinois River subwatershed

2   that calculates the P to lake, right?  See it up

3   there in the formula?

4   A.   Yes.

5   Q.   And for the record, the formula is -- that

6   shows up on the spreadsheet is dollar sign H dollar

7   sign 3 plus dollar sign H dollar sign 4 times C5

8   times E5 plus dollar sign H dollar sign 5 times

9   (C5²) times E5.  Did I read that correctly?

10  A.   Yes.

11  Q.   Now let's go over to column N in the Barren

12  Fork subwatershed.  Column N also calculates P to

13  lake, correct?

14  A.   Yes.

15  Q.   If you look at the formula for cell N5, the

16  equation is stated differently from what we just

17  read, isn't it?

18  A.   Well, I guess the first part of the equation is

19  the same.  But then there's a constraint so that you

20  can't have a negative P accumulation so that you

21  can't destroy phosphorus or lose phosphorus.

22  Q.   Since we're creating a written record here, let

23  me ask if I've got this right.  In Barren Fork, the

24  routing equation is -- begins with the word "if,"

25  then it's got the same routing model equation,

1  right?

2  A.   It's different cells, but it's the same

3  formula.

4  Q.   Same formula?  If, the same formula, then it's

5  got greater than M5.  What's that?

6  A.   Looks like that is the amount of phosphorus

7  accumulated on that particular date.

8  Q.   And then in Excel language, there's a comma and

9  it says, M5.  Do you see that?

10  A.   Yes.

11  Q.   What does that mean, if the routing formula is

12  greater than M5, then M5?

13  A.   Looks like on those dates, we would have a

14  complete flushing of phosphorus.  So the amount of

15  phosphorus delivered could only be the amount that

16  had been accumulated within the, in this case,

17  Barren Fork.

18  Q.   Then there's some additional language that we

19  haven't seen before that appears at the end of this

20  formula.  Do you see that?

21  A.   Yes.

22  Q.   And for the record, it's dollar sign P dollar

23  sign 3 plus dollar sign P dollar sign 4 times K5

24  times M5 plus dollar sign P dollar sign 5 times

25  (K5²) times M5.  Did I read that right?

1  A.   Again, that's just the same as the first part

2  of this "if" statement, so that's the routing model

3  piece.

4          MR. GEORGE:  Can we pull up Tyson

5  Demonstrative 385.  May I approach, Your Honor?

6          THE COURT:  You may.

7  Q.   (By Mr. George)  Doctor, on Tyson Demonstrative

8  385, I had to have someone who understands Excel try

9  to break this language down for me to make sure that

10  I understand the formula.  And I want to know if

11  I've got this right.

12          If we were to speak English as opposed to

13  Excel, the formula that we just read translates to

14  if phosphorus to lake is greater than accumulated

15  phosphorus, then set phosphorus to lake to

16  accumulated P; otherwise, set P to lake per the

17  normal routing equation, right?

18  A.   Yes.

19  Q.   Now, if we go over to cell V5 -- let me back

20  up.  Doctor, what this tells us is, if the routing

21  model generates phosphorus to lake value that's

22  greater than the accumulated phosphorus value, then

23  the model should set the phosphorus to lake equal to

24  the accumulated phosphorus value, right?

25  A.   On that day, yes.

1    Q.    Okay.  Let's go over to cell V5 for a moment.

2    And we're in Caney Creek now, right?

3    A.    Okay.

4    Q.    And you see the same expanded equation that is

5    shown in that column as well, or that cell?

6    A.    Okay.

7    Q.    Now, Doctor, this equation that's shown on

8    Tyson Defendant Demonstrative 385, that's not the

9    equation you disclosed in your expert report, is

10   it?

11   A.    It looks like the equation is the same.  It

12   looks like it was necessary to impose a further

13   constraint on days in which the accumulation wasn't

14   large enough to solve this equation.

15   Q.    And so to put it in simple terms, the equation

16   actually reduces the phosphorus to the lake that

17   your unmodified equation would calculate on those

18   days, right?

19   A.    Yes, that would be accurate.

20   Q.    And so phosphorus is disappearing on those

21   days, right?

22   A.    No, it wouldn't be disappearing.  So this would

23   be a constraint that doesn't allow phosphorus to be

24   lost or disappear.

25   Q.    Well, it takes the product of the routing model

1  that predicts the phosphorus to the lake on a

2  particular day and it reduces it to what is

3  available in the accumulated P, right?

4  A.   Right.

5  Q.   If your predicted phosphorus load was correct,

6  phosphorus is disappearing as a result of this

7  patch, is it not?

8  A.   I wouldn't describe it that way.  It's just a

9  constraint so that you don't exceed the balance of

10  phosphorus available for transport that day.

11  Q.   Doctor, it's true, is it not, that you had to

12  come up with this constraint or patch -- I won't

13  quarrel with you on terminology -- because when you

14  ran your regular routing equation in these

15  subwatersheds, the accumulated P and the P to lake

16  actually went negative, didn't it?

17  A.   I'm not sure -- I'm not sure that that was the

18  case, so this was to prevent that from occurring.  I

19  don't recall if it actually would or did occur with

20  the routing model coefficients that were provided.

21  Q.   Were you not worried about this occurring in

22  the main stem of the Illinois River, which is the

23  other subwatershed?

24  A.   My recollection was that in reviewing those

25  data that the phosphorus accumulations did not dip

```
 1   for the range of conditions to make it go negative.
 2   Q.   Do you recall it going negative in Caney Creek
 3   and Barren Fork?
 4   A.   I don't recall whether it did or didn't.
 5   Q.   Well, have you run this model without your
 6   patch for those two subwatersheds?
 7   A.   I think maybe it was initially run without that
 8   constraint.
 9   Q.   Well, Doctor, let's delete the patch from the
10   spreadsheet.  It's pretty easy to delete, isn't it,
11   and run it and see if it goes negative?
12         MR. GEORGE:  Looking at cell V5, Mr. Todd,
13   can you take the patch out and run the routing
14   equation without it?
15   Q.   (By Mr. George)  Doctor, let's go to cell V9
16   and see what it reports for the P to lake when we
17   take this patch out.  Do you see it?
18   A.   Yes.
19   Q.   Your routing equation without this fix actually
20   shows a negative delivery of phosphorus to the lake
21   of 478.9, correct?
22   A.   That's the value reported in that cell, yes.
23   Q.   Then if we go to cell U9, let's look at the
24   accumulated phosphorus.  How much phosphorus is
25   accumulated in cell U9?  It's a negative number,
```

```
 1  isn't it?
 2  A.   Looks like it's a negative number, yes.
 3  Q.   Negative 1061.6?
 4  A.   Yes.
 5  Q.   Let's scroll down a couple of years and look at
 6  V908 through V912, those cells.  They now report
 7  negative P in the river as well, don't they?
 8  A.   Yes.
 9  Q.   And cells U908 through U912 report negative
10  accumulated P values, correct?
11  A.   Yes.
12  Q.   And cell V1156 --
13          MR. GEORGE:  Would you pull that up,
14  Mr. Todd.
15  Q.   (By Mr. George)  -- now reports a negative
16  600.1, correct?
17  A.   Correct.
18  Q.   Finally, cell U1156.  It shows a negative
19  amount of accumulated phosphorus of 1200.4, correct?
20  A.   That's the cell that's highlighted, yes.
21  Q.   Doctor, in the real world, you can't have
22  negative accumulated phosphorus in the river, can
23  you?
24  A.   Correct, and thus the constraint to prevent
25  that.
```

11480

1  Q.   In the real world, you can't have negative

2  phosphorus to the lake, can you?

3  A.   Correct.  Again, thus the constraint to fix

4  that.

5  Q.   That's why you modified your equation, is when

6  you ran your routing model, you actually produced

7  negative values to the lake and to the river and in

8  the accumulated P column, right?

9  A.   Yes.  As we see here, it was necessary to

10  impose a constraint so the mass balances were

11  enforced.

12  Q.   That constraint was to make phosphorus that was

13  predicted by the model, your routing equation,

14  disappear, right?

15  A.   No.

16  Q.   You didn't disclose any of this in terms of the

17  patch in your report, did you?

18  A.   I don't recall if I did or didn't.

19  Q.   Isn't it true, Doctor, that to avoid having

20  negative accumulated P and negative P to the lake

21  that you decided to break a fundamental law of

22  physics, and you made mass disappear in your model?

23  A.   No.

24  Q.   Doctor, doesn't this suggest to you that your

25  routing model doesn't accurately reflect real world

1  processes in the watershed?

2  A.   No.  In fact, I think this shows that there is

3  this periodic flushing, as I've discussed.

4  Q.   Doctor, I want to switch gears for a moment and

5  talk about this issue of the omission of half of the

6  watershed in your first report as compared to your

7  errata.  You know what I'm talking about generally?

8  A.   Yes.

9  Q.   And in your direct testimony today, you stated

10  that 20 -- let me back up.  You stated that the data

11  for these 23 HRUs that were left out, my term, was

12  in the model, right?

13  A.   Well, the data was in the files that were

14  accessible to the model, yes.

15  Q.   That data was omitted from the calibration run;

16  is that right?

17  A.   Yes.

18  Q.   I just want to make sure I understand and the

19  record is clear on this.  Dr. Bierman was right, was

20  he not, when he said that in your calibration period

21  of '98 to 2006 for your first report, you ran the

22  model on only 27 of the 50 HRUs?

23  A.   Now --

24  Q.   That's right, isn't it?

25  A.   No, that's inaccurate.

1    Q.    How is that inaccurate?

2    A.    So the model was run on all the HRUs.   The

3    calibration didn't access and adjust a group of HRUs

4    beyond 27, so there would have been, I guess, 23 of

5    those that did not have the benefit of calibration.

6    Q.    But now the calibration that we're referring to

7    is a model run, isn't it?  You run your model in

8    order to calibrate it?

9    A.    Yes.   The model would have been run as part of

10   that calibration process.

11   Q.    When you ran your model in order to calibrate

12   it for your first expert report, the model did not

13   process the data in 27 -- I'm sorry, in 23 of the 50

14   HRUs, right?

15   A.    Only during the portion of what I described as

16   the calibration piece of the nonpoint source

17   calibration, but the model did consider the

18   remainder of the HRUs, it just didn't benefit from

19   calibrating.

20   Q.    Let's talk about the national land cover data

21   for a moment.  You took issue, I think, with

22   Dr. Bierman's testimony that the land use data that

23   was used in your modeling work contained instances

24   when areas of land were misclassified; is that

25   right?

```
 1   A.   Yes.

 2   Q.   And if I listened carefully enough to your

 3   testimony, and hopefully I did, you don't deny that

 4   the national land cover data misclassifies land in

 5   the watershed, do you?

 6   A.   It would certainly have the potential to have

 7   some of it misclassified.

 8   Q.   Your point, as I understand it, is that to the

 9   extent there are mistakes in that dataset, those are

10   mistakes made not by Dr. Engel but by USGS.

11   A.   That would be correct.

12   Q.   You did not investigate whether the national

13   land cover data accurately classified urban as urban

14   and pasture as pasture, did you, as part of your

15   work in this case?

16   A.   I did not perform that specific analysis.

17   Q.   And so your beef with -- legal term, sorry --

18   beef with Dr. Bierman, as I understand it, is that

19   he had the audacity to check the data; is that what

20   this boils down to?

21   A.   No.

22   Q.   You're not critical of Dr. Bierman for actually

23   checking the data to see whether or not the areas in

24   the watershed that you're trying to model are

25   appropriately classified, are you?
```

11484

1  A.    No.   I used the national land cover data as I

2  described, and Dr. Bierman's description of what I

3  did was inaccurate.

4  Q.    Anything inaccurate about the images that he

5  showed and discussed in his direct testimony where

6  there were misclassifications?

7  A.    I'm not sure there were misclassifications.

8  Q.    Did you bother to check?

9  A.    I didn't perform that analysis.

10  Q.    Doctor, you also offered some criticisms of

11  Dr. Connolly's testimony that wastewater treatment

12  plants are the dominant source of soluble reactive

13  phosphorus that impacts water quality.  Do you

14  recall that testimony?

15  A.    Yes.

16  Q.    And your testimony, as I understood it, is that

17  there is soluble reactive phosphorus in small

18  tributaries that are not downstream of wastewater

19  treatment plants; is that right?

20  A.    Yes.

21  Q.    Now, Doctor, this is not a question that you

22  explored in your expert report, is it?

23  A.    I explored total phosphorus in those same

24  watersheds, and at the same time the total

25  phosphorus data were collected, soluble reactive

1  phosphorus data were also obtained for those same

2  locations.

3  Q.   But, Doctor, you did not offer in your expert

4  report any opinion specifically as to SRP levels in

5  small tributaries or anyplace else, did you?

6  A.   Within the expert report, it was total

7  phosphorus that was described in those tributaries.

8  Q.   So what we saw today in terms of SRP analysis

9  in small tributaries is new analysis that you've

10  completed in the last few weeks; is that fair?

11  A.   It would be new analysis with existing data,

12  yes.

13  Q.   Let's start with your correlation analysis.

14       MR. GEORGE:  Can we pull up State

15  Demonstratives 415 and 414.  Can we do them at the

16  same time?

17       May I approach the screen, Your Honor?

18       THE COURT:  Yes, sir.

19  Q.   (By Mr. George)  Your testimony with respect to

20  these two exhibits, Doctor, as I understood it, is

21  that in the 12 subwatersheds, SRP levels correspond,

22  in your view, with poultry house density; is that

23  right?

24  A.   Yes.

25  Q.   Now, let's focus for a moment on Demonstrative

1    415.  Can we pull that one out?  I notice that you

2    -- well, first of all, this is the same format in

3    terms of correlation analysis, poultry house density

4    to phosphorus that we saw in your direct testimony

5    previously in this case with respect to total

6    phosphorus, right?

7    A.   Yes.

8    Q.   It's the same concept, right?

9    A.   Same concept, yes.

10   Q.   Using the same data in terms of poultry house

11   density, right?

12   A.   Yes.  It would have been the same poultry house

13   density data.

14   Q.   The only thing different about this analysis as

15   compared to what you testified to previously for

16   total phosphorus is that you've now drilled down and

17   looked at SRP as a subset of total phosphorus,

18   right?

19   A.   Correct.

20   Q.   Now, I notice once again in this analysis,

21   you've used your two-mile buffer zones around these

22   subwatersheds, correct?

23   A.   Correct.

24   Q.   So once again, in order to generate the poultry

25   house density that you correlate in this chart, you

1  reached out of the watershed -- the subwatershed and

2  pulled in poultry houses that are within two miles

3  of the subwatershed boundary, right?

4  A.   For this particular graph, that's the case.

5  There were others that did not that were in

6  materials provided.

7  Q.   Did you create any graphs on soluble reactive

8  phosphorus that did not include these buffers?

9  A.   Yes.

10  Q.   And you believe you provided those?

11  A.   I'm certain I did.

12  Q.   Who did you provide them to?

13  A.   To Mr. Page.

14  Q.   But your testimony today was based upon the

15  total poultry house density with the two-mile

16  buffers added, right?

17  A.   Correct.

18  Q.   Now, Doctor, would I be correct in assuming

19  that you have not visited any of these specific

20  subwatersheds to examine where the samples were

21  taken since you last testified at trial?

22  A.   Correct.

23  Q.   Now, did you review Dr. Sullivan's testimony in

24  this courtroom?

25  A.   Yes, I did.

1   Q.    Did you see that Dr. Sullivan testified that

2   impacts in terms of phosphorus levels in small

3   tributaries are inherently localized and can result

4   from a number of sources?  Do you see that

5   discussion?

6   A.    I recall that vaguely, yes.

7   Q.    Do you have any disagreement with that, the

8   idea that in small tributaries, the source of

9   phosphorus in those tributaries is an inherently

10  localized analysis?

11  A.    I'm not sure that I would characterize it

12  necessarily as a localized analysis.

13  Q.    You agree, do you not, that there are multiple

14  potential sources of soluble reactive phosphorus

15  within those subwatersheds beyond poultry?

16  A.    There will be sources beyond poultry, yes.

17  Q.    Doctor, you did not do any sampling upstream

18  and downstream from any particular poultry farm

19  associated with any of these defendants to support

20  your analysis, did you?

21  A.    I myself did not.

22  Q.    Doctor, this particular correlation analysis

23  that you've presented, which is Demonstrative 415,

24  focuses on base flow; is that right?

25  A.    Correct.

1  Q.   Now, do you understand that, to date, the

2  State's theory has been that poultry litter gets to

3  streams primarily in runoff as a result of rain

4  events?

5  A.   That's certainly where the majority of the mass

6  would reach streams.

7  Q.   You also understand that other sources of

8  phosphorus in the watershed and in these

9  subwatersheds can contribute SRP during either base

10  flow or high-flow conditions, right?

11  A.   Yes.

12  Q.   For example, Doctor, cattle can and do stand in

13  small tributaries and deposit manure containing

14  phosphorus directly into streams, don't they?

15  A.   Yes.

16  Q.   That manure can contain SRP, can it not?

17  A.   Yes.

18  Q.   Cattle can do this during base flow conditions,

19  can't they?

20  A.   They could, yes.

21  Q.   You didn't do any investigation of the presence

22  of cattle in these locations, did you, Doctor?

23  A.   I did not, but I did an analysis that looked at

24  cattle contribution in these subwatersheds.

25  Q.   Doctor, you also understand that septic tanks

1   can contribute soluble reactive phosphorus to

2   groundwater that feeds small tributaries during base

3   flow conditions, don't you?

4   A.   They could, yes.

5   Q.   Now, the last time you testified, you

6   acknowledged having found the correlation between

7   total phosphorus levels and septic tanks; do you

8   remember that, in these particular subwatersheds?

9   A.   Correct.

10  Q.   You didn't mention septic tanks in your

11  testimony today, did you?

12  A.   No.

13  Q.   Now, you did discuss this idea of phosphorus

14  during nonpoint source events, runoff events making

15  its way into the alluvium.  Do you remember that?

16  A.   Right.

17  Q.   And that phosphorus coming back into the system

18  during base flow conditions.  You recall that

19  testimony?

20  A.   Yes.

21  Q.   Doctor, have you taken any measurements or do

22  you have any data to support the theory that you

23  announced here today that base flow conditions, SRP

24  levels are explained by alluvial deposition during

25  base flow times from nonpoint sources?

1  A.   I have certainly seen scientific journals that

2  have described that phenomena, so based on those

3  descriptions, that's one of the mechanisms.   And I

4  described a second pathway as well.

5  Q.   Did you understand my question, Doctor, was

6  with respect to whether you had any measurements or

7  data?

8  A.   So I did not have measurements specific to

9  these locations.

10  Q.   So that's just your theory, isn't it?

11  A.   I would say that it's more than a theory.

12  Q.   What did you do to test that theory in the

13  Illinois River Watershed?

14  A.   So I guess to test that, you know, I did

15  examine other potential contributors to soluble --

16  to total phosphorus from these subwatersheds and

17  systematically ruled out these other sources, and

18  that left poultry house operations as the one factor

19  that would potentially explain this.

20       And my experience with infiltration of

21  water, picking up materials, becoming shallow

22  groundwater and waters coming back as base flow

23  indicates that there is soluble reactive phosphorus

24  and total phosphorus to be found in that base flow.

25  Q.   The systematic analysis that you described is

 1   your mass balance; is that what you're referring to?

 2   A.   No.

 3   Q.   Let's look at State's Demonstrative 414.  This

 4   table shows the SRP concentrations in each of these

 5   12 subwatersheds and the percentage of total

 6   phosphorus comprised by SRP in each; is that right?

 7   A.   Yes.

 8   Q.   You appreciate, don't you, Doctor, that

 9   Dr. Connolly didn't claim that wastewater treatment

10   plants are the only source of phosphorus in the

11   watershed?  Did you understand that was his claim?

12   A.   I think he said they were the dominant source.

13   Q.   Do you interpret "dominant" as being equivalent

14   with "only"?

15   A.   Those are not equal.

16   Q.   Is the new opinion that you offer today

17   inconsistent with anything Dr. Connolly said?

18   A.   Certainly -- I think it is somewhat in that

19   there are many, many small watersheds contributing

20   soluble reactive phosphorus, and so if one looks at

21   the contributions of these, I'm not sure that one

22   can readily claim that the dominant source is

23   wastewater treatment.

24   Q.   You're not suggesting, are you, sir, that SRP

25   from these 12 subwatersheds is the dominant source

1  of SRP in the main stem of the Illinois River, are

2  you?

3  A.   No.   There would be hundreds of watersheds that

4  would be comparable to these that contribute the

5  flow that one observes in the main stem of the

6  Illinois River.

7  Q.   Even if we expanded it out to other small

8  tributaries which are not included in your chart,

9  you're not offering the opinion, are you, sir, that

10  SRP from small tributaries such as those shown on

11  this table is the dominant source of SRP in the

12  watershed during base flow conditions?  You're not

13  offering that opinion, are you?

14  A.   They're a significant source.

15  Q.   My question was dominant.

16  A.   I guess wastewater treatment may be larger,

17  but the contributions from these small watersheds is

18  certainly of similar magnitude to wastewater

19  treatment during these base flow conditions.

20  Q.   Let's look at wastewater treatment plants.  You

21  recall that when you did your poultry house density

22  analysis, you excluded two subwatersheds that were

23  impacted by discharges from wastewater treatment

24  plants?

25  A.   Yes.

1  Q.  And that was an appropriate thing to do in

2  order to assess nonpoint source impacts, right?

3  A.  Correct.

4  Q.  Let me show you a couple of demonstrative

5  exhibits.

6          MR. GEORGE:  May I approach, Your Honor?

7          THE COURT:  Yes, sir.

8  Q.  (By Mr. George) Doctor, I've provided you a

9  demonstrative that Dr. Connolly explained during his

10 testimony from that same stand, Tyson Demonstrative

11 257, which is a replot of some data that Dr. Olsen

12 used in what he's called his gradient analysis

13 teasing out the differences between small

14 tributaries with and without wastewater treatment

15 plants.

16          When you reviewed Dr. Connolly's testimony

17 in preparing to come in and rebut it in this

18 courtroom, did you see his discussion of this

19 demonstrative?

20 A.  I did see it.  I'm not recalling the details at

21 the moment as I sit here.

22 Q.  Doctor, the bottom chart, that's what I want to

23 focus on because it relates to soluble reactive

24 phosphorus.  The bottom chart shows soluble reactive

25 phosphorus concentrations in small tributaries.  Do

1  you see that?

2  A.   Yes.

3  Q.   It's got it broken down by high flow and base

4  flow.

5  A.   Yes, I see it.

6  Q.   And you'll see that there's a reference to blue

7  bars and red bars.  And then down at the bottom,

8  there is a reference to HFS 04 and HFS 22.  Those

9  are the two subwatersheds, small tributaries

10  impacted by wastewater treatment plants that you

11  removed from your analysis, right?

12  A.   Yes.

13  Q.   And you'll see that it reports there the base

14  flow concentration for HFS 04, that small tributary

15  station, as 1744 micrograms per liter.  Do you see

16  that?

17  A.   Yes.

18  Q.   Then you'll see the report for the base flow

19  concentration at HFS 22 as 1191 micrograms per

20  liter.  Do you see that?

21  A.   Yes.

22  Q.   Let's compare those two values to the values

23  shown on your chart, which is Demonstrative Exhibit

24  416.  Let me go back to that.

25           Doctor, for these small tributaries that

1  are not impacted by wastewater treatment plants,

2  what did you report as the average soluble reactive

3  phosphorus concentration in micrograms per liter?

4  A.   That would be 27.

5  Q.   You'd agree, would you not, Doctor, that the

6  SRP concentrations in these small tributaries

7  impacted by point sources that we discussed a moment

8  ago are higher than the unimpacted small tributaries

9  by several orders of magnitude?

10  A.   Maybe by not several, but by an order of

11  magnitude, yes.

12  Q.   Twenty-seven as compared to 1191 and 1744,

13  right?

14  A.   So not quite two.

15  Q.   Two orders of magnitude, almost two orders?

16  A.   Almost two.

17  Q.   Let's go back to Demonstrative 257 from

18  Dr. Connolly.  And you'll see that in Dr. Connolly's

19  analysis, under the small tribs base flow conditions

20  that the red bar for the nonwastewater treatment

21  plant impacted sites, is, it appears to me, about at

22  either 25 or -- around 25 micrograms per liter.  Do

23  you agree with that?

24  A.   That's in that ball park, yes.

25  Q.   That's pretty close to the 27 micrograms per

1  liter that you showed on your table, right?

2  A.   Correct.

3  Q.   Let's look at how those small tributaries --

4  let me back up for a second.  You'll see there's a

5  reference to USGS data?

6  A.   Yes.

7  Q.   Okay.  And it's divided again by high flow and

8  base flow?

9  A.   Yes.

10  Q.   And what's the reported -- approximate it as

11  best you can -- base flow concentration for soluble

12  reactive phosphorus at the USGS stations?

13  A.   Looks like that's on the order of 140.

14  Q.   Again, that is considerably higher than the

15  average of 27 micrograms per liter you report for

16  these small tributaries, right?

17  A.   Yes, it's higher.

18  Q.   Dr. Engel, where are the USGS stations in this

19  watershed?  Are they in small tributaries or are

20  they in larger streams and rivers?

21  A.   They would tend to be on the larger streams and

22  rivers.

23  Q.   Are you aware that many of the USGS stations in

24  this watershed are located in the scenic river

25  portions of the watershed?

11498

```
 1  A.   Yes.
 2  Q.   So, Doctor, if we look at the SRP
 3  concentrations in the larger rivers measured by USGS
 4  under base flow conditions, the small tributaries
 5  that you focused on in your analysis clearly don't
 6  account for those concentrations, do they?
 7  A.   They would certainly account for a portion of
 8  the concentrations.
 9  Q.   Isn't it, in fact, true, Doctor, that these
10  small tributaries and the concentration of SRP
11  that's reported in them, according to your analysis,
12  actually serve to dilute the phosphorus
13  concentration in the larger rivers when they join?
14  A.   I'm not sure that -- I'm not sure about that.
15  I would have to think about that.
16  Q.   Let me help you think about it.  If we take a
17  river that has 140 micrograms per liter of soluble
18  reactive phosphorus during base flow conditions, and
19  you have a small tributary that ultimately feeds
20  into that river phosphorus that is 27 micrograms per
21  liter, that river, that small tributary actually
22  dilutes the phosphorus concentration in the larger
23  river in my analysis, right?
24  A.   So based on your description, there would be
25  some dilution, yes.
```

1  Q.  So, Doctor, you're not seriously offering the

2  opinion in this court, are you, that the 27

3  micrograms per liter of phosphorus on average in

4  these 12 small tributaries explains the phosphorus

5  concentrations that we see that are far beyond that

6  in the main stem of the Illinois River?

7  A.  So they would explain some portion, and so they

8  would explain on the order of 27 micrograms per

9  liter in that flow is from nonpoint sources.

10  Q.  Doctor, one other question, if we can go back

11  to your chart, which is Demonstrative -- somebody

12  give me a number -- 414.  I want to talk about the

13  units of value that are reported.

14         You report base flow SRP concentrations in

15  micrograms per liter, right?

16  A.  Yes.

17  Q.  What would the 27 micrograms per liter be if we

18  converted it to milligrams per liter?

19  A.  So the 27 would become .027 milligrams per

20  liter.

21         MR. GEORGE:  May I have a moment to confer,

22  Your Honor?

23         THE COURT:  Yes.

24         (Off-the-record discussion was had.)

25         MR. GEORGE:  Your Honor, I pass the

```
 1   witness.
 2            THE COURT:  Redirect.
 3            MR. PAGE:  Thank you, Your Honor.
 4            Could we leave Tyson Demonstrative 257 up,
 5   please.  This is the one with the bar charts that
 6   was from -- the one I can remember the best, so we
 7   better start with that one first.
 8                  REDIRECT EXAMINATION
 9   BY MR. PAGE:
10   Q.   Dr. Engel, we just heard testimony on this
11   particular chart.  Are there more than 12 small
12   watersheds in the IRW contributing to the Illinois
13   River?
14   A.   Yes, there would be on the order of several
15   hundred the size of these small watersheds.
16   Q.   And, sir, would you say that the majority or
17   somewhat less than majority of these small
18   watersheds are influenced by wastewater treatment
19   plant?
20   A.   So the -- there would be very few of these
21   small watersheds influenced by wastewater treatment
22   plant discharge.
23   Q.   So we're not just talking about 12 possible
24   small watersheds that would contribute nonpoint
25   source SRP in the IRW, are we, sir?
```

1  A.   No.   There would be on the order of several

2  hundred.

3  Q.   How many of those several hundred actually are

4  influenced by wastewater treatment plant?

5  A.   I'm not sure of the number, but it would be,

6  you know, certainly less than 50, less than 20.

7  Q.   Now, let's talk about these two subwatersheds

8  that were left out of your 12 watershed analyses.

9  That's HFS 04 and HFS 22, correct, sir?

10  A.   Yes.

11  Q.   And Mr. George asked you some questions about

12  the level of concentrations of -- in those two

13  subwatersheds, correct?

14  A.   Yes.

15  Q.   And they are, those in the base flow, much

16  higher than the average concentrations from the

17  other 12; is that correct?

18  A.   Correct.

19  Q.   Now, have you evaluated the land uses relating

20  to those two watersheds, that is HFS 04 and 22?

21  A.   I have evaluated them, but I am not recalling

22  what the land uses are at this point, but they did

23  include wastewater treatment plant discharge.

24  Q.   Did they also include poultry houses?

25  A.   They would have included some poultry houses as

1  well.  I don't recall how many at this point.

2  Q.  So is it your understanding, sir, that when you

3  originally selected these, you were trying to get

4  watersheds with poultry houses but without

5  wastewater treatment?

6  A.  That was the goal of the selection, yes.

7  Q.  Does that jar your recollection as to whether

8  or not these two subwatersheds also had poultry

9  houses within them?

10  A.  They would have had some; I just don't recall

11  the specific numbers.

12  Q.  Would you expect those poultry houses to have

13  contributed to these phosphorus concentrations that

14  are shown on Tyson's Defendant Demonstrative 257?

15  A.  Yes.  The poultry operations that went with

16  those houses would contribute some portion of this

17  phosphorus.

18  Q.  Okay, sir.  Now, I want to change topics with

19  you.  I want to ask you about the questions that

20  Mr. George asked you about recalibration after you

21  discovered the HRUs.  I want to make sure the record

22  is clear.  You recalibrated one time, that is

23  recalibrated one time after you discovered the

24  problem with the first calibration, correct?

25  A.  Correct.

1   Q.   Did you ever then recalibrate your model when

2   you ran the different scenarios?

3   A.   No.  The coefficients remained the same for all

4   the scenarios.

5   Q.   When you validated your model, did you

6   recalibrate it?

7   A.   No.  It remained -- the coefficients remained

8   the same for that case as well.

9   Q.   Now, sir, there was a lot of discussion about

10  whether or not your routing model was constrained at

11  all.  Were there any constraints on your routing

12  model?

13  A.   Well, the inputs from the wastewater treatment

14  as well as from the GLEAMS model provided

15  constraints for the inputs into the routing model,

16  so there were constraints on that side of things.

17  Q.   Would you explain for the court how that is a

18  constraint on how much calibration would be allowed

19  for your routing model, that is the inputs that you

20  used.

21  A.   Yes.  So the wastewater treatment came from

22  observed wastewater treatment inputs, so those were

23  well known.  The GLEAMS model had been calibrated

24  and validated prior to being used to provide inputs

25  to the routing model, so the amount of phosphorus

1  delivered to the edge of the fields was also well

2  established.  So those provided a boundary condition

3  as to how much phosphorus was being input into that

4  part of the routing equation.

5        The other constraints that were imposed

6  logically were that, you know, one would not expect,

7  as we discussed in prior testimony, that there would

8  be significant amounts of phosphorus moving to these

9  gauging stations on days in which there's no flow.

10 So there were other looks by myself at the model

11 outputs to understand, you know, did this make

12 sense.  And so that constraint, if you will, was

13 also imposed.

14 Q.  If you weren't using actual GLEAMS output from

15 conditions in this watershed or actual loading

16 records from wastewater treatment plants in this

17 watershed, would it be then reasonable to constrain

18 the calibration process?

19 A.  At that point, yes, it would be reasonable to

20 do so because you would not expect inputs of

21 nonpoint sources on days in which there is not

22 rainfall.  It would be reasonable to constrain the

23 wastewater treatment plant discharges as well.  So,

24 you know, so one would have to impose those

25 constraints themselves since the model had been

1  decoupled, as I've talked about earlier.

2  Q.    Does the coupling process itself, that is that

3  you coupled the routing model with a model of

4  nonpoint source runoff from your GLEAMS along with

5  actual data from wastewater treatment plant

6  discharges in the IRW provide a constraint on your

7  calibration process when you run through the

8  shuffling --

9  A.    SCE.

10  Q.    Shuffling coefficient?

11  A.    Complex evolution.

12  Q.    Complex evolution, thank you, sir.

13  A.    So, yes, it would have provided that

14  constraint.

15        MR. PAGE:  Now, could I get a little more

16  help again, please, with Demonstrative 382.

17  Q.  (By Mr. Page)  This is a demonstrative that

18  Mr. George showed you.  And I notice that when he

19  asked you if this accurately depicted your model and

20  its relationship to both the lake and GLEAMS and

21  wastewater treatment plant that you had some

22  hesitancy; at least that's what I perceived.

23        What is it about this flow diagram that

24  would not be representative of your IRW model?

25  A.    Well, so the hesitancy here was that the GLEAMS

1    and the wastewater treatment plant inputs, the

2    figure seems to imply that those go directly to the

3    river.  Those go to the edge of field, those go to

4    the locations of wastewater treatment plants

5    discharge.  So there are many, many miles of

6    streams, small streams and channel networks.  So

7    those inputs go to that location, and so it's that

8    phosphorus in that network that's the phosphorus

9    accumulation term in the routing model.

10            MR. PAGE:  Your Honor, may I approach that

11   board, please?

12            THE COURT:  Yes.

13   Q.  (By Mr. Page) Dr. Engel, I want to know if I'm

14   understanding it correctly.  Is the problem with

15   this depiction is they've got a intermediary step

16   here of P to the river?

17   A.  Yes, the P to the river is probably better

18   described as phosphorus to the stream and river

19   network system.  So it's more than just to the

20   river.

21            THE COURT:  Of course, Doctor, that's your

22   term used on your spreadsheet, correct, P to river?

23            THE WITNESS:  Yes, in the spreadsheet, that

24   is my term.

25            THE COURT:  You said a couple of times

1    that, in your view, that's more accurately stated as

2    P to the stream network.

3            THE WITNESS:  Yes.  So the shorthand in the

4    spreadsheet was P to river, you're correct.

5            THE COURT:  Go ahead.

6    Q.  (By Mr. Page) So to understand the

7    clarification you just made with the court, is it

8    fair, so I understand the process here, the routing

9    model really starts up here, picks up the GLEAMS in

10   the wastewater treatment plant, then routes from

11   those processes all the way to the lake?

12   A.  Yes, it would.

13   Q.  Dr. Engel, can we look at Demonstrative 417

14   State of Oklahoma, which is the S&P inputs that

15   Mr. George reviewed with you.  State of Oklahoma

16   417.

17           Dr. Engel, Mr. George, I believe his

18   questions focused on whether there was a pattern

19   here that show that there was a similar pattern

20   between the model with the actual GLEAMS and

21   wastewater treatment plant inputs to that of S&P on

22   a yearly basis, correct?

23   A.  Yes.

24   Q.  Now, is there something about runoff modeling

25   in a watershed that would indicate that you would

1  have a similar pattern over these years if you use

2  either inputs from the GLEAMS model or the S&P

3  inputs that Dr. Bierman used?

4  A.   Well, because the S&P inputs were of similar

5  magnitude and similar spacing as the inputs provided

6  by GLEAMS and wastewater treatment, and since

7  phosphorus is transported through the stream and

8  river network system by flow, flow is going to be

9  important in that transport process.

10  Q.   So whether you used the S&P inputs for 2004 or

11  your GLEAMS inputs for 2004, both those model runs

12  use the actual hydrological inputs from the IRW for

13  2004?

14  A.   Yes.  So both of those would have used the

15  observed flow in order to transport that

16  phosphorus.  So I guess, again, you know, this

17  represents this decoupling process gone awry a bit

18  as well because the S&P doesn't know dry days versus

19  wet days.  So when no one imposes that constraint,

20  you can put those values in and you'll get similar

21  results, as we see.

22  Q.   But the key factor for moving, whether it's S&P

23  phosphorus or GLEAMS phosphorus, is the amount of

24  water falling on that watershed in a particular

25  year, correct?

1           MR. GEORGE:  Objection, leading.

2           THE COURT:  Sustained.

3  Q.   (By Mr. Page)  What would be the single key

4  factor, if you were going to select one, as to

5  movement of phosphorus within the watershed in a

6  particular year?

7  A.   Well, I guess there are two that are related,

8  so rainfall and the amount of flow are closely

9  coupled together, and those are going to determine

10 year in, year out, within bounds, the amount of

11 phosphorus that's likely to be transported.

12 Q.   I suppose we could have made a chart that had a

13 daily fluctuation basis rather than summarizing by

14 year.  Now, did you evaluate what the daily

15 fluctuation difference was between just the S&P and

16 your GLEAMS inputs?

17 A.   I did look at that variation on an annual

18 basis.  That annual amount is approximately the same

19 between S&P summed up and GLEAMS nonpoint source and

20 wastewater treatment summed.  So those two sums are

21 similar.

22 Q.   I think you misunderstood my question.  Did you

23 look at the differences on a daily basis for the

24 delivery to the lake between whether you use S&P or

25 GLEAMS output?

1  A.   Yes, I did.  And so what I found for the S&P

2  results, then, were that using the S&P as the input,

3  the average daily variation was about 187 percent.

4  So that on any given day, there was substantial

5  variation in what my model predicted and what my

6  model with the S&P serving as the phosphorus inputs

7  predicted.

8  Q.   When you consolidate those daily into annual,

9  does that minimize, then, the daily differentials?

10  A.   Yes, because on some days, it overstated the

11  amount moved; on other days, it understated that.

12  But on an annual basis, as we can see here, it

13  provided something that was somewhat similar.

14  Q.   Now, Mr. George spent a lot of time talking

15  about $R^2$ with you and comparing Dr. Bierman's $R^2$ and

16  your $R^2$.  And several times, maybe a dozen times,

17  you said that's not the whole story.

18        I'm going to ask you the question now:  Is

19  there a problem with relying upon $R^2$ as to

20  determine -- as the sole basis to determine the

21  reliability of a model?

22  A.   Well, I think first we have to step back even

23  before we generate any model outputs and are able to

24  compute $R^2$, in that there has to be reasonable data

25  going into the model.

1          So when we have the S&P being used as an

2     input that doesn't reflect whether phosphorus should

3     get to the stream that day or not because there was

4     no rain, so we have logic problems with this that

5     way before we ever compute $R^2$ would make a modeler

6     say, well, this can't make any sense.

7     Q.   So would a modeler put in data that indicates

8     there's a delivery on a dry day and then just go and

9     proceed to determine whether it has a good $R^2$?

10    A.   No.  They would never get that far, so they

11    would make sure that the data going in makes sense,

12    has some physical reality.  So it starts there.

13    Q.   Are there other issues with this relying on $R^2$

14    values?

15    A.   Yes.  So beyond that, one would need to look at

16    the modeling routing model coefficients that were

17    obtained to see if those made sense.

18          As I recall with the S&P input of -- you

19    know, the values used indicated, again, that there

20    was substantial phosphorus moving on days in which

21    there was no flow.  So, again, because there was not

22    a constraint of that value and just a blind fitting

23    of a model to that resulted in something that didn't

24    make sense physically.

25    Q.   Are there any other issues?

1  A.   Well, certainly one would also, as I did, look

2  at the amount of phosphorus that's accumulating in

3  the stream.  So there are checks of that nature that

4  would allow one to see, you know, does this have any

5  grounding in reality.

6         I guess one other point that I missed even

7  on the front side of this was that, again, you know,

8  if there are these -- if -- the observed data that's

9  used in developing the routing model, one has to

10  have some belief in the inputs that are used to

11  create that relationship.

12        You know, making up big arbitrary values

13  and then forcing the equation to calibrate doesn't

14  make sense, and it doesn't make sense that for those

15  big values the observed data would have been the

16  same.  So there are a number of places here where

17  one would really want to step through and make sure

18  that all of these things were in order and not just

19  simply rush to the $R^2$ as the determining value.

20  Q.   Have you ever seen any publications, either

21  textbooks or peer-reviewed literature, where the

22  modeler is warned that they should not rely on $R^2$ to

23  be the determinative value of model reliability?

24        MR. GEORGE:  Objection, Your Honor, calls

25  for hearsay.  There's a learned treatise --

11513

1          MR. PAGE:  I asked if he's aware of it,

2   Your Honor.  I guess we'll go to the next question.

3          THE COURT:  He can rely on hearsay,

4   although, frankly, we've been through the importance

5   of $R^2$ over and over in this trial.  And it's clearly

6   not the sole factor.  Let's move on.

7          MR. PAGE:  Thank you, Your Honor.

8          Can I have a minute, Your Honor?

9          THE COURT:  Yes.

10          MR. PAGE:  Thank you.

11  Q.  (By Mr. Page) Do you remember when there was

12  some -- what Mr. George characterized as substantial

13  changes to the coefficients where you have a number

14  of 205 and you had nine zeros in front of it and

15  then they double it to 410?

16  A.  Yes.

17  Q.  Given the fact you have nine zeros in front of

18  205, is doubling 205 with nine zeros in it, decimal

19  point and nine zeros, really a substantial change?

20  A.  It certainly wasn't as substantial as some of

21  the changes that Mr. Bierman made.  If you recall

22  from this morning's testimony, at least if I recall

23  correctly, for the nonpoint source example, that

24  change was not double; it was a factor of nearly

25  1,000 that the change was in that coefficient.  So,

```
 1  you know, so doubling versus a factor of 1,000,

 2  that's quite a bit different.

 3           MR. PAGE:  Your Honor, I pass the witness.

 4           THE COURT:  Recross.

 5           MR. GEORGE:  No, Your Honor.

 6           THE COURT:  Very well.  May this witness be

 7  excused?

 8           MR. PAGE:  Yes, Your Honor.

 9           THE COURT:  Thank you, sir.  Give you, you

10  say, 10 minutes?

11           MR. GEORGE:  Yes, sir.  Your Honor, the

12  defendants call Dr. John Connolly.

13           THE COURT:  He's been sworn as -- frankly,

14  as Dr. Engel.  My general practice is not to

15  reswear.

16           Doctor, you recall you've been previously

17  sworn.  You remain under oath.

18           THE WITNESS:  Yes.

19           THE COURT:  Mr. George, you may inquire.

20           MR. GEORGE:  Can we pull up Defendants'

21  Joint Exhibit 6097.

22

23

24               DR. JOHN CONNOLLY,

25  having been previously duly sworn, was called as a
```

1  witness and testified as follows:

2                    DIRECT EXAMINATION

3  BY MR. GEORGE:

4  Q.   Dr. Connolly, you've been present in the

5  courtroom today during the testimony of Dr. Engel,

6  have you not?

7  A.   Yes, I have.

8  Q.   And did you have an opportunity to hear

9  Dr. Engel's testimony regarding your analysis as

10  shown in Defendants' Joint Exhibit 6097?

11  A.   Yes.

12  Q.   And could you, just to give us a reset -- would

13  you like a copy?

14  A.   Sure.

15  Q.   Doctor, to give us a reset, could you just

16  generally frame the purpose and thrust of the

17  analysis that's shown in Defendants' Joint Exhibit

18  6097.

19  A.   This analysis was meant to compare the

20  distribution of concentrations in the Illinois River

21  at Tahlequah to the average value of the wastewater

22  treatment plants.

23           MR. PAGE:  Your Honor, my belief, this is a

24  revised version that's been put on the screen.  It

25  is what was marked DJX6097r.  Mr. Green, during

1  Mr. Connolly's direct examination, tried to offer

2  this.  And I objected, and you sustained, because

3  this work was done after his deposition.

4      THE COURT:  What does the record reflect

5  regarding its admission?

6      MR. PAGE:  The one that was on the screen

7  was not admitted.  Now, this one that's now up is

8  6097 is the one I examined Mr. -- excuse me,

9  Dr. Engel on -- just a mistake?

10     MR. GEORGE:  I believe it is.  And,

11  Your Honor, we can correct this.  Can we pull up

12  whatever version was used in the examination of

13  Dr. Engel earlier today?

14     MR. TODD:  It's what's up.

15  Q.  (By Mr. George)  Dr. Connolly, can you confirm

16  that the exhibit I've handed you is the same version

17  of Defendants' Joint Exhibit 6097 that's on the

18  screen?

19  A.  It is.

20  Q.  Doctor, can you continue with explaining the

21  general point and thrust of this analysis.

22  A.  The point and thrust of the analysis was to

23  look at sort of the central tendency of the loads in

24  the river as compared to the central tendency as

25  indicated by the line from the wastewater treatment

1  plants.

2         I believe that Dr. Engel attempted to

3  compute a mean value from this distribution and

4  concluded that he got a number, I don't remember

5  precisely, 150 or something.

6  Q.   Doctor, do you think that's an appropriate

7  comparison that was made by Dr. Engel?

8  A.   I do not, for several reasons.  One, we're sort

9  of looking at apples and oranges here in terms of

10  what the wastewater treatment plants represent

11  versus what this data represent.

12         These data represent a fairly intensive

13  sampling of the river of 78 data points.  There's

14  much less data in the wastewater treatment plant

15  number.  And we have no sense of variability in the

16  wastewater treatment plant number.  It's just a

17  single value, as we see the variability in the

18  river.

19         And, in fact, the difference in the

20  averages that Dr. Olsen pointed out are actually due

21  pretty much just to the last bar to the right which

22  represents three samples that were at much higher

23  load than the rest of the database.

24         And the reason there are three values at

25  those loading numbers is uncertain.  Could very well

1  be due to wastewater treatment plants.  I mean,

2  wastewater treatment plants have upsets, they can

3  reflect an upset of the wastewater treatment

4  plants.  It's just not clear.

5         In fact, if you don't include those three

6  values, the average of the rest of the data is lower

7  than the average of the wastewater treatment plant.

8         I think the last point here is that any

9  real comparison between means has to be a

10  statistical comparison to determine whether there's

11  a statistically meaningful difference, not just

12  simply a difference.

13  Q.   And, Doctor, Dr. Engel during his testimony

14  came to the conclusion, based upon his review of

15  this average in comparison to the rest of the data,

16  that 40 percent of the soluble reactive phosphorus

17  during base flow comes from nonpoint sources.  Do

18  you recall him offering that opinion?

19  A.   Yes, I do.

20  Q.   Do you agree with that?

21  A.   I do not.  I don't think you can make that

22  conclusion from the simple comparison of the numbers

23  that he did.

24  Q.   Let me discuss one other exhibit.

25         MR. GEORGE:  May I approach, Your Honor?

1            THE COURT:  Yes.

2  Q.  (By Mr. George)  Doctor, I've placed in front

3  of you an exhibit that is already in evidence.  It's

4  Defendants' Joint Exhibit 6094.  Do you recognize

5  this exhibit as a figure from your report?

6  A.  I do.

7  Q.  And does this exhibit relate to your analysis

8  of soluble reactive phosphorus concentrations within

9  the stream and river network?

10           MR. PAGE:  Your Honor, this exhibit was not

11  examined on rebuttal.  This is outside the scope of

12  rebuttal; therefore, it's improper.

13           THE COURT:  It's within the scope insofar

14  as it goes to this issue of whether SRP is from

15  wastewater treatment plants or what portion or if

16  there's a significant portion of SRP from nonpoint

17  sources.  Go ahead.

18  Q.  (By Mr. George)  Dr. Connolly, this figure

19  comes out of your report, correct?

20  A.  Yes, it does.

21  Q.  You prepared it, or it was prepared under your

22  direction, correct?

23  A.  Yes, it was.

24  Q.  Now, you heard Dr. Engel's testimony today

25  regarding the concentration -- average concentration

1    of 27 micrograms per liter of phosphorus -- SRP

2    phosphorus in these small tributaries?

3    A.   Yes.

4    Q.   Using this chart and the data that you've

5    plotted for soluble reactive phosphorus in the

6    streams and tributaries that are shown, can you

7    describe where that value would fit in terms of

8    explaining the SRP levels that we see?

9    A.   As Dr. Engel indicated, 27 micrograms per liter

10   is .027 milligrams per liter, which is the scale

11   that's used here on the Y axis.  So it would plot

12   very close to the X axis, the horizontal axis.  It

13   would be between the second and third tick up.

14        So if you can imagine drawing a line across

15   the second to third tick up, you can see that it is

16   very low compared to the measurements in Spring

17   Creek and Osage Creek and in the Illinois River as

18   well.

19        So, in fact, in the Illinois River, it

20   about equals perhaps the fourth point from the

21   left.  And you can see after that, it gets

22   overwhelmed by higher concentrations that appear to

23   be due to influence of wastewater treatment plants.

24        THE COURT:  What about the argument

25   advanced by Mr. Page here that in wastewater

1   treatment plants, there are hundreds of smaller

2   subwatersheds, and the aggregation thereof explains

3   a significant portion?

4           THE WITNESS:  No matter how much water you

5   have coming in at 27 micrograms per liter, it can't

6   make water any more than 27 micrograms per liter.

7           THE COURT:  In terms of concentration.

8           THE WITNESS:  In terms of concentration.

9           THE COURT:  Mr. George.

10          MR. GEORGE:  Thank you, Your Honor.

11  Q.  (By Mr. George)  Dr. Connolly, do you draw any

12  conclusions based upon the analysis that we just

13  walked through in terms of the impact of these small

14  tributaries that Dr. Engel has focused on in terms

15  of SRP within the Illinois River?

16  A.   They have a small impact in comparison to the

17  levels that we see, which I believe are due mostly

18  to wastewater treatment plants.

19          MR. GEORGE:  Your Honor, I have been told

20  that this exhibit, although discussed with

21  Dr. Connolly during his testimony, was not formally

22  moved into evidence, and so I would like at this

23  time to offer Defendants' Joint Exhibit 6094.

24          THE COURT:  Any objection?

25          MR. PAGE:  I object for the same reason I

1    mentioned earlier.

2              THE COURT:  I agree.  This is a bit late to

3    be admitting these documents.  Sustained.

4              MR. GEORGE:  Thank you, Your Honor.  I pass

5    the witness.

6              THE COURT:  Cross-examination.

7              MR. PAGE:  Thank you, Your Honor.

8              THE COURT:  And he came in at eight

9    minutes.

10             MR. GEORGE:  I sensed I was actually on a

11   clock.

12             MR. PAGE:  I think that's a challenge.

13                     CROSS-EXAMINATION

14   BY MR. PAGE:

15   Q.  Dr. Connolly, looking at Defendants' Joint

16   Exhibit 6097, the first one you looked at --

17   A.  Yes.

18   Q.  -- this is your exhibit, correct?

19   A.  Yes.

20   Q.  This is your data.  This is your data that you

21   selected for base flow data, correct?

22   A.  Yes.

23   Q.  And so are you now telling us that you made a

24   mistake when you included these points over here on

25   the right-hand side that get up to base flow as part

1  of CFS flow of up to 10,000?

2  A.   No, I'm not.  No.

3  Q.   So you're still conceding that's base flow,

4  correct?

5  A.   Yes.

6  Q.   Are you contesting the fact that, using your

7  own data, Dr. Engel was able to calculate that 40

8  percent of the total phosphorus came from nonpoint

9  sources?

10  A.   He was able to calculate a mean value.  The

11  conclusion he drew from that mean value that 40

12  percent of what was coming in was coming from

13  nonpoint sources is incorrect.

14  Q.   Dr. Connolly, I want to look at your other

15  demonstrative here.  I guess we'll call it DJX6094.

16         Sir, you're not suggesting, are you, sir,

17  that there are only -- of all the subwatersheds in

18  the IRW, all of them, if you average them together,

19  would have a concentration of SRP of 27 micrograms

20  per liter?  You're not telling the court that, are

21  you, sir?

22  A.   I don't think anybody can tell the court that.

23  What we have are the data that were measured, and

24  the data that were measured indicate that these

25  tributaries have 27.  So without any additional

1   data, there's no reason to think that it would be

2   anything but 27.

3   Q.   Oh, really?  So you say you just take the 12

4   that Dr. Engel used for his -- his poultry house

5   density analysis, and you would assume that those 12

6   are representative of all the concentrations of all

7   the subwatersheds in the IRW from nonpoint source?

8   Is that your testimony?

9   A.   I would assume that the plaintiffs chose those

10  to be represented.

11  Q.   Well, sir, let's just look at your Spring Creek

12  analysis.  Do you see that, sir?

13  A.   Yes.

14  Q.   Do you see RS000348?

15  A.   Yes.

16  Q.   What is the concentration at that location?

17  A.   Appears to be about .09.

18  Q.   .09.  There's no wastewater treatment plant

19  contributing at that location, is there?

20  A.   There is not.

21  Q.   Wouldn't that be some evidence to indicate to

22  you that the 12 watersheds are not representative of

23  the concentrations from all of the subwatersheds in

24  the IRW that do not have wastewater treatment plant?

25  A.   I am not claiming that every subwatershed has

1  27 micrograms per liter.  In fact, the 12

2  subwatersheds that Dr. Engel showed have a variety

3  of concentrations that averaged 27.  I think the

4  average is the appropriate number when you're

5  aggregating up.  I think we'll find some that are as

6  low as 7 in that dataset and one year that is as

7  high as .9.

8  Q.   Those different flows would contribute a lot to

9  the amount of actual phosphorus as being contributed

10  to the IRW; is that correct?

11  A.   I don't understand the question.

12  Q.   You wouldn't just look at concentrations; you

13  would also look at flows, would you not, to

14  determine impact?

15  A.   Yes.

16         MR. PAGE:  Thank you, Your Honor, I have no

17  other questions.

18         THE COURT:  Redirect.

19         MR. GEORGE:  None, Your Honor.

20         THE COURT:  May this witness be excused?

21         MR. GEORGE:  He may, Your Honor.

22         THE COURT:  The plaintiff may call its next

23  witness.

24         MR. PAGE:  Thank you, Your Honor.  We call

25  Dr. Wells.

11526

```
 1              THE COURT:  Dr. Wells, you, too, have
 2    already been sworn.  Let me remind you you remain
 3    under oath, sir.
 4              Mr. Page.
 5              MR. PAGE:  Thank you, Your Honor.
 6                    DR. SCOTT WELLS,
 7    having been previously duly sworn, was called as a
 8    witness and testified as follows:
 9                   DIRECT EXAMINATION
10    BY MR. PAGE:
11    Q.  Good afternoon, Dr. Wells.  There's a decent
12    chance we may still get you on your plane.  I don't
13    know, with the security.
14    A.  I don't think so.
15    Q.  You don't think so?  Okay.  No OJ Simpson in
16    the airport today for you.  Okay, sir.
17              Dr. Wells, did you review the testimony of
18    Dr. Bierman in this case in preparation of the
19    rebuttal testimony you're going to give today?
20    A.  I did.
21    Q.  I want to review with you, sir, some of that
22    testimony, a few items.  The first one is -- the
23    area I want to discuss with you is Dr. Bierman's
24    testimony that the version of CE-QUAL-W2 model that
25    used -- that was used for Lake Tenkiller was not
```

1  ready and not tested for modeling.

2        MR. PAGE:  Can we look at Demonstrative

3  testimony slide 433, please.

4  Q.  (By Mr. Page)  Did you find that, Doctor?

5  A.  Yes.

6  Q.        "QUESTION:  Did Dr. Wells use the official

7  released version of CE-QUAL-W2 for his evaluations

8  in this case?

9        "ANSWER:  No, he did not.

10        "QUESTION:  What type of model did he use?

11        "ANSWER:  Well, he used what's called a

12  beta version.

13        "QUESTION:  What is your understanding of

14  the differences or changes between this beta version

15  used by Dr. Wells and the official released version

16  at that time?

17        "ANSWER:  There was a pretty long list of

18  enhancements and bugs in the transition from the

19  official released version to the beta version,

20  but the enhancement that's most relevant to

21  Dr. Wells' use of the model in this case is that the

22  beta version was given the capability to exploit

23  computers with dual processors, and it allowed it to

24  run much faster."

25        Now, do you, Dr. Wells, believe that your

1   model, using the lake model, using the beta version,

2   affected the results of your model?

3   A.   No.

4   Q.   And why is that?

5   A.   First of all, the code itself, I'm one of the

6   keepers of the code, so I'm responsible for

7   releasing the code and updating the code.  We've

8   been working with the Corps of Engineers for many

9   years in code development.  But in this particular

10  case, what has been inferred by Dr. Bierman is that

11  there was some lack to the model because it was a

12  beta version of CE-QUAL-W2.

13          And I should mention that Dr. Bierman

14  stated in this demonstration that there were many

15  enhancements and bugs from the transition from the

16  official released version to the beta version; that

17  wasn't true.  In fact, we released the official

18  released version in September of 2008, and it

19  essentially was exactly the same model as what was

20  used in the Tenkiller model.

21          So the released version, what we used in

22  the Tenkiller model, there were no specific bugs or

23  enhancements during that period.

24          Now, since September 2008, Dr. Bierman

25  could have tested the released version to the beta

1  version, because his expert report wasn't due until

2  January of 2009, but he didn't do that.

3  Q.   Well, sir, do you believe that the version

4  of -- the beta version is as reliable as the

5  released version?

6  A.   Yes, I do.

7  Q.   Now, was this beta version that you used -- and

8  I guess you designated it as a beta version because

9  you keep the model, correct?

10  A.   That's correct.

11  Q.   You decide when it becomes officially released,

12  correct?

13  A.   That's correct.

14  Q.   Was this beta version that you used for Lake

15  Tenkiller modeling tested in some other watershed or

16  application other than Lake Tenkiller?

17  A.   Yes, it was tested before we applied it to Lake

18  Tenkiller.  We always compare it to the previous

19  version, which was version 3.5, to a whole test

20  suite of different water bodies.

21       For example, we tested it to Lake Roosevelt

22  in Washington.  We tested it to Long Lake in

23  Washington.  We tested it to the Spokane River in

24  Washington.  Croton Reservoir in New York, Bluestone

25  Reservoir in West Virginia, the Lower Columbia

1   Slough in Portland, Oregon, as well as the Dead

2   Sea.  Also, prior to its release, the Corps of

3   Engineers tested it on the Missouri River.

4           So we did extensive testing of this before

5   we applied it to Tenkiller Reservoir.  Again,

6   essentially the beta version that was used for

7   Tenkiller was the same model that was released in

8   September of 2008.

9   Q.   Did all these tests that you just mentioned

10  provide any information to you concerning the

11  reliability of the version of the model that you

12  used in this case?

13  A.   Yes.  We were testing model results for all

14  those test cases that I outlined, and so we

15  basically compared the updated version of the model

16  to the prior version of the model, looking for

17  differences.

18  Q.   So all of the enhancements that were made from

19  version 3.5 to 3.6, even the beta version of 3.6

20  which you used, were they part of the beta version

21  that you used?

22  A.   Yes.  There were about 20 enhancements that

23  were made from version 3.5 to version 3.6.

24  Q.   Now, in front of you, sir, you should have a

25  document marked Demonstrative 418, and actually it's

1  several pages, it starts 418a and goes through

2  consecutively lettered to 418h.  Do you have that,

3  sir?

4  A.   Yes, I do.

5  Q.   Are you familiar with this document?

6  A.   Yes, I am.

7  Q.   What is it?

8  A.   This is -- the W2 model is a public open source

9  model that is available to anyone, including anyone

10  here in the courtroom.  And I maintain a list of bug

11  fixes and enhancements in the model since its

12  release.  So this is a list of fixes or enhancements

13  that have been made since the model was released in

14  September of 2008.

15  Q.   Now, you're familiar with each one of these bug

16  fixes or enhancements, correct?

17  A.   Yes.

18  Q.   In your opinion, sir, do any of these

19  enhancements have an impact on the reliability of

20  the model that you used for Lake Tenkiller?

21  A.   No, they don't.  And, of course, with any piece

22  of software that you release, there are always fixes

23  and updates.  And in this particular case, if you

24  looked at the -- there were a total of, looks like

25  20 different fixes or enhancements since it's been

1   released in September of 2008.  Even these fixes or

2   enhancements would not have affected the model

3   results.

4   Q.   Well, briefly, can we go through these and

5   could you explain to the court the type of fixes or

6   enhancements that are described here that have

7   occurred to this model since it was released?

8   A.   Just as an example, as you can see in number

9   one, we specify whether it's made in the W2 code or

10  preprocessor or GUI preprocessor.  And only those

11  that would be related to the W2 model itself would

12  have affected or potentially affect running of the

13  Tenkiller model.

14        And so the first one is for the turbulent

15  kinetic energy model one, there was an incorrect

16  allocation of a variable as an INTEGER or REAL.  In

17  this particular case, we didn't use the TKE1 model

18  in Tenkiller, so that particular bug fix would not

19  have affected the model.

20  Q.   Continue, sir.

21  A.   If you go down to No. 2, this has to do with

22  the PIPE algorithm.  And this wasn't a bug fix; it

23  was just updating the code and making it more

24  concise.  We didn't use the PIPE algorithm in the

25  Tenkiller model, so that was not an issue.

1  Q.   What about -- so the first two didn't -- those

2  fixes didn't even apply to the application for Lake

3  Tenkiller, am I correct?

4  A.   That's correct.

5  Q.   What about No. 3?

6  A.   That's just updating the user manual because

7  there was a typo in the user manual.

8  Q.   Does that have any impact in the model's use?

9  A.   No.

10  Q.   What about No. 4?

11  A.   Four has to do with a very specific unique case

12  that if someone wanted to do a temperature model

13  only and read in a longitudinal temperature file,

14  that there was some problem reading that in when a

15  certain variable is declared as off.  This

16  particular unique case was not a problem with the

17  Tenkiller model.

18  Q.   Why is that?

19  A.   Because we didn't use a longitudinal profile

20  input file.

21  Q.   What about No. 5?

22  A.   This just has to do with output from the

23  model.  This has to do with using TECPLOT as a

24  graphics animator.  In some cases where the

25  water body -- you had multiple water bodies, the

1   output format had problems in the TECPLOT, which is

2   another piece of software.  So we fixed the output

3   format so that it would be compatible with another

4   piece of software.

5   Q.   Did that have an impact on the Tenkiller

6   modeling?

7   A.   No.

8   Q.   Was that used in the Tenkiller modeling?

9   A.   We did use TECPLOT to animate, as I showed

10  during my direct testimony, but we only had one

11  water body, so it did not affect the format.

12  Q.   What about No. 6?

13  A.   Six has to do with epiphyton or periphyton in

14  the W2 if you use vertical profile data to set the

15  initial condition.  And there was a code typo that

16  was fixed.  In this particular Tenkiller model, we

17  did not set the initial condition by using vertical

18  profile data.

19  Q.   So it's unapplicable, this fix, to your use of

20  the model in Tenkiller?

21  A.   That's correct.

22  Q.   So did No. 6 apply to your model use in Lake

23  Tenkiller?

24  A.   No.  This was an enhancement made to the

25  preprocessor to output loads from the preprocessor.

1   Q.   What about No. 7?

2   A.   Did you just -- I'm sorry, did you mention

3   seven?  Was that what you just mentioned?

4   Q.   No, I thought we were just talking about No. 6.

5   I actually repeated on No. 6.

6   A.   With regard to six, we didn't use the vertical

7   profile data for periphyton, so that was not

8   applicable.

9   Q.   What about No. 7, was that used or did that --

10  let me ask this question:  Was that change -- did it

11  have an impact on the work you did in Tenkiller?

12  A.   No.  This was just an enhancement to the

13  preprocessor so that the model user can actually get

14  loads from the preprocessor before you run the

15  model.

16  Q.   So how does that -- what kind of enhancement is

17  that, from a layman's point of view?

18  A.   It just provides a table to the modeler of all

19  the calculated loads for all the inflows, and it is

20  a nice way to check to make sure that the model has

21  been set up, and it's a nice table to use in

22  reports.

23  Q.   Does it assist the modeler in setting it up?

24  A.   No, it really just assists the model in

25  documenting that what you put in the model is what

1    you intended to put in.

2    Q.   What about No. 8 on the second page of 418b?

3    A.   This has to do with a code fix about gas

4    transfer at spillways.  We did not include gas

5    transfer at spillways in the Tenkiller model, and so

6    this bug fix did not affect the Tenkiller model.

7    Q.   It's not applicable; is that correct?

8    A.   That's correct.

9    Q.   What about No. 9?

10   A.   Number 9 is similar.  It also has to do with

11   gas transfer reaeration from dams.  There was a

12   slight bug in a formula, and that was fixed, but it

13   didn't affect the Tenkiller model.

14   Q.   On to No. 10, sir.

15   A.   This just was a fix to -- in the kinetic flux

16   algorithm in the W2 model, there was inconsistencies

17   between what was in the user manual and the input

18   file and in the code, so we synchronized those so

19   that there was no inconsistencies.

20   Q.   How would you characterize this enhancement?

21   A.   It just corrected the W2 manual and what was

22   expected by the model user.

23   Q.   Did it fix a typo, using laymen's terms?

24   A.   It would have fixed a typo in the user manual.

25   Q.   Did it have any effect on the application in

1   Tenkiller of this model?

2   A.   No.

3   Q.   Let's look at No. 11, sir.  Can you describe

4   that.

5   A.   Number 11 is for the preprocessor.  Again, the

6   preprocessor sometimes flags errors in the model

7   setup.  This was just fixed to prevent false errors

8   from being flagged.

9   Q.   Did it have any impact on the Tenkiller

10  modeling?

11  A.   No.

12  Q.   What about No. 11?

13  A.   You mean No. 12?

14  Q.   Thank you, No. 12.

15  A.   Again, this was just additional error checking

16  in the W2 preprocessor to aid the model user.

17  Q.   Does this enhancement have any impact on the

18  Tenkiller modeling efforts?

19  A.   No.

20  Q.   What about No. 13, sir?

21  A.   Thirteen was an enhancement so that people

22  could run the preprocessor in batch mode.  So you

23  could actually send the working directory to the

24  preprocessor in a batch file and execute it with a

25  particular command.  So this was a model

1    enhancement.

2    Q.    Would this enhancement have any impact on the

3    Tenkiller modeling results?

4    A.    No.

5    Q.    What about No. 14?

6    A.    Number 14 is where we allowed the user to set

7    the number of processors that the model user could

8    use.  And in this particular case, we got feedback

9    from users that if they had more than two

10   processors, sometimes the model ran slower with more

11   processors than with fewer processors.  And it was

12   clear that many river models ran faster with one

13   processor, so we added this to the input file.

14   Q.    Did this have any impact on the Tenkiller

15   modeling efforts?

16   A.    It did not materially affect the Tenkiller

17   results.  I will talk more about this when it comes

18   to reproducibility.

19   Q.    What about No. 15?

20   A.    Fifteen has to do with, again, we allowed the

21   W2 model to be run in batch mode so you could pass

22   the working directory to the code.  So this was just

23   an enhancement.  Had nothing to do with Tenkiller.

24   Q.    It just simplifies the running of the model?

25   A.    Yes.

1  Q.   What about No. 16?

2  A.   Sixteen just allows the W2 window that comes up

3  with the Windows version of the model to collapse so

4  that you can actually run the model in batch mode

5  rather than having to use a different code for the

6  model output.

7  Q.   Does this enhancement have any impact on the

8  modeling outputs for Tenkiller?

9  A.   No, it would not have changed the results of

10  the model.  If we'd had this before, it would have

11  made the model easier to run, though.

12  Q.   What about No. 17?

13  A.   That's just updates to the user manual.

14  Q.   Just updates the changes that were identified

15  earlier in some of these enhancements in the manual?

16  A.   That's correct.

17  Q.   What about No. 18?

18  A.   This is for the GUI, so the GUI is just another

19  way to edit the inputs to the model.  And so we

20  improved the GUI.  We added some more parameters to

21  the GUI and also allowed the GUI to be run in batch

22  mode.

23  Q.   Does this have any impact on the Tenkiller

24  modeling results?

25  A.   No.

1  Q.   What about No. 19, sir?

2  A.   Number 19 has to do with calculations of flow

3  over spillways or gates or pipes when you have a

4  sloping river section.  We felt this was an

5  improvement in specifying the water surface at the

6  end of a grid point.

7         This would not have affected the Tenkiller

8  model because we didn't have any sloping river

9  sections in our model.

10  Q.   Finally, No. 20, sir?

11  A.   Number 20, we all know that Windows 7 has come

12  out, and the compiler we were using for the model

13  before had some problems with Windows 7, so this was

14  an update to allow the model to be run in Windows 7.

15  Q.   This exhibit is actually a printout from a web

16  page that you maintain for this model, correct?

17  A.   That's correct.  Anybody can download this.

18  Q.   So these are all enhancements that you chose to

19  provide to other users for the model you maintain?

20  A.   That's correct.

21  Q.   So you're very familiar with all these

22  enhancements?

23  A.   Yes.

24  Q.   In your opinion, would any of them have an

25  impact on your Tenkiller modeling?

1  A.   Not on the results of the model, no.

2  Q.   Now, I want to change subjects a little bit and

3  touch on the issue concerning a model replication

4  test and whether or not your model could pass a

5  replication test.

6         Would you please look at with me, sir,

7  Demonstrative Testimony Exhibit 434.  Do you have

8  that, sir?

9  A.   Yes, I do.

10  Q.       "QUESTION:  And have you heard of the term

11  'replication test'?

12         "ANSWER:  Well, yes.  Basically that's what

13  we did.  Out of frustration, actually, that we

14  couldn't reproduce the results, we backed up and

15  said, let's see if we can take this model, same

16  input file, same model, run it once on the computer

17  and then run it again, same thing, and see if we get

18  the same answer twice in a row.  And, in fact, we

19  tried that, and to our surprise, we got different

20  results the second time.

21         "QUESTION:  How significant were the

22  differences between the consecutive model runs and

23  your replication tests?

24         "ANSWER:  Well, it depends on the parameter

25  one looks at, and it depends on what point in time

1   and what's space on the lake.  So it depends.

2           "But I think that really the overarching

3   issue to me is that the scientific community would

4   simply not -- simply accept the results from any

5   model if the model couldn't -- if the results were

6   not capable of being replicated.  That's just not

7   consistent with the scientific method."

8           Now, I've just quoted to you, Dr. Wells,

9   testimony from Dr. Bierman in this case.  Do you

10  agree with Dr. Bierman's testimony?

11  A.   No, I don't.

12  Q.   Would you please explain to the court why.

13  A.   Well, the model -- Dr. Bierman, in his

14  testimony, talked about -- I think he used

15  temperature as an example where he ran replicate

16  tests, and the model tests that he ran that were in

17  his considered materials didn't show substantial

18  variation in temperature between multiple runs.

19  Q.   Did you actually look at those runs yourself

20  that were in his considered materials --

21  A.   Yes, I did.

22  Q.   -- where he did this replication analysis?

23  A.   Yes.

24  Q.   Sir, would you look with me as to Demonstrative

25  419.  Did you prepare this demonstrative?

1  A.   Yes, I did.

2  Q.   Would you please explain to the court what

3  we're looking at here.

4  A.   First of all, let me mention that I took a

5  spreadsheet from Bierman's considered materials

6  which was his test run for my latest calibration,

7  which was run 400.  I assume this is the basis for

8  what he used in his testimony about temperature

9  variations.

10         And if you look on the legend, there are

11  three graphs there, T_Wells is the original model

12  run for the temperature leaving Tenkiller

13  Reservoir.  And then apparently Dr. Bierman ran two

14  other runs, which are in green and red, as tests to

15  see about reproducibility.

16  Q.   Let me make sure I understand this.  The blue

17  lines are what?

18  A.   The blue line would be the original run for a

19  hundred of temperature, predicted leaving Tenkiller

20  Dam over the period of simulation from January 2005

21  through September 2007.  And the green and the red

22  would be replicate runs done by Dr. Bierman.

23  Q.   So the replication test on temperature had to

24  do with water that was leaving Lake Tenkiller

25  through the dam?

1  A.   Yeah, through a spillway, powerhouse and, yeah,

2  through the dam.

3  Q.   Well, let me ask you this, then, sir.  I notice

4  that sometimes the chart seems to go right to the

5  bottom, like between 300 and 500 Julian day.

6  A.   Yeah.  In this particular output file that we

7  have written out for the W2 model, whenever there

8  was no flow out of the dam, we set the temperature

9  to zero, just to let people understand that the

10  model was not predicting any temperature leaving the

11  dam because there was no flow leaving the dam.

12  Q.   So what does it mean by Julian day there along

13  the X axis?

14  A.   Julian day is just the days of the year, 1 to

15  365, if it's a regular non-leap year.  And basically

16  day zero or day one would be January 1 of 2005.  So

17  365 would be January 1 of 2006, etcetera.  So we're

18  looking at, oh, close to two and a half, two and

19  three-quarter years of simulations of temperature

20  leaving the Tenkiller Dam.  And when it goes to

21  zero, there is no flow leaving the dam.  So that's

22  why it's going up and down significantly.

23  Q.   What is the Y axis?

24  A.   The Y axis is temperature.  And I tried to blow

25  this up as much as I could to have it fit on the

1  graph so that you could discern differences.

2  Q.   Well, can you tell me, sir, what this analysis

3  shows?

4  A.   Well, if you look carefully -- I'm not sure if

5  you can see it on the screen.  If you had a higher

6  resolution screen, maybe you could see the

7  differences more clearly.  But whenever you see red

8  or green peeking out behind the blue, there's a

9  difference between the replicate run and the run

10  that I submitted to Dr. Bierman in my considered

11  materials.  There you go.

12        And so in this particular case, you see a

13  little bit of -- in this image that's on the screen

14  a little bit of green and a little bit of red.

15  Whenever those pop up, like right there, it shows

16  there's a difference between the tests that he did.

17        Now, it shows that the numbers are not

18  exact to the nth decimal point, but the model

19  results are all the same.  They do not predict

20  something different.  And there are many reasons why

21  there might be even small variations between these

22  replicate tests that we investigated.

23  Q.   Do you have an opinion as to why there would be

24  minor variations such as we're seeing here?

25  A.   Yes.  There are probably five reasons, some of

1   which are not independent from one another.

2   Q.   What are those?

3   A.   First of all, one reason could be if a modeler

4   compiles the code on their own using their own

5   Fortran compiler, they could make mistakes in

6   setting up the compiler.  When we see differences in

7   reproducibility, sometimes it's because of

8   inexperience of the model user in not knowing how to

9   do the Fortran compiler setup correctly.  So that's

10  one.

11  Q.   Are there any others?

12  A.   Yes.  Also, we found that when using the

13  multiple processors, in Fortran we use a type of

14  code called OpenMP, O-P-E-N, M-P, which allows the

15  code to use multiple processors.

16          Now, when we did the Tenkiller model, we

17  used Intel compiler version 10.  Intel produces a

18  compiler that takes our instructions and produces an

19  executable.

20          And during that period of time, Intel was

21  -- this may be a little technical, but they were

22  what they call statically linking the OpenMP

23  compiler routines into the executable, which means

24  that when you compile the code for a specific PC or

25  on your own PC -- you didn't understand me?

1   Q.   No, I'm going to let some other people

2   cross-examine you on that point.

3   A.   What it did is it would work well on that

4   particular host PC.  When you conveyed it to another

5   PC, it's possible, then, that you're getting some

6   slight replication errors because you didn't compile

7   the code on that host PC.

8         Now, since then, in version 11 of the Intel

9   compiler, they've changed how they dealt with those

10  OpenMP commands, and they no longer, as a default,

11  allow the static linking.

12        So what they're doing now is what they call

13  dynamic linking -- I'm sure everybody is with me --

14  which basically means that when someone executes

15  code on their own PC, it generates these commands

16  for the local PC rather than for the PC that it was

17  compiled on.

18  Q.   So these minor differences in compiler methods

19  would account for the minor differences we're seeing

20  here, perhaps?

21  A.   Yes.   Then there's some related issues.   Once

22  you have these minor differences, you get round-off

23  error in terms of the precision of the numbers that

24  you output to an output file.  You also can get

25  differences in the output, exact output time that

1    the model is outputting.  So there's some issues

2    associated with that.

3    Q.   Now, what you've documented on this

4    Demonstrative 419 are the differences that

5    Dr. Bierman came up with when he did the replication

6    analysis, correct?

7    A.   Yes.  Based on his direct testimony, he talked

8    about the temperature issue, and this apparently is

9    what he was referring to.

10   Q.   Do you have an opinion as to whether the

11   differences that are documented by Dr. Bierman and

12   then shown on this exhibit have any impact on the

13   results of the water quality modeling for Lake

14   Tenkiller?

15   A.   No, I do not.  Also, for the reason that even

16   if you look at reproducibility of actual temperature

17   measurements, in the state of Oregon, they claim

18   that you cannot measure temperature to within .3

19   degrees C.  If you took two different thermometers

20   and put them in the water body, if there's a

21   difference between .3 degrees C, they relate that to

22   just the lack of reproducibility in a normal

23   temperature measurement.

24   Q.   I want to rewind that last question again.  I

25   asked you whether you had an opinion as to whether

1  these differences, I think -- maybe I didn't follow

2  my question too well.  But what I thought I asked

3  you was:  Do you have an opinion as to whether these

4  differences that you've documented here would have

5  an impact on the modeling results?

6  A.   Yes, I have an opinion.

7  Q.   What is that opinion?

8  A.   That these are of such a small consequence that

9  they would not have affected the results of the

10 model.

11 Q.   I want to change topics on you, Dr. Wells, and

12 I want to talk to you about Dr. Bierman's opinion

13 where he claimed that there were problems with the

14 SRP data that Dr. Engel provided you, and that those

15 problems affected your modeling results.

16         Would you please look with me, if you

17 would, sir, on Demonstrative Testimony 435.

18 A.   Yes.

19 Q.        "QUESTION:  Where did Dr. Wells get his

20 soluble reactive phosphorus loads?

21         "ANSWER:  Those loads were also computed by

22 Dr. Engel.

23         "QUESTION:  And did you review those

24 computations?

25         "ANSWER:  Yes.

1      "QUESTION:  Did you review the primary data

2  from which Dr. Engel made those computations?

3      "ANSWER:  Yes, I did.

4      "QUESTION:  What did you find as a result

5  of that investigation?

6      "ANSWER:  The SRP loads that Dr. Engel

7  computed were also incorrect."

8      Now, do you agree with Dr. Bierman's

9  testimony that I just read to you?

10  A.  No, I don't.

11  Q.  And would you please explain why you do not

12  agree.

13  A.  Well, for a couple of reasons.  Dr. Engel today

14  testified that perhaps Dr. Bierman made some

15  mistakes in the use of the LOADEST model in

16  computing these loads to the model.  And, secondly,

17  even if Dr. Engel made a mistake in his LOADEST

18  model, we actually didn't use Dr. Engel's model all

19  by itself.

20  Q.  What did you do?

21  A.  We used actual data when it existed.

22  Q.  Let me show you as a matter of a demonstrative

23  State of Oklahoma Exhibits 5406, 5409 and 5412.  Do

24  you have those before you, sir?

25  A.  Yes, I do.

1  Q.   Are you familiar with these three graphs?

2  A.   Yes, I am.

3  Q.   Where do these graphs come from?

4  A.   These are from my expert report.

5  Q.   Would you please explain to the court what

6  these graphs are.  I want you to maybe just

7  generally explain what the information is, overview

8  first.

9  A.   These are graphs of the soluble reactive

10  phosphorus or orthophosphorus data and what was used

11  in the model during the calibration period for the

12  three different systems.  The Illinois River is

13  Exhibit 5406.  5409 would be the Barren Fork.  And

14  Exhibit 5412 would be the Caney Creek.

15  Q.   Now, for all three of these exhibits, do they

16  use the same data as far as what -- the

17  representation as the colors and shapes?

18  A.   Yes.  The representation of colors, for

19  example, the purple line is what we actually used in

20  -- as input to the W2 model.  Then the discrete

21  points are actual field data taken at that

22  location.

23  Q.   How does this information relate to the

24  information you got from Dr. Engel and the work --

25  and the information you actually used for SRP as

1  inputs to your model?

2  A.   Well, basically we received a regression line

3  from Dr. Engel, which would be the solid line.   Then

4  we altered it to reach out and grab data points when

5  they existed.   And I can't remember exactly whether

6  we reached out and grabbed the data points several

7  days before and then several days after, gradually

8  went back to the original regression line.   But

9  whenever data existed, we used that data.

10  Q.   Now, let's assume, arguendo, that Dr. Bierman

11  is correct, and Dr. Engel made a mistake on his

12  regression analysis for SRP.   Based on what you did,

13  would that have a substantial or material effect on

14  your modeling?

15  A.   I don't think it would have made much

16  difference in the adjustment of the particular

17  correlation line that was used, because as we can

18  see, the field data do tend to match that line even

19  as it is right now.

20  Q.   So did you use this actual data to verify the

21  regression analysis?

22  A.   Yes, we did.   This was one of our checks.

23  Q.   Now, Dr. Wells, I want to change topics again

24  on you, and I want to talk to you about

25  Dr. Bierman's opinion that assuming that Dr. Engel's

1  outputs were flawed for some reason, your modeling

2  results would also be flawed.

3          And I would like for you to look at

4  Demonstrative 436, Testimony Demonstrative 436 taken

5  from Dr. Bierman's testimony.  Do you have that,

6  sir?

7  A.   Yes, I do.

8  Q.       "QUESTION:  Doctor, based on your review of

9  the modeling work of Dr. Wells, do you have an

10 opinion as to whether Dr. Wells' modeling results

11 provide a realistic and reliable representation of

12 water quality for the lake for either current,

13 historical or future conditions?

14          "ANSWER:  Yes, I do.

15          "QUESTION:   What is that opinion?

16          "ANSWER:  The water quality computed by

17 Dr. Wells' model for his calibration period, those

18 results are flawed due to the flawed and unreliable

19 inputs for total phosphorus and soluble reactive

20 phosphorus provided to Dr. Wells by Dr. Engel...

21          "For all of Dr. Wells' forecast scenarios

22 and predictions, as well as his 100-year hindcast,

23 he used the flawed and unreliable outputs,

24 predictions, from Dr. Engel's flawed models.

25 Therefore, all of Dr. Wells' forecast results and

1   hindcast results are similarly flawed and

2   unreliable."

3           Now, let's assume that Dr. Bierman is

4   correct.  Clearly the State is not conceding that by

5   any means, but let's assume that's correct, that

6   there was flawed total phosphorus data provided to

7   you by Dr. Engel and flawed soluble reactive

8   phosphorus data provided by Dr. Engel.  Do you agree

9   that that would affect -- make your models unable to

10  predict water quality?

11  A.   No.

12  Q.   And why is that?

13  A.   Well, first of all, it's quite clear that the

14  model does represent current conditions in the

15  lake.  The cycle of stratification and oxygen

16  depletion are quite realistic compared to field

17  data.

18  Q.   This was actual data that was collected by

19  Dr. Wells -- not Dr. Wells -- Dr. Welch and

20  Dr. Cooke validate the model, so to speak?

21  A.   They computed some independent calculations of

22  oxygen uptake in the hypolimnion and habitat

23  availability for fish.  And independent of their

24  work, the model corroborated their calculations.

25  Q.   Okay.  Are there any other reasons why you

1  would disagree with Dr. Bierman's opinion?

2  A.   Yes.  The lake model really is independent, as

3  was brought out during my direct testimony and my

4  cross.  It is just looking at phosphorus coming down

5  Tenkiller -- or down the Illinois, Barren Fork or

6  Caney Creek, and it's responding to that.

7        So the lake model itself is looking at how

8  changes in phosphorus loading coming into the system

9  affect water quality in the lake.

10       So it's really independent of what's

11  happening up in the watershed.  It is just looking

12  at the response of the lake.  And I think that's the

13  big question for this court is can Tenkiller Lake be

14  improved by reductions in phosphorus in the

15  watershed.

16 Q.   So regardless of whether Dr. Engel

17 overestimated or underestimated on his scenario the

18 potential reduction by 10 or 15 percent, does your

19 model still have an answer for this court as to

20 whether or not the lake would be improved if

21 phosphorus inputs to the lake were reduced?

22 A.   Yes.  If phosphorus inputs to the lake were

23 reduced, the model predicts, and I stand behind the

24 result, that Tenkiller water quality would improve.

25 Q.   What about the other side of the coin, assuming

1  that additional phosphorus increases to the lake,

2  what does your water quality model of the lake

3  indicate?

4  A.   It would indicate that the water quality and

5  oxygen conditions would get worse in Tenkiller

6  Reservoir.

7           MR. PAGE:  Your Honor, I pass the witness.

8           THE COURT:  Given that we're not going to

9  complete him by 5:30 -- is that a fair assumption?

10           MR. PAGE:  I'm finished with Dr. Wells.  I

11  do not know what the cross-examination or potential

12  redirect would be.

13           THE COURT:  I need to know.  I've got

14  another matter that's apparently more or less an

15  emergency that I need to address.  What's the best

16  estimate?  Can we finish here by 5:30?

17           MR. EHRICH:  I'll do my best.  I think so.

18           MR. PAGE:  This witness will be here in the

19  morning.  I'm happy to bring him back.  He missed

20  his flight.  He can't make the flight now.

21           (Off-the-record discussion was had.)

22           THE COURT:  We'll be in recess.

23           MS. MOLL:  Your Honor, may I be heard?  It

24  will take one minute.

25           THE COURT:  All right.

1          MS. MOLL:  Forgive me, Judge.

2          THE COURT:  Fine.

3          MS. MOLL:  Defendants' request to put on

4   surrebuttal testimony by Dr. Connolly was requested

5   and granted with some dispatch.  I think if they're

6   going to request leave to put on surrebuttal by

7   Dr. Bierman, the State would request that they, just

8   as we did on the 13th with our proposed rebuttal,

9   that they do the same for Dr. Bierman if they're

10  going to pursue it.

11          THE COURT:  Will any further surrebuttal be

12  pursued?

13          MR. GEORGE:  We're going to evaluate that

14  tonight.  We'll be happy to communicate that to the

15  court and the plaintiffs as soon as we have

16  consensus on our side, but I cannot do that at this

17  moment.

18          THE COURT:  Please.

19          MS. MOLL:  That's fine.  As was done with

20  respect to the State when we were required to do so,

21  we had a limited number of hours to put that

22  together, and I guess I would ask for the

23  goose-gander rule to be invoked here.

24          THE COURT:  Absolutely.  Of course, this is

25  a slightly different scenario.  But by what time

1    could that be done, in all fairness?

2          MR. GEORGE:  By 8:00 this evening.

3          MS. MOLL:  That will be fine.

4          THE COURT:  Let's do that.  By the way, I

5    like the fact that the Doctor can actually spell

6    Barren Fork correctly.

7          (End of proceedings.)

8                REPORTER'S CERTIFICATE

9    I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT

10   TRANSCRIPT OF THE PROCEEDINGS IN THE ABOVE-ENTITLED

11   MATTER.

12

13                        S/Terri Beeler
                          Terri Beeler, RMR, FCRR
14                        United States Court Reporter

15

16

17

18

19

20

21

22

23

24

25