IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA


STATE OF OKLAHOMA, ex rel,  )
W.A. DREW EDMONDSON, in his  )
capacity as ATTORNEY GENERAL )
OF THE STATE OF OKLAHOMA,    )
et al.                       )
                       )
         Plaintiffs,   )
                       )
vs.                     )  No. 05-CV-329-GKF-PJC
                       )
TYSON FOODS, INC., et al.,  )
                       )
         Defendants.   )


VOLUME 97 – AM

TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

JANUARY 25, 2010

BEFORE GREGORY K. FRIZZELL, U.S. DISTRICT JUDGE


*REPORTED BY:*          *BRIAN P. NEIL, CSR-RPR, RMR, CRR*
                        *United States Court Reporter*

```
 1                    A P P E A R A N C E S

 2

 3   For the Plaintiffs:          MR. W.A. DREW EDMONDSON
                                  MS. KELLY FOSTER
 4                                Office of Attorney General
                                  State of Oklahoma
 5                                313 N.E. 21st St.
                                  Oklahoma City, OK  73105
 6

 7                                MR. DAVID RIGGS
                                  MR. DAVID P. PAGE
 8                                MR. RICHARD T. GARREN
                                  Riggs Abney Neal
 9                                Turpen Orbison & Lewis
                                  502 W. 6th Street
10                                Tulsa, OK 74119

11
                                  MR. ROBERT A. NANCE
12                                MS. KELLY FOSTER
                                  Riggs Abney Neal
13                                Turen Orbison & Lewis
                                  5801 Broadway
14                                Oklahoma City, OK 73118

15
                                  MR. LOUIS W. BULLOCK
16                                MR. ROBERT BLAKEMORE
                                  Bullock Bullock &
17                                Blakemore
                                  110 W. 7th St.
18                                Suite 770
                                  Tulsa, OK 74119
19

20                                MR. FREDERICK C. BAKER
                                  MS. ELIZABETH CLAIRE XIDIS
21                                MS. INGRID L. MOLL
                                  Motley Rice LLC
22                                28 Bridgeside
                                  P.O. Box 1792
23                                Mount Pleasant, SC 29465

24

25
```

**United States District Court**

```
 1                 A P P E A R A N C E S  (Cont.)

 2

     For Tyson Foods:          MR. ROBERT W. GEORGE
 3                             Tyson Foods, Inc.
                               2210 West Oaklawn Drive
 4                             Springdale, AR 72701

 5

                               MR. FRANK R. VOLPE
 6                             MR. MARK D. HOPSON
                               MR. THOMAS C. GREEN
 7                             MR. JAY THOMAS JORGENSEN
                               MR. GORDON D. TODD
 8                             ERIC J. IVES
                               CARA R. VIGLUCCI LOPEZ
 9                             Sidley Austin LLP
                               1501 K St. NW
10                             Washington, DC 20005

11

                               MR. PATRICK MICHAEL RYAN
12                             Ryan Whaley Coldiron and
                               Shandy PC
13                             119 N. Robinson, Rm 900
                               Oklahoma City, OK 73102

14

15

     For Cargill:              MR. JOHN H. TUCKER
16                             MS. THERESA HILL
                               Rhodes Hieronymus Jones
17                             Tucker & Gable
                               100 W. 5th St., Ste 400
18                             Tulsa, OK 74103

19                             MR. DELMAR R. EHRICH
                               MS. KRISANN KLEIBACKER LEE
20                             Faerge & Benson
                               90 S. 7th St., Ste 2200
21                             Minnaepolis, MN 55402

22

23   For Simmons Foods:        MR. JOHN R. ELROD
                               MS. VICKI BRONSON
24                             Conner & Winters
                               211 E. Dickson St.
25                             Fayetteville, AR 72701
```

11281

```
1              A P P E A R A N C E S  (Cont.)

2

3    For Peterson Farms:          MR. A. SCOTT MCDANIEL
                                  MR. PHILIP HIXON
                                  MS. NICOLE LONGWELL
4                                 McDaniel Hixon Longwell &
                                  Acord PLLC
5                                 320 S. Boston, Ste 700
                                  Tulsa, OK 74103
6

7

8    For George's:               MR. GARY V. WEEKS
                                  MR. WOODY BASSETT
                                  MR. VINCENT O. CHADICK
9                                 MS. K.C. TUCKER
                                  Bassett Law Firm
10                                P.O. Box 3618
                                  Fayetteville, AR 72702
11

12

13   For Cal-Maine:              MR. ROBERT SANDERS
                                  Young Williams P.A.
                                  P.O. Box 23059
14                                Jackson, MS 39225

15

16                                MR. ROBERT P. REDEMANN
                                  Perrine McGivern Redemann
                                  Reid Berry & Taylor PLLC
17                                P.O. Box 1710
                                  Tulsa, OK 74101
18

19

20

21

22

23

24

25
```

**United States District Court**

1                          I N D E X

2

3                                                      Page

4

5    *REBUTTAL WITNESSES ON BEHALF OF THE PLAINTIFFS*

6

7    **BERNARD ENGEL, PH.D.**

Direct Examination by Mr. Page                11283
Cross-Examination by Mr. George               11382

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   ────────────────────────────────────────────────

1                     Monday, January 25, 2010

2                            * * * * *

3             THE COURT:  Rebuttal.

4             MR. PAGE:  Yes, Your Honor.  The state

5    would call Dr. Engel.

6                  **BERNARD ENGEL, PH.D.,**

7    ***after having been first duly sworn, says in reply to***

8    ***the questions propounded as follows, to-wit:***

9             THE COURT:  Doctor, could you once again

10   state your name for the record, please?

11            THE WITNESS:  Sure.  Bernard Engel.

12            THE COURT:  Mr. Page.

13            MR. PAGE:  Thank you, Your Honor.  Good

14   morning.

15            THE COURT:  Good morning.

16                 **DIRECT EXAMINATION**

17   **BY MR. PAGE:**

18      Q.   Good morning, Dr. Engel.

19      A.   Good morning.

20      Q.   Dr. Engel, in preparation for your testimony

21   today, have you reviewed and read Dr. Bierman's

22   testimony in this case?

23      A.   Yes.

24      Q.   Okay, sir.  Today I'd like to -- this morning

25   I'd like to review with you some of the testimony that

1    Dr. Bierman gave in this case.  The first area I'd

2    like to talk to you about is Dr. Bierman's testimony

3    concerning the omitted HRUs that were part of your

4    modeling effort.

5              MR. PAGE:  Can we have testimony slide

6    or Demonstrative 420, please?

7        Q.  *(BY MR. PAGE)*  And in front of you,

8    Dr. Engel, there's a set of all of these slides.  So

9    you might want to look at the first one.

10             (Discussion held off the record)

11       Q.  *(BY MR. PAGE)*  Dr. Engel, I want to read to

12   you some of Dr. Bierman's testimony in this case?

13             "ANSWER:  [Engel] independently confirmed

14   that his models give the same answer whether he

15   includes the entire watershed or leaves half of it

16   out.

17             "QUESTION:  And what percentage of the total

18   land area in the watershed did Dr. Engel omit from his

19   report?

20             "ANSWER:  Fifty-four percent."

21             Now, Dr. Engel, do you agree with

22   Dr. Bierman's testimony?

23       A.  No.

24       Q.  What is it that you disagree with, sir?

25       A.  Well, first, I did input all of the data for

1    all of the watersheds into the model.  So all of the

2    data representing all of the HRUs were inputted into

3    the model and the model was run.  During the

4    calibration of the model, inadvertently there were a

5    group of the data that were not calibrated because as

6    the model was being calibrated it only looked at the

7    first nine hydrologic response units or HRUs.  These

8    would be unique combinations of land use and

9    management that were being be model by the GLEAMS

10   model.

11        So these were inadvertently -- the ones

12   beyond nine in these watersheds were inadvertently

13   left out and were not calibrated.  The data was there,

14   they were there when the model was run subsequently,

15   but those remaining HRUs were not calibrated during

16   the phosphorus calibration process.

17   Q.    But all of the data had been inputted; that

18   is, for all 50 HRUs, had been inputted into the GLEAMS

19   model?

20   A.    Yes.

21   Q.    But the omission occurred during the

22   calibration process; is that correct?

23   A.    Correct.

24   Q.    Okay.  Now, what was the result then, sir, of

25   the omission of not calibrating all 50 of the HRUs,

1    even though all of the data from all 50 HRUs was put

2    in the model?

3        A.   So the result would have been a calibration

4    of only 27 of the 50.  Those would have -- as a result

5    of not considering the remainder of the HRUs during

6    that calibration would have calibrated incorrectly and

7    there would have been some 23 HRUs.  That data was not

8    modified during calibration because the algorithm did

9    not look at those for calibration purposes.

10       Q.   Now, this omission of about 23 of the 50 HRUs

11   of calibration, did this affect the modeling results?

12       A.   Yes, it did.

13       Q.   Okay.  Now, sir, then do you agree with

14   Dr. Bierman's characterization that you got

15   approximately the same results even though you left

16   out one-half of the HRUs?

17       A.   I would disagree with that.

18       Q.   And would you please explain that, sir?

19       A.   Certainly.  So when I did put the HRUs in and

20   calibrate this again, the results did change, so the

21   results were similar, they were not identical in this

22   particular instance.  Part of that was because during

23   calibration we're trying to adjust the inputs to the

24   model within a range so that they better match the

25   observed data.

1          And if we start with values of these

2     coefficients that are modified during calibration that

3     are within reasonable ranges and are good estimates,

4     changing the -- changing those during calibration may

5     result in relatively small changes to the overall

6     model output.

7          So in this particular instance, we had good

8     data, I'm experienced with the model having worked

9     with it some 23 years on more than 50 applications,

10    and based on my experience, you know, we didn't adjust

11    some of these parameters, coefficients, to a great

12    extent during calibration.  So results were somewhat

13    similar but they certainly were different.

14       Q.   Now, when you discovered this error of the

15    missing HRUs during the calibration process, what did

16    you do?

17       A.   Well, so when I discovered that they were

18    missing, I had to go back and recalibrate the model so

19    that it included those missing 23 HRUs.  So it used

20    the same process as before, except that the missing 23

21    HRUs were now calibrated this time.  And so by

22    including those in the total calibration mix, it

23    changed the way the 27 HRUs were also calibrated

24    because of the additional information that was

25    considered during the calibration.

1    Q.   Now, when you completed that recalibration,

2    did you create new coefficients for your routing or

3    the in-stream part of your model?

4    A.   Yes.  And let me explain.

5         So the in-stream model that takes phosphorus

6    from edges of fields and from wastewater-treatment

7    plants and moves that downstream to the three gauging

8    stations nearest Lake Tenkiller -- and those would be

9    the stations near Tahlequah and the Illinois River,

10   near Eldon on the Barren Fork and on Caney Creek -- so

11   the routing equation uses GLEAMS outputs.  So the

12   phosphorus predicted by GLEAMS to reach the edge of

13   the field, it uses that as one of the inputs and it

14   uses wastewater-treatment plant as one of the inputs.

15        So when I had to recalibrate GLEAMS, that

16   changed the GLEAMS phosphorus that was predicted and,

17   so therefore, it was necessary for me to in that

18   instance modify my routing model, modify those

19   coefficients.

20   Q.   Now, Dr. Engel, during Dr. Bierman's

21   examination, Dr. Bierman suggested that you or

22   methods; that is, the methodology that you employed

23   for modeling in the IRW, allowed you to alter

24   coefficients in your model so that there was nothing

25   wrong when he altered the coefficients of your model

1    when he did his tests.

2            Could we -- would you please turn to

3    Demonstrative 421, which is testimony slide No. 2,

4    please?

5            Now, Dr. Engel, this is from Dr. Bierman's

6    testimony:  "The Court:  And you believed you were

7    free to alter the coefficients because that was part,

8    in your view, of Dr. Engel's model because he felt

9    free to alter the coefficients; is that a fair

10   layman's observation?

11               "The Witness:  It is, sir.  We both

12   calibrated the same model.  He calibrated his and I

13   calibrated his."

14           Now, Dr. Engel, using your methodology, were

15   you free to alter your coefficients of the routing

16   model?

17       A.  No.

18       Q.  Did you freely alter the coefficients of your

19   routing model?

20       A.  No.  The only time that I had to change those

21   was when I had to recalibrate my GLEAMS model because

22   GLEAMS provided inputs into the routing model.  If it

23   had been not for that mistake, the routing model would

24   have been calibrated once and only once.

25       Q.  Okay.  Now, you ended up in this case

1    calibrating the GLEAMS model twice, correct, because

2    of the HRU problem?

3        A.    Correct.

4        Q.    Okay.  And so then you recalibrated the

5    routing model how many times?

6        A.    So I had to recalibrate the model -- well, I

7    calibrated the routing model once initially with the

8    incorrect GLEAMS inputs.  And so when I discovered and

9    corrected the GLEAMS because of this HRU calibration

10   mistake, since GLEAMS is an input into the

11   calibration -- or into the routing model, I had to

12   subsequently modify the routing coefficients in the

13   routing model.  So they were set once initially

14   incorrectly and then they were set the second time

15   with the corrected GLEAMS inputs.

16       Q.    Okay.  So once you finished recalibrating the

17   GLEAMS model, what did you do?

18       A.    Well, so when I -- once I had finished

19   recalibrating the GLEAMS model, the results of the

20   GLEAMS model became one of the inputs into the routing

21   model, the wastewater treatment was the second of

22   those inputs, and then I used a computer program to

23   identify the routing model coefficients that uniquely

24   described the Illinois River situation based on

25   substantial observed phosphorus loads at the three

1    gauging stations nearest Lake Tenkiller and using the

2    GLEAMS outputs of phosphorus in the wastewater

3    treatment effluent discharge data.

4        Q.   Now, Dr. Engel, I just want to make sure this

5    is perfectly clear.

6             After you discovered the HRU mistake and you

7    recalibrated the GLEAMS model and the routing model,

8    did you ever recalibrate or in any way change the

9    coefficients for the routing model for the rest of the

10   work you did in this case?

11       A.   No.

12       Q.   Did you ever recalibrate or change the

13   coefficients when you did your model predictions?

14       A.   No.  So once the model was calibrated the

15   second time -- the routing model calibrated the second

16   time, as you would do in hydrologic water quality

17   modeling, the coefficients remained fixed.  So

18   following calibration, these remained fix for a

19   validation period and would remain fixed for any

20   subsequent modeling prediction.  So one would not

21   alter those because that would change reality and

22   would represent a different set of conditions that

23   didn't exist.

24       Q.   And is that what you did, what you just

25   described there, about after you calibrate to maintain

 1   then the coefficients, is that standard practice in

 2   watershed modeling procedures?

 3       A.   Yes.

 4       Q.   Now, Dr. Engel, I want to turn now to

 5   Dr. Bierman's claim that you did not have specific

 6   numerical values for these routing model coefficients

 7   in your report.

 8           Would you please turn with me, sir, to

 9   Demonstrative 422, which is testimony slide No. 3?  Do

10   you have that, sir?

11       A.   Yes.

12       Q.   Question to Dr. Bierman:  "You recalibrated.

13   So you changed the model, did you not?

14           "ANSWER:  In my opinion, I didn't change the

15   model; I recalibrated the model.

16           "QUESTION:  When you recalibrated the model,

17   you changed the routing coefficients, at least some of

18   them, for that model, did you not?

19           "ANSWER:  I changed the coefficients, but in

20   my opinion, that's not changing the model.  Because in

21   Dr. Engel's expert report on page D-21, he presents

22   what he represents as his routing model.  The routing

23   model, as represented in his expert report, it doesn't

24   have specific numerical values attached to the

25   coefficients A, B, C, or P accumulation.

1         "QUESTION:  So it's your testimony, sir, that

2    Dr. Engel -- if you changed the coefficients in

3    Dr. Engel's routing model, it (doesn't) change the

4    model?

5         "ANSWER:  It (doesn't) change the model; it

6    changes the site-specific application of the model."

7         Now, Dr. Engel, is Dr. Bierman being truthful

8    when he testified that your expert report does not

9    have specific numerical values attached to the

10    coefficients in your routing model?

11         MR. GEORGE:  Objection, Your Honor;

12    mischaracterizes the testimony that's actually on

13    slide, which is referencing a specific part of the

14    expert report on page D-21.

15         THE COURT:  Rephrase.

16    Q.  *(BY MR. PAGE)*  Does Dr. Bierman's statement

17    specifically truthfully characterize your expert

18    report concerning the specificity of routing model

19    coefficients?

20         MR. GEORGE:  Same objection, Your Honor.

21    The question as framed by the testimony he's rebutting

22    is with reference to page D-21.

23         THE COURT:  Sustained.  Rephrase.

24    Q.  *(BY MR. PAGE)*  Dr. Engel, does your expert

25    report actually provide the coefficients?

1      A.   Yes, it does.

2      Q.   Where?  You have a copy of your expert report

3   in front of you, sir.

4      A.   If I could look at that, I can locate them.

5   As I recall, they are on the subsequent page that

6   follows D-21 where the equation is presented.

7      Q.   So where in your expert report should we

8   look, sir?

9      A.   So it looks like page D-22 in the original

10  report, table 7, provides these coefficients.  So

11  table 7 is labeled "coefficients for P load routing

12  models."  Some of these coefficients were subsequently

13  modified, as I described earlier, as a result of the

14  errata report.  And so these are provided in the

15  errata report --

16     Q.   Is that also there in front of you, sir?

17     A.   Yes, it is.  And I'm thumbing through the

18  pages here.  Just a moment.

19          Looks like in the errata, those are in -- on

20  page 45, again table 7, with the same name so they

21  would appear there.  So these would be the corrected

22  and final routing equations -- or routing equation

23  coefficients.

24     Q.   So on the page following the page referenced

25  in Dr. Bierman's testimony, you provided the specific

 1    numerical values for your routing model, did you not?

 2        A.   Yes.

 3        Q.   And those values were modified because you

 4    found the HRU error, did you not?

 5                MR. GEORGE:  Objection; leading.

 6                THE COURT:  Overruled.  We've already

 7    been over it.  Go ahead.

 8                MR. PAGE:  Thank you, Your Honor.  I'll

 9    just proceed then.

10                THE COURT:  All right.

11        Q.   *(BY MR. PAGE)*  Dr. Engel, after you made the

12    errata and changed these coefficients, did you ever

13    modify these coefficients for your future work?

14        A.   No, I did not.

15        Q.   Okay.  Next, Dr. Engel, I want to ask you

16    about Dr. Bierman's opinion concerning his claim that

17    your routing model is not really a water quality

18    model.

19            Would you turn with me to Demonstrative 423,

20    which is testimony slide No. 4?  Do you have that,

21    Dr. Engel?

22        A.   Yes, I do.

23        Q.   "QUESTION:  You mentioned Dr. Engel's routing

24    model.  Is his routing model really a model, as you

25    would use that term?

1            "ANSWER:  I wouldn't call it a model.  I

2    would call it an empirical equation."

3            Do you agree with that opinion expressed by

4    Dr. Bierman?

5        A.   No.

6        Q.   Would you please explain why you disagree

7    with Dr. Bierman's opinion?

8        A.   Certainly.  So all models are made up of

9    equations so even models like GLEAMS, SWAT, CE-QUAL-W2

10   that Dr. Wells uses has a series of equations in it.

11   So models are made up of equations and really he's

12   making a distinction here where there's not a

13   difference to be made.

14           So this would be somewhat analogous to saying

15   that, you know, the Dalmatian that I have is not a dog

16   because it's a pet so it's both.  So the distinction

17   here is really not an appropriate distinction.

18           I guess expanding a little further on this,

19   he's also talking about, you know, this being an

20   empirical equation, you know, kind of the gold

21   standard with engineers and scientists when there's

22   observed data, and we can develop empirical equations

23   that use that observed site-specific data that's

24   preferred and we create an equation that does that.

25           So the routing model is certainly a model.

 1    In trying to drawing a distinction that it's not a

 2    model because it's an equation, that doesn't make a

 3    lot of sense.

 4        Q.   Now, you mentioned that this is a

 5    site-specific routing model.  What do you mean by

 6    that?

 7        A.   Well, because -- because I had the

 8    opportunity to use substantial observed phosphorus

 9    concentrations and flows and from that compute loads

10    and develop a regression equation, regression model

11    that linked phosphorus inputs into the stream from the

12    GLEAMS model and from wastewater-treatment plants and

13    connect that to the observed phosphorus loads, I was

14    able to take advantage of this substantial data that

15    existed within the Illinois River Watershed to develop

16    a site-specific empirical routing model in this

17    instance.

18        Q.   Now, the routing model covers the phosphorus

19    fate and transport from where to where?

20        A.   From several places.  So first, starting with

21    wastewater treatment, so the wastewater treatment

22    discharges into the streams so that would be one

23    location.

24           The second would be from GLEAMS from the

25    GLEAMS edge-of-field.  So that's input into the

1    routing model.  And the routing model then takes care

2    of the fate and transport of the phosphorus, whether

3    it be from wastewater treatment or from the GLEAMS

4    model at the edges of these fields, and transports

5    that taking into account all of the processes along

6    the way.  It does that implicitly.  So it doesn't

7    describe each one of those in detail, it describes

8    those based on the observed data here in the Illinois

9    River Watershed.

10        Ultimately, that phosphorus is delivered to

11   the gauging stations near Lake Tenkiller so it tells

12   how much and at what time.

13   Q.   And those three gauging stations are which?

14   A.   So, again, those would be the gauging station

15   at Tahlequah on the Illinois River, Barren Fork near

16   Eldon, and Caney Creek.  So these are the three

17   gauging stations closest to the lake.

18   Q.   Now, what question were you trying to answer

19   when you evaluated the fate and transport of

20   phosphorus from wastewater-treatment plant and GLEAMS

21   to these gauging stations?

22   A.   So the question that was being answered at

23   that stage was how much phosphorus reaches the gauging

24   stations that I just talked about and when does it get

25   there?  So the interest was really in the magnitude

1    and timing of this, and in this particular instance

2    the processes along the way and attribution of the

3    responsibility of various processes in that fate and

4    transport wasn't important.  I just cared that the

5    phosphorus got to the gauging stations, the amount,

6    and the timing.

7        Q.   So due to this question that you were

8    focusing on, did that influence the decision as to

9    whether or not you used the empirical routing model

10   versus a mechanistic model?

11       A.   Yes, it did.  So because I didn't need to

12   account and explicitly describe the uptake of

13   phosphorus by aquatic organisms along the way, I could

14   use this empirical equation based on observed data

15   that described the timing and amounts of phosphorus

16   reaching these gauging stations.  So it wasn't

17   necessary to describe explicitly these other

18   processes.

19       Q.   Okay.  Now, Dr. Engel, I want to change

20   subjects on you just a little bit again.  I want to

21   discuss with you Dr. Bierman's opinion that he simply

22   recalibrated your routing model rather than changed

23   your routing model.

24           If you would turn with me, sir, to

25   Demonstrative 424, which is testimony slide No. 5,

1    sir.

2            "QUESTION:  Doctor, after these loads were

3    increased and the model was rerun, did you compare the

4    results to the results of Dr. Engel?"

5            "Yes, I did the same thing here.  I -- with

6    my loads, I attempted to recalibrate Dr. Engel's

7    routing model."

8            "And how did these loads compare?"

9            "The -- wastewater-treatment plant load

10    was -- the load that I put in was, I think, 345 times

11    the load that Dr. Engel put into the model.  The

12    nonpoint source load was 15 times higher than his

13    nonpoint source load."

14            "And how did the results of the test compare,

15    observed versus predicted, with Dr. Engel's?

16            "ANSWER:  I was able to recalibrate

17    Dr. Engel's routing model for both of these cases, and

18    achieved R values that were equal to or better than

19    his."

20            Now, Dr. Engel, do you agree with

21    Dr. Bierman's testimony that he simply recalibrated

22    your routing model rather than change it?

23        A.    No.  I disagree with his statement.

24        Q.    And why do you disagree, sir?

25        A.    Well, by greatly altering the inputs into the

1    routing model and then changing the coefficients, that

2    didn't reflect reality.  So if in reality point

3    sources had increased 345 times, one would certainly

4    expect far more phosphorus to be reaching the gauging

5    stations.

6        Q.   Well, then would it be reasonable then, if

7    that was the case, to use the observed loads with

8    1/345th of the phosphorus being inputted into the

9    IRW?

10       A.   So this situation would not make sense.

11   Because, as I said, with 345 times more phosphorus

12   coming from this source, there would certainly be a

13   change in the observed phosphorus loads.  So in order

14   to create a relationship among these, we have to have,

15   you know, some ability to know that these are actual

16   observed loads of phosphorus for the conditions under

17   which we're developing the equation.  That was not the

18   case in this instance.

19       Q.   Are you familiar with the term "boundary

20   conditions" in the modeling jargon?

21       A.   Yes.

22       Q.   Does that -- does that concept apply to this

23   circumstance?

24       A.   Yes, it would.  And let me explain why that

25   would be the case.

1          So the other thing to note here is

2   that Dr. Bierman uncoupled my GLEAMS model from the

3   routing model, and so what he did is essentially

4   violate then this boundary condition that was in

5   place.  So in altering the nonpoint-source pollution

6   load some 345 -- or excuse me -- some 15 times, he

7   didn't rerun the GLEAMS model, you know.

8          He would have had a very difficult time

9   getting the GLEAMS model to predict this much

10  additional phosphorus.  I think you probably have to

11  have rainfalls of Biblical proportions to do what he

12  did here by altering the nonpoint-source inputs.

13         So by uncoupling and making this unrealistic

14  going into the model -- into the routing model we no

15  longer have reality.  We have a case that certainly

16  doesn't represent the Illinois River Watershed.  It

17  probably is a case that represents no place.

18     Q.   Dr. Engel, in your opinion, would a scientist

19  modeler ever unlink a model in the way Dr. Bierman

20  employed in this case and attempt to calibrate the

21  model using fictitious information?

22     A.   No.  I can't imagine that a scientist modeler

23  would do that.

24     Q.   Did Dr. Bierman calibrate the model in the

25  same way you did?

1      A.   No.

2      Q.   How so?

3      A.   I guess on several fronts.  So first, as I

4  talked about, the observed data really no longer

5  matched the expectations for what the inputs were

6  going into this.

7           Secondly, he had to alter the coefficients to

8  the routing model in ways that didn't make sense.  So

9  with these greatly increased phosphorus loads, in

10  order to make small amounts relative to the inputs

11  continue to come out at Barren Fork, Caney Creek, and

12  Tahlequah, it was necessary to make a substantial

13  amount of phosphorus essentially disappear.  There was

14  a term in the model that allowed that phosphorus to

15  disappear, if you will, by forcing it to be

16  accumulated in the stream system.

17           So by making these realistic -- or excuse

18  me -- by making these unrealistic coefficients and

19  forcing things to be unrealistic, he was able to

20  produce similar results but for a situation that no

21  longer represents the Illinois River Watershed.

22      Q.   Now, when Dr. Bierman changed these inputs,

23  did he actually use your model; that is, run your

24  model, to make a comparison of the outputs of these

25  hypotheticals to your model outputs?

1    A.    No.   And I guess let me explain a couple

2    things again.

3         So, again, first, he never ran the GLEAMS

4    model to produce the -- to produce the increased

5    nonpoint source loads.  And secondly, he didn't use my

6    model with my coefficients to route his changed inputs

7    to the routing model.  He altered the routing model

8    coefficients.

9    Q.    And for the other example that we've been

10   talking about, the 345 times increase of

11   wastewater-treatment plant, did Dr. Bierman have any

12   data discharge monitoring reports of any type that

13   would suggest that such a discharge was occurring in

14   the IRW?

15   A.    No.

16   Q.    And when he did put that type of a

17   wastewater-treatment plant input into the routing

18   model, did he change the routing model before he got

19   his results?

20   A.    Yes.  He altered the routing model, he

21   changed the coefficients so that he could lose

22   phosphorus and force that phosphorus to accumulate in

23   the stream network, and in other instances he had to

24   use coefficients that didn't make sense physically.

25   Q.    Okay.  Now, Dr. Engel, I'd like you to look

1    now at Demonstrative 425.  It's testimony slide 6.  Do

2    you have that, sir?

3        A.  Yes.

4        Q.  "QUESTION:  Isn't it true, sir, that when you

5    changed these coefficients, you created a different

6    routing model?

7            "ANSWER:  I disagree with that opinion.  It's

8    the same model, but the -- it's a different

9    calibration of the same model.  I guess we can get

10   hung up on semantics here.  So the terms -- I will

11   concede that my coefficients are different.  I should

12   also point out that Dr. Engel during his deposition

13   stated . . . these coefficients have no physical

14   meaning and there are no constraints on what values

15   they could take when he calibrated the model."

16           Now, Dr. Engel, do you agree with

17   Dr. Bierman's opinion that changing the coefficients

18   did not change your model?

19       A.  No.  It changed the model.

20       Q.  How so?

21       A.  Well, as the coefficients were changed, it

22   created a model that no longer represented the

23   Illinois River Watershed.  It represented some made-up

24   location, probably a location that doesn't exist.

25       Q.  Now, do you agree with Dr. Bierman's

1    characterization in this testimony "that these

2    coefficients have no physical meaning and there are no

3    constraints on what values they could take"?

4        A.    No.  I recall, at least on several occasions,

5    in my deposition that I did talk about, you know,

6    physical meaning tied to these, and also I did talk

7    about potential ranges of constraints.  Certainly one

8    would have to think through logically what values

9    these might take on and make sense.

10       Q.    Well, can you give us an example of the

11   coefficients having a physical restraint in your

12   model?

13       A.    Yes, certainly.  So one of the coefficients,

14   A, in the routing model describes the case when

15   there's no flow.  So if there's no flow reaching one

16   of the gauging stations, physics and logic would

17   dictate that the phosphorus load would need to be

18   awfully close, if not zero, so it should be very close

19   to zero.  And so the A coefficient in that particular

20   case should be very small, should be near zero, if

21   this routing model is to make sense.

22       Q.    Okay.  And did Dr. Bierman's circumstances,

23   when he changed the routing model and changed the

24   coefficients, did he change the A coefficient?

25       A.    There were several instances in which he did

1    change the A coefficient.  As I recall in one of those

2    instances, it took on a value of 140 kilograms per day

3    and I believe in another case maybe 90 kilograms per

4    day.

5         That would indicate, if one believed that

6    made-up model, that phosphorus was being delivered

7    when there was no flow on the -- of the magnitude of

8    140 kilograms per day.  So physics and logic again

9    would dictate that that simply doesn't make sense.

10        Q.   Are there other coefficients that also

11   represent physical processes -- that is, coefficients

12   that are in the routing model you have -- represent

13   other physical processes and are constrained in your

14   routing model?

15        A.   So there would be coefficients B and C that

16   describe the rates of transport of phosphorus through

17   the -- through the stream system so those would

18   describe rates.  And if those are modified in a way

19   that they no longer make sense in this particular

20   instance, those would be the mechanisms by which one

21   could potentially make phosphorus disappear, if you

22   will, or force that phosphorus to stay in the stream

23   and continue to accumulate to values that are

24   unrealistic in this particular case.

25        Q.   Now, Doctor, I want to speak with you now

**United States District Court**

1    about Dr. Bierman's testimony that no matter what P

2    inputs are used in your model; that is, phosphorus

3    inputs are used in your model, the model always

4    produces the same results and the use of his

5    sensitivity tests, that he called them, to achieve

6    that opinion.

7            Would you turn with me, sir, to Demonstrative

8    426, which is testimony slide No. 7?

9            "QUESTION:  What is it about Dr. Engel's

10   routing model that allows it to consistently produce

11   similar results, regardless of the changes in the

12   inputs?

13           "ANSWER:  Well, there are two things.  It's

14   an empirical statistical equation.  It does not

15   explicitly represent any of the physical, chemical and

16   biological processes that actually influence the

17   transport, fate, delivery, the journey, the pathway of

18   (the) phosphorus through the Illinois River stream and

19   network.  Another reason is that in each case when

20   Dr. Engel conducted his calibration and purported

21   validation, he compared what he called predicted loads

22   to observed loads.  What Dr. Engel did (in) his

23   predicted loads on the vertical axis were not

24   independently determined because he also used measured

25   USGS flows at the bottom of the watershed to determine

 1    the predicted loads on the Y axis."

 2              Now, Dr. Engel, do you agree with Dr. Bierman

 3    that you get the same results from your model

 4    regardless of the phosphorus inputs?

 5              MR. GEORGE:  Objection, Your Honor.

 6    That's the -- that's not the testimony that's cited in

 7    the answer.  The question mischaracterizes the

 8    testimony.

 9              MR. PAGE:  Your Honor, the question

10    clearly implies that and clearly that was part of his

11    testimony in this case.

12              MR. GEORGE:  Your Honor, I apologize.

13    With all due respect, the witness is here to rebut the

14    testimony of Dr. Bierman, not the question.  So the

15    question is what it is and Dr. Bierman's answer is on

16    the screen.  If he disagrees with it, he's entitled to

17    rebut it but --

18              THE COURT:  Rephrase, please.

19        Q.   *(BY MR. PAGE)*  Do you always get the same

20    results no matter what phosphorus is inputted into the

21    river because of the fact that you have an empirical

22    equation that supports your routing model?

23        A.   No.

24        Q.   Okay.  Would you explain to the court why

25    that is?

1      A.   Certainly.  So the model has coefficients

2    that describe the fate and transport of phosphorus

3    through the stream system.  So as one changes

4    phosphorus inputs, the predicted amounts of phosphorus

5    change in a corresponding manner.  And, in fact, I did

6    some -- some experimental work and modified inputs

7    into the routing model equation and I certainly get

8    different results.

9      Q.   Okay.  Did you actually take the four

10   so-called sensitivity tests that Dr. Bierman performed

11   and run them -- those inputs with your model to see if

12   you get the same results as the inputs from GLEAMS and

13   wastewater-treatment plant that you used?

14     A.   Yes, I did.  So what I did was to take his

15   four scenarios -- so the increased nonpoint-source

16   phosphorus, the increased wastewater-treatment plant

17   phosphorus, the reversed inputs reversed from what I

18   had used, and I believe he also had a scenario that he

19   called the S&P index using the S&P index to represent

20   phosphorus -- I used my model, my coefficients, and

21   obtained routing model results for those four

22   scenarios.

23     Q.   Okay.  Now, in order to understand this, I

24   want to ask you just a couple of background questions.

25          First, I want to start with Demonstrative

1    No. 392.  Do you have that in front of you, sir?  And

2    I want to use this to then go through each of these

3    four tests that you just testified to, sir.

4            Now, what is shown on Demonstrative 392?

5        A.    So 392 shows the routing model equation, and

6    the routing model equation predicts phosphorus load

7    delivered to each of one of the three gauging stations

8    that we've been talking each day.

9        Q.    And these gauging stations are where again?

10       A.    So they are nearest the lake, so they're at

11   Tahlequah, Barren Fork near Eldon, and Caney Creek.

12   So those would be the three locations.

13       Q.    Thank you.

14       A.    So this model was applied at each of these

15   three locations.  The model calculates phosphorus load

16   each day and phosphorus load each day is calculated as

17   follows.  So phosphorus load equals A, a coefficient.

18   So this would describe, as we talked about earlier,

19   the amount of phosphorus one would expect to reach

20   that gauge when there's no flow.  So that should be

21   about zero in most instances.

22           And then it says that a coefficient B times

23   flow, represented by Q here in this equation, times

24   phosphorus accumulation in the stream network.  So

25   that describes transport of phosphorus from

1   edge-of-field and wastewater treatment discharges

2   based on how much flow, how much phosphorus is in the

3   stream network.

4        And then the last term in the model is a

5   coefficient C multiplied by flow squared, so the

6   concept here being that on days in which there are

7   very high flows we have substantially more phosphorus

8   being transported, times again phosphorus

9   accumulation.

10     Q.   Okay.  And this is the equation that you used

11  for all of your modeling processes; correct?

12     A.   Correct.

13     Q.   Okay.  Now, I want you to look with us, sir,

14  on slide Demonstrative 393.  Now, did you prepare this

15  slide, sir?

16     A.   Yes.

17     Q.   Okay.  And what does this show?

18     A.   So this slide -- I picked out the Barren Fork

19  routing models for my model, so that's going to be

20  described on the top of the slide, and for

21  Dr. Bierman's model when he increased the

22  nonpoint-source phosphorus inputs.

23       I picked Barren Fork in particular because in

24  Dr. Bierman's analysis he modified the phosphorus

25  inputs for nonpoint source by 1,000 times.  And,

1   again, I would just remind you that he didn't run the

2   GLEAMS model to do that; he simply took my GLEAMS

3   model predictions of nonpoint source and multiplied

4   those by one thousand.

5       Q.   Now, Dr. Bierman testified that he increased

6   nonpoint source 15 times.  What do you mean then the

7   Barren Fork inputs increased by as much as a thousand

8   times?

9       A.   So he didn't alter the nonpoint source inputs

10  to a very large degree for the Illinois River at

11  Tahlequah or for Caney Creek.  So the majority of that

12  nonpoint source change; in fact, it was again an

13  increase of one thousand times, was done on the Barren

14  Fork.

15      Q.   Now, would you please explain then how a

16  layman, such as myself, can see the differences

17  between your model and what Dr. Bierman's model was

18  for increased nonpoint-source phosphorus?

19      A.   Certainly.  So, again, at the top is my model

20  for the Barren Fork.  It says that phosphorus load is

21  equal to the equation that we see.  And then we see

22  Dr. Bierman's equation underneath this.

23          Let me point out the differences.  It looks

24  like I bolded the B coefficient, the C coefficient,

25  and the starting phosphorus accumulation.  So these

1    were the -- in this instance, these were the

2    coefficients that were altered.

3          So if we look at the B coefficient in my

4    model, this is the 4.7 times 10 to the minus 13, a

5    small number.  And in Dr. Bierman's equation, he used

6    4.0 times 10 to the minus 13.  So, again, this

7    describes how quickly phosphorus is going to be moving

8    through the -- through this Barren Fork stream system.

9          And then the C equation, my value is 1.75

10   times 10 to the minus 9, while Dr. Bierman used 1.2

11   times 10 to the minus 12.  This difference would be

12   approximately three orders of magnitude or nearly a

13   thousand percent.

14         So this was a pretty substantial change

15   during high rates or higher rates of flow to slow down

16   and force phosphorus, if you will, again to disappear,

17   or in this particular case end up being accumulated in

18   this -- in a term in the model that accounted for the

19   accumulating phosphorus in the stream.

20      Q.   Now, I just want to make sure the record is

21   clear that these coefficients that are shown under

22   Dr. Engel's model in Demonstrative 393 that you just

23   described, those are all found on page 45 of your

24   errata; correct?

25      A.   Yes.

1      Q.   Okay.  Now, how did you determine the

2   coefficients that Dr. Bierman used when he altered the

3   nonpoint source inputs?

4      A.   So the routing model was implemented in an

5   Excel spreadsheet, and so I looked in the

6   corresponding Excel spreadsheet for each of the four

7   scenarios that Dr. Bierman ran.

8      Q.   Okay.  Would you please, sir, look at

9   Demonstrative 395?  Did you create this demonstrative,

10  sir?

11     A.   Yes.

12     Q.   Okay.  Would you please explain what it

13  shows?

14     A.   So this is a small portion of an Excel

15  spreadsheet in which the routing models were

16  implemented.

17     Q.   Okay.  Implemented by who, sir?

18     A.   So this routing spreadsheet is Dr. Bierman's.

19  We can see at the top the name of the file, here at

20  the very top of this.  Let me focus in particular on

21  this Barren Fork portion of this.

22          So if we look in columns O and P near the top

23  here, in the O column we see A, B, C, so those are the

24  A, B, C coefficients.  And then in the P column, we

25  see the corresponding values that Dr. Bierman used for

1    these A, B, and C values.

2        Q.   So those are the values that you showed on

3    Demonstrative 393 that you just testified to?

4        A.   That's correct.

5        Q.   Okay, sir.  Now, when you did your analysis

6    and review of this Excel spreadsheet from

7    Dr. Bierman's considered -- I assume this came from

8    his considered materials?

9        A.   Correct.

10       Q.   Okay, sir.  When you did this review, were

11   you able to determine how Dr. Bierman was able to

12   obtain similar predictions of loading to Lake

13   Tenkiller by using this model?

14       A.   Yes, I was able to determine that.

15       Q.   And how did he do that?

16       A.   So again, first, he altered coefficients B

17   and C.  He also did alter slightly the starting

18   phosphorus accumulation found in column M.  Then if we

19   look at how the routing model worked, we can look in

20   column M and see how phosphorus accumulates.

21           So, again, in making phosphorus disappear so

22   that it wasn't delivered to the gauging station at

23   Barren Fork near Eldon, that phosphorus had to stay in

24   the stream and so that was the phosphorus accumulation

25   term.  So if we were to look at the bottom of this

1   spreadsheet, we could see how much phosphorus

2   accumulated.

3       Q.   Well, did you make a demonstrative that shows

4   the bottom of this spreadsheet, sir?

5       A.   Yes, I did.

6       Q.   Okay.  Would you please look at Demonstrative

7   396, and would you please explain for the court what

8   we're looking at here?

9       A.   So now we've -- we've moved down some 3200,

10  3300 lines.  We can see that over in the left-hand

11  column here.  Still column M is where we're

12  accumulating phosphorus in Barren Fork.  And so if we

13  look here on December 31st, 2006, we'll see the amount

14  of phosphorus that is now accumulated.

15      Q.   And what column is that again, sir?

16      A.   It's column M and it would be line 3291.  So

17  if you recall, when we started up at the top of the

18  spreadsheet, we started with about 20,000 kilograms of

19  phosphorus in the stream.  By the time we get to

20  12/31/2006, Dr. Bierman's model has predicted nearly

21  589 million kilograms of phosphorus have now

22  accumulated in the Barren Fork.

23          And to provide a little context, that

24  represents about five percent of the phosphorus that's

25  mined globally on an annual basis.  So if this were a

```
 1   realistic value of phosphorus being accumulated in

 2   just the Barren Fork stream, I would suspect we would

 3   see all kinds of mining companies wanting to come mine

 4   phosphorus from the Barren Fork

 5       Q.   Now, Dr. Engel, did you compare this 589

 6   million kilograms of phosphorus that Dr. Bierman has

 7   in the Barren Fork to what your model predicted would

 8   be in the Barren Fork after this 1998 to 2006 time

 9   period passed?

10       A.   I did.  My recollection is that what I found

11   with my model is about 171,000 kilograms, so certainly

12   within a very, very reasonable range that one would

13   expect.  So even though we've had some dry years

14   recently, that would force phosphorus to accumulate

15   and so that's well within a bound that one might

16   expect.

17       Q.   Now, if, in fact, you add the nonpoint source

18   loads that Dr. Bierman suggests but don't change the

19   routing model, use your routing model with the

20   coefficients you developed, do you get different

21   modeling results?

22       A.   They're very, very different results when one

23   does that.

24       Q.   Did you actually do any tests to support that

25   conclusion?
```

1        A.   I did.

2        Q.   What did you do?

3        A.   So what I did was to take my model with my

4   coefficients and use Dr. Bierman's inputs to see what

5   would happen.

6        Q.   Okay.  And what were the results you found

7   when you ran Dr. Bierman's fictitious nonpoint source

8   inputs but using your model?

9        A.   So what I found was that the phosphorus

10  delivered -- and, again, I looked at all of these but

11  Barren Fork was the most altered of these.  So using

12  Barren Fork as an example again, at Barren Fork I

13  found that there was a great deal of additional

14  phosphorus being delivered.  My recollection is that

15  ranged from tens of millions of pounds per year to

16  more than 250 million pounds a year of phosphorus

17  being delivered to that location.  So very, very

18  different than the values I had obtained.

19       Q.   Would you please look with me, sir, to

20  Demonstrative 394?  Do you have that, sir?

21       A.   Yes.

22       Q.   Dr. Engel, did you prepare this

23  demonstrative?

24       A.   Yes.

25       Q.   What is shown on this demonstrative, sir?

1    A.    So this demonstrative depicts the results for

2  my model with -- with the phosphorus inputs that had

3  been observed from the wastewater treatment and my

4  GLEAMS-predicted, nonpoint-source phosphorus inputs.

5  So those are going to be the results at the bottom.

6    Q.    So at the bottom, these are your model

7  results using your runs for the IRW in this case?

8    A.    Yes.  So I guess in this particular instance,

9  I've combined the Barren Fork, Caney Creek, and the

10  Illinois River at Tahlequah.  So these represent the

11  loads to Lake Tenkiller.

12    Q.    Okay, sir.  And explain to the court the

13  information that's on the bottom graph; that is, on

14  the X and Y axis.

15    A.    Certainly.  So we have phosphorus loads here

16  in pounds.  And note that the scale here on the Y axis

17  changes by 200,000 pounds, and then each of the red

18  bars represent the phosphorus loads as predicted by

19  my -- by my model to Lake Tenkiller for years 1998

20  through 2006.

21        So if we pick year 2004, for example, we see

22  that a little more than one million pounds of

23  phosphorus is predicted to be delivered to Lake

24  Tenkiller.

25    Q.    Okay.  Now, what is shown on the top part of

1    this demonstrative, sir?

2        A.   So on the top, I used my model, my

3    coefficients for each of the three streams, so Barren

4    Fork, Caney Creek, and the Illinois River to

5    Tahlequah.  So left that unchanged, put in

6    Dr. Bierman's inflated nonpoint-source phosphorus in

7    each of those cases, and then obtained modeled --

8    routed model results for each of the years as I had

9    done for my model.  So those are depicted here in the

10   top here in the chart with the blue bars.

11       Q.   And on this chart showing the model results

12   using Dr. Bierman's inputs, is it on the same scale as

13   your results at the bottom?

14       A.   No.  So let me point out the Y axis here.

15   The scale increments are 50 million-pound increments.

16   And, again, if we pick out year 2004 as an example, in

17   this particular instance, the routing model predicts

18   that there would be in excess of 250 million pounds of

19   phosphorus delivered to Lake Tenkiller in 2004.  And,

20   again, recall my model with my wastewater treatment

21   and my GLEAMS nonpoint source inputs predicts a little

22   over a million pounds for that same year.

23              THE COURT:  Which of Dr. Bierman's four

24   fictitious scenarios are you using at the top?

25              THE WITNESS:  This is the increased

**United States District Court**

 1    nonpoint-source phosphorus load one.

 2              THE COURT:  All right.

 3              THE WITNESS:  So where he increased

 4    nonpoint source phosphorus loads by 15 times, I

 5    believe.

 6              THE COURT:  All right.

 7        Q.   (*BY MR. PAGE*)  Okay.  Now, did you also do

 8    this type of an analysis for Dr. Bierman's fictitious

 9    wastewater-treatment plant inputs?

10        A.   Yes, I did.

11        Q.   Okay.  And what did you discover when you did

12    or ran that analysis?

13        A.   So, again, the wastewater-treatment plant

14    inputs were inflated by 345 times, as I recall.  So

15    when I ran that analysis with my models with my

16    coefficients, again, I found very substantial loads

17    that varied quite substantially from the results that

18    I had obtained.

19        Q.   Okay.  Before you actually ran his inputs in

20    your model, did you look at his model where he

21    modified those wastewater-treatment plant inputs to

22    see if there's any differences between your model and

23    his model?

24        A.   I did look at that as well, yes.

25        Q.   And what did you find?

1      *(Discussion held off the record)*

2          A.    What I found was that for that instance he

3      had also altered the routing model coefficients, and,

4      in fact, in that instance again had to force values

5      for the B and C coefficient to be small so that we

6      could make phosphorus disappear again and accumulate

7      in the stream.   Again, the majority of the change was

8      done on the Barren Fork so the majority of that

9      phosphorus was accumulated in Barren Fork.

10          And the second thing that I noted in that

11     instance was that he also had to greatly alter the A

12     coefficient, the value that one would expect of

13     phosphorus load on days in which there was no flow,

14     and that took on a value, if I remember, of about 90

15     kilograms per day.   So that would not make sense from

16     a physical standpoint.

17          Q.   *(BY MR. PAGE)*  Now, in this Dr. Bierman

18     scenario where he had the increased

19     wastewater-treatment plant loads, how much phosphorus

20     was accumulated in the Barren Fork?

21          A.    In the Barren Fork again, it was in excess of

22     500 million kilograms over the nine-year period.

23          Q.   And, again, that compares to what

24     accumulation you had for your model?

25          A.    In my model was about one hundred seventy,

1    one hundred seventy-one thousand kilograms.

2        Q.   Okay.  Now, sir, let's look at Demonstrative

3    390.  Did you prepare this demonstrative, sir?

4        A.   Yes.

5        Q.   Okay.  What is shown on Demonstrative 390?

6        A.   So Demonstrative 390 are the results for the

7    increased wastewater-treatment plant inputs that

8    Dr. Bierman did.  So let me start at the bottom again.

9            So at the bottom is my model as presented in

10   my report, the results for it --

11       Q.   These are the same modeling results that we

12   had in Demonstrative 394?

13       A.   The 394 -- yes, 394 was the previous one.  So

14   yes, those are the same modeling results presented in

15   the previous demonstrative.

16       Q.   Which are your modeling results?

17       A.   Yes.

18       Q.   And for each year, sir, what are the results

19   that your model predicted?

20       A.   So my model predicted results that ranged

21   in -- let me just pick 2003 -- from a little less than

22   200,000 to something over 1.1 million in 2000.  So

23   they varied within that range.

24       Q.   Okay.  Now, sir, what is shown on the -- and

25   what are the increments here that are shown on your --

1    A.    So, again, on my model results in red at the

2    bottom, the Y increment is 200,000 as it was in the

3    prior demonstrative.

4    Q.    Okay.   Now, what is shown then on the top of

5    Demonstrative 390?

6    A.    So on the top, I took my model, left the

7    coefficients the same, put in the increased

8    wastewater-treatment plant phosphorus increases that

9    Dr. Bierman had used, and then predicted the amount of

10   phosphorus delivered to Lake Tenkiller.

11   Q.    Okay.   So how does this result where you add

12   the 345 times more wastewater-treatment plant

13   phosphorus to your model, how does that compare to

14   your modeling results?

15   A.    First, let me point out again that the Y axis

16   here is quite different, so the Y axis increments are

17   50 million.   So don't get confused maybe that the

18   shapes look the same.

19         So, again, if we pick out a particular year,

20   maybe in this case 2000, I predicted about 1.1 million

21   pounds of phosphorus being delivered and Dr. Bierman

22   predicted nearly -- well, with Dr. Bierman's

23   wastewater treatment increases and my model, I

24   predicted nearly 250 million pounds of phosphorus

25   delivered in that instance.

1         Q.   Is there any year for these modeling runs in

2    which Dr. Bierman's -- we can use Dr. Bierman's inputs

3    of 345 times the wastewater-treatment plant that it

4    gets similar or the same results as your inputs using

5    your model?

6         A.   No.  So even these low years in '98 or 2003,

7    these are nearly ten million pounds in those

8    particular years.

9         Q.   Okay.  Now, did you also -- there's two other

10   tests that Dr. Bierman said sensitivity tests.

11   There's one called the S&P hypothetical where he took

12   what he claimed were values from the Standard and

13   Poor's index and put it in.

14         Did you also test those inputs in the similar

15   fashion that you just testified with regard to

16   wastewater-treatment plant and nonpoint source inputs?

17         A.   Yes, I did.  I first looked to see if the

18   coefficients for the routing model had been altered in

19   those cases and they had.  Then I returned those to

20   the values that I had used and reran the routing

21   models to see what the results would be.

22         Q.   Okay.  And what did you find when you used

23   Dr. Bierman's S&P inputs, instead of your GLEAMS and

24   wastewater-treatment plant inputs, but used your model

25   to evaluate it?

**United States District Court**

1    A.   So when I used my model with Dr. Bierman's

2   S&P inputs, I got different results.  So they were

3   certainly more similar than the results we've been

4   looking at.  I can explain that.

5         So if one sums up the total phosphorus inputs

6   represented by the S&P that Dr. Bierman used as

7   phosphorus inputs to the routing model, those are of

8   similar magnitude to my combined inputs of wastewater

9   treatment and nonpoint-source phosphorus.  There will

10   be variability year to year in the results and there's

11   fairly substantial variability day to day in results.

12    Q.   Okay.  So even though there was similar

13   inputs, I guess, over the whole nine-year period; is

14   that what your testimony is?

15    A.   Yes.  Over the nine-year period, if we sum

16   those up, if we sum up Dr. Bierman's S&P inputs over

17   the nine years, those are of similar magnitude, a

18   little bit more, than my total phosphorus inputs.

19    Q.   But even though they were similar, did your

20   model predict different results using the different

21   input data?

22    A.   The model results were different.

23    Q.   Okay.  Would you please look with me, sir, to

24   Demonstrative 417?  What is shown on this

25   demonstrative, sir?

11328

1      A.   This demonstrative shows modeling results for

2   my model unchanged so with the original wastewater

3   treatment and the original GLEAMS inputs; those are

4   shown in red.  And in blue is my model with my

5   coefficients, but rather than wastewater treatment and

6   rather than the GLEAMS nonpoint-source phosphorus

7   inputs, those are replaced with Dr. Bierman's S&P

8   inputs for that same period.

9      Q.   So if you used the different inputs; that is,

10  the S&P inputs suggested by Dr. Bierman, is there any

11  year in which you get the same results as using your

12  inputs using your model in both cases?

13     A.   No.  So we can -- we can clearly see that

14  here in the bar chart.

15     Q.   Now, did you actually compute what the

16  average daily difference was between using your model

17  but using Dr. Bierman's inputs versus your inputs from

18  GLEAMS and actual wastewater-treatment plant discharge

19  monitoring reports?

20     A.   I did.  And what I found was that the average

21  daily difference in this case was 187 percent.  Let me

22  explain what that means.

23          So what that would indicate would be that if

24  I predicted 100 for a particular day, on average

25  Dr. Bierman's model predicted 287 or something on the

1    order of something down in the tens or twenties so

2    fairly substantial differences.  But if you aggregate

3    those over a year, one gets similar results but the

4    daily results are quite different.

5        Q.    So even if you used similar data, like the

6    S&P results, do you always get the same results with

7    your model no matter what inputs are there?

8        A.    No, you don't.

9        Q.    Okay.  Now, did you also do this analysis

10   when Dr. Bierman -- I think it was his fourth of four

11   sensitivity tests concerning the reverse; that is, I

12   think he testified that he reversed day one and put

13   that the last day and put the last day the first day

14   and ran those in the model.

15       A.    I investigated the coefficients and found

16   they were altered and so then I reran that with my

17   model, my coefficients.

18       Q.    Okay.  So in order to get similar results by

19   reversing the data, what did Dr. Bierman have to do?

20       A.    So, again, he altered the coefficients in

21   that particular instance so those were modified versus

22   what I had used in my model.

23       Q.    Okay.  Would you look with me, sir, to

24   Demonstrative 416?  Do you have that, sir?

25       A.    Yes.

1       Q.   Okay.  Did you prepare this, sir?

2       A.   Yes.

3       Q.   What is shown on Demonstrative 416?

4       A.   So this demonstrative has the results for the

5  reversed input.  So, again, in red are my model with

6  my original inputs, my coefficients.  In blue is my

7  model, my original coefficients, but like Dr. Bierman

8  did, I reversed the inputs.  So I took the December

9  31st, 2006, phosphorus input and made that the January

10  1, 1998, input and continued that reversal process.

11       And so I then reran the routing model, my

12  coefficients, phosphorus inputs reversed, and obtained

13  the results that are shown in blue.

14       Q.   So when you use your model, your routing

15  model, with these different inputs, do you get the

16  same results as you ran when you got your model?

17       A.   No.  Again, one can see that they do vary

18  year by year and the magnitude of those differences

19  varies over time as well.

20       Q.   Did you also compute what the average daily

21  difference was between Dr. Bierman's inputs using your

22  model versus your inputs using your model?

23       A.   I did.  And in this instance, that daily

24  difference was approximately 77 percent.  So

25  Dr. Bierman's model varied on any particular day by

 1    about 77 percent on average versus what I predicted.

 2         Q.   So, Dr. Engel, do you agree with

 3    Dr. Bierman's testimony that no matter what P inputs

 4    are used in your model, the model always results in

 5    the same --

 6              MR. GEORGE:   Objection; mischaracterizes

 7    Dr. Bierman's testimony.

 8              THE COURT:   Overruled.

 9         A.   You certainly get different results as I've

10    demonstrated with the testimony I've just given.

11         Q.   *(BY MR. PAGE)*  Does that make sense to you,

12    sir?

13         A.   Well, one would certainly expect different

14    results if you put in different inputs.

15         Q.   Now, I want to go back, sir, to testimony

16    slide No. 7, which we've been talking through here

17    about the results, and look at specifically on a

18    couple of other points that was made by Dr. Bierman on

19    that slide.  And, again, that testimony slide No. 7,

20    which is Demonstrative No. 426.  Do you have that,

21    sir?

22         A.   I can see it on the screen here.

23         Q.   Okay.  Now, do you see where Dr. Bierman

24    states that your model doesn't explicitly represent

25    physical phosphorus processes in the IRW stream

1  network?

2      A.   Yes.

3      Q.   Do you agree with that testimony, sir?

4      A.   Well, it doesn't explicitly represent those

5  processes, but it's not necessary to explicitly

6  represent those processes in order to have a model

7  that's accurate and able to correctly characterize the

8  fate and transport of phosphorus in the Illinois River

9  Watershed.

10     Q.   Okay.  I also want to ask you about that

11  second comment, and that is that Dr. Bierman states

12  that the predicted loads were not independently

13  determined.

14          Do you see that at the bottom of this

15  testimony slide, sir?

16     A.   Yes.

17     Q.   Do you agree with Dr. Bierman's

18  characterization?

19     A.   No.

20     Q.   Okay.  Would you please explain to the court

21  why you disagree with Dr. Bierman's characterization?

22     A.   So what Dr. Bierman is saying here is that

23  since flow was used in identifying the observed loads

24  and flow is used in transporting phosphorus to that

25  location, that no matter what you put in, you would

1  expect to get the same answer.

2          So I guess, first, you know, flow is the

3  process that carries the phosphorus and so it makes

4  sense that flow is in this.  Secondly, if you do

5  remove flow in both instances, you're left with

6  concentration.

7          And so in this particular instance, no matter

8  what you put in, you didn't get the same answer.  So

9  it's demonstrating that, you know, it's not flow

10 that's driving this so this statement doesn't make

11 sense.

12     Q.   Does your model ignore everything that occurs

13 from the edge of the fields or the

14 wastewater-treatment plant discharge to the gauging

15 stations?

16     A.   No.

17     Q.   And would you please briefly explain that,

18 sir?

19          MR. GEORGE:  I'm sorry, Your Honor,

20 objection.  I don't believe this is a topic that has

21 been disclosed in the state filing for rebuttal

22 testimony.  If it is, I missed it.  I apologize.

23          THE COURT:  Mr. Page.

24          MR. PAGE:  Yes, it is.  I can go ahead

25 and go to the slide, Your Honor, if that would -- I

 1    was just trying to move things along.  But I'll put

 2    the slide up.  It's Demonstrative 427, Counsel.

 3                   THE COURT:  Well, but that doesn't deal

 4    with the objection.  He's saying the subject matter

 5    wasn't raised.  Now, I recall us talking about this,

 6    but was it identified as part of the subject matter of

 7    the rebuttal?

 8                   MR. GEORGE:  Your Honor, someone has

 9    pointed out to me that there is a topic that touches

10    upon it.  It's apparently topic 8 in the filing.  So I

11    withdraw my objection.

12                   THE COURT:  Okay.  Thank you.  I do

13    remember us talking about it.  Go ahead.

14       Q.   *(BY MR. PAGE)*  Maybe it would be cleaner if

15    we looked at the demonstrative slide, sir,

16    Demonstrative 427, testimony slide No. 8.

17                   "QUESTION:  Doctor, please explain the issue

18    with respect to the routing model.

19                   "ANSWER:  So the routing model makes the

20    connection between the loads he computed at the edges

21    of (the) fields . . . and these three stations at the

22    base of the watershed.  And the issue there is that he

23    ignores everything that happens in between the edges

24    of these fields and these three stations.  He does not

25    explicitly represent any of the transport, fate or

1    delivery process in over 3,000 miles of watershed."

2            Now, do you agree with this testimony, sir?

3        A.   No.

4        Q.   Would you please explain?

5        A.   Yes.  So the model that I created is a model

6    based on the observed data in the Illinois River

7    Watershed.  It takes inputs from edge-of-field from

8    GLEAMS from wastewater-treatment plants and determines

9    when and how much of that phosphorus gets delivered at

10   the three gauging stations nearest the lake, so Barren

11   Fork, Caney Creek, and Tahlequah on the Illinois.

12           In doing so, the model is representing the

13   processes along the way.  It may not do that

14   explicitly, as is highlighted here in the slide, but

15   within that model those processes are represented by

16   the observed data so they are represented.

17       Q.   So why did you choose a model that does not

18   explicitly represent the different phosphorus

19   processes from the edges of fields to the gauging

20   stations near Lake Tenkiller?

21       A.   So there were a couple of reasons.  So,

22   first, it wasn't necessary in this instance.  So in

23   this case, my goal was to identify the amount of

24   phosphorus reaching the three gauging stations that

25   I've mentioned and then be able to use that

1    information with predictions of future scenarios to

2    understand what was going on and to use that

3    information in allocating phosphorus to various

4    sources.

5            To do that, it wasn't necessary to explicitly

6    describe each and every process of that phosphorus

7    along the way.  I was able to use the substantial

8    observed data from the Illinois River Watershed to

9    create an empirical relationship that described that.

10           So further, if we had used an explicit

11   mechanistic routing equation that did represent these

12   processes, we would still have to calculate and

13   identify coefficients.  So those processes would have

14   been identified, there would be coefficients that

15   would modify the interactions among those, and those

16   coefficients would initially have been set for other

17   watersheds.  So one maybe could have attempted to use

18   those coefficients but probably would have had to

19   calibrate in this instance as well.

20           I guess further in that calibration process,

21   you have to decide the interactions then among these

22   various fate and transport processes.  For what I was

23   doing, it wasn't necessary to worry about and to try

24   to account for that detail in that complexity.  In

25   fact, that often introduces error.

1          So in my particular case, I was able to use

2     the observed data, create an empirical relationship

3     that did describe implicitly fate and transport

4     processes, it took the phosphorus from the edge of the

5     field, took phosphorus from the wastewater treatment,

6     and determined when this showed up at the gauging

7     stations and how much of it showed up.  It just didn't

8     describe every process along the way.

9               THE COURT:  Let's take a break.  We're

10    here in this subject matter at the heart of this

11    lawsuit in terms of causation relative to describing

12    the process between the edge-of-field and these three

13    gauging stations.  I mean, this is the heart in terms

14    of causation so we need to focus on this.

15              Let's take a recess.

16                   *(Short break)*

17              THE COURT:  Mr. Page.

18              MR. PAGE:  Thank you, Your Honor.

19              THE COURT:  Yes, sir.

20    Q.   *(BY MR. PAGE)*  Dr. Engel, before the break,

21    we were talking about the empirical routing model that

22    you employed.  Now, this empirical model models

23    phosphorus from where to where?

24    A.   So it models the phosphorus as it reaches the

25    edge of the field as predicted by the GLEAMS model so

1    from edge-of-field.  The second place it picks up

2    phosphorus is from the wastewater-treatment plants,

3    the locations they discharge.  So once that water now

4    is in the channel stream network for a particular

5    stream or river -- Barren Fork would be an example --

6    the model then routes that from edge-of-field from

7    wastewater-treatment plant location until it would

8    reach the gauging station near the lake; Barren Fork

9    again an example.

10        Q.   So the GLEAMS model represents the processes

11   for runoff of the edge of the field; correct?

12        A.   Yes.

13        Q.   So it gets the phosphorus from the field to

14   the edge of the field for runoff; correct?

15        A.   Correct.

16        Q.   And so the routing model we're talking about

17   now is from the edge of the field or from the

18   discharge pipe to the gauging stations; is that

19   correct, sir?

20        A.   Yes.

21        Q.   Now, you mentioned that you can use either a

22   mechanistic model or an empirical model to represent

23   that process; that is, from the edge of the field to

24   the gauging station; correct?

25        A.   Yes.

1      Q.   Have you done both?

2      A.   Yes.

3      Q.   You've done both as far as an analysis in

4   watersheds; correct?

5      A.   Yes.

6      Q.   Okay.  What is it about a mechanistic model

7   that has the potential to increase error?

8      A.   So the mechanistic model attempts to describe

9   all the processes, or at least the more important

10   processes, for phosphorus fate and transport between

11   edge-of-field for a wastewater treatment discharge

12   location and a watershed outlet or the gauging

13   station.

14      Q.   Are you aware of any mechanistic model that

15   accounts for every single process in the stream for

16   phosphorus?

17      A.   No.

18      Q.   Okay.  So it tries to represent the most

19   important processes; correct?

20      A.   Correct.

21      Q.   Okay.  So what is it about that mechanism

22   that has the potential to introduce error?

23      A.   So not all watersheds are going to be same,

24   and so some of these processes in the stream are going

25   to differ from one location to another.  A very good

 1   example here in the Illinois River Watershed is the

 2   presence of springs, they're quite abundant, as well

 3   as opportunities for water to move underground and

 4   disappear even in locations and then reappear as a

 5   spring in locations further downstream.

 6           So that would be an example of a process in

 7   the fate and transport of phosphorus from

 8   edge-of-field or wastewater-treatment plant discharge

 9   location to a gauging station or the watershed outlet

10   that the majority of these mechanistic models would

11   not represent well or would not represent at all.  So

12   that would present a real challenge in a location like

13   the Illinois River Watershed to get that mechanistic

14   model to work correctly.

15       Q.   Okay.  And what about some of the more

16   traditional processes; where does the mechanistic

17   model obtain the coefficients to represent those

18   processes?

19       A.   In most instances, there would potentially be

20   coefficients that come with that model that have been

21   derived from other locations.  So they would represent

22   relationships among some of these processes for a

23   different location or a different group of locations

24   and would not be specific to the watershed to which

25   one would be applying that.

1           So it would be necessary to attempt, in most

2   cases, to calibrate those coefficients to get them to

3   reflect in some way the relationships among the

4   various fate and transport processes for an in-stream

5   model.

6       Q.   Are you aware of any mechanistic model that

7   is specifically applicable to the IRW?

8       A.   No.

9       Q.   Okay.  Now, so you would have to then change

10  coefficients for that model to try to match the IRW

11  regardless; correct?

12      A.   Correct.

13      Q.   Now, if you -- do you calibrate mechanistic

14  models?

15      A.   You may and in some instances you may not,

16  but you probably would in most cases.

17      Q.   If you had employed a mechanistic model,

18  would you have calibrated it in this watershed?

19      A.   Yes.

20      Q.   And what data would you use to calibrate it?

21      A.   The same data that I used here.  So I would

22  have used the GLEAMS and wastewater treatment inputs

23  into the stream and I would have used the observed

24  data at each of the three gauging stations -- so the

25  Illinois River at Tahlequah, the Barren Fork near

1   Eldon, and Caney Creek -- in order to obtain

2   calibrated coefficients that went into the mechanistic

3   model.

4       Q.   If you had a completely descriptive or a

5   mechanistic model and you used it in the IRW, would

6   you expect to get the same results of P delivery from

7   nonpoint sources in the IRW?

8       A.   They may not --

9               MR. GEORGE:  Objection, Your Honor;

10  calls for speculation.  I don't think that analysis is

11  in the --

12              MR. PAGE:  Your Honor, I believe this

13  witness has sufficient expertise to offer that

14  opinion.

15              MR. GEORGE:  May I respond, Your Honor?

16              THE COURT:  You may.

17              MR. GEORGE:  With all due respect, one

18  thing that's been demonstrated is the complexity of

19  these models and different things that affect their

20  outcome.  The idea that this witness can testify as to

21  the expected result of a model that has not been run

22  on this watershed, I think, is a stretch.

23              MR. PAGE:  May I respond, Your Honor?

24              THE COURT:  Yes, sir.  Go ahead.

25              MR. PAGE:  This goes to the heart of

1    what the testimony that was offered by Dr. Bierman.

2    He did not run a mechanistic model, yet he suggests

3    that there's a problem with the modeling that

4    Dr. Engel does.  So he offered a similar type of

5    opinion without running a model himself.

6                THE COURT:  Well, but to speculate as to

7    the results of such a model is different from

8    criticizing because such a model has not been

9    utilized.  The objection's sustained.

10       Q.   *(BY MR. PAGE)*  Have you employed mechanistic

11   models at other watersheds where you found you had

12   difficulty because an error had been introduced?

13       A.   Yes.

14       Q.   Could you explain those

15   circumstances -- would those circumstances be

16   applicable to the IRW?

17       A.   There would certainly be some -- some

18   portions of those that would be.

19       Q.   And what were the problems you found in those

20   circumstances?

21       A.   Well, the issues were the assumptions that

22   were made about certain relationships among the

23   various transport and fate mechanisms within those

24   models, and therefore, the coefficients had to be

25   adjusted.  The coefficients were in some instances not

1   within expected ranges because those watershed

2   conditions, those in-stream conditions, were different

3   enough from the conditions under which the routing

4   model had been developed such that one really had to

5   calibrate some of the values into that model in a way

6   that it would be outside the norm of it.

7       Q.   Are you aware of any modelers that have tried

8   to use a mechanistic in-stream model in the IRW?

9       A.   Yes.

10      Q.   Who is that?

11      A.   Dr. Storm, in some of the work that he did,

12  did use in-stream mechanistic models here in the

13  IRW.

14      Q.   And have you reviewed those results?

15      A.   I have.

16      Q.   And were there any issues related to

17  Dr. Storm's use of a mechanistic model in the IRW?

18           MR. GEORGE:  Objection, Your Honor;

19  calls for hearsay.  The witness is now being asked to

20  testify as to work product of another expert and the

21  conclusions and results from that expert's analysis.

22           THE COURT:  Response.

23           MR. PAGE:  Your Honor, it goes to the

24  predicate for why he selected this model and its

25  appropriateness.  I'm not offering it for the truth of

1  the matter asserted but for the investigation that

2  Dr. Engel employed to select the model.

3          MR. GEORGE:  Your Honor, may I add that

4  I don't believe this is proper rebuttal.  It is not a

5  disclosed topic.  It's not refuting anything that

6  Dr. Bierman said or testified to in this court.  It's

7  not been disclosed as a subject for this witness.

8          THE COURT:  I think it's encompassed in

9  the subject matter of mechanistic models versus this

10 empirical equation.  Overruled.

11         Go ahead.

12    Q.   *(BY MR. PAGE)*  Would you please explain,

13 sir?

14    A.   Yes.  So Dr. Storm used the SWAT model in the

15 Illinois River Watershed and within it a mechanistic

16 routing model that's part of it and experienced very

17 severe challenges with the routing of phosphorus here

18 in the Illinois River Watershed.  I would largely

19 attribute that to the many springs, to the

20 opportunities for water in this stream system to move

21 into these fissures and cracks in the alluvium along

22 these streams, and therefore, that routing model

23 really didn't represent those processes.

24         Because they're far more important in the

25 Illinois River Watershed than in many, many other

1    watersheds, there was a real problem in getting the

2    routing model in that case to work and to match

3    observed results no matter how much calibration and no

4    matter the ranges of calibration coefficients

5    employed.

6        Q.   Did you actually consult with Dr. Storm

7    concerning this issue?

8        A.   I certainly had a number of conversations

9    with him concerning this.  And this was certainly --

10            MR. GEORGE:  I'm sorry, Your Honor.  The

11   witness is about to testify to hearsay.

12            THE COURT:  Sustained.

13       Q.   *(BY MR. PAGE)*  Did these conversations

14   influence your selection of the model that you used in

15   this case?

16       A.   Yes, they did.  So this caused me to

17   reconsider the routing models to be used, and because

18   of the available data, I chose to create an empirical

19   routing model equation for the Illinois River

20   Watershed versus opting for a mechanistic model.

21       Q.   Now, does your empirical routing model

22   account for phosphorus processes from runoff --

23   nonpoint-source runoff, edge-of-fields, to the gauging

24   stations?

25       A.   Yes.

1    Q.   Would you explain that, sir?

2    A.   Yes.  So I guess -- let me clarify, though,

3    that one can't unravel, uncouple some of these

4    processes so those processes are all wrapped up

5    together in the modeling coefficients.

6         So one can't ask the question, how much

7    phosphorus is being uptaken by algae?  One can't ask

8    the question, how much phosphorus is being trapped

9    with sediments that are temporarily detained?

10        So all of these things get combined in the

11   empirical model into the set of coefficients and, so

12   therefore, it does represent the processes, they're

13   coupled together, but one can't readily uncouple those

14   with the approach I used.

15   Q.   Now, did you need to be able to uncouple

16   those to answer the question as to whether or not

17   nonpoint-source runoff, phosphorus, was reaching Lake

18   Tenkiller?

19   A.   No, it wasn't necessary.

20   Q.   And was that the basis for you selecting the

21   empirical routing model that you employed?

22   A.   Yes.

23   Q.   So if you know what's coming off the field

24   from nonpoint sources, correct, from GLEAMS --

25   A.   Right.

 1      Q.   -- and you know what's at the gauging

 2   stations --

 3      A.   Right.

 4      Q.   -- is that sufficient information to know how

 5   much nonpoint-source and point-source phosphorus is

 6   reaching the lake?

 7      A.   Yes, it would be.

 8      Q.   Does it also allow you to be able to predict

 9   what the impacts would be if nonpoint-source

10   phosphorus discharges in GLEAMS changed?

11      A.   Yes, it would.

12      Q.   How so?

13      A.   Well, the model would -- would account for

14   those increases and the model equation would compute

15   the increased amount of phosphorus -- assuming that

16   the phosphorus increased in GLEAMS -- would compute

17   the increased amount of phosphorus delivered to the

18   stream gauging station and would do that on each day

19   that inputs were provided.

20           MR. PAGE:  May I have a minute, Your

21   Honor?

22           THE COURT:  Yes.

23        *(Discussion held off the record)*

24           MR. PAGE:  Thank you, Your Honor.

25      Q.   *(BY MR. PAGE)*  Now, Dr. Engel, I want to

11349

1    change topics with you.  I would like you to please

2    look with me, sir, to Demonstrative 428.  I want to

3    talk about Dr. Bierman's assertion that it was a

4    mistake for you not calibrating your GLEAMS model to

5    the edge-of-field data.  It's Demonstrative 428 and

6    testimony slide No. 9, sir.  Do you have that?

7        A.   Yes.

8        Q.   "QUESTION:  Now, Dr. Bierman, I remember you

9    raising a concern that Dr. Engel did not calibrate the

10   GLEAMS model to the edge-of-field using the hundred or

11   so samples that he had for edge-of-field.  Was that

12   one of your concerns?

13           "ANSWER:  My concern is that yes, he should

14   have compared the output of his GLEAMS model to those

15   data.

16           "QUESTION:  Is it standard practice in the

17   watershed community to calibrate to . . .

18   edge-of-field?

19           "ANSWER:  It's standard practice to use the

20   data when they're available.

21           "QUESTION:  I asked you a specific question,

22   sir, with regard to the watershed modeling community.

23           "ANSWER:  Well, it was standard practice

24   apparently for Dr. Storm because he published a paper

25   in 2007, sir, in which he -- he did three

1  site-specific studies in the Eucha-Spavinaw Watershed

2  right here in Oklahoma where he specifically modeled

3  and measured edge-of-field concentrations and compared

4  his model output to those edge-of-field

5  concentrations."

6        Now, Dr. Engel, are you familiar with this

7  2007 paper written by Dr. Storm?

8        A.   I wouldn't characterize it is a paper.  I've

9  seen this, yes.

10        Q.   Is it a peer-reviewed publication?

11        A.   No.  It's a report that was submitted to a

12  state agency.

13        Q.   And what was the purpose of this report?

14        A.   The report was investigating the creation of

15  a phosphorus index to be used on individual fields.

16  And so Dr. Storm in the report investigated the

17  creation of this phosphorus index, used Eucha-Spavinaw

18  data, used other data, talked about the potential for

19  calibrating the approach he was using in this

20  phosphorus index, examined that but ultimately

21  rejected the need to calibrate, did not calibrate, and

22  presented results.

23        So, you know, again, just to make this clear,

24  what he was creating was a field-level phosphorus

25  index tool, not a watershed-level tool, and he didn't

1    calibrate at the end.

2        Q.   So even though he was looking at a

3    field-specific analysis, he still didn't calibrate

4    this analysis using edge-of-field data?

5        A.   Correct.

6        Q.   Are you aware of a practice of calibrating

7    watershed models without edge-of-field data?

8        A.   No.

9        Q.   Is that a typical or standard practice from

10   your experience?

11       A.   No.  In the watershed modeling community, if

12   one does calibrate -- and it wouldn't be necessary to

13   calibrate watershed models in every instance -- but if

14   one does calibrate, one would calibrate at the outlet

15   of the watershed.  So the scientific journals are full

16   of papers where watershed modelers would calibrate at

17   watershed outlets and validate at watershed outlets,

18   not edge-of-field.

19       Q.   And in the IRW, what are those watershed

20   outlets?

21       A.   So the watershed outlets that were of

22   interest and met the needs for the analysis I was

23   doing were the three we've been talking about, so on

24   the Illinois River, the gauging station at Tahlequah,

25   on the Barren Fork near Eldon, and on Caney Creek.  So

11352

1    there were gauging stations with ample observed flow

2    and water quality data at those locations.

3        Q.   And are those the locations for which you

4    calibrated your watershed model?

5        A.   Yes.

6        Q.   Now, I want to change topics again with you,

7    sir.  Moving along here, I want you to look at with

8    me, sir, if you would, Demonstrative 429, it's

9    testimony slide No. 10, and it relates to Dr.

10   Bierman's critique of your use of NCLD or national

11   land cover database.

12            "QUESTION:  If a modeler is using the

13   National Land Cover Dataset, does the modeler have to

14   make some interpretations of those codes?

15            "ANSWER:  Yes.  The codes don't correspond

16   directly to the urban land, pastureland, forest,

17   cropland.  The user needs to determine first what are

18   the characteristics of the site of the watershed for

19   the particular site-specific application and then make

20   judgments about how to use those codes to classify

21   areas for the particular watershed model.

22            "QUESTION:  Have you reviewed Dr. Engel's

23   land use classification inputs to determine whether

24   his judgments are accurate and realistic

25   representations of the actual land uses?

 1          "ANSWER:  Yes."

 2          "How did you conduct that . . .

 3   investigation?"  Excuse me.  "How did you conduct that

 4   review or investigation?"

 5          "ANSWER:  Aerial infrared imagery was

 6   overlaid with portions of Dr. Engel's land use

 7   classifications, and we noted a number of

 8   discrepancies in his classification of pastureland."

 9          Now, do you agree with Dr. Bierman's

10   characterization, Dr. Engel, that -- well, do you

11   agree with his characterization of the interpretations

12   that must be made by a watershed modeler such as

13   yourself?

14       A.   No.

15       Q.   Why is that?

16       A.   Let me explain the NLCD data.

17          So the NLCD data comes with predefined land

18   use land cover classes.  For the Illinois River

19   Watershed, there were 15 such classes.  And, in fact,

20   one of those is labeled "pasture" so there was no need

21   to interpret things to identify pasture.

22          Maybe expanding and using urban as an

23   example, there were four classes that are -- that I

24   put into the urban category.  So those four classes

25   were developed open space -- so a modifier to

1    developed being open space -- developed low intensity,

2    developed medium intensity, and developed high

3    intensity.  So those were clearly the urban land use

4    classes in this data set.

5        Q.   So you classified all those as what in your

6    model?

7        A.   So the four urban ones I just talked about,

8    the developed with these modifiers, I classified those

9    as urban.  Pasture was clearly identified, classified

10   as pasture.  Row crops was identified and left that as

11   row crops.

12       Q.   Okay.  So is that the type of interpretation

13   that you employed with this data set?

14       A.   That was the type of interpretation that was

15   needed, yes.

16       Q.   Okay.  Did you actually -- you reviewed

17   Dr. Bierman's testimony.  Did you actually go through

18   and then look at specific aerial photographs to see if

19   the NLCD data accurately characterized urban as urban

20   or pasture as pasture?

21       A.   No, I did not.  That would not be standard

22   practice.  So watershed modelers widely use NLCD data

23   for land use land cover data in their watershed

24   models.  In fact, as I recall, Dr. Bierman even

25   concedes that that is the case.  So this is the data

1   that's used for land use land cover in watershed

2   models.

3       Q.   Okay.  So to make this clear, the errors that

4   Dr. Bierman pointed out in his testimony and had

5   several exhibits of aerial photos, are those mistakes

6   that you made in interpretation of the NLCD data?

7       A.   No.

8       Q.   Where did those mistakes, if they are, in

9   fact, mistakes, where did they originate?

10      A.   So if those were mistakes, those would have

11  been the identification of the land use class that

12  USGS scientists perform.  So they would have performed

13  this analysis and would have made the interpretation

14  as to which class particular locations went into.

15      Q.   Can you think of any circumstance where a

16  modeler, a watershed modeler, went behind the NLCD

17  database and reinterpreted it for use in the watershed

18  modeling project?

19      A.   Not that I'm -- not that I'm familiar with.

20      Q.   Okay.  Now I want to switch topics with you

21  again, sir.  I want to discuss with you Dr. Bierman's

22  claim that your values that you used for the urban

23  areas in the GLEAMS model did not accurately represent

24  phosphorus runoff from urban levels.

25          And if you would turn with me, sir, to

 1   topic -- testimony slide No. 11 or Demonstrative 430.

 2   Are you with me, sir?

 3        A.   Yes.

 4        Q.   "QUESTION:  Based on your review, did

 5   Dr. Engel model urban areas in a manner that's

 6   representative of urban areas?

 7             "ANSWER:  He didn't accurately represent the

 8   characteristics of urban areas, in my opinion.

 9             "QUESTION:  Can you explain the basis for

10   that statement?

11             "ANSWER:  Yes.  The GLEAMS watershed model,

12   for each land use type -- and the urban land use is

13   one of the land use types used by Dr. Engel -- the

14   GLEAMS model requires that the nutrient inputs be

15   specified and that hydrology inputs be specified.

16   Let's talk about the nutrient inputs first . . . ."

17             Now, Dr. Engel, you've read Dr. Bierman's

18   testimony on this point; correct?

19        A.   Yes.

20        Q.   Do you agree with Dr. Bierman's

21   characterization that your inputs were improper and

22   did not represent nutrient runoffs of phosphorus for

23   urban land uses?

24        A.   No.

25        Q.   Okay.  Would you explain why you disagree,

1   sir?

2       A.   Certainly.  So the GLEAMS inputs use a number

3   of descriptors to describe the land uses and nutrient

4   management systems and other aspects of a location.

5   So Dr. Bierman never ran the model with the inputs to

6   see what impact there was.  So it would be very, very

7   difficult to simply look at a whole series of inputs

8   because of the complex interactions and be able to

9   say, well, this is what's going to happen.  So there

10  are many, many complex interactions in a model like

11  this.

12          Further, the GLEAMS model uses a modified

13  curve number approach --

14      Q.   Okay.  How did this issue affect

15  Dr. Bierman's characterization of what you did?

16      A.   Dr. Bierman characterized the model as being

17  simply a curve number-based model when in reality

18  there are significant interactions of this modified

19  approach to look at soil moisture, and it accounts for

20  soil moisture for movement of water through various

21  layers in the soil.  So looking at a single value

22  would have been incorrect in this particular

23  situation.

24      Q.   Okay.  Let me ask you just to explain for us

25  laymen what a curve number-based model means.

1    A.   In the simplest form, the curve number

2  creates a relationship between land use or land cover,

3  a single soil property, and then rainfall to describe

4  expected runoff.  Again, GLEAMS, though, uses a

5  modified version of that and takes into account many,

6  many additional inputs that are required in the model

7  to understand and compute the expected runoff.

8    Q.   Did Dr. Bierman account for these other

9  potential input modifications when he critiqued your

10  urban selections?

11    A.   No.

12    Q.   And so are there other mechanisms that are

13  adjusted in GLEAMS to allow it to accurately reflect

14  urban runoff?

15    A.   Yes.

16    Q.   And have you actually used GLEAMS before in

17  your work, other than the IRW, to reflect urban

18  runoff?

19    A.   Yes.  I've used that in several instances to

20  do so.

21    Q.   And did you find in those cases you had to

22  adjust more than simply the curve number?

23    A.   Yes.

24    Q.   And did you make similar adjustments in this

25  case?

1    A.   Yes.

2    Q.   Okay.  What about the nutrient selection

3    issue that Dr. Bierman mentions with regard to urban

4    land use?

5    A.   It would be a similar situation here, in that

6    these complex interactions without running the model,

7    it would be almost impossible to understand what's

8    really happening.  So the standard approach would be

9    to run the model, see what happens, not to simply look

10   at inputs and speculate what might be happening.

11   Q.   Okay.  I want to now change topics --

12             THE COURT:  Before we do, let me ask

13   this because I don't know the relative amount of the

14   particular alleged misclassification is involved here,

15   but a couple of times, I believe, the defense

16   mentioned your characterizing of some of the urban

17   spaces, alfalfa fields.

18             Any response?

19             THE WITNESS:  Well, the urban areas

20   would not have been totally characterized as alfalfa

21   fields.  So in the nutrient input files, it was

22   necessary to describe something to make the model run,

23   and the something that was used was alfalfa fields.

24   Other parameters were then modified to represent what

25   would be happening in urban areas but you still need a

*11360*

 1    descriptor in the model to do that.

 2                    THE COURT:  I understand.  I mean,

 3    you've got -- in an urban setting, you've got

 4    backyards, you've got driveways, you've got rooftops,

 5    you've got gardens, etcetera.  Is that basically what

 6    you're talking about?

 7                    THE WITNESS:  Yes.  You've got a mosaic

 8    of uses.

 9                    THE COURT:  Go ahead.

10                    MR. PAGE:  Thank you, Your Honor.

11        Q.   *(BY MR. PAGE)*  Dr. Engel, I want to change

12    subjects again to move these things along.  Part of

13    Dr. Bierman's testimony was where he compared the

14    amount of phosphorus -- the total amount of phosphorus

15    in GLEAMS with your mass balance annual loadings.  Do

16    you recall that testimony?

17        A.   Yes.

18        Q.   Would you please look with me to Tyson

19    Defendant Demonstrative 230?

20                    MR. GEORGE:  Your Honor, I would

21    interpose an objection here.  I don't believe this is

22    a topic, mass balance, disclosed for rebuttal

23    testimony for Dr. Engel.  I'm looking at docket

24    No. 2854, which was the filing that led to the hearing

25    on January the 14th, and I don't see any reference to

1    mass balance.

2                    THE COURT:  Mr. Page.

3                    MR. PAGE:  Yeah.  That document was

4    filed with the court on the 13th.  On the 12th, Your

5    Honor, we had made a disclosure of exhibits we planned

6    to use with Dr. Engel and this was one of the

7    disclosures.  So this document was clearly noticed on

8    the 12th of January that we wished to use.

9                    MR. GEORGE:  Your Honor, maybe I

10   misunderstood, but I understood the court's directive

11   that led to the filing, which is cited in the opening

12   paragraph of the filing, was to identify the topics.

13   If I understand -- in fact, in the footnote, there was

14   some reference of narrowing done by the state with

15   respect to what their original plans may have been

16   with regard to rebuttal topics.  Frankly, the

17   defendants have been operating off of this list as the

18   contours of the filing -- I'm sorry -- of the state's

19   rebuttal case and it's not on here.

20                   THE COURT:  The number of that filing

21   again?

22                   MR. GEORGE:  It's docket No. 2854, filed

23   on the 13th of January.

24                   MR. PAGE:  Your Honor, if I just may

25   say, we also noticed other exhibits on Tuesday, which

 1   we -- two others that we plan to use with Dr. Engel.

 2   So we've got a total of three exhibits that were used

 3   by the defendants that Dr. Engel related to.

 4          One of those was noticed on the 12th and the

 5   other was noticed on the 19th, where in the course of

 6   the hearing, Your Honor, my impression was the court's

 7   ruling was that we would disclose any other additional

 8   documents.

 9          So on the 19th, we informed the defendants

10   that we're going to use what we've disclosed in this

11   docket No. 2854 as well as the exhibits that were

12   disclosed on the 12th and then the 19th.

13          THE COURT:  All right.  And I

14   specifically recall the discussion about narrowing so

15   Mr. George's conclusion would not have been

16   unreasonable as between the 12th and the 13th that

17   based upon the plaintiff's characterization that the

18   planned rebuttal had been narrowed.

19          But you're saying that subsequent to the

20   13th, you identified on the 19th this as well as other

21   exhibits that may go beyond the scope of the testimony

22   identified in the filing of the 13th; is that correct?

23          MR. PAGE:  Yes, Your Honor.  I think

24   that was on the 19th.

25          THE COURT:  Was it filed?

**United States District Court**

1        MR. PAGE:  No, sir.  This was -- this

2    was -- we followed the practice that was used for

3    disclosures by mailing and providing either the

4    demonstrative or the copy.  And so on the 19th, we

5    wrote to counsel that below are additional rebuttal

6    demonstratives and exhibits for Dr. Engel -- I think

7    the word "additional" is key -- which are disclosed,

8    in addition to the materials provided by David Page on

9    January 12th and then January 16th.

10        Of course, the 16th was the modeling results

11    that you asked for, Your Honor, that we've already

12    been through this morning.

13        THE COURT:  Does this exhibit address

14    any of the items set forth in 2854?

15        MR. PAGE:  No, sir.

16        MR. GEORGE:  Your Honor, you may have a

17    copy of the document on your screen.

18        THE COURT:  I do.

19        MR. GEORGE:  Okay.  Your Honor, may I

20    make one observation -- one additional observation --

21        THE COURT:  Yes.

22        MR. GEORGE:  -- while the court is

23    considering the document?

24        The court's ruling at the hearing on January

25    the 13th was not a review of all the exhibits that had

1   been disclosed.  Obviously, the court's ruling was

2   based upon the filing that was made and the shape of

3   the state's rebuttal case.  There are numerous

4   exhibits that have been disclosed by the state that

5   will not be used with this witness.

6           I believe that the test appropriately for

7   what the state has indicated its rebuttal case would

8   be is the filing that we are going to use in front of

9   Your Honor and Your Honor made rulings on.  I don't

10  believe there's been any reference to mass balance as

11  a topic.

12          THE COURT:  There is not.  The

13  objection's sustained.  Mr. Page.

14      Q.   *(BY MR. PAGE)*  Okay.  Dr. Engel, I'd like to

15  now review with you Dr. Bierman's criticisms of your

16  calculations of the observed loads at the three

17  gauging stations in his testimony.

18          If you would look with me, sir, to

19  Demonstrative 431, testimony slide 12.  Do you have

20  that, sir?

21      A.   Yes.

22      Q.   "QUESTION:  Can you describe what you

23  discovered when you reviewed the calculations by

24  Dr. Engel to arrive at his observed phosphorus loads?

25          "ANSWER:  Yes.  Dr. Engel stated that he used

the USGS LOADEST program.  And from review of his

produced materials, I determined that he used LOADEST

model 8.  LOADEST has about 12 or 13 different models

in it.  And I reviewed his -- again, reviewed his

model input files, and I determined that he made a

large number of errors in taking the OWRB measurements

and organizing them and formatting them for input to

the LOADEST program.  There were a large number of

just flat-out mistakes, numbers were incorrect.  There

were a large number of OWRB data that were simply

ignored."

          Now, Dr. Engel, do you agree with those

claims made by Dr. Bierman?

     A.   No.

     Q.   Would you please explain to me, sir, why you

disagree with Dr. Bierman's claims?

     A.   So in getting ready to use the LOADEST

program, there were a number of exploratory efforts

that were undertaken.  So initially the USGS

concentration phosphorus data were obtained, there

were runs made with that using different model

versions.  So as Dr. Bierman noted, there's some

ten-plus model versions that LOADEST -- or forms of

equations that LOADEST potentially can use.

     Q.   Now, let me just interrupt you here, if I

1    may, Doctor.

2         A.   Sure.

3         Q.   Did you produce all those exploratory runs as

4    part of your considered materials?

5         A.   Yes.   There were certainly many exploratory

6    runs that were produced as part of the considered

7    materials.   Later, I obtained OWRB data.   That was

8    ultimately used and combined with the USGS data.   I

9    explored the approaches that USGS had used in doing

10   this.   They used my recollection is model versions 3

11   and 6 in performing analyses here in the Illinois

12   River Watershed.

13         So I ultimately decided to let LOADEST pick

14   the model.   I did explore model version 8.   As I said,

15   I explored other versions, but ultimately allowed

16   LOADEST to select that model and use that.   It looks

17   like Dr. Bierman has used model 8.

18         I also noted that there were some additional

19   data beyond the end of the data that I had that

20   Dr. Bierman considered in some of the runs that he

21   made in and the results that he produced.   So there

22   seems to be some confusion here in some of the early

23   preliminary runs versus what was ultimately used.

24         Q.   Did USGS, when it calculated loads at these

25   gauging stations, always use LOADEST model 8 that

1    Dr. Bierman used?

2        A.   No.  So they used different model versions,

3    and my recollection is model 3 in one case, model 6 in

4    another case.

5        Q.   And how does your modeling of these gauge

6    station loads compare to what USGS did?

7        A.   There were some comparison with the predicted

8    loads with what USGS did.  The approach is similar to

9    what USGS used.  Where they used different models,

10   model versions, I used different model versions.

11       Q.   So when Dr. Bierman concluded that you

12   used -- you made mistakes in the modeling, did he use

13   the same LOADEST model that you did?

14       A.   He seems to have used LOADEST model version

15   8.

16       Q.   And did he use the same data that you did?

17       A.   I did note that there were some additional

18   data beyond the period, and I believe prior to the

19   period that I started, that were also entered in his

20   input files.

21       Q.   And this is based on your review of his

22   considered materials?

23       A.   Correct.

24       Q.   Now, Dr. Bierman was critical not just of

25   your total phosphorus observed calculations, but he

1    was also critical of your SRP, or soluble-reactive

2    phosphorus, also; correct?

3         A.   Correct.

4         Q.   Do you agree with Dr. Bierman's analysis of

5    your SRP calculations?

6         A.   No.  I believe, again, it's the same

7    situation.  There were various model versions data

8    that were explored so there were soluble as well as

9    soluble-reactive phosphorus data that were explored.

10        Q.   Okay.  Now, Dr. Engel, I want to switch

11   witnesses on you now.  I want to go from Dr. Bierman

12   to Dr. Connolly.

13              Now, sir, did you review the testimony of

14   Dr. Connolly in preparation of your rebuttal testimony

15   today?

16        A.   Yes.

17        Q.   Okay.  Now, what I want to focus on with

18   Dr. Connolly is Dr. Connolly's opinion and testimony

19   that wastewater-treatment plant phosphorus is a

20   phosphorus that's having the dominant impact on the

21   IRW, all right, sir?

22              So I would like to turn with you first to

23   Demonstrative 432.  Do you have that, sir?

24        A.   Yes.

25        Q.   "The Court:  Now, you say 'a dominant

1   impact.'  Are you saying the dominant impact or one of

2   the dominant impacts?"

3            "The Witness:  Based on the data that I have,

4   it appears to be the dominant impact"?

5            "QUESTION:  And what form of phosphorus are

6   they seeing that 80 percent of the time?

7            "ANSWER:  It's dominantly dissolved

8   phosphorus, as we saw earlier in the plot of how much

9   of the phosphorus is dissolved versus river flow.

10  Under base flow conditions, it's probably on (the)

11  average of 80 to 85 percent dissolved, and from the

12  wastewater-treatment plants being the source, most of

13  that dissolved is soluble-reactive phosphorus.

14           "ANSWER:  And that correspondence confirms

15  for me the dominant source of . . .

16  wastewater-treatment plants under base flow conditions

17  that are occurring eight out of ten days during the

18  principle growing period for algae further reinforces

19  the idea that the wastewater-treatment plants are

20  providing the phosphorus to the algae, and then

21  lastly, the idea that most of that phosphorus is in a

22  form that algae can use."

23           Now, Dr. Engel, do you agree with

24  Dr. Connolly's opinions concerning the dominant form

25  of phosphorus in this watershed being from

1    wastewater-treatment plants?

2        A.    No.

3        Q.    Why is that?

4        A.    I conducted an analysis of the data from the

5    watersheds that were used in the poultry house density

6    analysis -- the court may remember my testimony on

7    that earlier, I guess last year now at this point --

8    in which we looked at runoff, as well as base flow,

9    from 12 subwatersheds in the Illinois River Watershed.

10   The 12 that were used in my analysis did not have

11   wastewater treatment impacts in them so there were no

12   wastewater treatment discharges in these 12

13   watersheds.

14           The base flow data, we had both total

15   phosphorus as well as soluble-reactive phosphorus

16   available from those watersheds.  My analysis of that

17   data clearly indicates there's soluble-reactive

18   phosphorus in base flow coming from these watersheds,

19   and it ranges from, I believe, seven to about sixty,

20   eighty, ninety micrograms per liter, and it represents

21   about two-thirds of the total phosphorus --

22   soluble-reactive represents about two-thirds of the

23   total phosphorus in base flow from these watersheds.

24           So clearly there are other places, other

25   nonpoint sources, contributing soluble-reactive

*11371*

1    phosphorus to base flow.

2        Q.    Now, Dr. Engel, would you look with me on

3    Demonstrative 414, please?  What is this, sir?

4        A.    So this table summarizes the soluble-reactive

5    phosphorus data from these small watersheds or small

6    tributaries that I was describing a moment ago.

7            So each of those 12 watersheds is labeled

8    here under the watershed, this first column, so HFS 02

9    is the first of these.  And then at the bottom, some

10    averages are going to be presented.

11            The second column represents the average base

12    flow soluble-reactive phosphorus in micrograms per

13    liter.  That ranges from a low of 7 for high flow

14    station 26 to 51, it looks like, for high flow station

15    16 and the average is 27.

16        Q.    So that's all soluble-reactive phosphorus

17    that's concentrations displayed there?

18        A.    Correct.  So these would be soluble-reactive

19    phosphorus in base flow from multiple samples from

20    these locations.

21        Q.    Did all of the subwatersheds that you

22    analyzed that did not have wastewater-treatment plant

23    discharge have soluble-reactive phosphorus in base

24    flows?

25        A.    Yes.

1    Q.   Okay.  And what was the -- what's the third

2  column, sir?

3    A.   So the third column just depicts the amount

4  of soluble-reactive phosphorus as a percentage of the

5  total phosphorus in base flow again from these 12

6  watersheds.  So you can see that ranges from about 30

7  percent to 96 percent for HFS 28A being at 96 percent,

8  and on average presented at the bottom about

9  two-thirds of the phosphorus in base flow from these

10  small watersheds is soluble-reactive phosphorus.

11    Q.   Now, sir, how is it that nonpoint-source

12  phosphorus, which is by definition runoff phosphorus,

13  can contribute phosphorus and even soluble-reactive

14  phosphorus to base flows?

15    A.   Well, this could occur in via one of two

16  primary mechanisms.

17         So, first of all, there would be -- as we

18  would have rainfall, there would be some amount of

19  water that infiltrates, moves through this soil and on

20  its path through the soil would pick up some

21  phosphorus.  That might become groundwater, shallow

22  groundwater, that's later discharged during dry days

23  into these streams and rivers.  So that's going to be

24  seeping out of the banks and re-entering the stream

25  beds of some of these.

1          The second way would be that during runoff

2    that runoff may be moving through the streams.  It

3    would be carrying some amount of phosphorus with it.

4    But during that process, some of that runoff would

5    refill the voids that are left by -- by the -- by the

6    water seeping back into the streams.  So during the

7    surface runoff, water pushing out, filling the

8    alluvium along the streams, and then on dry days, that

9    water carrying phosphorus moving back in and trickling

10   and moving slowly in these streams representing base

11   flow.

12       Q.   So is it your testimony, sir, that the

13   alluvium of these rivers and streams when the river or

14   stream drops will contribute nonpoint-source

15   phosphorus to these streams?

16       A.   Yes.  There would be nonpoint-source

17   phosphorus coming back out of the alluvium, reaching

18   the streams, and then flowing slowly to downstream

19   locations.

20       Q.   And that would be during base flow

21   conditions, sir?

22       A.   That would occur during base flow conditions.

23       Q.   Okay.  Now, does this evidence indicate or

24   support Dr. Connolly's opinion that

25   wastewater-treatment plant discharges are the dominant

**United States District Court**

 1    form of SRP during base flows in the IRW?

 2        A.   Well, you know, there are many, many of these

 3    small streams, and based on the data here, certainly

 4    have soluble-reactive phosphorus in them at base flow.

 5    So based on this analysis, it's quite clear that there

 6    are nonpoint sources of phosphorus in base flow so

 7    there's no more phosphorus than just

 8    wastewater-treatment plant at these lower flow

 9    conditions.

10        Q.   And that would include soluble-reactive

11    phosphorus from nonpoint sources also?

12        A.   Certainly would include soluble-reactive

13    phosphorus.

14        Q.   Now, did you make a comparison of these

15    soluble-reactive phosphorus results to poultry house

16    density?

17        A.   I did.

18        Q.   And what did you find?

19        A.   Well, similar to the analysis when I looked

20    at just total phosphorus coming from these watersheds,

21    I found significant relationships.  So let me explain

22    what I did.

23            So I looked at, in this case only,

24    soluble-reactive phosphorus, I looked at poultry house

25    density in these 12 watersheds, and then looked at

1    that relationship, created a regression line among

2    those looking at poultry houses, as I did for total

3    phosphorus in the watershed, both active and total,

4    looked at a buffer around the watershed because

5    poultry house operations, nearby watersheds would

6    potentially contribute phosphorus into these

7    watersheds by transport of the waste application then

8    of that waste in that watershed.  So that two-mile

9    buffer was used.  And, again, regression lines fit to

10   each of these.

11          For each case, you get a relationship that as

12   you have more poultry houses, you have more

13   soluble-reactive phosphorus in base flow and each of

14   these were statistically significant at a P value

15   of .05

16       Q.   Did you reach any conclusions based on this

17   analysis?

18       A.   Yes.  Based on this analysis, it's quite

19   clear that poultry house operations in these

20   watersheds contribute soluble-reactive phosphorus in

21   base flow, and the other prior analysis indicates they

22   contribute certainly during runoff events as well.

23       Q.   Now, one of the premises for Dr. Connolly's

24   opinion that wastewater-treatment plant phosphorus is

25   the dominant -- that is, is dominant in the Illinois

11376

1   River is that the Illinois River is moving too fast to

2   utilize nonpoint-source phosphorus.

3           Do you recall that testimony?

4       A.   Yes.

5       Q.   Now, do you agree with that?

6       A.   No.  And, I guess, for a couple of reasons,

7   if I could explain those.

8           So, I guess, first, the analysis that he did

9   was flawed in that he looked at average conditions.

10  In looking at flow velocities and the amount of time

11  that it would take water to move downstream, looking

12  at an average is probably not a preferred way to do

13  that.

14          So, for example, if you simply look at the

15  median, which would represent conditions half of the

16  time, the travel time and velocities change by 40

17  percent.  So --

18      Q.   Forty percent faster or slower?

19      A.   So velocities would be 40 percent slower,

20  travel times would be 40 percent bigger.  So the time

21  and days would be bigger, the speed would be smaller.

22          So that would represent the conditions half

23  the time.  Certainly, there are many, many days --

24  half the days would be conditions in which velocities

25  would be slower than that, travel times would be

1    greater than that.  And so if we get out here in the

2    25-percent-of-the-time range, very, very different

3    than the characterization of Dr. Connolly.

4            I guess I would further note that, you know,

5    there's a little bit of a flaw in that logic too in

6    that, you know, as the water is moving past a

7    location, it's carrying phosphorus.  Well, the water

8    behind that is also going to be carrying phosphorus.

9    And based on the analysis that I just talked about,

10   with soluble-reactive phosphorus being in base flow in

11   these small watersheds, that's nonpoint-source

12   phosphorus that's right behind this other phosphorus.

13           So the travel time doesn't really tell the

14   story with respect to potential exposure of algae to

15   phosphorus.

16       Q.   Is that because the phosphorus may move down

17   in three days or two days or even a day, but there

18   will be phosphorus based on your analysis right behind

19   that phosphorus that moved by?

20               MR. GEORGE:  Objection; leading.

21               THE COURT:  Sustained.

22       Q.   *(BY MR. PAGE)*  Why is the daily analysis not

23   probative to the amount of phosphorus that's actually

24   seen or for which algae's exposed to in the IRW

25   system?

**United States District Court**

11378

1    A.   So the algae is going to see phosphorus every

2  day from water flowing past it.  And, again, as I

3  explained, even in these lowest flow kinds of

4  conditions in base flow, there's soluble-reactive

5  phosphorus and other phosphorus that one can readily

6  attribute to poultry house operations.

7    Q.   Is it reasonable in your mind, Dr. Engel, to

8  use the Illinois River main stem to characterize what

9  would be typical flow in the IRW stream system?

10    A.   Well, if one thinks about the many, many

11  stream miles that are in much smaller streams and

12  looks at the flow in those, the flow in those is

13  certainly much less than the main stem.  Velocities in

14  those are on average -- or if we look at a median or

15  quartile, you know, 25 percent of the time, the

16  velocities, the exposure to phosphorus in those, ample

17  opportunity for algae to see plenty of phosphorus.

18    Q.   Okay.  Now, Dr. Engel, I want to show you one

19  of the exhibits that Dr. Connolly used to support his

20  opinion that wastewater-treatment plant is the

21  dominant form -- source of phosphorus for the IRW.

22        Would you please look at DJX6097?  Now, did

23  you review Dr. Connolly's testimony associated with

24  this exhibit?

25    A.   Yes.

**United States District Court**

1    Q.   And what was -- if you could briefly

2    summarize, what was Dr. Connolly's point that he made

3    with regard to this exhibit and the dominance of

4    wastewater-treatment plant phosphorus in the system?

5    A.   So Dr. Connolly's argument was that if we

6    look in these figures, we see this blue bar that

7    represents the wastewater treatment discharge on a

8    typical day.  The other bars here represent some

9    number of observations of phosphorus loads during base

10   flow kinds of conditions for this period.

11        And his argument was that if you look at

12   these, the wastewater treatment matches the observed

13   phosphorus for this period of record.

14   Q.   Okay.  Were you able to evaluate using

15   Dr. Connolly's evidence and his data whether or not

16   the phosphorus in base flow is 80, 85 percent, all

17   wastewater-treatment plant phosphorus?

18   A.   Well, if we look at this bottom figure for

19   Tahlequah, so the bottom figure on the page, the

20   phosphorus load at Tahlequah is about 94 kilograms per

21   day as I recall.

22   Q.   Did you do some calculations based on this

23   data to determine that?

24   A.   Yes.  And then I can use the boxes here -- or

25   the bars here to calculate the phosphorus load that

1    would be the average phosphorus load depicted by the

2    bars.  So the bars represent a proportion of time in

3    which a certain load was observed.

4           So if we look at the bar on the left, total

5    phosphorus, with a -- with a mark in here of ten and

6    we see that that represents about five or six percent

7    of the time, multiplying five or six percent of the

8    time -- and you can see the data to do this -- along

9    with the average load represented by that box, do that

10   for all these, sum these up, you can get the total

11   load of phosphorus that's depicted by the observed

12   data.

13       Q.   And what is the total load of phosphorus

14   during base flow at Tahlequah using Dr. Connolly's

15   data?

16       A.   Turns out it's about 156 kilograms per day,

17   and that is to be compared to wastewater treatment at

18   94 kilograms per day.  So that would mean that about

19   40 percent at least of the observed loads would be not

20   wastewater treatment, they would have to be nonpoint

21   source.

22       Q.   Forty percent of the phosphorus would be

23   nonpoint-source phosphorus at Tahlequah during base

24   flow?

25       A.   That's what these data would indicate.

**United States District Court**

1    Q.   Now, again, sir, is it reasonable in your

2  mind for Dr. Connolly to use just the main stem of the

3  Illinois River to characterize the phosphorus

4  contributions for all the streams in the IRW?

5    A.   No.   There are many, many stream miles in

6  these small streams that have no wastewater treatment

7  in them.   Again, based on the review of the data that

8  I conducted, there's clearly soluble-reactive

9  phosphorus being contributed by those streams during

10  low flow or base flow kinds of conditions.

11                MR. PAGE:  May I have a minute, Your

12  Honor?

13                THE COURT:  Yes, sir.

14              *(Discussion held off the record)*

15                MR. PAGE:  Your Honor, I pass the

16  witness.

17                THE COURT:  Cross-examination.

18                MR. GEORGE:  Your Honor, if you'll give

19  me a moment to relocate, it will take me a few minutes

20  to get some materials set up.

21            I do note it's a quarter 'til and I'm at the

22  court's pleasure as always as to whether to start for

23  a few moments or to take a lunch break earlier.

24                THE COURT:  Let's take it until noon

25  when we're at a convenient break about that time.

1          MR. GEORGE:  I appreciate that, Your

2     Honor.

3               THE COURT:  Yes, sir.

4          *(Discussion held off the record)*

5                  **CROSS—EXAMINATION**

6     **BY MR. GEORGE:**

7          Q.   Good morning, Dr. Engel.  Welcome back to

8     Tulsa.

9          A.   Thank you.

10         Q.   Good to see you again.  Dr. Engel, I want to

11    start with the one time -- and I think there was only

12    one -- when Mr. Page asked you if Dr. Bierman lied or

13    was untruthful.

14              Do you recall the question when Mr. Page

15    asked whether you agree with Dr. Bierman's testimony

16    that the routing model as described on page D-21 of

17    your report had numeric values assigned to that model?

18    Do you recall that question?

19         A.   Yes.

20         Q.   Okay.  Let's get this straight, if we can.

21    Do you have your report with you?

22         A.   I believe there's a copy here.

23         Q.   Okay.

24              MR. GEORGE:  Your Honor, do you have a

25    copy?

1            THE COURT:  I do.

2            MR. GEORGE:  Okay.

3        Q.   *(BY MR. GEORGE)*  Could you find page D-21,

4   Doctor?

5        A.   Okay.

6        Q.   And do you see your routing model?  In fact,

7   the very first sentence at the top of page 21 begins

8   with the phrase "a phosphorus routing model was

9   created."  Do you see that phrase?

10       A.   Yes.

11       Q.   And then the routing model is actually

12   described on that page, the formula for that routing

13   model; correct?

14       A.   Correct.

15       Q.   Okay.  So you don't -- you're not of the view

16   that Dr. Bierman was being untruthful when he said

17   your routing model is described on page D-21 and that

18   routing model does provide for coefficients in his

19   formula but does not specify numeric criteria?  You

20   don't disagree with that, do you?

21       A.   Well, I guess the numeric values are

22   specified a page later.

23       Q.   Okay.  Well, let's turn to that page, page

24   D-22.

25            The numeric values that you're referring to

 1   are the coefficients listed in table 7; is that
 2   correct?
 3       A.   Correct.
 4       Q.   Okay.  And there are, in fact, numeric
 5   criteria beneath each of those coefficients for each
 6   of the subwatersheds; right?
 7       A.   Yes.
 8       Q.   Do you see directly above the table how those
 9   coefficients are described?  Do you see the sentence
10   that the optimized coefficients are shown in table
11   7?
12       A.   Yes, I do.
13       Q.   Okay.  And that's a fair description of what
14   table 7 shows, right, optimized?
15       A.   Yes.
16       Q.   Okay.  And then if you go back up one -- the
17   last sentence in the first full paragraph on page
18   D-21, do you see the sentence that provides "the
19   routing model coefficients were optimized using an
20   automated shuffled complex evolution approach"?  Do
21   you see that sentence?
22       A.   Yes.
23       Q.   The shuffled complex evolution that is
24   referenced there is this SCE algorithm that has been
25   discussed a time or two in this case; is that right?

**United States District Court**

1      A.   Correct.

2      Q.   And that's part of your calibration process,

3    right, the use of the SCE?

4      A.   Right.

5      Q.   So is it not true, Doctor, that the

6    coefficients that are shown in table 7 that do have

7    numeric values assigned to them are the product of

8    your calibration using the SCE algorithm?

9      A.   Yes.

10      Q.   Okay.   So those specific numeric values for

11    your coefficents came into being, if you will, as a

12    result of the calibration process; correct?

13      A.   Yes.

14      Q.   And I believe you testified on your previous

15    time in this court that the calibration process with

16    this SCE involves moving coefficients and parameters

17    up and down in order to reach the best fit in terms of

18    predicted loads versus observed loads; correct?

19      A.   Correct.

20      Q.   Okay.

21           MR. GEORGE:   Can we pull up as well

22    State Demonstrative 392?

23      Q.   *(BY MR. GEORGE)*   You're familiar with this

24    demonstrative exhibit, are you not, Doctor?

25      A.   Yes.

**United States District Court**

 1      Q.   Do you see it on the screen?  And this is a

 2 demonstrative that you prepared, is it not?

 3      A.   Yes.

 4      Q.   And for the record, could you read the title

 5 of the demonstrative?

 6      A.   Yes.  "Dr. Engel's Routing Model."

 7      Q.   Okay.  And the equation with the generic

 8 coefficients of A, B, C, and P accumulation is what is

 9 shown on that demonstrative; is that right?

10      A.   Yes.

11      Q.   Okay.  So, Doctor, when you describe that

12 equation with the coefficients without specific

13 numeric values as your routing model, were you just

14 being careless?

15      A.   I guess I'm unclear as to what you're asking

16 now.

17      Q.   Well, I believe your testimony on direct

18 today has been that your model is not the equation,

19 your model is the equation with these specific numeric

20 coefficients plugged into it; correct?

21      A.   Yes.

22      Q.   Okay.  But that's not what's represented on

23 State Demonstrative 392, is it?

24      A.   I guess they're placeholders for those

25 specific numerical values in this -- in this

*11387*

1    demonstrative, yes.

2        Q.   Okay.  So I guess I want to get some clarity

3    on this so as we move forward we don't miscommunicate.

4            You don't have any objection, do you, to our

5    referring to the routing model as the equation without

6    the specific numeric coefficients, just as you've done

7    on State Demonstrative 392?

8        A.   That would be fine with me.

9            MR. GEORGE:  Your Honor, the next

10   subject I want to explore will take a little while to

11   get into.  Before we reach a logical place, would now

12   be as good a time as any?

13           THE COURT:  All right.  Let's take our

14   lunch break at this time.  We'll be back at ten after

15   one.

16               *(Lunch recess was taken)*

17

18

19

20

21

22

23

24

25

**United States District Court**

1              C E R T I F I C A T E

2

3

4          I, Brian P. Neil, a Certified Court Reporter

5    for the Eastern District of Oklahoma, do hereby

6    certify that the foregoing is a true and accurate

7    transcription of my stenographic notes and is a true

8    record of the proceedings held in above-captioned

9    case.

10

11         I further certify that I am not employed by

12   or related to any party to this action by blood or

13   marriage and that I am in no way interested in the

14   outcome of this matter.

15

16         In witness whereof, I have hereunto set my

17   hand this 25th day of January 2010.

18

                    s/ Brian P. Neil

19        _____

                Brian P. Neil, CSR-RPR, CRR, RMR
20              United States Court Reporter

21

22

23

24

25

**United States District Court**