IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, ex rel. OKLAHOMA SECRETARY OF THE ENVIRONMENT J.D. STRONG in his capacity as the TRUSTEE FOR NATURAL RESOURCES FOR THE STATE OF OKLAHOMA,<br><br>  Plaintiff,<br><br>vs.<br><br>TYSON FOODS, INC., TYSON POULTRY, INC., TYSON CHICKEN, INC., COBB-VANTRESS, INC., CAL-MAINE FOODS, INC., CARGILL, INC., CARGILL TURKEY PRODUCTION, LLC, GEORGE'S, INC., GEORGE'S FARMS, INC., PETERSON FARMS, INC., and SIMMONS FOODS, INC.,<br><br>  Defendants. | Case No. 05-cv-329-GKF-PJC |

## JUDGMENT ON PARTIAL FINDINGS

Pursuant to Federal Rule 52(c), and supported by Findings of Fact and Conclusions of Law filed contemporaneously herewith,

It is ordered that the plaintiff State of Oklahoma recover from defendants nothing on plaintiff's claims 1) of state law nuisance *per se*; 2) of violation of the Resource Conservation and Recovery Act, 42 U.S.C. § 6972; and 3) that bacteria from land-applied poultry litter have polluted the waters of the Illinois River Watershed and that those bacteria pose a risk to human health or the environment. These three claims are hereby dismissed on the merits.

ENTERED at Tulsa, Oklahoma, this 17th day of February, 2010.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma