UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA, et al.,

                               Plaintiffs,

    v.

TYSON FOODS, INC., et al.,

                               Defendants.

Case No.   4:05-cv-329-GKF-SH

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR STATUS CONFERENCE

On this day, the above-styled case comes before the Court on Doc. 2981, Plaintiffs' Unopposed Motion for Status Conference. For good cause shown, the Court GRANTS Plaintiffs' Unopposed Motion.

This case is hereby set for status conference on March 17, 2023 at 1:30 p.m.

IT IS SO ORDERED this 22nd day of February, 2023.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE