UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| State of Oklahoma, | Plaintiff, | Case No.: 05-CV-329-GKF-SH<br>Date: 3/17/23<br>Court Time: 1:30-1:50 |
| vs. | | |
| Tyson Foods, et al | Defendant(s). | **MINUTE SHEET – STATUS CONF** |

Gregory Frizzell, U.S. District Judge          P. Lynn, Deputy Clerk          Laura Griffin, Reporter

Counsel for Plaintiff:    Gentner Drummond, Jennifer Lewis, Ed Fite, Sara Hill
Counsel for Defendant:  Adam Deckinger, Scott McDaniel, John Elrod, Robert George, Gary Weeks, John Tucker, Colin Tucker, Robert Redemann

MINUTES:  Case called for status conference.  Discussion held.

Parties request 90 day extension and Court sets additional status conference 6/16/23 at 1:30. Parties to submit joint status report by 6/9/23.