IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STATE OF OKLAHOMA, et al,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 05-cv-00329-GFK-SH |
| | ) |
| **TYSON FOODS, INC., et al,** | ) |
| | ) |
| Defendants, | ) |

## ORDER

Before the Court is the motion of William F. Smith to withdraw as one of the attorneys for Third-Party Defendants [Doc. 2989] named below. Upon review, the Court finds that the motion should be and the same is hereby granted.

**IT IS THEREFORE ORDERED** that Movant William F. Smith is granted leave to withdraw as one of the attorneys for the following Third-Party Defendants in this matter:

Adair, John W
Adair, Virginia W.
Arrowhead Camp, Inc.
Berry, Brian R., individually
Berry, Brian R. dba Town Branch Guest Ranch
Berry, Mary C., individually
Berry, Mary C., dba Town Branch Guest Ranch
Brooks, Norma, dba Cookson Village and Cabins
Brown, Haskell L.
Canada, Linda
Canada, Roger K.
Caviness, Ladonna Eddings
Cherry Springs Golf Club, Inc.
Colburn, Gene
Colburn, Lorene
Conner, Brooks P.
Conner, M. Wesley
Davis, Billie
Davis, Veramin
Eddings, Elmo
Eddings, Thomas E.
Flint Ridge Property Owners Association, Inc.

Flintridge Park, LLC
Fowler, Ricky
Fowler, Tonya
Glenn, Billy D.
Glenn, Norma
Grande Villa, Inc.
Guffey, Darrell, dba Seldom Rest Dairy
Guffey, Dianna, dba Seldom Rest Dairy
Hare, Anthony Wayne, dba Crystal Creek Ranch
Hare, Jerry W., Trustee of Jerry Wayne Hare Revocable Trust
Crystal Creek Ranch
Hare, Jerry Wayne, dba Crystal Creek Ranch
Hare, Mary Jo, dba Crystal Creek Ranch
Hare, Mary Jo, Trustee of Mary Jo Hare Revocable Trust
Hix, Carolyn
Hix, Danny E.
Hix, Ricky Joe
Hix, Rita
Illinois River Ranch Recreational Vehicle Park Property Owners Association
Illinois River Valley Nursery, Inc.
J5 Ranch, LLC
John E. and Virginia W. Adair Family Revocable Trust (Trustees of)
John T. Posey, Jr. Trust, d/b/a Meadow Park RV Park
Jones, Erin
Jones, James Thomas
Kelly, Mark
Kelly, Melissa
Kile, Bonnie Eddings
Lockwood, Carolyn R.
Lockwood, Larry R.
Long, Charlene Eddings
Mathews, Dale E., Co-Trustee of the Dale E. Mathews Trust
Mathews, Ellen, Co-Trustee of the Dale E. Mathews Trust
Means, Jerry
Means, Ann
Means, Dorothy Ann, Trustee of the Dorothy Ann Means Trust
Means, Dorothy Ann, Trustee of the Jerry L. Means Trust
Means, Jerry, Trustee of the Dorothy Ann Means Trust
Means, Jerry, Trustee of the Jerry L. Means Trust
Mille Seratt Trust
Moss, Darrell
Nickel, John
Park Hill Plants & Trees, Inc.
Parker, Daniel L.
Posey, John T., Jr.
Proctor, Evelyn,
Proctor, Phillip Dewayne
River Farms of Tahlequah, LLC
Sanders, Anna Marie

Secratt, Verlie B., as Trustee of the Verlie Berniece Secratt Revocable Trust
Shankle, Sue Eddings
Simpson, Billy, d/b/a Simpson Dairy
Skelly Ranch, Inc.
Smith, Robert A., Trustee of The Robert A. Smith Trust
Smith, Sylvia S., Trustee of The Robert A. Smith Trust
Snake Creek Wilderness Development, Inc.
Spears, Brenda A.
Spears, Brenda K. dba Pine Valley Cabins
Spears, David
Spears, Jack dba Pine Valley Cabins
Spring Hollow Feed Mill, Inc.
Tarrance, Elise
Tarrance, Willie
Tate, Tom
Thunderbird Resort, Inc.
Twin City Construction, Inc.
Watts, Helen Trustee of The Helen Watts Revocable Trust
Watts, Simp, Trustee of The Simp Watts Revocable Trust
Williams, Bobby, dba Williams Dairy
Williams, Christina, dba Simpson Dairy
Williams, Clifton, dba Williams Dairy
Williams, Jerry D. dba Simpson Dairy
Williams, Marian, dba Williams Dairy
Williams, Norma
Williams, Perry
Wilson, Charles W.
Wilson, Kimberlee.

**IT IS SO ORDERED** this 3rd day of May, 2023.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE