IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. | STATE OF OKLAHOMA, ex rel. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma and | ) ) ) ) |
| 2. | OKLAHOMA SECRETARY OF ENERGY AND ENVIRONMENT KEN McQUEEN, In his capacity as the TRUSTEE FOR NATURAL RESOURCES FOR THE STATE OF OKLAHOMA, | ) ) ) ) ) ) |
| | PLAINTIFFS, | ) ) |
| vs. | | ) No. 05-CV-329-GKF-SH ) |
| 1. | TYSON FOODS, INC., | ) |
| 2. | TYSON POULTRY, INC., | ) |
| 3. | TYSON CHICKEN, INC., | ) |
| 4. | COBB-VANTRESS, INC., | ) |
| 5. | CAL-MAINE FOODS, INC., | ) |
| 6. | CARGILL, INC., | ) |
| 7. | CARGILL TURKEY PRODUCTION, LLC, | ) |
| 8. | GEORGE'S, INC., | ) |
| 9. | GEORGE'S FARMS, INC., | ) |
| 10. | PETERSON FARMS, INC., and | ) |
| 11. | SIMMONS FOODS, INC., | ) ) |
| | DEFENDANTS. | ) |

**JOINT STATUS REPORT**

On this ninth day of June 2023, the Parties jointly submit this status report:

1. The Parties last met on March 17, 2023, for a status conference before this Court.

2. Pursuant to this Court's directive, the Parties continue to engage in negotiations to resolve this matter.

3. The Parties wish to pursue mediation facilitated by a neutral, mutually agreed third-party.

4. The Parties have agreed to mediation before retired 10th Circuit Judge Deanell Reece Tacha and propose to mediate at a time in the near future that is convenient for the mediator

and the Parties.

5. The Parties request that the Court order mediation with the understanding that the Parties will submit a status report within 14 days following the conclusion of the mediation.

Respectfully,

s/ *Garry M. Gaskins, II*
Gentner F. Drummond, OBA #16645
*Attorney General*
Garry M. Gaskins, II, OBA #20212
*Solicitor General*
Jennifer L. Lewis, OBA #32819
*Deputy Attorney General*
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921

On Behalf of the Plaintiffs,
STATE OF OKLAHOMA, ex rel. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma and OKLAHOMA SECRETARY OF ENERGY AND ENVIRONMENT KEN McQUEEN, in his capacity as the TRUSTEE FOR NATURAL RESOURCES FOR THE STATE OF OKLAHOMA,

*/s/: A. Scott McDaniel*
A. Scott McDaniel, OBA #16460
McDaniel Acord, PLLC
9343 East 95th Court
Tulsa, OK 74133
(918) 382-9200
And
Mark D. Hobson
Timothy K. Webster
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

On Behalf of the Defendants,
Tyson Foods, Inc.,
Tyson Poultry, Inc.,
Tyson Chicken, Inc.,
Cobb-Vantress, Inc.,

*/s/: Robert George (By Permission)*
Robert George, OBA #18562
Georges, Inc.
402 W. Robinson Ave.
Springdale, AR  73764
(479) 927-7249
And
Gary V. Weeks
K.C. Dupps Tucker
The Law Group of Northwest Arkansas LLP
1830 Shelby Lane
Fayetteville, AR 72704
And
Clinton Derek Russell, OBA # 19209
Taylor Foster Law Firm
P.O. Box 309
Claremore, OK  74018
(918) 343-4100

On Behalf of the Defendants, George's, Inc. and George's Farms, Inc.


*/s/: Robert P. Redemann (By Permission)*
Robert P. Redemann, OBA #7454
William D. Perrine, OBA #11955
Perrine, Redemann, Berry, Taylor & Frette, PLLC
1800 S. Baltimore Ave., Suite 900
Tulsa, OK 74119
(918) 382-1400
and
Robert E. Sanders
Young Wells Williams P.A.
141 Township Ave., Suite 300
Ridgeland, MS  39158

On Behalf of the Defendants, Cal-Maine Foods, Inc. and Cal-Maine Farms, Inc.

  /s/: *John R. Elrod (By Permission)*
John R. Elrod
Vicki Bronson, OBA # 20574
Conner & Winters, P.C.
4375 N. Vantage Drive, Suite405
Fayetteville, AR  72703
And
Bruce W. Freeman
D. Richard Funk
Conner & Winters, LLP
4100 First Place Tower
15 East Fifth Street
Tulsa, OK  74103-4344

On Behalf of Defendant, Simmons Foods, Inc.


*/s/: John H. Tucker (By Permission)*
John H. Tucker, OBA # 9110
Colin H. Tucker
Theresa Noble Hill
Rhodes, Hieronymus, Jones, Tucker & Gable
P.O. Box 21100
Tulsa, OK  74121-1100

On Behalf of Defendants, Cargill, Inc. and Cargill Turkey Production, LLC


*/s/: A. Scott McDaniel*
A.  Scott McDaniel, OBA # 16460
McDaniel Acord, PLLC
9343 East 95th Court
Tulsa, OK  74133

On Behalf of Defendant, Peterson Farms, Inc.

## CERTIFICATE OF SERVICE

      I certify that on the 9th day of June 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Gentner F. Drummond, Attorney General | gentner.drummond@oag.ok.gov.com |
| Garry M. Gaskins, II, Solicitor General | garry.gaskins@oag.ok.gov |
| Jennifer L. Lewis, Assistant Attorney General | jennifer.lewis@oag.ok.gov |
| | |
| Melvin David Riggs | driggs@riggsabney.com |
| Sharon K. Weaver | sweaver@riggsabney.com |
| Riggs Abney Neal Turpen Orbison & Lewis | |
| | |
| David P. Page | dpage@eenradvocates.com |
| Environmental, Energy & Natural Resources Advocates, PLLC | |
| | |
| Robert Allen Nance | rnance@riggsabney.com |
| Dorothy Sharon Gentry | sgentry@riggsabney.com |
| Riggs Abney | |
| | |
| Louis W. Bullock | lbullock@bullocklawtulsa.com |
| Michael G. Rousseau | mrousseau@motleyrice.com |
| Fidelma L. Fitzpatrick | ffitzpatrick@motleyrice.com |
| Motley Rice LLC | |
| | |
| Frederick C. Baker | fbaker@motleyrice.com |
| William H. Narwold | bnarwold@motleyrice.com |
| Mathew P. Jasinski | mjasinski@motleyrice.com |
| Motley Rice | |

**COUNSEL FOR PLAINTIFFS**

| | |
|---|---|
| Mark D. Hopson | mhopson@sidley.com |
| Timothy K. Webster | twebster@sidley.com |
| Gordon D. Todd | gtodd@sidley.com |
| Frank R. Volpe | fvolpe@sidley.com |
| Sidley Austin LLP | |
| | |
| L. Bryan Burns | bryan.burns@tyson.com |
| | |
| A. Scott McDaniel | smcdaniel@ok-counsel.com |

**COUNSEL FOR TYSON FOODS, INC., TYSON POULTRY, INC., TYSON CHICKEN, INC.; AND COBB-VANTRESS, INC.**

| | |
|---|---|
| R. Thomas Lay | rtl@kiralaw.com |
| Kerr, Irvine, Rhodes & Ables | |

| | |
|---|---|
| Frank M. Evans, III | fevans@lathropgage.com |
| Lathrop & Gage, L.C. | |
| **COUNSEL FOR WILLOW BROOK FOODS, INC.** | |
| | |
| Robert P. Redemann | rredemann@pmrlaw.net |
| William D. Perrine | wperrine@pmrlaw.net |
| David C. Senger | david@cswlawgroup.com |
| Perrine, Redemann, Berry, Taylor & Frette, PLLC | |
| | |
| Robert E. Sanders | rsanders@youngwilliams.com |
| E. Stephen Williams | steve.williams@youngwilliams.com |
| Young Williams P.A. | |
| **COUNSEL FOR CAL-MAINE FOODS, INC. AND CAL-MAINE FARMS, INC.** | |
| | |
| Robert W. George | Robert.george@georgesinc.com |
| | |
| Gary V. Weeks | gary.weeks@lawgroupnwa.com |
| K.C. Dupps Tucker | kc.tucker@lawgroupnwa.com |
| The Law Group of Northwest Arkansas LLP | |
| **COUNSEL FOR GEORGE S INC. AND GEORGE S FARMS, INC.** | |
| | |
| John R. Elrod | jelrod@cwlaw.com |
| Vicki Bronson | vbronson@cwlaw.com |
| Conner & Winters, P.C. | |
| | |
| Bruce W. Freeman | freemanlawtulsa@gmail.com |
| **COUNSEL FOR SIMMONS FOODS, INC.** | |
| | |
| A Scott McDaniel | smcdaniel@ok-counsel.com |
| Sherry P. Bartley | sbartley@mwlaw.com |
| **COUNSEL FOR PETERSON FARMS** | |
| | |
| John H. Tucker | jtuckercourts@rhodesokla.com |
| Colin H. Tucker | chtucker@rhodesokla.com |
| Theresa Noble Hill | thill@rhodesokla.com |
| Kerry R. Lewis | klewis@rhodesokla.com |
| Rhodes, Hieronymus, Jones, Tucker & Gable | |
| | |
| Terry W. West | terry@thewestlawfirm.com |
| The West Law Firm | |
| | |
| Delmar R. Ehrich | delmar.ehrich@faegrebd.com |
| Bruce Jones | bruce.jones@faegredrinker.com |
| Todd P. Walker | toddpwalker@comcast.net |
| Christopher H. Dolan | cdolan@faegre.com |
| Colin C. Deihl | cdeihl@polsinelli.com |
| Faegre & Benson LLP | |
| | |
| Krisann Kleibacker Lee | krisann_kleibacker_lee@cargill.com |
| **COUNSEL FOR CARGILL, INC. AND CARGILL TURKEY PRODUCTION, LLC** | |

| | |
|---|---|
| Michael D. Graves | mgraves@hallestill.com |
| D. Kenyon Williams, Jr. | kwilliams@hallestill.com |

**COUNSEL FOR POULTRY GROWERS**

| | |
|---|---|
| William B. Federman | wbf@federmanlaw.com |
| Jennifer F. Sherrill | jennifers@wcalaw.com |
| Federman & Sherwood | |

Jim DePriest     jim.depriest@arkansasag.gov
Office of the Attorney General
**COUNSEL FOR THE STATE OF ARKANSAS AND THE ARKANSAS NATURAL RESOURCES COMMISSION**

Gary S. Chilton     gchilton@holladaychilton.com
Holladay, Chilton & Degiusti, PLLC
**COUNSEL FOR AMICI CURIAE CHAMBER OF COMMERCE FOR THE U.S. AND THE AMERICAN TORT REFORM ASSOCIATION**

| | |
|---|---|
| Richard C. Ford | fordr@crowedunlevy.com |
| LeAnne Burnett | burnettl@crowedunlevy.com |
| Crowe & Dunlevy | |

**COUNSEL FOR AMICUS CURIAE OKLAHOMA FARM BUREAU, INC.**

M. Richard Mullins     richard.mullins@mcafeetaft.com
McAfee & Taft

Mia Vahlberg     mvahlberg@gablelaw.com
Gable Gotwals

| | |
|---|---|
| James T. Banks | jtbanks@hhlaw.com |
| Adam J. Siegel | ajsiegel@hhlaw.com |
| Hogan & Hartson, LLP | |

**COUNSEL FOR AMICI CURIAE NATIONAL CHICKEN COUNCIL, U.S. POULTRY & EGG ASSOCIATION AND NATIONAL TURKEY FEDERATION**

John D. Russell     Jrussell@gablelaw.com
**COUNSEL FOR AMICUS CURIAE ARKANSAS FARM BUREAU FEDERATION**

| | |
|---|---|
| Barry G. Reynolds | reynolds@titushillis.com |
| Jessica E. Rainey | jrainey@mullicanhart.com |
| Titus Hills Reynolds Love Dickman & McCalmon | |

| | |
|---|---|
| William S. Cox, III | bcox@bradley.com |
| Nikaa B. Jordan | njordan@lightfootlaw.com |
| Lightfoot, Franklin & White, LLC | |

**COUNSEL FOR AMICUS CURIAE AMERICAN FARM BUREAU FEDERATION AND NATIONAL CATTLEMEN S BEEF ASSOCIATION**

Sara E. Hill                                          sara-hill@cherokee.org
Assistant Attorney General, Cherokee Nation
**COUNSEL FOR INTERVENOR, CHEROKEE NATION**

Derek S.A. Lawrence                                   hm@holdenoklahoma.com
Grace E. Dawkins                              gracedawkins@holdenlitigation.com
Holden Litigation
**COUNSEL FOR SNAKE CREEK MARINA**


    I also hereby certify that I served the attached documents by United States Postal Service, proper postage paid, on the following who are not registered participants of the ECF System:

Tim Griffin
Office of the Attorney General of Arkansas
323 Center Street, Suite 200
Little Rock, AR 72201-2610

**COUNSEL FOR THE STATE
OF ARKANSAS AND THE ARKANSAS NATURAL RESOURCES COMMISSION**


                                                                      */s/: A. Scott McDaniel*