IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA,

    Plaintiff,

v.

TYSON FOODS, INC., et al.,

    Defendants.

Case No. 05-CV-00329-GKF-SH

## ORDER

The parties are hereby ordered to mediation before retired Tenth Circuit Chief Judge Deanell Reece Tacha, and the parties shall submit a Joint Status Report within fourteen (14) days following the conclusion of the mediation.

The status conference previously set on June 16, 2023, is hereby stricken pending mediation.

IT IS SO ORDERED this 12th day of June 2023.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE