

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

RECEIVED
DEC 12 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

05 cv 329-GKF-SH   Dkt #3007

postmark 10/11/23

Dustin McDaniel
Office of the Attorney General (Little Rock)
323 Center St
Ste 200
Little Rock, AR 72201-2610

72201-2699899

-R-T-S-   7220120010-1N   009   11/28/23
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

11 OCT 2023 PM 4
OKLAHOMA CITY OK 730
US POSTAGE $000.63
ZIP 74103
041M11287529