# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*,<br>*Plaintiffs,*<br>v.<br>TYSON FOODS, INC., *et al.*,<br>*Defendants.* | No. 4:05-cv-329-GKF-SH |

## ORDER

Before the court is Plaintiffs' Unopposed Motion for Continuance [Doc. 3024]. For good cause shown, the Court GRANTS Plaintiffs' Unopposed Motion.

WHEREFORE, this case is hereby set for Status/Scheduling Conference at 2:30 p.m. on August 23, 2024.

IT IS FURTHER ORDERED that, on or before August 13, 2024, the parties shall file a joint proposed agenda, including any proposed deadlines.

IT IS FURTHER ORDERED that, if any party requests a court reporter to be present for the Status/Scheduling Conference or out-of-state counsel wishes to appear by video conference, counsel shall notify Courtroom Deputy Karen Perkins on or before August 13, 2024.

IT IS SO ORDERED this 12th day of July, 2024.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE