# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA, *et al.*,

*Plaintiffs,*

v.

TYSON FOODS, INC., *et al.*,

*Defendants.*

No. 4:05-cv-329-GKF-SH

## ORDER

Due to a court scheduling conflict, the Status/Scheduling Conference set for August 23, 2024 is stricken.

WHEREFORE, this case is hereby set for Status/Scheduling Conference at 1:30 p.m. on September 13, 2024.

IT IS FURTHER ORDERED that, on or before August 30, 2024, the parties shall file a joint proposed agenda, including any proposed deadlines.

IT IS FURTHER ORDERED that, if any party requests a court reporter to be present for the Status/Scheduling Conference or out-of-state counsel wishes to appear by video conference, counsel shall notify Courtroom Deputy Karen Perkins on or before August 30, 2024.

IT IS SO ORDERED this 18th day of July, 2024.

_____
GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE