

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

RECEIVED
JUL 24 2024
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

05cv 329- GKF-SH
Dkt # 3025
postmark 7/15/24

TULSA OK 740
15 JUL 2024 PM 3 L

NEOPOST  FIRST-CLASS MAIL
07/15/2024
US POSTAGE $000.69⁰
ZIP 74103
041M11287529

Jim Bagby
RR 2, Box 1711
Westville, OK 74965

NIXIE        731   DE 1            0007/22/24
             RETURN TO SENDER
             NO. SUCH NUMBER
             UNABLE TO FORWARD

BC: 74103388199         *0857-07372-15-39