UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*,<br>　　　　　　　　　　　　*Plaintiffs*,<br>v.<br>TYSON FOODS, INC., *et al.*,<br>　　　　　　　　　　　　*Defendants*. | No.   4:05-cv-329-GKF-SH |

**JOINT PROPOSED AGENDA FOR SEPTEMBER 13, 2024**
**STATUS/SCHEDULING CONFERENCE**

Pursuant to this Court's Order of July 18, 2024, the parties submit for the Court's review the following joint proposed agenda for the Status/Scheduling Conference scheduled for September 13, 2024 at 1:30 p.m.:

1. Discuss Process for Entry of Judgment

2. Motions

3. Scheduling of the Next Status Conference

Respectfully Submitted,

*s/ Jennifer L. Lewis*
GENTNER DRUMMOND, OBA #16645
  *Attorney General*
GARRY M. GASKINS, II, OBA #20212
  *Solicitor General*
JENNIFER L. LEWIS, OBA #32819
  *Deputy Attorney General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Direct:   (405) 521-3921
jennifer.lewis@oag.ok.gov

M. David Riggs, OBA, #7583
Kristopher E. Koepsel, OBA #19147
Riggs, Abney, Neal, Turpen, Orbison & Lewis
502 West 6th Street
Tulsa, OK 74119
(918) 587-3161

Robert A. Nance, OBA #6581
W.A. Drew Edmondson, OBA #2628
Riggs, Abney, Neal, Turpen, Orbison & Lewis
528 N.W. 12th Street
Oklahoma City, OK 73103
(405) 843-9909

Louis W. Bullock, OBA #1305
Bullock Law Firm PLLC
110 W. 7th Street
Tulsa, OK 74119
(918) 584-2001

Frederick C. Baker, admitted *pro hac vice*
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9186

*Counsel for Plaintiffs*

   /s/: *Gordon D. Todd (by Permission)*
A. Scott McDaniel, OBA #16460
McDaniel Acord, PLLC
9343 East 95th Court
Tulsa, OK  74133
(918) 382-9200
And
Mark D. Hobson [*admitted pro hac vice*]
Gordon D. Todd [*admitted pro hac vice*]
Frank R. Volpe [*admitted pro hac vice*]
Sidley Austin LLP
1501 K Street NW
Washington, DC  20005

On Behalf of the Defendants,
Tyson Foods, Inc.,
Tyson Poultry, Inc.,
Tyson Chicken, Inc.,
Cobb-Vantress, Inc.,

   /s/: *Robert George (by Permission)*
Robert George, OBA #18562
Georges, Inc.
402 W. Robinson Ave.
Springdale, AR  73764
(479) 927-7249
And
Gary V. Weeks [*admitted pro hac vice*]
K.C. Dupps Tucker [*admitted pro hac vice*]
Kristy E. Boehler [*admitted pro hac vice*]
The Law Group of Northwest Arkansas LLP
1830 Shelby Lane
Fayetteville, AR 72704
And
Perry L. Glantz [*admitted pro hac vice*]
Stinson LLP
1144 Fifteenth St. Ste 2400
Denver, CO 80202
And
Clinton Derek Russell, OBA # 19209
Taylor Foster Law Firm
P.O. Box 309
Claremore, OK  74018
(918) 343-4100

On Behalf of the Defendants, George's, Inc. and George's Farms, Inc.

   */s/: Robert P. Redeman (by Permission)*
Robert P. Redemann, OBA #7454
William D. Perrine, OBA #11955
Perrine, Redemann, Berry, Taylor & Frette, PLLC
1800 s. Baltimore Ave., Suite 900
Tulsa, OK 74119
(918) 382-1400
and
Robert E. Sanders [*admitted pro hac vice*]
Young Wells Williams P.A.
P.O. Box 6005
 Ridgeland, MS   39158-6005

On Behalf of the Defendant, Cal-Maine Foods


   */s/: John R. Elrod (by Permission)*
John R. Elrod [*admitted pro hac vice*]
Vicki Bronson, OBA # 20574
Conner & Winters, P.C.
4375 N. Vantage Drive, Suite 405
Fayetteville, AR  72703
(479) 582-5711 (phone)
(479) 358-1518 (fax)

On Behalf of Defendant, Simmons Foods, Inc.

4

    */s/: John H. Tucker (by Permission)*
John H. Tucker, OBA 9110
Colin H. Tucker, OBA 16325
Theresa Noble Hill, OBA 19119
Rhodes, Hieronymus, Jones, Tucker & Gable
P.O. Box 21100
Tulsa, OK  74121-1100
(918) 582-1173; (918) 592-3390 [fax]
-and-
Delmar R. Ehrich [*admitted pro hac vice*]
Bruce Jones [*admitted pro hac vice*]
Jeffrey P. Justman [*admitted pro hac vice*]
Aaron D. Van Oort [*admitted pro hac vice*]
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN  55402-3901
(612) 766-7000; (612) 766-1600 [fax]

On Behalf of Defendants, Cargill, Inc. and Cargill Turkey Production, LLC

    */s/ A. Scott McDaniel (by Permission)*
A.  Scott McDaniel OBA # 16460
McDaniel Acord, PLLC
9343 East 95th Court
Tulsa, OK  74133

On Behalf of Defendant, Peterson Farms, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed of record.

*s/ Jennifer L. Lewis*
Jennifer L. Lewis