UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

State of Oklahoma, et al.,

        Plaintiffs,

vs.

Tyson Foods, et al.,

        Defendants.

Case No.: 05-CV-329-GKF-SH

Proceeding: Status/Scheduling Conference
Date: 9/13/2024
Time: 1:31 p.m. to 2:08 p.m.
        2:26 p.m. to 2:35 p.m.

**MINUTE SHEET**

Gregory K. Frizzell, U.S. District Judge     K. Perkins, Deputy Clerk     Brian Neil, Reporter

Counsel for Plaintiffs: Gentner Drummond, Jennifer Lewis, Ed Fite, David Riggs, Kristopher Koepsel, Frederick Baker.  Cherokee Nation Attorney General, Chad Harsha

Counsel for Defendant(s): Gordon Todd, Mark Hopson, Robert George, K.C. Tucker, John Elrod, Robert Redemann, John Tucker, Colin Tucker, Scott McDaniel

Minutes: Case called for status/scheduling conference with counsel and parties present as stated into the record.  Court stated its proposal to afford the parties the opportunity to present new evidence December 3–6 and if necessary, December 16–20.  Counsel was heard and given the opportunity to confer.  Thereafter, this matter is set for evidentiary hearing to begin on Tuesday, December 3, 2024 at 9:00 a.m.  Exchange of Expert Reports; as well as Identification of any non-expert witnesses, together with a summary of each witnesses' expected testimony, to be filed and exchanged by Monday, November 18, 2024.