IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 05-cv-329-GKF-SH<br>) |
| TYSON FOODS, INC., *et al.*, | )<br>) |
| Defendants. | )<br>) |

## DEFENDANTS' MOTION TO
## CERTIFY INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)

For the reasons set forth in the accompanying brief, Defendants respectfully ask the Court to certify its January 2023 Findings of Fact and Conclusions of Law, ECF No. 2979, and its June 2024 order denying Defendants' Motion to Dismiss, ECF No. 3023, for interlocutory appeal under 28 U.S.C. § 1292(b). Both orders implicate the same "controlling question of law," *id.*: whether district courts have the authority to grant injunctive relief on a stale record. *Id.* While this Court answered that question in the affirmative, there are "substantial ground[s]" for the Tenth Circuit to disagree, *id.*, since (i) the controlling question raises novel, difficult issues under justiciability doctrines and the law of remedies and (ii) other courts have declined to grant prospective relief under analogous circumstances. Finally, an interlocutory appeal stands to hasten the "ultimate termination of the litigation," *id.*, saving the Court and the parties considerable time and resources. Certification is thus warranted.

September 20, 2024                                    Respectfully submitted,


/s/ *Gordon D. Todd*                                  /s/ *A. Scott McDaniel*
Mark D. Hopson                                        A. Scott McDaniel, OBA #16460
Frank R. Volpe                                        McDaniel Acord, PLLC
Gordon D. Todd                                        9343 East 95th Court
Cody L. Reaves                                        Tulsa, OK  74133
   (*pro hac vice* forthcoming)                       (918) 382-9200
Peter A. Bruland
   (*pro hac vice* forthcoming)                       *Attorney for Tyson Foods, Inc., Tyson*
David H. Kinnaird                                     *Poultry, Inc., Tyson Chicken, Inc.,*
   (*pro hac vice* forthcoming)                       *Cobb-Vantress, Inc., and Peterson*
Sidley Austin LLP                                     *Farms, Inc.*
1501 K Street, NW
Washington, D.C.  20005
(202) 736-8000
(202) 736-8711 (facsimile)
mhopson@sidley.com
fvolpe@sidley.com
gtodd@sidley.com
cody.reaves@sidley.com
pbruland@sidley.com
dkinnaird@sidley.com

*Attorneys for Tyson Foods, Inc.,*
*Tyson Poultry, Inc., Tyson Chicken,*
*Inc., and Cobb-Vantress, Inc.*

2

/s/ *Robert George*
Robert George, OBA #18562
George's, Inc.
402 W. Robinson Ave.
Springdale, AR  73764
(479) 927-7249

K.C. Dupps Tucker
Kristy E. Boehler
The Law Group of Northwest
  Arkansas PLLC
1830 Shelby Lane
Fayetteville, AR 72704
(479) 316-3760

Perry L. Glantz
Stinson LLP
1144 15th Street, Suite 2400
Denver, CO 80202
(303) 376-8410

Clinton Russell, OBA # 19209
Taylor, Foster, Mallett, Downs,
  Ramsey & Russell
400 West Fourth Street
Claremore, OK 74018
(918) 343-4100
crussell@soonerlaw.com

*Attorneys for George's, Inc. and George's Farms, Inc.*

/s/ *John R. Elrod*
John R. Elrod (admitted *pro hac vice*)
Vicki Bronson, OBA 20574
Conner & Winters, P.C.
4375 N. Vantage Drive, Suite 405
Fayetteville, AR  72703
(479) 582-5711
(479) 358-1518 (facsimile)
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Simmons Foods, Inc.*

/s/ *Robert P. Redemann*
Robert P. Redemann, OBA #7454
William D. Perrine, OBA #11955
Perrine, Redemann, Berry,
  Taylor & Frette, PLLC
1800 S. Baltimore Ave., Suite 900
Tulsa, OK 74119
(918) 382-1400
(918) 382-1499 (facsimile)
rredemann@pmrlaw.net
wperrine@pmrlaw.net

Robert E. Sanders, MSB#6446
  (admitted *pro hac vice*)
Young Wells Williams P.A.
P.O. Box 6005
Ridgeland, MS   39158-6005
(601) 948-6100
(601) 355-6136 (facsimile)
rsanders@youngwells.com

*Attorneys for Cal-Maine Foods*

/s/ *John H. Tucker*
John H. Tucker, OBA 9110
Theresa N. Hill, OBA 19119
Rhodes Hieronymus Jones
   Tucker & Gable
Two W. 2nd Street, Suite 1000
P.O. Box 21100
Tulsa, OK  74121-1100
(918) 582-1173
(918) 592-3390 (facsimile)
jtucker@rhodesokla.com
thill@rhodesokla.com

Delmar R. Ehrich
   (admitted *pro hac vice*)
Bruce Jones (admitted *pro hac vice*)
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN  55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)
Delmar.ehrich@faegredrinker.com
Bruce.jones@faegredrinker.com

*Attorneys for Cargill, Inc. and Cargill Turkey Production, LLC*

**CERTIFICATE OF SERVICE**

I certify that on September 20, 2024, I caused this document to be filed with the Clerk of Court through CM/ECF, which will serve copies on all registered counsel.

/s/ *Gordon D. Todd*
Gordon D. Todd