IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 05-cv-329-GKF-SH |
| | ) |
| TYSON FOODS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO STAY FURTHER PROCEEDINGS PENDING INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

For the reasons set forth in the accompanying brief, Defendants respectfully ask the Court to stay further proceedings if it grants the contemporaneously filed motion to certify an interlocutory appeal under 28 U.S.C. § 1292(b). *See, e.g.*, *Martinez v. Back Bone Bullies Ltd.*, 2022 WL 1027148, at *3 (D. Colo. Apr. 6, 2022) (certifying interlocutory appeal and staying further proceedings). Whereas a stay would not prejudice Oklahoma, forcing the parties to "simultaneously litigate" in "multiple courts" would impose "considerable hardship and inequity." *Aikins v. Microsoft Corp.*, 2000 WL 310391, at *1 (E.D. La. Mar. 24, 2000). A stay would also conserve judicial resources, serve the interests of nonparties, and promote the public interest by avoiding needless duplication of effort and by allowing the Tenth Circuit to provide greater clarity on the path forward. A stay is thus warranted if the Court grants Defendants' motion to certify an interlocutory appeal.

September 20, 2024 | Respectfully submitted,

/s/ *Gordon D. Todd*
Mark D. Hopson
Frank R. Volpe
Gordon D. Todd
Cody L. Reaves
   (*pro hac vice* forthcoming)
Peter A. Bruland
   (*pro hac vice* forthcoming)
David H. Kinnaird
   (*pro hac vice* forthcoming)
Sidley Austin LLP
1501 K Street, NW
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (facsimile)
mhopson@sidley.com
fvolpe@sidley.com
gtodd@sidley.com
cody.reaves@sidley.com
pbruland@sidley.com
dkinnaird@sidley.com

*Attorneys for Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., and Cobb-Vantress, Inc.*

/s/ *A. Scott McDaniel*
A. Scott McDaniel, OBA #16460
McDaniel Acord, PLLC
9343 East 95th Court
Tulsa, OK 74133
(918) 382-9200

*Attorney for Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb-Vantress, Inc., and Peterson Farms, Inc.*

/s/ *Robert George*
Robert George, OBA #18562
George's, Inc.
402 W. Robinson Ave.
Springdale, AR  73764
(479) 927-7249

K.C. Dupps Tucker
Kristy E. Boehler
The Law Group of Northwest
  Arkansas PLLC
1830 Shelby Lane
Fayetteville, AR 72704
(479) 316-3760

Perry L. Glantz
Stinson LLP
1144 15th Street, Suite 2400
Denver, CO 80202
(303) 376-8410

Clinton Russell, OBA # 19209
Taylor, Foster, Mallett, Downs,
  Ramsey & Russell
400 West Fourth Street
Claremore, OK 74018
(918) 343-4100
crussell@soonerlaw.com

*Attorneys for George's, Inc. and George's Farms, Inc.*

/s/ *John R. Elrod*
John R. Elrod (admitted *pro hac vice*)
Vicki Bronson, OBA 20574
Conner & Winters, P.C.
4375 N. Vantage Drive, Suite 405
Fayetteville, AR  72703
(479) 582-5711
(479) 358-1518 (facsimile)
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Simmons Foods, Inc.*

/s/ *Robert P. Redemann*
Robert P. Redemann, OBA #7454
William D. Perrine, OBA #11955
Perrine, Redemann, Berry,
  Taylor & Frette, PLLC
1800 S. Baltimore Ave., Suite 900
Tulsa, OK 74119
(918) 382-1400
(918) 382-1499 (facsimile)
rredemann@pmrlaw.net
wperrine@pmrlaw.net

Robert E. Sanders, MSB#6446
  (admitted *pro hac vice*)
Young Wells Williams P.A.
P.O. Box 6005
Ridgeland, MS   39158-6005
(601) 948-6100
(601) 355-6136 (facsimile)
rsanders@youngwells.com

*Attorneys for Cal-Maine Foods*

3

<u>/s/ *John H. Tucker*</u>
John H. Tucker, OBA 9110
Theresa N. Hill, OBA 19119
Rhodes Hieronymus Jones
  Tucker & Gable
Two W. 2nd Street, Suite 1000
P.O. Box 21100
Tulsa, OK  74121-1100
(918) 582-1173
(918) 592-3390 (facsimile)
jtucker@rhodesokla.com
thill@rhodesokla.com

Delmar R. Ehrich
  (admitted *pro hac vice*)
Bruce Jones (admitted *pro hac vice*)
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN  55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)
Delmar.ehrich@faegredrinker.com
Bruce.jones@faegredrinker.com

*Attorneys for Cargill, Inc. and Cargill Turkey Production, LLC*

**CERTIFICATE OF SERVICE**

I certify that on September 20, 2024, I caused this document to be filed with the Clerk of Court through CM/ECF, which will serve copies on all registered counsel.

/s/ *Gordon D. Todd*
Gordon D. Todd
