# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STATE OF OKLAHOMA, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 05-cv-329-GKF-SH |
| | ) |
| **TYSON FOODS, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## STATE OF OKLAHOMA'S EXHIBIT LIST

Plaintiff, State of Oklahoma, pursuant to this Court's September 16, 2024 Minute Order (Dkt. 3039), hereby files the attached trial exhibit list (Exhibit 1) in the above-referenced matter.

The State reserves the right to amend or supplement this trial exhibit list. The State reserves all rights to withdraw exhibits on this list, and to correct, delete and/or substitute any exhibits listed in error. Additionally, the State reserves all rights to use any exhibit listed by any Defendant on its exhibit list and any curriculum vitae or affidavit of any witness. Further, the State reserves the right to use any document, even if not designated as an exhibit, for purposes of rebuttal, cross-examination and/or impeachment.

Respectfully submitted,

/s/ *Gentner Drummond*
GENTNER DRUMMOND, OBA #16645
  *Attorney General*
GARRY M. GASKINS, II, OBA #20212
  *Solicitor General*
JENNIFER L. LEWIS, OBA #32819
  *Deputy Attorney General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Direct: (405) 521-3921
jennifer.lewis@oag.ok.gov

M. David Riggs, OBA, #7583
Kristopher E. Koepsel, OBA #19147
Riggs, Abney, Neal, Turpen, Orbison & Lewis
502 West 6th Street
Tulsa, OK 74119
(918) 587-3161

Robert A. Nance, OBA #6581
W.A. Drew Edmondson, OBA #2628
Riggs, Abney, Neal, Turpen, Orbison & Lewis
528 N.W. 12th Street
Oklahoma City, OK 73103
(405) 843-9909

Louis W. Bullock, OBA #1305
Bullock Law Firm PLLC
110 W. 7th Street
Tulsa, OK 74119
(918) 584-2001

*/s/ Cynthia Solomon*
Cynthia Solomon, admitted *pro hac vice*
Frederick C. Baker, admitted *pro hac vice*
Kristen Hermiz, admitted *pro hac vice*
Madeline Becker, admitted *pro hac vice*
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9186

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed of record.

                                            /s/ *Cynthia Solomon*
                                            Cynthia Solomon