# EXHIBIT LIST
# SUBMITTED BY:  THE STATE OF OKLAHOMA

| Exhibit No. | Description | Objection (if any) |
| --- | --- | --- |
| OKLA_PX_0001 | PFO ID # 2089 - A.I.N. Farms LLC | |
| OKLA_PX_0002 | PFO ID # 16 - Bill or Betty Anderson | |
| OKLA_PX_0003 | PFO ID # 178 - Sam D. Andrews | |
| OKLA_PX_0004 | PFO ID # 1870 - Arkansas Egg Co. #2 | |
| OKLA_PX_0005 | PFO ID # 1871 - Arkansas Egg Co., Inc. | |
| OKLA_PX_0006 | PFO ID # 1223 - Dwain & Kim Asbill | |
| OKLA_PX_0007 | PFO ID # 2129 - Zachary Auffet | |
| OKLA_PX_0008 | PFO ID # 1990 - Zachary Auffet | |
| OKLA_PX_0009 | PFO ID # 1731 - Backyard Birds, LLC | |
| OKLA_PX_0010 | PFO ID # 1734 - Backyard Birds, LLC | |
| OKLA_PX_0011 | PFO ID # 1969 - Steven Baird | |
| OKLA_PX_0012 | PFO ID # 1068 - Martin Bayer | |
| OKLA_PX_0013 | PFO ID # 1674 - Marty Bayer #2 | |
| OKLA_PX_0014 | PFO ID # 80 - George & Linda Black | |
| OKLA_PX_0015 | PFO ID # 1903 - Payden & Tiffany Black | |
| OKLA_PX_0016 | PFO ID # 1523 - Tim and Shirly Burnett | |
| OKLA_PX_0017 | PFO ID # 2095 - Jarrod Cain | |
| OKLA_PX_0018 | PFO ID # 1800 - Jason Lee Catron | |
| OKLA_PX_0019 | PFO ID # 1058 - Jesse Catron | |
| OKLA_PX_0020 | PFO ID # 163 - Dennis Chamberlain | |
| OKLA_PX_0021 | PFO ID # 1150 - John & Brenda Chandler | |

| | | |
|---|---|---|
| OKLA_PX_0022 | PFO ID # 166 - Sam Chandler | |
| OKLA_PX_0023 | PFO ID # 2026 - Chert Rock Farms, LLC | |
| OKLA_PX_0024 | PFO ID # 619 - Sarah Clark | |
| OKLA_PX_0025 | PFO ID # 1826 - Sarah Clark | |
| OKLA_PX_0026 | PFO ID # 1632 - Michael Cox | |
| OKLA_PX_0027 | PFO ID # 1677 - Michael Cox #2 | |
| OKLA_PX_0028 | PFO ID # 1087 - Austen Crane | |
| OKLA_PX_0029 | PFO ID # 1725 - Sui Cong | |
| OKLA_PX_0030 | PFO ID # 1863 - Jessica Nguyen & Vincent Do | |
| OKLA_PX_0031 | PFO ID # 260 - Ernest Doyle | |
| OKLA_PX_0032 | PFO ID # 1888 - Kevin Doyle | |
| OKLA_PX_0033 | PFO ID # 1985 - Ray Dean Doyle | |
| OKLA_PX_0034 | PFO ID # 1987 - Joe & Dana Dugger | |
| OKLA_PX_0035 | PFO ID # 1864 - John & Amanda Dunn | |
| OKLA_PX_0036 | PFO ID # 1865 - John & Amanda Dunn | |
| OKLA_PX_0037 | PFO ID # 2040 - Danny Blake Durham | |
| OKLA_PX_0038 | PFO ID # 273 - Larry Emerson | |
| OKLA_PX_0039 | PFO ID # 1998 - Gary Fleig | |
| OKLA_PX_0040 | PFO ID # 1813 - Gary & Rita Fleig | |
| OKLA_PX_0041 | PFO ID # 1009 - Trent & Kim Ford | |
| OKLA_PX_0042 | PFO ID # 1913 - Vance Gates | |
| OKLA_PX_0043 | PFO ID # 1678 - Lester Gingerich | |
| OKLA_PX_0044 | PFO ID # 330 - Kenneth & Frank Glenn | |
| OKLA_PX_0045 | PFO ID # 1304 - Green Country Farm 1, 2, 3 Steve Butler | |

| | | |
|---|---|---|
| OKLA_PX_0046 | PFO ID # 1305 - Green Country Farm 4 Steve Butler | |
| OKLA_PX_0047 | PFO ID # 1306 - Green Country Farm 5, 6 Steve Butler | |
| OKLA_PX_0048 | PFO ID # 1308 - Green Country Farm 11, 12,13, 14 Steve Butler | |
| OKLA_PX_0049 | PFO ID # 1309 - Green Country Farm 15, 16 Steve Butler | |
| OKLA_PX_0050 | PFO ID # 1307 - Green Country Farm 7, 8, 9, 10 Steve Butler | |
| OKLA_PX_0051 | PFO ID # 1239 - Green Country Farms, LLC Steve Butler | |
| OKLA_PX_0052 | PFO ID # 1858 - Carolyn & Kenneth Hastings | |
| OKLA_PX_0053 | PFO ID # 1327 - Jason & Rebecca Hays | |
| OKLA_PX_0054 | PFO ID # 2013 - Jesus Hernandez | |
| OKLA_PX_0055 | PFO ID # 2130 - Jonathan Hersberger | |
| OKLA_PX_0056 | PFO ID # 1843 - James & Allison Hinkel | |
| OKLA_PX_0057 | PFO ID # 1790 - Van & Penelope Hopkins | |
| OKLA_PX_0058 | PFO ID # 432 - Greg & Janet Hurt | |
| OKLA_PX_0059 | PFO ID # 1745 - Aaron D. Jett | |
| OKLA_PX_0060 | PFO ID # 458 - John C. Jones | |
| OKLA_PX_0061 | PFO ID # 1736 - Marty Kester | |
| OKLA_PX_0062 | PFO ID # 1069 - Kevin Ketkeo | |
| OKLA_PX_0063 | PFO ID # 473 - Beverly Kimble | |
| OKLA_PX_0064 | PFO ID # 1812 - Kyle Langley | |
| OKLA_PX_0065 | PFO ID # 1650 - Mike Langley | |
| OKLA_PX_0066 | PFO ID # 1757 - Mike Langley #2 | |
| OKLA_PX_0067 | PFO ID # 1976 - Ngan Lee | |
| OKLA_PX_0068 | PFO ID # 1775 - Joe D. Leak | |
| OKLA_PX_0069 | PFO ID # 1267 - Doua Lee | |

| | | |
|---|---|---|
| OKLA_PX_0070 | PFO ID # 1619 - Ge Lee | |
| OKLA_PX_0071 | PFO ID # 2047 - Lia Lee | |
| OKLA_PX_0072 | PFO ID # 1719 - Mark & Sylvia Lee | |
| OKLA_PX_0073 | PFO ID # 1617 - Tong Lance Lee | |
| OKLA_PX_0074 | PFO ID # 1592 - Vang Lee | |
| OKLA_PX_0075 | PFO ID # 1778 - Lao & Kia Lor Lee #2 | |
| OKLA_PX_0076 | PFO ID # 1780 - David H. Lemon | |
| OKLA_PX_0077 | PFO ID # 1649 - John & Casey Littlejohn | |
| OKLA_PX_0078 | PFO ID # 505 - Juana Loftin | |
| OKLA_PX_0079 | PFO ID # 507 - Bob Longshore | |
| OKLA_PX_0080 | PFO ID # 1947 - Shaun & Kelli Longshore | |
| OKLA_PX_0081 | PFO ID # 1561 - Bee Lor | |
| OKLA_PX_0082 | PFO ID # 1101 - Blia Vue & Vue Lor | |
| OKLA_PX_0083 | PFO ID # 1598 - Jesse M. & Tina Lynch | |
| OKLA_PX_0084 | PFO ID # 1936 - James Steven Maddox | |
| OKLA_PX_0085 | PFO ID # 464 - Duh Tin Mawi | |
| OKLA_PX_0086 | PFO ID # 1378 - Keith & Jerri Mitchell | |
| OKLA_PX_0087 | PFO ID # 1436 - James & Roxanna Morrill | |
| OKLA_PX_0088 | PFO ID # 1591 - James & Roxanna Morrill #2 | |
| OKLA_PX_0089 | PFO ID # 1218 - Yer Yang and Xohnhia Moua | |
| OKLA_PX_0090 | PFO ID # 605 - Darryl Mullin | |
| OKLA_PX_0091 | PFO ID # 2017 - Jeff & Patricia Nelson | |
| OKLA_PX_0092 | PFO ID # 1951 - New Sunrise Farm LLC | |
| OKLA_PX_0093 | PFO ID # 1709 - Andy V. Nguyen | |

| | | |
|---|---|---|
| OKLA_PX_0094 | PFO ID # 1697 - Thuy Nguyen | |
| OKLA_PX_0095 | PFO ID # 1932 -  - Thuy Nguyen | |
| OKLA_PX_0096 | PFO ID # 1933 -  - Thuy Nguyen | |
| OKLA_PX_0097 | PFO ID # 1517 - Oakwoods Creek Ranch, Inc. | |
| OKLA_PX_0098 | PFO ID # 1299 - Dwayne O'Leary | |
| OKLA_PX_0099 | PFO ID # 629 - James & Carol Parker | |
| OKLA_PX_0100 | PFO ID # 1407 - Linthong Phakonekham | |
| OKLA_PX_0101 | PFO ID # 1807 - Pum Piang | |
| OKLA_PX_0102 | PFO ID # 656 - Jim & Michele Pigeon | |
| OKLA_PX_0103 | PFO ID # 1684 - Judy Pinkerton | |
| OKLA_PX_0104 | PFO ID # 460 - Pugh Farms LLC | |
| OKLA_PX_0105 | PFO ID # 1858 - Ram Family Farm | |
| OKLA_PX_0106 | PFO ID # 19 - Ryan Ransom | |
| OKLA_PX_0107 | PFO ID # 689 - Joel & Rhonda Reed | |
| OKLA_PX_0108 | PFO ID # 690 - Ricky & Stephanie Reed | |
| OKLA_PX_0109 | PFO ID # 701 - Randy & Tammy Ritchie | |
| OKLA_PX_0110 | PFO ID # 706 - Roy Robbins | |
| OKLA_PX_0111 | PFO ID # 1760 - Roy (RJ) Robbins Jr. | |
| OKLA_PX_0112 | PFO ID # 591 - W. A. & Bev Saunders | |
| OKLA_PX_0113 | PFO ID # 732 - Robert V. Schwabe II | |
| OKLA_PX_0114 | PFO ID # 1705 - James K. Segers | |
| OKLA_PX_0115 | PFO ID # 1722 - Jackie & Tammy Simmons | |
| OKLA_PX_0116 | PFO ID # 1815 - William C. Simpson | |
| OKLA_PX_0117 | PFO ID # 765 - Charlie Smith | |

| | | |
|---|---|---|
| OKLA_PX_0118 | PFO ID # 1851 - Charlie Smith | |
| OKLA_PX_0119 | PFO ID # 1861 - Troy Chais Stricklen | |
| OKLA_PX_0120 | PFO ID # 1629 - Bill & Earlene Swearengin | |
| OKLA_PX_0121 | PFO ID # 824 - Roy Teague | |
| OKLA_PX_0122 | PFO ID # 1406 - Lea Thao | |
| OKLA_PX_0123 | PFO ID # 1962 - Quan Dinh Tran | |
| OKLA_PX_0124 | PFO ID # 2110 - Turon Vaughan | |
| OKLA_PX_0125 | PFO ID # 1748 - Dakota Vaughan | |
| OKLA_PX_0126 | PFO ID # 859 - Randal Vaughn | |
| OKLA_PX_0127 | PFO ID # 1231 - Mai Nhia Vue | |
| OKLA_PX_0128 | PFO ID # 1695 - See Vue | |
| OKLA_PX_0129 | PFO ID # 906 - Charles Williams | |
| OKLA_PX_0130 | PFO ID # 1854 - Richard & Kayla Williams | |
| OKLA_PX_0131 | PFO ID # 917 - Balton Winningham | |
| OKLA_PX_0132 | PFO ID # 1600 - David & Robin Wofford | |
| OKLA_PX_0133 | PFO ID # 1967 - David & Michelle Worley | |
| OKLA_PX_0134 | PFO ID # 1410 - Chaing Xiong | |
| OKLA_PX_0135 | PFO ID # 2019 - Nhiabee Xiong | |
| OKLA_PX_0136 | PFO ID # 1583 - Kao & Chou Xiong #2 | |
| OKLA_PX_0137 | PFO ID # 1738 - Mitchell & Julie Yancey | |
| OKLA_PX_0138 | PFO ID # 1584 - Dao Yang | |
| OKLA_PX_0139 | PFO ID # 1989 - Thomas Yang | |
| OKLA_PX_0140 | PFO ID # 1841 - Vong Yang | |
| OKLA_PX_0141 | PFO ID # 1845 - Nathan Yoder | |

| | | |
|---|---|---|
| OKLA_PX_0142 | PFO ID # 1733 - Dustin Youngman | |
| OKLA_PX_0143 | PWA ID # 399 - Julie Anderson | |
| OKLA_PX_0144 | PWA ID # 5256 - Tyler Andrews | |
| OKLA_PX_0145 | PWA ID # 1140 - Zachary Auffet | |
| OKLA_PX_0146 | PWA ID # 5270 - Steven Baird | |
| OKLA_PX_0147 | PWA ID # 1159 - Steven Baird | |
| OKLA_PX_0148 | PWA ID # 654 - J. Wayne Bell | |
| OKLA_PX_0149 | PWA ID # 2 - Jimmy M. Bell | |
| OKLA_PX_0150 | PWA ID # 1162 - Mark Biedler | |
| OKLA_PX_0151 | PWA ID # 1130 - Payden Black | |
| OKLA_PX_0152 | PWA ID # 5007 - Gaylon Bolinger | |
| OKLA_PX_0153 | PWA ID # 5010 - Michael R. Brady | |
| OKLA_PX_0154 | PWA ID # 609 - Allan Brown | |
| OKLA_PX_0155 | PWA ID # 5312 - Chris Bruner | |
| OKLA_PX_0156 | PWA ID # 5201 - Jerry Carnes | |
| OKLA_PX_0157 | PWA ID # 5175 - Jason Catron | |
| OKLA_PX_0158 | PWA ID # 237 - Dave Chamberlain | |
| OKLA_PX_0159 | PWA ID # 287 - Sam Chandler | |
| OKLA_PX_0160 | PWA ID # 1136 - Sarah Clark | |
| OKLA_PX_0161 | PWA ID # 5019 - Roger Collins | |
| OKLA_PX_0162 | PWA ID # 5242 - Kevin Doyle | |
| OKLA_PX_0163 | PWA ID # 1208 - Arvil Joe Dugger | |
| OKLA_PX_0164 | PWA ID # 1106 - John Dunn | |
| OKLA_PX_0165 | PWA ID # 5191 - Ramon Espinoza | |

| | | |
|---|---|---|
| OKLA_PX_0166 | PWA ID # 501 - Trent Ford | |
| OKLA_PX_0167 | PWA ID # 603 - Jack R. Gandy | |
| OKLA_PX_0168 | PWA ID # 5146 - Larry W. Gately | |
| OKLA_PX_0169 | PWA ID # 768 - Trent Gates | |
| OKLA_PX_0170 | PWA ID # 1204 - Nhien Ha | |
| OKLA_PX_0171 | PWA ID # 5323 - Aaron Ryan Halpain | |
| OKLA_PX_0172 | PWA ID # 684 - Tim Hammons | |
| OKLA_PX_0173 | PWA ID # 5163 - Joel Hancock | |
| OKLA_PX_0174 | PWA ID # 5045 - Brent Harper | |
| OKLA_PX_0175 | PWA ID # 5211 - Jesse Allan Hatcher | |
| OKLA_PX_0176 | PWA ID # 1134 - Van Hopkins | |
| OKLA_PX_0177 | PWA ID # 5260 - Benjamin Isaac Houston | |
| OKLA_PX_0178 | PWA ID # 1187 - Aaron Jett | |
| OKLA_PX_0179 | PWA ID # 611 - Kelly Kaiser | |
| OKLA_PX_0180 | PWA ID # 5259 - Cody Kauffeld | |
| OKLA_PX_0181 | PWA ID # 5218 - Jamie Kauffeld | |
| OKLA_PX_0182 | PWA ID # 258 - Jamie Kauffeld | |
| OKLA_PX_0183 | PWA ID # 834 - Kevin Ketkeo | |
| OKLA_PX_0184 | PWA ID # 5173 - Mitchell Kingcade | |
| OKLA_PX_0185 | PWA ID # 5067 - Don Kinzey | |
| OKLA_PX_0186 | PWA ID # 5069 & 124 - Randy Knepp | |
| OKLA_PX_0187 | PWA ID # 5071 - Mike Langley | |
| OKLA_PX_0188 | PWA ID # 1192 - David Lemon | |
| OKLA_PX_0189 | PWA ID # 5073 - Jerry Londagin | |

| | | |
|---|---|---|
| OKLA_PX_0190 | PWA ID # 50 - Bobby Longshore | |
| OKLA_PX_0191 | PWA ID # 1112 - Chris Longshore | |
| OKLA_PX_0192 | PWA ID # 152 - Dianne Longshore | |
| OKLA_PX_0193 | PWA ID # 159 - Ricky Longshore | |
| OKLA_PX_0194 | PWA ID # 1148 - Shaun Longshore | |
| OKLA_PX_0195 | PWA ID # 5074 - Vue Lor | |
| OKLA_PX_0196 | PWA ID # 5132 - Paula Mannon | |
| OKLA_PX_0197 | PWA ID # 5309 - Jerri Mitchell | |
| OKLA_PX_0198 | PWA ID # 643 - James Morril | |
| OKLA_PX_0199 | PWA ID # 471 - Donnie Osburn | |
| OKLA_PX_0200 | PWA ID # 5243 - Sam Osman | |
| OKLA_PX_0201 | PWA ID # 5149 - Trent Peper | |
| OKLA_PX_0202 | PWA ID # 5247 - Chris Piazza | |
| OKLA_PX_0203 | PWA ID # 5097 - Elvis Poor | |
| OKLA_PX_0204 | PWA ID # 5098 - Shannon Poor | |
| OKLA_PX_0205 | PWA ID # 5099 - Niecca Pruitt | |
| OKLA_PX_0206 | PWA ID # 5108 - Randy Ritchie | |
| OKLA_PX_0207 | PWA ID # 201 - Robert V. Schwabe II | |
| OKLA_PX_0208 | PWA ID # 1079 - Jackie J. Simmons | |
| OKLA_PX_0209 | PWA ID # 1205 - William Simpson | |
| OKLA_PX_0210 | PWA ID # 1068 - David Sisson | |
| OKLA_PX_0211 | PWA ID # 1128 - Travis Starr | |
| OKLA_PX_0212 | PWA ID # 1127 - Troy Stricklen | |
| OKLA_PX_0213 | PWA ID # 1049 - David Schmidt | |

| | | |
|---|---|---|
| OKLA_PX_0214 | PWA ID # 5207 - Gabe Timby | |
| OKLA_PX_0215 | PWA ID # 49 & 5119 - Raymond Tinney | |
| OKLA_PX_0216 | PWA ID # 5120 - Joe Trammel | |
| OKLA_PX_0217 | PWA ID # 5121 - Charles Michael Traylor | |
| OKLA_PX_0218 | PWA ID # 999 - Matt Troyer | |
| OKLA_PX_0219 | PWA ID # 550 - Lester Turner | |
| OKLA_PX_0220 | PWA ID # 5138 - Heath Tye | |
| OKLA_PX_0221 | PWA ID # 397 & 1103 - Bennie & Melinda Williams | |
| OKLA_PX_0222 | PWA ID #30 - Charles Williams | |
| OKLA_PX_0223 | PWA ID # 5142 - Breck Woods | |
| OKLA_PX_0224 | PWA ID # 5225 - Crystal Gail Woodworth | |
| OKLA_PX_0225 | PWA ID # 1094 - Dustin Youngman | |
| OKLA_PX_0226 | Litter_Application_Ann_Rpt (PWA_FY14-FY24_20240924).xlsx (PWA Litter Application Records file) | |
| OKLA_PX_0227 | Poultry Registration (in IRW 20240924).xlsx (HUC8 PFO Registry File) | |
| OKLA_PX_0228 | PFO_Huc8_AR_20241018.xlsx (Oklahoma Poultry Waste Records file) | |
| OKLA_PX_0229 | Litter_Source_Ann_Rpt (PWA_FY14-FY24_20240924).xlsx (PWA Litter Source Records file) | |
| OKLA_PX_0230 | ODAFF IRW Record.xlsx (HUC8 PFO Waste Report Records file) | |
| OKLA_PX_0231 | OWRB ARK-OK info with high flows.Oct. 2024 | |
| OKLA_PX_0232 | Oklahoma Conservation Commission - Small Watershed Rotating Basin Monitoring Program | |
| OKLA_PX_0233 | Final Report to Governors from the Joint Study Committee and Scientific Professionals | |
| OKLA_PX_0234 | Arkansas Department of Environmental Quality *2010 Integrated Water Quality Monitoring and Assessment Report* | |

| | | |
|---|---|---|
| OKLA_PX_0235 | Arkansas Department of Environmental Quality *2012 Integrated Water Quality Monitoring and Assessment Report* | |
| OKLA_PX_0236 | Arkansas Department of Environmental Quality *2014 Integrated Water Quality Monitoring and Assessment Report* | |
| OKLA_PX_0237 | Arkansas Department of Environmental Quality *2016 Integrated Water Quality Monitoring and Assessment Report* | |
| OKLA_PX_0238 | Arkansas Department of Environmental Quality *2018 Integrated Water Quality Monitoring and Assessment Report* | |
| OKLA_PX_0239 | Arkansas Department of Environmental Quality *2020 Integrated Water Quality Monitoring and Assessment Report* | |
| OKLA_PX_0240 | Arkansas Department of Environmental Quality Assessment Methodology for the Preparation of the *2022 Integrated Water Quality Monitoring and Assessment Report* | |
| OKLA_PX_0241 | Arkansas Department of Environmental Quality *2024 Integrated Water Quality Monitoring and Assessment Report* | |
| OKLA_PX_0242 | Oklahoma Department of Environmental Quality *Water Quality in Oklahoma 2010 Integrated Report* | |
| OKLA_PX_0243 | Oklahoma Department of Environmental Quality *Water Quality in Oklahoma 2012 Integrated Report* | |
| OKLA_PX_0244 | Oklahoma Department of Environmental Quality *Water Quality in Oklahoma 2014 Integrated Report* | |
| OKLA_PX_0245 | Oklahoma Department of Environmental Quality *Water Quality in Oklahoma 2016 Integrated Report* | |
| OKLA_PX_0246 | Oklahoma Department of Environmental Quality *Water Quality in Oklahoma 2018 Integrated Report* | |
| OKLA_PX_0247 | Oklahoma Department of Environmental Quality *Water Quality in Oklahoma 2020 Integrated Report* | |
| OKLA_PX_0248 | Oklahoma Department of Environmental Quality *Water Quality in Oklahoma 2022 Integrated Report* | |
| OKLA_PX_0249 | 2017 Arkansas River Compact Commission Report | |
| OKLA_PX_0250 | 2018 Arkansas River Compact Commission Report | |
| OKLA_PX_0251 | 2019 Arkansas River Compact Commission Report | |
| OKLA_PX_0252 | 2020 Arkansas River Compact Commission Report | |
| OKLA_PX_0253 | 2021 Arkansas River Compact Commission Report | |

| | | |
|---|---|---|
| OKLA_PX_0254 | 2023 Arkansas Environmental Committee Report | |
| OKLA_PX_0255 | 2023 Oklahoma Environmental Committee Report | |
| OKLA_PX_0256 | 2024 Arkansas Environmental Committee Report | |
| OKLA_PX_0257 | 2024 Arkansas River Basin Compact Engineering Report - Annual Compliance Report | |
| OKLA_PX_0258 | 2024 Oklahoma Environmental Committee Report | |
| OKLA_PX_0259 | ANRC 2017 Arkansas Final PFO Registration | |
| OKLA_PX_0260 | ANRC 2018 Arkansas Commissioner's Report of PFOs | |
| OKLA_PX_0261 | ANRC 2019 Arkansas Final PFO Registration | |
| OKLA_PX_0262 | ANRC 2021 Arkansas Final PFO Registration | |
| OKLA_PX_0263 | Hydrologic and Water Quality System (HAWQS), Quality Assurance Plan<br>US EPA Office of Water | |
| OKLA_PX_0264 | Programmatic Quality Assurance Project Plan (P-QAPP) for Economic, Environmental, and Regulatory Analytical and Evaluation Support for Clean Water Regulations<br>Version 2<br>Office of Water Programs | |
| OKLA_PX_0265 | "Sensitivity of Riparian Buffer Designs on Nutrients and Sediment Loadins into the Watershed Scale Streams"<br>Ecosystem Processes Division Landscape and Aquatic Systems Modeling Branch<br>Quality Assurance Project Plan<br>US EPA, Office of Research and Development, Center for Environmental Measurement and Modeling | |
| OKLA_PX_0266 | "Environmental analysis and evaluation using HAWQS"<br>Ecosystem Processes Division Landscape and Aquatic Systems Modeling Branch<br>Quality Assurance Project Plan<br>US EPA, Office of Research and Development, Center for Environmental Measurement and Modeling | |
| OKLA_PX_0267 | "Environmental analysis and evaluation using HAWQS"<br>Ecosystem Processes Division Landscape and | |

| | | |
|---|---|---|
| | Aquatic Systems Modeling Branch Quality Assurance Project Plan US EPA, Office of Research and Development, Center for Environmental Measurement and Modeling | |
| OKLA_PX_0268 | Mittelstet, A.R., D.E. Storm, and M.J. White, 2016. Using SWAT to Enhance Watershed-Based Plans to Meet Numeric Water Quality Standards. Sustainability of Water Quality 7: 5-21. | |
| OKLA_PX_0269 | 2006 Arkansas-Oklahoma Arkansas River Compact Commission Report | |
| OKLA_PX_0270 | 2008 Water Quality Assessment Integrated Report | |
| OKLA_PX_0271 | 2007 Beneficial Use Monitoring Report ("BUMP" report for rivers) | |
| OKLA_PX_0272 | 2019 Beneficial Use Monitoring Report ("BUMP" report for rivers) | |
| OKLA_PX_0273 | Arkansas Department of Agriculture Natural Resources Division. Environmental Committee Report: Arkansas-Oklahoma Arkansas River Basin Compact. 2024. Presented at the 2024 Compact Commission Meeting on September 26, 2024 in Tahlequah, OK. | |
| OKLA_PX_0274 | Olsson FTN Associates. 2024. SWAT Model and Watershed Plan. Presentation presented at the fourth public meeting for the Illinois River Watershed Management Plan, June 25 & 26, 2024. https://www.irwp.org/s/Draft-Upper-Illinois-River_v3_FTN.pdf | |
| OKLA_PX_0275 | 303d_list_2022_2 - 2022 303d Listed Waterways (photo) | |
| OKLA_PX_0276 | IR poultry 2022 - 2022 Poultry Farms in the IR Watershed, Active vs Inactive (larger legend photo) | |
| OKLA_PX_0277 | Poultry active 2022 - 2022 Poultry Farms in the IR Watershed (photo) | |
| OKLA_PX_0278 | Letter from the EPA to Stacie Wassell, Director of the Office of Water Quality, Arkansas Division of Environmental Quality regarding AR's 2020 Integrated Water Quality Monitoring & Assessment Report | |
| OKLA_PX_0279 | Benton and Washington Co. IRW 2014-2019.xlxs | |
| OKLA_PX_0280 | Eucha-Spavinaw Watershed Monitoring Report for 2023 | |
| OKLA_PX_0281 | Katie Mendoza Expert Report - Appendix A | |
| OKLA_PX_0282 | Katie Mendoza Expert Report - Appendix B | |

| | | |
|---|---|---|
| OKLA_PX_0283 | Katie Mendoza Expert Report - Figure 1 | |
| OKLA_PX_0284 | Katie Mendoza Expert Report - Figure 2 | |
| OKLA_PX_0285 | Katie Mendoza Expert Report - Figure 3 | |
| OKLA_PX_0286 | Katie Mendoza Expert Report - Figure 4 | |
| OKLA_PX_0287 | Katie Mendoza Expert Report - Figure 5 | |
| OKLA_PX_0288 | Katie Mendoza Expert Report - Figure 6 | |
| OKLA_PX_0289 | Katie Mendoza Expert Report - Figure 7 | |
| OKLA_PX_0290 | Katie Mendoza Expert Report - Figure 8 | |
| OKLA_PX_0291 | Katie Mendoza Expert Report - Figure 9 | |
| OKLA_PX_0292 | Katie Mendoza Expert Report - Figure 10 | |
| OKLA_PX_0293 | Katie Mendoza Expert Report - Figure 11 | |
| OKLA_PX_0294 | Katie Mendoza Expert Report - Figure 12 | |
| OKLA_PX_0295 | Katie Mendoza Expert Report - Figure 13 | |
| OKLA_PX_0296 | Katie Mendoza Expert Report - Figure 14 | |
| OKLA_PX_0297 | Katie Mendoza Expert Report - Figure 15 | |
| OKLA_PX_0298 | Katie Mendoza Expert Report - Figure 16 | |
| OKLA_PX_0299 | Katie Mendoza Expert Report - Figure 17 | |
| OKLA_PX_0300 | Katie Mendoza Expert Report - Figure 18 | |
| OKLA_PX_0301 | Katie Mendoza Expert Report - Figure 19 | |
| OKLA_PX_0302 | Katie Mendoza Expert Report - Figure 20 | |
| OKLA_PX_0303 | Katie Mendoza Expert Report - Figure 21 | |
| OKLA_PX_0304 | Katie Mendoza Expert Report - Figure 22 | |
| OKLA_PX_0305 | Katie Mendoza Expert Report - Figure 23 | |
| OKLA_PX_0306 | Katie Mendoza Expert Report - Figure 24 | |

| | | |
|---|---|---|
| OKLA_PX_0307 | Katie Mendoza Expert Report - Figure 25 | |
| OKLA_PX_0308 | Katie Mendoza Expert Report - Figure 26 | |
| OKLA_PX_0309 | Katie Mendoza Expert Report - Figure 27 | |
| OKLA_PX_0310 | Katie Mendoza Expert Report - Figure 28 | |
| OKLA_PX_0311 | Katie Mendoza Expert Report - Figure 29 | |
| OKLA_PX_0312 | Katie Mendoza Expert Report - Table 1 | |
| OKLA_PX_0313 | Katie Mendoza Expert Report - Table 2 | |
| OKLA_PX_0314 | Katie Mendoza Expert Report - Table 3 | |
| OKLA_PX_0315 | Katie Mendoza Expert Report - Table 4 | |
| OKLA_PX_0316 | Katie Mendoza Expert Report - Table 5 | |
| OKLA_PX_0317 | Katie Mendoza Expert Report - Table 6 | |
| OKLA_PX_0318 | Katie Mendoza Expert Report - Table 7 | |
| OKLA_PX_0319 | Katie Mendoza Expert Report - Table 8 | |
| OKLA_PX_0320 | Katie Mendoza Expert Report - Table 9 | |
| OKLA_PX_0321 | Katie Mendoza Expert Report - Table 10 | |
| OKLA_PX_0322 | Katie Mendoza Expert Report - Table 11 | |
| OKLA_PX_0323 | Katie Mendoza Expert Report - Table 12 | |
| OKLA_PX_0324 | Katie Mendoza Expert Report - Table 13 | |
| OKLA_PX_0325 | Katie Mendoza Expert Report - Table 14 | |
| OKLA_PX_0326 | Katie Mendoza Expert Report - Table 15 | |
| OKLA_PX_0327 | Katie Mendoza Expert Report - Table 16 | |
| OKLA_PX_0328 | Katie Mendoza Expert Report - Table 17 | |
| OKLA_PX_0329 | Katie Mendoza Expert Report - Table 18 | |
| OKLA_PX_0330 | Katie Mendoza Expert Report - Land Use Report, Appendix A | |

| | | |
|---|---|---|
| OKLA_PX_0331 | Katie Mendoza - Curriculum Vitae | |
| OKLA_PX_0332 | Julie Chambers - Curriculum Vitae | |
| OKLA_PX_0333 | Lance Phillips - Curriculum Vitae | |
| OKLA_PX_0334 | Greg Scott - Curriculum Vitae | |
| OKLA_PX_0335 | Robert Nairn - Curriculum Vitae | |
| OKLA_PX_0336 | Shanon Phillips - Curriculum Vitae | |
| OKLA_PX_0337 | 2022 Arkansas River Compact Commission Environmental Committee Report | |
| OKLA_PX_0338 | 2023 Watershed Monitoring Report - Presentation to TMUA 6.26.24 | |
| OKLA_PX_0339 | Katie Mendoza Expert Report - Figure A | |
| OKLA_PX_0340 | LOADEST input 2000-2020 (HUC12_LOADEST_input.xlxs ) | |
| OKLA_PX_0341 | Illinois River Basin SWAT model with 6 scenarios and observation data  (served via USB drive to defendants on 11/18/2024) | |
| OKLA_PX_0342 | OCC IRW Poultry Farm Geo-spatial Map - KMZ Database (served via sharefile to defendants on 11/18/2024) | |
| OKLA_PX_0343 | ODAFF PFOs ArcGIS - KMZ Database (served via sharefile to defendants on 11/18/2024) | |
| OKLA_PX_0344 | Impaired Water Segment 303(d) data for 2022 (served via sharefile to defendants on 11/18/2024) | |
| OKLA_PX_0345 | 2024 update NPS projects in the IRW.xlsx | |
| OKLA_PX_0346 | Phillips Estimated Litter time of travel.xlsx (Phillips Litter Travel Calculations) | |
| OKLA_PX_0347 | OWRB ARK-OK info with high flows.Oct 2024.xlsx | |
| OKLA_PX_0348 | Shanon Phillips Expert Report - Figure 1 | |
| OKLA_PX_0349 | Shanon Phillips Expert Report - Figure 2 | |
| OKLA_PX_0350 | Shanon Phillips Expert Report - Figure 3 | |
| OKLA_PX_0351 | Shanon Phillips Expert Report - Figure 4 | |
| OKLA_PX_0352 | Shanon Phillips Expert Report - Figure 5 | |
| OKLA_PX_0353 | Shanon Phillips Expert Report - Figure 6 | |

| OKLA_PX_0354 | Shanon Phillips Expert Report - Figure 7 | |
| OKLA_PX_0355 | Shanon Phillips Expert Report - Figure 8 | |
| OKLA_PX_0356 | Shanon Phillips Expert Report - Figure 9 | |
| OKLA_PX_0357 | Shanon Phillips Expert Report - Figure 10 | |
| OKLA_PX_0358 | Shanon Phillips Expert Report - Figure 11 | |
| OKLA_PX_0359 | Shanon Phillips Expert Report - Figure 12 | |
| OKLA_PX_0360 | Shanon Phillips Expert Report - Figure 13 | |
| OKLA_PX_0361 | Shanon Phillips Expert Report - Figure 14 | |
| OKLA_PX_0362 | Shanon Phillips Expert Report - Figure 15 | |
| OKLA_PX_0363 | Shanon Phillips Expert Report - Figure 16 | |
| OKLA_PX_0364 | Shanon Phillips Expert Report - Table 1 | |
| OKLA_PX_0365 | Shanon Phillips Expert Report - Table 2 | |
| OKLA_PX_0366 | Robert Nairn Schematic - P retention process in the Everglades Stormwater Treatment Areas in South Florida | |
| OKLA_PX_0367 | Robert Nairn Schematic - Olentangy River Wetland Research Park in Columbus, Ohio | |
| OKLA_PX_0368 | Robert Nairn Schematic - Wetland phosphorus dynamics | |