# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>TYSON FOODS, INC., *et al.*<br><br>　　　　　　　　Defendants. | Case No. 05-cv-329-GKF-SH |

## DEFENDANTS' SUPPLEMENT TO ITS MOTION AND BRIEF IN SUPPORT TO EXCLUDE TESTIMONY AND OPINIONS OF KATIE MENDOZA PURSUANT TO FEDERAL RULES OF EVIDENCE 702

Defendants, based on their duty to supplement an incomplete record, state and provide as follows in further support of their Motion and Brief in Support To Exclude Testimony and Opinions of Katie Mendoza Pursuant to Federal Rules of Evidence 702 (Dkt. No. 3069) ("Motion to Exclude Mendoza"):

1.　　Defendants filed their Motion to Exclude Mendoza on November 22, 2024 pursuant to the Court's scheduling order. At the time of filing the Motion to Exclude Mendoza, Defendants' expert, Jennifer Benaman's, rebuttal report had not been drafted.

2.　　Just prior to filing this supplement, Defendants provided to Plaintiffs a copy of the Expert Rebuttal Report of Jennifer Benaman, a copy of this report is attached and incorporated as Exhibit A.

3.　　To ensure a complete and accurate record for this motion, Defendants provide this supplement.

November 27, 2024                                   Respectfully submitted,


/s/ *Gordon D. Todd*                                /s/ *A. Scott McDaniel*
Mark D. Hopson                                      A. Scott McDaniel, OBA #16460
Frank R. Volpe                                      McDaniel Acord, PLLC
Gordon D. Todd                                      9343 East 95th Court
Benjamin M. Mundel                                  Tulsa, OK  74133
   (*pro hac vice* forthcoming)     (918) 382-9200
Cody L. Reaves
   (*pro hac vice* forthcoming)     *Attorneys for Tyson Foods, Inc., Tyson*
Peter A. Bruland                                    *Poultry, Inc., Tyson Chicken, Inc., Cobb-*
   (*pro hac vice* forthcoming)     *Vantress, Inc., and Peterson Farms, Inc.*
David H. Kinnaird
   (*pro hac vice* forthcoming)
Sidley Austin LLP
1501 K Street, NW
Washington, D.C.  20005
(202) 736-8000
(202) 736-8711 (facsimile)
mhopson@sidley.com
fvolpe@sidley.com
gtodd@sidley.com
cody.reaves@sidley.com
pbruland@sidley.com
dkinnaird@sidley.com

*Attorneys for Tyson Foods, Inc.,*
*Tyson Poultry, Inc., Tyson Chicken, Inc., and*
*Cobb-Vantress, Inc.*

/s/ *Robert George*
Robert George, OBA #18562
George's, Inc.
402 W. Robinson Ave.
Springdale, AR  73764
(479) 927-7249

K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
The Law Group of Northwest
   Arkansas PLLC
1830 Shelby Lane
Fayetteville, AR 72704
(479) 316-3760

Perry L. Glantz (admitted *pro hac vice*)
Stinson LLP
1144 15th Street, Suite 2400
Denver, CO 80202
(303) 376-8410

Clinton Russell, OBA # 19209
Taylor, Foster, Mallett, Downs,
   Ramsey & Russell
400 West Fourth Street
Claremore, OK 74018
(918) 343-4100
crussell@soonerlaw.com

*Attorneys for George's, Inc. and George's Farms, Inc.*

/s/ *John R. Elrod*
John R. Elrod (admitted *pro hac vice*)
Vicki Bronson, OBA 20574
Conner & Winters, P.C.
4375 N. Vantage Drive, Suite 405
Fayetteville, AR  72703
(479) 582-5711
(479) 358-1518 (facsimile)
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Simmons Foods, Inc.*

/s/ *Robert P. Redemann*
Robert P. Redemann, OBA #7454
William D. Perrine, OBA #11955
Perrine, Redemann, Berry,
   Taylor & Frette, PLLC
1800 S. Baltimore Ave., Suite 900
Tulsa, OK 74119
(918) 382-1400
(918) 382-1499 (facsimile)
rredemann@pmrlaw.net
wperrine@pmrlaw.net

Robert E. Sanders, MSB#6446
   (admitted *pro hac vice*)
Young Wells Williams P.A.
P.O. Box 6005
Ridgeland, MS   39158-6005
(601) 948-6100
(601) 355-6136 (facsimile)
rsanders@youngwells.com

*Attorneys for Cal-Maine Foods*

/s/ *John H. Tucker*
John H. Tucker, OBA 9110
Theresa N. Hill, OBA 19119
Colin H. Tucker, OBA 16325
Rhodes Hieronymus Jones
   Tucker & Gable
Two W. 2nd Street, Suite 1000
P.O. Box 21100
Tulsa, OK  74121-1100
(918) 582-1173
(918) 592-3390 (facsimile)
jtucker@rhodesokla.com
thill@rhodesokla.com

Jacob D. Bylund, admitted *pro hac vice*
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA  50309
Main: (515) 248-9000
jacob.bylund@faegredrinker.com

Delmar Ehrich, admitted *pro hac vice*
Bruce Jones, admitted *pro hac vice*
Aaron D. Van Oort, admitted *pro hac vice*
Christopher H. Dolan, admitted *pro hac vice*
Jeffrey P. Justman, admitted *pro hac vice*
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Well Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Main:  (612) 766-7000
delmar.ehrich@faegredrinker.com
bruce.jones@faegredrinker.com
aaron.vanoort.jones@faegredrinker.com
chris.dolan@faegredrinker.com
jeff.justman@faegredrinker.com

*Attorneys for Cargill, Inc. and Cargill Turkey Production, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on November 27, 2024, I caused this document to be filed with the Clerk of Court through CM/ECF, which will serve copies on all registered counsel.


        /s/ K.C. Tucker