IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 05-cv-329-GKF-SH |
| | ) |
| TYSON FOODS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### THE STATE OF OKLAHOMA'S RE-FILING OF ITS PRIVILEGE LOG PURSUANT TO THIS COURT'S ORDER OF DECEMBER 2, 2024

The State of Oklahoma hereby re-files its privilege log (Doc. 3072-1) in accordance with this Court's December 2, 2024 Order directing the re-filing of the State's privilege log with additional requirements. *See* Doc. 3100. Exhibit One to this filing is the State's re-filed privilege log, reflecting the requirements of Local Rule of Civil Procedure 26-5(a) and the Court's Order. *Id.* Exhibit Two to this filing is the State's companion document to its re-filed privilege log, reflecting the name, employer title, job description, attorney status, and other information bearing on the claimed privilege. Below this cover page is the State's certification identifying the client who is claiming the privilege and certifying that the client has agreed to the assertion of such privileges.

For the Court's convenience, and for the completeness of the re-filed privilege log, the State has included communications between the State and representatives of the Oklahoma Department of Agriculture, Food, and Forestry that took place after the State filed its privilege

1

log on November 25, 2024, but before the date this Court ordered re-filing, December 2, 2024.

*See* Ex. 1, lines 60-70.[1]

---

[1] Please note that, due to difficulties with exporting some Outlook Email messages to PDF format, P-LOG #'s 60, 61, and 62 feature the name of the State's Outside Counsel's litigation support technician at the top of each document. *See* Ex. 1, lines 61-62.

## CERTIFICATION OF PRIVILEGE ASSERTION

I, Jennifer Lewis, Deputy Attorney General for the Conservation Unit of the Oklahoma Office of the Attorney General, hereby assert the privileges set forth in the attached privilege log, Ex. 1.  As Attorney for the State of Oklahoma in this matter, I claim the privileges asserted herein on behalf of my client, the State of Oklahoma, and verify the accuracy of these claimed privileges.  The State of Oklahoma, my client, agrees with the assertion of these privileges.

Respectfully Submitted,

*s/Kristopher E. Koepsel*
M. David Riggs, OBA, #7583
Kristopher E. Koepsel, OBA #19147
Riggs, Abney, Neal, Turpen, Orbison & Lewis
502 West 6th Street
Tulsa, OK 74119
(918) 587-3161

*s/ Jennifer L. Lewis*
GENTNER DRUMMOND, OBA #16645
  *Attorney General*
GARRY M. GASKINS, II, OBA #20212
  *Solicitor General*
JENNIFER L. LEWIS, OBA #32819
  *Deputy Attorney General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Direct: (405) 521-3921

jennifer.lewis@oag.ok.gov

Robert A. Nance, OBA #6581
W.A. Drew Edmondson, OBA #2628
Riggs, Abney, Neal, Turpen, Orbison & Lewis
528 N.W. 12th Street
Oklahoma City, OK 73103
(405) 843-9909

Louis W. Bullock, OBA #1305
Bullock Law Firm PLLC
110 W. 7th Street
Tulsa, OK 74119
(918) 584-2001

Frederick C. Baker, admitted *pro hac vice*
Cynthia Solomon, admitted *pro hac vice*
Kristin Hermiz, admitted *pro hac vice*
Madeline Becker, admitted *pro hac vice*
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9186

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3 day of December 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed of record.

      *s/ Jennifer L. Lewis*
      Jennifer L. Lewis