# EXHIBIT 1

| P-LOG # | Document Date | Document Type | Author | Recipient(s) | CC | Privilege Assertion | Document Description | Begin Bates | End Bates |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2/15/2023 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.gov> | | Attorney Client Communication | meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000001 | OKLA_PX_PRIV_000003 |
| 2 | 2/22/2023 | E-mail with attachment | Jennifer Lewis <jennifer.lewis@oag.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Settlement Communications -- Rule 408 / Work Product / Attorney Client Communication | information to inform legal strategy and settlement decisions and render legal services | OKLA_PX_PRIV_000004 | OKLA_PX_PRIV_000005 |
| 3 | 2/24/2023 | E-mail with attachment | Jennifer Lewis <jennifer.lewis@oag.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Settlement Communications -- Rule 408 / Work Product / Attorney Client Communication | information to inform legal strategy and settlement decisions and render legal services | OKLA_PX_PRIV_000006 | OKLA_PX_PRIV_000010 |
| 4 | 3/17/2023 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.gov> | | Attorney Client Communication | Confidential email communication requesting phone call done for the purpose of rendering legal advice | OKLA_PX_PRIV_000011 | OKLA_PX_PRIV_000011 |
| 5 | 10/10/2023 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication/Work Product | information request done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000012 | OKLA_PX_PRIV_000012 |
| 6 | 12/14/2023 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication seeking information for the purpose of rendering legal advice | OKLA_PX_PRIV_000013 | OKLA_PX_PRIV_000013 |
| 7 | 9/20/2024 | E-mail with attachments | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.gov> | | Attorney Client Communication/Work Product | information to inform legal strategy and render legal advice | OKLA_PX_PRIV_000014 | OKLA_PX_PRIV_000025 |
| 8 | 9/24/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | information transfer done for the purpose of rendering legal advice | OKLA_PX_PRIV_000026 | OKLA_PX_PRIV_000029 |
| 9 | 9/24/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication concerning information request done for purpose of rendering | OKLA_PX_PRIV_000030 | OKLA_PX_PRIV_000030 |
| 10 | 9/25/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | information transfer done for the purpose of rendering legal advice | OKLA_PX_PRIV_000031 | OKLA_PX_PRIV_000033 |
| 11 | 9/30/2024 | E-mail | Teresa Martinez <teresa.martinez@ag.ok.gov> | Lynn Shaarda <lshaarda@motleyrice.com>, Rachel Klink <rklink@motleyrice.com> | Lynette Jordan <lynette.jordan@ag.ok.gov>, Teena Gunter <teena.gunter@ag.ok.gov> | Attorney Client Communication | Confidential email communication confirming receipt of information for purpose of rendering legal advice | OKLA_PX_PRIV_000034 | OKLA_PX_PRIV_000035 |
| 12 | 10/1/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication confirming receipt of information for purposes of rendering legal advice | OKLA_PX_PRIV_000036 | OKLA_PX_PRIV_000037 |
| 13 | 10/1/2024 | Document Production via Sharefile | Lynette Jordan <lynette.jordan@ag.ok.gov>, Teresa Martinez | Lynn Shaarda <lshaarda@motleyrice.com>, Rachel Klink <rklink@motleyrice.com> | | Attorney Client Communication/Work Product | from ODAFF to counsel via sharefile for the purpose of rendering legal advice and reflecting legal strategy. | OKLA_PX_PRIV_000038 | OKLA_PX_PRIV_000039 |
| 14 | 10/4/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | of information done for the purpose of rendering legal advice | OKLA_PX_PRIV_000040 | OKLA_PX_PRIV_000041 |
| 15 | 10/8/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Fred Baker <fbaker@motleyrice.com>, Lynette Jordan <lynette.jordan@ag.ok.gov> | | Attorney Client Communication | meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000042 | OKLA_PX_PRIV_000042 |
| 16 | 10/8/2024 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.gov> | | Attorney Client Communication | meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000043 | OKLA_PX_PRIV_000043 |
| 17 | 10/8/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000044 | OKLA_PX_PRIV_000046 |
| 18 | 10/17/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov>, Fred Baker <fbaker@motleyrice.com> | | Attorney Client Communication | Confidential email communication setting meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000047 | OKLA_PX_PRIV_000047 |
| 19 | 10/21/2024 | E-mail with attachment | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | Attorney Client Communication/Work Product | spreadsheet and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000048 | OKLA_PX_PRIV_000120 |
| 20 | 10/21/2024 | E-mail with attachment | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | Attorney Client Communication/Work Product | spreadsheet and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000121 | OKLA_PX_PRIV_000151 |
| 21 | 10/21/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | Attorney Client Communication | of information done for the purpose of rendering legal advice | OKLA_PX_PRIV_000152 | OKLA_PX_PRIV_000153 |
| 22 | 10/21/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Teena Gunter <teena.gunter@ag.ok.gov>, Lynette Jordan <lynette.jordan@ag.ok.gov> | | Attorney Client Communication/Work Product | information for purposes of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000154 | OKLA_PX_PRIV_000156 |
| 23 | 10/28/2024 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.gov> | | Attorney Client Communication | meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000157 | OKLA_PX_PRIV_000157 |
| 24 | 10/28/2024 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.gov>, Lynette Jordan <lynette.jordan@ag.ok.gov> | Madeline Becker <mbecker@motleyrice.com> | Attorney Client Communication | meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000158 | OKLA_PX_PRIV_000158 |
| 25 | 10/28/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Fred Baker <fbaker@motleyrice.com>, Lynette Jordan <lynette.jordan@ag.ok.gov> | | Attorney Client Communication | Microsoft Teams Meeting invitation done for the purpose of rendering legal advice | OKLA_PX_PRIV_000159 | OKLA_PX_PRIV_000159 |
| 26 | 10/28/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Teena Gunter <teena.gunter@ag.ok.gov>, Lynette Jordan <lynette.jordan@ag.ok.gov> | Madeline Becker <mbecker@motleyrice.com> | Attorney Client Communication | Confidential email communication creating meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000160 | OKLA_PX_PRIV_000161 |
| 27 | 10/29/2024 | E-mail with attachment | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.gov> | | Attorney Client Communication/Work Product | spreadsheet and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000162 | OKLA_PX_PRIV_000249 |
| 28 | 10/29/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov> | | Attorney Client Communication | of documents done for the purpose of rendering legal advice | OKLA_PX_PRIV_000250 | OKLA_PX_PRIV_000250 |
| 29 | 11/4/2024 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.gov> | | Attorney Client Communication/Work Product | information that informs legal strategy and legal advice | OKLA_PX_PRIV_000251 | OKLA_PX_PRIV_000256 |
| 30 | 11/6/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Teena Gunter <teena.gunter@ag.ok.gov>, Fred Baker <fbaker@motleyrice.com>, | | Attorney Client Communication | Microsoft Teams meeting invitation done for the purpose of rendering legal advice | OKLA_PX_PRIV_000257 | OKLA_PX_PRIV_000257 |
| 31 | 11/5/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Teena Gunter <Teena.gunter@ag.ok.gov> | | Attorney Client Communication | meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000258 | OKLA_PX_PRIV_000260 |
| 32 | 11/5/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov> | Fred Baker <fbaker@motleyrice.com>, Madeline Becker | Attorney Client Communication | meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000261 | OKLA_PX_PRIV_000261 |
| 33 | 11/12/2024 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.gov> | | Attorney Client Communication | Confidential email communication requesting opinion for legal advice | OKLA_PX_PRIV_000262 | OKLA_PX_PRIV_000263 |
| 34 | 11/12/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Fred Baker <fbaker@motleyrice.com>, Lynette Jordan <lynette.jordan@ag.ok.gov>, | | Attorney Client Communication | Confidential email communication setting meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000264 | OKLA_PX_PRIV_000264 |
| 35 | 11/12/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication correcting meeting link done for the purpose of rendering legal advice | OKLA_PX_PRIV_000265 | OKLA_PX_PRIV_000270 |
| 36 | 11/15/2024 | E-mail with attachments | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.gov> | | Attorney Client Communication/Work Product | documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000271 | OKLA_PX_PRIV_000311 |
| 37 | 11/15/2024 | E-mail with attachments | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.gov> | | Attorney Client Communication/Work Product | documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000312 | OKLA_PX_PRIV_000337 |

| # | Date | Type | From | To | CC | Privilege | Description | Begin Bates | End Bates |
|---|------|------|------|-----|-----|-----------|-------------|-------------|-----------|
| 38 | 11/15/2024 | E-mail with attachments | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication/Work Product | documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000338 | OKLA_PX_PRIV_000546 |
| 39 | 11/15/2024 | E-mail with attachments | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication/Work Product | documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000547 | OKLA_PX_PRIV_000591 |
| 40 | 11/15/2024 | E-mail with attachments | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication/Work Product | documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000592 | OKLA_PX_PRIV_000601 |
| 41 | 11/15/2024 | E-mail with attachments | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication/Work Product | documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000602 | OKLA_PX_PRIV_000607 |
| 42 | 11/15/2024 | E-mail | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication/Work Product | of PFO documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000608 | OKLA_PX_PRIV_000611 |
| 43 | 11/15/2024 | E-mail with attachments | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication/Work Product | documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000612 | OKLA_PX_PRIV_000652 |
| 44 | 11/15/2024 | E-mail with attachments | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication/Work Product | documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000653 | OKLA_PX_PRIV_000675 |
| 45 | 11/15/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov>, Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication/Work Product | information transfer done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000676 | OKLA_PX_PRIV_000677 |
| 46 | 11/15/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov>, Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication concerning legal advice | OKLA_PX_PRIV_000678 | OKLA_PX_PRIV_000679 |
| 47 | 11/15/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov> | Madeline Becker <mbecker@motleyrice.com> | Attorney Client Communication | information transfer done for the purpose of rendering legal advice | OKLA_PX_PRIV_000680 | OKLA_PX_PRIV_000683 |
| 48 | 11/15/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov> | Attorney Client Communication | Confidential email communication requesting information for the purpose of rendering legal advice | OKLA_PX_PRIV_000684 | OKLA_PX_PRIV_000685 |
| 49 | 11/15/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov> | Attorney Client Communication/Work Product | Confidential email communication approving legal advice and reflecting legal strategy | OKLA_PX_PRIV_000686 | OKLA_PX_PRIV_000687 |
| 50 | 11/18/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication sharing information for the purpose of rendering legal advice | OKLA_PX_PRIV_000688 | OKLA_PX_PRIV_000690 |
| 51 | 11/18/2024 | E-mail with attachment | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication/Work Product | Confidential email communication rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000691 | OKLA_PX_PRIV_000699 |
| 52 | 11/19/2024 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov>, James Rucker <james.rucker@ag.ok.gov> | | Attorney Client Communication | information done for the purpose of rendering legal advice | OKLA_PX_PRIV_000700 | OKLA_PX_PRIV_000702 |
| 53 | 11/19/2024 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | information done for the purpose of rendering legal advice | OKLA_PX_PRIV_000703 | OKLA_PX_PRIV_000705 |
| 54 | 11/19/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | James Rucker <james.rucker@ag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | Attorney Client Communication | ODAFF information done for the purpose of rendering legal advice | OKLA_PX_PRIV_000706 | OKLA_PX_PRIV_000713 |
| 55 | 11/19/2024 | E-mail with attachments | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication/Work Product | done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000714 | OKLA_PX_PRIV_000784 |
| 56 | 11/20/2024 | E-mail | Lynette Jordan <Lynette.jordan@ag.ok.gov. | Jennifer Lewis <jennifer.lewis@oag.ok.gov>, Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000785 | OKLA_PX_PRIV_000785 |
| 57 | 11/21/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | James Rucker <james.rucker@ag.ok.gov> | | Attorney Client Communication | information request done for the purpose of rendering legal advice | OKLA_PX_PRIV_000786 | OKLA_PX_PRIV_000792 |
| 58 | 11/22/2024 | E-mail | James Rucker <james.rucker@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | information receipt for purpose of rendering legal advice | OKLA_PX_PRIV_000793 | OKLA_PX_PRIV_000803 |
| 59 | 11/23/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov>, Teena Gunter <teena.gunter@ag.ok.gov>, Fred Baker <fbaker@motleyrice.com>, Madeline Becker <mbecker@motleyrice.com>, Cindi Solomon <csolomon@motleyrice.com> | | Attorney Client Communication | Confidential email communication setting meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000804 | OKLA_PX_PRIV_000804 |
| 60 | 11/27/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email confirming receipt of served subpoena | OKLA_PX_PRIV_000805 | OKLA_PX_PRIV_000805 |
| 61 | 11/27/2024 | E-mail | Lynette Jordan <lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | Confidential email communication scheduling time for witness prep session | OKLA_PX_PRIV_000806 | OKLA_PX_PRIV_000806 |
| 62 | 11/26/2024 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | Confidential email scheduling meeting for witness prep session | OKLA_PX_PRIV_000807 | OKLA_PX_PRIV_000807 |
| 63 | 11/27/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email confirming receipt of served subpoena | OKLA_PX_PRIV_000808 | OKLA_PX_PRIV_000809 |
| 64 | 11/27/2024 | E-mail with attachment | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communicaiton | Confidential email requesting information about service of defendant subpoena | OKLA_PX_PRIV_000810 | OKLA_PX_PRIV_000813 |
| 65 | 11/27/2024 | E-mail with attachment | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | Confidential email sharing served subpoena | OKLA_PX_PRIV_000814 | OKLA_PX_PRIV_000817 |
| 66 | 11/27/2024 | E-mail with attachments | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communicaiton | Confidential email communication sharing filings | OKLA_PX_PRIV_000818 | OKLA_PX_PRIV_000831 |
| 67 | 11/27/2024 | E-mail with attachment | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | Confidential email sharing served subpoena | OKLA_PX_PRIV_000832 | OKLA_PX_PRIV_000833 |
| 68 | 11/25/2024 | E-mail with attachments | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov>, Lynette Jordan <lynette.jordan@ag.ok.gov> | | Attorney Client Communication | Confidential email communication scheduling meeting for witness prep session | OKLA_PX_PRIV_000834 | OKLA_PX_PRIV_000836 |
| 69 | 11/26/2024 | E-mail | Lynette Jordan <lynette.jordan@ag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication sharing filings | OKLA_PX_PRIV_000837 | OKLA_PX_PRIV_000861 |