# EXHIBIT 2

Companion Document to the State's Re-filed Privilege log

| Individual | Email | Occupation | Role in Litigation |
|---|---|---|---|
| Lynette Jordan | Lynette.Jordan@ag.ok.gov | Assistant Director, Poultry Program, Oklahoma Department of Agriculture, Food, and Forestry (ODAFF) Agricultural Environmental Management Services (AEMS) | State Fact Witness, ODAFF Assistant Director |
| Teena Gunter | Teena.gunter@ag.ok.gov | Director, Poultry Program, Oklahoma Department of Agriculture, Food, and Forestry (ODAFF) Agricultural Environmental Management Services (AEMS); General Counsel, Oklahoma Department of Agriculture, Food, and Forestry (ODAFF) | ODAFF Program Director; Attorney, ODAFF General Counsel |
| James Rucker | James.rucker@ag.ok.gov | Deputy General Counsel, Oklahoma Department of Agriculture, Food and Forestry (ODAFF) | Attorney, ODAFF Deputy General Counsel |
| Teresa Martinez | Teresa.martinez@ag.ok.gov | Administrative Programs Officer II, Oklahoma Department of Agriculture, Food, and Forestry (ODAFF) Agricultural Environmental Management Services (AEMS) | ODAFF Administrative Assistant |
| Jennifer Lewis | Jennifer.lewis@oag.ok.gov | Deputy Attorney General, Conservation Unit, Oklahoma Office of the Attorney General | Attorney, Office of the Attorney General of Oklahoma |
| Fred Baker | Fbaker@motleyrice.com | Attorney at Law, Motley Rice LLC | Attorney for the State -- Outside Counsel |
| Madeline Becker | Mbecker@motleyrice.com | Attorney at Law, Motley Rice LLC | Attorney for the State -- Outside Counsel |
| Lynn Shaarda | Lshaarda@motleyrice.com | Paralegal, Motley Rice LLC | Paralegal for the State -- Outside Counsel |
| Rachel Klink | Rklink@motleyrice.com | Supervisor, Litigation Technology, Motley Rice LLC | Technology Specialist for the State -- Outside Counsel |
| Cindi Solomon | Csolomon@motleyrice.com | Attorney at Law, Motley Rice LLC | Attorney for the State -- Outside Counsel |