# EXHIBIT A

| P-LOG # | Document Date | Document Type | Author | Recipient(s) | CC | Privilege Assertion | Document Description | Begin Bates | End Bates |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2/15/2023 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | Confidential email communication scheduling meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000001 | OKLA_PX_PRIV_000003 |
| 2 | 2/22/2023 | E-mail with attachment | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Settlement Communications -- Rule 408 / Work Product / Attorney Client Communication | Confidential email communication requesting information to inform legal strategy and settlement decisions and render legal services | OKLA_PX_PRIV_000004 | OKLA_PX_PRIV_000005 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 2/24/2023 | E-mail with attachment | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Settlement Communications -- Rule 408 / Work Product / Attorney Client Communication | Confidential email communication requesting information to inform legal strategy and settlement decisions and render legal services | OKLA_PX_PRIV_000006 | OKLA_PX_PRIV_000010 |
| 4 | 3/17/2023 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | Confidential email communication requesting phone call done for the purpose of rendering legal advice | OKLA_PX_PRIV_000011 | OKLA_PX_PRIV_000011 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | 10/10/2023 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication /Work Product | Confidential email communication concerning information request done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000012 | OKLA_PX_PRIV_000012 |
| 6 | 12/14/2023 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication seeking information for the purpose of rendering legal advice | OKLA_PX_PRIV_000013 | OKLA_PX_PRIV_000013 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | 9/20/2024 | E-mail with attachments | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication /Work Product | Confidential email communication requesting information to inform legal strategy and render legal advice | OKLA_PX_PRIV _000014 | OKLA_PX_PRIV_ 000025 |
| 8 | 9/24/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication coordinating information transfer done for the purpose of rendering legal advice | OKLA_PX_PRIV _000026 | OKLA_PX_PRIV_ 000029 |
| 9 | 9/24/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication concerning information request done for purpose of rendering legal advice | OKLA_PX_PRIV _000030 | OKLA_PX_PRIV_ 000030 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | 9/25/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication coordinating information transfer done for the purpose of rendering legal advice | OKLA_PX_PRIV_000031 | OKLA_PX_PRIV_000033 |
| 11 | 9/30/2024 | E-mail | Teresa Martinez <teresa.martinez@ag.ok.gov> | Lynn Shaarda <lshaarda@motleyrice.com>, Rachel Klink <rklink@motleyrice.com> | Lynette Jordan <lynette.jordan@ag.ok.gov>, Teena Gunter <teena.gunter@ag.ok.gov> | Attorney Client Communication | Confidential email communication confirming receipt of information for purpose of rendering legal advice | OKLA_PX_PRIV_000034 | OKLA_PX_PRIV_000035 |
| 12 | 10/1/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication confirming receipt of information for purposes of rendering legal advice | OKLA_PX_PRIV_000036 | OKLA_PX_PRIV_000037 |

| 13 | 10/1/2024 | Document Production via Sharefile | Teena Gunter <teena.gunter@ag.ok.gov>, Lynette Jordan <lynette.jordan@ag.ok.gov>, Teresa Martinez <teresa.martinez@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov>, Lynn Shaarda <lshaarda@motleyrice.com>, Rachel Klink <rklink@motleyrice.com> | | Attorney Client Communication /Work Product | This entry reflects confidential document production from ODAFF to counsel via sharefile for the purpose of rendering legal advice and reflecting legal strategy. All documents produced in this production have now been disclosed to Defendants. | OKLA_PX_PRIV_000038 | OKLA_PX_PRIV_000039 |
| 14 | 10/4/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication confirming receipt of information done for the purpose of rendering legal advice | OKLA_PX_PRIV_000040 | OKLA_PX_PRIV_000041 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 15 | 10/8/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov>, Fred Baker <fbaker@motleyrice.com>, Lynette Jordan <lynette.jordan@ag.ok.gov> | | Attorney Client Communication | Confidential email communication scheduling meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000042 | OKLA_PX_PRIV_000042 |
| 16 | 10/8/2024 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | Confidential email communication scheduling meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000043 | OKLA_PX_PRIV_000043 |
| 17 | 10/8/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication scheduling meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000044 | OKLA_PX_PRIV_000046 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18 | 10/17/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov>, Lynette Jordan <lynette.jordan@ag.ok.gov>, Fred Baker <fbaker@motleyrice.com> | | Attorney Client Communication | Confidential email communication setting meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000047 | OKLA_PX_PRIV_000047 |
| 19 | 10/21/2024 | E-mail with attachment | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | Attorney Client Communication /Work Product | Confidential email communication providing ODAFF spreadsheet and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000048 | OKLA_PX_PRIV_000120 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 10/21/2024 | E-mail with attachment | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | Attorney Client Communication /Work Product | Confidential email communication providing ODAFF spreadsheet and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000121 | OKLA_PX_PRIV_000151 |
| 21 | 10/21/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | Attorney Client Communication | Confidential email communication confirming receipt of information done for the purpose of rendering legal advice | OKLA_PX_PRIV_000152 | OKLA_PX_PRIV_000153 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | 10/21/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov>, Lynette Jordan <lynette.jordan@ag.ok.gov> | | Attorney Client Communication /Work Product | Confidential email communication seeking ODAFF information for purposes of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000154 | OKLA_PX_PRIV_000156 |
| 23 | 10/28/2024 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | Confidential email communication scheduling meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000157 | OKLA_PX_PRIV_000157 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24 | 10/28/2024 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov>, Lynette Jordan <lynette.jordan@ag.ok.gov> | Fred Baker <fbaker@motleyrice.com>, Madeline Becker <mbecker@motleyrice.com> | Attorney Client Communication | Confidential email communication scheduling meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000158 | OKLA_PX_PRIV_000158 |
| 25 | 10/28/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov>, Fred Baker <fbaker@motleyrice.com>, Lynette Jordan <lynette.jordan@ag.ok.gov>, Madeline Becker <mbecker@motle | | Attorney Client Communication | Confidential email communication containing Microsoft Teams Meeting invitation done for the purpose of rendering legal advice | OKLA_PX_PRIV_000159 | OKLA_PX_PRIV_000159 |
| 26 | 10/28/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov>, Lynette Jordan <lynette.jordan@ag.ok.gov> | Fred Baker <fbaker@motleyrice.com>, Madeline Becker <mbecker@motleyrice.com> | Attorney Client Communication | Confidential email communication creating meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000160 | OKLA_PX_PRIV_000161 |

| 27 | 10/29/2024 | E-mail with attachment | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication /Work Product | Confidential email communication providing ODAFF spreadsheet and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000162 | OKLA_PX_PRIV_000249 |
| 28 | 10/29/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov> | | Attorney Client Communication | Confidential email communication concerning receipt of documents done for the purpose of rendering legal advice | OKLA_PX_PRIV_000250 | OKLA_PX_PRIV_000250 |
| 29 | 11/4/2024 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication /Work Product | Confidential email communication discussing information that informs legal strategy and legal advice | OKLA_PX_PRIV_000251 | OKLA_PX_PRIV_000256 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 30 | 11/6/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov>, Teena Gunter <teena.gunter@ag.ok.gov>, Fred Baker <fbaker@motleyrice.com>, Madeline Becker <mbecker@motle | | Attorney Client Communication | Confidential email communication containing Microsoft Teams meeting invitation done for the purpose of rendering legal advice | OKLA_PX_PRIV_000257 | OKLA_PX_PRIV_000257 |
| 31 | 11/5/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <Teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication scheduling meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000258 | OKLA_PX_PRIV_000260 |
| 32 | 11/5/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov>, Fred Baker <fbaker@motleyrice.com>, Madeline Becker <mbecker@motleyrice.com> | Attorney Client Communication | Confidential email communication scheduling meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000261 | OKLA_PX_PRIV_000261 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 33 | 11/12/2024 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | Confidential email communication requesting opinion for legal advice | OKLA_PX_PRIV_000262 | OKLA_PX_PRIV_000263 |
| 34 | 11/12/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov>, Fred Baker <fbaker@motleyrice.com>, Lynette Jordan <lynette.jordan@ag.ok.gov>, Madeline Becker | | Attorney Client Communication | Confidential email communication setting meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000264 | OKLA_PX_PRIV_000264 |
| 35 | 11/12/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication correcting meeting link done for the purpose of rendering legal advice | OKLA_PX_PRIV_000265 | OKLA_PX_PRIV_000270 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 36 | 11/15/2024 | E-mail with attachments | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication /Work Product | Confidential email communication providing PFO documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV _000271 | OKLA_PX_PRIV_ 000311 |
| 37 | 11/15/2024 | E-mail with attachments | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication /Work Product | Confidential email communication providing PFO documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV _000312 | OKLA_PX_PRIV_ 000337 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 38 | 11/15/2024 | E-mail with attachments | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication /Work Product | Confidential email communication providing PFO documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV _000338 | OKLA_PX_PRIV_ 000546 |
| 39 | 11/15/2024 | E-mail with attachments | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication /Work Product | Confidential email communication providing PFO documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV _000547 | OKLA_PX_PRIV_ 000591 |

| 40 | 11/15/2024 | E-mail with attachments | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication /Work Product | Confidential email communication providing PFO documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000592 | OKLA_PX_PRIV_000601 |
| 41 | 11/15/2024 | E-mail with attachments | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication /Work Product | Confidential email communication providing PFO documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000602 | OKLA_PX_PRIV_000607 |

| 42 | 11/15/2024 | E-mail | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication /Work Product | Confidential email communication providing outline of PFO documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV _000608 | OKLA_PX_PRIV_ 000611 |
| 43 | 11/15/2024 | E-mail with attachments | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication /Work Product | Confidential email communication providing PFO documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV _000612 | OKLA_PX_PRIV_ 000652 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 44 | 11/15/2024 | E-mail with attachments | Lynette Jordan <Lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication /Work Product | Confidential email communication providing PFO documents and done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV _000653 | OKLA_PX_PRIV_ 000675 |
| 45 | 11/15/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov>, Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication /Work Product | Confidential email communication coordinating information transfer done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV _000676 | OKLA_PX_PRIV_ 000677 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 46 | 11/15/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov>, Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication concerning legal advice | OKLA_PX_PRIV_000678 | OKLA_PX_PRIV_000679 |
| 47 | 11/15/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov>, Madeline Becker <mbecker@motleyrice.com> | Attorney Client Communication | Confidential email communication coordinating information transfer done for the purpose of rendering legal advice | OKLA_PX_PRIV_000680 | OKLA_PX_PRIV_000683 |
| 48 | 11/15/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov> | Attorney Client Communication | Confidential email communication requesting information for the purpose of rendering legal advice | OKLA_PX_PRIV_000684 | OKLA_PX_PRIV_000685 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 49 | 11/15/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov> | Attorney Client Communication /Work Product | Confidential email communication approving legal advice and reflecting legal strategy | OKLA_PX_PRIV_000686 | OKLA_PX_PRIV_000687 |
| 50 | 11/18/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication sharing information for the purpose of rendering legal advice | OKLA_PX_PRIV_000688 | OKLA_PX_PRIV_000690 |
| 51 | 11/18/2024 | E-mail with attachment | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication /Work Product | Confidential email communication rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV_000691 | OKLA_PX_PRIV_000699 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 52 | 11/19/2024 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov>, James Rucker <james.rucker@ag.ok.gov> | | Attorney Client Communication | Confidential email communication requesting information done for the purpose of rendering legal advice | OKLA_PX_PRIV_000700 | OKLA_PX_PRIV_000702 |
| 53 | 11/19/2024 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | Confidential email communication requesting information done for the purpose of rendering legal advice | OKLA_PX_PRIV_000703 | OKLA_PX_PRIV_000705 |
| 54 | 11/19/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | James Rucker <james.rucker@ag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | Attorney Client Communication | Confidential email communication requesting ODAFF information done for the purpose of rendering legal advice | OKLA_PX_PRIV_000706 | OKLA_PX_PRIV_000713 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 55 | 11/19/2024 | E-mail with attachments | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication /Work Product | Confidential email communication requesting opinion done for the purpose of rendering legal advice and reflecting legal strategy | OKLA_PX_PRIV _000714 | OKLA_PX_PRIV_ 000784 |
| 56 | 11/20/2024 | E-mail | Lynette Jordan <Lynette.jordan@ag.ok.gov. | Jennifer Lewis <jennifer.lewis@oag.ok.gov>, Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication scheduling meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV _000785 | OKLA_PX_PRIV_ 000785 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 57 | 11/21/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | James Rucker <james.rucker@ag.ok.gov> | | Attorney Client Communication | Confidential email communication concerning information request done for the purpose of rendering legal advice | OKLA_PX_PRIV_000786 | OKLA_PX_PRIV_000792 |
| 58 | 11/22/2024 | E-mail | James Rucker <james.rucker@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | Confidential email communication confirming information receipt for purpose of rendering legal advice | OKLA_PX_PRIV_000793 | OKLA_PX_PRIV_000803 |
| 59 | 11/23/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Lynette Jordan <lynette.jordan@ag.ok.gov>, Teena Gunter <teena.gunter@ag.ok.gov>, Fred Baker <fbaker@motleyrice.com>, Madeline Becker | | Attorney Client Communication | Confidential email communication setting meeting done for the purpose of rendering legal advice | OKLA_PX_PRIV_000804 | OKLA_PX_PRIV_000804 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 11/27/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email confirming receipt of served subpoena | | |
| 61 | 11/27/2024 | E-mail | Lynette Jordan <lynette.jordan@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | Confidential email communication scheduling time for witness prep session | OKLA_PX_PRIV_000806 | OKLA_PX_PRIV_000806 |
| 62 | 11/26/2024 | E-mail | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | Confidential email scheduling meeting for witness prep session | OKLA_PX_PRIV_000807 | OKLA_PX_PRIV_000807 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 63 | 11/27/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email confirming receipt of served subpoena | OKLA_PX_PRIV _000808 | OKLA_PX_PRIV_ 000809 |
| 64 | 11/27/2024 | E-mail with attachment | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email requesting information about service of defendant subpoena | OKLA_PX_PRIV _000810 | OKLA_PX_PRIV_ 000813 |
| 65 | 11/27/2024 | E-mail with attachment | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | Confidential email sharing served subpoena | OKLA_PX_PRIV _000814 | OKLA_PX_PRIV_ 000817 |

| 66 | 11/27/2024 | E-mail with attachments | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communicaiton | Confidential email communication sharing filings | OKLA_PX_PRIV_000818 | OKLA_PX_PRIV_000831 |
|---|---|---|---|---|---|---|---|---|---|
| 67 | 11/27/2024 | E-mail with attachment | Teena Gunter <teena.gunter@ag.ok.gov> | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | Confidential email sharing served subpoena | OKLA_PX_PRIV_000832 | OKLA_PX_PRIV_000833 |
| 68 | 11/26/2024 | E-mail | Lynette Jordan <lynette.jordan@ag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov>, Jennifer Lewis <jennifer.lewis@oag.ok.gov> | | Attorney Client Communication | Confidential email communication scheduling meeting for witness prep session | OKLA_PX_PRIV_000834 | OKLA_PX_PRIV_000836 |

| 69 | 11/25/2024 | E-mail | Jennifer Lewis <jennifer.lewis@oag.ok.gov> | Teena Gunter <teena.gunter@ag.ok.gov> | | Attorney Client Communication | Confidential email communication sharing filings | OKLA_PX_PRIV_000837 | OKLA_PX_PRIV_000861 |