IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 05-cv-329-GKF-SH |
| | ) | |
| TYSON FOODS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### THE STATE OF OKLAHOMA'S OBJECTIONS TO THE ADMISSIBILITY OF DOCUMENTS LISTED IN DEFENDANTS' SECOND UPDATED JOINT EXHIBIT LIST

The State of Oklahoma ("the State") respectfully submits the following objections to the Admissibility of Defendants' Second Updated Joint Exhibit List (attached hereto as Ex. 1) and the separate disclosure of exhibits and demonstratives for the testimony of John P. Connolly that were untimely served on the State on December 4, 2024. The State reserves the right to amend or supplement their objections to these documents.

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0001 | Cobb-Vantress Inc.'s Second Supplemental and Fourth Amended Response to Plaintiffs' First Set of Interrogatories | Hearsay |
| DJX2-0002 | Tysons Chicken, Inc.'s Second Supplemental and Fourth Amended Response to Plaintiffs' First Set of Interrogatories | Hearsay |
| DJX2-0003 | Tyson Food Inc.'s Second Supplemental and Fourth Amended Response to Plaintiffs' First Set of Interrogatories | Hearsay |
| DJX2-0004 | Tyson Poultry Inc.'s Second Supplemental and Fourth Amended Response to Plaintiffs' First Set of Interrogatories | Hearsay |
| DJX2-0005 | Appendix A - Examples of STP Reports with STP > 65 (CLEAN) | |
| DJX2-0006 | Cobb-Vantress Inc.'s Second Supplemental and Fourth Amended Response to Plaintiffs' First Set of Interrogatories (Strikethroughs) | Hearsay |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0007 | Tysons Chicken, Inc.'s Second Supplemental and Fourth Amended Response to Plaintiffs' First Set of Interrogatories (Strikethroughs) | Hearsay |
| DJX2-0008 | Tyson Food Inc.'s Second Supplemental and Fourth Amended Response to Plaintiffs' First Set of Interrogatories (Strikethroughs) | Hearsay |
| DJX2-0009 | Tyson Poultry Inc.'s Second Supplemental and Fourth Amended Response to Plaintiffs' First Set of Interrogatories (Strikethroughs) | Hearsay |
| DJX2-0010 | Appendix A - Examples of STP Reports with STP > 65 (with Strikethroughs) | Hearsay/foundation/marginalia/relevance |
| DJX2-0011 | 24-10-9 WTS ANRD Upper Illinois WMP | Foundation |
| DJX2-0012 | AG Letter - John Tucker | Relevance |
| DJX2-0013 | Arkansas Illinois River WMP Final 2012 | Foundation |
| DJX2-0014 | BMPs - IRW Litter Exports Calendar Year 2022 | Foundation/hearsay/improper 1006 exhibit |
| DJX2-0015 | BMPs - IRW Litter Exports January through September 2024 | Foundation/hearsay/improper 1006 exhibit |
| DJX2-0016 | BMPs AR Aging Summary (10/11/2024) | Foundation/hearsay/improper 1006 exhibit |
| DJX2-0017 | BMPs Balance Sheet (9/30/2024) | Foundation/hearsay/improper 1006 exhibit |
| DJX2-0018 | BMPs Report - Annual Litter Exports IRW 2005-2023 | Foundation/hearsay/improper 1006 exhibit |
| DJX2-0019 | Cargill - Letter to General Gentner Drummond | Relevance |
| DJX2-0020 | Expert Report Illinois River Watershed Water Quality and Source Assessment prepared by J. Connolly (Quantitative Environmental Analysis) for Illinois River Watershed Joint Defense Group - Final 2009 report | Hearsay/relevance/undisclosed expert opinions/ foundation |
| DJX2-0021 | Connolly Expert Report (Errata) | Hearsay/relevance/undisclosed expert opinions/ foundation |
| DJX2-0022 | Damages - Assessment - Connolly | Hearsay/relevance/undisclosed expert opinions/foundation |
| DJX2-0023 | T. King, Identification & Evaluation of Viable Remediation Alternatives to Address Injuries to Land Disposal of Poultry Waste Within the Illinois River Watershed (5/15/2008) ("King Final Report") | Relevance |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0024 | IRW Litigation - BMP Litter Exports (2010¬2022) | Foundation/hearsay/improper 1006 exhibit |
| DJX2-0025 | IRW Litigation - Plaintiffs Trial Ex 2535 (2003-2006 Exports Including BMPs Inc Haulers) | Relevance |
| DJX2-0026 | OCC Poultry Litter Report 2001 | Relevance to the extent this information is pre-2010 |
| DJX2-0027 | OCC Poultry Litter Report 2002 | Relevance to the extent this information is pre-2010 |
| DJX2-0028 | OCC Poultry Litter Report 2003 | Relevance to the extent this information is pre-2010 |
| DJX2-0029 | OCC Poultry Litter Report 2004 | Relevance to the extent this information is pre-2010 |
| DJX2-0030 | OCC Poultry Litter Report 2005 | Relevance to the extent this information is pre-2010 |
| DJX2-0031 | OCC Poultry Litter Report 2006 | Relevance to the extent this information is pre-2010 |
| DJX2-0032 | OCC Poultry Litter Report 2007 | Relevance to the extent this information is pre-2010 |
| DJX2-0033 | OCC Poultry Litter Report 2008 | Relevance to the extent this information is pre-2010 |
| DJX2-0034 | OCC Poultry Litter Report 2009 | Relevance to the extent this information is pre-2010 |
| DJX2-0035 | OCC Poultry Litter Report 2010 | |
| DJX2-0036 | OCC Poultry Litter Report 2011 | |
| DJX2-0037 | OCC Poultry Litter Report 2012 | |
| DJX2-0038 | OCC Poultry Litter Report 2013 | |
| DJX2-0039 | OCC Poultry Litter Report 2014 | |
| DJX2-0040 | ODAFF Poultry Litter Report 2017-2018 | Foundation |
| DJX2-0041 | J. Payne, Oklahoma State Univ., Poultry Litter Nutrient Management A Guide For Producers And Applicators (E-1027) | Hearsay, foundation |
| DJX2-0042 | Declaration of T. J. Sullivan (2/7/2008) | Hearsay/relevance/undisclosed expert opinions/foundation |
| DJX2-0043 | Expert Report of T. J. Sullivan (1/29/2009) | Hearsay/relevance/undisclosed expert opinions/foundation |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0044 | Agricultural Environmental Management – ODAFF | This is a website homepage with multiple links to a wide variety of other sites, and as such, it is impossible for the State to know what Defendants are seeking to admit.  The State reserves all rights to object once Defendants identify what portion or portions of this website Defendants seek to use. |
| DJX2-0045 | Nutrient Management Planning - Arkansas Department of Agriculture | This is a website homepage with multiple links to a wide variety of other sites, and as such, it is impossible for the State to know what Defendants are seeking to admit.  The State reserves all rights to object once Defendants identify what portion or portions of this website Defendants seek to use. |
| DJX2-0046 | Nutrient Management Program - Arkansas Department of Agriculture | This is a website homepage with multiple links to a wide variety of other sites, and as such, it is impossible for the State to know what Defendants are seeking to admit.  The State reserves all rights to object once Defendants identify what portion or portions of this website Defendants seek to use. |
| DJX2-0047 | Nutrient Management Training - Arkansas Department of Agriculture | This is a website homepage with multiple links to a wide variety of other sites, and as such, it is impossible for the State to know what Defendants are seeking to admit.  The State reserves all rights to object once Defendants identify what portion or portions of this website Defendants seek to use. |
| DJX2-0048 | Poultry Waste Management Education - Oklahoma State University | This is a website homepage with multiple links to a wide variety of other sites, and as such, it is impossible for the State to know |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| | | what Defendants are seeking to admit.  The State reserves all rights to object once Defendants identify what portion or portions of this website Defendants seek to use. |
| DJX2-0049 | Poultry Waste Management Publications - Oklahoma State University | This is a website homepage with multiple links to a wide variety of other sites, and as such, it is impossible for the State to know what Defendants are seeking to admit.  The State reserves all rights to object once Defendants identify what portion or portions of this website Defendants seek to use.<br><br>Foundation/Hearsay to the extent Defendants intend to move literature/publications into evidence. |
| DJX2-0050 | 2014 Arkansas Natural Resources Commission, Final Report on County Registration | Foundation, improper 1006 exhibit |
| DJX2-0051 | 2015 Arkansas Natural Resources Commission, Final Report on County Registration | Foundation, improper 1006 exhibit |
| DJX2-0052 | 2016 Arkansas Natural Resources Commission, Final Report on County Registration | Foundation, improper 1006 exhibit |
| DJX2-0053 | 2017 Arkansas Natural Resources Commission, Final Report on County Registration | Foundation, improper 1006 exhibit |
| DJX2-0054 | 2018 Arkansas Natural Resources Commission, Final Report on County Registration | Foundation, improper 1006 exhibit |
| DJX2-0055 | Spreadsheet, Annual Poultry Litter Applied for Benton and Washington Counties | Foundation, improper 1006 exhibit, hearsay |
| DJX2-0056 | Spreadsheet, Benton and Washington Co. TRW 2014-2019 | Foundation, improper 1006 exhibit, hearsay |
| DJX2-0057 | Spreadsheet, Benton County TRW Tnfo 14-19 | Foundation, improper 1006 exhibit, hearsay |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| | | |
| DJX2-0058 | Spreadsheet, Copy of TRW 12 Digit HUCs | Foundation, improper 1006 exhibit, hearsay |
| DJX2-0059 | Spreadsheet, Crawford Co. TRW Tnfo 14-19 | Foundation, improper 1006 exhibit, hearsay |
| DJX2-0060 | Spreadsheet, TRW Benton and Washington County 2019 PFO | Foundation, improper 1006 exhibit, hearsay |
| DJX2-0061 | Spreadsheet, Washington Co. TRW info 14¬19 | Foundation, improper 1006 exhibit, hearsay |
| DJX2-0062 | S. Chandler PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0063 | K. Glenn PFO - George's Tnc. | Relevance – pre-2010 |
| DJX2-0064 | R. Longshore PFO - Simmons Foods | Relevance – pre-2010 |
| DJX2-0065 | J. & C. Parker PFO - Cobb-Vantress | Relevance – pre-2010 |
| DJX2-0066 | R. & S. Reed PFO - George's Tnc. | Relevance – pre-2010 |
| DJX2-0067 | R. Ritchie PFO - Simmons Foods | Relevance – pre-2010 |
| DJX2-0068 | E. Ross PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0069 | R. Schwabe PFO - Cargill | Relevance – pre-2010 |
| DJX2-0070 | R. Teague PFO - Cobb-Vantress | Relevance – pre-2010 |
| DJX2-0071 | M. Vue PFO - Cobb-Vantress | Relevance – pre-2010. |
| DJX2-0072 | C. Williams PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0073 | S. Adair PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0074 | C. & H. Alewine PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0075 | V. Bailey PFO - Simmons Foods | Relevance – pre-2010 |
| DJX2-0076 | S. Chandler PFO - Tyson Foods | Relevance – pre-2010 |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0077 | R. Collins PFO - Simmons Foods | Relevance – pre-2010 |
| DJX2-0078 | J. Doyle PFO - Simmons Foods | Relevance – pre-2010 |
| DJX2-0079 | J. Enneking PFO - Simmons Foods | Relevance – pre-2010 |
| DJX2-0080 | K. Glenn PFO - George's Inc. | Relevance – pre-2010 |
| DJX2-0081 | L. Hampton PFO - Cal-Maine Foods | Relevance – pre-2010 |
| DJX2-0082 | K. Ketkeo PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0083 | K. Ketkeo PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0084 | D. Lee PFO - Simmons Foods | Relevance – pre-2010 |
| DJX2-0085 | B. Littlejohn PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0086 | B. Longshore PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0087 | B. Longshore PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0088 | R. Longshore PFO - Simmons Foods | Relevance – pre-2010 |
| DJX2-0089 | R. Longshore PFO - Simmons Foods | Relevance – pre-2010 |
| DJX2-0090 | L. McGarrah PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0091 | D. Morris PFO - Cal-Maine Foods | Relevance – pre-2010 |
| DJX2-0092 | X. Moua & Y. Yang PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0093 | X. Moua & Y. Yang PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0094 | D. Mullin PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0095 | E. & J. Noblin PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0096 | E. & J. Noblin PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0097 | B. Nubbie PFO - Tyson Foods | Relevance – pre-2010 |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0098 | J. Parker PFO - Cobb-Vantress | Relevance – pre-2010 |
| DJX2-0099 | J. Parker PFO - Cobb-Vantress | Relevance – pre-2010 |
| DJX2-0100 | L. Patterson PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0101 | J. Reed PFO - Simmons Foods | Relevance – pre-2010 |
| DJX2-0102 | R. Reed PFO - George's Inc. | Relevance – pre-2010 |
| DJX2-0103 | R. Ritchie PFO - Simmons Foods | Relevance – pre-2010 |
| DJX2-0104 | E. Ross PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0105 | E. Ross PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0106 | R. Schwabe PFO - Cargill | Relevance – pre-2010 |
| DJX2-0107 | R. Schwabe PFO - Cargill | Relevance – pre-2010 |
| DJX2-0108 | B. Snyder PFO - Simmons Foods | Relevance – pre-2010 |
| DJX2-0109 | O. Swepston PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0110 | R. Teague PFO - Cobb-Vantress | Relevance – pre-2010 |
| DJX2-0111 | B. Tomlinson PFO - Cal-Maine Foods | Relevance – pre-2010 |
| DJX2-0112 | R. Vaughn PFO - Cobb-Vantress | Relevance – pre-2010 |
| DJX2-0113 | K. Voss PFO - Simmons Foods | Relevance – pre-2010 |
| DJX2-0114 | M. Vue PFO - Cobb-Vantress | Relevance – pre-2010 |
| DJX2-0115 | C. Williams PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0116 | C. Williams PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0117 | L. Hampton PFO - Cal-Maine | Relevance – pre-2010 |
| DJX2-0118 | C. Masters PFO - Cargill | Relevance – pre-2010 |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0119 | B. Schwabe STP Report | Relevance – pre-2010, object to the extent the exhibit is illegible. |
| DJX2-0120 | H. Knight PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0121 | D. Mullin PFO - Tyson Foods | Relevance – pre-2010 |
| DJX2-0122 | J. Reed PFO - Simmons Foods | Relevance – pre-2010 |
| DJX2-0123 | R. Reed PFO - George's Inc. | Relevance – pre-2010 |
| DJX2-0124 | R. Teague PFO - Cobb-Vantress | Relevance – pre-2010 |
| DJX2-0125 | H. Alewine - OSU STP Report | Relevance – pre-2010 |
| DJX2-0126 | S. Chandler - OSU STP Report | Relevance – pre-2010 |
| DJX2-0127 | L. McGarrah - OSU STP Report | Relevance – pre-2010 |
| DJX2-0128 | B. Nubbie - OSU STP Report | Relevance – pre-2010 |
| DJX2-0129 | Arkansas Department of Agriculture Natural Resources Division Commissioner's Report (9/26/2024) | Foundation, objection to the extent this exhibit is only one section in the report and is incomplete |
| DJX2-0130 | ansas Department of Agriculture, Upper Illinois River Watershed Management Plan (10/2024) | Foundation |
| DJX2-0131 | Letter from B. Arthur, OK Secretary of Agriculture, to Hon. Judge G. Frizzell (9/5/2024) | Hearsay/relevance |
| DJX2-0132 | Letter from W. Ward, AR Secretary of Agriculture, to Hon. Judge G. Frizzell (10/25/2024) | Hearsay/relevance |
| DJX2-0133 | Watershed-Based Management Plan for the Upper Illinois River Watershed, Northwest Arkansas (7/17/2012) | Foundation |
| DJX2-0134 | Arkansas River Basin Compact Arkansas-Oklahoma, 1970, A.C.A. § 15-23-401 | |
| DJX2-0135 | J. Seiger, ODAFF Summary Report on the Oklahoma Poultry Waste Movement (4/19/2019) | Foundation |
| DJX2-0136 | J. Seiger, ODAFF Summary Report on the Oklahoma Poultry Waste Movement (2/24/2017) | Foundation |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0137 | OAG News, Press Release, Drummond Lauds U.S. Supreme Court Decision to Consider Suit Over Biden Administration Rejection of Oklahoma's "Good Neighbor" Plan (10/21/2024) | Relevance/hearsay/foundation |
| DJX2-0138 | S. Herron, University of Arkansas, Poultry Litter Management in the Illinois River Watershed of Arkansas & Oklahoma (FSA9535) | Relevance/hearsay/foundation |
| DJX2-0139 | C. Penn, Oklahoma State University, An Alternative Poultry Litter Storage Technique for Improved Handling Transport and Application: The "Mass Reduction System" (PSS-2268) (2017) | Hearsay/foundation |
| DJX2-0140 | Oklahoma State University Extension, Oklahoma Litter Market, Sellers and Service Providers (Summer 2022) | Hearsay/foundation |
| DJX2-0141 | Second Statement of Joint Principles and Actions, Phosphorus in OK and AR | Marginalia/foundation, hearsay |
| DJX2-0142 | P. Tomlinson, Tomlinson Proposal for 2014¬2015 Kansas Fertilizer Research Fund | Hearsay/foundation/relevance |
| DJX2-0143 | Oklahoma Extension: What is an NMP?, Oklahoma Extension Waste Management, Youtube Video, https://www.youtube.com/watch?v=SzF7MByuKvM | Hearsay/foundation |
| DJX2-0144 | A. Oladeinde, Litter Commensal Bacteria Can Limit the Horizontal Gene Transfer of Antimicrobial Resistance to Salmonella in Chickens, 88 Applied and Environmental Microbiology (2022) | Hearsay/foundation |
| DJX2-0145 | J. Isaacs, Manure Manager, Poultry litter: How old is too Old? (10/18/2021) | Hearsay/foundation |
| DJX2-0146 | University of Georgia, Poultry Environmental Quality Handbook, Recycling of Poultry Litter | Hearsay/foundation |
| DJX2-0147 | J. Smith, The Case for Built Up Litter in US Boiler Complexes, The Poultry Site (5/9/2017) | Hearsay/foundation |
| DJX2-0148 | K. Thornton, Reservoir Limnology: Ecological Perspectives (1990) | Hearsay/foundation |
| DJX2-0149 | D. Di Toro, Chesapeake Bay Sediment Flux Model (1993) | Hearsay/foundation |

| Exhibit Number | Description | Objections (If Any) |
| --- | --- | --- |
| DJX2-0150 | D. Nash, Effective Sediment-Transporting Discharge from Magnitude-Frequency Analysis, 102 J. Geo. 79 (1994) | Hearsay/foundation |
| DJX2-0151 | C. Ziegler, Modeling Sediment Transport Dynamics in Thompson Island Pool, Upper Hudson River, 1 Water Quality & Ecosystem Modeling 193 (2000) | Hearsay/foundation |
| DJX2-0152 | M. Vernon Carle, Patterns of Watershed Urbanization and Impacts on Water Quality, 41 J. Am. Water Res. Ass'n 693 (2005) | Hearsay/foundation |
| DJX2-0153 | J. Withers, Delivery and cycling of phosphorus in rivers: A review. Science of the Total Environment 400, 379–395 (2008) | Hearsay/foundation |
| DJX2-0154 | Watershed Based Plan for the Illinois River, Oklahoma Conservation Commission Water Quality Division (2010) | |
| DJX2-0155 | J.T. Scott, Change Point Analysis of Phosphorus Trends in the Illinois River (Oklahoma) Demonstrates the Effects of Watershed Management, 40 Journal of Environmental Quality 1249–1256 (2011) | Hearsay/foundation |
| DJX2-0156 | K. Cappiella et al., Strategies for Managing the Effects of Urban Development on Streams, National Water-Quality Assessment Program, U.S. Department of the Interior, U.S. Geological Survey Circular 1378 (2012) | Hearsay/foundation |
| DJX2-0157 | H. Jarvie et al., Within-River Phosphorus Retention: Accounting for a Missing Piece in the Watershed Phosphorus Puzzle, Environmental Science & Technology (2012) | Hearsay/foundation |
| DJX2-0158 | H. Jarvie et al., Supporting Information, Within-River Phosphorus Retention: Accounting for a Missing Piece in the Watershed Phosphorus Puzzle, Environmental Science & Technology (2012) | Hearsay/foundation |
| DJX2-0159 | R. Olsen, Water Quality Sample Collection, Data Treatment and Results Presentation for Principal Components Analysis - Literature Review and Illinois River Watershed Case Study, 46 Water Research 3110-3122 (2012) | Hearsay/foundation/relevance |
| DJX2-0160 | Second Statement of Joint Principles and Actions (2/20/2013) | Foundation/hearsay |
| DJX2-0161 | Baylor University, Sponsored Programs Agreement (5/9/2014) | Foundation/hearsay |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0162 | Appendix to King Final Report, Scenic Rivers Joint Phosphorus Study Data Portfolio (12/19/2016) | Relevance/foundation |
| DJX2-0163 | The Water Research Foundation, Tertiary Phosphorus Removal (2019) | Hearsay/foundation |
| DJX2-0164 | Illinois River Watershed Partnership, Streambank Erosion in the Illinois River Watershed (2020) | Foundation/hearsay |
| DJX2-0165 | Illinois River and Tributaries: Streambank Erosion Sites and Analysis 2020 Report, Prepared by Natural State Streams LLC for The Illinois River Watershed Partnership (2021) | Foundation/hearsay |
| DJX2-0166 | B.E. Haggard et al., Defining Critical or Hydrologic Conditions as Sampled During the Joint Study, Final Report Submitted to the Northwest Arkansas Regional Planning Commission (1/15/2021) | Foundation/hearsay |
| DJX2-0167 | E. Grantz, Arkansas Water Resource Center, Constituent Loads and Trends in the Upper Illinois River Watershed: A Nonpoint Source Management Program Priority Watershed (2023) | Foundation/hearsay |
| DJX2-0168 | Flow Data Files (Excel files) | Foundation/hearsay |
| DJX2-0169 | HYSEP Data Files (Excel files) | Foundation/hearsay |
| DJX2-0170 | Water Quality Data Files (Excel files) | Foundation/hearsay |
| DJX2-0171 | WWTP Data Files (Excel Files) | Foundation/hearsay |
| DJX2-0172 | Oklahoma Conservation Commission 2022 Litter Transfer Rules | |
| DJX2-0173 | Oklahoma State University Extension Poultry Waste Management Education Fall 2024 Course Schedule | Relevance |
| DJX2-0174 | C. Exley et al., A Mechanism for Acute Aluminum Toxicity in Fish, 151 J. Theory. Biol. 417-428 (1991) | Hearsay/foundation/relevance |
| DJX2-0175 | 2021 Population Estimates for Bentonville, Fayetteville, Rogers, and Springdale AR | Foundation/hearsay |
| DJX2-0176 | W. Coblentz et al., Using Bermudagrass Forage Systems to Mine Phosphorus from | Hearsay/foundation/relevance |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| | High Soil-Test Phosphorus Soils, University of Arkansas | |
| DJX2-0177 | S. Harrison et al., The Value of Poultry Litter to Farmers on Delmarva, Virginia Polytechnic Institute (2023) | Hearsay/foundation/relevance |
| DJX2-0178 | R. Kadlec. Large Constructed Wetlands for Phosphorus Control, Water (2016) | Hearsay/foundation/relevance |
| DJX2-0179 | M. Land et al., How Effective are Created or Restored Freshwater Wetlands for Nitrogen and Phosphorus Removal, Environmental Evidence (2016) | Hearsay/foundation/relevance |
| DJX2-0180 | D. Miles et al., Atmospheric Ammonia is Detrimental to the Performance of Modern Commercial Broilers, 83 Poultry Science 1650 (2004) | Hearsay/foundation/relevance |
| DJX2-0181 | P.A. Moore et al., Reducing Phosphorus Runoff and Improving Poultry Production with Alum, Poultry Science (1999) | Hearsay/foundation/relevance |
| DJX2-0182 | P. Moore, Treating Poultry Litter with Aluminum Sulfate (Alum), USDA (2005) | Hearsay/foundation/relevance |
| DJX2-0183 | P. Moore, Long-Term Effects of Poultry Litter, Alum-Treated Litter, and Ammonium Nitrate on Phosphorus Availability in Soils, Journal of Environmental Quality (2007) | Hearsay/foundation/relevance |
| DJX2-0184 | M. Nelson et al., Illinois River Phosphorus Sampling Results, Arkansas Water Resources Center (2002) | Hearsay/foundation/relevance |
| DJX2-0185 | Spreadsheet, NLCD NWI Wetlands (2008) | Hearsay/foundation/relevance |
| DJX2-0186 | NLCD Urban Change Calculation | Hearsay/foundation/relevance |
| DJX2-0187 | Penn & Zhang, Alum-Treated Poultry Litter as a Fertilizer Source, OSU | Hearsay/foundation/relevance |
| DJX2-0188 | Playle & Wood, Water pH and Aluminum Chemistry in the Gil Micro-Environment of Rainbow Trout During Acid Aluminum Exposures, Journal of Comparative Physiology B (1989) | Hearsay/foundation/relevance |
| DJX2-0189 | M. Riza et al., Control of Eutrophication in Aquatic Ecosystems by Sustainable Dredging, Case Studies in Chemical and Environmental Engineering (2023) | Hearsay/foundation/relevance |
| DJX2-0190 | A.N. Sharpley et al., Managing Natural Process in Drainage Ditches for Nonpoint | Hearsay/foundation/relevance |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| | Source Phosphorus Control, Journal of Soil and Water Conservation (2007) | |
| DJX2-0191 | O. Tammeorg, Internal phosphorus loading due to sediment anoxia in shallow areas: implications for lake aeration treatments, 82 Aquatic Sciences (2020) | Hearsay/foundation/relevance |
| DJX2-0192 | Wetlands P Removal Area | Hearsay/foundation/relevance |
| DJX2-0193 | R. Wilson, Swimming Performance, Whole Body Ions, And Gill Al Accumulation During Acclimation to Sublethal Aluminium in Juvenile Rainbow Trout, 10 Fish Physiology and Biochemistry 149-159 (1992) | Hearsay/foundation/relevance |
| DJX2-0194 | PFO Data | Foundation, further objection to the extent the files are not readable |
| DJX2-0195 | Washington County Report (10/31/2024) | Foundation |
| DJX2-0196 | Arkansas-Oklahoma Arkansas River Compact Commission Environmental Committee Report (9/28/2023) | |
| DJX2-0197 | M. Wilson, University of Arkansas, An Overview of Regulations for Nutrient Management on Livestock Farms in Arkansas (FSA9523) | Hearsay/foundation/relevance |
| DJX2-0198 | J. Payne, et al., Oklahoma State University, Poultry Litter Nutrient Management: A Guide for Producers and Applicators (E¬1027) | Hearsay/foundation/relevance |
| DJX2-0199 | Arkansas Department of Agriculture, Upper Illinois River Watershed Management Plan (10/2024) | Foundation/hearsay |
| DJX2-0200 | Economics of Transporting Poultry Manure and Litter, Poultry Environmental Quality Handbook | Hearsay/foundation/relevance |
| DJX2-0201 | Illinois River Watershed Partnership, Our Mission (11/17/ 2024) | This is a website homepage with multiple links to a wide variety of other sites, and as such, it is impossible for the State to know what Defendants are seeking to admit.  The State reserves all rights to object once Defendants identify what portion or portions of this website Defendants seek to use. |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| | | Further object as hearsay. |
| DJX2-0202 | North American Lake Management Society, Flood & Drought, Fire & Ice Managing Lakes Under Changing Climates (11/5¬8/2024) | This is a website homepage with multiple links to a wide variety of other sites, and as such, it is impossible for the State to know what Defendants are seeking to admit. The State reserves all rights to object once Defendants identify what portion or portions of this website Defendants seek to use.<br><br>Further object as hearsay. |
| DJX2-0203 | T. Tabler & J. Wells, Poultry Litter Management, The Poultry Site (11/17/2012) | This is a website homepage with multiple links to a wide variety of other sites, and as such, it is impossible for the State to know what Defendants are seeking to admit. The State reserves all rights to object once Defendants identify what portion or portions of this website Defendants seek to use.<br><br>Further object as hearsay. |
| DJX2-0204 | Field & Stream Magazine | This is a website homepage with multiple links to a wide variety of other sites, and as such, it is impossible for the State to know what Defendants are seeking to admit. The State reserves all rights to object once Defendants identify what portion or portions of this website Defendants seek to use.<br><br>Further object on hearsay and foundation grounds. |
| DJX2-0205 | BMP's Success ~ The Litter Link ~ A Virtual Poultry Litter Bank - BMP's Success | This is a website homepage with multiple links to a wide variety of other sites, and as such, it is impossible for the State to know what Defendants are seeking to admit. The State reserves all |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| | | rights to object once Defendants identify what portion or portions of this website Defendants seek to use.<br><br>Further object on hearsay and foundation grounds. |
| DJX2-0206 | The Litter Link ~ A Virtual Poultry Litter Bank - Homepage | This is a website homepage with multiple links to a wide variety of other sites, and as such, it is impossible for the State to know what Defendants are seeking to admit.  The State reserves all rights to object once Defendants identify what portion or portions of this website Defendants seek to use.<br><br>Further object on hearsay and foundation grounds. |
| DJX2-0207 | 2023 Arkansas Natural Resources Commission, Summary Registration | Foundation, hearsay, improper 1006 exhibit |
| DJX2-0208 | 2022 Arkansas Natural Resources Commission, Registration Summary | Foundation, hearsay, improper 1006 exhibit |
| DJX2-0209 | 2020 Arkansas Natural Resources Commission, Final Report on County Registration | Foundation, hearsay, improper 1006 exhibit |
| DJX2-0210 | Aerials Data Files | Foundation, hearsay, object to the extent the files are unreadable.<br><br>The State reserves all rights to object once Defendants seek to introduce these data files at trial. |
| DJX2-0211 | Landuse Data Files | Foundation, hearsay, object to the extent the files are unreadable.<br><br>The State reserves all rights to object once Defendants seek to introduce these data files at trial. |
| DJX2-0212 | FY18 Poultry Registration Transfer Records NSA | Foundation/hearsay/improper 1006 exhibit |
| DJX2-0212-A | FY18 Poultry Registration Transfer Records NSA - In and Out of IRW | Untimely filed exhibit under Court's scheduling order. |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
|  |  | Foundation/hearsay/improper 1006 exhibit |
| DJX2-0212-B | Summary of DJX2-0212A | Foundation/hearsay/improper 1006 exhibit |
| DJX2-0213 | FY19 Poultry Registration Transfer Records NSA | Foundation/hearsay/improper 1006 exhibit |
| DJX2-0213-A | FY19 Poultry Registration Transfer Records NSA – In and Out of IRW | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/improper 1006 exhibit |
| DJX2-0214 | FY20 Poultry Registration Transfer Records NSA | Foundation/hearsay/improper 1006 exhibit |
| DJX2-0214-A | FY20 Poultry Registration Transfer Records NSA – In and Out of IRW | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/improper 1006 exhibit |
| DJX2-0215 | FY21 Poultry Registration Transfer Records NSA | Foundation/hearsay/improper 1006 exhibit |
| DJX2-0215-A | FY21 Poultry Registration Transfer Records NSA – In and Out of IRW | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/improper 1006 exhibit |
| DJX2-0216 | FY22 Poultry Registration Transfer Records NSA | Foundation/hearsay/improper 1006 exhibit |
| DJX2-0217 | Expert Report of John P. Connolly (11/2024) | Hearsay/foundation/relevance |
| DJX2-0217-A | John P. Connolly Curriculum Vitae | Untimely filed exhibit under Court's scheduling order. |
| DJX2-0217-B | John P. Connolly Report Tables | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/completeness to the extent the source of any data is listed in the report and not with the tables |
| DJX2-0217-C | John P. Connolly Report Figures and Appendix | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/improper group exhibit/completeness to the extent the source of any data is listed in the report and not with the tables/tables/figures/charts. |
| DJX2-0218 | All figures, charts, and exhibits included in the Expert Report of John P. Connolly (11/2024) | Hearsay/foundation/relevance/ improper group exhibit |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0219 | Expert Report of Todd McDonnell & Timothy Sullivan (11/2024) | Hearsay/foundation/relevance |
| DJX2-0220 | All figures, charts, and exhibits included in the Expert Report of Dr. Todd McDonnell & Dr. Timothy Sullivan (11/2024) | Hearsay/foundation/improper group exhibit |
| DJX2-0221 | Expert Report of Dimitrios Vlassopoulos (11/2024) | Hearsay/foundation/relevance |
| DJX2-0222 | All figures, charts, and exhibits included in the Expert Report of Dimitrios Vlassopoulos (11/2024) | Hearsay/foundation/relevance/ improper group exhibit |
| DJX2-0223 | Current Status of Growers Identified in Cargill Turkey Production's Response to the State's First Interrogatory (11/15/2024) | Foundation/hearsay/relevance |
| DJX2-0224 | Cargill Turkey Production Contract with MBK Farm (12/18/2023) | Foundation/hearsay/relevance |
| DJX2-0225 | Cargill Turkey Production Contract with KD Farms (9/29/2017) | Foundation/hearsay/relevance |
| DJX2-0226 | Cargill Turkey Production Contract with Yellowstone South LLC (1/4/2021) | Foundation/hearsay/relevance |
| DJX2-0227 | Cargill Turkey Production Contract with Yellowstone Turkey dba West Farm (1/2/2024) | Foundation/hearsay/relevance |
| DJX2-0228 | Keith and Jerri Mitchell Nutrient Management Plan expiring 2029 (5/23/2023) | Foundation/hearsay |
| DJX2-0229 | Keith and Jerri Mitchell Nutrient Management Plan issued in 2007 (2/22/2007) | Foundation/hearsay/relevance |
| DJX2-0230 | KD Farms Nutrient Management Plan expiring 2027 (4/25/2023) | Foundation/hearsay/relevance |
| DJX2-0231 | Expert Report of Nigel Pickering (11/2024) | Hearsay/foundation |
| DJX2-0232 | All figures, charts, and exhibits included in the Expert Report of Nigel Pickering (11/2024) | Hearsay/foundation/improper group exhibit |
| DJX2-0233 | Defendants reserve the right to utilize any exhibit identified on any party's exhibit list produced for the upcoming trial or the September 2009 trial. | |
| DJX2-0234 | George's 05/22/06 Discovery Responses - Redlined | Hearsay/relevance |
| DJX2-0235 | Appendix A to OKAG Proposed FFCL - Redlined | Foundation/relevance/hearsay |
| DJX2-0236 | Last two years of broiler placements on Kenneth Glenn farm (11/14/2024) | Foundation/hearsay |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0237 | Last two years of broiler placements on Ricky Reed farm (11/14/2024) | Foundation/hearsay |
| DJX2-0238 | Last eggs received from Ritter Farm / Elm Farm houses 1, 3 & 4 (11/14/2024) | Foundation/hearsay |
| DJX2-0239 | Last eggs received from Ritter Farm / Elm Farm house 2 (11/14/2024) | Foundation/hearsay |
| DJX2-0240 | Washington County, AR Assessor Report on Ritter Farm Parcel: 830-38017-100 | Foundation/hearsay |
| DJX2-0241 | Washington County, AR Assessor Report on Ritter Farm Parcel: 830-38008-000 | Foundation/hearsay |
| DJX2-0242 | Washington County, AR Assessor Report on Ritter Farm Parcel: 750-00776-000 | Foundation/hearsay |
| DJX2-0243 | Washington County, AR Assessor Report on Ritter Farm Parcel: 750-00768-000 | Foundation/hearsay |
| DJX2-0244 | ActDataScout property map locations for all four parcels for Ritter Farm | Foundation/hearsay |
| DJX2-0245 | Last two years of broiler placements on Morrison North Farm (11/14/2024) | Foundation/hearsay |
| DJX2-0246 | Last two years of broiler placements on Morrison South Farm (11/14/2024) | Foundation/hearsay |
| DJX2-0247 | Washington County, AR Assessor Report on Morrison Farm Parcel: 815-33682--900 | Foundation/hearsay |
| DJX2-0248 | Plat Application for former Morrison Farm | Foundation/hearsay |
| DJX2-0249 | Springdale City Planning Commission Agenda on Elmdale Valley Estates - former Morrison Farm | Foundation/hearsay |
| DJX2-0250 | Simmons Food, Inc. Table of State Identified Growers: Inactive at or Post-Trial | Foundation/hearsay/relevance |
| DJX2-0251 | Oklahoma Department of Tourism Lake Tenkiller 2024-2025 Brochure | Foundation/hearsay |
| DJX2-0252 | Oklahoma Department of Tourism Green Country 2024-25 Brochure | Foundation/hearsay |
| DJX2-0253 | Travel OK Tenkiller State Park Site download | This is a website homepage with multiple links to a wide variety of other sites, and as such, it is impossible for the State to know what Defendants are seeking to admit.  The State reserves all rights to object once Defendants identify what portion or portions of this website Defendants seek to use. |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| | | Further object on foundation/hearsay grounds |
| DJX2-0254 | Travel OK Tenkiller State Park Dive Park | Foundation/hearsay |
| DJX2-0255 | Letter Austin Bennett to David and Jack Spears | Foundation/hearsay/relevance |
| DJX2-0256 | Purchase Agreement for Zone 2 flotation licenses | Foundation/hearsay/relevance |
| DJX2-0257 | Northwest Arkansas Gazette "This old river is clean." | Hearsay/foundation/relevance |
| DJX2-0258 | Affidavit of Rusty Sikes - Director of Broilers, Small Birds of Simmons Foods, Inc. (11/18/2024) | Hearsay/foundation/relevance |
| DJX2-0259 | 2019 Arkansas Natural Resources Commission, Final Report on County Registration | The State reserves all objections to the extent this exhibit has not been produced by Defendants. |
| DJX2-0260 | 2021 Arkansas Natural Resources Commission, Final Report on County Registration | The State reserves all objections to the extent this exhibit has not been produced by Defendants. |
| DJX2-0261 | Memorandum of Agreement Between Oklahoma and Arkansas (11/14/2018) | Foundation/hearsay/relevance |
| DJX2-0262 | Oklahoma Concentrated Animal Feeding Operations Act, Okla. Stat. tit. 2, § 20.40, et seq. (effective 11/1/2024) | Untimely filed exhibit under Court's scheduling order. Improper exhibit for resolution of factual issues/relevance |
| DJX2-0263 | Oklahoma Registered Poultry Feeding Operations Act, Okla. Stat. tit. 2, § 10-9 (effective 8/29/2024) | Untimely filed exhibit under Court's scheduling order. Improper exhibit for resolution of factual issues/relevance |
| DJX2-0264 | Oklahoma Poultry Waste Applicators Certification Act, Okla. Stat. tit. 2, § 109.16, et seq. (2024) | Untimely filed exhibit under Court's scheduling order. Improper exhibit for resolution of factual issues |
| DJX2-0265 | Oklahoma Conservation Commission, Illinois River Watershed Management Plans Second Stakeholder Meeting Summary (5/18/2023) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0266 | Oklahoma Conservation Commission, Excerpt from the 3rd IRWP Stakeholder Meeting, YouTube (9/7/2023), https://www.youtube.com/watch?v=CsDrOPuIv0g | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |
| DJX2-0267 | Oklahoma Conservation Commission, Voluntary, Non-Regulatory Watershed Management Plan for the Illinois River Watershed, 4th Stakeholder Meeting (6/25–26/2024) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |
| DJX2-0268 | Arkansas Department of Agriculture, Illinois River Watershed Management Plans Third Stakeholder Meeting Summary (8/10/2023) – DRAFT with Comments | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance |
| DJX2-0269 | "Less Than 10% Poultry Waste Hauled Outside IRW" (State's Demonstrative 130 from 2009 Trial) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance to the extent this information is pre-2010/relevance/undisclosed expert opinion/improper 1006 |
| DJX2-0270 | Talking Points on Differences Between Arkansas and Oklahoma SWAT Models for the IRW (with Comments) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/completeness/ undisclosed expert opinion/ relevance |
| DJX2-0271 | S. Phillips, Conservation District Training: 2022 Litter Transfer Program (1/25 & 27/2022) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0272 | Texas A&M Agrilife Research Presentation, Comparison of Inputs and Outputs Between the UIRW and IRB Models with Comments (2/15/2024) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance |
| DJX2-0273 | Email from S. Phillips to L. Kindberg & T. Wentz, "FW: Maybe One of the Most Useful Presentations on Legacy P in Soils I've Ever Seen" (8/22/2024) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |
| DJX2-0274 | U.S. EPA, In-Depth Nonpoint Source Success Story, Cooperative Efforts Build Trust While Reducing Pollution (2020) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |
| DJX2-0275 | Text of Oklahoma Enrolled Senate Bill No. 1424 (5/30/2024) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance Improper exhibit for resolution of factual issues |
| DJX2-0276 | Oklahoma Conservation Commission, Excerpt from the IRWP Stakeholders' Meeting 10/11/22, YouTube (10/26/2022), https://www.youtube.com/watch?v=uxCgbWhbHvM | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/incomplete to the extent this exhibit is an excerpt |
| DJX2-0277 | Oklahoma Conservation Commission, 2nd IRWP Stakeholder Meeting, YouTube (7/24/2023), https://www.youtube.com/watch?v=5Cba4WZ2L_8 | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |
| DJX2-0278 | Okla. Stat. tit. 2, § 10-9.1. Short title–Oklahoma Registered Poultry Feeding Operations Act–Definitions | Untimely filed exhibit under Court's scheduling order. Improper exhibit for resolution of factual issues/relevance |
| DJX2-0279 | Okla. Stat. tit. 2, § 10-9.3. Registration | Untimely filed exhibit under Court's scheduling order. Improper exhibit for resolution of factual issues |

| DJX2-0280 | Okla. Stat. tit. 2, § 10-9.7. Utilization of Best Management Practices–Nutrient Management Plans–Soil Testing– Carcassdisposal Plan | Untimely filed exhibit under Court's scheduling order. Improper exhibit for resolution of factual issues |
|---|---|---|
| DJX2-0281 | Okla. Stat. tit. 2, § 10-9.11. Violations-Criminal and Administrative Penalties-Injunctions | Untimely filed exhibit under Court's scheduling order. Improper exhibit for resolution of factual issues |
| DJX2-0282 | Okla. Stat. tit. 2, § 10-9.17. Applicator's Certificates–Application–Renewal– Violation– Fees | Untimely filed exhibit under Court's scheduling order. Improper exhibit for resolution of factual issues |
| DJX2-0283 | Okla. Stat. tit. 2, § 20-44. Mandatory and Voluntary Licensure–Designation of Operations | Untimely filed exhibit under Court's scheduling order. Improper exhibit for resolution of factual issues |
| DJX2-0284 | Okla. Stat. tit. 2, § 20-40. Short Title– Oklahoma Concentrated Animal Feeding Operations Act–Purpose | Untimely filed exhibit under Court's scheduling order. Improper exhibit for resolution of factual issues |
| DJX2-0285 | Expert Report of Shannon Phillips (11/2024) | Untimely filed exhibit under Court's scheduling order.Foundation/hearsay |
| DJX2-0286 | Comparison showing differences between versions of Okla. Stat. tit. 2, § 10-9.19 (Land Application of Poultry Waste-Tests-Rate-Rules) | Untimely filed exhibit under Court's scheduling order. Improper exhibit for resolution of factual issues |
| DJX2-0287 | Registered Poultry Feeding Operations, Okla. Admin. Code § 35:17-5, et seq. (2024) | Untimely filed exhibit under Court's scheduling order. Improper exhibit for resolution of factual issues/relevance |
| DJX2-0288 | Hunter, Lake Tenkiller 'Clear Water Paradise', CherokeePhoenix.org (6/28/2019) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |
| DJX2-0289 | Statement of Joint Principles and Actions (12/18/2003) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance to the extent this information is pre-2010 |

23

| DJX2-0290 | J. Williams & J.G. Arnold, A System of Hydrologic Models (1993) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay to the extent Defendants intend to move literature/publications into evidence/incomplete to the extent there is no information regarding where or if this information was published/if unpublished, undisclosed opinion/relevance |
| --- | --- | --- |
| DJX2-0291 | Nash, Effective Sediment-Transporting Discharge from Magnitude-Frequency Analysis, 102 J. Geology 79–95 (1994) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay to the extent Defendants intend to move literature/publications into evidence |
| DJX2-0292 | J.G. Arnold, et al., Large Area Hydrologic Modeling and Assessment Part I: Model Development, 34 JAWRA 73 (1998) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay to the extent Defendants intend to move literature/publications into evidence/ relevance |
| DJX2-0293 | S.L. Neitsch, et al., Soil & Water Assessment Tool Theoretical Documentation Version 2009, Texas A&M (2011) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay to the extent Defendants intend to move literature/publications into evidence/relevance |

| DJX2-0294 | J.G. Arnold, et al., SWAT: Model Use, Calibration, and Validation, 55 Transactions of the ASABE 1491–1508 (2012) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay to the extent Defendants intend to move literature/publications into evidence/relevance |
|---|---|---|
| DJX2-0295 | M. Baker Jr., Inc., Final Setup, Calibration, and Validation for Illinois River Watershed Nutrient Model and Tenkiller Ferry Lake EFDC Water Quality Model (8/7/2015) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay to the extent Defendants intend to move literature/publications into evidence/relevance |
| DJX2-0296 | R. King et al., Final Report to Governors from the Joint Study Committee & Scientific Professionals (12/19/2016) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |
| DJX2-0297 | A. Mittelstet, et al., Using SWAT to Enhance Watershed-based Plans to Meet Numeric Water Quality Standards, Sustainability of Water Quality & Ecol. (2016) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay to the extent Defendants intend to move literature/publications into evidence/relevance |

| DJX2-0298 | Oklahoma Water Resources Board Staff Report, Illinois River Watershed Total Phosphorus Criterion Revision (12/2/2020) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |
| --- | --- | --- |
| DJX2-0299 | E. Grantz & B. Haggard, Arkansas Water Resource Center, Constituent Loads and Trends in the Upper Illinois River Watershed: A Nonpoint Source Management Program Priority Watershed (2023) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |
| DJX2-0300 | Michael Baker Int'l, Draft Illinois River Watershed HSFP Model Updates Technical Support Document (7/18/2023) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance |
| DJX2-0301 | Illinois River Basin (IRB) Flow and Water Quality Presentation | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance. |
| DJX2-0302 | Tahlequah Total Suspended Solids – Historic | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance to the extent the information is pre-2010 |
| DJX2-0303 | USGS Flow Combined | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance to the extent the information is pre-2010 |
| DJX2-0304 | USGS Water Quality Compiled – 20241017 | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance to the extent the information is pre-2010 |

| DJX2-0305 | Wastewater Treatment Plant – Monthly Load | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance to the extent the information is pre-2010 |
|---|---|---|
| DJX2-0306 | Wastewater Treatment Plant – Historic | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance to the extent the information is pre-2010 |
| DJX2-0307 | Expert Report of Lance Phillips (11/18/2024) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |
| DJX2-0308 | Arkansas (Benton & Washington Counties) Litter Amount in Tons Chart (2014–2023) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/improper 1006 exhibit |
| DJX2-0309 | WOKA White Water Park Brochure | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance |
| DJX2-0310 | Oklahoma Lakes Report Beneficial Use Monitoring Program (2019) | Untimely filed exhibit under Court's scheduling order. Foundation |
| DJX2-0311 | About WOKA, The Journey of the Waters of Oklahoma and Arkansas Began with a Visionary Dream | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance |
| DJX2-0312 | Arkansas River Compact Commission 2020 Report Compact Area Map | Untimely filed exhibit under Court's scheduling order. Foundation/ objection to the extent this exhibit is only one page in the report and is incomplete |

| DJX2-0313 | Photo of River | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance |
|---|---|---|
| DJX2-0314 | Lake Tenkiller Fishing Tournament Advertisement | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance |
| DJX2-0315 | Map of the IRW | Untimely filed exhibit under Court's scheduling order. Foundation/ objection to the extent this exhibit is "figure 2" in a larger and unidentified report and is incomplete |
| DJX2-0316 | Illinois River Watershed Partnership (IRWP) Staff and Board of Directors | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |
| DJX2-0317 | Photo of Kayaker | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance |
| DJX2-0318 | Investment in the IRW Advertisement, Gypsy Camp & Canoe, Siloam Springs, Arkansas | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance |
| DJX2-0319 | Photo of Siloam Springs Kayak Park | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance |
| DJX2-0320 | Quick 5: Ed Fite | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |

| DJX2-0321 | ODAFF Official Report Decline in Phosphorus Levels in Illinois River. Oklahoma Farm Report (6/28/2016) | Untimely filed exhibit under Court's scheduling order. |
|---|---|---|
| DJX2-0322 | Official tour 'world-class' whitewater park construction site, Tulsa World (7/2/2021) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |
| DJX2-0323 | Oklahoma rivers are clearer despite no ruling in poultry case, The Oklahoman (4/13/2015) | Untimely filed exhibit under Court's scheduling order Foundation/hearsay |
| DJX2-0324 | Making sense of scenic rivers principles by Ed Fite, Muskogee Phoenix (4/13/2013) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |
| DJX2-0325 | Patrick Fisk Resume | Untimely filed exhibit under Court's scheduling order. |
| DJX2-0326 | Arkansas 5-Year Rolling Average Total Phosphorus Loading from 2020 Arkansas-Oklahoma Arkansas River Compact Commission Annual Report, Ark. River Compact Commission, at 58 | Untimely filed exhibit under Court's scheduling order. Foundation. Incomplete as it is one page of the 2020 Arkansas-Oklahoma Arkansas River Compact Commission Annual Report. |

| DJX2-0327 | Oklahoma's Average Annual Total P Loading in Kilograms per Year from 2020 Arkansas-Oklahoma Arkansas River Compact Commission Annual Report, Ark. River Compact Commission, at 73 | Untimely filed exhibit under Court's scheduling order.Foundation. Incomplete as it is one page of the 2020 Arkansas-Oklahoma Arkansas River Compact Commission Annual Report. |
|---|---|---|
| DJX2-0328 | Table 1. Trends calculated for total phosphorus concentrations and use assessment geometric means at certain BUMP permanent monitoring stations in the Compact area from 2020 Arkansas-Oklahoma Arkansas River Compact Commission Annual Report, Ark. River Compact Commission, at 75 | Untimely filed exhibit under Court's scheduling order. Foundation. Incomplete as it is one page of the 2020 Arkansas-Oklahoma Arkansas River Compact Commission Annual Report. |
| DJX2-0329 | Lake Tenkiller Dive Park - Nautical Adventures Scuba | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |
| DJX2-0330 | About - Nautical Adventures Scuba Website | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |
| DJX2-0331 | Video from WOKA Whitewater Park Watts, OK on Illinois River | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance |
| DJX2-0332 | Video from WOKA Whitewater Park Watts, OK on Illinois River | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance |
| DJX2-0333 | Video from WOKA Whitewater Park Watts, OK on Illinois River | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance |

| | | |
|---|---|---|
| DJX2-0334 | News footage video from WOKA Whitewater Park Watts, OK on Illinois River | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance |
| DJX2-0335 | Photo from WOKA Whitewater Park Watts, OK on Illinois River | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance |
| DJX2-0336 | Photo from WOKA Whitewater Park Watts, OK on Illinois River | Untimely filed exhibit under Court's scheduling order. |
| DJX2-0337 | Photo from WOKA Whitewater Park Watts, OK on Illinois River | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/relevance |
| DJX2-0338 | Expert Report of Julie Chambers (11/18/2024) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |
| DJX2-0339 | IRW Grower Files Produced by Oklahoma (6/30/2017-6/30-2024) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay/improper 1006 exhibit |
| DJX2-0340 | Summary of PX2-0228 [Land applied (in Tons) & Transferred/Sold (in Tons)] | Untimely filed exhibit under Court's scheduling order. |
| DJX2-0341 | Oklahoma Conservation Commission, Voluntary, Non-regulatory Watershed Management Plan for the Illinois River Watershed - 3rd Stakeholder Meeting (8/10/2023) | Untimely filed exhibit under Court's scheduling order. Foundation/hearsay |
| DJX2-0342 | Arkansas Natural Resources Commission Rules – Title 19 | Untimely filed exhibit under Court's scheduling order. Improper exhibit for resolution of factual issues/relevance |

| DJX2-0343 | Arkansas Natural Resources Commission Rules – Title 20 | Untimely filed exhibit under Court's scheduling order. Improper exhibit for resolution of factual issues/relevance |
|---|---|---|
| DJX2-0344 | Arkansas Natural Resources Commission Rules – Title 21 | Untimely filed exhibit under Court's scheduling order. Improper exhibit for resolution of factual issues/relevance |
| DJX2-0345 | Arkansas Natural Resources Commission Rules – Title 22 | Untimely filed exhibit under Court's scheduling order. Improper exhibit for resolution of factual issues/relevance |
| Unnumbered demonstratives for the testimony of John P. Connolly | Unnumbered demonstratives for the testimony of John P. Connolly | Untimely disclosed demonstrative under Rule 26(b)(2)(B)(iii). Foundation/hearsay |

Respectfully submitted,


  /s/ *Jennifer L. Lewis*
Gentner Drummond, OBA #16645
  *Attorney General*
Garry M. Gaskins, II, OBA #20212
  *Solicitor General*
Jennifer L. Lewis, OBA #32819
  *Deputy Attorney General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Direct: (405) 521-3921
Jennifer.lewis@oag.ok.gov

_/s/ Kristopher E. Koepsel_
Kristopher E. Koepsel, OBA #19147
M. David Riggs, OBA #7583
RIGGS, ABNEY, NEAL, TURPEN,
  ORBISON & LEWIS
502 West Sixth Street
Tulsa, OK 74119
(918) 587-3161
Robert A. Nance, OBA #6581
W.A. Drew Edmondson, OBA #2628
RIGGS, ABNEY, NEAL, TURPEN,
  ORBISON & LEWIS
528 N.W. 12th Street
Oklahoma City, OK 73103
(918) 584-2001

Louis W. Bullock OBA #1305
BULLOCK LAW FIRM PLLC
110 West Seventh Street
Tulsa OK 74119
(918) 584-2001

Frederick C. Baker, admitted _pro hac vice_
Cynthia Solomon, admitted _pro hac vice_
Kristen Hermiz, admitted _pro hac vice_
Madeline Becker, admitted _pro hac vice_
MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
(843) 216-9186

**ATTORNEYS FOR THE STATE OF OKLAHOMA**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed of record.

_s/ Kristopher E. Koepsel_
Kristopher E. Koepsel