# EXHIBIT 1

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0001 | Cobb-Vantress Inc.'s Second Supplemental and Fourth Amended Response to Plaintiffs' First Set of Interrogatories | |
| DJX2-0002 | Tysons Chicken, Inc.'s Second Supplemental and Fourth Amended Response to Plaintiffs' First Set of Interrogatories | |
| DJX2-0003 | Tyson Food Inc.'s Second Supplemental and Fourth Amended Response to Plaintiffs' First Set of Interrogatories | |
| DJX2-0004 | Tyson Poultry Inc.'s Second Supplemental and Fourth Amended Response to Plaintiffs' First Set of Interrogatories | |
| DJX2-0005 | Appendix A - Examples of STP Reports with STP > 65 (CLEAN) | |
| DJX2-0006 | Cobb-Vantress Inc.'s Second Supplemental and Fourth Amended Response to Plaintiffs' First Set of Interrogatories (Strikethroughs) | |
| DJX2-0007 | Tysons Chicken, Inc.'s Second Supplemental and Fourth Amended Response to Plaintiffs' First Set of Interrogatories (Strikethroughs) | |
| DJX2-0008 | Tyson Food Inc.'s Second Supplemental and Fourth Amended Response to Plaintiffs' First Set of Interrogatories (Strikethroughs) | |
| DJX2-0009 | Tyson Poultry Inc.'s Second Supplemental and Fourth Amended Response to Plaintiffs' First Set of Interrogatories (Strikethroughs) | |
| DJX2-0010 | Appendix A - Examples of STP Reports with STP > 65 (with Strikethroughs) | |
| DJX2-0011 | 24-10-9 WTS ANRD Upper Illinois WMP | |
| DJX2-0012 | AG Letter - John Tucker | |
| DJX2-0013 | Arkansas Illinois River WMP Final 2012 | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0014 | BMPs - IRW Litter Exports Calendar Year 2022 | |
| DJX2-0015 | BMPs - IRW Litter Exports January through September 2024 | |
| DJX2-0016 | BMPs AR Aging Summary (10/11/2024) | |
| DJX2-0017 | BMPs Balance Sheet (9/30/2024) | |
| DJX2-0018 | BMPs Report - Annual Litter Exports IRW 2005-2023 | |
| DJX2-0019 | Cargill - Letter to General Gentner Drummond | |
| DJX2-0020 | Expert Report Illinois River Watershed Water Quality and Source Assessment prepared by J. Connolly (Quantitative Environmental Analysis) for Illinois River Watershed Joint Defense Group - Final 2009 report | |
| DJX2-0021 | Connolly Expert Report (Errata) | |
| DJX2-0022 | Damages - Assessment - Connolly | |
| DJX2-0023 | T. King, Identification & Evaluation of Viable Remediation Alternatives to Address Injuries to Land Disposal of Poultry Waste Within the Illinois River Watershed (5/15/2008) ("King Final Report") | |
| DJX2-0024 | IRW Litigation - BMP Litter Exports (2010-2022) | |
| DJX2-0025 | IRW Litigation - Plaintiffs Trial Ex 2535 (2003-2006 Exports Including BMPs Inc Haulers) | |
| DJX2-0026 | OCC Poultry Litter Report 2001 | |
| DJX2-0027 | OCC Poultry Litter Report 2002 | |
| DJX2-0028 | OCC Poultry Litter Report 2003 | |
| DJX2-0029 | OCC Poultry Litter Report 2004 | |
| DJX2-0030 | OCC Poultry Litter Report 2005 | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0031 | OCC Poultry Litter Report 2006 | |
| DJX2-0032 | OCC Poultry Litter Report 2007 | |
| DJX2-0033 | OCC Poultry Litter Report 2008 | |
| DJX2-0034 | OCC Poultry Litter Report 2009 | |
| DJX2-0035 | OCC Poultry Litter Report 2010 | |
| DJX2-0036 | OCC Poultry Litter Report 2011 | |
| DJX2-0037 | OCC Poultry Litter Report 2012 | |
| DJX2-0038 | OCC Poultry Litter Report 2013 | |
| DJX2-0039 | OCC Poultry Litter Report 2014 | |
| DJX2-0040 | ODAFF Poultry Litter Report 2017-2018 | |
| DJX2-0041 | J. Payne, Oklahoma State Univ., Poultry Litter Nutrient Management A Guide For Producers And Applicators (E-1027) | |
| DJX2-0042 | Declaration of T. J. Sullivan (2/7/2008) | |
| DJX2-0043 | Expert Report of T. J. Sullivan (1/29/2009) | |
| DJX2-0044 | Agricultural Environmental Management – ODAFF | |
| DJX2-0045 | Nutrient Management Planning - Arkansas Department of Agriculture | |
| DJX2-0046 | Nutrient Management Program - Arkansas Department of Agriculture | |
| DJX2-0047 | Nutrient Management Training - Arkansas Department of Agriculture | |
| DJX2-0048 | Poultry Waste Management Education - Oklahoma State University | |
| DJX2-0049 | Poultry Waste Management Publications - Oklahoma State University | |
| DJX2-0050 | 2014 Arkansas Natural Resources Commission, Final Report on County Registration | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0051 | 2015 Arkansas Natural Resources Commission, Final Report on County Registration | |
| DJX2-0052 | 2016 Arkansas Natural Resources Commission, Final Report on County Registration | |
| DJX2-0053 | 2017 Arkansas Natural Resources Commission, Final Report on County Registration | |
| DJX2-0054 | 2018 Arkansas Natural Resources Commission, Final Report on County Registration | |
| DJX2-0055 | Spreadsheet, Annual Poultry Litter Applied for Benton and Washington Counties | |
| DJX2-0056 | Spreadsheet, Benton and Washington Co. IRW 2014-2019 | |
| DJX2-0057 | Spreadsheet, Benton County IRW Info 14-19 | |
| DJX2-0058 | Spreadsheet, Copy of IRW 12 Digit HUCs | |
| DJX2-0059 | Spreadsheet, Crawford Co. IRW Info 14-19 | |
| DJX2-0060 | Spreadsheet, IRW Benton and Washington County 2019 PFO | |
| DJX2-0061 | Spreadsheet, Washington Co. IRW info 14-19 | |
| DJX2-0062 | S. Chandler PFO  - Tyson Foods | |
| DJX2-0063 | K. Glenn PFO - George's Inc. | |
| DJX2-0064 | R. Longshore PFO - Simmons Foods | |
| DJX2-0065 | J. & C. Parker PFO - Cobb-Vantress | |
| DJX2-0066 | R. & S. Reed PFO - George's Inc. | |
| DJX2-0067 | R. Ritchie PFO - Simmons Foods | |
| DJX2-0068 | E. Ross PFO - Tyson Foods | |
| DJX2-0069 | R. Schwabe PFO - Cargill | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0070 | R. Teague PFO - Cobb-Vantress | |
| DJX2-0071 | M. Vue PFO - Cobb-Vantress | |
| DJX2-0072 | C. Williams PFO - Tyson Foods | |
| DJX2-0073 | S. Adair PFO - Tyson Foods | |
| DJX2-0074 | C. & H. Alewine PFO - Tyson Foods | |
| DJX2-0075 | V. Bailey PFO - Simmons Foods | |
| DJX2-0076 | S. Chandler PFO - Tyson Foods | |
| DJX2-0077 | R. Collins PFO - Simmons Foods | |
| DJX2-0078 | J. Doyle PFO - Simmons Foods | |
| DJX2-0079 | J. Enneking PFO - Simmons Foods | |
| DJX2-0080 | K. Glenn PFO - George's Inc. | |
| DJX2-0081 | L. Hampton PFO - Cal-Maine Foods | |
| DJX2-0082 | K. Ketkeo PFO - Tyson Foods | |
| DJX2-0083 | K. Ketkeo PFO - Tyson Foods | |
| DJX2-0084 | D. Lee PFO - Simmons Foods | |
| DJX2-0085 | B. Littlejohn PFO - Tyson Foods | |
| DJX2-0086 | B. Longshore PFO - Tyson Foods | |
| DJX2-0087 | B. Longshore PFO - Tyson Foods | |
| DJX2-0088 | R. Longshore PFO - Simmons Foods | |
| DJX2-0089 | R. Longshore PFO - Simmons Foods | |
| DJX2-0090 | L. McGarrah PFO - Tyson Foods | |
| DJX2-0091 | D. Morris PFO - Cal-Maine Foods | |
| DJX2-0092 | X. Moua & Y. Yang PFO - Tyson Foods | |
| DJX2-0093 | X. Moua & Y. Yang PFO - Tyson Foods | |
| DJX2-0094 | D. Mullin PFO - Tyson Foods | |
| DJX2-0095 | E. & J. Noblin PFO - Tyson Foods | |
| DJX2-0096 | E. & J. Noblin PFO - Tyson Foods | |
| DJX2-0097 | B. Nubbie PFO - Tyson Foods | |
| DJX2-0098 | J. Parker PFO - Cobb-Vantress | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0099 | J. Parker PFO - Cobb-Vantress | |
| DJX2-0100 | L. Patterson PFO - Tyson Foods | |
| DJX2-0101 | J. Reed PFO - Simmons Foods | |
| DJX2-0102 | R. Reed PFO - George's Inc. | |
| DJX2-0103 | R. Ritchie PFO - Simmons Foods | |
| DJX2-0104 | E. Ross PFO - Tyson Foods | |
| DJX2-0105 | E. Ross PFO - Tyson Foods | |
| DJX2-0106 | R. Schwabe PFO - Cargill | |
| DJX2-0107 | R. Schwabe PFO - Cargill | |
| DJX2-0108 | B. Snyder PFO - Simmons Foods | |
| DJX2-0109 | O. Swepston PFO - Tyson Foods | |
| DJX2-0110 | R. Teague PFO - Cobb-Vantress | |
| DJX2-0111 | B. Tomlinson PFO - Cal-Maine Foods | |
| DJX2-0112 | R. Vaughn PFO - Cobb-Vantress | |
| DJX2-0113 | K. Voss PFO - Simmons Foods | |
| DJX2-0114 | M. Vue PFO - Cobb-Vantress | |
| DJX2-0115 | C. Williams PFO - Tyson Foods | |
| DJX2-0116 | C. Williams PFO - Tyson Foods | |
| DJX2-0117 | L. Hampton PFO - Cal-Maine | |
| DJX2-0118 | C. Masters PFO - Cargill | |
| DJX2-0119 | B. Schwabe STP Report | |
| DJX2-0120 | H. Knight PFO - Tyson Foods | |
| DJX2-0121 | D. Mullin PFO - Tyson Foods | |
| DJX2-0122 | J. Reed PFO - Simmons Foods | |
| DJX2-0123 | R. Reed PFO - George's Inc. | |
| DJX2-0124 | R. Teague PFO - Cobb-Vantress | |
| DJX2-0125 | H. Alewine - OSU STP Report | |
| DJX2-0126 | S. Chandler - OSU STP Report | |
| DJX2-0127 | L. McGarrah - OSU STP Report | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0128 | B. Nubbie - OSU STP Report | |
| DJX2-0129 | Arkansas Department of Agriculture Natural Resources Division Commissioner's Report (9/26/2024) | |
| DJX2-0130 | Arkansas Department of Agriculture, Upper Illinois River Watershed Management Plan (10/2024) | |
| DJX2-0131 | Letter from B. Arthur, OK Secretary of Agriculture, to Hon. Judge G. Frizzell (9/5/2024) | |
| DJX2-0132 | Letter from W. Ward, AR Secretary of Agriculture, to Hon. Judge G. Frizzell (10/25/2024) | |
| DJX2-0133 | Watershed-Based Management Plan for the Upper Illinois River Watershed, Northwest Arkansas (7/17/2012) | |
| DJX2-0134 | Arkansas River Basin Compact Arkansas-Oklahoma, 1970, A.C.A. § 15-23-401 | |
| DJX2-0135 | J. Seiger, ODAFF Summary Report on the Oklahoma Poultry Waste Movement (4/19/2019) | |
| DJX2-0136 | J. Seiger, ODAFF Summary Report on the Oklahoma Poultry Waste Movement (2/24/2017) | |
| DJX2-0137 | OAG News, Press Release, Drummond Lauds U.S. Supreme Court Decision to Consider Suit Over Biden Administration Rejection of Oklahoma's "Good Neighbor" Plan (10/21/2024) | |
| DJX2-0138 | S. Herron, University of Arkansas, Poultry Litter Management in the Illinois River Watershed of Arkansas & Oklahoma (FSA9535) | |
| DJX2-0139 | C. Penn, Oklahoma State University, An Alternative Poultry Litter Storage Technique for Improved Handling | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| | Transport and Application: The "Mass Reduction System" (PSS-2268) (2017) | |
| DJX2-0140 | Oklahoma State University Extension, Oklahoma Litter Market, Sellers and Service Providers (Summer 2022) | |
| DJX2-0141 | Second Statement of Joint Principles and Actions, Phosphorus in OK and AR | |
| DJX2-0142 | P. Tomlinson, Tomlinson Proposal for 2014-2015 Kansas Fertilizer Research Fund | |
| DJX2-0143 | Oklahoma Extension: What is an NMP?, Oklahoma Extension Waste Management, Youtube Video, https://www.youtube.com/watch?v=SzF7MByuKvM | |
| DJX2-0144 | A. Oladeinde, Litter Commensal Bacteria Can Limit the Horizontal Gene Transfer of Antimicrobial Resistance to Salmonella in Chickens, 88 Applied and Environmental Microbiology  (2022) | |
| DJX2-0145 | J. Isaacs, Manure Manager, Poultry litter: How old is too Old? (10/18/2021) | |
| DJX2-0146 | University of Georgia, Poultry Environmental Quality Handbook, Recycling of Poultry Litter | |
| DJX2-0147 | J. Smith, The Case for Built Up Litter in US Boiler Complexes, The Poultry Site (5/9/2017) | |
| DJX2-0148 | K. Thornton, Reservoir Limnology: Ecological Perspectives (1990) | |
| DJX2-0149 | D. Di Toro, Chesapeake Bay Sediment Flux Model (1993) | |
| DJX2-0150 | D. Nash, Effective Sediment-Transporting Discharge from Magnitude-Frequency Analysis, 102 J. Geo. 79 (1994) | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| **DJX2-0151** | C. Ziegler, Modeling Sediment Transport Dynamics in Thompson Island Pool, Upper Hudson River, 1 Water Quality & Ecosystem Modeling 193 (2000) | |
| **DJX2-0152** | M. Vernon Carle, Patterns of Watershed Urbanization and Impacts on Water Quality, 41 J. Am. Water Res. Ass'n 693 (2005) | |
| **DJX2-0153** | J. Withers, Delivery and cycling of phosphorus in rivers: A review. Science of the Total Environment 400, 379–395 (2008) | |
| **DJX2-0154** | Watershed Based Plan for the Illinois River, Oklahoma Conservation Commission Water Quality Division (2010) | |
| **DJX2-0155** | J.T. Scott, Change Point Analysis of Phosphorus Trends in the Illinois River (Oklahoma) Demonstrates the Effects of Watershed Management, 40 Journal of Environmental Quality 1249–1256 (2011) | |
| **DJX2-0156** | K. Cappiella et al., Strategies for Managing the Effects of Urban Development on Streams, National Water-Quality Assessment Program, U.S. Department of the Interior, U.S. Geological Survey Circular 1378 (2012) | |
| **DJX2-0157** | H. Jarvie et al., Within-River Phosphorus Retention: Accounting for a Missing Piece in the Watershed Phosphorus Puzzle, Environmental Science & Technology (2012) | |
| **DJX2-0158** | H. Jarvie et al., Supporting Information, Within-River Phosphorus Retention: Accounting for a Missing Piece in the Watershed Phosphorus Puzzle, Environmental Science & Technology (2012) | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0159 | R. Olsen, Water Quality Sample Collection, Data Treatment and Results Presentation for Principal Components Analysis - Literature Review and Illinois River Watershed Case Study, 46 Water Research 3110-3122 (2012) | |
| DJX2-0160 | Second Statement of Joint Principles and Actions (2/20/2013) | |
| DJX2-0161 | Baylor University, Sponsored Programs Agreement (5/9/2014) | |
| DJX2-0162 | Appendix to King Final Report, Scenic Rivers Joint Phosphorus Study Data Portfolio (12/19/2016) | |
| DJX2-0163 | The Water Research Foundation, Tertiary Phosphorus Removal (2019) | |
| DJX2-0164 | Illinois River Watershed Partnership, Streambank Erosion in the Illinois River Watershed (2020) | |
| DJX2-0165 | Illinois River and Tributaries: Streambank Erosion Sites and Analysis 2020 Report, Prepared by Natural State Streams LLC for The Illinois River Watershed Partnership (2021) | |
| DJX2-0166 | B.E. Haggard et al., Defining Critical or Hydrologic Conditions as Sampled During the Joint Study, Final Report Submitted to the Northwest Arkansas Regional Planning Commission (1/15/2021) | |
| DJX2-0167 | E. Grantz, Arkansas Water Resource Center, Constituent Loads and Trends in the Upper Illinois River Watershed: A Nonpoint Source Management Program Priority Watershed (2023) | |
| DJX2-0168 | Flow Data Files (Excel files) | |
| DJX2-0169 | HYSEP Data Files (Excel files) | |
| DJX2-0170 | Water Quality Data Files (Excel files) | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0171 | WWTP Data Files (Excel Files) | |
| DJX2-0172 | Oklahoma Conservation Commission 2022 Litter Transfer Rules | |
| DJX2-0173 | Oklahoma State University Extension Poultry Waste Management Education Fall 2024 Course Schedule | |
| DJX2-0174 | C. Exley et al., A Mechanism for Acute Aluminum Toxicity in Fish, 151 J. Theory. Biol. 417-428 (1991) | |
| DJX2-0175 | 2021 Population Estimates for Bentonville, Fayetteville, Rogers, and Springdale AR | |
| DJX2-0176 | W. Coblentz et al., Using Bermudagrass Forage Systems to Mine Phosphorus from High Soil-Test Phosphorus Soils, University of Arkansas | |
| DJX2-0177 | S. Harrison et al., The Value of Poultry Litter to Farmers on Delmarva, Virginia Polytechnic Institute (2023) | |
| DJX2-0178 | R. Kadlec. Large Constructed Wetlands for Phosphorus Control, Water (2016) | |
| DJX2-0179 | M. Land et al., How Effective are Created or Restored Freshwater Wetlands for Nitrogen and Phosphorus Removal, Environmental Evidence (2016) | |
| DJX2-0180 | D. Miles et al., Atmospheric Ammonia is Detrimental to the Performance of Modern Commercial Broilers, 83 Poultry Science 1650 (2004) | |
| DJX2-0181 | P.A. Moore et al., Reducing Phosphorus Runoff and Improving Poultry Production with Alum, Poultry Science (1999) | |
| DJX2-0182 | P. Moore, Treating Poultry Litter with Aluminum Sulfate (Alum), USDA (2005) | |
| DJX2-0183 | P. Moore, Long-Term Effects of Poultry Litter, Alum-Treated Litter, and Ammonium Nitrate on Phosphorus | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| | Availability in Soils, Journal of Environmental Quality (2007) | |
| DJX2-0184 | M. Nelson et al., Illinois River Phosphorus Sampling Results, Arkansas Water Resources Center (2002) | |
| DJX2-0185 | Spreadsheet, NLCD NWI Wetlands (2008) | |
| DJX2-0186 | NLCD Urban Change Calculation | |
| DJX2-0187 | Penn & Zhang, Alum-Treated Poultry Litter as a Fertilizer Source, OSU | |
| DJX2-0188 | Playle & Wood, Water pH and Aluminum Chemistry in the Gil Micro-Environment of Rainbow Trout During Acid Aluminum Exposures, Journal of Comparative Physiology B (1989) | |
| DJX2-0189 | M. Riza et al., Control of Eutrophication in Aquatic Ecosystems by Sustainable Dredging, Case Studies in Chemical and Environmental Engineering (2023) | |
| DJX2-0190 | A.N. Sharpley et al., Managing Natural Process in Drainage Ditches for Nonpoint Source Phosphorus Control, Journal of Soil and Water Conservation (2007) | |
| DJX2-0191 | O. Tammeorg, Internal phosphorus loading due to sediment anoxia in shallow areas: implications for lake aeration treatments, 82 Aquatic Sciences (2020) | |
| DJX2-0192 | Wetlands P Removal Area | |
| DJX2-0193 | R. Wilson, Swimming Performance, Whole Body Ions, And Gill Al Accumulation During Acclimation to Sublethal Aluminium in Juvenile Rainbow Trout, 10 Fish Physiology and Biochemistry 149-159 (1992) | |
| DJX2-0194 | PFO Data | |
| DJX2-0195 | Washington County Report (10/31/2024) | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0196 | Arkansas-Oklahoma Arkansas River Compact Commission Environmental Committee Report (9/28/2023) | |
| DJX2-0197 | M. Wilson, University of Arkansas, An Overview of Regulations for Nutrient Management on Livestock Farms in Arkansas (FSA9523) | |
| DJX2-0198 | J. Payne, et al., Oklahoma State University, Poultry Litter Nutrient Management: A Guide for Producers and Applicators (E-1027) | |
| DJX2-0199 | Arkansas Department of Agriculture, Upper Illinois River Watershed Management Plan (10/2024) | |
| DJX2-0200 | Economics of Transporting Poultry Manure and Litter, Poultry Environmental Quality Handbook | |
| DJX2-0201 | Illinois River Watershed Partnership, Our Mission (11/17/ 2024) | |
| DJX2-0202 | North American Lake Management Society, Flood & Drought, Fire & Ice Managing Lakes Under Changing Climates (11/5-8/2024) | |
| DJX2-0203 | T. Tabler & J. Wells, Poultry Litter Management, The Poultry Site (11/17/2012) | |
| DJX2-0204 | Field & Stream Magazine | |
| DJX2-0205 | BMP's Success ~ The Litter Link ~ A Virtual Poultry Litter Bank - BMP's Success | |
| DJX2-0206 | The Litter Link ~ A Virtual Poultry Litter Bank - Homepage | |
| DJX2-0207 | 2023 Arkansas Natural Resources Commission, Summary Registration | |
| DJX2-0208 | 2022 Arkansas Natural Resources Commission, Registration Summary | |

13

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0209 | 2020 Arkansas Natural Resources Commission, Final Report on County Registration | |
| DJX2-0210 | Aerials Data Files | |
| DJX2-0211 | Landuse Data Files | |
| DJX2-0212 | FY18 Poultry Registration Transfer Records NSA | |
| DJX2-0212-A | FY18 Poultry Registration Transfer Records NSA - In and Out of IRW | |
| DJX2-0212-B | Summary of DJX2-0212A | |
| DJX2-0213 | FY19 Poultry Registration Transfer Records NSA | |
| DJX2-0213-A | FY19 Poultry Registration Transfer Records NSA – In and Out of IRW | |
| DJX2-0214 | FY20 Poultry Registration Transfer Records NSA | |
| DJX2-0214-A | FY20 Poultry Registration Transfer Records NSA – In and Out of IRW | |
| DJX2-0215 | FY21 Poultry Registration Transfer Records NSA | |
| DJX2-0215-A | FY21 Poultry Registration Transfer Records NSA – In and Out of IRW | |
| DJX2-0216 | FY22 Poultry Registration Transfer Records NSA | |
| DJX2-0217 | Expert Report of John P. Connolly (11/2024) | |
| DJX2-0218 | All figures, charts, and exhibits included in the Expert Report of John P. Connolly (11/2024) | |
| DJX2-0219 | Expert Report of Todd McDonnell & Timothy Sullivan (11/2024) | |
| DJX2-0220 | All figures, charts, and exhibits included in the Expert Report of Dr. Todd McDonnell & Dr. Timothy Sullivan (11/2024) | |

14

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0221 | Expert Report of Dimitrios Vlassopoulos (11/2024) | |
| DJX2-0222 | All figures, charts, and exhibits included in the Expert Report of Dimitrios Vlassopoulos  (11/2024) | |
| DJX2-0223 | Current Status of Growers Identified in Cargill Turkey Production's Response to the State's First Interrogatory (11/15/2024) | |
| DJX2-0224 | Cargill Turkey Production Contract with MBK Farm (12/18/2023) | |
| DJX2-0225 | Cargill Turkey Production Contract with KD Farms (9/29/2017) | |
| DJX2-0226 | Cargill Turkey Production Contract with Yellowstone South LLC  (1/4/2021) | |
| DJX2-0227 | Cargill Turkey Production Contract with Yellowstone Turkey dba West Farm (1/2/2024) | |
| DJX2-0228 | Keith and Jerri Mitchell Nutrient Management Plan expiring 2029 (5/23/2023) | |
| DJX2-0229 | Keith and Jerri Mitchell Nutrient Management Plan issued in 2007 (2/22/2007) | |
| DJX2-0230 | KD Farms Nutrient Management Plan expiring 2027 (4/25/2023) | |
| DJX2-0231 | Expert Report of Nigel Pickering (11/2024) | |
| DJX2-0232 | All figures, charts, and exhibits included in the Expert Report of Nigel Pickering (11/2024) | |
| DJX2-0233 | Defendants reserve the right to utilize any exhibit identified on any party's exhibit list produced for the upcoming trial or the September 2009 trial. | |
| DJX2-0234 | George's 05/22/06 Discovery Responses - Redlined | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0235 | Appendix A to OKAG Proposed FFCL - Redlined | |
| DJX2-0236 | Last two years of broiler placements on Kenneth Glenn farm (11/14/2024) | |
| DJX2-0237 | Last two years of broiler placements on Ricky Reed farm (11/14/2024) | |
| DJX2-0238 | Last eggs received from Ritter Farm / Elm Farm houses 1, 3 & 4 (11/14/2024) | |
| DJX2-0239 | Last eggs received from Ritter Farm / Elm Farm house 2 (11/14/2024) | |
| DJX2-0240 | Washington County, AR Assessor Report on Ritter Farm Parcel: 830-38017-100 | |
| DJX2-0241 | Washington County, AR Assessor Report on Ritter Farm Parcel: 830-38008-000 | |
| DJX2-0242 | Washington County, AR Assessor Report on Ritter Farm Parcel: 750-00776-000 | |
| DJX2-0243 | Washington County, AR Assessor Report on Ritter Farm Parcel: 750-00768-000 | |
| DJX2-0244 | ActDataScout property map locations for all four parcels for Ritter Farm | |
| DJX2-0245 | Last two years of broiler placements on Morrison North Farm (11/14/2024) | |
| DJX2-0246 | Last two years of broiler placements on Morrison South Farm (11/14/2024) | |
| DJX2-0247 | Washington County, AR Assessor Report on Morrison Farm Parcel: 815-33682--900 | |
| DJX2-0248 | Plat Application for former Morrison Farm | |
| DJX2-0249 | Springdale City Planning Commission Agenda on Elmdale Valley Estates - former Morrison Farm | |
| DJX2-0250 | Simmons Food, Inc. Table of State Identified Growers: Inactive at or Post-Trial | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0251 | Oklahoma Department of Tourism Lake Tenkiller 2024-2025 Brochure | |
| DJX2-0252 | Oklahoma Department of Tourism Green Country 2024-25 Brochure | |
| DJX2-0253 | Travel OK Tenkiller State Park Site download | |
| DJX2-0254 | Travel OK Tenkiller State Park Dive Park | |
| DJX2-0255 | Letter Austin Bennett to David and Jack Spears | |
| DJX2-0256 | Purchase Agreement for Zone 2 flotation licenses | |
| DJX2-0257 | Northwest Arkansas Gazette "This old river is clean." | |
| DJX2-0258 | Affidavit of Rusty Sikes - Director of Broilers, Small Birds of Simmons Foods, Inc. (11/18/2024) | |
| DJX2-0259-A | 2019 Arkansas Natural Resources Commission, Final Report on County Registration (Corrected) | |
| DJX2-0259-B | 2019 Arkansas Natural Resources Commission, Final Report on County Registration (Original) | |
| DJX2-0260-A | 2021 Arkansas Natural Resources Commission, Final Report on County Registration (Corrected) | |
| DJX2-0260-B | 2021 Arkansas Natural Resources Commission, Final Report on County Registration (Original) | |
| DJX2-0261 | Memorandum of Agreement Between Oklahoma and Arkansas (11/14/2018) | |
| DJX2-0262 | Oklahoma Concentrated Animal Feeding Operations Act, Okla. Stat. tit. 2, § 20.40, et seq. (effective 11/1/2024) | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0263 | Oklahoma Registered Poultry Feeding Operations Act, Okla. Stat. tit. 2, § 10-9 (effective 8/29/2024) | |
| DJX2-0264 | Oklahoma Poultry Waste Applicators Certification Act, Okla. Stat. tit. 2, § 10-9.16, et seq. (2024) | |
| DJX2-0265 | Oklahoma Conservation Commission, Illinois River Watershed Management Plans Second Stakeholder Meeting Summary (5/18/2023) | |
| DJX2-0266 | Oklahoma Conservation Commission, Excerpt from the 3rd IRWP Stakeholder Meeting, YouTube (9/7/2023), https://www.youtube.com/watch?v=CsDrOPuIv0g | |
| DJX2-0267 | Oklahoma Conservation Commission, Voluntary, Non-Regulatory Watershed Management Plan for the Illinois River Watershed, 4th Stakeholder Meeting (6/25–26/2024) | |
| DJX2-0268 | Arkansas Department of Agriculture, Illinois River Watershed Management Plans Third Stakeholder Meeting Summary (8/10/2023) – DRAFT with Comments | |
| DJX2-0269 | "Less Than 10% Poultry Waste Hauled Outside IRW" (State's Demonstrative 130 from 2009 Trial) | |
| DJX2-0270 | Talking Points on Differences Between Arkansas and Oklahoma SWAT Models for the IRW (with Comments) | |
| DJX2-0271 | S. Phillips, Conservation District Training: 2022 Litter Transfer Program (1/25 & 27/2022) | |
| DJX2-0272 | Texas A&M AgriLfe Research Presentation, Comparison of Inputs and | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| | Outputs Between the UIRW and IRB Models with Comments (2/15/2024) | |
| DJX2-0273 | Email from S. Phillips to L. Kindberg & T. Wentz, "FW: Maybe One of the Most Useful Presentations on Legacy P in Soils I've Ever Seen" (8/22/2024) | |
| DJX2-0274 | U.S. EPA, In-Depth Nonpoint Source Success Story, Cooperative Efforts Build Trust While Reducing Pollution (2020) | |
| DJX2-0275 | Text of Oklahoma Enrolled Senate Bill No. 1424 (5/30/2024) | |
| DJX2-0276 | Oklahoma Conservation Commission, Excerpt from the IRWP Stakeholders' Meeting 10/11/22, YouTube (10/26/2022), https://www.youtube.com/watch?v=uxCgbWhbHvM | |
| DJX2-0277 | Oklahoma Conservation Commission, 2nd IRWP Stakeholder Meeting, YouTube (7/24/2023), https://www.youtube.com/watch?v=5Cba4WZ2L_8 | |
| DJX2-0278 | Okla. Stat. tit. 2, § 10-9.1. Short title–Oklahoma Registered Poultry Feeding Operations Act–Definitions | |
| DJX2-0279 | Okla. Stat. tit. 2, § 10-9.3. Registration | |
| DJX2-0280 | Okla. Stat. tit. 2, § 10-9.7. Utilization of Best Management Practices–Nutrient Management Plans–Soil Testing–Carcassdisposal Plan | |
| DJX2-0281 | Okla. Stat. tit. 2, § 10-9.11. Violations--Criminal and Administrative Penalties--Injunctions | |
| DJX2-0282 | Okla. Stat. tit. 2, § 10-9.17. Applicator's Certificates–Application–Renewal–Violation–Fees | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| **DJX2-0283** | Okla. Stat. tit. 2, § 20-44. Mandatory and Voluntary Licensure–Designation of Operations | |
| **DJX2-0284** | Okla. Stat. tit. 2, § 20-40. Short Title–Oklahoma Concentrated Animal Feeding Operations Act–Purpose | |
| **DJX2-0285** | Expert Report of Shannon Phillips (11/2024) | |
| **DJX2-0286** | Comparison showing differences between versions of Okla. Stat. tit. 2, § 10-9.19 (Land Application of Poultry Waste-Tests-Rate-Rules) | |
| **DJX2-0287** | Registered Poultry Feeding Operations, Okla. Admin. Code § 35:17-5, et seq. (2024) | |
| **DJX2-0288** | C. Hunter, Lake Tenkiller 'Clear Water Paradise', CherokeePhoenix.org (6/28/2019) | |
| **DJX2-0289** | Statement of Joint Principles and Actions (12/18/2003) | |
| **DJX2-0290** | J. Williams & J.G. Arnold, A System of Hydrologic Models (1993) | |
| **DJX2-0291** | D. Nash, Effective Sediment-Transporting Discharge from Magnitude-Frequency Analysis, 102 J. Geology 79–95 (1994) | |
| **DJX2-0292** | J.G. Arnold, et al., Large Area Hydrologic Modeling and Assessment Part I: Model Development, 34 JAWRA 73 (1998) | |
| **DJX2-0293** | S.L. Neitsch, et al., Soil & Water Assessment Tool Theoretical Documentation Version 2009, Texas A&M (2011) | |
| **DJX2-0294** | J.G. Arnold, et al., SWAT: Model Use, Calibration, and Validation, 55 Transactions of the ASABE 1491–1508 (2012) | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0295 | M. Baker Jr., Inc., Final Setup, Calibration, and Validation for Illinois River Watershed Nutrient Model and Tenkiller Ferry Lake EFDC Water Quality Model (8/7/2015) | |
| DJX2-0296 | R. King et al., Final Report to Governors from the Joint Study Committee & Scientific Professionals (12/19/2016) | |
| DJX2-0297 | A. Mittelstet, et al., Using SWAT to Enhance Watershed-based Plans to Meet Numeric Water Quality Standards, Sustainability of Water Quality & Ecol. (2016) | |
| DJX2-0298 | Oklahoma Water Resources Board Staff Report, Illinois River Watershed Total Phosphorus Criterion Revision (12/2/2020) | |
| DJX2-0299 | E. Grantz & B. Haggard, Arkansas Water Resource Center, Constituent Loads and Trends in the Upper Illinois River Watershed: A Nonpoint Source Management Program Priority Watershed (2023) | |
| DJX2-0300 | Michael Baker Int'l, Draft Illinois River Watershed HSFP Model Updates Technical Support Document (7/18/2023) | |
| DJX2-0301 | Illinois River Basin (IRB) Flow and Water Quality Presentation | |
| DJX2-0302 | Tahlequah Total Suspended Solids – Historic | |
| DJX2-0303 | USGS Flow Combined | |
| DJX2-0304 | USGS Water Quality Compiled – 20241017 | |
| DJX2-0305 | Wastewater Treatment Plant – Monthly Load | |
| DJX2-0306 | Wastewater Treatment Plant – Historic | |
| DJX2-0307 | Expert Report of Lance Phillips (11/18/2024) | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0308 | Arkansas (Benton & Washington Counties) Litter Amount in Tons Chart (2014–2023) | |
| DJX2-0309 | WOKA White Water Park Brochure | |
| DJX2-0310 | Oklahoma Lakes Report Beneficial Use Monitoring Program (2019) | |
| DJX2-0311 | About WOKA, The Journey of the Waters of Oklahoma and Arkansas Began with a Visionary Dream | |
| DJX2-0312 | Arkansas River Compact Commission 2020 Report Compact Area Map | |
| DJX2-0313 | Photo of River | |
| DJX2-0314 | Lake Tenkiller Fishing Tournament Advertisement | |
| DJX2-0315 | Map of the IRW | |
| DJX2-0316 | Illinois River Watershed Partnership (IRWP) Staff and Board of Directors | |
| DJX2-0317 | Photo of Kayaker | |
| DJX2-0318 | Investment in the IRW Advertisement, Gypsy Camp & Canoe, Siloam Springs, Arkansas | |
| DJX2-0319 | Photo of Siloam Springs Kayak Park | |
| DJX2-0320 | Quick 5: Ed Fite | |
| DJX2-0321 | ODAFF Official Report Decline in Phosphorus Levels in Illinois River. Oklahoma Farm Report (6/28/2016) | |
| DJX2-0322 | Official tour 'world-class' whitewater park construction site, Tulsa World (7/2/2021) | |
| DJX2-0323 | Oklahoma rivers are clearer despite no ruling in poultry case, The Oklahoman (4/13/2015) | |
| DJX2-0324 | Making sense of scenic rivers principles by Ed Fite, Muskogee Phoenix (4/13/2013) | |
| DJX2-0325 | Patrick Fisk Resume | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| DJX2-0326 | Arkansas 5-Year Rolling Average Total Phosphorus Loading from 2020 Arkansas-Oklahoma Arkansas River Compact Commission Annual Report, Ark. River Compact Commission, at 58 | |
| DJX2-0327 | Oklahoma's Average Annual Total P Loading in Kilograms per Year from 2020 Arkansas-Oklahoma Arkansas River Compact Commission Annual Report, Ark. River Compact Commission, at 73 | |
| DJX2-0328 | Table 1. Trends calculated for total phosphorus concentrations and use assessment geometric means at certain BUMP permanent monitoring stations in the Compact area from 2020 Arkansas-Oklahoma Arkansas River Compact Commission Annual Report, Ark. River Compact Commission, at 75 | |
| DJX2-0329 | Lake Tenkiller Dive Park - Nautical Adventures Scuba | |
| DJX2-0330 | About - Nautical Adventures Scuba Website | |
| DJX2-0331 | Video from WOKA Whitewater Park Watts, OK on Illinois River | |
| DJX2-0332 | Video from WOKA Whitewater Park Watts, OK on Illinois River | |
| DJX2-0333 | Video from WOKA Whitewater Park Watts, OK on Illinois River | |
| DJX2-0334 | News footage video from WOKA Whitewater Park Watts, OK on Illinois River | |
| DJX2-0335 | Photo from WOKA Whitewater Park Watts, OK on Illinois River | |
| DJX2-0336 | Photo from WOKA Whitewater Park Watts, OK on Illinois River | |
| DJX2-0337 | Photo from WOKA Whitewater Park Watts, OK on Illinois River | |

| Exhibit Number | Description | Objections (If Any) |
|---|---|---|
| **DJX2-0338** | Expert Report of Julie Chambers (11/18/2024) | |
| **DJX2-0339** | IRW Grower Files Produced by Oklahoma (6/30/2017-6/30-2024) | |
| **DJX2-0340** | Summary of PX2-0228 [Land applied (in Tons) & Trrnsferred/Sold (in Tons)] | |
| **DJX2-0341** | Oklahoma Conservation Commission, Voluntary, Non-regulatory Watershed Management Plan for the Illinois River Watershed - 3rd Stakeholder Meeting (8/10/2023) | |
| **DJX2-0342** | Arkansas Natural Resources Commission Rules – Title 19 | |
| **DJX2-0343** | Arkansas Natural Resources Commission Rules – Title 20 | |
| **DJX2-0344** | Arkansas Natural Resources Commission Rules – Title 21 | |
| **DJX2-0345** | Arkansas Natural Resources Commission Rules – Title 22 | |