IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 05-cv-329-GKF-SH |
| | ) |
| TYSON FOODS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## THE STATE OF OKLAHOMA'S RE-FILING OF ITS PRIVILEGE LOG PURSUANT TO THIS COURT'S ORDER OF DECEMBER 4, 2024

The State of Oklahoma hereby re-files its privilege log (Doc. 3072-1; Doc. 3106-1; Doc. 3108) in accordance with this Court's December 4, 2024 Order directing the re-filing of the State's privilege log with additional requirements. *See* Doc. 3111. Exhibit A to this filing is the State's re-filed privilege log, reflecting the requirements of the Court's Order. *Id.*[1] Exhibit B to this filing is a designation of the individuals contained in these emails, their occupations, and their attorney status. *See* Doc. 3100.

For the Court's convenience, and for the completeness of the re-filed privilege log, the State has included communications between the State and representatives of the Oklahoma Department of Agriculture, Food, and Forestry that took place after the State filed its privilege log on November 25, 2024, but before the date this Court ordered re-filing, December 2, 2024. *See* Ex. A, lines 60-70.[2]

---

[1] Please note that, due to including everyone in the email thread, three of these emails that originated from the subpoena notification, that were then forwarded to Teena Gunter as a notification that a subpoena would soon be served. Due to the volume of Defendants' attorney's CC'd on the original subpoena email, they could not all fit on the excel sheet. *See* Ex. B, pp.2-4; Ex. A, entries 64, 57, 54. These individuals are identified in Ex. B.

[2] Please note that, due to difficulties with exporting some Outlook Email messages to PDF format, P-LOG #'s 60, 61, and 62 feature the name of the State's Outside Counsel's litigation support technician at the top of each document. *See* Ex. A, lines 61-62.

1

Respectfully Submitted,

*s/ Jennifer L. Lewis*
GENTNER DRUMMOND, OBA #16645
*Attorney General*
GARRY M. GASKINS, II, OBA #20212
*Solicitor General*
JENNIFER L. LEWIS, OBA #32819
*Deputy Attorney General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Direct: (405) 521-3921
jennifer.lewis@oag.ok.gov

<u>s/Kristopher E. Koepsel</u>
M. David Riggs, OBA, #7583
Kristopher E. Koepsel, OBA #19147
Riggs, Abney, Neal, Turpen, Orbison & Lewis 502 West 6th Street Tulsa, OK 74119 (918) 587-3161
Robert A. Nance, OBA #6581
W.A. Drew Edmondson, OBA #2628
Riggs, Abney, Neal, Turpen, Orbison & Lewis
528 N.W. 12th Street
Oklahoma City, OK 73103
(405) 843-9909

Louis W. Bullock, OBA #1305
Bullock Law Firm PLLC
110 W. 7th Street
Tulsa, OK 74119
(918) 584-2001

Frederick C. Baker, admitted *pro hac vice*
Cynthia Solomon, admitted *pro hac vice*
Kristin Hermiz, admitted *pro hac vice*
Madeline Becker, admitted *pro hac vice*
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9186

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed of record.

_s/ Kristopher E. Koepsel_
Kristopher E. Koepsel
