# EXHIBIT B

**Companion Document to the State's Re-filed Privilege log**

| Individual | Email | Occupation | Role in Litigation |
|---|---|---|---|
| Lynette Jordan | Lynette.Jordan@ag.ok.gov | Assistant Director, Poultry Program, Oklahoma Department of Agriculture, Food, and Forestry (ODAFF) Agricultural Environmental Management Services (AEMS) | State Fact Witness, ODAFF Assistant Director |
| Teena Gunter | Teena.gunter@ag.ok.gov | Director, Poultry Program, Oklahoma Department of Agriculture, Food, and Forestry (ODAFF) Agricultural Environmental Management Services (AEMS); General Counsel, Oklahoma Department of Agriculture, Food, and Forestry (ODAFF) | ODAFF Program Director; Attorney, ODAFF General Counsel |
| James Rucker | James.rucker@ag.ok.gov | Deputy General Counsel, Oklahoma Department of Agriculture, Food and Forestry (ODAFF) | Attorney, ODAFF Deputy General Counsel |
| Teresa Martinez | Teresa.martinez@ag.ok.gov | Administrative Programs Officer II, Oklahoma Department of Agriculture, Food, and Forestry (ODAFF) Agricultural Environmental Management Services (AEMS) | ODAFF Administrative Assistant |
| Jennifer Lewis | Jennifer.lewis@oag.ok.gov | Deputy Attorney General, Conservation Unit, Oklahoma Office of the Attorney General | Attorney, Office of the Attorney General of Oklahoma |
| Fred Baker | Fbaker@motleyrice.com | Attorney at Law, Motley Rice LLC | Attorney for the State -- Outside Counsel |
| Madeline Becker | Mbecker@motleyrice.com | Attorney at Law, Motley Rice LLC | Attorney for the State -- Outside Counsel |
| Lynn Shaarda | Lshaarda@motleyrice.com | Paralegal, Motley Rice LLC | Paralegal for the State -- Outside Counsel |

**Companion Document to the State's Re-filed Privilege log**

| Name | Email | Title | Role |
|---|---|---|---|
| Rachel Klink | Rklink@motleyrice.com | Supervisor, Litigation Technology, Motley Rice LLC | Technology Specialist for the State -- Outside Counsel |
| Cindi Solomon | Csolomon@motleyrice.com | Attorney at Law, Motley Rice LLC | Attorney for the State -- Outside Counsel |
| Gentner Drummond | Gentner.drummond@oag.ok.gov | Attorney General for the State of Oklahoma | Attorney General of Oklahoma, Office of the Attorney General for the State of Oklahoma |
| Garry Gaskins | Garry.gaskins@oag.ok.gov | Solicitor General, Office of the Attorney General for the State of Oklahoma | Attorney, Office of the Attorney General of Oklahoma |
| Stephanie Acquario | Stephanie.acquario@oag.ok.gov | Assistant Attorney General, Conservation Unit | Attorney, Office of the Attorney General of the State of Oklahoma |
| M. David Riggs | driggs@riggsabney.com | Shareholder/Attorney, Riggs Abney Neal Turpen Orbison Lewis | Attorney for the State – Outside Counsel |
| Kristopher Koepsel | kkoepsel@riggsabney.com | Shareholder/Attorney, Riggs Abney Neal Turpen Orbison Lewis | Attorney for the State – Outside Counsel |
| Robert Nance | rnance@riggsabney.com | Shareholder/Attorney, Riggs Abney Neal Turpen Orbison Lewis | Attorney for the State – Outside Counsel |
| Louis Bullock | lbullock@bullocklawtulsa.com | Attorney, Bullock Tulsa Law | Attorney for the State—Outside Counsel |
| Drew Edmondson | dedmondson@riggsabney.com | Of Counsel, Riggs Abney Neal Turpen Orbison Lewis | Attorney for the State – Outside Counsel |
| Keith Smith | Keith.smith@ag.ok.gov | Field Inspector Supervisor, Oklahoma Department of Agriculture, Food and Forestry | ODAFF Field Inspector Supervisor, on Lynette Jordan's staff |
| Vicki Bronson[1] | vbronson@cwlaw.com | Attorney, CW Law | Defendant Attorney/Paralegal |

---

[1] The following entries reflect the fact that Privilege Log numbers 64, 57, and 54 are email threads in which Jennifer Lewis, Attorney for the State, forwarded Defendants' notices of subpoena email to Teena Gunter in the thread. Since cells on Excel can only be expanded to the height of 409, all of Defendants' attorneys would not fit in a readable format in the States privilege log. Please note that these individuals are included at the bottom of these email threads in the original email that was forwarded.

**Companion Document to the State's Re-filed Privilege log**

| | | | |
|---|---|---|---|
| Cody Reaves | Cody.reaves@sidley.com | Attorney, Sidley Austin | Defendant Attorney |
| Mark Hopson | mhopson@sidley.com | Attorney, Sidley Ausin | Defendant Attorney |
| Benjamin Mundel | bmundel@sidley.com | Attorney, Sidley Austin | Defendant Attorney |
| Frank Volpe | fvolpe@sidley.com | Attorney, Sidley Austin | Defendant Attorney |
| Robert George | Robert.george@georgesinc.com | Attorney, Georges Inc. | Defendant Attorney |
| John Elrod | jelrod@cwlaw.com | Attorney, CW Law | Defendant Attorney |
| Jacob Bylund | Jacob.bylund@faegredrinker.com | Attorney, Faegre Drinker | Defendant Attorney |
| Scott Mcdaniel | smcdaniel@ok-counsel.com | Attorney, OK Counsel | Defendant Attorney |
| KC Tucker | Kc.tucker@lawgroupnwa.com | Attorney, Law Group NWA | Defendant Attorney |
| John Tucker | jtucker@rhodesokla.com | Attorney, Rhodes Oklahoma | Defendant Attorney |
| Kristy Boehler | Kristy.boehler@lawgroupnwa.com | Attorney, Law Group NWA | Defendant Attorney |
| Christopher Dolan | Chris.dolan@faegredrinker.com | Attorney, Faegre Drinker | Defendant Attorney |
| Robert Redemann | rredemann@pmrlaw.net | Attorney, Perrine, Redemann, Berry, Taylor & Sloan PLLC | Defendant Attorney |
| Robert Sanders | rsanders@youngwells.com | Attorney, Young Wells | Defendant Attorney |
| Gordon Todd | gtodd@sidley.com | Attorney, Sidley Austin | Defendant Attorney |

**Companion Document to the State's Re-filed Privilege log**

| | | | |
|---|---|---|---|
| Jinger Waller | jwaller@ok-counsel.com | Attorney, OK Counsel | Defendant Attorney |
| Adam Deckinger | Adam.deckinger@tyson.com | Attorney, Tyson Foods | Defendant Attorney |
| Bryan Burns | Bryan.burns@tyson.com | Attorney, Tyson Foods | Defendant Attorney |
| Spencer Stuart | Stuart.spencer@tyson.com | Attorney, Tyson Foods | Defendant Attorney |
| Todd Webster | twebster@sidley.com | Attorney, Sidley Austin | Defendant Attorney |
| David Senger | david@cswlawgroup.com | Attorney, CSW Law Group | Defendant Attorney |
| William Perrine | wperrine@pmrlaw.net | Attorney, Perrine, Redemann, Berry, Taylor & Sloan PLLC | Defendant Attorney |
| Aaron Vanoort | Aaron.vanoort@faegredrinker.com | Attorney, Faegre Drinker | Defendant Attorney |
| Bruce Jones | Bruce.jones@faegredrinker.com | Attorney, Faegre Drinker | Defendant Attorney |
| Chris Tucker | chtucker@rhodesokla.com | Attorney, Rhodes Oklahoma Law | Defendant Attorney |
| Delmar Ehrich | Delmar.ehrich@faegrebd.com | Attorney, Faegre Drinker | Defendant Attorney |
| Jeff Justman | Jeff.justman@faegredrinker.com | Attorney, Faegre Drinker | Defendant Attorney |
| Kerry Lewis | klewis@rhodesokla.com | Attorney, Rhodes Oklahoma | Defendant Attorney |
| Mark Collins | mcollins@faegrebd.com | Attorney, Faegre Drinker | Defendant Attorney |
| Theresa hill | thill@rhodesokla.com | Attorney, Rhodes Oklahoma | Defendant Attorney |

**Companion Document to the State's Re-filed Privilege log**

| | | | |
|---|---|---|---|
| Gary Weeks | Gary.weeks@lawgroupnwa.com | Attorney, Law Group NWA | Defendant Attorney |
| Perry Glantz | Perry.glantz@stinson.com | Attorney, Stinson Law | Defendant Attorney |
| George Owens | gwo@owenslawfirmpc.com | Attorney, Owens Law Firm | Defendant Attorney |
| Randall Rose | rer@owernslawfirmpc.com | Attorney, Owens Law Firm | Defendant Attorney |
| Sherry Bartley | sbartley@mwlaw.com | Attorney, MW Law | Defendant Attorney |
| Boeheim Freeman Law | freemanlawtulsa@gmail.com | Law firm email address | Defendant Attorney |
| Steve Williams | Steve.williams@youngwilliams.com | Attorney, Steve Williams | Defendant Attorney |
| Clint Russell | crussell@soonerlaw.com | Attorney, Sooner Law Firm | Defendant Attorney |