## Public National Pollutant Discharge Elimination System (NPDES) Data for Wastewater Treatment Plants in the IRW for the Years 2007 to 2020

| NPDES | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AR0050288 | 0 | 4,320 | 8,057 | 2,195 | 1,572 | 2,633 | 2,009 | 2,283 | 2,949 | 2,981 | Unavailable | Unavailable | Unavailable | 4,609 |
| AR0033910 | 2 | 9 | 13 | 0 | 0 | 0 | 3 | 2 | 9 | 0 | 9 | 22 | 24 | 36 |
| AR0043397 | 13,358 | 21,114 | 5,436 | 5,645 | 4,378 | 3,092 | 5,138 | 3,533 | 4,137 | 3,053 | 4,890 | 3,085 | 4,456 | 4,187 |
| AR0022063 | 10,170 | 18,756 | 17,188 | 10,114 | 15,468 | 14,929 | 9,271 | 10,682 | 10,650 | 9,865 | 11,517 | 11,635 | 14,341 | 13,356 |
| AR0050024 | 0 | 0 | 0 | 143 | 293 | 244 | 370 | 371 | 381 | 377 | 430 | 509 | 824 | 878 |
| AR0022098 | 5,721 | 3,513 | 2,938 | 3,521 | 2,994 | 753 | 419 | 496 | 641 | 570 | 392 | 402 | 434 | 642 |
| AR0020273 | 29,552 | 21,451 | 12,736 | 5,040 | 5,678 | 2,251 | 3,386 | 2,097 | 2,294 | 2,540 | 3,741 | 6,315 | 7,621 | 5,251 |
| AR0020184 | 5,547 | 4,189 | 4,129 | 3,556 | 3,112 | 3,386 | 3,501 | 3,841 | 3,236 | 2,994 | 2,888 | 3,039 | 3,298 | 2,675 |
| AR0035246 | 1,937 | 1,580 | 1,379 | 1,153 | 1,271 | 1,105 | 253 | 596 | 320 | 130 | 37 | 153 | 286 | 372 |
| OK0028126 | 865 | 502 | 558 | 650 | 322 | 231 | 287 | 296 | 268 | 251 | 234 | 311 | 322 | 234 |
| OK0026964 | 2,345 | 3,453 | 4,066 | 3,016 | 1,411 | 1,145 | 916 | 921 | 2,588 | 2,172 | 2,153 | 2,181 | 4,210 | 3,638 |
| OK0030341 | 1,775 | 2,355 | 1,868 | 1,274 | 1,520 | 996 | 1,103 | 4,461 | 3,721 | 2,403 | 494 | 481 | 880 | 540 |
| Annual Total | 71,271 | 81,243 | 58,369 | 36,308 | 38,019 | 30,765 | 26,656 | 29,578 | 31,193 | 27,334 | 26,785 | 28,131 | 36,695 | 36,418 |

PLTF EX

**OKLA_PX_0374**

OKLA_PX_0374 - 001