# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

State of Oklahoma, et al.

                                Plaintiff,

vs.

                                Case Number: 05-cv-329-GKF-SH

Tyson Foods, Inc., et al.

                                Defendants.

## WITNESS LIST FOR EVIDENTIARY HEARING

**SUBMITTED BY ATTORNEY:** Jennifer Lewis, Deputy Attorney General

**PARTY REPRESENTED:** State of Oklahoma, et al.

| No | Name (Do NOT Include Addresses) | Date/Time of Testimony (To Be Completed By Clerk) |
|---|---|---|
| 1 | Edward Fite | 12/3/24: 9:06 am – 12:04 pm; 1:02 – 2:12 pm |
| 2 | Tim Knight | 12/3/24: 2:16 – 2:47 pm |
| 3 | Julie Chambers | 12/3/24: 3:04 – 5:01 pm |
| 4 | Lance Phillips | 12/4/24: 9:28 – 10:53 am |
| 5 | Shanon Phillips | 12/4/24: 11:08 am – 12:03 pm; 1:08 – 4:47 pm<br>12/5/24: 9:10 – 9:52 am |
| 6 | Gregory Scott | 12/5/24: 9:53 – 11:41 am |
| 7 | Lynnette Jordan | 12/5/24: 12:43 – 2:59 pm |
| 8 | Katie Mendoza | |

Submit to Courtroom Deputy (Do NOT File)

Witness List for Trial/Hearing CV-15A (6/2014)