# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

State of Oklahoma, et al.

                          Plaintiff(s),      Case Number: 05-cv-00329-GKF-SH

vs.

Tyson Foods, Inc., et al.

                          Defendant(s).

## WITNESS LIST FOR EVIDENTIARY HEARING

**SUBMITTED BY ATTORNEY:** Gordon D. Todd

**PARTY REPRESENTED:** Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb-Vantress, Inc.

| No | Name (Do NOT Include Addresses) | Date/Time of Testimony (To Be Completed By Clerk) |
|---|---|---|
|  | John Connolly | 12/6/24: 9:23 am – 12:13 pm; 1:16 – 2:26 pm |
|  | Todd C. McDonnell | 12/17/24: 9:26 am – 12:00 pm |
|  | Nigel Pickering |  |
|  | Dimitrios Vlassopoulos | 12/16/24: 9:10 – 11:08 am |
|  | Patrick Fisk | 12/16/24: 11:09 am – 12:02 pm; 1:07 – 2:45 pm |
|  | Tim Alsup | 12/17/24: 9:14 – 9:25 am |
|  | Eric Bailey |  |
|  | Kevin Doyle |  |
|  | Teena Gunter |  |
|  | Matt Lawson |  |
|  | Jerri Mitchell |  |
|  | Bob Norvell |  |
|  | Oklahoma Dept. of Agriculture, Food, and Forestry Records Custodian |  |
|  | Shanon Phillips |  |
|  | Brent Russell |  |
|  | Rusty Sikes |  |
|  | Charlie Solomon |  |
|  | Rick Stubblefield | 12/16/24: 2:56 – 3:58 pm |

Submit to Courtroom Deputy (Do NOT File)