IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 05-cv-329-GKF-SH |
| | ) |
| TYSON FOODS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION REGARDING KATIE MENDOZA'S OFFER OF PROOF**

The State of Oklahoma ("the State") and Defendants, hereinafter collectively referred to as "the Parties," hereby submit this Joint Stipulation regarding the State's expert witness, Katie Mendoza.

The Parties agree that the State's expert report of Katie Mendoza, attached hereto as Exhibit 1, shall be accepted by the Court as the State's evidentiary proffer as to what Ms. Mendoza would have opined had she been allowed to testify at the evidentiary hearing.

The Parties agree that Defendants and Defendants' experts will not testify, rely upon, or otherwise attempt to introduce into evidence or elicit testimony regarding the Upper Illinois River Watershed ("UIRW") model, otherwise known as the Arkansas SWAT model, or the Arkansas Department of Agriculture, Upper Illinois River Watershed Management Plan, dated October 2024.

The Parties further agree that the National Pollutant Discharge Elimination System (NPDES) data for the years 2007 to 2020, attached hereto as Exhibit 2, shall constitute Ms. Mendoza's testimony regarding wastewater treatment plants in the Illinois River Watershed and shall be admitted into evidence without objection.



EXHIBIT
COURT
A
05-CV-329-GKFSH

# EXHIBIT 2

Public National Pollutant Discharge Elimination System (NPDES) data for wastewater treatment plants in the IRW for the years 2007 to 2020

| NPDES | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|
| AR0050288 | 0 | 4,320 | 8,057 | 2,195 | 1,572 | 2,195 | 2,009 |
| AR0033910 | 2 | 9 | 13 | 0 | 0 | 0 | 3 |
| AR0043397 | 13,358 | 21,114 | 3,302 | 5,645 | 4,378 | 4,334 | 5,138 |
| AR0022063 | 10,170 | 18,756 | 17,188 | 10,114 | 15,468 | 30,669 | 9,271 |
| AR0050024 | 0 | 0 | 0 | 143 | 293 | 2,669 | 370 |
| AR0022098 | 5,721 | 3,513 | 2,938 | 3,521 | 1,262 | 141 | 0 |
| AR0020273 | 29,552 | 21,451 | 12,736 | 5,040 | 5,678 | 3,613 | 3,386 |
| AR0020184 | 5,547 | 4,189 | 4,129 | 3,556 | 3,112 | 4,368 | 3,501 |
| AR0035246 | 1,937 | 1,580 | 1,379 | 1,153 | 1,271 | 141 | 253 |
| OK0028126 | 865 | 502 | 558 | 650 | 322 | 168 | 287 |
| OK0026964 | 2,345 | 3,453 | 4,066 | 3,016 | 1,411 | 10,677 | 916 |
| OK0030341 | 1,775 | 2,355 | 1,868 | 1,274 | 1,520 | 162 | 1,103 |
| Annual Total | 71,271 | 81,243 | 56,235 | 36,308 | 36,288 | 59,137 | 26,236 |

| NPDES | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|
| AR0050288 | 2,283 | 2,949 | 2,981 | 0 | 0 | 0 | 4,609 |
| AR0033910 | 2 | 9 | 0 | 9 | 22 | 24 | 36 |
| AR0043397 | 3,533 | 4,137 | 3,053 | 4,890 | 3,085 | 4,456 | 4,187 |
| AR0022063 | 10,682 | 10,650 | 9,865 | 11,517 | 11,635 | 14,341 | 13,356 |
| AR0050024 | 371 | 381 | 377 | 430 | 509 | 824 | 878 |
| AR0022098 | 0 | 641 | 570 | 392 | 402 | 434 | 642 |
| AR0020273 | 2,097 | 2,294 | 2,540 | 3,741 | 6,315 | 7,621 | 5,251 |
| AR0020184 | 3,841 | 3,236 | 2,994 | 2,888 | 3,039 | 3,298 | 2,675 |
| AR0035246 | 596 | 320 | 130 | 37 | 153 | 286 | 372 |
| OK0028126 | 296 | 268 | 251 | 234 | 311 | 322 | 234 |
| OK0026964 | 921 | 2,588 | 2,172 | 2,153 | 2,181 | 4,210 | 3,638 |
| OK0030341 | 2,865 | 3,721 | 2,403 | 494 | 481 | 880 | 540 |
| Annual Total | 27,487 | 31,193 | 27,334 | 26,785 | 28,131 | 36,695 | 36,418 |