IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Case No. 05-cv-329-GKF-SH |
| | ) |
| TYSON FOODS, INC., *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

THE STATE OF OKLAHOMA'S MOTION TO STRIKE
"DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY,"
OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE
A SUBSTANTIVE RESPONSE TO DEFENDANTS' FILING

The State of Oklahoma ("the State") respectfully moves this Court for an order striking Defendants' Joint Notice of Supplemental Authority (Doc. No. 3153) for failing to comply with LCvR 7-1(f). In the alternative, the State respectfully moves this Court for leave to file a substantive response to Defendants' filing.

On March 13, 2025, Defendants filed a brief attaching *City and County of San Francisco v. EPA*, No. 23-753 (U.S. Mar. 4, 2025). Defendants' filing not only identifies the proposition to which Defendants contend *City of San Francisco* is purportedly relevant, but also contains significant argument. Defendants' filing thus constitutes a supplemental brief. LCvR 7-1(f) states that "[s]upplemental briefs are not encouraged *and may be filed only upon motion and leave of Court*." (Emphasis added.) As Defendants did not seek, and were not granted, leave to file their supplemental brief, it should be stricken.

Should the Court deny the State's motion to strike, the State should be granted leave to file the attached substantive response to Defendants' filing, which explains why *City and County of San Francisco* is not relevant to the issues before the Court. *See* Exhibit 1.

March 19, 2025

Respectfully Submitted,

s/ *Gentner Drummond*
GENTNER DRUMMOND, OBA #16645
  *Attorney General*
GARRY M. GASKINS, II, OBA #20212
  *Solicitor General*
JENNIFER L. LEWIS, OBA #32819
  *Deputy Attorney General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Direct: (405) 521-3921
gentner.drummond@oag.ok.gov

M. David Riggs, OBA, #7583
Kristopher E. Koepsel, OBA #19147
Riggs, Abney, Neal, Turpen, Orbison & Lewis
502 West 6th Street
Tulsa, OK 74119
(918) 587-3161

Robert A. Nance, OBA #6581
W.A. Drew Edmondson, OBA #2628
Riggs, Abney, Neal, Turpen, Orbison & Lewis
528 N.W. 12th Street
Oklahoma City, OK 73103
(405) 843-9909

Louis W. Bullock, OBA #1305
Bullock Law Firm PLLC
110 W. 7th Street
Tulsa, OK 74119
(918) 584-2001

Frederick C. Baker, admitted *pro hac vice*
Cynthia Solomon, admitted *pro hac vice*
Kristin Hermiz, admitted *pro hac vice*
Madeline Becker, admitted *pro hac vice*
Motley Rice LLC

28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9186

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed of record.

s/ *Gentner Drummond*
GENTNER DRUMMOND
