# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA *ex rel.* GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma and OKLAHOMA SECRETARY OF ENERGY AND ENVIRONMENT JEFF STARLING in his capacity as the TRUSTEE FOR NATURAL RESOURCES FOR THE STATE OF OKLAHOMA,<br><br>      Plaintiffs,<br><br>v.<br><br>TYSON FOODS, INC.,<br>TYSON POULTRY, INC.,<br>TYSON CHICKEN, INC.,<br>COBB-VANTRESS, INC.,<br>CAL-MAINE FOODS, INC.,<br>CARGILL, INC.,<br>CARGILL TURKEY PRODUCTION, LLC,<br>GEORGE'S, INC.,<br>GEORGE'S FARMS, INC.,<br>PETERSON FARMS, INC., and<br>SIMMONS FOODS, INC.,<br><br>      Defendants. | Case No. 05-CV-00329-GKF-SH |

## **ORDER**

Having found in favor of plaintiff State of Oklahoma *ex rel.* Gentner Drummond, in his capacity as Attorney General of the State of Oklahoma, and Oklahoma Secretary of Energy and Environment Jeff Starling, in his capacity as the Trustee for Natural Resources for the State of Oklahoma, on the State's claims of statutory public nuisance, federal common law nuisance, trespass, and violations of Okla. Stat. tit. 27A, § 2-6-105 and Okla. Stat. tit. 2, § 2-18.1, and, further, having concluded that the State satisfied its burden to show that conditions have not


materially changed in the Illinois River Watershed following trial, the court enters the following deadlines:

| | |
|---|---|
| Plaintiff's Proposed Final Judgment & Brief in Support: | July 9, 2025 |
| Defendant's Combined Response to Proposed Final Judgment[1]: | July 30, 2025 |
| Plaintiff's Reply Brief: | August 11, 2025 |

IT IS SO ORDERED this 18th day of June, 2025.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE

---

[1] Defendants shall, collectively, file one document in response to plaintiff's proposed final judgment.