# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TYSON FOODS, INC., *et al.*, )<br>)<br>Defendants. ) | Case No. 05-cv-329-GKF-SH |

## [Proposed] FINAL JUDGMENT

Consistent with the accompanying memorandum opinion, it is hereby:

**DECLARED** that Defendants' contribution to phosphorous loading in the Illinois River Watershed was a nuisance in violation of 50 Okla. Stat. §§ 1–2 and federal common law; constituted a trespass in violation of Oklahoma common law; and caused pollution of the waters of the State of Oklahoma in violation of 27A Okla. Stat. § 2-6-105 and 2 Okla. Stat. § 2-18.1.

All relief not granted here is denied. The clerk of court is directed to enter this document on the docket as a final judgment.

Dated: August ___, 2025

_____
Gregory K. Frizzell
United States District Court Judge