# EXHIBIT 3

Case 4:05-cv-00329-GKF-SH     Document 3164-3 Filed in USDC ND/OK on 07/30/25     Page 1 of 2

| | |
|---|---|
| **From:** | Jennifer Lewis |
| **To:** | Todd, Gordon D.; Hopson, Mark D.; Mundel, Benjamin; Volpe, Frank R.; "Vicki Bronson"; Robert George; "John Elrod"; "Bylund, Jacob D."; smcdaniel@ok-counsel.com; "kc.tucker"; "John Tucker"; kristy.boehler; "rredemann@pmrlaw.net" |
| **Cc:** | Gentner Drummond; Garry Gaskins; Baker, Fred; Hermiz, Kristen M.; Solomon, Cindi; Becker, Madeline; Kristopher E. Koepsel; M. David Riggs; Robert A. Nance; Louis Bullock |
| **Subject:** | [EXTERNAL] State v. Tyson et al. - Oklahoma Secretary of Energy and Environment request to withdraw |
| **Date:** | Monday, July 7, 2025 12:09:19 PM |

**CAUTION (O365):** This email originated from outside of George's network. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

The Oklahoma Secretary of Energy and Environment, Jeffrey F. Starling, has requested that the State of Oklahoma withdraw him as a relator in the case *State of Oklahoma v. Tyson Foods, Inc., et al.* On behalf of Oklahoma Attorney General Drummond, I write to ask if Defendants will consent to this withdrawal, and if not, to schedule a meet and confer to discuss the reasons for Defendants' refusal to consent. I look forward to hearing from you at your earliest convenience.

Thank you,

Jennifer L. Lewis
Deputy Attorney General
Conservation Unit
Oklahoma Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
(405) 522-3109
jennifer.lewis@oag.ok.gov