IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, et al. | PLAINTIFFS |
| VS.  CASE NO. 05-cv-329-GKF-SH | |
| TYSON FOODS, INC., et al. | DEFENDANT |

### MOTION OF JEREMY JACKSON, JERRY MOYER AND THE ARKANSAS FARM BUREAU FEDERATION FOR LEAVE TO FILE AMICUS BRIEF

Come Jeremy Jackson ("Jackson"), Jerry Moyer ("Moyer"), and the Arkansas Farm Bureau Federation ("ArFB"), and for their motion for leave to file a brief as *amicus curiae* in response to the State of Oklahoma's Proposed Final Judgment ("Proposed Final Judgment") (Doc. 3163-1), state as follows:

1. Jackson and Moyer are Arkansas poultry producers whose farms are located in the Illinois River Watershed. Jackson's farming operation is contracted with Defendant Simmons Foods. Moyer's farming operation is contracted with Tyson Foods.

2. ARFB is a not-for-profit corporation organized under the laws of the State of Arkansas. ARFB's members are seventy-six county Farm Bureaus in the State of Arkansas and, by affiliation, in excess of 225,000 member families. The individual members include poultry producers, cattle producers, row-crop farmers, persons engaged in agri-business, and many others who have an interest in agriculture.

3. In 2008, ArFB sought to file an *amicus* brief (Doc. 1545), which the State of Oklahoma opposed. (Doc. 1572). The Court ultimately denied ArFB's request along with the requests of various other agricultural organizations. (Doc. 1698) However, the posture of the case as it applies to Arkansas poultry producers who are not parties before the Court has changed. As the proposed

1

*amicus* brief demonstrates, poultry producers are directly and negatively affected by the Proposed Final Judgment.

4. ArFB and individual poultry producers such as Jackson and Moyer have continued to be focused on developments in this case. After reading the Proposed Final Judgment, ArFB, Jackson and Moyer determined that the Proposed Final Judgment would be so harmful to ArFB's poultry producer members and to Jackson and Moyer that they must take action and inform the Court of its devasting impact.

5. In its Opinion and Order denying ArFB's 2008 motion for leave to file an *amicus* brief, the Court noted that "[p]articipation as an amicus to brief and argue as a friend of the court is a privilege within the sound discretion of the court, depending upon a finding that the proffered information of the amicus is timely, useful, or otherwise necessary to the administration of justice." (Doc. 1698, p. 2 (citing *United States v. Michigan*, 940 F.2d 143, 165 (6th Cir. 1991)). Jackson, Moyer and ArFB respectfully submit that their proposed *amicus* brief meets that standard. The Proposed Final Judgment is under consideration by the Court, the perspectives offered in the proposed brief are useful to the Court's analysis, and the arguments submitted are not made by other parties, particularly as to their effect on Arkansas poultry producers.

6. In denying ArFB's 2008 motion along with the motions of others who sought to file briefs as *amici*, the Court stated four reasons for the denial of the motion. (Doc. 1698, pp. 2-3)

7. In regard to the Court's finding that "the poultry integrator defendants are represented competently by lawyers who have thoroughly and extensively briefed the relevant issues," these *amici* believe that continues to be the case, but as their proposed brief indicates, the integrator defendants do not represent the interests of Arkansas poultry producers and not espouse their particular concerns.

8. Concerning whether the proposed *amici* "contend they presently have interests in other pending cases that may be affected by the decision here," movants acknowledge that there are no other pending cases against them or ArFB's members. This is because, as noted in their proposed brief, Jackson and Moyer are in compliance with Arkansas law and regulations concerning nutrient management and their handling of poultry letter. However, the Proposed Final Judgment will place them in legal jeopardy. They seek to file their *amicus* brief to avoid that jeopardy and the harm it will bring.

9. Regarding the Court's third reason in the May 5, 2008 Opinion and Order, these proposed *amici* have information that is unique to Arkansas poultry producers that will be helpful to the Court beyond the assistance that lawyers for the existing parties and the three permitted *amici* are able to provide. Arkansas producers are not Oklahoma producers and are therefore subject to different laws, regulations, and approved nutrient management plans. Neither the State of Arkansas, the Oklahoma Farm Bureau, Inc., nor Poultry Partners, Inc., who were permitted *amici* listed in the Opinion and Order, present the information and perspectives in the proposed *amicus* brief. Moreover, the issues addressed in the Proposed Final Judgment have not, to movants' knowledge, been addressed by any *amici*, much less Arkansas poultry producers.

10. Finally, in regard to the Court's concern in the 2008 Opinion and Order that allowing the previous *amicus* brief "would require the State to expend additional resources to file responses, although the issues have been fully briefed by the parties and three permitted amici," the proposed *amicus* brief is narrow and focused on the Proposed Final Judgment, and the issues related to the perspective of Arkansas poultry producers have neither been fully briefed by the parties nor addressed by any other *amici*.

11. Movants' proposed *amicus* brief is attached hereto as Exhibit "1".

WHEREFORE, Jeremy Jackson, Jerry Moyer, and the Arkansas Farm Bureau Federation move the Court for leave to file their *amicus* brief.

Dated: August 6, 2025.

                                                Respectfully submitted,

WILLIAM A. WADDELL JR.
ARK. BAR ID NO. 84154
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 370-1510
Fax: (501) 244-5342
waddell@fridayfirm.com

And

/s/ Joseph R. Farris
JOSEPH R. FARRIS, OBA #2835
FRANDEN FARRIS QUILLIN
GOODNIGHT ROBERTS + WARD
2 W 2nd St Ste 900
Tulsa, Oklahoma 74103-3115
Telephone: (918) 583-7129
jfarris@tulsalawyer.com

## CERTIFICATE OF SERVICE

I certify that on the 6th day of August, I electronically transmitted the above and foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Gentner F. Dummond<br>Attorney General | gentner.drummond@oag.ok.gov |
| Garry M. Gaskins, II<br>Solicitor General | garry.gaskins@oag.ok.gov |
| | |
| Melvin David Riggs | driggs@riggsabney.com |
| Joseph P. Lennart | jlennart@riggsabney.com |
| Sharon K. Weaver | sweaver@riggsabney.com |
| Robert Allen Nance | rnance@riggsabney.com |

| | |
|---|---|
| Dorothy Sharon Gentry<br>Riggs Abney Neal Turpen<br>  Orbison & Lewis, P.C. | sgentry@riggsabney.com |
| | |
| David P. Page<br>ENVIRONMENTAL ENERGY &<br>  NATURAL RESOURCES ADV., PLLC<br>2210 E. 39th Street<br>Tulsa, OK  74105 | dpage@eenr-advocates.com |
| | |
| Louis W. Bullock<br>BULLOCK, BULLOCK AND BLAKEMORE, PLLC | lbullock@bullock-blakemore.com |
| | |
| William H. Narwold | bnarwold@motleyrice.com |
| Frederick C. Baker | fbaker@motleyrice.com |
| Lee M. Heath | lheath@motleyrice.com |
| Fidelma L. Fitzpatrick | ffitzpatrick@motleyrice.com |
| Mathew P. Jasinski | mjasinki@motleyrice.com |
| Kristen M. Hermiz | khermis@motleyrice.com |
| *(admitted pro hac vice)* | |
| Cynthia Anne Solomon | csolomon@motleyrice.com |
| *(admitted pro hac vice)*<br>MOTLEY RICE LLC<br>**COUNSEL FOR PLAINTIFFS** | |

A. Diane Hammons                                diane-hammons@cherokee.org
Attorney General, Cherokee Nation
Sara E. Hill                                    sara-hill@cherokee.org
**COUNSEL FOR INTERVENER, CHEROKEE NATION**

| | |
|---|---|
| Stephen L. Jantzen | sjantzen@ryanwhaley.com |
| Paula M. Buchwald | pbuchwald@ryanwhaley.com |
| Patrick Michael Ryan | pryan@ryanwhaley.com |
| Ryan, Whaley & Coldiron, P.C. | |
| | |
| Mark D. Hopson | mhpson@sidley.com |
| Timothy K. Webster | kwebster@sidley.com |
| Gordon D. Todd | gtodd@sidley.com |
| Cara R. Viglucci Lopez | cvigluccilopez@sidley.com |
| Sidley Austin LLP | |
| | |
| L Bryan Burns | bryan.burns@tyson.com |

**COUNSEL FOR TYSON FOODS, INC., TYSON POULTRY, INC., TYSON CHICKEN, INC.; AND COBB-VANTRESS, INC.**

R. Thomas Lay                                   rtl@kiralaw.com
Kerr, Irvine, Rhodes & Ables

5

| | |
|---|---|
| Jennifer S. Griffin<br>Lathrop & Gage, L.C.<br>**COUNSEL FOR WILLOW BROOK FOODS, IN.C** | jgriffin@lathropgage.com |
| Robert P. Redemann<br>William D. Perrine<br>Lawrence W. Zeringue<br>David C. Senger<br>Perrine McGivern Redemann<br>  Reid Berry & Taylor, PLLC | rredemann@pmrlaw.net<br>wperrine@pmrlaw.net<br>lzeringue@pmrlaw.net<br>dsenger@pmrlaw.net |
| Robert E. Sanders<br>E. Stephen Williams<br>**COUNSEL FOR CAL-MAINE FOODS, INC.** | rsanders@youngwilliams.com<br>steve.williams@youngwilliams.com |
| George W. Owens<br>Randall E. Rose<br>The Owens Law Firm, P.C. | gwo@owenslawfirmpc.com<br>rer@owenslawfirmpc.com |
| Gary V. Weeks<br>K. C. Dupps Tucker<br>Kristy E. Boehler<br>*(pending admission pro hac vice)*<br>The Law Group of Northwest Arkansas | gweeks@bassettlawfirm.com<br>kctucker@bassettlawfirm.com<br>kristy.boehler@lawgroupnwa.com |
| Robert George<br>George's, Inc. | Robert.george@georgesinc.com |
| Clinton Russell<br>Taylor Foster Mallett Downs Ramsey & Russell<br>**COUNSEL FOR GEORGE'S INC. AND GEORGE'S FARMS, INC.** | crussell@soonerlaw.com |
| John R. Elrod<br>Vicki Bronson<br>Bruce W. Freeman<br>P. Joshua Wisley<br>Conner & Winters, LLLP<br>**COUNSEL FOR SIMMONS FOODS, INC.** | jelrod@cwlaw.com<br>vbronson@cwlaw.com<br>bfreeman@cwlaw.com<br>jwisley@cwlaw.com |
| John H. Tucker<br>Colin H. Tucker<br>Theresa N. Hill<br>RHODES HIERONYMUS JONES TUCKER & GABLE | jtucker@rhodesokla.com<br>chtucker@rhodesokla.com<br>thill@rhodesokla.com |
| Jacob D. Bylund<br>(admitted pro hac vice) | Jacob.bylund@faegredrinker.com |

6

| | |
|---|---|
| Delmar R. Ehrich | delmar.ehrich@faegredrinker.com |
| (admitted pro hac vice) | |
| Bruce Jones | bruce.jones@faegredrinker.com |
| (admitted pro hac vice) | |
| Jeffrey P. Justman | jeff.justman@faegredrinker.com |
| (admitted pro hac vice) | |
| Aaron D. Van Oort | aaron.vanoort@faegredrinker.com |
| (admitted pro hac vice) | |

Faegre Drinker Biddle & Reach LLP
**COUNSEL FOR CARGILL, INC. AND CARGILL TURKEY PRODUCTION, LLC**

| | |
|---|---|
| A. Scott McDaniel | smcdaniel@ok-counsel.com |
| Philip D. Hixon | phixon@mhla-law.com |

McDaniel Acord, PLLC

Sherry P. Bartley                                    sbartley@mwsgw.com
Mitchell Williams Selig Gates & Woodyard
**COUNSEL FOR PETERSON FARMS, INC.**

| | |
|---|---|
| Michael D. Graves | mgraves@hallestill.com |
| Dale Kenyon Williams, Jr. | kwilliams@hallestill.com |

**COUNSEL FOR CERTAIN POULTRY GROWERS**

Ronald L. Walker                                    walker@wwhwlaw.com
**COUNSEL FOR THIRD-PARTY DEFENDANTS,**
**KERMIT AND KATHERINE BROWN**

                                        /s/  *Joseph R. Farris*_____