# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA, et al.
                        Plaintiff(s)

vs.   Case Number: 05-cv-329-GKF-SH

TYSON FOODS, et al.
                        Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:
Jeremy Jackson, Jerry Moyer, Arkansas Farm Bureau Federation

August 8, 2025
Date

Type of Appointment: ✔ Retained  ☐ CJA

☐ FPD  ☐ Pro Bono  ☐ Pro Se

Oklahoma State Bar Number (If Applicable)

waddell@fridayfirm.com
e-mail address

Signature

William A. Waddell, Jr.
Print Name

Friday, Eldredge & Clark, LLP
Firm Name

400 West Capitol, Suite 2000
Mailing Address

Little Rock   AR   72201
City   State   Zip Code

(501) 370-1510   (501) 244-5342
Phone Number   Fax Number

# Certificate of Service

I hereby certify that on  08/08/2025   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

See attached certificate of service.

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service     ☐ In Person Delivery

☐ Courier Service         ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_____
Signature

## CERTIFICATE OF SERVICE

I certify that on the 8th day of August, I electronically transmitted the above and foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Gentner F. Dummond<br>Attorney General | gentner.drummond@oag.ok.gov |
| Garry M. Gaskins, II<br>Solicitor General | garry.gaskins@oag.ok.gov |
| Melvin David Riggs | driggs@riggsabney.com |
| Joseph P. Lennart | jlennart@riggsabney.com |
| Sharon K. Weaver | sweaver@riggsabney.com |
| Robert Allen Nance | rnance@riggsabney.com |
| Dorothy Sharon Gentry | sgentry@riggsabney.com |
| Riggs Abney Neal Turpen<br>  Orbison & Lewis, P.C. | |
| David P. Page<br>ENVIRONMENTAL ENERGY &<br>  NATURAL RESOURCES ADV., PLLC<br>2210 E. 39th Street<br>Tulsa, OK  74105 | dpage@eenr-advocates.com |
| Louis W. Bullock<br>BULLOCK, BULLOCK AND BLAKEMORE, PLLC | lbullock@bullock-blakemore.com |
| William H. Narwold | bnarwold@motleyrice.com |
| Frederick C. Baker | fbaker@motleyrice.com |
| Lee M. Heath | lheath@motleyrice.com |
| Fidelma L. Fitzpatrick | ffitzpatrick@motleyrice.com |
| Mathew P. Jasinski | mjasinki@motleyrice.com |
| Kristen M. Hermiz | khermis@motleyrice.com |
| *(admitted pro hac vice)* | |
| Cynthia Anne Solomon | csolomon@motleyrice.com |
| *(admitted pro hac vice)* | |
| MOTLEY RICE LLC | |

**COUNSEL FOR PLAINTIFFS**

| | |
|---|---|
| A. Diane Hammons<br>Attorney General, Cherokee Nation | diane-hammons@cherokee.org |
| Sara E. Hill | sara-hill@cherokee.org |

**COUNSEL FOR INTERVENER, CHEROKEE NATION**

| | |
|---|---|
| Stephen L. Jantzen | sjantzen@ryanwhaley.com |
| Paula M. Buchwald | pbuchwald@ryanwhaley.com |

| | |
|---|---|
| Patrick Michael Ryan<br>Ryan, Whaley & Coldiron, P.C. | pryan@ryanwhaley.com |
| | |
| Mark D. Hopson<br>Timothy K. Webster<br>Gordon D. Todd<br>Cara R. Viglucci Lopez<br>Sidley Austin LLP | mhpson@sidley.com<br>kwebster@sidley.com<br>gtodd@sidley.com<br>cvigluccilopez@sidley.com |
| | |
| L Bryan Burns<br>**COUNSEL FOR TYSON FOODS, INC., TYSON POULTRY, INC., TYSON CHICKEN, INC.; AND COBB-VANTRESS, INC.** | bryan.burns@tyson.com |
| | |
| R. Thomas Lay<br>Kerr, Irvine, Rhodes & Ables | rtl@kiralaw.com |
| | |
| Jennifer S. Griffin<br>Lathrop & Gage, L.C.<br>**COUNSEL FOR WILLOW BROOK FOODS, IN.C** | jgriffin@lathropgage.com |
| | |
| Robert P. Redemann<br>William D. Perrine<br>Lawrence W. Zeringue<br>David C. Senger<br>Perrine McGivern Redemann<br>  Reid Berry & Taylor, PLLC | rredemann@pmrlaw.net<br>wperrine@pmrlaw.net<br>lzeringue@pmrlaw.net<br>dsenger@pmrlaw.net |
| | |
| Robert E. Sanders<br>E. Stephen Williams<br>**COUNSEL FOR CAL-MAINE FOODS, INC.** | rsanders@youngwilliams.com<br>steve.williams@youngwilliams.com |
| | |
| George W. Owens<br>Randall E. Rose<br>The Owens Law Firm, P.C. | gwo@owenslawfirmpc.com<br>rer@owenslawfirmpc.com |
| | |
| Gary V. Weeks<br>K. C. Dupps Tucker<br>Kristy E. Boehler<br>*(pending admission pro hac vice)*<br>The Law Group of Northwest Arkansas | gweeks@bassettlawfirm.com<br>kctucker@bassettlawfirm.com<br>kristy.boehler@lawgroupnwa.com |
| | |
| Robert George<br>George's, Inc. | Robert.george@georgesinc.com |
| | |
| Clinton Russell<br>Taylor Foster Mallett Downs Ramsey & Russell | crussell@soonerlaw.com |

**COUNSEL FOR GEORGE'S INC. AND GEORGE'S FARMS, INC.**

| | |
|---|---|
| John R. Elrod | jelrod@cwlaw.com |
| Vicki Bronson | vbronson@cwlaw.com |
| Bruce W. Freeman | bfreeman@cwlaw.com |
| P. Joshua Wisley | jwisley@cwlaw.com |
| Conner & Winters, LLLP | |

**COUNSEL FOR SIMMONS FOODS, INC.**

| | |
|---|---|
| John H. Tucker | jtucker@rhodesokla.com |
| Colin H. Tucker | chtucker@rhodesokla.com |
| Theresa N. Hill | thill@rhodesokla.com |
| RHODES HIERONYMUS JONES TUCKER & GABLE | |

| | |
|---|---|
| Jacob D. Bylund | Jacob.bylund@faegredrinker.com |
| (admitted pro hac vice) | |
| Delmar R. Ehrich | delmar.ehrich@faegredrinker.com |
| (admitted pro hac vice) | |
| Bruce Jones | bruce.jones@faegredrinker.com |
| (admitted pro hac vice) | |
| Jeffrey P. Justman | jeff.justman@faegredrinker.com |
| (admitted pro hac vice) | |
| Aaron D. Van Oort | aaron.vanoort@faegredrinker.com |
| (admitted pro hac vice) | |
| Faegre Drinker Biddle & Reach LLP | |

**COUNSEL FOR CARGILL, INC. AND CARGILL TURKEY PRODUCTION, LLC**

| | |
|---|---|
| A. Scott McDaniel | smcdaniel@ok-counsel.com |
| Philip D. Hixon | phixon@mhla-law.com |
| McDaniel Acord, PLLC | |

| | |
|---|---|
| Sherry P. Bartley | sbartley@mwsgw.com |
| Mitchell Williams Selig Gates & Woodyard | |

**COUNSEL FOR PETERSON FARMS, INC.**

| | |
|---|---|
| Michael D. Graves | mgraves@hallestill.com |
| Dale Kenyon Williams, Jr. | kwilliams@hallestill.com |

**COUNSEL FOR CERTAIN POULTRY GROWERS**

| | |
|---|---|
| Ronald L. Walker | walker@wwhwlaw.com |

**COUNSEL FOR THIRD-PARTY DEFENDANTS, KERMIT AND KATHERINE BROWN**

*/s/ William A. Waddell, Jr.*
William A. Waddell, Jr.