UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, et al.,<br><br>vs.<br><br>TYSON FOODS, INC., et al., | Plaintiff,<br><br><br><br>Defendant. | Case No.: 4:05-cv-00329 |

## DISCLOSURE STATEMENT

**"PARTY" DEFINED:** Within this form, the terms "party" and "parties" refer to any party, intervenor, or proposed intervenor to this action.

Pursuant to Fed. R. Civ. P. 7.1 and LCvR7.1-1:
ARKANSAS FARM BUREAU FEDERATION

_____
*[enter name of party on the line above]*

who is a (check one)   ☐ PLAINTIFF   ☐ DEFENDANT   ☒ OTHER: AMICUS CURIAE

in this action, makes the following disclosures:

**INSTRUCTIONS:**
1. Determine which part(s) of the form apply:
   - Part I is applicable in <u>diversity cases only</u> and must be completed by all parties.
   - Part II is applicable in all cases and must be completed by all nongovernmental parties that are not natural persons.
   - Part III is applicable in all cases and must be completed by all nongovernmental parties.
2. Check the applicable box or boxes, and fully provide any required information.
3. Attach separate pages as necessary to fully provide required information.

### PART I:   CITIZENSHIP   (diversity cases **only**)

☐ This party is an individual who is a citizen of the state of _____.

☐ This party is a corporation incorporated in _____ and with a principal place of business in _____.

☐ This party is a noncorporate entity (e.g., an unincorporated association, a sole proprietorship, a limited liability company, a joint venture, a general partnership, a limited partnership, a limited liability partnership, a business trust).

> If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship. If any member is itself a noncorporate entity, the citizenship for each sub-member of the noncorporate entity member must be provided as well.

☐ This party is a traditional trust.

If yes, identify each trustee and each trustee's state of citizenship. If any trustee is a noncorporate entity, the citizenship for each member of the noncorporate entity trustee must be provided as well.

## PART II:   NONGOVERNMENTAL ENTITY DISCLOSURES   (all cases)

☒ This party is not publicly held and has no parents/subsidiaries, or any other ownership/relationships described below.

☐ This party is publicly held.

☐ This party has one or more parent entities.

    If yes, identify all parent entities, including grandparent and great-grandparent entities.

☐ This party has one or more subsidiaries.

    If yes, identify all subsidiaries.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners.

☐ This party is a trade association.

    If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

## PART III:   OTHER INTERESTED PERSONS AND ENTITIES   (all cases)

☐ Another person, corporation, or noncorporate entity related to the party—**not already identified through other answers**—has a direct financial interest in the outcome of the litigation.

    If yes, identify all persons, corporations, or noncorporate entities and the nature of their interest. If the interested entity is a noncorporate entity (e.g., an unincorporated association, a sole proprietorship, a limited liability company, a joint venture, a general partnership, a limited partnership, a limited liability partnership, a business trust), identify the nature of the entity, each member of the entity with a direct financial interest in the outcome of the litigation, and the nature of each member's interest.

☒ There are no known interested persons, corporations, or noncorporate entities with a direct financial interest in the outcome of the litigation other than those participating in the case.

**Any additional pertinent information should also be provided on attached page(s).**

DATED this __8th__ day of __August__, __2025__.

Signature: _[signature]_
Printed Name: WILLIAM A. WADDELL, JR.
Bar Number: ARKANSAS 84154
Firm Name: FRIDAY, ELDREDGE & CLARK, LLP
Address: 400 West Capitol, Suite 2000
City, State, Zip Code: Little Rock, AR 72201
Phone/Fax: 501-370-1510 / 501-244-5342 (fax)
Email Address: waddell@fridayfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on _____August 8, 2025_____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

See attached certificate of service

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service   ☐ In Person Delivery
☐ Courier Service       ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_[signature]_
Signature

## CERTIFICATE OF SERVICE

     I certify that on the 8th day of August, I electronically transmitted the above and foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Gentner F. Dummond  
Attorney General                                             gentner.drummond@oag.ok.gov  
Garry M. Gaskins, II  
Solicitor General                                               garry.gaskins@oag.ok.gov

Melvin David Riggs                              driggs@riggsabney.com  
Joseph P. Lennart                                jlennart@riggsabney.com  
Sharon K. Weaver                               sweaver@riggsabney.com  
Robert Allen Nance                              rnance@riggsabney.com  
Dorothy Sharon Gentry                       sgentry@riggsabney.com  
Riggs Abney Neal Turpen  
  Orbison & Lewis, P.C.

David P. Page                                            dpage@eenr-advocates.com  
ENVIRONMENTAL ENERGY &  
  NATURAL RESOURCES ADV., PLLC  
2210 E. 39th Street  
Tulsa, OK 74105

Louis W. Bullock                                  lbullock@bullock-blakemore.com  
BULLOCK, BULLOCK AND BLAKEMORE, PLLC

William H. Narwold                          bnarwold@motleyrice.com  
Frederick C. Baker                            fbaker@motleyrice.com  
Lee M. Heath                                       lheath@motleyrice.com  
Fidelma L. Fitzpatrick                     ffitzpatrick@motleyrice.com  
Mathew P. Jasinski                           mjasinki@motleyrice.com  
Kristen M. Hermiz                            khermis@motleyrice.com  
*(admitted pro hac vice)*  
Cynthia Anne Solomon                  csolomon@motleyrice.com  
*(admitted pro hac vice)*  
MOTLEY RICE LLC  
**COUNSEL FOR PLAINTIFFS**

A. Diane Hammons                          diane-hammons@cherokee.org  
Attorney General, Cherokee Nation  
Sara E. Hill                                            sara-hill@cherokee.org  
**COUNSEL FOR INTERVENER, CHEROKEE NATION**

Stephen L. Jantzen                           sjantzen@ryanwhaley.com  
Paula M. Buchwald                         pbuchwald@ryanwhaley.com

Patrick Michael Ryan  pryan@ryanwhaley.com
Ryan, Whaley & Coldiron, P.C.

Mark D. Hopson  mhpson@sidley.com
Timothy K. Webster  kwebster@sidley.com
Gordon D. Todd  gtodd@sidley.com
Cara R. Viglucci Lopez  cvigluccilopez@sidley.com
Sidley Austin LLP

L Bryan Burns  bryan.burns@tyson.com
**COUNSEL FOR TYSON FOODS, INC., TYSON POULTRY, INC., TYSON CHICKEN, INC.; AND COBB-VANTRESS, INC.**

R. Thomas Lay  rtl@kiralaw.com
Kerr, Irvine, Rhodes & Ables

Jennifer S. Griffin  jgriffin@lathropgage.com
Lathrop & Gage, L.C.
**COUNSEL FOR WILLOW BROOK FOODS, IN.C**

Robert P. Redemann  rredemann@pmrlaw.net
William D. Perrine  wperrine@pmrlaw.net
Lawrence W. Zeringue  lzeringue@pmrlaw.net
David C. Senger  dsenger@pmrlaw.net
Perrine McGivern Redemann
   Reid Berry & Taylor, PLLC

Robert E. Sanders  rsanders@youngwilliams.com
E. Stephen Williams  steve.williams@youngwilliams.com
**COUNSEL FOR CAL-MAINE FOODS, INC.**

George W. Owens  gwo@owenslawfirmpc.com
Randall E. Rose  rer@owenslawfirmpc.com
The Owens Law Firm, P.C.

Gary V. Weeks  gweeks@bassettlawfirm.com
K. C. Dupps Tucker  kctucker@bassettlawfirm.com
Kristy E. Boehler  kristy.boehler@lawgroupnwa.com
*(pending admission pro hac vice)*
The Law Group of Northwest Arkansas

Robert George  Robert.george@georgesinc.com
George's, Inc.

Clinton Russell  crussell@soonerlaw.com
Taylor Foster Mallett Downs Ramsey & Russell

**COUNSEL FOR GEORGE'S INC. AND GEORGE'S FARMS, INC.**

| | |
|---|---|
| John R. Elrod | jelrod@cwlaw.com |
| Vicki Bronson | vbronson@cwlaw.com |
| Bruce W. Freeman | bfreeman@cwlaw.com |
| P. Joshua Wisley | jwisley@cwlaw.com |
| Conner & Winters, LLLP | |

**COUNSEL FOR SIMMONS FOODS, INC.**

| | |
|---|---|
| John H. Tucker | jtucker@rhodesokla.com |
| Colin H. Tucker | chtucker@rhodesokla.com |
| Theresa N. Hill | thill@rhodesokla.com |
| RHODES HIERONYMUS JONES TUCKER & GABLE | |

| | |
|---|---|
| Jacob D. Bylund (admitted pro hac vice) | Jacob.bylund@faegredrinker.com |
| Delmar R. Ehrich (admitted pro hac vice) | delmar.ehrich@faegredrinker.com |
| Bruce Jones (admitted pro hac vice) | bruce.jones@faegredrinker.com |
| Jeffrey P. Justman (admitted pro hac vice) | jeff.justman@faegredrinker.com |
| Aaron D. Van Oort (admitted pro hac vice) | aaron.vanoort@faegredrinker.com |
| Faegre Drinker Biddle & Reach LLP | |

**COUNSEL FOR CARGILL, INC. AND CARGILL TURKEY PRODUCTION, LLC**

| | |
|---|---|
| A. Scott McDaniel | smcdaniel@ok-counsel.com |
| Philip D. Hixon | phixon@mhla-law.com |
| McDaniel Acord, PLLC | |

| | |
|---|---|
| Sherry P. Bartley | sbartley@mwsgw.com |
| Mitchell Williams Selig Gates & Woodyard | |

**COUNSEL FOR PETERSON FARMS, INC.**

| | |
|---|---|
| Michael D. Graves | mgraves@hallestill.com |
| Dale Kenyon Williams, Jr. | kwilliams@hallestill.com |

**COUNSEL FOR CERTAIN POULTRY GROWERS**

| | |
|---|---|
| Ronald L. Walker | walker@wwhwlaw.com |

**COUNSEL FOR THIRD-PARTY DEFENDANTS, KERMIT AND KATHERINE BROWN**

*/s/ William A. Waddell, Jr.*
William A. Waddell, Jr.