# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA ex rel.
GENTNER DRUMMOND, et al.,
　　　　　　Plaintiff(s)

vs.　　　　　　　　　　　　　　　　　　　　　Case Number: 05-cv-329-GKF-SH

TYSON FOODS, INC., et al.,
　　　　　　Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

J. Kevin Stitt, Govenor of the State of Oklahoma, as the Chief Executive of the State of Oklahoma.

---

October 17, 2025
Date

Type of Appointment:　[✔] Retained　[ ] CJA
　　　　　　　　　　　[ ] FPD　[ ] Pro Bono　[ ] Pro Se

13200
Oklahoma State Bar Number (If Applicable)

boconnor@hallestill.com
e-mail address

s/William W. O'Connor
Signature

William W. O'Connor
Print Name

Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
Firm Name

521 East Second Street, Suite 1200
Mailing Address

Tulsa　　　　　　　　　　　OK　　74120
City　　　　　　　　　　　State　Zip Code

(918) 594-0400　　　　　(918) 594-0505
Phone Number　　　　　　Fax Number

## Certificate of Service

I hereby certify that on  10/17/2025  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

all counsel of record via CM/ECF

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service        ☐ In Person Delivery

☐ Courier Service            ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

s/William W. O'Connor
Signature