IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA ex. rel.<br>GENTNER DRUMMOND, in his capacity as<br>Attorney General of the State of Oklahoma and<br>OKLAHOMA SECRETARY OF ENERGY AND<br>ENVIRONMENT JEFF STARLING<br>in his capacity as the TRUSTEE FOR<br>NATURAL RESOURCES FOR THE STATE<br>OF OKLAHOMA,<br><br>               Plaintiffs,<br><br>v.<br><br>TYSON FOODS, INC., *et al.*,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 05-cv-329-GKF-SH |

**ORDER**

Before the court is the Motion for Substitution of Counsel [Doc. #3176] of plaintiff Oklahoma Secretary of Energy and Environment Jeff Starling, in his capacity as the Trustee for Natural Resources for the State of Oklahoma. The Secretary requests that his counsel of record be withdrawn and substituted by outside counsel.

The Secretary states that his participation as a plaintiff in this action is no longer necessary, as his involvement in this matter is solely related to the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) claim this court previously dismissed.

The Secretary reports he has asked the Attorney General to seek his dismissal from the case, but the Attorney General declined. Insofar at the Secretary properly remains as party plaintiff to the CERCLA natural resources claim through a possible appeal, he remains a necessary party plaintiff. In the event the Secretary and the Attorney General disagree on

whether to appeal, the Secretary may at that time seek substitution of counsel from the appropriate court.

Insofar as the Attorney General has prevailed on claims he brought in this action (see the court's Findings of Fact and Conclusions of Law), he alone possesses the statutory authority to prosecute those claims. *See* 74 Okla. Stat. § 18b(A)(3). Moreover, the Attorney General has broad authority to settle, compromise or dispose of an action in which he represents the interests of the State. *See* 74 Okla. Stat. §18b(A)(12).

The Secretary raises for the first time in his reply authority pertaining to the Governor's attempted appointment of the Secretary's outside counsel, to which the Attorney General has not had an opportunity to respond. The court therefore declines to address that new argument.

WHEREFORE, the Motion for Substitution of Counsel [Doc. #3176] of plaintiff Oklahoma Secretary of Energy and Environment Jeff Starling, in his capacity as the Trustee for Natural Resources for the State of Oklahoma, is denied.

IT IS SO ORDERED this 16th day of December, 2025.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE