## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA *ex rel.* GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma and OKLAHOMA SECRETARY OF ENERGY AND ENVIRONMENT JEFF STARLING in his capacity as the TRUSTEE FOR NATURAL RESOURCES FOR THE STATE OF OKLAHOMA, <br><br> Plaintiffs, <br><br> v. <br><br> TYSON FOODS, INC., <br> TYSON POULTRY, INC., <br> TYSON CHICKEN, INC., <br> COBB-VANTRESS, INC., <br> CAL-MAINE FOODS, INC., <br> CARGILL, INC., <br> CARGILL TURKEY PRODUCTION, LLC, <br> GEORGE'S, INC., <br> GEORGE'S FARMS, INC., <br> PETERSON FARMS, INC., and <br> SIMMONS FOODS, INC., <br><br> Defendants. | Case No. 05-CV-00329-GKF-SH |

## **ORDER**

This matter comes before the court on defendants' Motion to Accelerate Plaintiffs' Deadline to Respond to Motion for Stay Pending Appeal [Doc. 3205]. Defendants ask that the court direct the State to respond to defendants' Motion for Stay Pending Appeal [Doc. 3203; Doc. 3204] on or before January 6, 2026, and that the court rule on the motion no later than January 9, 2026.

Having reviewed the briefs, defendants have failed to show that a January 6 response deadline is necessary. Rather, it appears to the court that the requested deadline would not provide the State sufficient time in which to prepare a response.

WHEREFORE, defendants' Motion to Accelerate Plaintiffs' Deadline to Respond to Motion for Stay Pending Appeal [Doc. 3205] is granted in part and denied in part. The motion is granted insofar that it requests that the court expedite the State's response deadline. The State shall respond to defendants' Motion for Stay Pending Appeal [Doc. 3203; Doc. 3204] on or before **January 12, 2026**. The motion is otherwise denied.

IT IS SO ORDERED this 30th day of December, 2025.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE