# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| State of Oklahoma, et al.,    ) | |
|                               ) | |
|         Plaintiffs,           ) | **Case No.: 4:05-cv-00329-GKF-SH** |
|                               ) | |
| v.                            ) | |
|                               ) | |
| Tyson Foods, Inc., et al.,    ) | |
|                               ) | |
|         Defendants.           ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Defendant, Cargill, Inc. and Defendant/Third Party Plaintiff, Cargill Turkey Production, L.L.C. ("Cargill"), respectfully requests that this Court enter an Order allowing the withdrawal of Bruce Jones as counsel of record for the Cargill Defendants. In support of this Motion, the Cargill Defendants state as follows:

1. Bruce Jones of Faegre Drinker Biddle & Reath LLP, was admitted to practice via pro hac vice for Cargill Defendants in this matter in 2006.

2. Bruce Jones will no longer be employed with Faegre Drinker Biddle & Reath LLP and is entering retirement status as of December 31, 2025.

3. Bruces Jones will no longer be representing the Cargill Defendants herein.

4. The Cargill Defendants are aware of this Motion and have no objection to Bruce Jones withdrawing as one of their counsel in this matter.

5. Bruce Jones's withdrawal as one of their counsel for the Cargill Defendants in this matter will not affect any existing or future deadlines or hearings.

6.  Accordingly, Cargill Defendants hereby request that Bruce Jones be allowed to withdraw as one of the counsel of record for the Cargill Defendants.

7.  Cargill Defendants will continue to be represented by counsel John H. Tucker, Colin H. Tucker and Theresa Noble Hill of the law firm of Rhodes, Hieronymus, Jones, Tucker & Gable, PLLC, and Aaron Van Oort, Christopher H. Dolan, Jeffrey Justman, Amy Waite and Jacob Bylund of the law firm of Faegre Drinker Biddle & Reath LLP.

WHEREFORE, Cargill Defendants respectfully request that this Court enter an Order allowing and recognizing the withdrawal of Bruce Jones as counsel of record for the Cargill Defendants, and relieving Bruce Jones of any further obligation to represent Cargill in this matter.

Respectfully Submitted,

*s/ Aaron D. Van Oort*
Aaron D. Van Oort (admitted *pro hac vice*)
Christopher H. Dolan (admitted *pro hac vice*)
Jeffrey P. Justman (admitted *pro hac vice*)
Amy Waite (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Well Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Phone: (612) 766-7000
aaron.vanoort.jones@faegredrinker.com
chris.dolan@faegredrinker.com
jeff.justman@faegredrinker.com
amy.waite@faegredrinker.com

Jacob D. Bylund (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Phone: (515) 248-9000
jacob.bylund@faegredrinker.com

and

3

John H. Tucker (OBA 9110)
Colin Hampton Tucker (OBA 16325)
Theresa Noble Hill (OBA 19119)
RHODES HIERONYMUS JONES TUCKER
  & GABLE PLLC
Two W. 2nd Street, Suite 1000
P.O. BOX 21100
TULSA, OK 74121-1100
Phone: (918) 582-1173
Jtuckercourts@rhodesokla.com
chtucker@rhodesokla.com
klewis@rhodesokla.com
thill@rhodesokla.com

**ATTORNEYS FOR CARGILL INCORPORATED AND CARGILL TURKEY PRODUCTION, LLC**