UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

January 02, 2026

Jane K. Castro
Chief Deputy Clerk

Jacob Daniel Bylund
Faegre Drinker Biddle & Reath
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309

Melissa C. Collins
Faegre Drinker Biddle & Reath
1144 15th Street, Suite 3400
Denver, CO 80202

Christopher Harold Dolan
Bruce Gregory Jones
Jeffrey Justman
Randall E. Kahnke
Aaron Daniel Van Oort
Faegre Drinker Biddle & Reath
Wells Fargo Center
90 South 7th Street, Suite 2200
Minneapolis, MN 55402

Theresa N. Hill
Kerry R. Lewis
Colin H. Tucker
John H. Tucker
Rhodes, Hieronymus, Jones, Tucker & Gable
P.O. Box 21100
2 West Second Street, Suite 1000
Tulsa, OK 74121-1100

Amy Waite
Faegre Drinker Biddle Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204

**RE:**     **26-5001, State of Oklahoma, et al v. Cargill, Inc., et al, et al**
        Dist/Ag docket: 4:05-CV-00329-GKF-SH

Dear Counsel:

Your appeal has been docketed, and the appeal number is above.

**Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**In addition, all counselled entities** that are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement must do so **within 14 days of the date of this letter**. All parties must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements. All parties required to file a disclosure statement must do so even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Frederick C. Baker
Madeline Becker
Kristy Boehler
Vicki D. Bronson
Louis W. Bullock
L. Bryan Burns

Gerard Michael D'Emilio
Adam Deckinger
W.A. Drew Edmondson
John Russell Elrod
P. Clayton Eubanks
Fidelma L. Fitzpatrick
Bruce Wayne Freeman
Garry Michael Gaskins II
Dorothy Sharon Gentry
Robert W George
Perry L. Glantz
Thomas C. Green
Kristen Hermiz
Mark D. Hopson
Tim Jones
Kristopher Edward Koepsel
Jennifer L. Lewis
Archer Scott McDaniel
Benjamin M. Mundel
Robert A. Nance
William H. Narwold
Jonathan D. Orent
George W. Owens
William David Perrine
Robert Paul Redemann
Melvin David Riggs
Randall E. Rose
Michael G. Rousseau
Clinton D. Russell
Robert Sanders
Cynthia Solomon
Stuart Larson Spencer
Amy Melissa Stipe
Gordon D. Todd
KC Dupps Tucker
Frank Robert Volpe
Timothy Kenly Webster
Gary Vincent Weeks
Edwin Stephen Williams


CMW/art

# Denise Ambrosio

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Friday, January 2, 2026 1:31 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | Re-send: 26-5001 State of Oklahoma, et al v. Cargill, Inc., et al, et al "Civil case docketed" (4:05-CV-00329-GKF-SH) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Amended 01/02/2026 12:30:51: Notice of Docket Activity**

The following transaction was entered on 01/02/2026 at 11:56:18 AM Mountain Standard Time and filed on 01/02/2026

| | |
|---|---|
| **Case Name:** | State of Oklahoma, et al v. Cargill, Inc., et al, et al |
| **Case Number:** | [26-5001](#) |
| **Document(s):** | [Docket Entry #1](#) |

**Docket Text:**
[11243896] Civil case docketed. Preliminary record filed. DATE RECEIVED: 12/31/2025. Notice of appearance, Docketing statement, Disclosure statement, and Transcript order form due 01/16/2026 for Cargill Turkey Production, LLC and Cargill, Inc. Notice of appearance due on 01/16/2026 for Gentner Drummond and Jeff Starling. [26-5001]--[Edited 01/02/2026 by ART to attach corrected case opening letter]

**Notice will be electronically mailed to:**

Frederick C. Baker: fbaker@motleyrice.com
Madeline Becker: mbecker@motleyrice.com
Kristy Boehler: kristy.boehler@lawgroupnwa.com
Ms. Vicki D. Bronson: vbronson@cwlaw.com, vmorgan@cwlaw.com, lphillips@cwlaw.com
Mr. Louis W. Bullock: lbullock@bullocklawtulsa.com, lbullock@bullocklawtulsa.com, pbullock@bullocklawtulsa.com, bdejong@bullocklawtulsa.com
L. Bryan Burns: bryan.burns@tyson.com
Jacob Daniel Bylund: jacob.bylund@faegredrinker.com
Melissa C. Collins: mcollins@faegre.com
Gerard Michael D'Emilio: gdemilio@gablelaw.com, showard@gablelaw.com, tcalvin@gablelaw.com

Adam Deckinger: adam.deckinger@tyson.com
Christopher Harold Dolan: cdolan@faegre.com
Mr. W.A. Drew Edmondson, Attorney General: drew.edmondson@oag.ok.gov
Mr. John Russell Elrod: jelrod@cwlaw.com
Mr. P. Clayton Eubanks: clayton.eubanks@oag.ok.gov, fc.docket@oag.state.ok.us, clayton.eubanks@oag.ok.gov
Fidelma L. Fitzpatrick: ffitzpatrick@motleyrice.com
Mr. Bruce Wayne Freeman: bfreeman@cwlaw.com, astall@cwlaw.com
Mr. Garry Michael Gaskins, II: gmg@drumlaw.com, maranda.spears@oag.ok.gov
Dorothy Sharon Gentry, Attorney: sgentry@riggsabney.com, dstevenson@riggsabney.com, creimann@riggsabney.com
Robert W George: george@georgesinc.com
Mr. Perry L. Glantz: perry.glantz@stinson.com
Thomas C. Green: tcgreen@sidley.com
Kristen Hermiz: khermiz@motleyrice.com
Ms. Theresa N. Hill: thill@rhodesokla.com, dupshaw@rhodesokla.com
Mr. Mark D. Hopson: mhopson@sidley.com
Mr. Bruce Gregory Jones: bruce.jones@faegredrinker.com, jen.veldhuizen@faegredrinker.com
Tim Jones: Tim_Jones@tyson.com
Jeffrey Justman: jeff.justman@faegredrinker.com, kristen.mcgrew@faegredrinker.com
Randall E. Kahnke: randall.kahnke@faegredrinker.com
Mr. Kristopher Edward Koepsel: kkoepsel@riggsabney.com
Ms. Jennifer L. Lewis: jennifer.lewis@oag.ok.gov, maranda.spears@oag.ok.gov, docket@oag.ok.gov
Mr. Kerry R. Lewis: klewis@rhodesokla.com, nstrackbein@rhodesokla.com
Mr. Archer Scott McDaniel: smcdaniel@ok-counsel.com, jwaller@ok-counsel.com, rarmstrong@ok-counsel.com
Benjamin M. Mundel: bmundel@sidley.com
Mr. Robert A. Nance: rnance@riggsabney.com, melder@riggsabney.com, swilliams@riggsabney.com
Mr. William H. Narwold: bnarwold@motleyrice.com
Jonathan D. Orent: jorent@motleyrice.com
Mr. George W. Owens: gwo@owenslawfirmpc.com
Mr. William David Perrine: wperrine@pmrlaw.net, kcharters@pmrlaw.net
Mr. Robert Paul Redemann: rredemann@pmrlaw.net, kcharters@pmrlaw.net
Mr. Melvin David Riggs: driggs@riggsabney.com
Mr. Randall E. Rose: rer@owenslawfirmpc.com
Michael G. Rousseau: mrousseau@motleyrice.com
Mr. Clinton D. Russell: crussell@soonerlaw.com, ktaylor@soonerlaw.com
Mr. Robert Sanders: rsanders@youngwells.com
Cynthia Solomon: csolomon@motleyrice.com
Stuart Larson Spencer: stuart.spencer@tyson.com
Amy Melissa Stipe: astipe@gablelaw.com
Mr. Gordon D. Todd: gtodd@sidley.com, dcefilingnotice@sidley.com, gordon-todd-4571@ecf.pacerpro.com
Mr. Colin H. Tucker: chtucker@rhodesokla.com, scottom@rhodesokla.com
Mr. John H. Tucker: jtucker@rhodesokla.com, mhales@rhodesokla.com
KC Dupps Tucker: kctucker@bassettlawfirm.com, kc.tucker@lawgroupnwa.com
Mr. Aaron Daniel Van Oort: aaron.vanoort@faegredrinker.com
Mr. Frank Robert Volpe: fvolpe@sidley.com, dcefilingnotice@sidley.com, frank-volpe-

5388@ecf.pacerpro.com
Amy Waite: amy.waite@faegredrinker.com
Mr. Timothy Kenly Webster: twebster@sidley.com, dcefilingnotice@sidley.com, timothy-webster-9380@ecf.pacerpro.com
Gary Vincent Weeks: gweeks@bassettlawfirm.com, gary.weeks@lawgroupnwa.com
Edwin Stephen Williams: steve.williams@youngwilliams.com


The following document(s) are associated with this transaction:
**Document Description:** Preliminary Record
**Original Filename:** Cargill Inc. et al Appeal 2.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=01/02/2026] [FileNumber=11243896-0]
[8b9c7777b10a0e0199d4bdddc14267d8ee4ad575e5aa28627db38fd1e37c9a8ec41abd5d1fb06264e18d2f84f3be937557f05af6b33e21aff4c75915305771c5]]

**Document Description:** General Docket Letter - Counsel - Civil
**Original Filename:** K:\Clerk\265001_11243896_277CORRECTED.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=01/02/2026] [FileNumber=11243896-1]
[301bc7862ebc3a265dbf07eaf4268c6f683c288398602cf47e010eeb212f2db2b59102594cb8a12da2ab1c7ccf704915677c8ac0bcecfdc2f4b398351fe6823d]]