UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, ET AL., | | |
| | *Plaintiffs*, | |
| v. | | Case No. 4:05-CV-00329-GKF-SH |
| TYSON FOODS, INC. ET AL., | | |
| | *Defendants.* | |

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiffs, the State of Oklahoma ("State") and the Oklahoma Secretary of Energy and Environment, in his capacity as trustee for natural resources for the State of Oklahoma ("Secretary," and collectively with the State, "Plaintiffs") and Defendants George's, Inc. and George's Farms, Inc. (collectively "George's" and together with the Plaintiffs, the "Parties to Settlement") move this Court to approve and enter judgment consistent with the attached Consent Judgment. *See* Exhibit 1.

Pursuant to Federal Rule of Civil Procedure 60(b), the Parties to Settlement hereby seek relief from the Court's December 19, 2025 Final Judgment as the Parties agree, pursuant to the Consent Judgment, that "the judgment has been . . . released." Fed. R. Civ. P. 60(b)(5).

In support, the Parties to Settlement show the Court the following:

1. On January 18, 2023, this Court issued Findings of Fact and Conclusions of Law, finding "in favor of the State and against the Defendants on the State's claims of statutory public nuisance, federal common law nuisance, trespass, for violation of 27A Okla. Stat. § 2-6-105, and for violation of 2 Okla. Stat. § 2-18.1." Doc. 2979 at 213. As part of its Findings of Fact and Conclusions of Law, the Court directed parties to "meet and attempt to reach an agreement with regard to remedies to be imposed in this action." *Id.*

1

2.      In December 2024, the Parties to Settlement and the other Defendants appeared before this Court in a six-day evidentiary hearing. After a review of the evidence presented, the Court entered its Opinion and Order, "fully incorporat[ing]" its January 18, 2023 Findings of Fact and Conclusions of Law, and finding, among other things, that "the conditions of the IRW have not materially changed since trial . . . ." Doc. 3161 at 2, 6–7.

3.      On December 19, 2025, this Court entered Final Judgment in favor of the State on the State's claims of statutory public nuisance, federal common law nuisance, trespass, for violation of 27A Okla. Stat. § 2-6-105, and for violation of 2 Okla. Stat. § 2-18.1. *See* Doc. 3192 at 5. Additionally, the Court issued a permanent injunction against all Defendants in this case. *Id.* at 6–7.

4.      Ten days later, on December 29, 2025, George's filed its Notice of Appeal of the Court's Final Judgment to the Tenth Circuit. Doc. 3202.

5.      That same day, George's, jointly with the other Defendants, moved to stay the Judgment pending appeal. Doc. 3203.

6.      In light of the Court's issued opinions, its directives to find remedial solutions, and the newly-lodged appeals to the Tenth Circuit and the associated motion to stay, the Parties to Settlement have agreed to a fair, equitable, and reasonable remedial plan that will promote certainty and stability for the State, George's and George's contract growers moving forward. *See generally* Exhibit 1. The Parties to Settlement agree that, if approved, the attached Consent Judgment supersedes and replaces the Judgment (Doc. No. 3192) entered by the Court on December 19, 2025 as to George's.

7. The Parties to Settlement have negotiated the Consent Judgment in good faith and agree that the Consent Judgment is a fair and reasonable compromise of long-contested issues, and that it is consistent with the public interest.

## CONCLUSION

Pursuant to Federal Rule of Civil Procedure 60(b)(5), for the reasons stated herein, the Parties to Settlement respectfully request this Court enter the attached Consent Judgment.

Respectfully submitted,

*[signature]*

GENTNER DRUMMOND, OBA #16645
 *Attorney General*
GARRY M. GASKINS, II, OBA #20212
 *Solicitor General*
JENNIFER L. LEWIS, OBA #32819
 *Deputy Attorney General*
OFFICE OF ATTORNEY GENERAL
 STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone:   (405) 521-3921
Garry.Gaskins@oag.ok.gov
Jennifer.Lewis@oag.ok.gov

M. David Riggs, OBA #7582
Kristopher E. Koepsel, OBA #19147
Riggs, Abney, Neal, Turpen, Orbison & Lewis
502 West 6th Street
Tulsa, OK 74119
(918) 587-3161

Robert A. Nance, OBA #6581
W.A. Drew Edmondson, OBA #2628
Riggs, Abney, Neal, Turpen, Orbison & Lewis
Oklahoma City, OK 73103
(405) 843-9909

Louis W. Bullock, OBA #1305
Bullock Law Firm PLLC
110 W. 7th Street
Tulsa, OK 74119
(918) 584-2001

Frederick C. Baker, admitted *pro hac vice*
Cynthia Solomon, admitted *pro hac vice*
Kristin Hermiz, admitted *pro hac vice*
Madeline Becker, admitted *pro hac vice*
Motley Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9186

*Counsel for Plaintiffs*

4

George's, Inc. and George's Farms, Inc.

*[signature]*

Robert George, OBA #18562
Georges, Inc.
402 W. Robinson Ave.
Springdale, AR 73764
(479) 927-7249

And

K.C. Dupps Tucker
Kristy Boehler
The Law Group of Northwest Arkansas LLP
1830 Shelby Lane
Fayetteville, AR 72704

And

Perry L. Glantz
Stinson LLP
1144 15th Street, Suite 2400
Denver, CO 80202
(303) 376-8410

And

Clinton Derek Russell
Taylor Foster Law Firm
P.O. Box 309
Claremore, OK 74018
(918) 343-4100

On Behalf of the Defendants,
George's, Inc. and George's Farms, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed of record.

GENTNER DRUMMOND
*Attorney General*