IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 05-cv-329-GKF-SH |
| TYSON FOODS, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' NOTICE OF SPECIAL MASTER NOMINEES**

Pursuant to this Court's final judgment, Defendants hereby file notice of their proposed nominees for special master, Delia Haak, Ed.D., and Leif Jan Kindberg. Defendants conferred with the State in an attempt to agree on a qualified candidate, *see* Judgment § 3(i), but the parties were unable to align on a nominee. The backgrounds and experiences of Defendants' nominees make them well-suited to fulfill the duties of the special master.

Dr. Haak is a public servant with extensive experience with resource management initiatives in the Illinois River Watershed (IRW). She served in the Arkansas House of Representatives from 2020 to 2024, representing part of Benton County and serving on the Agriculture, Forestry and Economic Development Committee. *See* Ex. A, Haak Biography. From 2007 to 2016, Dr. Haak served as Executive Director of the Illinois River Watershed Partnership, where she led the development of the first comprehensive Upper Illinois River Watershed Management Plan approved by EPA Region 6. *See id.* In 2012, Dr. Haak was appointed by President Barack Obama to serve as Federal Chair of the Arkansas–Oklahoma Arkansas River Compact Commission, where she has led efforts between the two states to develop and manage the water resources of the Arkansas River Basin including the Illinois River and its tributaries. *See*

*id.* Dr. Haak earned her Doctorate in Education from the University of Arkansas in 2000, her Master of Business Administration from the University of Arkansas in 1994, and her Bachelor of Science in Business Administration from John Brown University in 1990. *See id.*

Mr. Kindberg is a leader with extensive experience in project management and the implementation of watershed conservation plans. Mr. Kindberg serves as the Executive Director of the Illinois River Watershed Partnership, where he leads one of the nation's most complex interstate nutrient-impaired watershed restoration efforts. *See* Ex. B, Kindberg CV. In this role, he oversees an annual budget of $1 million and a team of 11 staff members to develop and manage restoration partnerships with stakeholders and to facilitate water-quality restoration initiatives, and he works closely with a board of directors that includes voices from all sides of this dispute, including Oklahoma Conservation Commission member (and state expert witness) Shannon Phillips, Grand River Dam Authority member (and state trial witness) Ed Fite, and representatives from Oklahoma Farm Bureau, Arkansas Farm Bureau, the Arkansas Game and Fish Commission, and the Cherokee Nation. *See id.*; *Our Staff and Board of Directors*, Illinois River Watershed Partnership, https://www.irwp.org/staff-and-board (last visited Jan. 20, 2026). Mr. Kindberg previously served as a Deputy Chief at Tetra Tech, Inc., where he oversaw the implementation of a $48 million water resources integration development initiative focused on sustainable water resource management, land use planning, and the implementation of watershed management plans. *See* Ex. B. Prior to that, Mr. Kindberg worked as an associate at Tetra Tech, Inc. in Washington, D.C., where he developed proposals and managed budgets for various U.S. Government programs on water resource management. *See id.* Mr. Kindberg earned his Master of Business Administration from George Washington University in 2008 and his Bachelor of Arts in Political Science from California State University in 2005. *See id.*

Both nominees are well-qualified to serve as special master due to their extensive experience evaluating and implementing remedial measures in the IRW in both Arkansas and Oklahoma. Both candidates have trans-boundary watershed expertise and hands-on experience with remediation solutions and project management, and are therefore particularly prepared to carry out the requirements of this Court's judgment.

January 20, 2026

/s/ *Gordon D. Todd*
Mark D. Hopson
Frank R. Volpe
Gordon D. Todd
Benjamin M. Mundel
Sidley Austin LLP
1501 K Street, NW
Washington, D.C.  20005
(202) 736-8000
(202) 736-8711 (facsimile)
mhopson@sidley.com
fvolpe@sidley.com
gtodd@sidley.com
bmundel@sidley.com

*Attorneys for Tyson Foods, Inc.,
Tyson Poultry, Inc., Tyson Chicken, Inc., and
Cobb-Vantress, Inc.*


/s/ *A. Scott McDaniel*
A. Scott McDaniel, OBA #16460
McDaniel Acord, PLLC
9343 East 95th Court
Tulsa, OK  74133
(918) 382-9200

*Attorney for Tyson Foods, Inc., Tyson Poultry,
Inc., Tyson Chicken, Inc., Cobb-Vantress, Inc.,
and Peterson Farms, Inc.*

Respectfully submitted,

/s/ *John H. Tucker*
John H. Tucker, OBA 9110
Theresa N. Hill, OBA 19119
Colin H. Tucker
Rhodes Hieronymus Jones
  Tucker & Gable
Two W. 2nd Street, Suite 1000
P.O. Box 21100
Tulsa, OK  74121-1100
(918) 582-1173
(918) 592-3390 (facsimile)
jtucker@rhodesokla.com
thill@rhodesokla.com
chtucker@rhodesokla.com

Jacob D. Bylund, admitted *pro hac vice*
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA  50309
Main: (515) 248-9000
jacob.bylund@faegredrinker.com

Aaron D. Van Oort, admitted *pro hac vice*
Christopher H. Dolan, admitted *pro hac vice*
Jeffrey P. Justman, admitted *pro hac vice*
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Well Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Main:  (612) 766-7000
bruce.jones@faegredrinker.com
aaron.vanoort.jones@faegredrinker.com
chris.dolan@faegredrinker.com
jeff.justman@faegredrinker.com

*Attorneys for Cargill, Inc. and Cargill Turkey
Production, LLC*

4

/s/ *John R. Elrod*
John R. Elrod (admitted *pro hac vice*)
Vicki Bronson, OBA 20574
Conner & Winters, P.C.
4375 N. Vantage Drive, Suite 405
Fayetteville, AR  72703
(479) 582-5711
(479) 358-1518 (facsimile)
jelrod@cwlaw.com
vbronson@cwlaw.com

Amy M. Stipe, OBA No. 18361
Gerard M. D'Emilio, OBA No. 33496
GableGotwals
BOK Park Plaza
499 West Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
Telephone: (405) 235-5500
Facsimile: 405-235-2875
astipe@gablelaw.com
gdemilio@gablelaw.com

*Attorneys for Simmons Foods, Inc.*

/s/ *Robert P. Redemann*
Robert P. Redemann, OBA #7454
William D. Perrine, OBA #11955
Perrine, Redemann, Berry,
  Taylor & Frette, PLLC
1800 S. Baltimore Ave., Suite 900
Tulsa, OK 74119
(918) 382-1400
(918) 382-1499 (facsimile)
rredemann@pmrlaw.net
wperrine@pmrlaw.net

Christopher M. Scaperlanda
Justin T. Hiersche
MCAFEE & TAFT P.C.
211 N. Robinson Ave.
Oklahoma City, OK 73102
(405) 552-2356
christopher.scaperlanda@mcafeetaft.com
justin.hiersche@mcafeetaft.com

*Attorneys for Cal-Maine Foods, Inc.*

/s/ *Robert W. George*
Robert W. George, OBA #18652
George's Inc.
402 W. Robinson Avenue
Springdale, AR 72764
(479) 927-7249

K.C. Dupps Tucker
Kristy Boehler
The Law Group of Northwest Arkansas LLP
1830 Shelby Lane
Fayetteville, AR 72704

Perry L. Glantz
Stinson LLP
1144 15th Street, Suite 2400
Denver, CO 80202
(303) 376-8410

Clinton Derek Russell
Taylor Foster Law Firm
P.O. Box 309
Claremore, OK  74018
(918) 343-4100

*Attorneys for George's, Inc.*
*and George's Farms, Inc.*

5

## **CERTIFICATE OF SERVICE**

I certify that on January 20, 2026, I caused this document to be filed with the Clerk of Court through CM/ECF, which will serve copies on all registered counsel.

/s/ *Gordon D. Todd*
Gordon D. Todd
