UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, ET AL., *Plaintiffs,* v. TYSON FOODS, INC. ET AL. *Defendants.* | Case No. 4:05-CV-00329-GKF-SH |

**PLAINTIFFS' NOTICE OF NOMINEES FOR SPECIAL MASTER**

Pursuant to this Court's December 19, 2025 Judgment (Doc. 3192), Plaintiffs, the State of Oklahoma ("State"), ex rel. Gentner Drummond, in his capacity as Attorney General of the State of Oklahoma and the Oklahoma Secretary of Energy and Environment Jeff Starling, in his capacity as trustee for natural resources for the State of Oklahoma hereby notify the Court of the State's nominees for Special Master: (1) Dr. Scott Stoodley; and (2) Dr. Jason Vogel.

In support, the State shows the Court the following:

1. On January 18, 2023, this Court issued Findings of Fact and Conclusions of Law, finding "in favor of the State and against the Defendants on the State's claims of statutory public nuisance, federal common law nuisance, trespass, for violation of 27A Okla. Stat. § 2-6-105, and for violation of 2 Okla. Stat. § 2-18.1." Doc. 2979 at 213. As part of its Findings of Fact and Conclusions of Law, the Court directed parties to "meet and attempt to reach an agreement with regard to remedies to be imposed in this action." *Id*. Further, "[t]he agreed remedies, if any, must be approved by the Court." *Id.*

2. In December of 2024, the Parties appeared before this Court in a six-day evidentiary hearing. After a review of the evidence presented, the Court entered its Opinion and Order, "fully incorporat[ing]" its January 18, 2023 Findings of Fact and Conclusions of Law as "the conditions of the IRW have not materially changed since trial, and the elevated phosphorus concentration

levels have resulted in significant increases in algal biomass in the IRW's rivers and streams, which has impacted the aesthetics of the IRW's rivers and streams." Doc. 3161 at 2, 6–7. As a result, the Court explained, "[i]n light of the ongoing injuries [to the IRW], remedial measures in this case 'will have some effect in the real world.'" *Id.* at 21 (citing *Citizens of Responsible Gov't State Pol. Action Comm. v. Davidson*, 236 F.3d 1174, 1182 (10th Cir. 2000)).

3. On December 19, 2025, this Court entered Final Judgment in favor of the State on the State's claims of statutory public nuisance, federal common law nuisance, trespass, for violation of 27A Okla. Stat. § 2-6-105, and for violation of 2 Okla. Stat. § 2-18.1. *See* Doc. 3192 at 5. Additionally, the Court issued a permanent injunction against all Defendants in this case. *Id.* at 6.

4. As part of its Judgment, the Court ordered a remedial investigation by a Special Master "to assess the status of the Poultry Waste Pollution in the IRW, including but not limited to current practices relating to the disposal of Poultry Waste generated by Defendants' poultry growing operations." Doc. 3192 at 9. The Court will appoint a Special Master "to implement and oversee this judgment." *Id.* at 11. As a result, the Court instructed the parties to "submit two nominees to the court within the thirty-day period." *Id.* at 16.

5. Consistent with the Judgment, the parties met and conferred in good faith to discuss nominees for Special Master, and the parties were unable to reach an agreement. Therefore, the State separately submits its nominees for Special Master.

6. The State nominates Dr. Scott Stoodley and Dr. Jason Vogel as their choices for Special Master, subject to this Court's approval. Dr. Scott Stoodley and Dr. Jason Vogel satisfy all requirements under law to serve as Special Master and would not be subject to disqualification under 28 U.S.C. § 455. Both of the State's nominees have exceptional technical and scientific

2

expertise in the areas of agriculture and water quality. *See* Exhibit 1, Curriculum Vitae of Scott Stoodley and Exhibit 2, Curriculum Vitae of Jason Vogel. Further, both nominees have extensive experience handling large and complex projects and collaborating with others. The Court should accept the State's nominees based on the specialized knowledge and training that they have in areas relevant to overseeing the remediation, watershed monitoring and enforcement, and litter hauling restrictions of the Judgment.

## CONCLUSION

Pursuant to this Court's December 19, 2025 Judgment, for the reasons stated herein, the State respectfully requests this Court appoint Dr. Scott Stoodley or Dr. Jason Vogel as Special Master in this case.

Respectfully submitted,

*s/ Garry M. Gaskins, II*
GENTNER DRUMMOND, OBA #16645
   *Attorney General*
GARRY M. GASKINS, II, OBA #20212
   *Solicitor General*
JENNIFER L. LEWIS, OBA #32819
   *Deputy Attorney General*

OFFICE OF ATTORNEY GENERAL
 STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone:  (405) 521-3921
Garry.Gaskins@oag.ok.gov
Jennifer.Lewis@oag.ok.gov

M. David Riggs, OBA #7582
Kristopher E. Koepsel, OBA #19147
Riggs, Abney, Neal, Turpen, Orbison & Lewis
502 West 6th Street
Tulsa, OK 74119
(918) 587-3161

Robert A. Nance, OBA #6581
W.A. Drew Edmondson, OBA #2628
Riggs, Abney, Neal, Turpen, Orbison & Lewis
Oklahoma City, OK 73103
(405) 843-9909

Louis W. Bullock, OBA #1305
Bullock Law Firm PLLC
110 W. 7th Street
Tulsa, OK 74119
(918) 584-2001

Frederick C. Baker, admitted *pro hac vice*
Cynthia Solomon, admitted *pro hac vice*
Kristin Hermiz, admitted *pro hac vice*
Madeline Becker, admitted *pro hac vice*
Motley Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9186

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed of record.

                                         s/ *Garry M. Gaskins, II*
                                         GARRY M. GASKINS, II
                                         *Solicitor General*