UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

January 23, 2026

Frederick C. Baker  
Madeline Becker  
Kristin Hermiz  
Cynthia Solomon  
Motley Rice  
28 Bridgeside Boulevard  
Mount Pleasant, SC 29464

Louis W. Bullock  
Bullock Law Firm  
1393 East 26 Place  
Tulsa, OK 74114

Gentner F Drummond  
Garry Michael Gaskins II  
Drummond Law  
320 South Boulder Avenue, Suite 300  
Tulsa, OK 74119

W.A. Drew Edmondson  
P. Clayton Eubanks  
Jennifer L. Lewis  
Office of the Attorney General for the State of Oklahoma  
313 NE 21st Street  
Oklahoma City, OK 73105

Fidelma L. Fitzpatrick  
Michael G. Rousseau  
Jonathan D. Orent  
Motley Rice  
321 South Main Street  
Providence, RI 02940

Dorothy Sharon Gentry  
Robert A. Nance  
Riggs Abney Law Firm  
528 NW 12th Street

Oklahoma City, OK 73103

Kristopher Edward Koepsel
Melvin David Riggs
Riggs, Abney, Neal, Turpen, Orbison & Lewis
502 West 6th Street
Tulsa, OK 74119-1010

William H. Narwold
Motley Rice
20 Church Street
17th Floor
Hartford, CT 06103

**RE:** 26-5010, State of Oklahoma, et al v. Tyson Foods, Inc., et al
Dist/Ag docket: 4:05-CV-00329-GKF-SH

Dear Counsel:

Your appeal has been docketed, and the appeal number is above.

**Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**In addition, all counselled entities** that are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement must do so **within 14 days of the date of this letter**. All parties must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements. All parties required to file a disclosure statement must do so even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

**Also within 14 days**, Appellees' counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

This is a cross-appeal. The appeal and cross-appeal are briefed together. The party who filed the first notice of appeal, or the plaintiff if notices were filed on the same day, is the appellant for briefing purposes. See Fed. R. App. P. 28.1(b).

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:  Kristy Boehler
Vicki D. Bronson
L. Bryan Burns
Jacob Daniel Bylund
Melissa C. Collins
Gerard Michael D'Emilio
Adam Deckinger
Christopher Harold Dolan
John Russell Elrod
Bruce Wayne Freeman
Robert W George
Perry Glantz
Thomas C. Green
Justin T. Hiersche
Theresa N. Hill
Mark D. Hopson
Tim Jones
Jeffrey Justman
Randall E. Kahnke
Kerry R. Lewis
Archer Scott McDaniel
Benjamin M. Mundel
George W. Owens
William David Perrine
Robert Paul Redemann
Randall E. Rose
Clinton D. Russell
Chris M. Scaperlanda
Stuart Larson Spencer
Amy Melissa Stipe

Gordon D. Todd
Colin H. Tucker
John H. Tucker
KC Dupps Tucker
Aaron Daniel Van Oort
Frank Robert Volpe
Amy Waite
Timothy Kenly Webster
Gary Vincent Weeks
Edwin Stephen Williams

CMW/djd

**Aimee Nance**

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Friday, January 23, 2026 9:20 AM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 26-5010 State of Oklahoma, et al v. Tyson Foods, Inc., et al "Civil case docketed" (4:05-CV-00329-GKF-SH) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 01/23/2026 at 8:12:01 AM Mountain Standard Time and filed on 01/23/2026

| | |
|---|---|
| **Case Name:** | State of Oklahoma, et al v. Tyson Foods, Inc., et al |
| **Case Number:** | 26-5010 |
| **Document(s):** | Docket Entry #1 |

**Docket Text:**
[11250024] Civil case docketed. Preliminary record filed. DATE RECEIVED: 01/22/2026 Docketing statement, transcript order form, and notice of appearance due 02/06/2026 for Gentner Drummond and Jeff Starling. Disclosure statements and entries of appearance due on 02/06/2026 for Cal-Maine Foods, Inc., Cargill Turkey Production, LLC, Cargill, Inc., Cobb-Vantress, Inc., George's Farms, Inc., George's, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Tyson Chicken, Inc., Tyson Foods, Inc. and Tyson Poultry, Inc. [26-5010]

**Notice will be electronically mailed to:**

Frederick C. Baker: fbaker@motleyrice.com, mcarr@motleyrice.com, mbecker@motleyrice.com
Madeline Becker: mbecker@motleyrice.com
Kristy Boehler: kristy.boehler@lawgroupnwa.com
Ms. Vicki D. Bronson: vbronson@cwlaw.com, cmaxwell@cwlaw.com
Mr. Louis W. Bullock: lbullock@bullocklawtulsa.com, lbullock@bullocklawtulsa.com, pbullock@bullocklawtulsa.com, bdejong@bullocklawtulsa.com
L. Bryan Burns: bryan.burns@tyson.com
Jacob Daniel Bylund: jacob.bylund@faegredrinker.com
Melissa C. Collins: mcollins@faegre.com

Gerard Michael D'Emilio: gdemilio@gablelaw.com, showard@gablelaw.com, tcalvin@gablelaw.com
Adam Deckinger: adam.deckinger@tyson.com
Christopher Harold Dolan: cdolan@faegre.com
Gentner F Drummond: gentner.drummond@oag.ok.gov, docket@oag.ok.gov
Mr. W.A. Drew Edmondson: drew.edmondson@oag.ok.gov
Mr. John Russell Elrod: jelrod@cwlaw.com
Mr. P. Clayton Eubanks: clayton.eubanks@oag.ok.gov, fc.docket@oag.state.ok.us, clayton.eubanks@oag.ok.gov
Fidelma L. Fitzpatrick: ffitzpatrick@motleyrice.com
Mr. Bruce Wayne Freeman: bfreeman@cwlaw.com, astall@cwlaw.com
Mr. Garry Michael Gaskins, II: garry.gaskins@oag.ok.gov, maranda.spears@oag.ok.gov, gmg@drumlaw.com
Dorothy Sharon Gentry, Attorney: sgentry@riggsabney.com, dstevenson@riggsabney.com, creimann@riggsabney.com
Robert W George: george@georgesinc.com
Mr. Perry Glantz: perry.glantz@stinson.com, den.lssteam@stinson.com
Thomas C. Green: tcgreen@sidley.com
Kristen Hermiz: khermiz@motleyrice.com
Mr. Justin T. Hiersche: justin@hlfokc.com, courtney@hlfokc.com
Ms. Theresa N. Hill: thill@rhodesokla.com, dupshaw@rhodesokla.com
Mr. Mark D. Hopson: mhopson@sidley.com
Tim Jones: Tim_Jones@tyson.com
Jeffrey Justman: jeff.justman@faegredrinker.com, kristen.mcgrew@faegredrinker.com
Randall E. Kahnke: randall.kahnke@faegredrinker.com
Mr. Kristopher Edward Koepsel: kkoepsel@riggsabney.com, baustin@riggsabney.com
Ms. Jennifer L. Lewis: jennifer.lewis@oag.ok.gov, maranda.spears@oag.ok.gov, docket@oag.ok.gov
Mr. Kerry R. Lewis: klewis@rhodesokla.com, nstrackbein@rhodesokla.com
Mr. Archer Scott McDaniel: smcdaniel@ok-counsel.com, jwaller@ok-counsel.com
Benjamin M. Mundel: bmundel@sidley.com
Mr. Robert A. Nance: rnance@riggsabney.com, melder@riggsabney.com, swilliams@riggsabney.com
Mr. William H. Narwold: bnarwold@motleyrice.com
Jonathan D. Orent: jorent@motleyrice.com
Mr. George W. Owens: gwo@owenslawfirmpc.com
Mr. William David Perrine: wperrine@pmrlaw.net, kcharters@pmrlaw.net
Mr. Robert Paul Redemann: rredemann@pmrlaw.net, kcharters@pmrlaw.net
Mr. Melvin David Riggs: driggs@riggsabney.com
Mr. Randall E. Rose: rer@owenslawfirmpc.com
Michael G. Rousseau: mrousseau@motleyrice.com
Mr. Clinton D. Russell: crussell@soonerlaw.com, ktaylor@soonerlaw.com
Mr. Chris M. Scaperlanda: chris.scaperlanda@mcafeetaft.com
Cynthia Solomon: csolomon@motleyrice.com
Stuart Larson Spencer: stuart.spencer@tyson.com
Amy Melissa Stipe: astipe@gablelaw.com
Mr. Gordon D. Todd: gtodd@sidley.com, dcefilingnotice@sidley.com, gordon-todd-4571@ecf.pacerpro.com
Mr. Colin H. Tucker: chtucker@rhodesokla.com, scottom@rhodesokla.com
Mr. John H. Tucker: jtucker@rhodesokla.com, mhales@rhodesokla.com
KC Dupps Tucker: kctucker@bassettlawfirm.com, kc.tucker@lawgroupnwa.com

Mr. Aaron Daniel Van Oort: aaron.vanoort@faegredrinker.com
Mr. Frank Robert Volpe: fvolpe@sidley.com, dcefilingnotice@sidley.com, frank-volpe-5388@ecf.pacerpro.com
Amy Waite: amy.waite@faegredrinker.com
Mr. Timothy Kenly Webster: twebster@sidley.com, dcefilingnotice@sidley.com, timothy-webster-9380@ecf.pacerpro.com
Gary Vincent Weeks: gweeks@bassettlawfirm.com, gary.weeks@lawgroupnwa.com
Edwin Stephen Williams: steve.williams@youngwilliams.com


The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** Tyson foods prelim.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=01/23/2026] [FileNumber=11250024-0]
[ac64beac4ac6284f72f599cc228bfd92bcc3a0020ff7996ed4b172c193eec30e15c58cf1802794554e3052
25079c703dc42b046f539be7476865d09c0e1b491c]]

**Document Description:** General Docket Letter - Counsel - Civil
**Original Filename:** /opt/ACECF/live/forms/265010_11250024_277.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=01/23/2026] [FileNumber=11250024-1]
[77217fa8df82b0f7dd69e68e19fd2a3d67ea91a06c46308fe6212a534fda0e2e389f45cdd583fa10eda8de
ee5fb95633192252c446adffaa0aee1e85fd2ef064]]
**Recipients:**

- Frederick C. Baker
- Madeline Becker
- Kristy Boehler
- Ms. Vicki D. Bronson
- Mr. Louis W. Bullock
- L. Bryan Burns
- Jacob Daniel Bylund
- Melissa C. Collins
- Gerard Michael D'Emilio
- Adam Deckinger
- Christopher Harold Dolan
- Gentner F Drummond
- Mr. W.A. Drew Edmondson
- Mr. John Russell Elrod
- Mr. P. Clayton Eubanks
- Fidelma L. Fitzpatrick
- Mr. Bruce Wayne Freeman
- Mr. Garry Michael Gaskins, II
- Dorothy Sharon Gentry, Attorney
- Robert W George
- Mr. Perry Glantz
- Thomas C. Green

- Kristen Hermiz
- Mr. Justin T. Hiersche
- Ms. Theresa N. Hill
- Mr. Mark D. Hopson
- Tim Jones
- Jeffrey Justman
- Randall E. Kahnke
- Mr. Kristopher Edward Koepsel
- Ms. Jennifer L. Lewis
- Mr. Kerry R. Lewis
- Mr. Archer Scott McDaniel
- Benjamin M. Mundel
- Mr. Robert A. Nance
- Mr. William H. Narwold
- Jonathan D. Orent
- Mr. George W. Owens
- Mr. William David Perrine
- Mr. Robert Paul Redemann
- Mr. Melvin David Riggs
- Mr. Randall E. Rose
- Michael G. Rousseau
- Mr. Clinton D. Russell
- Mr. Chris M. Scaperlanda
- Cynthia Solomon
- Stuart Larson Spencer
- Amy Melissa Stipe
- Mr. Gordon D. Todd
- Mr. Colin H. Tucker
- Mr. John H. Tucker
- KC Dupps Tucker
- Mr. Aaron Daniel Van Oort
- Mr. Frank Robert Volpe
- Amy Waite
- Mr. Timothy Kenly Webster
- Gary Vincent Weeks
- Edwin Stephen Williams