# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA *ex rel.* GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma and OKLAHOMA SECRETARY OF ENERGY AND ENVIRONMENT JEFF STARLING in his capacity as the TRUSTEE FOR NATURAL RESOURCES FOR THE STATE OF OKLAHOMA, <br><br> Plaintiffs, <br><br> v. <br><br> TYSON FOODS, INC., <br> TYSON POULTRY, INC., <br> TYSON CHICKEN, INC., <br> COBB-VANTRESS, INC., <br> CAL-MAINE FOODS, INC., <br> CARGILL, INC., <br> CARGILL TURKEY PRODUCTION, LLC, <br> GEORGE'S, INC., <br> GEORGE'S FARMS, INC., <br> PETERSON FARMS, INC., and <br> SIMMONS FOODS, INC., <br><br> Defendants. | Case No. 05-CV-00329-GKF-SH |

## **ORDER**

This matter comes before the court on the Joint Expedited Motion for Continuance and Limited Stay as to George's [Doc. 3259] of plaintiff State of Oklahoma and defendants George's, Inc. and George's Farms, Inc. (collectively, "George's").

On December 19, 2025, the court entered Judgment in favor of the State of Oklahoma and against defendants on the State's claims of statutory public nuisance, federal common law nuisance, trespass, and violations of Okla. Stat. tit. 27A, § 2-6-105 and Okla. Stat. tit. 2, § 2-18.1.

The court's Judgment includes three primary forms of relief:  (1) remediation, (2) restriction on land application of poultry waste, and (3) penalties.

Defendants appealed.  *See* [Doc. 3197 to Doc. 3202].  Thereafter, defendants filed a motion to stay the Judgment during the pendency of the appeal.  *See* [Doc. 3203].  The court stayed the monetary portions of the Judgment, but declined to stay the injunctive portions.  [Doc. 3241].

On January 14, 2026, the State and George's filed the Joint Motion for Entry of Consent Judgment.  [Doc. 3229].  Therein, the State and George's represent that they have negotiated a settlement in the form of a Consent Judgment, which, if entered, would "supersede[] and replace[] the Judgment" as to George's.  [Doc. 3229].  The court set the motion for hearing on Monday, February 2, 2026 at 1:30 p.m.  [Doc. 3258].

The State and George's now seek the following: (1) a continuance of the February 2, 2026 hearing, and (2) a stay, limited to George's obligations, of the December 19, 2025 Judgment until the earlier of resolution of the Motion for Entry of Consent Judgment or 45 days.  [Doc. 3259].

Insofar as the State and George's seek a continuance of the February 2, 2026 hearing, the motion is granted.  The hearing on the Motion for Entry of Consent Judgment is continued to Friday, February 27, 2026, at 1:30 p.m.

However, to the extent that the State and George's seek a stay of the December 19 Judgment as to George's, the motion is denied without prejudice to its refiling.  The court previously denied defendants' motion to stay the injunctive portions of the Judgment pending appeal.  [Doc. 3241].  Defendants, including George's, subsequently filed a Joint Motion for a Stay Pending Appeal with the Tenth Circuit, which remains pending.  The parties cite no rule or precedent regarding this court's jurisdiction or authority to stay the Judgment under the circumstances.  Absent briefing as to jurisdiction and authority, the request must be denied.

WHEREFORE, the Joint Expedited Motion for Continuance and Limited Stay as to George's [Doc. 3259] of plaintiff State of Oklahoma and defendants George's, Inc. and George's Farms, Inc. is granted in part and denied in part. The motion is granted insofar as it seeks a continuance of the February 2, 2026 hearing on the Motion for Entry of Consent Judgment. The motion is otherwise denied.

IT IS FURTHER ORDERED that the Motion for Entry of Consent Judgment [Doc. 3229] is set for hearing on Friday, February 27, 2026 at 1:30 p.m.

IT IS SO ORDERED this 30th day of January, 2026.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE