## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, ET AL., | | |
| | *Plaintiffs,* | |
| v. | | Case No. 4:05-CV-00329-GKF-SH |
| TYSON FOODS, INC. ET AL., | | |
| | *Defendants.* | |

### PLAINTIFFS' AND PETERSON'S UNOPPOSED JOINT MOTION TO SET HEARING ON CONSENT JUDGMENT

The State of Oklahoma and the Oklahoma Secretary of Energy and Environment, in his capacity as trustee for natural resources for the State of Oklahoma ("Plaintiffs") and Defendant Peterson Farms, Inc. ("Peterson") move this Court to set a hearing on Plaintiffs' and Peterson's joint motion for entry of consent judgment. Doc. 3279. Plaintiffs and Peterson further request that the Court consolidate the hearing on Plaintiffs' and Peterson's joint motion with the hearing set for March 6, 2026, on Plaintiffs' and Cargill's joint motion and Plaintiffs' and Tyson's joint motion. In support, Plaintiffs and Peterson submit the following:

On February 20, 2026, the Court set a hearing for March 6, 2026, at 1:30 pm on Plaintiffs' and Cargill's joint motion for entry of consent judgment and on Plaintiffs' and Tyson's joint motion for entry of consent judgment. Doc. 3278.

On February 24, 2026, Plaintiffs and Peterson's filed their joint motion for entry of consent judgment. Doc. 3279.

Holding a hearing on Plaintiffs' and Peterson's motion at the same time as the hearing on Plaintiffs' and Cargill's motion and Plaintiffs' and Tyson's motion would promote judicial efficiency and would ensure consistency. It would also provide the Court with the benefit of hearing from multiple settling defendants and Plaintiffs in one setting.

1

Counsel for Plaintiffs and counsel for Peterson are authorized to represent that Tyson and Cargill do not object to the requested relief.

## **CONCLUSION**

For the foregoing reasons, Plaintiffs and Peterson respectfully request that this Court enters an order setting a hearing on Plaintiffs' and Peterson's joint motion for entry of consent judgment on March 6, 2026, at 1:30 pm and that the Court consolidates such hearing with the hearing on Plaintiffs' and Cargill's joint motion and Plaintiffs' and Tyson's joint motion.

Respectfully submitted,

  /s/ Jennifer L. Lewis
GENTNER DRUMMOND, OBA #16645
  *Attorney General*
AMIE ELY, OBA #35840
  *First Assistant Attorney General*
GARRY M. GASKINS, II, OBA #20212
  *Solicitor General*
JENNIFER L. LEWIS, OBA #32819
  *Deputy Attorney General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone:   (405) 521-3921
Jennifer.Lewis@oag.ok.gov

M. David Riggs, OBA #7582
Kristopher E. Koepsel, OBA #19147
Riggs, Abney, Neal, Turpen, Orbison & Lewis
502 West 6th Street
Tulsa, OK 74119
(918) 587-3161

Robert A. Nance, OBA #6581
W.A. Drew Edmondson, OBA #2628
Riggs, Abney, Neal, Turpen, Orbison & Lewis
Oklahoma City, OK 73103
(405) 843-9909

Louis W. Bullock, OBA #1305

Bullock Law Firm PLLC
110 W. 7th Street
Tulsa, OK 74119
(918) 584-2001

Frederick C. Baker, admitted *pro hac vice*
Cynthia Solomon, admitted *pro hac vice*
Kristin Hermiz, admitted *pro hac vice*
Madeline Becker, admitted *pro hac vice*
Motley Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9186

*Counsel for Plaintiffs*

Peterson Farms, Inc.

/s/ A. Scott McDaniel
A. Scott McDaniel, OBA #16460
McDaniel Acord, PLLC
9343 East 95th Court
Tulsa, OK 74133
(918) 382-9200
smcdaniel@ok-counsel.com

*Counsel for Peterson Farms, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of February, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed of record.

/s/ Jennifer L. Lewis
_____

JENNIFER L. LEWIS
*Deputy Attorney General*
