# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 05-cv-329-GKF-SH |
| | ) |
| TYSON FOODS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the court on Plaintiffs' and Peterson's Unopposed Joint Motion to Set Hearing on Consent Judgment [Doc. 3280]. For good cause shown, the Court hereby GRANTS Plaintiffs' and Peterson's joint motion. The Court hereby sets a hearing on Plaintiffs' and Peterson's joint motion for entry of consent judgment on March 6, 2026, at 1:30 p.m., in consolidation with the hearing on Plaintiffs' and Cargill's joint motion for entry of consent judgment and Plaintiffs' and Tyson's joint motion for entry of consent judgment.

IT IS SO ORDERED this 25th day of February 2026.

HON. GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE