## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| State of Oklahoma,<br><br>                                  Plaintiff,<br>vs.<br><br>Tyson Foods, et al.,<br><br>                                Defendants. | Case No.:    05-cv-329-GKF-SH<br><br>Proceeding:   Motion Hearing<br>Date:         2/27/2026<br>Court Time:   1:33 p.m. to 2:47 p.m.<br><br>**MINUTE SHEET** |

Gregory K. Frizzell, U.S. District Judge      K. Perkins, Deputy Clerk      Laura Griffin, Reporter

Counsel for Plaintiff: Gentner Drummond, Jennifer Lewis, Amie Ely, Louis Bulock, Kristopher Koepsel

Counsel for George's Defendants: Robert George, KC Tucker

---

Minutes: Case called for hearing on the Joint Motion for Entry of Consent Judgment of plaintiff and George's defendants [Doc. 3229]. Parties were heard and the matter submitted. Court will enter an order.