**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| State of Oklahoma, et al., | |
| Plaintiffs, | Case No.:    05-cv-329-GKF-SH |
| vs. | Proceeding:   Motion Hearing<br>Date:         3/6/2026<br>Court Time:   1:30 p.m. to 2:37 p.m. |
| Tyson Foods, et al., | |
| Defendants. | **MINUTE SHEET** |

Gregory K. Frizzell, U.S. District Judge      K. Perkins, Deputy Clerk      Laura Griffin, Reporter

Counsel for Plaintiff: Garry Gaskins, Jennifer Lewis, Louis Bulock, Kristopher Koepsel

Counsel for Tyson Defendants: Gordon Todd, Mark Hopson
Counsel for Peterson Farms Defendant: Scott McDaniel
Counsel for Cargill, Inc. Defendants: John Tucker, Jacob Bylund

**Minutes:** Case called for hearing on the Joint Motions for Entry of Consent Judgment [Docs. 3268, 3269, 3279] of Plaintiffs', and Tyson defendants, Peterson defendants, and Cargill defendants. Parties were heard and the matter submitted. Court will enter an order.