**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| STATE OF OKLAHOMA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 05-cv-329-GKF-SH |
| | ) | |
| TYSON FOODS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR CLARIFICATION

Several Defendants[1] and Plaintiffs have filed FED. R. CIV. P. 60(b) and 62.1(a)(3) motions asking the Court to enter their "consent judgments" to supplant the Court's December 19, 2025, judgment. *See* Docs. 3229, 3268, 3269; *see also* J., Doc. 3192 (dated Dec. 19, 2025). If entered, the consent judgments will govern the relationship between the Settling Defendants and Plaintiffs going forward—while (currently) non-settling defendants, like Simmons Foods, Inc., and Cal-Maine Foods, Inc. (collectively, "Movants"), remain subject to the Court's judgment so long as it remains in force.

Movants haven't filed objections to the State and Settling Defendants' Rule 60(b) motions. Indeed, it appears the Court doubts Movants have standing to take a position on the proposed consent judgments at all. *Cf.* Tr. Feb. 27, 2026, Hr'g at 4:3-10. However, statements made during recent hearings on the Rule 60(b) motions cause Movants concern that it is the Settling Defendants' and/or the State's position that these consent judgments purportedly extinguish Movants' contribution rights vis-à-vis its co-defendants in this case. *Cf.* Tr. Feb. 27, 2026, Hr'g at 24:16-22

---

[1] Those Defendants are Tyson Foods, Inc.; Tyson Poultry, Inc.; Tyson Chicken, Inc.; Cobb-Vantress, Inc.; Peterson Farms, Inc.; Cargill, Inc.; Cargill Turkey Production, LLC; George's, Inc.; and George's Farms, Inc. (hereinafter, the "Settling Defendants").

(George's counsel: "What we have tried to do in this provision [of the consent judgment between George's and Plaintiffs] . . . is to avoid . . . arguments [over calculating and apportioning pro-rata shares] entirely. To say that to the extent George's is buying its peace, it's not buying its peace just from the state claims *but from all these arguments that might come from defendants*." (emphasis added)).

To be clear, Movants have rights to contribution from their co-defendants, a position the Court appears to agree with. *See* Doc. 3192 at 10, § 2(i) (citing 12 O.S. § 832). In addition, Movants contend the consent judgments *do not* affect (or attempt to affect) their rights at all. Nor can Plaintiffs and other defendants extinguish Movants' legal rights by agreement among themselves. Contribution disputes between the co-defendants would be for another day—which may never come depending on the outcome of post-judgment proceedings, including the parties' pending appeals, or a possible global settlement. However, statements made in recent hearings indicate the parties may not be on the same page about this.

**Accordingly, Movants request the Court, the Settling Defendants, and Plaintiffs clarify on the record whether they believe the proposed consent judgments purport to extinguish, or affect in any way, non-settling-defendants' contribution rights.** Depending on the response(s) to this request, Movants may need to assert a position with this Court, and possibly the Tenth Circuit (given the Settling Defendants are requesting indicative rulings), as to whether the consent judgments should be entered as currently drafted.

Dated: March 9, 2026

Respectfully submitted,


*/s/ Vicki Bronson*
***signing on behalf of all Movants***
Vicki Bronson, OBA 20574
John R. Elrod (admitted *pro hac vice*)
Conner & Winters, P.C.
4375 N. Vantage Drive, Suite 405
Fayetteville, AR 72703
(479) 582-5711
(479) 358-1518 (facsimile)
jelrod@cwlaw.com
vbronson@cwlaw.com

Amy M. Stipe, OBA No. 18361
Gerard M. D'Emilio, OBA No. 33496
GABLEGOTWALS
BOK Park Plaza
499 West Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
Telephone: (405) 235-5500

***Attorneys for Simmons Foods, Inc.***

*- and -*

Christopher M. Scaperlanda
Justin T. Hiersche
MCAFEE & TAFT P.C.
211 N. Robinson Ave.
Oklahoma City, OK 73102
(405) 552-2356
christopher.scaperlanda@mcafeetaft.com
justin.hiersche@mcafeetaft.com

***Attorneys for Cal-Maine Foods, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026, I caused this document to be filed with the Clerk of

Court through CM/ECF, which will serve copies on all registered counsel.


/s/ Vicki Bronson
Vicki Bronson