**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| STATE OF OKLAHOMA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 05-cv-329-GKF-SH |
| | ) | |
| TYSON FOODS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEAL OF DEFENDANTS TYSON FOODS, INC.,**
**TYSON POULTRY, INC., TYSON CHICKEN, INC., AND COBB-VANTRESS, INC.**

Defendants Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., and Cobb-Vantress, Inc. (collectively, "Tyson") hereby appeal to the United States Court of Appeals for the Tenth Circuit from the April 8, 2026 order denying the Joint Motion for Entry of Consent Judgment of the State and Tyson [Dkt. 3300].

April 8, 2026

Respectfully submitted,

/s/ *Gordon D. Todd*
Mark D. Hopson
Frank R. Volpe
Gordon D. Todd
Benjamin M. Mundel
Sidley Austin LLP
1501 K Street, NW
Washington, D.C.  20005
(202) 736-8000
(202) 736-8711 (facsimile)
mhopson@sidley.com
fvolpe@sidley.com
gtodd@sidley.com
bmundel@sidley.com

*Attorneys for Tyson Foods, Inc.,*
*Tyson Poultry, Inc., Tyson Chicken, Inc., and*
*Cobb-Vantress, Inc.*

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 8, 2026, I caused this document to be filed with the Clerk of Court through CM/ECF, which will serve copies on all registered counsel.


/s/ *Gordon D. Todd*
Gordon D. Todd