**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 05-cv-329-GKF-SH |
| ) | |
| TYSON FOODS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEAL OF DEFENDANTS CARGILL, INCORPORATED AND**
**CARGILL TURKEY PRODUCTION, LLC**

Defendants Cargill, Incorporated and Cargill Turkey Production, LLC hereby appeal to the United States Court of Appeals for the Tenth Circuit from the April 8, 2026 Order denying the Joint Motion for Entry of Consent Judgment of the State and Cargill [Dkt. 3300].

April 8, 2026

Respectfully submitted,

/s/ *Colin H. Tucker*
John H. Tucker, OBA 9110
Colin H. Tucker, OBA 16325
**RHODES HIERONYMUS JONES**
**TUCKER & GABLE**
Two W. 2nd Street, Suite 1000
P.O. Box 21100
Tulsa, OK  74121-1100
(918) 582-1173
(918) 592-3390 (facsimile)
jtucker@rhodesokla.com
chtucker@rhodesokla.com

Jacob D. Bylund, admitted *pro hac vice*
**FAEGRE DRINKER BIDDLE & REATH LLP**
801 Grand Avenue, 33rd Floor
Des Moines, IA  50309
Main: (515) 248-9000
jacob.bylund@faegredrinker.com

1

Aaron D. Van Oort, admitted *pro hac vice*
Christopher H. Dolan, admitted *pro hac vice*
Jeffrey P. Justman, admitted *pro hac vice*
**FAEGRE DRINKER BIDDLE & REATH LLP**
**2200** Well Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Main:  (612) 766-7000
aaron.vanoort.jones@faegredrinker.com
chris.dolan@faegredrinker.com
jeff.justman@faegredrinker.com

*Attorneys for Cargill, Incorporated and Cargill
Turkey Production, LLC*

**CERTIFICATE OF SERVICE**

I certify that on April 8, 2026, I caused this document to be filed with the Clerk of Court through CM/ECF, which will serve copies on all registered counsel.

/s/ *Colin H. Tucker*
Colin H. Tucker