UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA, ET AL.,

          *Plaintiffs,*

v.

TYSON FOODS, INC. ET AL.

          *Defendants.*

Case No. 4:05-CV-00329-GKF-SH

## PLAINTIFFS' NOTICE OF APPEAL

The State of Oklahoma *ex rel.* Gentner Drummond, in his capacity as Attorney General

of the State of Oklahoma and Oklahoma Secretary of Energy and Environment Jeff Starling,

in his capacity as the trustee for natural resources for the State of Oklahoma, hereby appeals

to the United States Court of Appeals for the Tenth Circuit from the Order (Doc. 3300)

entered on April 8, 2026.

Respectfully submitted,

*s/ Garry M. Gaskins, II*

GENTNER DRUMMOND, OBA #16645
  *Attorney General*
AMIE ELY, OBA #35840
  *First Assistant Attorney General*
GARRY M. GASKINS, II, OBA #20212
  *Solicitor General*
JENNIFER L. LEWIS, OBA #32819
  *Deputy Attorney General*

OFFICE OF ATTORNEY GENERAL
 STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone:  (405) 521-3921
Garry.Gaskins@oag.ok.gov

M. David Riggs, OBA #7582
Kristopher E. Koepsel, OBA #19147
Riggs, Abney, Neal, Turpen, Orbison & Lewis
502 West 6th Street
Tulsa, OK 74119
(918) 587-3161

Robert A. Nance, OBA #6581
W.A. Drew Edmondson, OBA #2628
Riggs, Abney, Neal, Turpen, Orbison & Lewis
Oklahoma City, OK 73103
(405) 843-9909

Louis W. Bullock, OBA #1305
Bullock Law Firm PLLC
110 W. 7th Street
Tulsa, OK 74119
(918) 584-2001

Frederick C. Baker, admitted *pro hac vice*
Cynthia Solomon, admitted *pro hac vice*
Kristin Hermiz, admitted *pro hac vice*
Madeline Becker, admitted *pro hac vice*
Motley Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9186

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed of record.

s/ *Garry M. Gaskins, II*

GARRY M. GASKINS, II
*Solicitor General*
