**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 17, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

STATE OF OKLAHOMA EX REL. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma, et al.,

Plaintiffs - Appellees/Cross-Appellants,

v.

CAL-MAINE FOODS, INC.,

Defendant - Appellant/Cross-Appellee,

and

TYSON FOODS, INC., et al.,

Defendants/Cross-Appellees.

No. 26-5000
(D.C. No. 4:05-CV-00329-GKF-SH)
(N.D. Okla.)

---

STATE OF OKLAHOMA EX REL. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma, et al.,

Plaintiffs - Appellees/Cross-Appellants,

v.

CARGILL, INC., et al.,

Defendants - Appellants/Cross-Appellees,

No. 26-5001
(D.C. No. 4:05-CV-00329-GKF-SH)
(N.D. Okla.)

| | |
|---|---|
| and<br><br>TYSON FOODS, INC., et al.,<br><br>Defendants/Cross-Appellees. | |
| STATE OF OKLAHOMA EX REL. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma, et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>TYSON FOODS, INC., et al.,<br><br>Defendants - Appellees. | No. 26-5010<br>(D.C. No. 4:05-CV-00329-GKF-SH)<br>(N.D. Okla.) |
| STATE OF OKLAHOMA EX REL. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma, et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>TYSON FOODS, INC., et al.,<br><br>Defendants - Appellees. | No. 26-5065<br>(D.C. No. 4:05-CV-00329-GKF-SH)<br>(N.D. Okla.) |
| STATE OF OKLAHOMA EX REL. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma, et al., | |

Plaintiffs - Appellees/Cross-Appellants,

v.

TYSON FOODS, INC., et al.,

Defendants - Appellants/Cross-Appellees,

and

CAL-MAINE FOODS, INC., et al.,

Defendants/Cross-Appellees.

No. 26-5002
(D.C. No. 4:05-CV-00329-GKF-SH)
(N.D. Okla.)

---

STATE OF OKLAHOMA EX REL. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma, et al.,

Plaintiffs - Appellees/Cross-Appellants,

v.

PETERSON FARMS, INC.,

Defendant - Appellant/Cross-Appellee,

and

TYSON FOODS, INC., et al.,

Defendants/Cross-Appellees.

No. 26-5003
(D.C. No. 4:05-CV-00329-GKF-SH)
(N.D. Okla.)

---

STATE OF OKLAHOMA EX REL. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma, et al.,

Plaintiffs - Appellees/Cross-Appellants,

v.

SIMMONS FOODS, INC.,

Defendant - Appellant/Cross-Appellee,

and

TYSON FOODS, INC., et al.,

Defendants/Cross-Appellees.

No. 26-5004
(D.C. No. 4:05-CV-00329-GKF-SH)
(N.D. Okla.)

---

STATE OF OKLAHOMA EX REL. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma, et al.,

Plaintiffs - Appellees/Cross-Appellants,

v.

GEORGE'S, INC., et al.,

Defendants - Appellants/Cross-Appellees,

and

TYSON FOODS, INC., et al.,

Defendants/Cross-Appellees.

No. 26-5005
(D.C. No. 4:05-CV-00329-GKF-SH)
(N.D. Okla.)

| | |
|---|---|
| STATE OF OKLAHOMA EX REL. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma, et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>TYSON FOODS, INC., et al.,<br><br>Defendants - Appellants,<br><br>and<br><br>CAL-MAINE FOODS, INC., et al.,<br><br>Defendants. | No. 26-5039<br>(D.C. No. 4:05-CV-00329-GKF-SH)<br>(N.D. Okla.) |
| STATE OF OKLAHOMA EX REL. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma, et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>GEORGE'S, INC., et al.,<br><br>Defendants - Appellants,<br><br>and<br><br>TYSON FOODS, INC., et al.,<br><br>Defendants. | No. 26-5043<br>(D.C. No. 4:05-CV-00329-GKF-SH)<br>(N.D. Okla.) |

STATE OF OKLAHOMA EX REL. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma, et al.,

Plaintiffs - Appellees,

v.

PETERSON FARMS, INC.,

Defendant - Appellant,

and

TYSON FOODS, INC., et al.,

Defendants.

No. 26-5044
(D.C. No. 4:05-CV-00329-GKF-SH)
(N.D. Okla.)

---

STATE OF OKLAHOMA EX REL. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma, et al.,

Plaintiffs - Appellees,

v.

CARGILL, INC., et al.,

Defendants - Appellants,

and

TYSON FOODS, INC., et al.,

Defendants.

No. 26-5045
(D.C. No. 4:05-CV-00329-GKF-SH)
(N.D. Okla.)

**ORDER**

Before **HARTZ**, **PHILLIPS**, and **EID**, Circuit Judges.

There are two motions before the court: "Unopposed Joint Motion by All Parties for a Stay in Light of Settlement" (Stay Motion), and "Unopposed Joint Motion by the State of Oklahoma and Appellants to Vacate Judgment" (Vacatur Motion).

The Vacatur Motion is filed on behalf of all parties to the underlying district court action, and is based on new circumstances that the district court has never considered—a settlement agreement entered into by all parties. We direct a limited remand of the appeals and cross-appeal challenging the district court's judgment (Nos. 26-5000, 26-5001, 26-5002, 26-5003, 26-5004, 26-5005, and 26-5010) to permit the district court to consider the parties' request for relief from the judgment in light of the changed circumstances in the first instance. *See U.S. Bancorp Mortg. Co. v. Bonner Mall P'ship*, 513 U.S. 18, 29 (1994) ("[A] court of appeals presented with a request for vacatur of a district-court judgment may remand the case with instructions that the district court consider the request, which it may do pursuant to Federal Rule of Civil Procedure 60(b)."); *see also, e.g.*, *Nestle Co., Inc. v. Chester's Market, Inc.*, 756 F.2d 280, 281 (2d Cir. 1985) (explaining the court had remanded the case "to permit the district court to consider the motion [to vacate] in the first instance").

We deny the Vacatur Motion without prejudice to the parties' filing it again should the course of events warrant. We abate the appeals from the denial of

post-judgment relief (Nos. 26-5039, 26-5043, 26-5044, 26-5045, and 26-5065). Finally, we grant the Stay Motion and stay the judgment pending further order of the court.

Entered for the Court

Per Curiam

## Cara Mirabal

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Monday, August 17, 2026 4:02 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 26-5000 State of Oklahoma, et al v. Cal-Maine Foods, et al "Order filed" (4:05-CV-00329-GKF-SH) |

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 08/17/2026 at 2:59:54 PM Mountain Daylight Time and filed on 08/17/2026

| | |
|---|---|
| **Case Name:** | State of Oklahoma, et al v. Cal-Maine Foods, et al |
| **Case Number:** | 26-5000 |
| **Document(s):** | Docket Entry #64 |

**Docket Text:**
[11308700] Order filed by Judges Hartz, Phillips and Eid denying Appellees' motion to vacate and granting motion for stay filed by Gentner Drummond and Jeff Starling in 26-5000, 26-5001, 26-5002, 26-5003, 26-5004,26-5005, Appellants Gentner Drummond and Jeff Starling in 26-5010, 26-5039- 26-5043, 26-44, 26-45, 26-5065. Directing a limited remand and abating these matters. See order for details. Served on 08/17/2026. [26-5000, 26-5001, 26-5010, 26-5065, 26-5002, 26-5003, 26-5004, 26-5005, 26-5039, 26-5043, 26-5044, 26-5045]

**Notice will be electronically mailed to:**

Cody Matthew Akins: cakins@sidley.com, dcefilingnotice@sidley.com
Ms. Teresa G. Akkara: teresa.akkara@faegredrinker.com, ronnie.thomas@faegredrinker.com
Frederick C. Baker: fbaker@motleyrice.com, mcarr@motleyrice.com, mbecker@motleyrice.com
Madeline Becker: mbecker@motleyrice.com
Kristy Boehler: kristy.boehler@lawgroupnwa.com
Vicki Bronson: vbronson@spencerfane.com, cmaxwell@spencerfane.com
Mr. Peter Bruland: pbruland@sidley.com, efilingnotice@sidley.com
Mr. Louis W. Bullock: lbullock@bullocklawtulsa.com, lbullock@bullocklawtulsa.com, pbullock@bullocklawtulsa.com, bdejong@bullocklawtulsa.com

Jacob Daniel Bylund: jacob.bylund@faegredrinker.com
Gerard Michael D'Emilio: gdemilio@gablelaw.com, showard@gablelaw.com, tcalvin@gablelaw.com
Adam Deckinger: adam.deckinger@tyson.com
Mr. Christopher Harold Dolan: chris.dolan@faegredrinker.com
Gentner Drummond: gentner.drummond@oag.ok.gov, docket@oag.ok.gov
Mr. John Russell Elrod: jelrod@cwlaw.com
Amie Nicole Ely: amie.ely@oag.ok.gov, maranda.spears@oag.ok.gov, docket@oag.ok.gov
Fidelma L. Fitzpatrick: ffitzpatrick@motleyrice.com
Mr. Garry Michael Gaskins, II: garry.gaskins@oag.ok.gov, maranda.spears@oag.ok.gov, gmg@drumlaw.com
Dorothy Sharon Gentry, Attorney: sgentry@riggsabney.com, dstevenson@riggsabney.com
Mr. Perry Glantz: perry.glantz@stinson.com, den.lssteam@stinson.com
Mr. Perry L. Glantz: perry.glantz@stinson.com
Kristen Hermiz: khermiz@motleyrice.com
Ms. Theresa N. Hill: thill@rhodesokla.com, dupshaw@rhodesokla.com
Mr. Mark D. Hopson: mhopson@sidley.com
Jeffrey Justman: jeff.justman@faegredrinker.com, kristen.mcgrew@faegredrinker.com
Randall E. Kahnke: randall.kahnke@faegredrinker.com
Mr. Kristopher Edward Koepsel: kkoepsel@riggsabney.com, baustin@riggsabney.com
Ms. Jennifer L. Lewis: jennifer.lewis@oag.ok.gov, maranda.spears@oag.ok.gov, docket@oag.ok.gov
Mr. Kerry R. Lewis: klewis@rhodesokla.com, nstrackbein@rhodesokla.com
Mr. Archer Scott McDaniel: smcdaniel@ok-counsel.com, jwaller@ok-counsel.com
Benjamin M. Mundel: bmundel@sidley.com
Mr. William H. Narwold: bnarwold@motleyrice.com
Jonathan D. Orent: jorent@motleyrice.com
Mr. George W. Owens: gwo@owenslawfirmpc.com
Mr. David Phillip Page: dpage@eenradvocates.com, jgaines@eenradvocates.com
Mr. William David Perrine: wperrine@pmrlaw.net, kcharters@pmrlaw.net
Mr. Robert Paul Redemann: rredemann@pmrlaw.net, kcharters@pmrlaw.net
Garrett James Reed: garrett.reed@mcafeetaft.com, laura.schuman@mcafeetaft.com
Mr. Melvin David Riggs: driggs@riggsabney.com
Mr. Randall E. Rose: rer@owenslawfirmpc.com
Michael G. Rousseau: mrousseau@motleyrice.com
Mr. Clinton D. Russell: crussell@soonerlaw.com, ktaylor@soonerlaw.com
Mr. Robert Sanders: rsanders@youngwells.com
Mr. Chris M. Scaperlanda: chris.scaperlanda@mcafeetaft.com, brittany.stewart@mcafeetaft.com
Cynthia Solomon: csolomon@motleyrice.com
Stuart Larson Spencer: stuart.spencer@tyson.com
Mr. Gatlin Cy Squires: gatlin.squires@mcafeetaft.com, ginger.schones@mcafeetaft.com
Amy Melissa Stipe: astipe@gablelaw.com
Mr. John Tanski: john.tanski@tyson.com
Mr. Gordon D. Todd: gtodd@sidley.com, dcefilingnotice@sidley.com, gordon-todd-4571@ecf.pacerpro.com
Mr. Colin H. Tucker: chtucker@rhodesokla.com
Mr. John H. Tucker: jtucker@rhodesokla.com, chennessee@rhodesokla.com
KC Dupps Tucker: kc.tucker@lawgroupnwa.com
Mr. Aaron Daniel Van Oort: aaron.vanoort@faegredrinker.com
Mr. Frank Robert Volpe: fvolpe@sidley.com, dcefilingnotice@sidley.com, frank-volpe-

5388@ecf.pacerpro.com
Amy Waite: amy.waite@faegredrinker.com
Mr. Timothy Kenly Webster: twebster@sidley.com, dcefilingnotice@sidley.com, timothy-webster-9380@ecf.pacerpro.com
Gary Vincent Weeks: gary.weeks@lawgroupnwa.com, gary.weeks@lawgroupnwa.com

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

L. Bryan Burns
Tyson Foods, Inc.
2210 West Oaklawn Drive
Springdale, AR 72764

Melissa C. Collins
Faegre Drinker Biddle & Reath
1144 15th Street, Suite 3400
Denver, CO 80202

Mr. W.A. Drew Edmondson
Office of the Attorney General for the State of Oklahoma
313 Northeast 21st Street
Oklahoma City, OK 73105

Mr. P. Clayton Eubanks
Office of the Attorney General for the State of Oklahoma
313 Northeast 21st Street
Oklahoma City, OK 73105

Mr. Bruce Wayne Freeman
Conner & Winters
15 East 5th Street, Suite 4100
Tulsa, OK 74103

Robert W George
Georges, Inc.
402 West Robinson Avenue
Springdale, AR 73764

Thomas C. Green
Sidley Austin
1501 K Street, NW, Suite 600
Washington, DC 20005

Mr. Bruce Gregory Jones
Faegre Drinker Biddle & Reath

Wells Fargo Center
90 South 7th Street, Suite 2200
Minneapolis, MN 55402

Tim Jones
Tyson Foods, Inc.
2200 West Don Tyson Parkway
Springdale, AR 72762

Mr. Robert A. Nance
Riggs Abney Law Firm
528 NW 12th Street
Oklahoma City, OK 73103

Edwin Stephen Williams
YoungWilliams
2000 Regions Plaza
P.O. Box 23059
Jackson, MS 39225-3059

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 26-5000 Order.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=08/17/2026] [FileNumber=11308700-0]
[2f26dafbb733eab5600a3628c71c4f71ddcdc4d6d9f1a8490726b7e918512cb3de37a9b96d3f71b737305
70a62dbd8bb69415946678c21b731619a59d1d07962]]