**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| STATE OF OKLAHOMA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 05-CV-329-GKF-SH |
| | ) | |
| TYSON FOODS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the court on the Joint Motion for a Fourth Extension of Time for Plaintiffs and Defendants to File Their Motions for Attorneys' Fees and Expenses [Doc. 3342]. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules LGnR1-2(c), LCvR7-1(c), and LCvR7-1(g) and for good cause shown, the court finds the motion should be granted in part. The deadline to file the motions for attorneys' fees and expenses is extended from October 1, 2026, to December 2, 2026.

IT IS SO ORDERED this 24th day of September, 2026.

HON. GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE